IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE ASSOCIATED PRESS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>TAYLOR BUDOWICH, in his official capacity as White House Deputy Chief of Staff; KAROLINE LEAVITT, in her official capacity as White House Press Secretary; and SUSAN WILES, in her official capacity as White House Chief of Staff,<br><br>　　　　Defendants. | Case No. _____<br><br>**Emergency Hearing Requested** |

**PLAINTIFF THE ASSOCIATED PRESS'S**
**MOTION FOR TEMPORARY RESTRAINING ORDER**

　　　　Plaintiff The Associated Press ("AP"), by its attorneys, moves pursuant to Rule 65(b) of the Federal Rules of Civil Procedure and Local Rule 65.1, for a temporary restraining order ("TRO") requiring Defendants to immediately rescind the ban on the AP's access to the Oval Office, Air Force One, and other limited spaces when such spaces are made open to other members of the White House press pool.  As set forth in greater detail in the accompanying memorandum, the AP meets each requirement for a TRO: (1) the AP is likely to succeed on the merits of its claims that Defendants' actions violate the AP's due process and First Amendment rights; (2) Defendants' violation of the AP's constitutional rights, especially its "First Amendment freedoms, . . . unquestionably constitutes irreparable injury," *see Elrod v. Burns*, 427 U.S. 347, 373 (1976) (plurality opinion); *Pursuing Am.'s Greatness v. Fed. Election Comm'n*, 831 F.3d 500, 511 (D.C. Cir. 2016) (same); and (3) the balance of the equities and the public interest strongly favor injunctive relief.

WHEREFORE, Plaintiff the AP respectfully requests that its Motion be GRANTED and that this Court enter a temporary restraining order requiring Defendants to immediately rescind the ban on the AP's access to the Oval Office, Air Force One, and other limited spaces when such spaces are made open to other members of the White House press pool until the AP's motion for a preliminary injunction is decided.

Dated:  February 21, 2025          Respectfully submitted,

                                   BALLARD SPAHR LLP

                                   */s/ Jay Ward Brown*
                                   Jay Ward Brown (#437686)
                                   Charles D. Tobin (#83626)
                                   Maxwell S. Mishkin (#1031356)
                                   1909 K Street NW, 12th Floor
                                   Washington, DC 20006
                                   Tel: (202) 661-2200
                                   Fax: (202) 661-2299
                                   brownjay@ballardspahr.com
                                   tobinc@ballardspahr.com
                                   mishkinm@ballardspahr.com

                                   Sasha Dudding (#1735532)
                                   1675 Broadway, 19th Floor
                                   New York, NY 10019
                                   Tel: (212) 223-0200
                                   Fax: (212) 223-1942
                                   duddings@ballardspahr.com

                                   *Counsel for Plaintiff The Associated Press*