IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE ASSOCIATED PRESS,<br><br>       Plaintiff,<br><br>v.<br><br>TAYLOR BUDOWICH, in his official capacity as White House Deputy Chief of Staff; KAROLINE LEAVITT, in her official capacity as White House Press Secretary; and SUSAN WILES, in her official capacity as White House Chief of Staff,<br><br>       Defendants. | Case No. _____ |

    I, Jay Ward Brown, counsel for Plaintiff The Associated Press, hereby certify that counsel for the Plaintiff made the following efforts to give notice of the time of making the application for a temporary restraining order, and copies of all pleadings and papers filed in this action:

    (a)    Provided copies of the pleadings and papers filed in the action to date or to be presented to the Court at the hearing via email to Edward R. Martin, Jr., Interim U.S. Attorney for the District of Columbia, at usadc.webmaster@usdoj.gov and Edward.Martin@usdoj.gov;

    (b)    Provided copies of the pleadings and papers filed in the action to date or to be presented to the Court at the hearing via email to Pamela Bondi, Attorney General of the United States, at Pamela.Bondi@usdoj.gov; and

    (c)    Provided copies of the pleadings and papers filed in the action to date or to be presented to the Court at the hearing via email to Elizabeth J. Shapiro, Deputy Director, Civil Division, Federal Programs Branch, at Elizabeth.Shapiro@usdoj.gov.

Dated: February 21, 2025        Respectfully submitted,

BALLARD SPAHR LLP

/s/ *Jay Ward Brown*
Jay Ward Brown (#437686)
Charles D. Tobin (#83626)
Maxwell S. Mishkin (#1031356)
1909 K Street NW, 12th Floor
Washington, DC 20006
Tel: (202) 661-2200
Fax: (202) 661-2299
brownjay@ballardspahr.com
tobinc@ballardspahr.com
mishkinm@ballardspahr.com

Sasha Dudding (#1735532)
1675 Broadway, 19th Floor
New York, NY 10019
Tel: (212) 223-0200
Fax: (212) 223-1942
duddings@ballardspahr.com

*Counsel for Plaintiff The Associated Press*