**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| THE ASSOCIATED PRESS, | |
| Plaintiff, | |
| v. | Case No. _____ |
| TAYLOR BUDOWICH, in his official capacity as White House Deputy Chief of Staff; KAROLINE LEAVITT, in her official capacity as White House Press Secretary; and SUSAN WILES, in her official capacity as White House Chief of Staff, | |
| Defendants. | |

**[PROPOSED] ORDER GRANTING MOTION**
**FOR TEMPORARY RESTRAINING ORDER**

This matter came before the Court on the Motion of Plaintiff The Associated Press for a temporary restraining order.  Having reviewed the papers filed in support of and in opposition to the Motion (if any), and being fully advised, the Court hereby GRANTS Plaintiff's Motion and orders as follows:

1.      Defendants shall immediately rescind the denial of Plaintiff's access to the Oval Office, Air Force One, and other limited spaces when such spaces are made open to other members of the White House press pool.

2.      This temporary restraining order shall take effect immediately and shall remain in effect until further order of this Court.

3.      This temporary restraining order will issue without the requirement of any security bond.

1

**SO ORDERED** this _____ day of _____, 2025

_____

UNITED STATES DISTRICT JUDGE