**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

THE ASSOCIATED PRESS,

      Plaintiff,

v.

TAYLOR BUDOWICH, in his official
capacity as White House Deputy Chief of Staff;
KAROLINE LEAVITT, in her official capacity
as White House Press Secretary; and SUSAN
WILES, in her official capacity as White
House Chief of Staff,

      Defendants.

Case No. _____

**[PROPOSED] ORDER GRANTING MOTION FOR PRELIMINARY INJUNCTION**

This matter came before the Court on the Motion of Plaintiff The Associated Press for a

preliminary injunction.  Having reviewed the papers filed in support of and in opposition to the

Motion (if any), and being fully advised, the Court hereby GRANTS Plaintiff's Motion and

orders as follows:

      1.      Defendants shall immediately rescind the denial of Plaintiff's access to the Oval

Office, Air Force One, and other limited spaces when such spaces are made open to other

members of the White House press pool.

      2.      This preliminary injunction shall take effect immediately and shall remain in

effect until further order of this Court.

      3.      This preliminary injunction will issue without the requirement of any security

bond.

1

2

**SO ORDERED** this _____ day of _____, 2025

_____
UNITED STATES DISTRICT JUDGE