CO-386
10/2018

# United States District Court
# For the District of Columbia

THE ASSOCIATED PRESS, )
)
Plaintiff, )
)
v. )
) Civil Action No._____
TAYLOR BUDOWICH, in his official capacity as White )
House Deputy Chief of Staff; KAROLINE LEAVITT, in her )
official capacity as White House Press Secretary; and )
SUSAN WILES, in her official capacity as White House )
Chief of Staff, )
)
Defendants. )

**CERTIFICATE RULE LCvR 26.1**

I, the undersigned, counsel of record for __The Associated Press__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __The Associated Press__ which have any outstanding securities in the hands of the public:

The Associated Press is a news cooperative incorporated under the Not-for-Profit Corporation Law of New York and has no parents, subsidiaries or affiliates that have any outstanding securities issued to the public.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

/s/ Jay Ward Brown
_____
Signature

Jay Ward Brown (#437686)
Charles D. Tobin (#83626)
Maxwell S. Mishkin (#1031356)
Ballard Spahr LLP
1909 K Street NW, 12th Floor
Washington, DC 20006
Tel: (202) 661-2200
Fax: (202) 661-2299
brownjay@ballardspahr.com
tobinc@ballardspahr.com
mishkinm@ballardspahr.com

Sasha Dudding (#1735532)
Ballard Spahr LLP
1675 Broadway, 19th Floor
New York, NY 10019
Tel: (212) 223-0200
Fax: (212) 223-1942
duddings@ballardspahr.com