IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE ASSOCIATED PRESS,<br><br>    Plaintiff,<br><br>v.<br><br>TAYLOR BUDOWICH, in his official capacity as White House Deputy Chief of Staff; KAROLINE LEAVITT, in her official capacity as White House Press Secretary; and SUSAN WILES, in her official capacity as White House Chief of Staff,<br><br>    Defendants. | Case No. _____ |

## APPEARANCE OF COUNSEL

To:   The Clerk of Court and all parties of record

I am admitted to practice in this court, and I appear in this case as counsel for Plaintiff The Associated Press.

Dated:  February 21, 2025         Respectfully submitted,

BALLARD SPAHR LLP

*/s/ Jay Ward Brown*
Jay Ward Brown (#437686)
1909 K Street NW, 12th Floor
Washington, DC 20006
Tel: (202) 661-2200
Fax: (202) 661-2299
brownjay@ballardspahr.com

*Counsel for Plaintiff The Associated Press*