IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE ASSOCIATED PRESS,<br><br>      Plaintiff,<br><br>v.<br><br>TAYLOR BUDOWICH, in his official capacity as White House Deputy Chief of Staff; KAROLINE LEAVITT, in her official capacity as White House Press Secretary; and SUSAN WILES, in her official capacity as White House Chief of Staff,<br><br>      Defendants. | Case No. _____ |

## APPEARANCE OF COUNSEL

To:    The Clerk of Court and all parties of record

    I am admitted to practice in this court, and I appear in this case as counsel for Plaintiff The Associated Press.

| | |
|---|---|
| Dated: February 21, 2025 | Respectfully submitted,<br><br>BALLARD SPAHR LLP<br><br>*/s/ Charles D. Tobin*<br>Charles D. Tobin (#83626)<br>1909 K Street NW, 12th Floor<br>Washington, DC 20006<br>Tel: (202) 661-2200<br>Fax: (202) 661-2299<br>tobinc@ballardspahr.com<br><br>*Counsel for Plaintiff The Associated Press* |