IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

THE ASSOCIATED PRESS,

    Plaintiff,

v.

TAYLOR BUDOWICH, in his official capacity as White House Deputy Chief of Staff; KAROLINE LEAVITT, in her official capacity as White House Press Secretary; and SUSAN WILES, in her official capacity as White House Chief of Staff,

    Defendants.

Case No. _____

## APPEARANCE OF COUNSEL

To:    The Clerk of Court and all parties of record

    I am admitted to practice in this court, and I appear in this case as counsel for Plaintiff The Associated Press.

Dated: February 21, 2025

Respectfully submitted,

BALLARD SPAHR LLP

*/s/ Maxwell S. Mishkin*
Maxwell S. Mishkin (#1031356)
1909 K Street NW, 12th Floor
Washington, DC 20006
Tel: (202) 661-2200
Fax: (202) 661-2299
mishkinm@ballardspahr.com

*Counsel for Plaintiff The Associated Press*