IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE ASSOCIATED PRESS,<br><br>      Plaintiff,<br><br>v.<br><br>TAYLOR BUDOWICH, in his official capacity as White House Deputy Chief of Staff; KAROLINE LEAVITT, in her official capacity as White House Press Secretary; and SUSAN WILES, in her official capacity as White House Chief of Staff,<br><br>      Defendants. | Case No. _____ |

## **APPEARANCE OF COUNSEL**

To:    The Clerk of Court and all parties of record

    I am admitted to practice in this court, and I appear in this case as counsel for Plaintiff The Associated Press.

Dated: February 21, 2025

Respectfully submitted,

BALLARD SPAHR LLP

*/s/ Sasha Dudding*
Sasha Dudding (#1735532)
1675 Broadway, 19th Floor
New York, NY 10019
Tel: (212) 223-0200
Fax: (212) 223-1942
duddings@ballardspahr.com

*Counsel for Plaintiff The Associated Press*