UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE ASSOCIATED PRESS,<br><br>        Plaintiff,<br><br>    v.<br><br>TAYLOR BUDOWICH,<br>White House Deputy Chief of Staff, et al.,<br><br>        Defendants. | Civil Action No. 25-0532 (TNM) |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Brian P. Hudak as counsel for Defendants in this action.

Dated: February 11, 2025                    Respectfully submitted,

                            /s/ Brian P. Hudak
                            BRIAN P. HUDAK
                            Chief, Civil Division
                            U.S. Attorney's Office
                            601 D Street, NW
                            Washington, DC 20530
                            (202) 252-2500 (main)

                            *Attorney for the United States of America*