IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE ASSOCIATED PRESS,<br><br>      Plaintiff,<br><br>v.<br><br>TAYLOR BUDOWICH, et al.<br><br>      Defendants. | Case No. 1:25-cv-00532-TNM |

## NOTICE OF FILING

Plaintiff The Associated Press ("the AP") respectfully submits the attached Declaration of Julie Pace, with Exhibits A and B thereto, in support of the AP's Motion for Temporary Restraining Order (ECF 2) and Motion for Preliminary Injunction (ECF 3) in this matter.

Dated:  February 23, 2025

Respectfully submitted,

BALLARD SPAHR LLP

*/s/ Charles D. Tobin*
Charles D. Tobin (#455593)
Jay Ward Brown (#437686)
Maxwell S. Mishkin (#1031356)
1909 K Street NW, 12th Floor
Washington, DC 20006
Tel: (202) 661-2200
Fax: (202) 661-2299
tobinc@ballardspahr.com
brownjay@ballardspahr.com
mishkinm@ballardspahr.com

Sasha Dudding (#1735532)
1675 Broadway, 19th Floor
New York, NY 10019
Tel: (212) 223-0200
Fax: (212) 223-1942
duddings@ballardspahr.com

*Counsel for Plaintiff The Associated Press*