IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE ASSOCIATED PRESS,<br><br>          Plaintiff,<br><br>v.<br><br>TAYLOR BUDOWICH, et al.<br><br>          Defendants. | Case No. 1:25-cv-00532-TNM |

## DECLARATION OF JULIE PACE

Julie Pace, pursuant to 28 U.S.C. § 1746, declares as follows:

I submit this declaration in support of the Motion for Temporary Restraining Order and Preliminary Injunction filed by Plaintiff The Associated Press ("the AP") in this matter. I have personal knowledge of the facts set forth herein and would be competent to testify to them.

1. I am Senior Vice President and Executive Editor for the AP. In that role I lead the AP's global news operations and oversee its news content in all formats. I have been employed by the AP since 2007.

2. On February 12, 2025, I sent a letter to White House Chief of Staff Susan Wiles objecting to the White House's exclusion of the AP from press events with President Trump. A true and correct copy of my letter to Ms. Wiles is attached hereto as Exhibit A.

3. On February 18, 2025, I received an email from Ms. Wiles in response to my February 12, 2025 letter. A true and correct copy of that email is attached hereto as Exhibit B.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  2/25/2025  .

Signed by:

*Julie Pace*

———— 339CD9AD3C3B40D...

Julie Pace