# Exhibit A



Julie Pace
Executive Editor

February 12, 2025

Susie Wiles
White House Chief of Staff
1600 Pennsylvania Avenue
Washington, DC 20500

Dear Ms. Wiles,

I write on behalf of The Associated Press, an independent global news organization that reaches billions of people every day, to object in the strongest possible terms to the actions taken by the Trump administration against AP yesterday.

At issue here is free speech -- a fundamental pillar of American democracy and a value of the utmost importance to all Americans, regardless of political persuasion, occupation or industry.

The White House on Tuesday blocked AP journalists from attending two press events with President Trump following an apparent complaint over AP's [editorial decisions](#) regarding the Gulf of Mexico, which President Trump recently renamed the Gulf of America.

During a meeting earlier Tuesday, Ms. Leavitt informed an AP reporter that AP's access to the Oval Office would be restricted if AP did not immediately align its editorial standards with President Trump's executive order. When AP didn't accede to these demands, White House staff blocked an AP reporter from attending an executive order signing in the Oval Office and, later, another AP reporter from attending an evening press event in the Diplomatic Room.

The actions taken by the White House were plainly intended to punish the AP for the content of its speech. It is among the most basic tenets of the First Amendment that the government cannot retaliate against the public or the press for what they say. This is viewpoint discrimination based on a news organization's editorial choices and a clear violation of the First Amendment.

At this point, it is not clear to us whether the White House intends to impose these access restrictions against AP reporters on an ongoing basis. We strongly urge the administration to end this practice.

As you know, a fundamental role of the press is to serve as the public's eyes and ears. When journalists are blocked from doing their job, it is the American public who suffers. It also sets an alarming precedent that has the potential to affect every news outlet and, in turn, severely limit the public's right to know what is happening inside their government.

**The Associated Press** | 200 Liberty St., New York, NY 10281 | T 212.621.1500 | ap.org

As a global news organization, The Associated Press is committed to providing Americans and billions of people around the world with factual, nonpartisan journalism. The AP is prepared to vigorously defend its constitutional rights and protest the infringement on the public's right to independent news coverage of their government and elected officials.

We are available to meet with you to discuss this matter in person.

Respectfully,

*Julie Pace*

Julie Pace
Senior Vice President and Executive Editor
The Associated Press

cc: Karoline Leavitt, White House Press Secretary