IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE ASSOCIATED PRESS,<br><br>                     *Plaintiff*,<br><br>  v.<br><br>TAYLOR BUDOWICH, in his official capacity as White House Deputy Chief of Staff; KAROLINE LEAVITT, in her official capacity as White House Press Secretary; and SUSAN WILES, in her official capacity as White House Chief of Staff,<br><br>                     *Defendants*. | Case No. 1:25-cv-00532-TNM<br><br>Hon. Trevor N. McFadden |

**MOTION FOR LEAVE TO FILE BRIEF OF THE WHITE HOUSE CORRESPONDENTS' ASSOCIATION AS AMICUS CURIAE IN SUPPORT OF PLAINTIFF THE ASSOCIATED PRESS'S MOTIONS FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

Pursuant to Local Civil Rule 7(o)(1), proposed amicus curiae, the White House Correspondents' Association (the "WHCA"), respectfully moves this Court for leave to file the attached amicus curiae brief in support of Plaintiff The Associated Press's Motions for Temporary Restraining Order and Preliminary Injunction (ECF Nos. 2, 3). The proposed brief is attached to this Motion.

1.      This Court "has broad discretion to permit . . . participat[ion] [of] amici curiae," and amicus participation is appropriate where amici have "relevant expertise and a stated concern for the issues at stake in [the] case." *Dist. of Columbia v. Potomac Elec. Power Co.*, 826 F. Supp. 2d 227, 237 (D.D.C. 2011).

2.      This Court has recognized that "[a]n amicus brief should normally be allowed when . . . the amicus has unique information or perspective that can help the court beyond the help that

the lawyers for the parties are able to provide.'" *Mashpee Wampanoag Tribe v. Bernhardt*, 2020 WL 2615523, at *1 (D.D.C. May 22, 2020) (quoting *Ryan v. Commodity Futures Trading Comm'n*, 125 F.3d 1062, 1063 (7th Cir. 1997)); *see also Jin v. Ministry of State Sec.*, 557 F. Supp. 2d 131, 137 (D.D.C. 2008) (same).

3. The WHCA is a nonpartisan 501(c)(3) association, and the audiences its membership serves hold views across the political spectrum. The WHCA is composed of White House correspondents and editors from nearly 300 news organizations, including The Associated Press ("AP"), Fox News, The Washington Post, The Wall Street Journal, CNN, ABC, Newsmax, and others. The WHCA's purposes include providing a forum for those journalists who cover the White House; promoting friendly relations and the exchange of ideas among its members; and educating the public about the field of journalism, in general, and the process of reporting about the White House. The WHCA also maintains responsibilities associated with coordinating the White House press pool, of which the AP is a member and from which the AP has been effectively excluded since the White House imposed its restrictions against the AP on February 11, 2025. *See* Compl. (ECF No. 1) ¶ 5, 32 (alleging press pool exclusion).

4. This brief is intended to highlight the serious consequences for news organizations who are not before the Court and the American public if the government is permitted to exclude journalists from their White House press pool duties based on the editorial choices of their employers. The proposed amicus brief describes the operation of the White House press corps and its role in informing the nation and the world about the American presidency, and it puts into context the chilling effect that the viewpoint discrimination at issue would have on the free press and its impact, ultimately, on America's democracy.

Dated: February 23, 2025 Respectfully submitted,

/s/ Simon A. Latcovich
Simon A. Latcovich (D.C. Bar No. 980319)
Alexandra M. Gutierrez (D.C. Bar No. 1619149)
Williams & Connolly LLP
680 Maine Avenue, S.W.
Washington, DC 20024
Telephone: (202) 434-5000
Facsimile: (202) 434-5029
slatcovich@wc.com

*Counsel for Amicus Curiae White House Correspondents' Association*

## CERTIFICATE OF SERVICE

I hereby certify that on February 23, 2025, I electronically filed the foregoing Motion for Leave To File Brief of the White House Correspondents' Association as Amicus Curiae in Support of Plaintiff The Associated Press's Motions for Temporary Restraining Order and Preliminary Injunction with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to registered CM/ECF participants.

*/s/ Simon A. Latcovich*
*Counsel for Amicus Curiae White House Correspondents' Association*