IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE ASSOCIATED PRESS,<br><br>                              *Plaintiff*,<br><br>v.<br><br>TAYLOR BUDOWICH, in his official capacity as White House Deputy Chief of Staff; KAROLINE LEAVITT, in her official capacity as White House Press Secretary; and SUSAN WILES, in her official capacity as White House Chief of Staff,<br><br>                              *Defendants*. | Case No. 1:25-cv-00532-TNM<br><br>Hon. Trevor N. McFadden |

**[PROPOSED] ORDER**

On consideration of the Motion for Leave To File Brief of the White House Correspondents' Association as Amicus Curiae in Support of Plaintiff The Associated Press's Motions for Temporary Restraining Order and Preliminary Injunction, it is hereby ORDERED that the motion is GRANTED.

Date: _____                                                 _____
                                                                                                                  Hon. Trevor N. McFadden