UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

THE ASSOCIATED PRESS,

       Plaintiff,

   v.

TAYLOR BUDOWICH,
White House Deputy Chief of Staff, et al.,

       Defendants.

Civil Action No. 25-0532 (TNM)

**[PROPOSED] ORDER**

UPON CONSIDERATION of Plaintiff's motion for a temporary restraining order, Defendants' opposition thereto, and the entire record herein, it is hereby

ORDERED that Plaintiff's motion is DENIED.

SO ORDERED:

_____
Date

_____
TREVOR N. MCFADDEN
United States District Judge