UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE ASSOCIATED PRESS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TAYLOR BUDOWICH,<br>White House Deputy Chief of Staff, et al.,<br><br>　　　　Defendants. | Civil Action No. 25-0532 (TNM) |

## NOTICE OF FILING

Defendants respectfully submit the attached table of authorities to accompany their opposition to Plaintiff's motion for a temporary restraining order consistent with the Court's Standing Order in this action.

Dated: February 24, 2025
　　　　Washington, DC

Respectfully submitted,

EDWARD R. MARTIN, JR., D.C. Bar #481866
United States Attorney

By:　　*/s/ Brian P. Hudak*
　　　BRIAN P. HUDAK
　　　Chief, Civil Division
　　　601 D Street, NW
　　　Washington, DC 20530
　　　(202) 252-2549

*Attorneys for the United States of America*