## TABLE OF AUTHORITIES

**Authorities Chiefly Relied Upon**

*Ateba v. Jean-Pierre*,
706 F. Supp. 3d 63 (D.D.C. 2023) (Bates, J.),
*appeal pending*, No. 24-5004 (D.C. Cir. argued Oct. 15, 2024) .......................................... 2, 13, 14

*Baltimore Sun Co. v. Ehrlich*,
437 F.3d 410 (4th Cir. 2006) ................................................................................................. passim

*Getty Images News Servs. Corp. v. Dep't of Def.*,
193 F. Supp. 2d 112 (D.D.C. 2002) (Bates, J.) ............................................................................. 18

*Sherrill v. Knight*,
569 F.2d 124 (D.C. Cir. 1977) ............................................................................................... passim

*Winter v. Nat. Res. Def. Council*,
555 U.S. 7 (2008) .................................................................................................................. 10, 11

*Zemel v. Rusk*,
381 U.S. 1 (1965) .......................................................................................................................... 12

**Cases**

*Bartko v. Dep't of Just.*,
Civ. A. No. 13-1135 (JEB), 2015 WL 13673371 (D.D.C. 2015) ........................................... 10, 11

*Bowman v. Iddon*,
848 F.3d 1034 (D.C. Cir. 2017) ................................................................................................... 12

*Branzburg v. Hayes*,
408 U.S. 665 (1972) ..................................................................................................................... 13

*Chaplaincy of Full Gospel Churches v. England*,
454 F.3d 290 (D.C. Cir. 2006) ............................................................................................... 10, 11

*CityFed Fin. Corp. v. Off. of Thrift Supervision*,
58 F.3d 738 (D.C. Cir. 1995) ....................................................................................................... 11

*CNN, Inc. v. ABC, Inc.*,
518 F. Supp. 1238 (N.D. Ga. 1981) ............................................................................................. 15

*CNN, Inc. v. Trump*,
Civ. A. No. 18-2610 (TJK), 2018 WL 9436958 (D.D.C. Nov. 16, 2018) ................................... 14

*Connick v. Myers*,
461 U.S. 138 (1983) ..................................................................................................................... 16

*Damus v. Nielsen*,
   313 F. Supp. 3d 317, 326 (D.D.C. 2018) (Boasberg, J.) .............................................................. 10

*Davis v. Pension Benefit Guar. Corp.*,
   571 F.3d 1288 (D.C. Cir. 2009) ................................................................................................. 10

*Dunlap v. Presidential Advisory Comm'n on Election Integrity*,
   319 F. Supp. 3d 70 (D.D.C. 2018) (Kollar-Kotelly, J.) ............................................................... 10

*Henke v. Dep't of Interior*,
   842 F. Supp. 2d 54 (D.D.C. 2012) (Boasberg, J.) ...................................................................... 11

*Hospitality Staffing Sols, LLC v. Reyes*,
   736 F. Supp. 2d 192 (D.D.C. 2010) (Kollar-Kotelly, J.) ............................................................. 10

*Houchins v. KQED, Inc.*,
   438 U.S. 1 (1978) ........................................................................................................................ 13

*JB Pictures, Inc. v. Dep't of Def.*,
   86 F.3d 236 (D.C. Cir. 1996) ..................................................................................................... 13

*Jud. Watch, Inc. v. Dep't of Homeland Sec.*,
   514 F. Supp. 2d 7 (D.D.C. 2007) (Leon, J.) ............................................................................... 11

*Karem v. Trump*,
   960 F.3d 656 (D.C. Cir. 2020) ................................................................................................... 14

*League of Women Voters of the U.S. v. Newby*,
   838 F.3d 1 (D.C. Cir. 2016) ....................................................................................................... 10

*Mississippi v. Johnson*,
   71 U.S. (4 Wall.) 475 (1867) ..................................................................................................... 20

*Murthy v. Missouri*,
   603 U.S. 43 (2024) ..................................................................................................................... 11

*Nat'l Treasury Emps. Union v. United States*,
   Civ. A. No. 19-0050 (RJL), 2019 WL 266381 (D.D.C. Jan. 18, 2019) ........................................ 9

*Newdow v. Roberts*,
   603 F.3d 1002 (D.C. Cir. 2010) ................................................................................................. 20

*Pursuing Am.'s Greatness v. FEC*,
   831 F.3d 500 (D.C. Cir. 2016) ............................................................................................. 10, 20

*Scahill v. District of Columbia*,
   909 F.3d 1177 (D.C. Cir. 2018) ................................................................................................. 12

*Sherley v. Sebelius*,
644 F.3d 388 (D.C. Cir. 2011) .................................................................................................. 10

*Snyder v. Ringgold*,
133 F.3d 917, 1998 WL 13528 (4th Cir. 1998) ........................................................................ 17

*United Farm Workers v. Chao*,
593 F. Supp. 2d 166 (D.D.C. 2009) .......................................................................................... 11

*Weinberger v. Romero-Barcelo*,
456 U.S. 305 (1982) .................................................................................................................. 20

*Wis. Gas Co. v. Fed. Energy Regul. Comm'n*,
758 F.2d 669 (D.C. Cir. 1985) .................................................................................................. 11