IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| THE ASSOCIATED PRESS,<br><br>    *Plaintiff,*<br><br>  v.<br><br>TAYLOR BUDOWICH, in his official capacity as White House Deputy Chief of Staff; KAROLINE LEAVITT, in her official capacity as White House Press Secretary; and SUSAN WILES, in her official capacity as White House Chief of Staff,<br><br>    *Defendants.* | **Case No. 25-cv-00532-TNM** |

**MOTION OF REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS FOR LEAVE TO FILE AMICUS BRIEF**

Proposed amicus curiae the Reporters Committee for Freedom of the Press (the "Reporters Committee") respectfully moves this Court under Local Civil Rule 7(o) for leave to file the attached amicus curiae brief in support of Plaintiff's Motions for a Temporary Restraining Order and Preliminary Injunction.

1.   This Court "has broad discretion to permit . . . participat[ion] [of] amici curiae," and amicus participation is appropriate where amici have "relevant expertise and a stated concern for the issues at stake in [the] case." *Dist. of Columbia v. Potomac Elec. Power Co.*, 826 F. Supp. 2d 227, 237 (D.D.C. 2011).  This Court has recognized that

an amicus brief should "normally be allowed when . . . the amicus has unique information or perspective that can help the court beyond the help that the lawyers for the parties are able to provide." *Cobell v. Norton*, 246 F. Supp. 2d 59, 62 (D.D.C. 2003) (quoting *Ryan v. Commodity Futures Trading Comm'n*, 125 F.3d 1062, 1063 (7th Cir. 1997)); *Jin v. Ministry of State Sec.*, 557 F. Supp. 2d 131, 137 (D.D.C. 2008) (same).

2. Proposed amicus the Reporters Committee is an unincorporated nonprofit association of reporters and editors dedicated to defending the First Amendment and newsgathering rights of the press. The Reporters Committee routinely appears as amicus curiae in the federal courts, including this Court, where the federal government attempts to restrict the news media's ability to inform the public. *See, e.g.*, Order, *Karem v. Trump*, No. 1:19-cv-02514 (D.D.C. Aug. 22, 2019) (granting the Reporters Committee leave to file as amicus curiae in support of a motion for a temporary restraining order seeking restoration of a journalist's press pass).

3. The proposed amicus brief highlights for the Court the important role the press pool has historically played in informing the public about matters of public concern and explains the strict limits the First Amendment imposes on the government's ability to discriminate on the basis of viewpoint when providing the news media access to the White House.

4. Amicus is uniquely positioned to provide the Court with information

2

and insight based on its experience advocating on behalf of reporters and media outlets. The proposed amicus brief provides broader context on the danger Defendants' actions pose to the press as a whole beyond their impact on Plaintiff.

5.  Defendants take no position on this motion. Plaintiff consents to the filing of the proposed amicus brief.

Dated: February 24, 2025　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　/s/ Bruce D. Brown
　　　　　　　　　　　　　　　　　　　　　　Bruce D. Brown
　　　　　　　　　　　　　　　　　　　　　　(D.C. Bar No. 457317)
　　　　　　　　　　　　　　　　　　　　　　　*Counsel of Record for Amicus Curiae*
　　　　　　　　　　　　　　　　　　　　　　Lisa Zycherman
　　　　　　　　　　　　　　　　　　　　　　Gabriel Rottman
　　　　　　　　　　　　　　　　　　　　　　Grayson Clary
　　　　　　　　　　　　　　　　　　　　　　REPORTERS COMMITTEE FOR
　　　　　　　　　　　　　　　　　　　　　　 FREEDOM OF THE PRESS
　　　　　　　　　　　　　　　　　　　　　　1156 15th Street NW, Suite 1020
　　　　　　　　　　　　　　　　　　　　　　Washington, DC 20005
　　　　　　　　　　　　　　　　　　　　　　Telephone: 202.795.9300
　　　　　　　　　　　　　　　　　　　　　　bbrown@rcfp.org

　　　　　　　　　　　　　　　　　　　　　　*Counsel for Amicus Curiae*

## CERTIFICATE OF SERVICE

I hereby certify that on February 24, 2025, I electronically filed the foregoing Motion of Reporters Committee for Freedom of the Press for Leave to File Amicus Brief with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all registered CM/ECF participants.

/s/ Bruce D. Brown
Bruce D. Brown
(D.C. Bar No. 457317)
  *Counsel of Record for Amicus Curiae*