IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

THE ASSOCIATED PRESS,

    *Plaintiff,*

v.

TAYLOR BUDOWICH, in his official capacity as White House Deputy Chief of Staff; KAROLINE LEAVITT, in her official capacity as White House Press Secretary; and SUSAN WILES, in her official capacity as White House Chief of Staff,

    *Defendants*.

Case No. 25-cv-00532-TNM

**[PROPOSED] ORDER**

On consideration of the Motion of Reporters Committee for Freedom of the Press for Leave to File Amicus Brief, it is hereby **ORDERED** that the motion is **GRANTED.**

Date: _____

_____
Hon. Trevor N. McFadden

1