UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ASSOCIATED PRESS**,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>**TAYLOR BUDOWICH**, in his official capacity as White House Deputy Chief of Staff, *et al*.<br><br>　　　　　　　Defendants. | Case No. 1:25-cv-00532 (TNM) |

### ORDER

　　　　Plaintiff, the Associated Press, moved for a temporary restraining order against Defendants, various White House officials. The Associated Press asks the Court to prevent the White House officials from limiting its "access to the Oval Office, Air Force One, and other limited spaces." ECF No. 2. A party seeking a temporary restraining order must make a "clear showing that four factors, taken together, warrant relief: likely success on the merits, likely irreparable harm in the absence of preliminary relief, a balance of the equities in its favor, and accord with the public interest." *League of Women Voters of United States v. Newby*, 838 F.3d 1, 6 (D.C. Cir. 2016).

　　　　The Court has considered each of these four factors in light of the parties' briefs and the arguments presented by each side at a hearing on February 24, 2025. The Court finds that the Associated Press has not made the requisite showing and will thus deny the motion. The Court has already ordered expedited briefing on the Associate Press's separate request for a preliminary injunction.

　　　　For these reasons, it is hereby

2

**ORDERED** that Plaintiff's [2] Motion for Temporary Restraining Order is **DENIED**.

**SO ORDERED**.

Dated: February 24, 2025

/s/   *Trevor N. McFadden*
TREVOR N. McFADDEN, U.S.D.J.