UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE ASSOCIATED PRESS,<br><br>       Plaintiff,<br><br>   v.<br><br>TAYLOR BUDOWICH,<br>White House Deputy Chief of Staff, et al.,<br><br>       Defendants. | Civil Action No. 25-0532 (TNM) |

## **NOTICE**

     Defendants respectfully submit this notice to update the Court of a relevant development. On Tuesday, February 25, 2025, the White House Press Secretary announced the White House's intent to change the way it decides who participates in its press pool. As per the Press Secretary, this change is designed to open access to a wide range of media outlets that have not historically been members of the pool while continuing to provide access to legacy members of the pool. *See* White House, Press Secretary Karoline Leavitt Briefs Members of the Media, YouTube (Feb. 25, 2025), https://www.youtube.com/watch?v=Vl-_9pOiAl0, at 5:58–8:58.

     The United States notes this development as a courtesy to the Court as it may bear on the challenge brought by the Associated Press in this action. The United States may address the impact of this development in its opposition to the Associated Press's renewed motion for a preliminary injunction.

                                                    \*   \*   \*

Dated: February 28, 2025
       Washington, DC

Respectfully submitted,

EDWARD R. MARTIN, JR., D.C. Bar #481866
United States Attorney

By:      */s/ Brian P. Hudak*
    BRIAN P. HUDAK
    Chief, Civil Division
    601 D Street, NW
    Washington, DC 20530
    (202) 252-2549

*Attorneys for the United States of America*