IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

THE ASSOCIATED PRESS,

    Plaintiff,

v.

TAYLOR BUDOWICH, et al.,

    Defendants.

Case No. 25-cv-532-TNM

**RESPONSE OF THE ASSOCIATED PRESS TO THE DEFENDANTS' "NOTICE"**

The Associated Press ("the AP"), through counsel, hereby responds to the Notice filed by the Defendants earlier today.  *See* Dkt. 22.

The Defendants' Notice nowhere informs the Court that under the White House's new practice of selecting the press pool, terminating a century-old relationship with the White House Correspondents' Association ("WHCA"), <u>the AP is still excluded from the press pool and from events open to the rest of the White House press corps</u>.  Attached as Exhibit A is a list of the events that, since Defendant Press Secretary Karoline Leavitt's announcement on February 25, 2025, the AP has been barred from covering while members of the new White House-selected pool have been invited to cover.

Indeed, the White House made the announcement that it would stop recognizing the WHCA's designation of members of the White House press pool the very next day after this Court's February 24, 2025 hearing.  The White House took this action despite this Court's admonition at the hearing that "[i]t might be a good idea for the White House" to reconsider whether "what they're doing is really appropriate in light of the case law."  Today, the White House escalated further, barring the AP from covering President Trump's arrival at Palm Beach

1

International Airport despite opening the event to other credentialed media, and despite there being no space constraints on an airport tarmac.

Given the timing, and the continued exclusion of AP, it is abundantly clear that the White House changed its practice in further retaliation against the AP for exercising its First Amendment-protected, independent editorial judgment and in response to this lawsuit. Contrary to the representation in the Notice that the pool will "contin[ue] to provide access to legacy members of the pool," the AP – which was the founding member of the pool – remains barred from pool events and other events ostensibly open to all White House credentialed journalists. This is yet another violation of the AP's First and Fifth Amendment rights.

Dated: February 28, 2025

Respectfully submitted,

BALLARD SPAHR LLP

*/s/ Charles D. Tobin*
Charles D. Tobin (#455593)
Jay Ward Brown (#437686)
Maxwell S. Mishkin (#1031356)
Sasha Dudding (#1735532)
1909 K Street NW, 12th Floor
Washington, DC 20006
Tel: (202) 661-2200
Fax: (202) 661-2299
tobinc@ballardspahr.com
brownjay@ballardspahr.com
mishkinm@ballardspahr.com
duddings@ballardspahr.com

*Counsel for Plaintiff The Associated Press*