# Exhibit A

**Events From Which The AP's White House Journalists Have Been Excluded**
<u>**Since Defendant Karoline Leavitt's Announcement on February 25, 2025 at 1:00 PM**</u>

- **February 25:**
  - The President signs Executive Orders in the Oval Office (Press Pool)

- **February 26:**
  - The President participates in a Cabinet Meeting in the Cabinet Room (White House Press Pool)

- **February 27:**
  - The President participates in a bilateral meeting with the Prime Minister of the United Kingdom in the Oval Office (White House Press Pool)
  - The President holds a press conference with the Prime Minister of the United Kingdom in the East Room (Pre-Credentialed Media)

- **February 28:**
  - The President participates in a bilateral meeting with the President of Ukraine in the Oval Office (White House Press Pool)
  - The President holds a press conference with the President of Ukraine in the East Room (Pre-Credentialed Media) – Note that the AP's requests for credentials were never confirmed, though the event was ultimately cancelled.
  - The President arrives Joint Base Andrews (Out-of-Town Travel Pool)
  - The President departs Joint Base Andrews en route Palm Beach International Airport (Out-of-Town Travel Pool)
  - The President arrives Palm Beach International Airport (Out-of-Town Travel Pool) – Note that the White House also opened Air Force One's arrival in Florida to media beyond the press pool to cover the plane landing from the tarmac. An AP photographer's RSVP was denied.
  - The President departs Palm Beach International Airport en route Mar-a-Lago (Out-of-Town Travel Pool)
  - The President arrives Mar-a-Lago (Out-of-Town Travel Pool)