UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Associated Press, *Plaintiff,*

v.

Budowich, et al., *Defendants.*

Case Number: 1:25-cv-00532

**MOTION FOR LEAVE TO FILE AMICUS BRIEF BY THE CENTER FOR AMERICAN RIGHTS**

Christopher E. Mills
D.D.C. Bar. No. SC0008
Spero Law LLC
557 East Bay St. #22251
Charleston, SC 29413
Phone: 843-606-0640
cmills@spero.law

Daniel R. Suhr
   *Pro hac vice filed simultaneously*
Center for American Rights
1341 W. Fullerton Ave., Suite 170
Chicago, IL 60614
Phone: 414-588-1658
dsuhr@americanrights.org

1. The Center for American Rights is a non-partisan, non-profit public-interest law firm with a focus on media accountability. It is currently litigating several legal and administrative complaints nationwide on media issues, including *News Distortion Complaint Involving CBS Broadcasting Inc., Licensee of WCBS, New York, NY*, Fed. Comm. Comm'n MB File 25-73 and *Applications to transfer control of Paramount Global*, Fed. Comm. Comm'n MB File 24-275.

2. The Center is led by Daniel Suhr, who previously represented journalists who were denied access to government press briefings. *MacIver Institute v. Evers*, 994 F.3d 602 (7th Cir. 2021); *Salem Media of Illinois, LLC v. Pritzker,* 1:2020-cv-03212 (N.D. Ill. 2020).

3. Based on those experiences, Suhr and the Center have developed a particular expertise in issues around media and the First Amendment.

4. Additionally, based on those experiences, Suhr and the Center have become familiar with this body of case law, including a number of cases not briefed by the parties to this point.

5. As demonstrated in the attached proposed brief, the Center will provide the Court with information and analysis that will hopefully clarify the issues present.

6. This Court has already granted several other motions to participate as amici in this case, demonstrating the wide public interest in it and the value of hearing amicus perspectives.

7. The Center has advised counsel for the parties of its intent to file, and they have responded that they do not object.

8. Thus, pursuant to L. Civ. R. 7(o)(1), the Center respectfully moves this Court to file the attached brief of *amicus curiae*.

Dated: March 3, 2025

Respectfully submitted,

s/ Christopher E. Mills
Christopher E. Mills
D.D.C. Bar. No. SC0008
Spero Law LLC
557 East Bay St. #22251
Charleston, SC 29413
Phone: 843-606-0640
cmills@spero.law

Daniel R. Suhr
  *Pro hac vice filed simultaneously*
Center for American Rights
1341 W. Fullerton Ave., Suite 170
Chicago, IL 60614
Phone: 414-588-1658
dsuhr@americanrights.org

*Counsel for Amicus Center for American Rights*