IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE ASSOCIATED PRESS,<br><br>      Plaintiff,<br><br>v.<br><br>TAYLOR BUDOWICH, et al.<br><br>      Defendants. | Case No. 25-cv-532-TNM |

## SECOND DECLARATION OF JULIE PACE

Julie Pace, pursuant to 28 U.S.C. § 1746, declares as follows:

I submit this declaration in support of the Amended Motion for Preliminary Injunction filed by Plaintiff The Associated Press ("the AP") in this matter. I have personal knowledge of the facts set forth herein and would be competent to testify to them.

1. I am Senior Vice President and Executive Editor for the AP. In that role I lead the AP's global news operations and oversee its news content in all formats. I have been employed by the AP since 2007.

2. On February 12, 2025, I sent a letter to White House Chief of Staff Susan Wiles objecting to the White House's exclusion of the AP from press events with President Trump. A true and correct copy of my letter to Ms. Wiles is attached hereto as Exhibit A.

3. On February 18, 2025, I received an email from Ms. Wiles in response to my February 12, 2025 letter. A true and correct copy of that email is attached hereto as Exhibit B.

4. On February 28, 2025, I sent an email to Wiles objecting to the continued exclusion of the AP. A true and correct copy of that email is attached hereto as Exhibit C. As of this filing, that email is my latest communication to Wiles, and she has not yet responded.

1

5. The AP has incurred significant expenses as a result of the White House's denial of access to press events. The AP's expenses include the cost of flying a Paris-based AP reporter to the U.S. to cover a February 24, 2025 press conference in the East Room with President Trump and French President Emmanuel Macron – an event from which the AP's White House journalists were barred. The White House thus forced the AP to incur significant costs, which the AP would not have borne but for this denial of access, to cover President Macron's visit to the U.S. for the AP's global readership.

6. The AP's expenses also include the cost of flying a London-based AP reporter to the U.S. to cover February 27, 2025 events in the Oval Office and the East Room with President Trump and UK Prime Minister Starmer – events from which the AP's White House journalists were again barred. The White House thus forced the AP to incur significant costs, which the AP would not have borne but for this denial of access, to thoroughly cover Prime Minister Starmer's visit to the U.S. for the AP's global readership.

7. The AP's expenses also include the cost of flying a Ukraine-based AP reporter to the U.S. to cover a February 28, 2025 event in the Oval Office with President Trump and Ukrainian President Volodymyr Zelenskyy – an event from which the AP's White House journalists were once more barred.[1] The White House thus forced the AP to incur significant costs, which the AP would not have borne but for this denial of access, to thoroughly cover President Zelenskyy's visit to the U.S. for the AP's global readership.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  3/3/2025

*Julie Pace*
339CD9AD3C3B40D...
Julie Pace

---

[1] The AP's Ukraine-based reporter also would have covered an event that same day in the East Room, from which the AP's White House journalists were barred, but that event was cancelled.