# Exhibit A

As a global news organization, The Associated Press is committed to providing Americans and billions of people around the world with factual, nonpartisan journalism. The AP is prepared to vigorously defend its constitutional rights and protest the infringement on the public's right to independent news coverage of their government and elected officials.

We are available to meet with you to discuss this matter in person.


Respectfully,

*Julie Pace*

Julie Pace
Senior Vice President and Executive Editor
The Associated Press


cc: Karoline Leavitt, White House Press Secretary