# Exhibit A

## Types of Pools

The WHCA-run pool includes wire and print reporters, TV, radio and photojournalists.  The size and composition depend on where the President is.

**In-town travel pool** – 14 members – Covers the President off-campus within driving distance, for instance when he goes to the Capitol or Walter Reed, or goes out to dinner. The pool includes writers from the Print Pool, AP, Reuters and Bloomberg; six photographers (AP, Reuters, AFP, NYT, Getty, photo agency); radio; and a network TV crew and correspondent. (Getty added to photo contingent in January, 2025, raising the total to 14.)

**In-house pool** – ~21 members – (Often referred to as "Expanded in-house pool") – In-town pool plus reporters from foreign press, AFP and Dow Jones, as well as a second network television crew for the "cuts" angle, and potentially additional photographers. Used for most on-campus pool events.

**In-Town Print Pool Rotation** – 32 outlets as of February 2025. Open to US print outlets that regularly cover the White House, have the proper credentials, and demonstrate a commitment to the beat and to journalistic standards. Poolers are responsible for filling every assigned shift, even on holidays, and agree to abide by WHCA guidelines.

**Domestic Travel Pool** (Often referred to as "Out-of-Town Pool" or "Out -of-Town Travel Pool") – The 13-person group that travels with the President outside the capital region. Sometimes referred to as the "protective pool," because

Air Force One has 13 seats allocated to the press. The WHCA has allocated them to three wire reporters (AP, Reuters and Bloomberg), four photographers (AP, Reuters, AFP and New York Times), three from network TV, a radio correspondent, and two print reporters (in the Print and WHCA seats). Each outlet pays the full cost of travel, except for the Print seat, where costs for each trip are shared 15 ways by the 16 members of that rotation (two outlets share one slot).

Six larger print pool outlets share the WHCA seat (formerly the "Magazine" seat), providing additional opportunities to be in the pool.

**Foreign Travel Pool** – The 13-person group that travels with the President outside the country. Also sometimes referred to as the "protective pool**.**" Same composition as the Domestic Travel Pool except that only seven Print outlets participate, and costs are not split.

**Supplemental Pool** – Eligible to volunteer when poolers are needed to cover the Vice President or First Lady, including when they travel, and whenever extra poolers are needed. Outlets in any print pool are always eligible to volunteer. Other outlets, print and non-print, may join this pool, on approval by the WHCA board. A year of supplemental pooling is required before consideration for membership in the Print Pool.