# Exhibit B

**Events From Which AP White House Journalists
Have Been Excluded Since February 11, 2025**

- **February 11:**
  - The President signs Executive Orders in the Oval Office (In-House Pool)
  - The President greets and welcomes Marc Fogel back to the United States in the Diplomatic Reception Room (In-House Pool)

- **February 12:**
  - The President participates in a Swearing-In Ceremony for Director of National Intelligence Tulsi Gabbard in the Oval Office (In-House Pool)

- **February 13:**
  - The President signs Executive Orders in the Oval Office (In-House Pool)
  - The President participates in a Swearing-In Ceremony for Secretary of Health and Human Services Robert F. Kennedy Jr. in the Oval Office (In-House Pool)
  - The President hosts a bilateral meeting with the Prime Minister of the Republic of India Narendra Modi in the Oval Office (In-House Pool and Indian press delegation)
  - The President hosts a Press Conference with the Prime Minister of the Republic of India Narendra Modi in the East Room (Pre-Credentialed Media)

- **February 14:**
  - The President signs Executive Orders in the Oval Office (In-House Pool and additional invited press)
  - Air Force One flight from Joint Base Andrews to Palm Beach International Airport (Out-of-Town Pool)

- **February 15:**
  - Drive to Palm Beach International Airport to tour Boeing airplane and coverage of West Palm Beach golf outing (Out-of-Town Pool)

- **February 16:**
  - Travel to and from Daytona 500 on Air Force One (Out-of-Town Pool)

- **February 17:**
  - Coverage of West Palm Beach golf outing (Out-of-Town Pool)

- **February 18:**
  - Drive to and from West Palm Beach golf course (Out-of-Town Pool)
  - The President signs Executive Orders at Mar-a-Lago (Expanded Out-of-Town Travel Pool)

- **February 19:**
  - Travel from Palm Beach to Miami on Air Force One (Out-of-Town Pool)
  - FII Priority Event at Faena Hotel & Forum in Miami (Out-of-Town Pool)
  - Travel from Miami to Washington, DC on Air Force One (Out-of-Town Pool)

- **February 20:**
  - Black History Month Reception in the East Room (Pre-Credentialed Media)
  - The President delivers remarks at the Republican Governors Association Meeting at the National Building Museum (In-Town Travel Pool)

- **February 21:**
  - The President delivers remarks at the Governors Working Session in the State Dining Room (In-House Pool)
  - The President participates in a Ceremonial Swearing-In for Secretary of Commerce Howard Lutnick in the Oval Office (In-House Pool and invited others)

- **February 22:**
  - Travel to and from National Harbor to attend CPAC and meet with President of Poland (In-Town Travel Pool)
  - The President and The First Lady participate in the National Governors Association Evening Dinner and Reception in the East Room (In-House Pool)

- **February 24:**
  - The President hosts a bilateral meeting with the President of the French Republic in the Oval Office (In-House Pool and French press delegation)
  - The President holds a press conference with the President of the French Republic in the East Room (Pre-Credentialed Media)

- **February 25:**
  - The President signs Executive Orders in the Oval Office (Press Pool)

- **February 26:**
  - The President participates in a Cabinet Meeting in the Cabinet Room (White House Press Pool)

- **February 27:**
  - The President participates in a bilateral meeting with the Prime Minister of the United Kingdom in the Oval Office (White House Press Pool)
  - The President holds a press conference with the Prime Minister of the United Kingdom in the East Room (Pre-Credentialed Media)

- **February 28:**
  - The President participates in a bilateral meeting with the President of Ukraine in the Oval Office (White House Press Pool)
  - The President holds a press conference with the President of Ukraine in the East Room (Pre-Credentialed Media) – Note that the AP's requests for credentials were never confirmed, though the event was ultimately cancelled.
  - The President arrives at Joint Base Andrews (Out-of-Town Travel Pool)
  - The President departs Joint Base Andrews en route to Palm Beach International Airport (Out-of-Town Travel Pool)
  - The President arrives at Palm Beach International Airport (Out-of-Town Travel Pool) – Note that the White House also opened Air Force One's arrival in Florida to media beyond the press pool to cover the plane landing from the tarmac. An AP photojournalist's RSVP was denied.
  - The President departs Palm Beach International Airport en route Mar-a-Lago (Out-of-Town Travel Pool)
  - The President arrives at Mar-a-Lago (Out-of-Town Travel Pool)

- **March 1:**
  - Coverage of West Palm Beach golf outing (Out-of-Town Pool)

- **March 2:**
  - Coverage of West Palm Beach golf outing (Out-of-Town Pool)
  - Travel from Palm Beach International Airport to Joint Base Andrews on Air Force One (Out-of-Town Pool)