IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE ASSOCIATED PRESS,<br><br>   Plaintiff,<br><br>v.<br><br>TAYLOR BUDOWICH, et al.,<br><br>   Defendants. | Case No. 25-cv-532-TNM |

### DECLARATION OF JON ELSWICK

Jon Elswick, pursuant to 28 U.S.C. § 1746, declares as follows:

I submit this declaration in support of the Amended Motion for Preliminary Injunction filed by Plaintiff The Associated Press ("the AP") in the above-captioned matter. I have personal knowledge of the facts set forth herein and would be competent to testify to them.

1. I am a photo editor for the AP, a position I have held for more than 35 years. I began my career in Chicago, where I primarily covered professional sports (including the Michael Jordan-era Bulls). I then moved to Washington, DC, where I have edited photos from AP photographers covering the White House and Congress, as well as photos from AP photographers across the country covering national political campaigns.

2. For more than 15 years, I also served on the board of the White House News Photographers Association ("WHNPA"), a non-profit organization dedicated to promoting, protecting, and advancing the interests and intellectual property rights of its membership, which consists of still and video photographers assigned to cover the White House and other news events in Washington and beyond. Additional information about the WHNPA can be found on its website at https://whnpa.org/.

1

**How AP Photographers Covered The White House Before The Access Ban**

3.  The AP is the only wire service in the White House press pool that covered the President, almost exclusively, with staff photographers. We did this because we wanted to ensure the highest and most consistent quality of photographs for the thousands of news outlets across the country and around the world that rely on our photographers to capture images of the news as it happens in the White House and wherever else the President goes.

4.  Our role in the pool, and the White House press corps more broadly, has been to serve as the eyes and ears for our news organization customers and their readers. We send our photographers to presidential events large and small not only because of the space restrictions on the smaller events, but also because our news organization customers do not have the staffing and resources to cover even the larger events on a regular basis. Instead, they rely on the AP to cover the President for them and to deliver nearly instantaneous photos from the White House.

5.  When AP photographers were in the press pool, no customs, expectations, or requirements obligated the AP's photographers to share the photos they took with the other press pool members. To the contrary, the photographers vigorously competed with one another to provide news organizations and others around the world with the fastest and best photographs of the event as it was taking place.

6.  Indeed, when AP photographers covered a presidential event, they sent images directly from their camera, during the assignment, to AP photo editors. The AP photo editors looked at the images coming directly from the photographer at the event and, based on the needs of the AP's readership, published images in real-time as news emerged from the event.

7. In this way, the AP published photos within a minute of the photographers taking them. That publication process included the photo editors ensuring proper captioning, cropping, and toning to meet the AP's editorial standards.

8. The AP permits only minor adjustments to photos. Per our standards, these permissible adjustments "include cropping, dodging and burning, conversion into grayscale, elimination of dust on camera sensors and scratches on scanned negatives or scanned prints and normal toning and color adjustments," though such adjustments "should be limited to those minimally necessary for clear and accurate reproduction and that restore the authentic nature of the photograph." The AP does not allow "[c]hanges in density, contrast, color and saturation levels that substantially alter the original scene," and our standards dictate that "[b]ackgrounds should not be digitally blurred or eliminated by burning down or by aggressive toning." Even the mere "removal of 'red eye' from photographs is not permissible." *See Telling the Story: Standards*, https://www.ap.org/about/news-values-and-principles/telling-the-story/.

9. The AP further allows only straightforward photo captions: single sentence "who, what, where, when" descriptions with simple metadata that merely state where a person is, what they are doing, and when they are doing it. The AP does not editorialize in photo captions.

10. On February 11, 2025, in one of the last events that the AP's White House photographers were able to cover before the access ban extended to them, for example, an AP photographer transmitted 93 images from their camera during the course of the event and a photo editor provided a constant edited stream of photos as the event continued, making more than 50 photos of Elon Musk's much-reported-on joint appearance with President Trump in the Oval Office available to customers and clients in nearly real time:



11. By comparison, another photographer in the in-town pool, not from the AP, transmitted fewer than 30 photographs from the same February 11 Oval Office event. It was the AP's editorial choice, because of our customer needs, to move a wider edit of images from the same event.

12. The AP's photographs of presidential events were non-partisan and offered a straightforward visual report of presidential events. AP photographers, acting for the news outlets around the globe that the AP represents, were present to witness history, however it unfolded, and to show the truth of what happened – nothing more.

**How The White House Access Ban Has Affected The AP's Photojournalism**

13. The White House access ban has had a substantial impact on the AP's photojournalism. We no longer have a large and varied amount of content – updated in real time – to provide and use with our own editorial reporting and to distribute to the AP's subscribers.

14. Because of the access ban, the AP also cannot continue to develop and maintain its journalistically historic archive,[1] which serves clients, customers, and ultimately the public.

---

[1] *AP Newsroom: Editorial Photos & Videos*, https://newsroom.ap.org/editorial-photos-videos.

15.     Though the AP can republish a small number of photographs taken by a couple of other photographers in the press pool, and has done so since the White House began banning the AP, those photographs are no substitute for the AP's own work.  When relying on sporadic delivery of pool photos from other agencies, the AP is not able to deliver images to our customers and clients in real-time.  Instead, we are being delayed by at least 20 minutes, and sometimes by almost 90 minutes, before we receive those images.  Publication is then further delayed as, even after reaching the AP, these photographs need to be toned, cropped, and properly captioned to conform to our editorial standards.

16.     As a result of these delays, and the limits on the photographs that the AP can still make available, AP customers – including U.S. newspapers that typically use AP photographs – are instead selecting photos from other sources for their front pages.  The following composite image shows recent front pages from U.S., UK, and Australian newspapers, many of which would typically be expected to publish AP photos, with photos from sources other than the AP:



17.     As a digital first news organization, the AP wants images to accompany as many text stories as possible and to have those photos available to be used in every way or format the AP provides our journalism.  The AP's customers and clients likewise pay to have our

photographs to accompany their own reporting. We have been harmed, and continue to be harmed, by not being able to provide these photographs, or not provide them as quickly, for reporting on the President.

    I declare under penalty of perjury that the foregoing is true and correct.

Executed on __3/2/2025__

Signed by:

*Jon Elswick*
BE6A25F22BAC4D8...

Jon Elswick