IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

THE ASSOCIATED PRESS,

    Plaintiff,

v.

TAYLOR BUDOWICH, et al.,

    Defendants.

Case No. 25-cv-532-TNM

## DECLARATION OF GEORGE E. CONDON JR.

George E. Condon Jr., pursuant to 28 U.S.C. § 1746, declares as follows:

I submit this declaration in support of the Amended Motion for Preliminary Injunction filed by Plaintiff The Associated Press ("the AP") in the above-captioned matter. I have personal knowledge of the facts set forth herein and would be competent to testify to them.

1. I am a White House correspondent for National Journal, which I joined at the beginning of the Obama administration. Prior to that, I covered the White House and national politics as Washington bureau chief for Copley News Service and the San Diego Union-Tribune. I led the team that won the 2006 Pulitzer Prize for National Reporting. Over the course of my career, I have interviewed 10 presidents and reported from 88 countries.

2. I have also served as president of the White House Correspondents' Association ("WHCA"), president of the Gridiron Club, and chairman of the National Press Foundation.

3. In 2014, I was honored to receive the first-ever President's Award for Exceptional Service to the WHCA for my work on the organization's history. A portion of that work can be found on the WHCA's website at https://whca.press/about/history/. I am now in the process of writing a book about the history of the WHCA and the White House press pool, for which I have

1

conducted extensive research into the origins of the WHCA, its founding purpose, and its development of the White House press pool in cooperation with the White House.

4. The White House press pool is an arrangement whereby a relatively small number of news organizations are provided access to the President in settings where the full press corps cannot be reasonably accommodated, effectively serving as representatives for the wider press corps.

5. The press pool developed as an institutional feature of the modern presidency during the administration of Franklin Delano Roosevelt, when interest in covering the White House grew to the point that it became logistically impractical for all journalists who wanted to attend his press conferences to do so. The first known instance of the WHCA organizing the pool occurred in 1937. That first pool consisted of the three wire services of the day, including the Associated Press.

6. The process by which the White House press pool operated became formalized during the Eisenhower administration in the 1950s, with the White House adopting a system whereby the pool's membership would be selected by the White House press corps itself, through the WHCA. Since then, and up until last month, the WHCA has organized the press pool.

7. In selecting members of the pool, the WHCA and the press corps have sought to ensure reliable, high quality, and broadly distributed coverage of presidential events in the White House and everywhere else the President might go. The AP satisfied these criteria. Indeed, the AP's membership in the pool helped to ensure that information about the President would get out near-instantaneously to hundreds of other news outlets in the U.S. and abroad that distribute the AP's reporting, and as quickly as possible through them to readers around the globe.

8. A news organization's participation in the press pool provides its journalists, and ultimately the audience it serves, with firsthand observation of presidential activities and important insights about the presidency that could not have been gleaned from secondhand reporting alone.

9. In 2001, when President George W. Bush met the new Russian President Vladimir Putin in Slovenia, AP journalist Ron Fournier, who accompanied the President as part of the White House press pool, asked President Bush whether Putin was "a man that Americans can trust." President Bush responded, "I looked the man in the eye. I found him to be very straightforward and trustworthy… I was able to get a sense of his soul." Because Fournier was present at the event, he could see National Security Adviser Condoleezza Rice gasp as the President's answer. A copy of the AP's reporting on the event is attached hereto as Exhibit A.

10. In 1995, on St. Patrick's Day, President Clinton spoke at the White House, in front of the press pool, of healing the wounds in Ireland and pledged the United States to the cause. But more telling was what the press pool saw in the East Room and State Dining Room that night. President Clinton had invited Irish Taoiseach John Bruton, Sinn Fein leader Gerry Adams, Social Democratic Labor Party leader John Hume, and Unionist Leader David Trimble of Northern Ireland. These were men who never had been in the same room at the same time back in their home country. Only the pool was able to see the interaction, and it informed the AP's reporting. A copy of such reporting is attached hereto as Exhibit B.

11. In 1989, an hour after President George H.W. Bush learned that East German troops were no longer guarding the border and the Berlin Wall had fallen, the President welcomed the pool into the Oval Office. It did not take long for the pool reporters to focus as much on the president's body language as on his words: this was a big victory in the Cold War,

yet President Bush seemed nonchalant, slouching in his chair. But the pool also saw what the cameras did not pick up: Secretary of State James A. Baker and National Security Adviser Brent Scowcroft both appeared worried about the Kremlin's reaction if President Bush were seen to be gloating. The pool thus gained that additional context to write reports about his pivotal day in world history. A copy of such reporting – my own reporting – is attached hereto as Exhibit C.

12. In 1984, the pool was invited to President Reagan's Santa Barbara ranch to see the President host the Apostolic Delegate to the United States. One of the pool reporters asked the President about getting the Soviets into arms control talks. When the President froze, First Lady Nancy Reagan, in what one reporter described as a "barely discernible voice," whispered "doing everything we can." President Reagan immediately repeated, "We're doing everything we can." The pool was close enough to hear the First Lady prompting the President and reported on it. A copy of such reporting is attached hereto as Exhibit D.

13. In each of these instances where the press pool covered presidential events, as in many others, journalists reported what they were able to see only by being present at these moments in history.

Executed on 3 MARCH 2025

George E. Condon Jr.