# Exhibit B

## President Promotes Peace at St. Patrick's Gala

The Associated Press

March 18, 1995, Saturday, PM cycle

Copyright 1995 Associated Press  All Rights Reserved

**Section:** Washington Dateline

**Length:** 542 words

**Byline:** By DONALD M. ROTHBERG, AP Diplomatic Writer

**Dateline:** WASHINGTON

**Body**

A traditional St. Patrick's Day gala at the White House became a celebration of peace as President Clinton urged blood enemies from Northern Ireland to learn that "strength can be drawn from differences."

Applauding the president's remarks Friday night as they sat no more than 30 feet apart in the East Room were Irish nationalist Gerry Adams and loyalist leader Gary McMichael.

Their enmity is deep and personal.

McMichael's father was killed by the Irish Republican Army, which is allied with Adams' Sinn Fein party. McMichael heads the Ulster Democratic Party, a hard-line Unionist group allied with Protestant vigilante groups that, like the IRA, are outlawed.

Both men had a chance to shake Clinton's hand. But no guest could be found who recalled seeing the two men speak to each other. Earlier, McMichael had said he'd have difficulty being in the same room with Adams.

Adams smiled and chatted with other guests and joined in the singing of Irish songs. McMichael rarely smiled.

"I urge all our guests from Northern Ireland and all parties concerned to put aside all extremism for the common good of peace," said Clinton.

Irish Prime Minister John Bruton, the guest of honor at the annual celebration, prompted a prolonged standing ovation when he turned to Clinton and said: "I want to say how much we in Ireland particularly appreciate the role that you have played personally, Mr. President, in bringing peace to our country."

"There's been a whole weight lifted off our shoulders," he said. "We're a happy land now."

Clinton said he hoped the people of British-governed Northern Ireland would look at America's "example of what is possible when people find unity and strength in their diversity."

Americans know, he said, that "strength can be drawn from differences."

The evening was not all solemnity.

Tenor Frank Patterson set the audience clapping and singing with a selection of Irish songs that included "Danny Boy," and "When Irish Eyes Are Smiling."

Bruton said that after leaving Washington today, he and his wife, Finola, would visit Chicago and then go to "a place called Festus, Missouri."

The prime minister said he had a great grand-uncle who ended up as a prominent banker in the Missouri town.

He also used the occasion to invite the Clinton family to "come to Ireland - North and South."

The 350 guests dined from a buffet that included smoked Irish fish, soda bread, Dublin Bay prawns, and West Cork crabmeat, Irish breakfast canape, Limerick ham, Irish Whiskey truffles and strawberry shamrock pie.

For all the festiveness, it was clear that the parties in Northern Ireland remain a long way from a secure peace.

Clinton and Bruton have appealed to the parties, particularly the IRA, to give up its huge store of arms.

Adams told a news conference that Sinn Fein has "no authority or control over arms."

But Bruton said that even though Adams did not have technical influence over the IRA's arms, "he has tremendous influence over the IRA."

The official U.S. hospitality shown Adams, who has been on a fund-raising visit, has not set well with the British government. Over the past several days, Prime Minister John Major was unavailable to take two telephone calls from Clinton. Spokesmen for the two leaders said they would talk this weekend.

**Load-Date:** March 18, 1995

**End of Document**