# Exhibit C

## Bush praises E. Germany, orders U.S. troops to aid those leaving

The San Diego Union-Tribune

November 10, 1989 Friday

Copyright 1989 The San Diego Union-Tribune

**Section:** NEWS; Pg. A-21

**Length:** 655 words

**Byline:** George E. Condon Jr., Copley News Service

**Dateline:** WASHINGTON

**Body**

WASHINGTON -- President Bush, describing himself as elated and surprised, yesterday hailed the decision by East Germany's Communist rulers to permit free travel by citizens and to work toward free elections after four decades of one-party rule. "I can't say that I foresaw this development at this stage," the President told reporters in the Oval Office.

"I'm elated." He said that the Berlin Wall, which has served as a vivid symbol of the Cold War since its construction in 1961, "will have very little relevance" if the East German leaders make good on their promises. Mr. Bush's view on the wall was echoed by Senate Majority Leader George Mitchell, D-Maine, who called for the destruction of what he termed "the most tangible symbol of the failure of communism itself." The White House said last night that Mr. Bush had ordered U.S. forces in West Germany to provide assistance, including temporary housing, for East Germans traveling to the West. The U.S. action was in response to a request from the West German government, the White House said. "The President has instructed all U.S. military authorities in the Federal Republic, as well as our embassy in Bonn, to make available ... all possible assistance," said a statement issued by White House Press Secretary Marlin Fitzwater. The United States will provide temporary housing, for up to six months, at three American facilities in West Germany, the announcement said. However, the President said yesterday he was uncertain about whether a great flood of people would develop. "These are Germans," Mr. Bush said, "and Germans love their country, and at some point, I think, a lot of Germans who have felt pent-in and unable to move are going to say, `Look, we can move; but wouldn't it be better to participate in the reforms that are taking place in our own country?' "So I think it's too early to predict that because these openings are there, that that means ... everybody is going to take off," he said. The President was cautious on the topic of the eventual reunification of Germany, saying, "I don't know whether ... the development of today speeds up the day or not." The President learned of the developments in East Germany while meeting with Secretary of State James A. Baker III and other top advisers as part of his preparation for next month's shipboard summit in the Mediterranean Sea with Soviet President Mikhail Gorbachev. Stating that yesterday's announcement by the East German government leaves him in a stronger position heading into that summit, Mr. Bush said, "When you see citizens wanting to go and flee what has been an oppressive society, clearly that is a message that Mr. Gorbachev will understand." Mr. Bush predicted a "good, lively" discussion with Gorbachev about the changes washing across Eastern Europe. But the President

stopped short of predicting the imminent demise of the Warsaw Pact as a military force opposing NATO forces, preferring to see the change only in terms of "a loosening up in terms of travel." He defended his cautious reaction to the rapid changes in Eastern Europe, saying, "I think it's being handled by the West very well" and "in a proper fashion." He added: "We'll have some that will suggest more flamboyant courses of action for this country.

And we're, I think, handling this properly with allies, staying in close touch." Baker said one reason for administration caution was a desire to wait and analyze exactly what the East Germans are doing. Fitzwater described the announcement as "a surprise," adding, "We had no advance warning." On Capitol Hill, Mitchell praised the East German decision as well.

But he added: "The decision is not an act of democracy.

It is not an act to please or placate the West. It is, rather, a desperate act of survival by the East German government." He urged that government "to take the final step and tear that wall down. It is gone in substance.

It should be gone in form."

**Load-Date:** August 1, 2007

**End of Document**