# Exhibit D

## Reagan gets prompt help

The Globe and Mail

August 2, 1984 Thursday

Copyright 1984 Factiva ®, from Dow Jones
All Rights Reserved



All material copyright Thomson Canada Limited or its licensors. All rights reserved.

**Section:** NEWS; Pg. P1

**Length:** 73 words

**Byline:** Reuter News Agency

## Body

SANTA BARBARA, Calif.  (Reuter) - President Ronald Reagan got help from his wife when he became tongue-tied yesterday.

Reporters had asked the President how he could persuade the Soviet Union to overcome problems with space weapons talks.

After an appreciable silence, Nancy Reagan leaned toward her husband, and, without moving her lips, muttered, "Doing everything we can."

"We're doing everything we can," the President responded.

**Load-Date:** July 14, 2022

End of Document