**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| THE ASSOCIATED PRESS,<br><br>       Plaintiff,<br><br>v.<br><br>TAYLOR BUDOWICH, et al.,<br><br>       Defendants. | Case No. 25-cv-532-TNM |

**[PROPOSED] ORDER GRANTING AMENDED**
**MOTION FOR PRELIMINARY INJUNCTION**

This matter came before the Court on the Amended Motion of Plaintiff The Associated Press ("the AP") for Preliminary Injunction. Having reviewed the papers filed in support of and in opposition to the Motion (if any), and being fully advised, the Court hereby GRANTS Plaintiff's Amended Motion and orders as follows:

1. Defendants shall immediately rescind the denial of the AP's access to the Oval Office, Air Force One, and other limited spaces when such spaces are made open to other members of the White House press pool.

2. Defendants shall immediately rescind their denial of the AP's access to events that are open to all credentialed White House journalists.

3. This preliminary injunction shall take effect immediately and shall remain in effect until further order of this Court.

4. This preliminary injunction issues without the requirement of any security bond.

**SO ORDERED** this ____ day of _____, 2025

_____
UNITED STATES DISTRICT JUDGE
