UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Associated Press, *Plaintiff,*

v.

Budowich, et al., *Defendants.*

Case Number: 1:25-cv-00532

**NOTICE REGARDING AMICUS
BRIEF OF THE CENTER
FOR AMERICAN RIGHTS**

Christopher E. Mills
D.D.C. Bar. No. SC0008
Spero Law LLC
557 East Bay St. #22251
Charleston, SC 29413
Phone: 843-606-0640
cmills@spero.law

Daniel R. Suhr
   *Admitted* p*ro hac vice*
Center for American Rights
1341 W. Fullerton Ave., Suite 170
Chicago, IL 60614
Phone: 414-588-1658
dsuhr@americanrights.org

1. On March 3, the Center filed (Dkt. 24) and this Court accepted an amicus brief (Dkt. 24-1) in opposition to the then-pending motion for a preliminary injunction by the Associated Press.

2. On March 4, the Associated Press filed an amended complaint and a motion for a preliminary injunction (Dkt. 27) based on the amended complaint.

3. The Center respectfully requests that its amicus brief be considered in the context of the new motion for a preliminary injunction, presuming that the prior motion is now moot. The Center's analysis of the underlying legal issues has not changed in light of the new motion; indeed, the Center's brief reflects the facts contained in the amended complaint and new motion regarding the White House's decision to end the WHCA pooling arrangement.

Dated: March 4, 2025

Respectfully submitted,

s/ Christopher E. Mills
Christopher E. Mills
D.D.C. Bar. No. SC0008
Spero Law LLC
557 East Bay St. #22251
Charleston, SC 29413
Phone: 843-606-0640
cmills@spero.law

Daniel R. Suhr
  Admitted pro hac vice
Center for American Rights
1341 W. Fullerton Ave., Suite 170
Chicago, IL 60614
Phone: 414-588-1658
dsuhr@americanrights.org

*Counsel for Amicus Center for American Rights*