IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE ASSOCIATED PRESS,<br><br>Plaintiff,<br><br>v.<br><br>TAYLOR BUDOWICH, et al.<br><br>Defendants. | Civil Action No. 25-cv-532-TNM |

**MOTION OF THE KNIGHT FIRST AMENDMENT INSTITUTE
AT COLUMBIA UNIVERSITY FOR LEAVE TO FILE AMICUS CURIAE BRIEF IN
SUPPORT OF PLAINTIFF THE ASSOCIATED PRESS'S AMENDED MOTION FOR A
PRELIMINARY INJUNCTION**

The Knight First Amendment Institute at Columbia University respectfully requests leave of this Court to file the attached amicus curiae brief in support of the amended motion for a preliminary injunction filed by Plaintiff The Associated Press ("AP") in the above-captioned case. Plaintiff consents to this motion; Defendants do not object to this motion.

In support of its motion, the Knight Institute states as follows:

1. This Court "has broad discretion to permit . . . participat[ion] [of] amici curiae," and amicus participation is appropriate where amici have "relevant expertise and a stated concern for the issues at stake in [the] case." *Dist. of Columbia v. Potomac Elec. Power Co.*, 826 F. Supp. 2d 227, 237 (D.D.C. 2011).

2. This Court has recognized that "[a]n amicus brief should normally be allowed when . . . the amicus has unique information or perspective that can help the court beyond the help that the lawyers for the parties are able to provide.'" *Jin v. Ministry of State*

1

*Sec.*, 557 F. Supp. 2d 131, 137 (D.D.C. 2008) (quoting *Ryan v. Commodity Futures Trading Comm'n*, 125 F.3d 1062, 1063 (7th Cir. 1997)).

3. Permitting the Knight Institute to participate as amicus curiae in this case is appropriate. The Knight Institute is a non-partisan, not-for-profit organization that defends the freedoms of speech and the press in the digital age through strategic litigation, research, and public education. Its aim is to promote a system of free expression that is open and inclusive, that broadens and elevates public discourse, and that fosters creativity, accountability, and effective self-government. The Knight Institute is particularly committed to protecting the ability of individuals and the press to participate in government-operated public forums, free from unconstitutional viewpoint discrimination.

4. The Knight Institute's amicus brief in this case will detail how the White House's decision to ban the AP from participating in the White House press pool violates the First Amendment under the public forum doctrine. As explained in the Knight Institute's amicus brief (attached as Exhibit 1), the press pool operates as a limited public forum, and the White House's viewpoint-based ban on the AP in a limited public forum violates the First Amendment. Indeed, the viewpoint-based ban is unlawful even if the press pool is determined to be a nonpublic forum.

For the foregoing reasons, the Knight Institute respectfully moves this Court to grant its motion for leave to file the attached amicus curiae brief.

Dated: March 5, 2025                             Respectfully submitted,

    /s/ *Jameel Jaffer*
Jameel Jaffer
Eric Columbus
Katherine Fallow
Alex Abdo
Knight First Amendment Institute
  at Columbia University
475 Riverside Drive, Suite 302
New York, NY 10115
(646) 745-8500
jameel.jaffer@knightcolumbia.org

*Counsel for Amicus Curiae Knight First*
  *Amendment Institute at Columbia University*

3

## CERTIFICATE OF SERVICE

I, Jameel Jaffer, certify that on March 5, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the District of Columbia using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Dated: March 5, 2025

    /s/ *Jameel Jaffer*
Jameel Jaffer
Knight First Amendment Institute
  at Columbia University
475 Riverside Drive, Suite 302
New York, NY 10115
(646) 745-8500
jameel.jaffer@knightcolumbia.org

*Counsel for Amicus Curiae Knight First*
  *Amendment Institute at Columbia University*