IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE ASSOCIATED PRESS,<br><br>  Plaintiff,<br><br>  v.<br><br>TAYLOR BUDOWICH, et al.<br><br>  Defendants. | Civil Action No. 25-cv-532-TNM |

**[PROPOSED] ORDER**

On consideration of the Motion of the Knight First Amendment Institute at Columbia University for Leave to File Amicus Curiae Brief in support of Plaintiff The Associated Press's Amended Motion for a Preliminary Injunction, it is hereby ORDERED that the motion is GRANTED.

Dated: _____

　　　　　　　　　　　　　　　　　　　　　　　Hon. Trevor N. McFadden