

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE ASSOCIATED PRESS,<br><br>       Plaintiff,<br><br>  v.<br><br>TAYLOR BUDOWICH,<br>White House Deputy Chief of Staff, et al.,<br><br>       Defendants. | Civil Action No. 25-0532 (TNM) |

## **DECLARATION OF TAYLOR BUDOWICH**

I, TAYLOR BUDOWICH, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury that the following is true and correct to the best of my recollection and belief.

1. I am Deputy Chief of Staff and Cabinet Secretary at the White House.

2. I offer the following declaration based on my personal knowledge and information that I have learned in the scope of my job responsibilities.

### **General Press Access to the White House**

3. Approximately 1,355 journalists—including 33 journalists (including photographers) from the Associated Press—have "hard passes" or general media access to the White House press facilities. Notably, as part of its commitment to openness and transparency, the White House press team is working diligently to restore hard passes of approximately 440 journalists whose passes were revoked by the previous presidential administration.

4. A journalist with a hard pass is allowed to enter White House grounds through a secured entry point and have access to "Pebble Beach" (a television standup area on the north grounds of the White House complex), the driveway from the security gate to the West Wing, the James S. Brady Briefing Room, the South Lawn for Marine One arrivals and departures, and the

"lower" and "upper" press workspaces located near the Brady Briefing Room (the "general press facilities").  The White House Correspondents' Association ("WHCA") continues to assign, at the White House's discretion, the forty-nine seats in the Brady Briefing Room and the booths and desks in the White House press workspaces.

5. Journalists with the Associated Press have continued to receive full access to the general press facilities since President Trump was inaugurated on January 20, 2025, including a front row seat in the Brady Briefing Room.

### Special Press Pool Access to the President

6. The White House "press pool" contains a small fraction of those journalists with White House hard passes. The core press pool typically consists of between thirteen and twenty-one individuals, depending on the President's location and whether he is traveling, among other items.

7. The press pool is limited to roughly one- or two-percent of the more than 1,000 journalists with White House hard passes that may be selected to enjoy special access to the President in intimate workspaces (the Oval Office and the Cabinet Room), his highly secured means of transportation (Air Force One), and his personal home (the Mar-a-Lago Club) when those spaces are open to the press.  Members of the press pool are not mere witnesses to history. They are a small group of privileged journalists that are provided access to represent the broader group of qualified hard pass holders at discretion of the President.

8. Under the prior selection process for the press pool, which was operated by the White House Correspondents' Association, certain media groups (including the Associated Press) received special access to the President above other outlets.  The Correspondents' Association guaranteed the Associated Press two spots of the thirteen core spots in the pool.  For example, under the old system, even well-established media companies such as the Washington Post, Los

Angeles Times, CNN, and Wall Street Journal had no guaranteed spots and were forced to rotate into the pool through spots allocated to print and television journalists.

9. On Tuesday, February 25, 2025, the White House Press Secretary announced the White House's intent to change the way it decides who participates in its press pool.

10. Under the new process, the press pool is selected among three groups: 1) a television pool selected from a rotation of five television networks; 2) a wire pool selected from two wire services; 3) three wire photojournalists and 4) additional media outlets selected based upon and appropriate to the subject matter of the event.

### East Room and Other Limited Press Events

11. A similar policy applies to events outside of the Oval Office and other special access spaces, such as those held in the East Room of the White House.

12. Press conferences with foreign dignitaries held in the East Room of the White House can often accommodate up to approximately 180 press individuals, depending on the room set up and number of guests (inclusive of television and radio journalists, photographers, and cameraman).

13. Press attendance at these limited press events is typically arranged through an electronic sign-up tool, where journalists seeking access to the event may apply for an RSVP.

14. Often the White House is unable to accommodate all journalists that seek access to these limited press events, and therefore, RSVPs are not always accepted.

15. Under the revised policy described above, Associated Press journalists are part of the group of journalists permitted to RSVP for East Room press conferences. Subject to the new press pool system, the Associated Press' journalists are eligible, at the President's discretion, to be admitted to those events consistent with the RSVP process described above and subject to other general requirements for admission.

### Associated Press Admission to White House Events

16.  Associated Press journalists have been admitted to several events.

17.  On February 24, 2025, the President held an East Room event with President Macron of France.  For that limited access event, 310 journalists requested access and 136 were permitted access.  Among those provided access were a foreign-based correspondent of the Associated Press.

18.  On February 27, 2025, the President held an East Room event with Prime Minister Starmer of the United Kingdom.  For that limited access event, 308 journalists requested access and 172 were permitted access.  Among those provided access were a foreign-based correspondent of the Associated Press.

### Other Relevant Statements

19.  On February 28, 2025, a small collection of journalists beyond the press pool was provided special access by the President's advance team to the otherwise non-public tarmac of an open airfield at Palm Beach International Airport to observe the President exit his aircraft, walk down stairs, and immediately enter a presidential limousine.  That event was not a limited access event similar to the East Room events described above.

20.  The original statement made on this matter did not constitute a ban of the Associated Press as an outlet, but instead was a rejection of the WHCA policy of giving the Associated Press permanent status in the press pool—an extra-special, "all-access" pass that even the five major television networks did not have.



Further declarant sayeth not,

**TAYLOR BUDOWICH**
Deputy Chief of Staff and Cabinet Secretary

- 5 -