UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE ASSOCIATED PRESS,<br><br>      Plaintiff,<br><br>  v.<br><br>TAYLOR BUDOWICH,<br>White House Deputy Chief of Staff, et al.,<br><br>      Defendants. | Civil Action No. 25-0532 (TNM) |

**[PROPOSED] ORDER**

UPON CONSIDERATION of Plaintiff's amended motion for a preliminary injunction (ECF No. 27), Defendants' opposition thereto, and the entire record herein, it is hereby

ORDERED that Plaintiff's motion is DENIED.

SO ORDERED:

_____                  _____
Date                                                TREVOR N. MCFADDEN
                                                        United States District Judge