IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE ASSOCIATED PRESS,<br><br>    *Plaintiff,*<br><br>  v.<br><br>TAYLOR BUDOWICH, in his official capacity as White House Deputy Chief of Staff; KAROLINE LEAVITT, in her official capacity as White House Press Secretary; and SUSAN WILES, in her official capacity as White House Chief of Staff,<br><br>    *Defendants.* | Civil Action No. 25-cv-532-TNM |

### MOTION FOR LEAVE TO FILE BRIEF OF STATE DEMOCRACY DEFENDERS FUND AND FORMER PUBLIC OFFICIALS AS AMICUS CURIAE IN SUPPORT OF PLAINTIFF THE ASSOCIATED PRESS'S MOTIONS FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

Pursuant to Local Civil Rule 7(o)(1), proposed *amicus curiae*, State Democracy Defenders Fund and 17 conservative or independent former government officials, respectfully move this Court for leave to file the attached amicus curiae brief in support of Plaintiff The Associated Press's Motions for Temporary Restraining Order and Preliminary Injunction (ECF Nos. 2, 3). The proposed brief is attached to this Motion.

1. This Court "has broad discretion to permit . . . participat[ion] [of] amici curiae," and amicus participation is appropriate where *amici* have "relevant expertise and a stated concern for the issues at stake in [the] case." *Dist. of Columbia v. Potomac Elec. Power Co.*, 826 F. Supp. 2d 227, 237 (D.D.C. 2011).

2. This Court has recognized that "[a]n amicus brief should normally be allowed when . . . the amicus has unique information or perspective that can help the court beyond the help that the lawyers for the parties are able to provide.'" *Mashpee Wampanoag Tribe v. Bernhardt*, 2020 WL 2615523, at *1 (D.D.C. May 22, 2020) (quoting *Ryan v. Commodity Futures Trading Comm'n*, 125 F.3d 1062, 1063 (7th Cir. 1997)); *see also Jin v. Ministry of State Sec.*, 557 F. Supp. 2d 131, 137 (D.D.C. 2008) (same).

3. Amicus State Democracy Defenders Fund ("SDDF") is a bipartisan, nonprofit organization committed to upholding the rule of law and defending the Constitution. The other *amici curiae* are a group of conservative or independent former government officials, including those who were elected as Republicans or served in Republican administrations. Collectively, they have spent decades in public service in the federal government and state government. Like other public servants, they have experienced both positive and negative press coverage and occasionally been frustrated by reporting from media outlets. As a result, they have a unique perspective on the issues presented by this case.

4. This brief is intended to address whether the granting of a preliminary injunction is in the public interest by providing the views of former public officials who have themselves experienced hostile press encounters regarding the public interest in granting the injunction sought by The Associated Press.

5. The parties do not oppose the filing of the attached brief.

Respectfully submitted,

*/s/ Norman L. Eisen*
Norman L. Eisen, [9112170186]
**STATE DEMOCRACY DEFENDERS FUND**
600 Pennsylvania Avenue SE, Suite 15180
Washington, DC 20003
Tel: (202) 594-9958
Norman@statedemocracydefenders.org