## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

THE ASSOCIATED PRESS,

      Plaintiff,

v.

TAYLOR BUDOWICH, et al.

      Defendants.

Case No. 1:25-cv-00532-TNM

### DECLARATION OF KRISTIN HEITMANN

Kristin Heitmann, pursuant to 28 U.S.C. § 1746, declares as follows:

I submit this declaration in support of the Amended Motion for Preliminary Injunction filed by Plaintiff The Associated Press ("the AP") in this matter.  I have personal knowledge of the facts set forth herein and would be competent to testify to them.

1.      I am Senior Vice President and Chief Revenue Officer for the AP.  I have been employed by the AP since 2022.  Prior to joining the AP, I served as chief commercial officer for media and marketing solutions at Dow Jones.

2.      The AP is a not-for-profit news cooperative.  We invest hundreds of millions of dollars every year in newsgathering and distribution, and revenue from licensing this content, across formats, is our main source of funding.

3.      Customers can license individual pieces of content from the AP on an ad hoc basis and obtain permission to use that specific content in a specific way, such as licensing a single photograph for use in a particular publication.

4.      Customers can also enter multi-year subscription contracts with the AP to access and obtain permission to use the AP's content more generally for news and information

purposes.  Those contracts with media organizations around the world provide the majority of the AP's revenue.

5.      As a result of that subscription agreement, long-term customers rely on the AP for prompt and comprehensive access to news reports, photographs and other content.  Those customers include all four major U.S. broadcast television networks, the two largest daily U.S. newspapers, the largest U.S. local television group, one of the U.S.'s leading radio groups, and similar counterparts outside of the U.S.

6.      Since February 11, 2025, multiple long-term customers have expressed concerns about the limitations on the AP's coverage of the White House and the President that the administration's access ban has imposed.

7.      Given the fierce competition between the AP and its peer organizations, a lasting ban on the AP's access to presidential events, or continued restrictions on such access, will negatively impact our ability to remain competitive with long-term customers whose contracts provide the AP with hundreds of millions of dollars of revenue annually.

8.      The AP also generates revenue, like most news organizations do, by displaying advertisements on our website.

9.      Since February 11, 2025, advertising customers have expressed concern about the White House's targeting of the AP and have expressed hesitation about entering into new contracts or continuing existing contracts with the AP for this reason.  In early March 2025, for example, an organization that had previously advertised with the AP canceled an upcoming advertising contract "due to the current status of the White House AP ban."  The contract would have provided the AP with $150,000 in revenue.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____ 3/17/2025 _____.

Signed by:

*Kristin Heitmann*

CD87F481CA20413...

Kristin Heitmann