IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

THE ASSOCIATED PRESS,

    Plaintiff,

v.

TAYLOR BUDOWICH, et al.

    Defendants.

Case No. 25-cv-532-TNM

## THIRD DECLARATION OF ZEKE MILLER

Zeke Miller, pursuant to 28 U.S.C. § 1746, declares as follows:

I submit this declaration in further support of the Amended Motion for Preliminary Injunction filed by Plaintiff The Associated Press ("the AP") in the above-captioned matter. I have personal knowledge of the facts set forth herein and would be competent to testify to them.

1. My second declaration in this matter listed the events from which AP White House journalists were excluded between February 11, 2025 – when Press Secretary Karoline Leavitt told me that the AP's journalists would not be permitted in the Oval Office as press pool members until and unless the AP revised its Stylebook to refer to the Gulf of Mexico as the Gulf of America – and March 2, 2025. *See* Second Declaration of Zeke Miller, Exhibit B (ECF 27-7).

2. A supplemental list of the events from which AP White House journalists have been excluded since March 3, 2025 until today is attached as Exhibit A.

3. On March 4, 2025, President Trump delivered the first congressional address of his second term. Because the congressional press galleries, not the White House, controlled press access to this event, AP reporters and photographers were permitted to attend and cover the speech. AP journalists in the room were able to provide information in real time and better

1

inform my reporting – to thousands of news organizations and billions of readers around the world – by observing key in-the-room context, such as the President's demeanor, appearance, tone, and expressions, as well as the reactions of members of Congress and others in the audience. For example, our reporters in the House chamber noted that Democratic lawmakers remained seated and did not applaud or make eye contact with President Trump as he entered, while Republican lawmakers were boisterous and cheering. The AP produced more than a dozen versions of its text story, updated over the course of the night, including the near-real-time comments, context and photographs from the event. A true and correct copy of the final version of my article is attached as Exhibit B.[1]

4. The next day, March 5, 2025, I received a press release from the White House stating that "President Trump's speech was the focus of newspapers across America." The press release contained front-page images of 18 U.S. newspapers, 11 of which carried an AP-bylined article that I co-wrote, and 12 of which included AP-credited photographs. A true and correct copy of the White House's March 5, 2025 press release is attached as Exhibit C.[2]

5. Some of the front pages feature different versions of the AP article, reflecting the publications' earlier press times. News organizations rely on the AP to provide frequent updates to wire stories so their papers reflect the most up-to-date information – even if an event has not yet concluded – when they go to press.

6. As the White House's press release illustrates, when AP journalists are able to report live from presidential events, news organizations and their readership across the country

---

[1] The article is also available at https://apnews.com/article/trump-speech-congress-immigration-tariffs-guests-93f6107ede260854f90c65c4bde60de8.

[2] The press release is also available at https://www.whitehouse.gov/articles/2025/03/president-trumps-historic-address-captivates-america.

benefit.  Many of the newspapers whose front pages were included in the press release – just like thousands of other news organizations around the world – do not have the resources to regularly cover presidential events.  But because those events are important to their readers, they rely on the AP to attend, observe, and report on them instead.  That is why they are AP members and customers.

7. The AP has served that same fundamental purpose for nearly two centuries.  The AP was formed in 1846 when five New York City newspapers jointly funded a pony express route to bring news of the Mexican War north faster than the postal service could deliver it.  The idea was that it would require too much time and resources, and otherwise be impractical, for each of the five newspapers to send a correspondent to the southern border themselves, so they pooled their resources and formed a news cooperative to gather news for all of them.  That is the fundamental purpose of the AP, and it continues to this day – the AP acts as the eyes and ears for its thousands of news customers, who may not otherwise be able to attend and gather news from any particular event.  Instead, the AP attends on their behalf, and distributes its journalism to member news outlets and customers around the world so that they can inform their own audiences.

8. For the past month, the AP's White House text reporters have been barred from covering events open to the press pool and larger events open to credentialed journalists, despite having submitted RSVPs each time.  The access ban on the AP did not stop after February 25, 2025, when the White House took control of the press pool.  The other wire services and photographers that were in the pool before February 25, by all appearances, have remained part of the pool; only the AP is barred.  Attached as Exhibit D is a chart describing the structure of the pool from before February 11, 2025, to present.

9. I have read the declaration (ECF 33-1) that White House Deputy Chief of Staff Taylor Budowich submitted in this matter on March 11, 2025. In that declaration, Mr. Budowich stated that "Associated Press journalists are part of the group of journalists permitted to RSVP for East Room press conferences. Subject to the new press pool system, the Associated Press' journalists are eligible, at the President's discretion, to be admitted to those events consistent with the RSVP process . . . and subject to other general requirements for admission."

10. On March 12, 2025, President Trump hosted a St. Patrick's Day reception with the Taoiseach of Ireland in the East Room. The White House permitted an AP photographer to attend, but it excluded an AP text journalist. Both AP journalists timely submitted RSVPs, but the text journalist never received a response from the White House about whether his RSVP was accepted or declined. When he showed up to join other reporters at the event, he was turned away without explanation.

11. On March 14, 2025, President Trump gave a speech at the U.S. Department of Justice, held in the building's large Great Hall. The event was open to the White House press pool (which traveled with the President) and additional journalists with Department of Justice credentials. The AP's text reporter and photographer were both denied the opportunity to join the press pool, and two AP text reporters and a photographer were denied entry to the event despite having promptly submitted RSVPs. Department of Justice staff informed the AP reporters that the White House was overseeing credentialing for the event.

12. The White House's ban on the AP has also extended to other non-presidential events, and the AP is concerned it will extend further still. An AP text reporter, photographer, and videographer were barred from attending an event hosted by Vice President JD Vance in Eagle Pass, Texas on March 5, 2025, which took place in a large park near the U.S.-Mexico

border. AP reporters and photographers were also specifically not permitted to attend First Lady Melania Trump's event on Capitol Hill on March 3, 2025.

13. Aside from being permitted to observe the arrival of Air Force One on the tarmac in Palm Beach on March 7 and March 14, after having been prevented from doing so on February 28, the White House has not permitted me or any other AP White House text reporter to attend any event open to the press pool, or any event open to the larger White House press corps, since February 11, even though my colleagues and I have promptly submitted RSVPs each time the White House sent out notices of events to the press corps and presented themselves at the published call time for each event only to be turned away.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  3/17/2025

Signed by:
*Zeke Miller*
5397895AE85141C...

Zeke Miller