Exhibit A

**Events From Which AP White House Journalists
<u>Have Been Excluded Since March 3, 2025</u>**

- **March 3:**

  o The President makes an Investment Announcement in the Roosevelt Room (White House Press Pool)

  o First Lady Melania Trump participates in a roundtable on Capitol Hill promoting the *Take It Down Act.* (Pool organized by the First Lady's office and AP informed it could not join.)

- **March 4:**

  o The President and The First Lady depart The White House en route to The Capitol (White House Press Pool)

  o The President delivers his Joint Address to Congress at The Capitol (White House Press Pool)

  o The President and The First Lady depart The Capitol en route to The White House (White House Press Pool)

  o The President and The First Lady arrive at The White House (White House Press Pool)

- **March 5:**

  o Vice President JD Vance holds a Press Availability at the Southern Border (Pre-credentialed media)

- **March 6:**

  o The President signs Executive Orders in Oval Office (Initially closed to press, but opened to the White House Press Pool)

- **March 7:**

  o The President delivers remarks in the Oval Office (White House Press Pool)

  o The President signs Executive Orders in the Oval Office (White House Press Pool)

  o The President delivers remarks at The White House Digital Assets Summit in the State Dining Room (White House Press Pool)

  o The President arrives at Joint Base Andrews (Out-of-Town Travel Pool)

- o   The President departs Joint Base Andrews en route to Palm Beach International Airport (Out-of-Town Travel Pool)

- o   The President departs Palm Beach International Airport en route to Mar-a-Lago (Out-of-Town Travel Pool)

- o   The President arrives at Mar-a-Lago (Out-of-Town Travel Pool)

- **March 8:**

  - o   The President departs Mar-a-Lago to golf at Trump International Golf Club West Palm Beach and returns to Mar-a-Lago (Out-of-Town Travel Pool)

- **March 9:**

  - o   The President departs Mar-a-Lago to golf at Trump International Golf Club West Palm Beach and returns to Mar-a-Lago (Out-of-Town Travel Pool)

  - o   The President departs Mar-a-Lago en route to Palm Beach International Airport (Out-of-Town Pool)

  - o   The President departs Palm Beach International Airport en route to Joint Base Andrews (Out-of-Town Pool)

  - o   The President arrives at Joint Base Andrews (Out-of-Town Pool)

  - o   The President departs Joint Base Andrews en route to The White House (Out-of-Town Pool)

- **March 11:**

  - o   The President holds a photo op with Tesla vehicles at the White House (White House Pool)

  - o   The President departs The White House en route to the Business Roundtable Office (In-Town Travel Pool)

  - o   The President arrives at the Business Roundtable Office (In-Town Travel Pool)

  - o   The President delivers remarks at the Business Roundtable Quarterly Meeting (In-Town Travel Pool)

  - o   The President departs Business Roundtable Office en route to The White House (In-Town Travel Pool)

  - o   The President arrives at The White House (In-Town Travel Pool)

- **March 12:**

  o The President participates in a bilateral meeting with the Taoiseach of Ireland in the Oval Office (White House Press Pool)

  o The President departs The White House en route to The Capitol (In-Town Travel Pool)

  o The President arrives at The Capitol (In-Town Travel Pool)

  o The President participates in the Friends of Ireland Luncheon at The Capitol (In-Town Travel Pool)

  o The President departs The Capitol en route to The White House (In-Town Travel Pool)

  o The President arrives at The White House (In-Town Travel Pool)

  o The President participates in a St. Patrick's Day Reception with the Taoiseach of Ireland in the East Room (Pre-Credentialed Media) (Note: one AP photographer was allowed into this event, while the AP's text journalist was denied entry.)

- **March 13:**

  o The President participates in a meeting with the Secretary General of NATO in the Oval Office (White House Press Pool)

- **March 14:**

  o The President departs The White House en route to the Department of Justice (In-Town Travel Pool)

  o The President arrives at the Department of Justice (In-Town Travel Pool)

  o The President delivers remarks at the Department of Justice (In-Town Travel Pool and pre-credentialed reporters)

  o The President departs the Department of Justice en route to The White House (In-Town Travel Pool)

  o The President arrives at The White House (In-Town Travel Pool)

  o The President arrives at Joint Base Andrews (In-Town Travel Pool)

  o The President departs Joint Base Andrews en route to Palm Beach International Airport (Out-of-town Travel Pool)

  o The President departs Palm Beach International Airport en route to Mar-a-Lago (Out-of-town Travel Pool)

- o The President arrives at Mar-a-Lago (Out-of-town Travel Pool)

- **March 15:**

  - o The President departs Mar-a-Lago to golf at Trump International Golf Club West Palm Beach and returns to Mar-a-Lago (Out-of-Town Travel Pool)

- **March 16:**

  - o The President departs Mar-a-Lago to golf at Trump International Golf Club West Palm Beach and returns to Mar-a-Lago (Out-of-Town Travel Pool)

  - o The President departs Mar-a-Lago to attend a course championship awards dinner at Trump International Golf Club West Palm Beach (Out-of-Town Travel Pool)

  - o The President departs Trump International Golf Club West Palm Beach en route Palm Beach International Airport (Out-of-Town Travel Pool)

  - o The President arrives Palm Beach International Airport (Out-of-Town Travel Pool)

  - o The President departs Palm Beach International Airport en route Joint Base Andrews (Out-of-Town Travel Pool)

  - o The President arrives Joint Base Andrews (Out-of-Town Travel Pool)

  - o The President departs Joint Base Andrews en route The White House (In-Town Travel Pool)