# Exhibit B

Live: Trump deportations | Stock market | Men's NCAA bracket | Women's NCAA bracket | Severe weather

AP SETS THE STANDARD FOR POLITICAL REPORTING.
SUPPORT INDEPENDENT, FACT-BASED JOURNALISM.

**DONATE**

POLITICS

# Trump vows to press ahead on reshaping America in speech to Congress as Democrats register dissent



BY ZEKE MILLER AND MICHELLE L. PRICE
Updated 6:58 AM EDT, March 5, 2025

WASHINGTON (AP) — President Donald Trump vowed to keep up his campaign of "swift and unrelenting action" in reorienting the nation's economy, immigration and foreign policy in an unyielding address before Congress that left Democratic legislators to register their dissent with stone faces, placards calling out "lies," and one legislator's ejection.

Trump's prime-time speech Tuesday was the latest marker in his takeover of the nation's capital, where the Republican-led House and Senate have done little to restrain the president as he and his allies work to slash the size of the federal government and remake America's place in the world.

3/17/25, 10:35 AM
Case 1:25-cv-00532-TNM    Document 37-4    Filed 03/17/25    Page 3 of 10
President Trump promises to keep up 'swift and unrelenting action' in speech to Congress | AP News


President Donald Trump addresses a joint session of Congress at the Capitol in Washington, Tuesday, March 4, 2025. (Win McNamee/Pool Photo via AP)


Republicans stand as Democrats sit as President Donald Trump addresses a joint session of Congress in the House chamber at the U.S. Capitol in Washington, Tuesday, March 4, 2025. (AP Photo/Julia Demaree Nikhinson)

The president's address, clocking in at a record 99 minutes, added up to a defiant sales pitch for the policies that Trump promised during his campaign and leaned into during his first weeks back in office. Trump pledged to keep delivering sweeping change to rescue the nation from what he described as destruction and mistakes left by his predecessor. He seldom addressed his comments directly to the American people, who are trying to keep up with the recent upheaval, while repeatedly needling the Democratic lawmakers seated before him.

Michigan Sen. Elissa Slotkin, who delivered the Democratic response following Trump's speech, allowed that "America wants change, but there's a responsible way to make change and a reckless way, and we can make that change without forgetting who we are as a country and as a democracy."

Case 1:25-cv-00532-TNM    Document 37-4    Filed 03/17/25    Page 4 of 10

Emboldened after overcoming impeachments in his first term, outlasting criminal prosecutions in between his two administrations and getting a tight grip on the GOP-led Congress, Trump has embarked on a mission to dismantle parts of the federal government, remake the relationship with America's allies and slap on tariffs that have sparked a North American trade war.

"It has been nothing but swift and unrelenting action," Trump said of his opening weeks in office. "The people elected me to do the job, and I am doing it."

Trump, who has billionaire adviser Elon Musk orchestrating his efforts to slash the size and scope of the federal government, said he is working to "reclaim democracy from this unaccountable bureaucracy" and threatened federal workers anew with firings if they resist his agenda.



Elon Musk stands and is recognized and applauded as President Donald Trump addresses a joint session of Congress at the Capitol in Washington, Tuesday, March 4, 2025. (AP Photo/J. Scott Applewhite)

Read More

Musk, who was seated in the House gallery, received a pair of standing ovations from Republicans in the chamber, as Trump exaggerated and shared false claims about alleged government abuse uncovered by the Tesla and SpaceX founder and his team of disrupters.

Trump repeated false claims that tens of millions of dead people over 100 years old are receiving Social Security payments, prompting some Democrats to shout, "Not true!" and "Those are lies!"

Trump spoke at a critical juncture in his presidency, as voters who returned him to the White House on his promise to fix inflation are instead finding economic chaos. All the gains the S&P 500 have made since Election Day are now gone, while consumer sentiment surveys show the public sees inflation as worsening.

Trump seemed prepared to double down on his trade policies, which experts have warned will raise prices for consumers.

"Whatever they tariff us, we tariff them. Whatever they tax us, we tax them," Trump said. At the same time, he tried to ease concerns about the resulting price increases, saying, "There'll be a little disturbance, but we're okay with that. It won't be much."



President Donald Trump speaks as Vice President JD Vance, from left, and House Speaker Mike Johnson, R-La., stand and clap as Trump addresses a joint session of Congress at the Capitol in Washington, Tuesday, March 4, 2025. (AP Photo/Alex Brandon)



President Donald Trump arrives to address a joint session of Congress at the Capitol in Washington, Tuesday, March 4, 2025. (AP Photo/Ben Curtis)

Trump said one of his "very highest priorities" was to rescue the economy and offer relief to working families. He promised to organize the federal government to lower costs on eggs and energy, blaming his Democratic predecessor Joe Biden for the situation and offering scant details of his own plans.

Trump also called for the extension of his first-term tax cuts and additional federal funding for his border crackdown, including for his promised efforts at "mass deportation" of people in the U.S. illegally.

He celebrated his crackdown on migration, saying, "But it turned out that all we really needed was a new president."

Speaking about his promised tax cuts, Trump seemed to goad Democrats, saying: "I'm sure you're going to vote for those tax cuts. Because otherwise I don't believe the people will ever vote you into office."

The backdrop was the new economic uncertainty unleashed after the president opened the day by placing stiff tariffs on imports from the country's neighbors and closest trading partners. A 25% tax on goods from Canada and Mexico went into effect early Tuesday — ostensibly to secure greater cooperation to tackle fentanyl trafficking and illegal immigration — triggering immediate retaliation and sparking fears of a wider trade war. Trump also raised tariffs on goods from China to 20%.



Republican members of Congress applaud as President Donald Trump addresses a joint session of Congress at the Capitol in Washington, Tuesday, March 4, 2025. (AP Photo/Alex Brandon)

Read More

Republicans were boisterous as Trump stepped to the lectern in the House, chanting "USA! USA!" as the president basked in the cheers. The GOP lawmakers were jubilant, having won a trifecta of the White House, Senate and House in the elections. However, they face the challenging task of delivering on Trump's agenda as well as avoiding a government shutdown later this month.

Across the aisle, out-of-power Democrats set the tone early, with most remaining seated without applauding or making eye contact with Trump as he was introduced in the chamber.

After several interruptions, House Speaker Mike Johnson jumped in and called for decorum to be restored in the chamber as Republicans shouted "USA" to drown out the cries from the other side of the aisle. Johnson then ordered Texas Rep. Al Green removed from the chamber.

"It's worth it to let people know that there are some people who are going to stand up" to Trump, Green told reporters after being thrown out of the chamber.



Rep. Al Green, D-Texas, left, shouts as President Donald Trump addresses a joint session of Congress at the Capitol in Washington, Tuesday, March 4, 2025. (Win McNamee/Pool Photo via AP)                                                                                                                                                 Read More

Other Democrats held up signs criticizing like "Save Medicaid" and "Protect Veterans" during Trump's remarks, seeking to drive public awareness to elements of Trump's agenda they believed might offer them a pathway back to the majority.

Some Democrats chose to highlight the impact of Trump's actions by inviting fired federal workers as guests, including a disabled veteran from Arizona, a health worker from Maryland and a forestry employee who worked on wildfire prevention in California.

Trump also used his speech to address [his proposals](#) for fostering peace in Ukraine and the Middle East, where he has unceremoniously upended the policies of the Biden administration in a matter of just weeks. On Monday, Trump [ordered a freeze to U.S.](#) military assistance to Ukraine, ending years of staunch American support for the country in fending off Russia's invasion.



Democrats hold signs as President Donald Trump addresses a joint session of Congress in the House chamber at the U.S. Capitol in Washington, Tuesday, March 4, 2025. (AP Photo/Julia Demaree Nikhinson)



Rep. Nydia Velazquez, D-N.Y., holds a protest sign with fellow Democrats as President Donald Trump addresses a joint session of Congress at the Capitol in Washington, Tuesday, March 4, 2025. (Win McNamee/Pool Photo via AP)

Trump recited a letter he received earlier Tuesday from Ukrainian President Volodymyr Zelenskyy, saying that the wartime president wants to come back to the table after a explosive Oval Office meeting last week broke down negotiations for a peace deal between Russia and Ukraine. "We've had serious discussions with Russia and have received strong signals that they are ready for peace," Trump said. "Wouldn't that be beautiful?"

He also announced the arrest of a suspect in the 2021 suicide bombing at the Kabul airport that killed U.S. troops during the withdrawal from Afghanistan.

Trump's 1 hour and 39 minute speech was the longest annual address a president has ever delivered to Congress, breaking Bill Clinton's record of 1 hour and 28 minutes.

Watching from the gallery with first lady Melania Trump were guests including 15-year-old Elliston Berry, of Aledo, Texas, who was the victim of an explicit deepfake image sent to classmates.

Other White House guests included relatives of Corey Comperatore, the former Pennsylvania fire chief who was killed as he protected his family during an assassination attempt on Trump last summer.

Republican lawmakers cheered the conclusion of Trump's address with chants that echoed his words after he was struck in the ear by a bullet: "Fight! Fight! Fight!"

———

Associated Press writers Lisa Mascaro, Stephen Groves and Kevin Freking in Washington, Darlene Superville in Kissimmee, Fla., and Bill Barrow in Atlanta contributed to this report.



### ZEKE MILLER

Miller leads coverage of the president and the presidency for The Associated Press. He is based in Washington.



**MICHELLE L. PRICE**
Price covers the White House. She previously covered the 2024 presidential campaign and politics, government and other news in New York, Nevada, Utah and Arizona. She is based in Washington.



**MOST READ**



1 Trump invokes 18th century law to speed deportations, judge stalls it hours later

2 Trump orders strikes on Iran-backed Houthi rebels in Yemen and issues new warning

3 At least 39 dead after tornadoes, wildfires and dust storms wreak havoc across multiple US states

4 New Canadian Prime Minister Mark Carney seeks alliances in Europe as he deals with Trump

5 NASA's stuck astronauts welcome their newly arrived replacements to the space station