# Exhibit C



# ARTICLES

# President Trump's Historic Address Captivates America

The White House

March 5, 2025

President Donald J. Trump's address to a joint session of Congress last night was widely acclaimed as among his best — in which he touted his record accomplishments after just six weeks in office and laid out his compelling vision for four years of peace, strength, and prosperity for all Americans.

**This morning, President Trump's speech was the focus of newspapers across America:**

# The Boston Globe

Serving our community since 1872

WEDNESDAY, MARCH 5, 2025

# Trump has his moment

In address, he hails his 'swift and unrelenting action' remaking federal government



WIN MCNAMEE/POOL VIA ASSOCIATED PRESS

With the vice president and the speaker behind him, President Trump spoke to Congress on Tuesday night, eight years after his first address.

## Wu prepped and ready for hearing today in D.C.

**By Emma Platoff**
GLOBE STAFF

As Boston Mayor Michelle Wu readies to testify Wednesday before the Republican-led House Oversight Committee, the city has turned to an outside law firm, Cahill Gordon & Reindel, to help her prepare, at the rate of $950 per hour.

Hiring outside attorneys — whose tab could rise as high as $650,000, according to city officials — is just one of many steps the mayor has taken to gear up for a hearing that is both a mine-

**By Zeke Miller and Michelle L. Price**
ASSOCIATED PRESS

WASHINGTON — President Trump vowed Tuesday to keep up his campaign of "swift and unrelenting action" in reorienting the nation's economy, immigration, and foreign policy in an unyielding address to Congress and the nation that left Democratic legislators to register their dissent with stone faces, placards calling out "lies," and one legislator's ejection.

Trump's prime-time speech was the latest marker in his takeover of the nation's capital, where the Republican-led House and Senate have done little to restrain the president as he and his allies work to slash the size of the federal government and remake the country's place in the world.

The more than 90-minute address added up to a defiant sales pitch for the policies that he promised during his campaign and leaned into during his first weeks back in office. Trump pledged to keep delivering sweeping changes to the country, rescuing it from what he described as destruction and mistakes left by his predecessor while repeatedly needling Democratic lawmakers who protested his remarks.

Emboldened after overcoming impeachments in his first term and criminal prosecutions in between his two administrations and with a tight grip on the Republican-controlled Congress, Trump has embarked on a mission to dismantle parts of the federal government, remake the relationship with US allies, and spark a North American trade war that is compounding economic uncertainty.

"It has been nothing but swift and unrelenting action," Trump said of his opening weeks in office. "The people elected me to do the job, and I am doing it."

Trump, who has billionaire adviser Elon Musk orchestrating his efforts to slash the size and scope of the federal government, said he is working to "reclaim democracy from this unaccountable bureaucracy" and threatened federal workers anew with firings if they resist his agenda.

Musk, who was seated in the House gallery, received a pair of standing ovations from Republicans in the chamber, as Trump exaggerated and shared false claims about alleged government abuse uncovered by the Tesla and SpaceX founder and his team of disrupters.

Trump repeated false claims that tens of millions of dead people over 100 years old are receiving Social Security payments, prompting
TRUMP, Page A6

## Insurer of disabled, elderly low on cash

### Commonwealth Care Alliance had been model

**By Jessica Bartlett**
GLOBE STAFF

Financial turmoil has engulfed one of the largest insurers of Massachusetts' disabled, elderly, and low-income residents, potentially challenging that vulnerable population's access to care for complex health needs.

Should the organization fail, nearly 50,000 patients in Massachusetts could face disruptions in critical medical services.

Commonwealth Care Alliance has long been regarded as a visionary in the care of people simultaneously eligible for Medicaid, which serves mostly low-income people, and Medicare, which helps largely people over 65 and those with disabilities. Acting as both a health insurer and for some, a service provider, the nonprofit's model is one that is deeply involved in patients' care, often coordinating multiple specialists, appointments, and services.

But after years of multimillion-dollar operating losses, Commonwealth Care's cash reserves have fallen dramatically, triggering MassHealth, the state's Medicaid program, in November to block the insurer from acquiring new members. Disability advocates recently said in a letter to state regulators that they understood the company was looking to be acquired, but that those efforts have so far been unsuccessful.

Executives from Commonwealth Care declined to comment.

The organization's financial struggles come after a period of
INSURER, Page A10



Food writer Devra First checks out Somaek, a Korean restau-

*The Boston Globe* (Boston, MA)



*Chicago Sun-Times* (Chicago, IL)



President Trump, with Vice President JD Vance and House Speaker Mike Johnson behind him, addressed Congress Tuesday night.

# Trump Touts 'Swift and Unrelenting' Actions on Border, Budget, Economy

By Alex Leary

WASHINGTON—President Trump put his disruptive return to power on full display during a prime-time address to Congress on Tuesday night, offering a no-apologies assessment of his decisions to crack down on illegal immigration, slash the federal workforce and impose stiff tariffs on imports.

"I return to this chamber tonight to report that America's momentum is back, our spirit is back, our pride is back, our confidence is back," Trump said, standing in the House chamber five years after his last address to Congress, describing what he called a "swift and unrelenting" campaign to transform the country.

The one-hour, 40-minute address—the longest ever of its kind by a president to a joint session of Congress—gave Trump an opportunity to sell his combative brand of governing to tens of millions of Americans in what is expected to be his largest audience since his inaugural address.

Trump presented a swaggering view of his administration, boasting of the dozens of executive orders he has signed and casting his first month in office as the most successful in history. He made few entreaties for unity, instead attacking Democrats as "radical left lunatics" and blaming his predecessor, Joe Biden, for the country's problems.

"I look at the Democrats in front of me and I realize there is absolutely nothing I can say to make them happy," he said. Democratic lawmakers held signs that read "false" and "Musk steals," a reference to Trump's ally Elon Musk and the efforts he has led to slash government spending.

Seven minutes into the speech, Rep. Al Green (D., Texas) was removed from the House chamber after rising from his seat and shouting at the president. The disruption prompted Trump to momentarily pause his remarks. Green later told reporters that the outburst was "worth it to let people know that there are some people who are going to

*Please turn to page A5*

◆ Zelensky aims to mend ties with Trump.............. A6

**The Wall Street Journal (New York City, NY)**

**PRESIDENT'S ADDRESS TO CONGRESS**

# Trump claims credit for 'swift, unrelenting action'



President Donald Trump addresses a joint session of Congress on Tuesday at the Capitol in Washington as Vice President JD Vance, left, and House Speaker Mike Johnson applaud.
Pool photo by WIN McNAMEE • The Associated Press

## He recounts his flurry of activity since being inaugurated.

By ZEKE MILLER and
MICHELLE L. PRICE
The Associated Press

WASHINGTON – President Donald Trump vowed Tuesday to keep up his campaign of "swift and unrelenting action" in reorienting the nation's economy, immigration and foreign policy in an unyielding address to Congress and the nation that left Democratic legislators to register their dissent with stone faces, placards calling out "lies," and one legislator's ejection.

Trump's speech was the latest marker in his takeover of the nation's capital, where the Republican-led House and Senate have done little to restrain the president as he and his allies work to slash the size of the federal government and remake America's place in the world.

The more than 90-minute address added up to a defiant sales pitch for the policies that he promised during his campaign and leaned into during his first weeks back in office. Trump pledged to keep delivering sweeping changes to the country, rescuing it from what he described as destruction and mistakes left by his predecessor while repeatedly needling Democratic lawmakers who protested his remarks.

Emboldened after overcoming impeachments in his first term and criminal prosecutions in between his two administrations and with a tight grip on

SEE TRUMP ON A4 »

"The people elected me to do the job, and I am doing it."
President Donald Trump

Rep. Al Green, D-Texas, was ejected from the House chamber after yelling at Trump that he had "no mandate to cut Medicaid."
KENNY HOLSTON • The New York Times

***The Minnesota Star Tribune* (Minneapolis, MN)**





***Pittsburgh Post-Gazette*** **(Pittsburgh, PA)**



**TWO-TIME PULITZER PRIZE WINNER / FOUNDED 1872**

SERVING COLORADO SPRINGS & THE PIKES PEAK REGION          WEDNESDAY, MARCH 5, 2025  $2.00



**200 in Springs to be laid off**
Microchip cutting overall workforce, cites automaker issues. BUSINESS, B1



**Scorpions sting Hawks**
Late basket lifts Sand Creek boys to first Great 8 since 2014. SPORTS, C1

**BONUS COVERAGE**
See gazette.com for more news, photos and videos.

# TRUMP: 'AMERICA IS BACK'

## Colorado Republicans cheer, state's Dems scowl

**BY ERNEST LUNING**
ernest.luning@coloradopolitics.com

President Donald Trump's address to a joint session of Congress on Tuesday night was music to the ears of Colorado's Republican lawmakers, but the state's Democrats turned their thumbs down, with one walking out midway through and another skipping the speech entirely.

"President Trump was saved by God to SAVE AMERICA," tweeted U.S. Rep. Lauren Boebert, a Windsor Republican and vocal Trump supporter, as Trump neared the conclusion of his nearly two-hour speech.

"I've heard enough of the lies, fear mongering, and political attacks," tweeted U.S. Rep. Jason Crow, an Aurora Democrat, more than an hour into the address.

Added Crow, who departed the chamber: "I'm out — and getting back to work to protect Colorado."

Earlier, U.S. Rep. Diana DeGette, D-Denver, announced that she wouldn't attend the address, saying that since taking office Trump had been "(assaulting) the values we hold dear."

Trump delivered the speech flanked by Vice President JD Vance, who presides over the Senate, and House Speaker Mike Johnson, a Louisiana Republican.

Several members of Colorado's congressional delegation provided running

SEE COLORADO • PAGE 4



President Donald Trump speaks as Vice President JD Vance, left, and House Speaker Mike Johnson listen Tuesday as Trump addresses a joint session of Congress.   THE ASSOCIATED PRESS

## President promises more vigorous change as Democrats protest

Reuters

**WASHINGTON** · President Donald Trump took a victory lap in an address to Congress on Tuesday, drawing catcalls and interruptions from some Democratic lawmakers who held up signs and walked out midspeech in protest.

The partisan rancor was reflective of the tumult that has accompanied Trump's first six weeks in office upending U.S. foreign policy, igniting a trade war with close allies and slashing the federal workforce.

The prime-time speech, his first to Congress since taking office on Jan. 20, capped a second day of market turmoil after he imposed sweeping new tariffs against Mexico, Canada and China.

"To my fellow citizens, America is back," Trump began to a standing ovation from fellow Republicans. "Our country is on the verge of a comeback the likes of which the world has never witnessed, and perhaps will never witness again."

Democrats held up signs with messages like "No King" and "This Is NOT Normal."

SEE TRUMP • PAGE 4

**Ukraine and U.S.**
After letter from Zelenskyy, Trump announces he's willing to sign deal with Ukraine on natural resources. A4

***Colorado Springs Gazette*** **(Colorado Springs, CO)**



*Las Vegas Review-Journal* (Las Vegas, NV)



# Chicago Tribune

WINNER OF 28 PULITZER PRIZES FOR EXCELLENCE IN JOURNALISM

QUESTIONS? CALL 1-800-TRIBUNE | WEDNESDAY, MARCH 5, 2025 | BREAKING NEWS AT CHICAGOTRIBUNE.COM

## Illinoisans push for a new clean energy law

**Lawmakers introduce bill with ambitious goal for large-scale storage**

By Nara Schoenberg and Addison Wright
Chicago Tribune

With clean energy under siege in Congress and in the Oval Office, supporters continue to press forward in Illinois.

Lawmakers have introduced the Clean and Reliable Grid Affordability Act, with an ambitious new goal for large-scale energy storage, in which giant batteries absorb wind and solar energy when it's not needed, and release it when it is.

The bill makes it easier to construct high-voltage transmission lines, which bring the cleanest, lowest-cost energy to consumers.

There are also measures promoting energy efficiency, addressing electricity-guzzling data centers and establishing virtual power plants — networks of homes with EVs, solar panels and batteries that, working in tandem, can produce large amounts of energy and save customers money.

"Trump has made it clear he plans to roll back federal funding and programs that support clean energy progress," Democratic state Rep. Ann Williams of Chicago, a sponsor of the bill, said at a news conference Tuesday.

"This is of great concern to all of us in Illinois, but we are not going back. Illinois can and will continue to lead on climate policy," she said.

President Donald Trump's efforts to block funding for solar and wind energy and electric vehicles have hit Illinois hard in recent weeks, with environmentalists reporting chaos and confusion.

But there's also a sense of pride in the state's sweeping 2021 law, the Climate and Equitable Jobs Act, and a determination to meet new challenges.

"Our power grid is struggling to keep up with a surge in demand for energy, largely caused by new data centers," Illinois Clean Jobs Coalition lobbyist Kady McFadden said

Turn to Energy, Page 5

President Donald Trump addresses a joint session of Congress at the Capitol in Washington on Tuesday. WIN MCNAMEE/AP

## Trump vows to remain 'swift and unrelenting'

**GOP allies applaud pledge to continue disruptive policies**

By Zeke Miller and Michelle L. Price
Associated Press

WASHINGTON — President Donald Trump vowed Tuesday to keep up his campaign of "swift and unrelenting action" in reorienting the nation's economy, immigration and foreign policy in an unyielding address to Congress and the nation that left Democratic legislators to register their dissent with stone faces, placards calling out "lies" and one legislator's ejection.

Trump's prime-time speech was the latest marker in his takeover of the nation's capital, where the Republican-led House and Senate have done little to restrain him as he and his allies work to slash the size of the federal government and remake America's place in the world.

The address, more than 90 minutes long, added up to an defiant sales pitch for the policies that he promised during his campaign and leaned into during his first weeks back in office. Trump pledged to keep delivering sweeping changes to the country, rescuing it from what he described as destruction and mistakes left by his predecessor.

Emboldened after overcoming impeachments in his first term and criminal prosecutions in between his two administrations and with a tight grip on the Republican-controlled Congress, Trump has embarked on a mission to dismantle parts of the federal government, remake the relationship with America's allies and spark a North American trade war that is compounding economic uncertainty.

"It has been nothing but swift and unrelenting action," Trump said of his opening weeks in office. "The people elected me to do the job, and I am doing it."

Trump, who has billionaire adviser Elon Musk orchestrating his efforts to slash the size and scope of the federal government, said he is working to "reclaim democracy from this unaccountable bureaucracy" and threatened federal workers anew with firings if they resist his agenda.

Musk, seated in the House gallery, received a pair of standing ovations from Republicans in the chamber, as Trump exaggerated and shared false claims about alleged government abuse uncovered by Musk and his team.

Trump repeated false claims that tens of millions of dead people over 100 years old are receiving Social Security payments, prompting some Democrats to shout, "Not true!" and "Those are lies!"

Trump spoke at a critical juncture in his presidency, as voters who returned him to the White House on his promise to fix

Turn to Speech, Page 11

***Chicago Tribune* (Chicago, IL)**



*The Mercury News* (Silicon Valley, CA)

*The Washington Times* (Washington, D.C.)

<p><p><p><p><p><p><p><p><p><p><p><p><p><p><p>

# Trump touts 'unrelenting action' in speech to Congress



Jim Watson / Getty Images

President Donald Trump's theme in his address to Congress on Tuesday was the "renewal of the American dream." He laid out his achievements and appealed to Congress to provide more money to finance his aggressive immigration crackdown.

## President says he's doing what he was elected for in busy opening weeks

BY ZEKE MILLER AND MICHELLE L. PRICE
Associated Press

President Donald Trump on Tuesday took credit for "swift and unrelenting action" in reorienting the nation's economy, immigration and foreign policy as he updated Congress and the American people on his turbulent first few weeks in office, which have featured a dismantling of the federal government, tensions with America's allies and a trade war compounding economic uncertainty.

His joint address to Congress was the latest marker in Trump's takeover of the nation's capital, where the Republican-led House and Senate have done little to restrain the president as he and his allies work to slash the size of the federal government and remake America's place in the world. With a tight grip on his party, Trump has been emboldened to take sweeping actions after overcoming impeachments in his first term and criminal prosecutions in between his two administrations.

"It has been nothing but swift and unrelenting action," Trump

Please see Trump, Page 5A

AT DETROITNEWS.COM: SCAN THE QR CODE FOR SEN. SLOTKIN'S RESPONSE.





Saul Loeb / Getty Images

Texas Rep. Al Green, a Democrat, was ejected from the chamber after yelling that Trump had no mandate. Republicans, meanwhile, shouted "USA" to drown out the cries from the other side of the aisle.

***The Detroit News* (Detroit, MI)**

# 'Swift and unrelenting'

In combative, lengthy address, longest in history, Trump calls rivals 'radical left lunatics,' says more coming



DOUG MILLS/THE NEW YORK TIMES

President Donald Trump delivers an address to a joint session of Congress on Tuesday at the Capitol. Trump accused Democrats of ignoring the "commonsense revolution" that he and his administration had begun to implement. He addressed his opponents in the audience with contempt, gloating about his election victory, and called former President Joe Biden the worst president in American history.

By Michael D. Shear and Luke Broadwater
*The New York Times*

WASHINGTON

President Donald Trump faced heckling from Democrats on Tuesday as he declared "America is back," delivering an address to Congress in which he boasted about his efforts to reshape the government and taunted his adversaries with references to his political and legal triumphs.

In the longest presidential address to Congress in history, Trump appeared to cool tensions from a blowup last week with President Volodymyr Zelenskyy of Ukraine, reading aloud a message of gratitude Zelenskyy had posted on social media earlier in the day. Trump said he appreciated the message, and that he had also received "strong signals" from Russia that they were eager for peace with Ukraine.

*Please see story on Page A-5*

**INSIDE**

◆ Trump trade war draws swift retaliation. **PAGE A-2**
◆ Slotkin warns of potential recession in Democrat response. **PAGE A-5**
◆ Zelenskyy calls Oval Office spat regrettable, says he is ready to talk peace. **PAGE A-5**

*Santa Fe New Mexican* (Santa Fe, NM)

# Altoona Mirror

$1.50  © Copyright 2025  **WEDNESDAY**  March 5, 2025

## Bellwood rallies to support family

### Fundraiser planned to aid Hostlers after fire ravages home

**BY CONNER GOETZ**
cgoetz@altoonamirror.com

BELLWOOD — The Bellwood community is pulling together to support a family after their home was ravaged by a fire on Sunday.

According to Leah Hostler, the fire began about 2 a.m. toward the back of the two-story home at South First Street and Martin Street.

Excelsior Fire Department, along with mutual aid fire companies, were dispatched to the scene shortly after the blaze was discovered, but the structure had already sustained substantial damage by the time they extinguished the blaze.

Hostler, her younger brother Ryan, father Ryan, stepmother Lisa and two stepsisters, Emma and Ella, have been staying with friends and family nearby since Sunday, she said.

According to Hostler, the family lost the majority of their possessions in the fire, as well as their three pet cats. Thankfully, their two dogs escaped unharmed, she said.

When Katie Grager, who lives down the street from the Hostlers, heard about the fire, she sprang into action.

Now, Grager has arranged a spaghetti dinner fundraiser to support the family.

The dinner will be held from 1 to 4 p.m. March 16 at the Fraternal Order of Eagles Lodge on South First Street, Grager said.

There will be 350 tickets available, which can be bought over the phone from Grager or at the door on the day of the dinner.

All tickets will cost $12, with the proceeds going directly to the Hostler family.

Grager said she expects the tickets to sell out quickly, so potential attendees should call her at 814-381-4771 to reserve their tickets in advance.

In addition to the dinner, there will be a basket raffle during the event, with the proceeds added to the donation pool for the Hostlers, Grager said.

See **Support**/Page A2



President Donald Trump addresses a joint session of Congress at the Capitol in Washington, D.C., on Tuesday.

## Trump addresses Congress

### President promises to keep up 'swift and unrelenting action'

**BY ZEKE MILLER AND MICHELLE L. PRICE**
*The Associated Press*

President Donald Trump vowed Tuesday to keep up his campaign of "swift and unrelenting action" in reorienting the nation's economy, immigration and foreign policy in an unyielding address to Congress and the nation that left Democratic legislators to register their dissent with stone faces, placards calling out "lies" and one legislator's ejection.

Trump's prime-time speech was the latest marker in his takeover of the nation's capital, where the Republican-led House and Senate have done little to restrain the president as he and his allies work to slash the size of the federal government and remake America's place in the world.

The more than 90-minute address added up to a sales pitch for the policies that he promised during his campaign and leaned into during his first weeks back in office. Trump pledged to keep delivering sweeping changes to the country, rescuing it from what he described as destruction and mistakes left by his predecessor, while repeatedly needling Democratic lawmakers who protested his remarks.

Emboldened after overcoming impeachments in his first term and criminal prosecutions in between his two administrations, and with a tight grip on the Republican-controlled Congress, Trump has embarked on a mission to dismantle parts of the federal government and remake the relationship with America's allies.

"It has been nothing but swift and unrelenting action," Trump said of his opening weeks in office. "The people elected me to do the job, and I am doing it."

Trump, who has billionaire adviser Elon Musk orchestrating his efforts to slash the size and scope of the federal government, said he is working to "reclaim democracy from this unaccountable bureaucracy" and threatened federal workers anew with firings if they resist his agenda.

Musk, who was seated in the House gallery, received a pair of standing ovations from Republicans in the chamber, as Trump shared claims about alleged government abuse uncovered by the Tesla and SpaceX founder and his team.

Trump repeated claims that tens of millions of dead people over 100 years old are receiving Social Security payments, prompting some Democrats to shout, "Not true!" and "Those are lies!"

See **Trump**/Page A5



Members of Congress hold up signs in protest as President Donald Trump addresses a joint session of Congress at the Capitol in Washington, D.C., on Tuesday.

*Altoona Mirror* (Altoona, PA)



*Arkansas Democrat Gazette* **(Little Rock, AR)**

# Trump touts 'swift and unrelenting' action



PRESIDENT DONALD Trump addresses a joint session of Congress at the Capitol in Washington, Tuesday, March 4, 2025. (AP Photo/Ben Curtis)

## Border security, tariffs highlight address to Congress

By ZEKE MILLER and MICHELLE L. PRICE
Associated Press

WASHINGTON (AP) — President Donald Trump on Tuesday took credit for "swift and unrelenting action" in reorienting the nation's economy, immigration and foreign policy as he updated Congress and the American people on his turbulent first few weeks in office, which have featured a dismantling of the federal government, tensions with America's allies and a trade war compounding economic uncertainty.

His joint address to Congress was the latest marker in Trump's takeover of the nation's capital, where the Republican-led House and Senate have done little to restrain the president as he and his allies work to slash the size of the federal government and remake America's place in the world. With a tight grip on his party, Trump has been emboldened to take sweeping actions after overcoming impeachments in his first term and criminal prosecutions in between his two administrations.

"It has been nothing but swift and unrelenting action," Trump said of his opening weeks in office. "The People elected me to do the job, and I am doing it."

Out of power, Democrats made an immediate display of dissent with stone faces, placards calling out "lies," and Texas Rep. Al Green's ejection from the House chamber after heckling Trump that he had "no mandate to cut Medicaid."

After several interruptions, House Speaker Mike Johnson jumped in and called for decorum to be restored in the chamber as Republicans shouted "USA" to drown out the cries from the other side of the aisle. Johnson then ordered Green be removed from the chamber.

Trump spoke at a critical juncture in his presidency, as voters who returned him to the White House on his promise to fix inflation are instead finding economic chaos. All the gains the S&P 500 have made since Election Day are now gone, while consumer sentiment surveys show the public sees inflation as worsening.

For a president who believes that announcements of corporate investments can boost attitudes about the economy, the speech was suddenly a test of his ability to rebuild confidence in his economic leadership.

"Among my very highest priorities is to rescue our economy and get dramatic and immediate relief to working families," Trump said. He promised to organize the federal government to lower costs on eggs and energy, though he offered scant details.

Trump also called for the extension of his first-term tax cuts and additional federal funding for his border crackdown, including for his promised efforts at "mass

See TRUMP, A6

***Daily Inter Lake*** **(Kalispell, MT)**



***The Herald*** **(Sharon, PA)**



***Chattanooga Times Free Press*** **(Chattanooga, TN)**



*New York Post* (New York City, NY)



*The Hill*

NEWS

ADMINISTRATION

ISSUES

CONTACT

VISIT

THE WHITE HOUSE

1600 Pennsylvania Ave NW
Washington, DC 20500

WH.GOV

Copyright

Privacy

Style Guide