# Exhibit D

**Structure of the White House Press Pool**

The White House press pool includes wire service text journalists, print journalists, television journalists, radio journalists, and photojournalists. Although the size and composition of the pool depend on where the President is, the pool at a minimum contains the spots described in the below chart. This chart shows the pool's structure during three recent time periods: (1) before White House Press Secretary Karoline Leavitt informed me on February 11, 2025 that AP journalists would no longer be permitted in the Oval Office as pool members unless the AP revised its Stylebook to refer to the Gulf of Mexico as the Gulf of America; (2) after Ms. Leavitt's initial announcement but before February 25, 2025; and (3) as it appears to function after Ms. Leavitt announced on February 25, 2025 that the White House was taking control of the pool:

|  | WHCA-run Press Pool before Feb. 11 | WHCA-run Press Pool (with White House ban on AP) Feb. 11-25 | White House-run Press Pool after Feb. 25 |
|---|---|---|---|
| **Wire Services** | 3 spots (AP, Bloomberg, and Reuters) (non-rotating) | 2 spots (Bloomberg and Reuters) (non-rotating) | 1-2 spots (Bloomberg and/or Reuters) (sometimes rotating at the insistence of the White House) |
| **Photo** | 4 spots (AFP, AP, Reuters, and NYT) (non-rotating) | 3 spots (AFP, Reuters, and NYT) (non-rotating) | 3 spots (AFP, NYT, Reuters) (non-rotating) |
| **TV** | 1 three-person network crew (rotating) | 1 three-person network crew (rotating) | 1 three-person network crew (rotating) |
| **Radio** | 1 spot (rotating) | 1 spot (rotating) | 1 spot (White House-selected) |
| **Print** | 1 spot (rotating) | 1 spot (rotating) | 1 spot (White House-selected) |
| **Other** (now "New Media") | 1 spot (rotating) | 1 spot (rotating) | 3 spots (White House-selected) |