IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE ASSOCIATED PRESS,<br><br>    *Plaintiff*,<br><br>v.<br><br>TAYLOR BUDOWICH, in his official capacity as White House Deputy Chief of Staff; KAROLINE LEAVITT, in her official capacity as White House Press Secretary; and SUSAN WILES, in her official capacity as White House Chief of Staff,<br><br>    *Defendants*. | **Case No. 25-cv-00532-TNM** |

**NOTICE OF REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS
REGARDING AMICUS BRIEF**

    1.    On February 24, 2025, this Court granted the Reporters Committee for Freedom of the Press leave to file a brief as amicus curiae (Dkt. No. 21) in support of the Associated Press's original motion for a preliminary injunction in this matter.

    2.    On March 4, 2025, this Court denied the Associated Press's motion as moot in light of its filing of an amended motion.  *See* Minute Order (Mar. 4, 2025).

    3.    The Reporters Committee respectfully submits that its brief remains relevant to the issues before the Court, *see* Reply Memorandum in Further Support of Pl. the Associated Press's Amended Mot. for Preliminary Injunction at 14 (Dkt. No. 37)

1

(citing Br. of Amicus Curiae Reporters Comm. for Freedom of the Press at 9–13 (Dkt. No. 21)), and requests that it be considered in connection with the amended motion.

4. Furthermore, the Court has issued an order inviting additional briefing reflecting "originalist research on the First and Fifth Amendment issues in this case" and "recogniz[ing] and appreciate[ing] the various amici that have filed briefs to date." *See* Minute Order (Mar. 19, 2025).

5. In this light, the Reporters Committee also writes to inform the Court that the Committee to Protect Journalists and the News/Media Alliance have expressed their support for the arguments contained in the Reporters Committee brief, and they respectfully request to be reflected on the docket as additional signatories to the brief.

6. The Committee to Protect Journalists is an independent, nonprofit organization that promotes press freedom worldwide. It has no parent corporation and no stock.

7. The News/Media Alliance represents over 2,200 diverse publishers in the U.S. and internationally, ranging from the largest news and magazine publishers to hyperlocal newspapers, and from digital-only outlets to papers who have printed news since before the Constitutional Convention. It is a nonprofit, non-stock corporation organized under the laws of the Commonwealth of Virginia. It has no parent company.

8. The Reporters Committee appreciates the Court's consideration of this

Notice and, if this Notice is insufficient, would welcome any guidance from the Court on the appropriate means of requesting that the Committee to Protect Journalists and the News Media/Alliance be added to its brief.

Dated: March 24, 2025

Respectfully submitted,

/s/ Bruce D. Brown
Bruce D. Brown
(D.C. Bar No. 457317)
   *Counsel of Record for Amicus Curiae*
Lisa Zycherman
Gabriel Rottman
Grayson Clary
REPORTERS COMMITTEE FOR
 FREEDOM OF THE PRESS
1156 15th Street NW, Suite 1020
Washington, DC 20005
Telephone: 202.795.9300
bbrown@rcfp.org

*Counsel for Amicus Curiae*