IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

THE ASSOCIATED PRESS,

    *Plaintiff*,

v.

TAYLOR BUDOWICH, et al.,

    *Defendants*.

Case No. 25-cv-532-TNM

## NOTICE OF JOINDER

Movants Jean Becker, Rex Granum, Bobbie Kilberg, Dale Leibach, Alixe Mattingly, and Mike McCurry seek to join the Brief of *Amici Curiae* State Democracy Defenders Fund ("SDDF") and Former Public Officials (Dkt. 36) in support of the Associated Press's Amended Motion for a Preliminary Injunction (Dkt. 27).

Movants all served as press secretaries for the White House or the East Wing, or otherwise held senior communications positions in prior presidential administrations. More specifically, Movants' experiences include:

- Jean Becker served as Deputy Press Secretary for First Lady Barbara Bush and as Chief of Staff for former President George H.W. Bush from 1994 until his death in 2018.

- Rex Granum served as Deputy White House Press Secretary for President Jimmy Carter.

- Bobbie Kilberg served as Deputy Assistant to the President for Public Liaison and Director of the White House Office of Intergovernmental Affairs for President George H.W. Bush. She previously served as a White House Fellow on the staff of President Richard Nixon's Domestic Policy Council and Associate White House Counsel to President Gerald Ford.

- Dale Leibach served as an Assistant White House Press Secretary for President Jimmy Carter.

1

- Alixe Mattingly served as Deputy White House Press Secretary for Presidents Ronald Reagan and George H.W. Bush.

- Mike McCurry served as White House Press Secretary for President William J. Clinton.

In these roles, several Movants routinely interacted with the White House press pool and press corps generally and with Associated Press ("AP") reporters and photographers specifically. They have witnessed the different opportunities provided to journalists to gather the news at the White House and at events the President attends outside of the White House. Drawing on these experiences, Movants believe that the White House should not be excluding the AP from covering presidential events on the basis of the AP's editorial judgment.

Rule 20 of the Federal Rules of Civil Procedure, which allows for permissive joinder of parties, therefore, supports permitting Movants to join SDDF and the Former Public Officials as friends-of-the-court in this matter. Rule 20 is "to be liberally construed in the interest of convenience and judicial economy . . . in a manner that will secure the just, speedy, and inexpensive determination of the action." *Alexander v. Edgewood Mgmt. Corp.*, 321 F.R.D. 460, 462 (D.D.C. 2017). Here, Movants share with SDDF and the Former Public Officials the belief that "the government must not restrain a free press nor retaliate against members of the press because of what they report or their perceived viewpoint." *See* Dkt. 36 at 3. Movants and *amici* likewise share the belief that "the access restrictions imposed on the AP by the White House violate the Constitution and are profoundly antithetical to the public interest." *Id.* at 14.

In the interest of convenience and judicial economy, therefore, Movants hereby request permission to join the Brief of *Amici Curiae* SDDF and Former Public Officials (Dkt. 36) and urge that AP's amended motion for a preliminary injunction be granted.

Dated: March 25, 2025

Respectfully Submitted,

_____
Norman L. Eisen
**STATE DEMOCRACY DEFENDERS FUND**
600 Pennsylvania Avenue SE,
Suite 15180
Washington, DC 20003
Tel: (202) 594-9958
Norman@statedemocracydefenders.org

## CERTIFICATE OF SERVICE

I certify that on March 25, 2025, I caused this document to be electronically filed with the Clerk of Court using this Court's CM/ECF system, which will send a notice of docketing activity to all parties who are registered through CM/ECF.

_____
Norman L. Eisen