UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

THE ASSOCIATED PRESS,

               Plaintiff,

   v.

TAYLOR BUDOWICH,
White House Deputy Chief of Staff, et al.,

               Defendants.

Civil Action No. 25-0532 (TNM)

## NOTICE OF FILING

Defendants respectfully submit the enclosed supplemental declaration for consideration by the Court in deciding Plaintiff's renewed motion for a preliminary injunction (ECF No. 27).

Dated: March 25, 2025
      Washington, DC

Respectfully submitted,

EDWARD R. MARTIN, JR., D.C. Bar #481866
United States Attorney


By: _____*/s/ Brian P. Hudak*_____
     BRIAN P. HUDAK
     Chief, Civil Division
     601 D Street, NW
     Washington, DC 20530
     (202) 252-2549

*Attorneys for the United States of America*