IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE ASSOCIATED PRESS,<br><br>      Plaintiff,<br><br>    v.<br><br>TAYLOR BUDOWICH, et al.<br><br>      Defendants. | Civil Action No. 25-cv-532-TNM |

**MOTION OF FIRST AMENDMENT SCHOLARS FOR LEAVE TO FILE AMICUS CURIAE BRIEF IN SUPPORT OF PLAINTIFF THE ASSOCIATED PRESS'S AMENDED MOTION FOR A PRELIMINARY INJUNCTION**

Proposed amici, a group of First Amendment scholars, respectfully request leave of this Court to file the attached amicus curiae brief in support of the amended motion for a preliminary injunction filed by Plaintiff The Associated Press ("AP") in the above-captioned case, in order to submit a brief addressing "originalist research on the First . . . Amendment issues in this case." Minute Order (Mar. 19, 2025). Plaintiff consents to this motion; Defendants do not object to this motion.

In support of their motion, proposed amici state as follows:

1. On March 19, 2025, this Court issued a minute order stating: "The Court recognizes and appreciates the various amici that have filed briefs to date. The Court particularly invites and welcomes originalist research on the First and Fifth Amendment issues in this case." Minute Order (Mar. 19, 2025).

2. This Court "has broad discretion to permit . . . participat[ion] [of] amici curiae," and amicus participation is appropriate where amici have "relevant expertise and a

1

stated concern for the issues at stake in [the] case." *Dist. of Columbia v. Potomac Elec. Power Co.*, 826 F. Supp. 2d 227, 237 (D.D.C. 2011).

3. This Court has recognized that "[a]n amicus brief should normally be allowed when . . . the amicus has unique information or perspective that can help the court beyond the help that the lawyers for the parties are able to provide.'" *Jin v. Ministry of State Sec.*, 557 F. Supp. 2d 131, 137 (D.D.C. 2008) (quoting *Ryan v. Commodity Futures Trading Comm'n*, 125 F.3d 1062, 1063 (7th Cir. 1997)).

4. Permitting the First Amendment scholars to participate as amicus curiae in this case is appropriate. Proposed amici are twelve First Amendment scholars who have taught courses in constitutional law and/or the First Amendment, published articles and books on these topics, and dedicated significant attention to the study of First Amendment protections. Drawing from their experience, amici seek submit this brief to assist the Court in deciding the issues presented by this case and to describe the historical evidence concerning the Founders' and other earlier generations' understanding of the central First Amendment principles raised by the White House's exclusion of the AP from the White House press pool.

5. Counsel for proposed amici, the Knight First Amendment Institute, previously submitted an amicus brief in this matter analyzing the White House's ban on the AP under the First Amendment's public forum doctrine. The Knight Institute is acting solely as counsel for the First Amendment Scholars in this motion.

For the foregoing reasons, proposed amici respectfully move this Court to grant its motion for leave to file the attached amicus curiae brief.

Dated: March 26, 2025 Respectfully submitted,

  /s/ *Jameel Jaffer*
Jameel Jaffer
Katherine Fallow
Alex Abdo
Knight First Amendment Institute
  at Columbia University
475 Riverside Drive, Suite 302
New York, NY 10115
(646) 745-8500
jameel.jaffer@knightcolumbia.org

*Counsel for Amici Curiae First Amendment
  Scholars*

## CERTIFICATE OF SERVICE

I, Jameel Jaffer, certify that on March 26, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the District of Columbia using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Dated: March 26, 2025

/s/ *Jameel Jaffer*
Jameel Jaffer
Knight First Amendment Institute
 at Columbia University
475 Riverside Drive, Suite 302
New York, NY 10115
(646) 745-8500
jameel.jaffer@knightcolumbia.org

*Counsel for Amicus Curiae First Amendment*
 *Scholars*