IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE ASSOCIATED PRESS,<br><br>      Plaintiff,<br><br>    v.<br><br>TAYLOR BUDOWICH, et al.<br><br>      Defendants. | Civil Action No. 25-cv-532-TNM |

**[PROPOSED] ORDER**

On consideration of the Motion of First Amendment Scholars for Leave to File Amicus Curiae Brief in support of Plaintiff The Associated Press's Amended Motion for a Preliminary Injunction, it is hereby ORDERED that the motion is GRANTED.

Dated: _____

                                                             Hon. Trevor N. McFadden