IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE ASSOCIATED PRESS,<br><br>    Plaintiff,<br><br>v.<br><br>TAYLOR BUDOWICH, et al.,<br><br>    Defendants. | Case No. 25-cv-532-TNM |

### DECLARATION OF CHARLES D. TOBIN

Charles D. Tobin, pursuant to 28 U.S.C. § 1746, declares as follows:

I am a partner with the law firm of Ballard Spahr LLP, counsel for Plaintiff The Associated Press ("the AP") in the above-captioned matter. I submit this declaration in support of the AP's Motion to Strike the Supplemental Declaration of Taylor Budowich, filed contemporaneously herewith. I have personal knowledge of the facts set forth herein and would be competent to testify to them.

1.    Attached hereto as Exhibit 1 is a true and correct copy of the Court's March 21, 2025 e-mail to the parties in the above-captioned case with the subject line "Associated Press v. Budowich, et al. (25-cv-532) – Details on Preliminary Injunction Hearing."

2.    Attached hereto as Exhibit 2 is a true and correct copy of the AP's March 25, 2025 e-mail correspondence to Defendants regarding the AP's intention to call witnesses at the March 27, 2025 hearing on the AP's Amended Motion for Preliminary Injunction.

3.    Attached hereto as Exhibit 3 is a true and correct copy of the parties' March 25 and 26, 2025 e-mail correspondence regarding Defendants' intention not to call witnesses at the March 27, 2025 hearing on the AP's Amended Motion for Preliminary Injunction.

4. Attached hereto as Exhibit 4 is a true and correct copy of the CM/ECF notification in the above-captioned case of the filing of the Supplemental Declaration of Taylor Budowich, dated Tuesday, March 25, 2025, 11:17 PM.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 26, 2025    /s/ *Charles D. Tobin*
                                                    Charles D. Tobin