# Exhibit 1

| | |
|---|---|
| **From:** | Seth Crockett |
| **To:** | Tobin, Charles D.; Mishkin, Maxwell S.; Dudding, Sasha; Brown, Jay Ward; brian.hudak_usdoj.gov |
| **Cc:** | Raleigh Cavero; norman@statedemocracydefenders.org; slatcovich@wc.com; bbrown@rcfp.org; cmills@spero.law; jameel.jaffer@knightcolumbia.org |
| **Subject:** | Associated Press v. Budowich, et al (25-cv-532) - Details on Preliminary Injunction Hearing |
| **Date:** | Friday, March 21, 2025 7:00:48 PM |

**EXTERNAL**

Good evening,

I am reaching out about the upcoming preliminary injunction hearing on Thursday, March 27. As previously mentioned, each party can have two witnesses and up to an hour of direct examination time, with reasonable time for cross-examination and redirect. The parties are free to address whatever factual issues they choose, but the Court is especially interested in the following questions:

1. How does the White House decide which reporters are admitted to an event when there are more RSVPs than available seats? Is there a written policy?

2. Are press pool members able to ask questions in small spaces like the Oval Office or Air Force One? How much interaction do they have with government officials?

3. The Budowich declaration (ECF No. 33-1) draws a distinction between "special access" events (e.g. watching Air Force One land in Palm Beach) and "limited access" events (e.g. East Room events). What is the difference in these types of events, and how does the journalist selection process change between them?

4. Under current White House policies and practice, is there any type of event where the AP is *not* eligible for consideration but other media organizations are?

5. Are print poolers the only press pool members required to share their pool reports before publishing material?

6. There are several foreign correspondents for the AP who attended events. What is their status vis-à-vis Plaintiff?  What is the Government's position as to whether any exclusion it places on certain AP employees covers them?

7. How long is the AP's usual delay in reporting on pool events using secondhand information and photos compared to firsthand information?

8. How if at all has AP been chilled by the Government's ban?

Respectfully,

Seth Crockett
Law Clerk to the Honorable Trevor N. McFadden

U.S. District Court for the District of Columbia
333 Constitution Avenue NW, Washington, DC 20001
Phone: (202) 354-3470