# Exhibit 2

**Mishkin, Maxwell S.**

| | |
|---|---|
| **From:** | Tobin, Charles D. |
| **Sent:** | Tuesday, March 25, 2025 11:29 AM |
| **To:** | Brian Hudak |
| **Cc:** | Mishkin, Maxwell S. |
| **Subject:** | Re: AP v. Budowich |

Hi Brian - The AP plans to call Zeke Miller and Evan Vucci as witnesses at Thursday's hearing. Our plans may change depending on who the defendants intend to call. Once you disclose that information soon, I can confirm and let you know.

Thanks,
Chuck

Chuck Tobin
Ballard Spahr LLP
Washington, D.C.
(o.) 202-661-2218
tobinc@ballardspahr.com

> On Mar 24, 2025, at 4:43 PM, Tobin, Charles D. <TobinC@ballardspahr.com> wrote:
> Sure.  Thanks.
>
> Chuck Tobin
> Ballard Spahr LLP
> Washington, D.C.
> (o.) 202-661-2218
> tobinc@ballardspahr.com
>
>> On Mar 24, 2025, at 4:40 PM, Hudak, Brian (USADC) <Brian.Hudak@usdoj.gov> wrote:
>>
>> ⚠ EXTERNAL
>>
>> Chuck -- thanks for reaching out.  I'm hoping to finalize our position tonight, but it might trail into tomorrow morning. Can we agree to exchange emails by noon tomorrow?
>>
>> Best,
>>
>> Brian P. Hudak | Chief
>> Civil Division, U.S. Attorney's Office
>> (202) 252-2549 | 601 D Street, NW, Washington, DC 20530
>>
>> -----Original Message-----
>> From: Tobin, Charles D. <TobinC@ballardspahr.com>
>> Sent: Monday, March 24, 2025 4:33 PM
>> To: Hudak, Brian (USADC) <Brian.Hudak@usdoj.gov>
>> Cc: Mishkin, Maxwell S. <MishkinM@ballardspahr.com>
>> Subject: [EXTERNAL] AP v. Budowich
>>

1

\>> Good afternoon, Brian.  Have the defendants determined their witness(es) for Thursday so that we can each make the disclosure?  If not, can we agree to do that tomorrow morning?
\>>
\>> Thanks,
\>> Chuck
\>>
\>> Chuck Tobin
\>> Ballard Spahr LLP
\>> Washington, D.C.
\>> (o.) 202-661-2218
\>> tobinc@ballardspahr.com

2