# Exhibit 3

**Mishkin, Maxwell S.**

| | |
|---|---|
| **From:** | Hudak, Brian (USADC) <Brian.Hudak@usdoj.gov> |
| **Sent:** | Wednesday, March 26, 2025 4:55 PM |
| **To:** | Tobin, Charles D. |
| **Cc:** | Mishkin, Maxwell S. |
| **Subject:** | RE: AP -- Govt Witnesses |

⚠️ **EXTERNAL**

Chuck -- I just tried to give you a call.  My apologies for the government, but the White House has pulled back from this resolution just now.  That is, the government will not agree to withdraw the paragraphs noted in our prior exchange.  I fully understand your frustrations and that you will be moving to strike the supplemental declaration.

Best,
Brian

**Brian P. Hudak | Chief**
Civil Division, U.S. Attorney's Office
(202) 252-2549 | 601 D Street, NW, Washington, DC 20530

---

**From:** Tobin, Charles D. <TobinC@ballardspahr.com>
**Sent:** Wednesday, March 26, 2025 4:13 PM
**To:** Hudak, Brian (USADC) <Brian.Hudak@usdoj.gov>
**Cc:** Mishkin, Maxwell S. <MishkinM@ballardspahr.com>
**Subject:** [EXTERNAL] RE: AP -- Govt Witnesses

This is fine to file, thank you Brian.

---

**From:** Hudak, Brian (USADC) <Brian.Hudak@usdoj.gov>
**Sent:** Wednesday, March 26, 2025 3:09 PM
**To:** Tobin, Charles D. <TobinC@ballardspahr.com>
**Cc:** Mishkin, Maxwell S. <MishkinM@ballardspahr.com>
**Subject:** RE: AP -- Govt Witnesses

⚠️ **EXTERNAL**

Chuck -- here is our draft notice.  Please let me know if you have any concerns.

Best,

**Brian P. Hudak | Chief**
Civil Division, U.S. Attorney's Office
(202) 252-2549 | 601 D Street, NW, Washington, DC 20530

---

**From:** Tobin, Charles D. <TobinC@ballardspahr.com>
**Sent:** Wednesday, March 26, 2025 1:58 PM
**To:** Hudak, Brian (USADC) <Brian.Hudak@usdoj.gov>
**Cc:** Mishkin, Maxwell S. <MishkinM@ballardspahr.com>
**Subject:** [EXTERNAL] RE: AP -- Govt Witnesses

Thank you Brian.  Confirmed.  I will look for your notice.

1

**From:** Hudak, Brian (USADC) <Brian.Hudak@usdoj.gov>
**Sent:** Wednesday, March 26, 2025 1:37 PM
**To:** Tobin, Charles D. <TobinC@ballardspahr.com>
**Cc:** Mishkin, Maxwell S. <MishkinM@ballardspahr.com>
**Subject:** RE: AP -- Govt Witnesses

⚠ **EXTERNAL**

Chuck -- we are fine withdrawing paragraphs 3-6, 8-11, 15-17 of the supplemental declaration. I assume that will moot this issue, and we can all head back to the frenzy of preparing for tomorrow's hearing? If so, I will send you a notice in a moment for your review. Thanks.

Best,

**Brian P. Hudak** | Chief
Civil Division, U.S. Attorney's Office
(202) 252-2549 | 601 D Street, NW, Washington, DC 20530

---

**From:** Tobin, Charles D. <TobinC@ballardspahr.com>
**Sent:** Wednesday, March 26, 2025 1:09 PM
**To:** Hudak, Brian (USADC) <Brian.Hudak@usdoj.gov>
**Cc:** Mishkin, Maxwell S. <MishkinM@ballardspahr.com>
**Subject:** [EXTERNAL] RE: AP -- Govt Witnesses

Thanks Brian. We believe the entire supplemental declaration should be stricken if Mr. Budowich refuses to testify.

But if you will let us know that the defendants will file a notice of withdrawal of paragraphs 3-6, 8-11, 15-17 of the supplemental declaration, we will forego calling Mr. Budowich tomorrow.

Please let us know by 2 p.m., thanks again.

Chuck


**Charles D. Tobin**

**Ballard Spahr**
LLP

1909 K Street, NW, 12th Floor
Washington, DC 20006-1157
202.661.2218 DIRECT
202.661.2299 FAX

tobinc@ballardspahr.com
VCARD

--------------------------------
www.ballardspahr.com

---

**From:** Hudak, Brian (USADC) <Brian.Hudak@usdoj.gov>
**Sent:** Wednesday, March 26, 2025 12:57 PM
**To:** Tobin, Charles D. <TobinC@ballardspahr.com>
**Cc:** Mishkin, Maxwell S. <MishkinM@ballardspahr.com>
**Subject:** RE: AP -- Govt Witnesses

⚠️ **EXTERNAL**

Chuck -- thanks for your email.  We disagree that we waived any timing requirement as the AP never mentioned at any point until today that the AP would seek to cross-examine mere affiants.  Also, the cases you cite are either non-controlling or inapposite as they do not arise from PI proceedings in this court, where the general rule is: "The practice in this jurisdiction is to decide preliminary injunction motions without live testimony where possible."

In the spirit of attempting to resolve a last-minute motion, can you let me know which portions of the supplemental declaration yare prompting your concerns?   Most of the declaration provides facts around undisputed matters (e.g., the AP's attendance at specific East Room events).  It would help us to know which portions are prompting the concerns here to see if we can reach some accord.

Best,
Brian

**Brian P. Hudak** | Chief
Civil Division, U.S. Attorney's Office
(202) 252-2549 | 601 D Street, NW, Washington, DC 20530

---

**From:** Tobin, Charles D. <TobinC@ballardspahr.com>
**Sent:** Wednesday, March 26, 2025 12:14 PM
**To:** Hudak, Brian (USADC) <Brian.Hudak@usdoj.gov>
**Cc:** Mishkin, Maxwell S. <MishkinM@ballardspahr.com>
**Subject:** [EXTERNAL] RE: AP -- Govt Witnesses

Thanks Brian.  Defendants plainly waived the 72 hour requirement when they agreed to exchange tentative witness lists by noon on Tuesday, March 25, less than 48 hours before a 9:30am hearing on Thursday, March 27.  And even apart from that waiver, it is axiomatic that a District Court "has the discretion to waive the application of the Local Rules."  *Sai v. DHS*, 179 F. Supp. 3d 128, 133-34 (D.D.C. 2016) (citing *Barnes v. District of Columbia*, 283 F.R.D. 8, 11 (D.D.C.2012)).

We did not intend to call Mr. Budowich in response to his first declaration.  Defendants, however, filed his "supplemental" declaration shortly before midnight last night, providing us with less than the 72 hours provided for in the local rules to notify you.  We notified you as soon as we were able.

In light of your email below indicating that the defendants object to examining Mr. Budowich in Court, we will file a conditional motion this afternoon to strike the supplemental declaration, unless you agree to make him available at the hearing for examination. The D.C. Circuit has squarely held that a government witness who submits evidence under penalty of perjury is subject to "follow-up questioning on facts [the government] itself put in evidence," whether the witness is a government official or not.  *In re Cheney*, 544 F.3d 311, 314 (D.C. Cir. 2008).  Indeed, it is entirely appropriate "to allow follow-up with individuals who have already seen fit to go under oath," especially where, as here, "[n]o exhaustive document searches are required and the questions will be supervised by a judicial officer to prevent overreaching."  *Id.*  As you may know, another federal district court recently rejected the government's nearly identical argument that it could submit an official's declaration but refuse to make him available for cross-examination, concluding that if the declarant did not appear, "then the Court will have to decide the sanction, including whether or not to strike or limit his sworn declaration."  *AFL-CIO v. OPM*, No. 25-cv-01780, 2025 WL 780549, at *1 (N.D. Cal. Mar. 10, 2025) ("Defendants next argue that the testimony of Acting Director Ezell should not be compelled because to do so would 'inappropriately intrude on the workings of a coordinate branch of government and pose avoidable and unnecessary separation-of-powers concerns.'  The problem here is that Acting Director Ezell submitted a sworn declaration in support of defendants' position, but now refuses to appear to be cross examined, or to be deposed . . . .") (citation omitted).

3

Please let us know by 2 p.m. today whether you will withdraw Mr. Budowich's supplemental declaration or, instead, make him available in court to testify tomorrow.

We will also ask the Court for permission to call the third witness.  I believe we are at impasse on that issue and no further consultation is required for that issue, but please let me know if you would like to discuss that further.

Thanks again,
Chuck


Charles D. Tobin

**Ballard Spahr** LLP

1909 K Street, NW, 12th Floor
Washington, DC 20006-1157
202.661.2218 DIRECT
202.661.2299 FAX

tobinc@ballardspahr.com
VCARD

------------------------------

www.ballardspahr.com

---

**From:** Hudak, Brian (USADC) <Brian.Hudak@usdoj.gov>
**Sent:** Wednesday, March 26, 2025 11:27 AM
**To:** Tobin, Charles D. <TobinC@ballardspahr.com>
**Cc:** Mishkin, Maxwell S. <MishkinM@ballardspahr.com>
**Subject:** RE: AP -- Govt Witnesses

⚠ **EXTERNAL**

Chuck -- thanks for your email.  We object to this request.  Your clients were on notice that Mr. Budowich was providing testimony through declaration in opposition to your client's motion for a preliminary injunction weeks ago, and the content of Mr. Budowich's supplemental declaration filed last night (filed in response to the Court's questions from Friday) is consistent with the general subject matter of his prior declaration.  Despite that, Plaintiff made no request for his testimony until less than 24 hours before the hearing is set to begin.  Live testimony of a high-ranking government official is exceedingly rare and making the request on less than 24-hours' notice is a violation of the local rules.  LCvR 65.1(c) (requiring a party who wishes to "cross-examine an affiant" at a preliminary injunction hearing to do so "in writing 72 hours before the hearing").

We also object as you identified two witnesses yesterday by noon as we agreed to do on Monday evening, which was the limit set by the Court.  Your email from yesterday reserving the right to finalize your client's witnesses after you saw our declaration made no suggestion that you would seek to cross-examine any government affiant at the hearing.  Instead, your email merely reserved an ability to confirm your clients' "witness plans."  Also, the Court's prior order did not contemplate calling adverse witnesses.  Lastly, from a practical perspective, I have no idea if Mr. Budowich is even available to attend tomorrow.

Best,

**Brian P. Hudak |** Chief
Civil Division, U.S. Attorney's Office
(202) 252-2549 | 601 D Street, NW, Washington, DC 20530

4

**From:** Tobin, Charles D. <TobinC@ballardspahr.com>
**Sent:** Wednesday, March 26, 2025 10:49 AM
**To:** Hudak, Brian (USADC) <Brian.Hudak@usdoj.gov>
**Cc:** Mishkin, Maxwell S. <MishkinM@ballardspahr.com>
**Subject:** [EXTERNAL] RE: AP -- Govt Witnesses

Good morning, Brian. In light of Mr. Budowich's declaration filed late last night and his previous declaration, the AP intends to call him as a witness tomorrow morning. Please confirm for us this morning that he will be in court for the hearing.

Also, since Mr. Budowich is only being called as an adverse witness, and the defendants do not intend to call any witnesses of their own, we intend to ask the Court to use a portion of the allotted time for witnesses to permit both Mr. Miller and Mr. Vucci to testify in support of the plaintiff. Please also let us know the defendants' position on that.

Please call me at 202-661-2218 if you would like to discuss this live.

Thanks,
Chuck


**Charles D. Tobin**

**Ballard Spahr** LLP

1909 K Street, NW, 12th Floor
Washington, DC 20006-1157
202.661.2218 DIRECT
202.661.2299 FAX

tobinc@ballardspahr.com
VCARD

--------------------------------
www.ballardspahr.com


**From:** Hudak, Brian (USADC) <Brian.Hudak@usdoj.gov>
**Sent:** Tuesday, March 25, 2025 10:29 PM
**To:** Tobin, Charles D. <TobinC@ballardspahr.com>
**Cc:** Mishkin, Maxwell S. <MishkinM@ballardspahr.com>
**Subject:** RE: AP -- Govt Witnesses

⚠ **EXTERNAL**

Chuck -- sorry for the late night. Attached is the supplemental declaration that the White House sent me. I will get it on file shortly. Can you let me know in the AM whether this changes your witness plans at all? Thanks.

5

Best,

**Brian P. Hudak |** Chief
Civil Division, U.S. Attorney's Office
(202) 252-2549 | 601 D Street, NW, Washington, DC 20530

---

**From:** Tobin, Charles D. <TobinC@ballardspahr.com>
**Sent:** Tuesday, March 25, 2025 11:51 AM
**To:** Hudak, Brian (USADC) <Brian.Hudak@usdoj.gov>
**Cc:** Mishkin, Maxwell S. <MishkinM@ballardspahr.com>
**Subject:** [EXTERNAL] Re: AP -- Govt Witnesses

Thanks Brian. In that case, we will confirm our witness plans once we see the new declaration.

Chuck Tobin
Ballard Spahr LLP
Washington, D.C.
(o.) 202-661-2218
tobinc@ballardspahr.com

> On Mar 25, 2025, at 11:29 AM, Hudak, Brian (USADC) <Brian.Hudak@usdoj.gov> wrote:
>
> ⚠ **EXTERNAL**
> Chuck and Max -- hope all is well. The Government does not plan on calling any witness at Thursday's hearing. That said, we intend to submit a supplemental declaration (hopefully by tonight) in response to the Court's questions. Thanks.
>
> Best,
> Brian
>
> **Brian P. Hudak |** Chief
> Civil Division, U.S. Attorney's Office
> (202) 252-2549 | 601 D Street, NW, Washington, DC 20530