# Exhibit 4

## Mishkin, Maxwell S.

| | |
|---|---|
| **From:** | DCD_ECFNotice@dcd.uscourts.gov |
| **Sent:** | Tuesday, March 25, 2025 11:17 PM |
| **To:** | DCD_ECFNotice@dcd.uscourts.gov |
| **Subject:** | Activity in Case 1:25-cv-00532-TNM ASSOCIATED PRESS v. BUDOWICH et al Notice (Other) |

## ⚠ EXTERNAL

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### U.S. District Court

### District of Columbia

## Notice of Electronic Filing

The following transaction was entered by Hudak, Brian on 3/25/2025 at 11:16 PM and filed on 3/25/2025
**Case Name:**         ASSOCIATED PRESS v. BUDOWICH et al
**Case Number:**    1:25-cv-00532-TNM
**Filer:**                  TAYLOR BUDOWICH
                              KAROLINE LEAVITT
                              SUSAN WILES
**Document Number:** 40

**Docket Text:**
**NOTICE of Filing by TAYLOR BUDOWICH, KAROLINE LEAVITT, SUSAN WILES (Attachments: # (1) Affidavit)(Hudak, Brian)**


**1:25-cv-00532-TNM Notice has been electronically mailed to:**

Brian P. Hudak     brian.hudak@usdoj.gov, bph3w@yahoo.com, CaseView.ECF@usdoj.gov

Bruce D. Brown     bbrown@rcfp.org, ecf@rcfp.org

Charles D. Tobin     tobinc@ballardspahr.com, LitDocket_East@ballardspahr.com, mendezc@ballardspahr.com, mishkinm@ballardspahr.com

Christopher Ernest Mills     cmills@spero.law

1

Jameel Jaffer    jameel.jaffer@knightcolumbia.org, cea2135@columbia.edu, helen.zhong@knightcolumbia.org, helenkfai@recap.email, reed.canaan@knightcolumbia.org

Jay Ward Brown    brownjay@ballardspahr.com, LitDocket_East@ballardspahr.com

Maxwell S. Mishkin    mishkinm@ballardspahr.com, LitDocket_East@ballardspahr.com

Norman Larry Eisen    norman@statedemocracydefenders.org

Sasha (Alexandra) Dudding    duddings@ballardspahr.com

Simon A. Latcovich    slatcovich@wc.com, simon-latcovich-2136@ecf.pacerpro.com

**1:25-cv-00532-TNM Notice will be delivered by other means to::**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** suppressed
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=3/25/2025] [FileNumber=9442913-0]
[24f99a32f58e69c00bd440c56f21b96ce7e94bae6720d30a68f41d50a1368fd42398
eeaee3994c2cc80b6afc6b92fda5ad0adac96626ba271ece67b7a1fc064a]]
**Document description:** Affidavit
**Original filename:** suppressed
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=3/25/2025] [FileNumber=9442913-1]
[4780fd7f2cc5be9715c9fb1fa1234cb15be5986eda0eae87deaed44c48811d18f23d
916e1992723e11b81c9430cff278a378cf4479207b8b5c88f8305ce788e3]]