IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE ASSOCIATED PRESS,<br><br>       Plaintiff,<br><br>v.<br><br>TAYLOR BUDOWICH, et al.,<br><br>       Defendants. | Case No. 25-cv-532-TNM |

**[PROPOSED] ORDER GRANTING MOTION TO STRIKE
SUPPLEMENTAL DECLARATION OF TAYLOR BUDOWICH**

      This matter came before the Court on Plaintiff The Associated Press's Motion to Strike the Supplemental Declaration of Taylor Budowich (ECF No. 40-1). Having reviewed the papers filed in support thereof, any argument thereon, and being fully advised on the Motion, the Court hereby GRANTS the motion as follows:

      1.    The Clerk is directed to strike the Supplemental Declaration of Taylor Budowich (ECF No. 40-1) from the docket.

      2.    The Court will not consider Mr. Budowich's supplemental declaration in rendering its decision on Plaintiff's Amended Motion for Preliminary Injunction (ECF No. 27).

      **SO ORDERED** this _____ day of _____, 2025

_____
UNITED STATES DISTRICT JUDGE