Government ☐
Plaintiff ✓
Defendant ☐
Joint ☐
Court ☐

ASSOCIATED PRESS

VS.

BUDOWICH et al

Civil/Criminal No. 25-cv-532 (TNM)

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | ~~EXHIBITS SENT INTO JURY (date & time)~~ |
|---|---|---|---|---|---|
| 7 | report | 3/27/2025 | 3/27/2025 | Zeke Miller | |
| 1 | news alert | 3/27/2025 | 3/27/2025 | Zeke Miller | |
| 2 | screen grab | 3/27/2025 | 3/27/2025 | Zeke Miller | |
| 10 | X Post | 3/27/2025 | 3/27/2025 | Zeke Miller | |
| 6 | summary | 3/27/2025 | 3/27/2025 | - | |
| A | video | 3/27/2025 | 3/27/2025 | - | |
| 5 | transcript | 3/27/2025 | 3/27/2025 | - | |
| 8 | LA Times Website | 3/27/2025 | 3/27/2025 | - | |
| B | video | 3/27/2025 | 3/27/2025 | - | |
| 9 | transcript | 3/27/2025 | 3/27/2025 | - | |