Government ☐
Plaintiff ☐
Defendant ☑
Joint ☐
Court ☐

ASSOCIATED PRESS

VS.

BUDOWICH et al

Civil/Criminal No. 25-cv-532 (TNM)

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | ~~EXHIBITS SENT INTO JURY (date & time)~~ |
|---|---|---|---|---|---|
| 2 | photo | | 3/27/2025 | Evan Vucci | |
| 3A | photo | | 3/27/2025 | Evan Vucci | |
| 4 | photo | | 3/27/2025 | Evan Vucci | |
| 5 | photo | | 3/27/2025 | Evan Vucci | |
| 8 | photo | | 3/27/2025 | Evan Vucci | |
| 9 | photo | | 3/27/2025 | Evan Vucci | |
| 12 | photo | | 3/27/2025 | Evan Vucci | |
| 13 | photo | | 3/27/2025 | Evan Vucci | |
| 14 | photo | | 3/27/2025 | Evan Vucci | |
| 15 | photo | | 3/27/2025 | Evan Vucci | |

| | | |
|---|---|---|
| Government | ☐ | ASSOCIATED PRESS |
| Plaintiff | ☐ | VS. |
| Defendant | ✓ | |
| Joint | ☐ | BUDOWICH et al |
| Court | ☐ | |

Civil/Criminal No. 25-cv-532 (TNM)

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | ~~EXHIBITS SENT INTO JURY (date & time)~~ |
|---|---|---|---|---|---|
| 16 | photo | | 3/27/2025 | Evan Vucci | |
| 17 | photo | | 3/27/2025 | Evan Vucci | |
| 18 | photo | | 3/27/2025 | Evan Vucci | |
| 19 | photo | | 3/27/2025 | Evan Vucci | |
| 20 | photo | | 3/27/2025 | Evan Vucci | |
| 24 | photo | | 3/27/2025 | Evan Vucci | |
| 25 | photo | | 3/27/2025 | Evan Vucci | |
| 26 | photo | | 3/27/2025 | Evan Vucci | |
| 27 | photo | | 3/27/2025 | Evan Vucci | |
| 28 | photo | | 3/27/2025 | Evan Vucci | |

| | | ASSOCIATED PRESS | | | | |
|---|---|---|---|---|---|---|
| Government | ☐ | | | | | |
| Plaintiff | ☐ | VS. | | | Civil/Criminal No. | 25-cv-532 (TNM) |
| Defendant | ☑ | | | | | |
| Joint | ☐ | BUDOWICH et al | | | | |
| Court | ☐ | | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | ~~EXHIBITS SENT INTO JURY (date & time)~~ |
|---|---|---|---|---|---|
| 31 | roll call | | 3/27/2025 | Zeke Miller | |
| 32 | roll call | | 3/27/2025 | Zeke Miller | |
| 1 | declaration | | 3/27/2025 | Zeke Miller | |
| 6 | chart | | 3/27/2025 | Zeke Miller | |
| 3B | photo | | 3/27/2025 | | |
| 3C | photo | | 3/27/2025 | | |
| 7 | photo | | 3/27/2025 | | |
| 10 | photo | | 3/27/2025 | | |
| 11 | photo | | 3/27/2025 | | |
| 21 | photo | | 3/27/2025 | | |

- Government ☐
- Plaintiff ☐
- Defendant ☑
- Joint ☐
- Court ☐

ASSOCIATED PRESS
VS.
BUDOWICH et al

Civil/Criminal No. 25-cv-532 (TNM)

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | ~~EXHIBITS SENT INTO JURY (date & time)~~ |
|---|---|---|---|---|---|
| 22 | photo | | 3/27/2025 | | |
| 23 | photo | | 3/27/2025 | | |
| 29 | photo | | 3/27/2025 | | |
| 30 | photo | | 3/27/2025 | | |