```
 1                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
 2

 3     * * * * * * * * * * * * * * *    )
       ASSOCIATED PRESS,                )    Civil Action
 4                                      )    No. 25-00532
                       Plaintiff,       )
 5                                      )
          vs.                           )
 6                                      )
       TAYLOR BUDOWICH, et al.,         )    Washington, D.C.
 7                                      )    March 27, 2025
                       Defendants.      )    9:38 a.m.
 8                                      )
       * * * * * * * * * * * * * * *    )
 9


10
            TRANSCRIPT OF PRELIMINARY INJUNCTION HEARING
11             BEFORE THE HONORABLE TREVOR N. McFADDEN
                   UNITED STATES DISTRICT JUDGE
12


13
       APPEARANCES:
14
       FOR THE PLAINTIFF:      CHARLES D. TOBIN, ESQ.
15                             MAXWELL S. MISHKIN, ESQ.
                               BALLARD SPAHR, LLP
16                             1909 K Street, Northwest
                               Twelfth Floor
17                             Washington, D.C. 20006

18                             SASHA DUDDING, ESQ.
                               BALLARD SPAHR, LLP
19                             1675 Broadway
                               19th Floor
20                             New York, New York 10019


21
       FOR THE DEFENDANTS:     BRIAN P. HUDAK, ESQ.
22                             UNITED STATES ATTORNEY'S OFFICE FOR
                                 THE DISTRICT OF COLUMBIA
23                             601 D Street, Northwest
                               Washington, D.C. 20530

24


25
```

1   REPORTED BY:                 LISA EDWARDS, RDR, CRR
                                 Official Court Reporter
2                                United States District Court for the
                                   District of Columbia
3                                333 Constitution Avenue, Northwest
                                 Room 6706
4                                Washington, D.C. 20001
                                 (202) 354-3269
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                      I N D E X

 2      WITNESS:                                    PAGE

 3      EVAN VUCCI
             Direct Examination                     18
 4           Cross-Examination                      45
             Redirect Examination                   79
 5

 6      ZEKE MILLER
             Direct Examination                     89
 7           Cross-Examination                     126
             Redirect Examination                  146
 8

 9
        EXHIBITS                                ADMITTED
10
        Plaintiff's Exhibit No. 7                    92
11      Plaintiff's Exhibit Nos. 1 & 2              119
        Plaintiff's Exhibit No. 10                  125
12      Plaintiff's Exhibit No. 6                   154
        Plaintiff's Exhibit 5 & A                   164
13      Plaintiff's Exhibit No. 8                   166
        Plaintiff's Exhibit B                       172
14      Plaintiff's Exhibit No. 9                   173
        Plaintiff's Exhibit No. 10                  174
15

16      Defendants' Exhibit Nos. 1-32              189

17

18

19

20

21

22

23

24

25
```

```
1              THE COURTROOM DEPUTY:  Your Honor, this is Civil

2    Case 25-532, Associated Press versus Budowich, et al.

3              Counsel, please come forward to identify

4    yourselves for the record, starting with the Plaintiff.

5              MR. TOBIN:  Good morning, your Honor.  It's a

6    pleasure.  Charles Tobin on behalf of the Associated Press

7    from the law firm of Ballard Spahr.  With me are co-counsel

8    Maxwell Mishkin and Sasha Dudding.

9              I'd introduce -- reintroduce the Court to Zeke

10   Miller at counsel table, chief White House correspondent for

11   the Associated Press.  Chief White House photographer Evan

12   Vucci is also with us.  And again, to just reintroduce the

13   Court to Karen Kaiser and Brian Barrett from the in-house

14   legal department at the Associated Press.

15             THE COURT:  All right.  Good morning, folks.

16   Thanks for being here.

17             MR. HUDAK:  Good morning, your Honor.  Brian Hudak

18   from the U.S. Attorney's Office on behalf of the United

19   States.

20             THE COURT:  Good morning, Mr. Hudak.

21             All right.  We're here for a preliminary

22   injunction hearing and evidentiary hearing.

23             I've reviewed the late-filed declaration from the

24   Government and the Plaintiff's motion to strike.

25             I'm going to deny the motion to strike.  I think
```

1    this is -- I disagree that the local rules cover this

2    situation.  I think the local rules speak to briefing, not

3    necessarily a declaration, especially in an emergency

4    preliminary hearing context.

5         I will say that I suggested an evidentiary hearing

6    because I feel like there are material disputes of fact

7    between the parties, and I think I need to try to resolve

8    them.  And I thought that having live testimony would be a

9    helpful way to do that.

10        I, of course -- and, you know, to the extent that

11   there are disputes here, I think I'll be able to -- being

12   able to hear testimony from a live witness that has gone

13   through the adversarial process of cross-examination may

14   well, at the end of the day, be more convincing than a

15   declaration standing alone, especially a declaration that

16   may well be in conflict with at least the broader record.

17        But I'm certainly not going to force anybody to

18   testify today.  I more wanted to provide an opportunity for

19   both parties to provide additional evidence that I could

20   rely on in making my determination for this preliminary

21   injunction phase.

22        Of course, Mr. Tobin, you have the burden.

23   So nobody is being forced to testify today; but if you would

24   like to present evidence, now is your chance.

25        MR. TOBIN:  I appreciate it, your Honor.

```
 1                    THE COURT:  All right.  With that, feel free to
 2        call a witness if you wish.
 3                    MR. TOBIN:  Sure.
 4                    Your Honor, Mr. Hudak and I discussed, you know,
 5        the order of activities today and wanted to run it by the
 6        Court and see if the Court is okay with it.
 7                    THE COURT:  Sure.
 8                    MR. TOBIN:  We each wanted to make a brief opening
 9        statement just to frame the evidence that you'll hear today.
10                    THE COURT:  Okay.
11                    MR. TOBIN:  Then we'll present -- we're going to
12        present two live witnesses.  As the Court knows, the
13        Government has declined the Court's invitation for live
14        witnesses.
15                    In light of Mr. Budowich not being here to be
16        cross-examined, we have prepared a series of exhibits that
17        I'd like to present after we have the witnesses testify.
18                    THE COURT:  Okay.
19                    MR. TOBIN:  And we have an agreement as to the
20        admissibility of the evidence.  And then we'll do a brief
21        summation and call it a day.
22                    THE COURT:  All right.  It might not be brief.
23        But I'm happy to generally go in the order that you
24        suggested.
25                    MR. TOBIN:  You've worked with me before, your
```

```
 1    Honor.  It's an apt observation.

 2             THE COURT:  I'm not suggesting that you wouldn't

 3    be brief.  But I'll have questions.

 4             MR. TOBIN:  Certainly.  And I didn't mean to

 5    predetermine that, obviously, your Honor.

 6             Your Honor, again, we appreciate the expedited

 7    briefing.  The AP considers this a matter of urgency, and so

 8    we recognize that the Court has given us the opportunity to

 9    do this on an accelerated basis, and we really are sincerely

10    grateful for that.

11             Your Honor, AP has now spent 44 days in the

12    penalty box.  We hope to persuade you that -- to remove

13    today the unconstitutional retaliatory roadblocks and let

14    the AP rejoin the press pool.

15             You know, as far as the record, your Honor, since

16    it's opening day of baseball season, I'll quote Yogi Berra:

17    It's déjà vu all over again.

18             We have a situation now that's fairly identical to

19    the last hearing in terms of the facts.  The AP has not been

20    admitted to the press pool for 44 days.  And we've had

21    sporadic admissions, with no pattern and randomness, to a

22    few of the east room events for our photographer and none

23    for our print reporter.

24             So, your Honor -- we also have now the added

25    constitutional violation that the White House changed its
```

1    policy instead of adhering to the Court's admonishment.  We

2    read the Court at the last hearing as asking the Government

3    to seriously reconsider its position because, in the Court's

4    words, the precedent is uniformly against it in this

5    circuit.  And instead, the Government doubled down on things

6    and they have created some kind of an opaque system, if you

7    want to call it that -- that's what Mr. Budowich calls it in

8    his declaration -- some kind of opaque system that has some

9    rotation process to it that happens to exclude the AP every

10    single time.

11         And as the Court noted, there are -- or suggested,

12    there are contradictions in Mr. Budowich's declaration.  On

13    the one hand, he says that the AP will only be admitted at

14    the president's discretion.  On the other hand, he says in

15    the second declaration that there is no ban, that the AP is

16    just part of the regular system.

17         We ask the Court to pay attention to the record,

18    which shows that in the past 44 days we have not gotten into

19    any Oval Office events and we have only sporadically had our

20    photographer admitted to east room events with no published

21    guidelines, no pattern, no chance to appeal.

22         Your Honor, again, they changed the system in

23    response to this litigation.  That's one reason we filed an

24    amended complaint, in order to state a cause of action for

25    retaliation, not only for the right of free speech and

1    freedom of the press, but for the right to petition the

2    government for grievances.

3                And so, in our amended complaint, we've asserted

4    now four counts, one each for the First Amendment and Fifth

5    Amendment claims over the exclusion from the press pool, and

6    one each from the First Amendment and Fifth Amendment for

7    exclusion from the east room.

8                THE COURT:  Mr. Tobin, there's obviously a couple

9    of different constitutional amendments at play here and, as

10   I understand it, a few different constitutional theories.

11               How do you see this?  What's the clearest way to

12   understand the constitutional right that you're most focused

13   on?

14               MR. TOBIN:  The clearest path to me, having done

15   this work in the previous cases and with this Court, and

16   being part of the *Acosta* litigation, is that there is an

17   underlying liberty interest.  Once you're in the White

18   House, you're being included in any group events.  And

19   there's no denying the pool is still the pool; the east room

20   is still the east room.  The events are opportunities

21   afforded to all of the White House journalists or all of the

22   pool journalists that the AP has been excluded from.

23               So there is a liberty interest under *Sherrill*,

24   under *Acosta*, under *Ateba*, under the First Amendment.  That

25   liberty interest cannot be deprived without due process of

1    law.  Due process of law requires a system in place that is

2    published, that everybody knows that they can follow, that

3    does not include any viewpoint discrimination whatsoever.

4    It has to be reasonable.

5            Number two, there has to be an opportunity to

6    object in writing.  And number three -- or orally.

7            And number three, there must be a written response

8    from the Government, and the reasons for the denial, again,

9    must be non-viewpoint discriminatory.

10            Here, we clearly have that liberty interest.

11    There's no question the pool is still the pool.  The east

12    room events are the same system, according to Mr. Budowich's

13    declaration.  Conveniently, the AP just never gets in.

14            And so we have that same liberty interest from

15    *Sherrill* and the other cases.  And then we have an abject

16    retaliation on the basis of viewpoint that the White House

17    hasn't hidden.  The Court noted that in our earlier hearing,

18    and they've doubled down on it.  We're going to show some

19    evidence today that they have doubled down on the

20    retaliatory motive.

21            That gives rise to a First Amendment liberty

22    interest and a deprivation of Fifth Amendment rights under

23    due process.

24            I do not want to denigrate or give a backseat to

25    our First Amendment argument.  We also have been deprived,

1    retaliated against in ways that have an adverse impact, not

2    only on the Associated Press, but a chilling effect on the

3    entire journalism industry.  And since there is a First

4    Amendment interest in the pool and what we're all calling

5    east room events, that can't be deprived for retaliatory

6    reasons that have an adverse impact on the expression of our

7    First Amendment rights, whether it's the right to free

8    speech, right to free press or right to petition this Court

9    for our grievances.

10           So those are the paths that we see.  And we'd ask

11   the Court to --

12           THE COURT:  I want to pick this up afterwards,

13   arguments.

14           But it will be helpful for me if you help me think

15   through how that liberty interest and *Sherrill* interact with

16   the government speech doctrine; and if I were to believe

17   that at least what happens in the Oval Office is government

18   speech, how do those two interact?  So maybe you can help me

19   remember.  I'd like to hear from you --

20           MR. TOBIN:  I will pick that up, if you'd like, in

21   the summation perhaps.

22           THE COURT:  Yes.

23           And then just so you all know how I'm tentatively

24   thinking about this, I've kind of been thinking about four

25   different scenarios.  On the one end is what happens in the

1    Brady room.  And as I understand it -- I want to get

2    Mr. Hudak to confirm for me here in a minute, but I think

3    the parties agree that the government could not kick the AP

4    out of the Brady room on the basis of concerns over Gulf of

5    America.  I think that's common ground.

6         On the other end, I see an interview with the

7    president, and I think you agree that he can refuse to ever

8    sit for an interview with your client again on the same

9    grounds.

10        Do you agree with me on that?

11        MR. TOBIN:  I can affirm that we are not seeking

12   an order compelling the president to give an interview with

13   the Associated Press.

14        THE COURT:  And so I feel like we're dealing here

15   with what -- maybe this is overly simplistic, but I see two

16   middle grounds.  One is closer to that situation with what

17   is happening in the Oval Office, these press pool visits.

18        And then the next one, which I see as closer to

19   the -- what happens in the Brady briefing room, as these

20   larger events in the east room where I think you agree that

21   there are, you know, several hundred reporters RSVPing.  Not

22   all of them can get in.  I think the White House can, and

23   probably must, pick and choose among them.  But I think your

24   argument is you can't be excluded on retaliatory grounds.

25        MR. TOBIN:  And that we have been excluded on

1    retaliatory, unconstitutional grounds.

2            THE COURT:  And again, my instinct is that is not

3    exactly the Brady press briefing room, but feels to me

4    closer to that end of the continuum.

5            So I more just wanted to let you know that's kind

6    of how I've been understanding where I see -- the case law

7    is pretty clear and I think the parties are in agreement on

8    the extremes; and as I'm seeing this, we have kind of two

9    middle scenarios.

10            MR. TOBIN:  And I appreciate and understand that

11    my burden today is primarily to persuade the Court that the

12    Oval Office is closer to the *Acosta* and *Karem* case than an

13    *Ehrlich* one-on-one interview type of situation.  I do

14    understand that, your Honor.

15            THE COURT:  Thank you, sir.

16            MR. TOBIN:  Thank you.

17            THE COURT:  And, Mr. Hudak, am I correct that you

18    would agree that your client could not exclude the AP from

19    the press room on -- over concerns about what they call the

20    Gulf?

21            MR. HUDAK:  I think under the current factual

22    scenario and the current case law, I think that that is

23    correct.

24            But, you know, for instance, if there was -- I'm

25    going to throw out a wild hypothetical, just to prove the

14

1    point -- that if somehow the press routinely stormed the

2    White House press secretary's stage and there was additional

3    security concerns about hard pass holders, and they had to

4    revisit the hard pass system and they made the Brady room

5    more similar to the Oval Office, then I think the factual

6    underpinnings of *Sherrill* and other cases that have

7    discussed that right kind of -- there would be a change in

8    circumstance that we would have to evaluate.

9          But I think, under the D.C. Circuit's law as I

10   understand it, under *Sherrill*, under *Acosta*, I believe that

11   the Court [sic] has that right.

12         THE COURT:  And do you agree with kind of my

13   conception here of these four different scenarios, and that

14   we're in the -- Scenario 2 and 3?

15         MR. HUDAK:  I think that's right.

16         I think, in our minds, the Oval Office is very

17   clearly like the sit-down interview.  In fact, *Snyder* from

18   the Fourth Circuit expressly contemplated the White House

19   Oval Office as being very much akin to the sit-down

20   interview when it ruled that there was no First Amendment

21   violation there.

22         The east room events are larger.  And so -- but

23   they're still selective.  So I think that presents some

24   different challenges and probably is a closer question.

25         But I think you will hear from the evidence today,

1    as I understand it, your Honor -- you don't need to reach

2    that question on the PI, because there's a clear showing of

3    no irreparable harm.  The AP has been in every east room

4    event since the TRO hearing.  Every single one.  They have

5    been at every tarmac event since March 1st, as I understand

6    it.

7            So there's simply no irreparable harm that a

8    preliminary injunction is necessary to compel the government

9    to give the AP access.  Whatever -- you know, there isn't a

10   right for the AP to have the White House agree with its

11   views or not, express dismay over its reporting.  You know,

12   people will agree or disagree and like or dislike reporting

13   at times.

14           But they have had access.  And so they cannot show

15   that an injunction from this Court is necessary at this

16   stage for them to continue to have access to the east room.

17           I think it's undisputed in the record that they

18   have not had access to the Oval Office.  And, you know, our

19   argument there is there simply is no liberty interest.  The

20   Supreme Court's holdings in both *Houchins* and in *Zemel*

21   clearly identify that there is no First Amendment right to

22   access facilities by the press beyond what is enjoyed by the

23   general public.

24           The D.C. Circuit in *Sherrill* has created one very

25   narrow exception.  And that is where all general press are

1    provided access even if the general public is not.  Then

2    there is a liberty interest for that class, because it's all

3    of the press.

4         And that has been extended to the current

5    circumstances in the Brady briefing room.  But it certainly

6    has not in the Oval Office.

7         And so we think, your Honor, your Honor has -- is

8    approaching this the same way that we are.  But I think that

9    it doesn't need to really address the east room claims here

10   because there is no showing of irreparable harm.  There's no

11   showing of exclusion, which is necessary, I think, for both

12   likelihood of success on the merits and for the irreparable

13   harm here.

14         THE COURT:  All right.  Thank you, Mr. Hudak.

15         MR. HUDAK:  And one point on witnesses, your

16   Honor.

17         The United States did not bring witnesses not out

18   of a lack of respect for the Court.  Obviously, when we got

19   the Court's questions and were trying to come up with a way

20   to address them while dealing with the practical realities

21   of a very busy White House, we thought submitting a

22   declaration to ensure that the Court had the understandings

23   of the United States was the appropriate way to go.

24         Again, we've been scrambling.  There's a lot going

25   on.  And so my apologies that we did not submit that

1    supplemental declaration earlier.

2              THE COURT:  I'm not offended.  I'm here to try to

3    determine the facts, and I will determine the facts with the

4    evidence that I have.

5              MR. HUDAK:  Great.  Thank you, your Honor.

6              THE COURT:  Mr. Tobin.

7              MR. TOBIN:  Yes, your Honor.  We're going to

8    present two witnesses today, Mr. Miller and Mr. Vucci.  I

9    will examine Mr. Vucci first and then Mr. Mishkin, my

10   colleague, will examine Mr. Miller.  I don't have any

11   exhibits as such to show Mr. Vucci, but we prepared a set of

12   exhibits that we're going to present today at other stages.

13             For efficiency, might I give the Court the entire

14   set now?

15             THE COURT:  Sure.  And are you familiar with our

16   high-tech system here?

17             MR. TOBIN:  The ELMO.

18             THE COURT:  Yes.

19             MR. TOBIN:  I am not, your Honor.

20             THE COURT:  Okay.  Well --

21             MR. TOBIN:  I was going to flip, old school.

22             THE COURT:  That's fine.  Your fans in the

23   audience may like to get to see what we're saying.

24             MR. TOBIN:  We're going to show some video.

25             THE COURT:  All right.  Great.

```
 1                    MR. TOBIN:  Your Honor, the Plaintiff calls Evan

 2     Vucci.

 3                    THE COURTROOM DEPUTY:  Please raise your right

 4     hand.

 5                    EVAN VUCCI, PLAINTIFF WITNESS, SWORN.

 6                    THE COURT:  Good morning, sir.

 7                    THE WITNESS:  How are you?

 8                    THE COURT:  I'm well.  Have a seat.  We've got

 9     water.

10                    THE WITNESS:  Very good.  Can you hear me?

11                         DIRECT EXAMINATION

12     BY MR. TOBIN:

13     Q.  Are you comfortable?

14     A.  Yeah.  I'm nervous as can be.

15     Q.  Just where you want to be, I know.

16     A.  Sure.

17     Q.  I understand.

18                    Mr. Vucci, what do you do for a living?

19     A.  I am the chief photographer for the Associated Press in

20     Washington.

21                    THE COURT:  Sorry.  Can you state and spell your

22     name for the record.

23                    THE WITNESS:  Yes.  It's E-V-A-N.  Last name,

24     V-U-C-C-I.

25                    THE COURT:  Vucci?
```

1            THE WITNESS:  Vucci, yes.  V as in Victor.  Yes,

2    sir.

3            THE COURT:  Good morning, sir.

4    BY MR. TOBIN:

5    Q.  Mr. Vucci, what are the duties of the chief photographer

6    in Washington, D.C., for the AP?

7    A.  Well, I cover the news of the day.  For the last ten

8    years or so, I've been primarily at the White House,

9    although I will go out on, you know, bigger assignments

10   around the country.  But the vast majority of my time I

11   spend at the White House.

12   Q.  Are you a hard pass holder for the White House?

13   A.  Yes, sir.

14   Q.  How long have you been a hard pass holder?

15   A.  Twenty-one years, probably.

16   Q.  How long have you held the position at the Associated

17   Press as a photographer?

18   A.  An AP photographer?

19   Q.  Yes.

20   A.  For 21 years.

21   Q.  That's a long time to be with one company.

22   A.  Yeah.  I'm old now, man.

23   Q.  It's relative.  I'm not saying that about you.  Just in

24   my mirror.

25            But, Mr. Vucci, does it mean something to you to

1    be a photographer for the Associated Press?

2    A.  Yes, sir.  So from the flag-raising at Iwo Jima to

3    napalm girl in Vietnam to the fist-raising in Butler,

4    Associated Press photographers are the gold standard.  And

5    every single day I go to work, I carry that burden with me

6    and I'm expected to uphold that standard.  And it's a huge

7    responsibility and a public service, and I take it very

8    seriously.

9    Q.  So you mentioned the fist-raising at Butler.  I think we

10   all know what it is, but for the record, what are you

11   referring to?

12   A.  Yes, sir.  I was there the day that an assassin tried to

13   assassinate President Trump.  And the photograph of him

14   being led offstage by Secret Service agents, he put his fist

15   in the air with a flag in the background, and the image that

16   has sort of gone around the world and become viral is an

17   image that I captured.

18   Q.  That was your photograph?

19   A.  Yes, sir.

20   Q.  Mr. Vucci, I'm going to hold something up and show it to

21   you and the Court and counsel.  What is this photograph that

22   we're looking at?

23   A.  That's the assassination attempt photo in Butler,

24   Pennsylvania.

25   Q.  This is the photograph that you took?

Vucci - DIRECT - By Mr. Tobin

1    A.  Yes, sir.

2    Q.  All right.  Would you consider this photograph to be an

3    iconic piece of history?

4    A.  I mean, I would hate to say that because I took it, but,

5    I mean, other people have said it.

6    Q.  All right.  We'll waive the hearsay exception and your

7    humility.

8    A.  I've been told it's an iconic photograph, but, you know,

9    I'm trying to keep my ego in check here, sir.

10   Q.  Understood.  And I appreciate that.

11            Where does this photo appear that I'm holding in

12   my hands?

13   A.  That is President Trump's book called *Save America*.  And

14   he used an AP photo on the cover.

15   Q.  He used your photograph on the cover.  Is that right?

16   A.  Yes, sir.

17   Q.  The chief White House photographer's photograph of an

18   iconic moment in American history.

19   A.  Yes, sir.

20   Q.  That's what the president of the United States chose to

21   put on the cover of his book:  an Associated Press

22   photograph.  Is that right?

23   A.  Yeah.  I mean, it's a pretty good photo.  So yes, sir.

24   Q.  Yeah.  I would say it's an excellent photo.

25   A.  Thank you, sir.

Vucci - DIRECT - By Mr. Tobin

1    Q.  How many photographers does AP have working on any given

2    day at the White House?

3    A.  So usually, sir, we have two photographers.  I'm the

4    morning shift and I'll be there from 8:00 a.m. until, you

5    know, 4:30 or so.  And then we'll have an evening shift

6    that -- so they can react to any sort of late-breaking news.

7    They come in at 10:00.  And then, if we have big events

8    coming -- going on or anything like that, we'll have extra

9    photographers come in, depending on the news of the day.

10              So every day there's two photographers.  We're the

11   only organization that will have two full-time photographers

12   at the White House all the time.  And then, you know, like I

13   said, we'll bring in extra help when we need it.

14   Q.  Prior to February 11th, 2025, how often did you serve as

15   the photographer for the AP in the White House press pool?

16   A.  Every day, basically, unless I was on another assignment

17   or on vacation.

18   Q.  And would you travel with the president for events

19   outside of the White House as part of the pool?

20   A.  Yes, sir.

21   Q.  Is there a separate travel pool as opposed to the "in

22   the White House" pool?

23   A.  Yes, sir.  Air Force One -- well, so if we're going on

24   an out-of-town trip, Air Force One only has 13 seats for

25   journalists.  And then the in-town pool has more seats

```
1    available to us.
2              THE COURT REPORTER:  I'm sorry?
3              THE WITNESS:  The Air Force One travel pool versus
4    the in-town pool.
5    BY MR. TOBIN:
6    Q.  Does any presidential travel stand out that you've
7    accompanied the president on stand out to you over your 21
8    years with AP?
9    A.  Yeah.  For sure.
10   Q.  Which one or ones?
11   A.  Yeah.  I was on a secret trip to Iraq with
12   then-President George W. Bush, and I was in the front of a
13   room during a news conference and a journalist threw a shoe
14   at the president.  So I was there for that, and I captured
15   the image of this Iraqi journalist throwing a shoe at the
16   president.
17   Q.  We have all seen the image of President Bush skillfully
18   ducking the shoe.
19   A.  Yes, sir.
20   Q.  That's the image I remember.  What image did you say you
21   captured?
22   A.  The actual shoe thrower.  I got two or three frames off
23   of him actually throwing the shoe, and that actually became
24   one of my more memorable photographs.
25   Q.  Was that a pool event?
```

Vucci - DIRECT - By Mr. Tobin

```
 1    A.  Yes, sir.  That was a pool.

 2    Q.  And did -- how many other photographers were there in

 3    the room that time, if you remember?

 4    A.  As part of the pool or in general?

 5    Q.  First as part of the pool and then --

 6    A.  Yes, sir.  So as part of the pool, there would have been

 7    three other photographers.  And then, in general -- I don't

 8    know -- dozens.

 9    Q.  And of those dozens, perhaps, of photographers, how many

10    captured the same image of the guy throwing the shoe?

11    A.  No one.

12    Q.  You caught the only photograph of the guy throwing the

13    shoe?

14    A.  Yes, sir.

15    Q.  At a pool event?

16    A.  Correct.

17    Q.  Accompanying the president?

18    A.  Yes, sir.

19    Q.  Do you have any other moments you can share with the

20    Court of pool events where you captured a unique moment?

21    A.  Well, I mean, does Butler count?  I mean, you know, that

22    was another --

23    Q.  Other than Butler, since we've talked about that.

24    A.  Yeah.  I mean, so, you know, every single day that we do

25    this, it's -- you know, as a photojournalist, you're looking
```

25

1    to show the world, you know -- show the world through my

2    eyes.  So I'm always looking for moments in the Oval Office

3    or the east room or the Roosevelt Room that, you know, stand

4    out, that tell the story of the day.

5          So -- and the wonderful thing about photography is

6    you can have four photographers within five feet of each

7    other and you'll have four different sets of images.  So the

8    goal -- my goal every day that I go to the White House is to

9    give the American public a better understanding of what's

10   happening in front of my lens, who's in the room, what's

11   going on around me, and try to give you the feel of what's

12   going on in front of me.

13         So, you know, there could be days where, you know,

14   the photos might not stand out.  But sure, I'll capture a

15   moment that is the moment for that day, and it is over in a

16   flash.

17         So -- you know, I've been on the losing end of

18   that, too, where, you know, another photographer made an

19   amazing image and I am like, Oh, man, I can't believe I

20   missed that.  And that's what we're always looking for,

21   is -- you know, when you're covering politics, the image

22   that happens is like that.  It happens in the blink of an

23   eye.  And if you miss it, you miss it.

24         So it's vitally important that the people in that

25   room are on guard at all times, ready to do the job, and

1    that they're good photographers.

2    Q.  When you're working with AP in, say, the Oval Office,

3    are you operating in isolation from everybody or do you

4    coordinate with anybody?

5    A.  No.  Absolutely, sir, I'm working with a team of people.

6    I rely on Zeke and our other reporters to give me a heads-up

7    on, like, Hey, we're doing a story about this particular

8    aide or we're doing a story about, you know, someone that

9    might be coming to visit.  You know, sometimes I might not

10    know who these people are, so these guys will say, Hey, do

11    us a favor; look in the corners.  Who's hanging out in the

12    Oval?  Who's in this meeting?

13            So a lot of times it's -- not only am I showing

14    you what's happening in front of me, but I'm always, like,

15    Well, who's behind the Resolute Desk?  Why are they there?

16    Who's over there in the corner?  You know, has anything in

17    the Oval Office changed?  Is there new artwork up?  Is

18    there -- you know, all these things, I'm always looking at

19    just to see, is there something different going on?

20            Like I always talk about the photographer's Spidey

21    sense.  Right?  I'll walk into a room and something just

22    feels a little bit different.  Like, what's going on here,

23    man?

24            THE COURT:  What happened to the ivy?  Right?

25            THE WITNESS:  So, you know, those are the things

Vucci - DIRECT - By Mr. Tobin

1    I'm always looking for.  And I rely on Zeke and those guys

2    to help me out because, you know, I'm pretty focused on

3    what's going on in front of me and I'm pretty good about my

4    news judgment but, you know, those guys are far superior

5    than I am.

6    BY MR. TOBIN:

7    Q.  And how many photographs might you take at a given

8    event?

9    A.  I always joke.  I say, if it's a good event, you know,

10   hundreds.  If it's a bad event, thousands.  It's just to try

11   to get the right ones.

12   Q.  Understood.

13        Do the photographs that you take only have value

14   that day?

15   A.  Absolutely not, sir.  It's important that I'm gathering

16   a historical record.  The AP has a wide global reach.  So if

17   I am a photo editor in Des Moines or if I'm a photo editor

18   in Los Angeles or if I'm a photo editor, you know, in Europe

19   somewhere, I would expect that the Associated Press provides

20   a broad edit of things that are happening that day.

21        So it's not just like -- you know, their news

22   needs are very different.  Right?  So I'm expected to give

23   you a wide variety of photographs, and those photographs are

24   not only good for the news of the day, but those photographs

25   are good down the line in future stories you might be

1    working on.

2    So today, I might take a picture of some guy in

3    the corner and, you know, a week or two later, I find out

4    that that's very important, who that person is and why that

5    person was in the Oval.  But at the time, I might not know

6    who they are or what they're doing.  But like I said,

7    sometimes it just goes off in my head:  Hey, I need a

8    picture of that guy.

9    Q.  And when you're taking pictures at an event, what's

10   happening with those photos after you take them?

11   A.  Yes, sir.  So the name of the game in photojournalism

12   now is speed.  It's all about speed.  So if I'm late, a

13   minute or two or three minutes, on a big story, I'm dead in

14   the water.  It's pointless actually, sir.

15   So if my competitors can get an image out a minute

16   before me or three minutes before me on a major story, then

17   I might as well delete my entire take because it's

18   worthless.

19   So with that said, what I'm doing is I'm

20   hard-wired directly into a transmission device, a MiFi.

21   It's like, you know, a portable internet, a MiFi device.

22   So I'm hard-wired directly into the MiFi device.

23   And then I will take an image and I'll look through my

24   camera and I'll pick the image that I really like and I'll

25   send it to my editor.  So by the time -- when I take an

1    image, by the time I take it, it goes to my editor and is on

2    the wire, the AP wire, it could be, you know, a minute or

3    two.  It's basically realtime.

4          So -- and that speed is vitally important for our

5    clients and, like -- speed is so important, sir, that I

6    carry three devices with me for transmission purposes.  And

7    the reason I do is one is on the T-Mobile network, one is on

8    a Verizon network and one is on an AT&T network.  It's not

9    that I like carrying all this crap.  It's that, you know, I

10   have to send these photos out or -- sorry, sir.  You know, I

11   have to send those photos out quickly.  So the biggest

12   stress of my entire job is getting pictures out quickly to

13   my editors.

14   Q.  Do you carry a cellphone into the Oval Office?

15   A.  Of course.  Yes, sir.

16   Q.  Do you monitor your cellphone?

17   A.  Absolutely, yeah, because I'll get text messages from an

18   editor or a reporter or someone telling me, Hey, I need a

19   photo of this.  Can you give me this?  I need -- you know,

20   or they'll be like, What are you doing, man?  Like, get it

21   together; take better pictures.

22   Q.  Do you ever see the photos that you have just taken

23   posted on your phone?

24   A.  Sure.  Yeah.  Yeah.  Of course.

25   Q.  So it's that instantaneous --

1    A.  Yeah.  Yeah.

2    Q.  -- while the event is still going on, you're posting

3    photos and you're seeing them in realtime?

4    A.  Yeah.  Yeah, of course.  And not only that; if it's a

5    big event and -- I know pretty instantly whether or not I'm

6    going to have a good day or a bad day, because if I see a

7    website -- a news website that has someone else's photo,

8    I'll be, like, Oh, man.

9             But it's that fast.  Yes, sir.

10   Q.  And --

11            THE COURT:  So I've got a question.

12            You're describing sending photos that are going

13   online simultaneously.  My guess is your print journalist

14   colleague is not also sending stories simultaneously.

15            THE WITNESS:  So I can't speak to that, because I

16   don't know, like, what they do, or I couldn't do what they

17   do.

18            But that's not entirely true, sir.  If there's

19   huge news, they'll send, like, an alert.  And they also will

20   send a text message to an editor that they're working with

21   so they can send out alerts in realtime.  So -- and it's

22   really, really important that it's quick.

23            So if we hear something about, like, tariff news

24   or something else that the president says that's, you know,

25   big news, you know, those guys have to get that out

Vucci - DIRECT - By Mr. Tobin

1    immediately.  And they have to be in the room to -- to do

2    that.  They can't rely on, like, someone else.

3            So -- I think Zeke will speak to this, but since

4    you asked the question, I'll give you my little take.  If

5    our journalist isn't in the room and the president says

6    something about tariffs or some major news, well, then, our

7    reporters are going to have to wait until the meeting in the

8    Oval Office ends.  Then it goes to get played out on a

9    television monitor for everyone to see.  So by the time he

10   says it and, you know, when we can report that news, it

11   could be, you know, 30, 40 minutes.  So we're that far

12   behind our competitors.

13            Does that make sense, sir?

14            THE COURT:  I guess I was saying just -- kind of a

15   year ago, you and your colleague are both wherever; you can

16   send things out almost immediately.

17            THE WITNESS:  Yes, sir.

18            THE COURT:  I wouldn't think the story is going

19   out that quickly.

20            THE WITNESS:  Yeah.  But there's quotes that go

21   out that quickly that can be added to a story.

22            THE COURT:  Okay.

23            THE WITNESS:  But, sir, I'm, like, the wrong

24   person to ask about that.  Zeke will be able to answer those

25   questions for you.

1          MR. TOBIN:  Mr. Miller will be the next witness,

2     your Honor.

3          THE COURT:  Okay.

4     BY MR. TOBIN:

5     Q.  So, Mr. Vucci, you touched on this a little bit.  To put

6     a fine point on it, if there are two or three other

7     photographers in the room at the Oval Office, why does it

8     matter whether the AP is there?

9     A.  Well, so --

10    Q.  Or does it matter?

11    A.  It matters greatly, because -- speed, number one.  We

12    don't want to rely on someone else that -- where speed isn't

13    their main, you know, issue.  So speed.

14          The -- communication.  They might not be looking

15    for what we need for the day.  They might not be giving a

16    broad edit of everything that we need or our clients need.

17    We're not only serving, like I said -- we are serving,

18    like -- I think 4 billion people or something like that see

19    our news.  So it's vitally important than an AP photographer

20    is in that room.

21          And, you know, here's the other thing I'd say:

22    You know, there's a reason that you're an AP photographer.

23    There's a reason that you're selected.  There's a reason

24    that you got that job.  We are -- I mean, I will say,

25    because I'm a company guy, but it's the gold standard of

1    photojournalism.  So there's a reason that an AP

2    photographer is in that room.  And it's not just -- see, the

3    thing about photography is it's not just like -- you can't

4    just give someone an expensive camera and walk into a room

5    and be like, Oh, they're going to get the pictures.  That's

6    not how it is at all.  It's like you don't go to a chef and

7    say, Oh, man, those are really great pots and pans.  You

8    know, it's the person behind the camera.  So we hire the

9    best.

10   Q.  That's why every photograph is subject to its own

11   independent copyright.  It's an original piece of work.

12   A.  Yes, sir.

13   Q.  What about the pace of the distribution of photos by

14   other photographers?  Are they comparable to yours?

15   A.  Yeah.  I mean, we all are doing our best to get the

16   pictures out as quickly as we can.

17   Q.  But what about the distribution to AP members or

18   subscribers?  Is the process equally as fast if you're not

19   in the room?

20   A.  So since we've been excluded, we're really, really

21   struggling to -- to keep up.  And our members are really

22   struggling because we don't -- we're not getting a wide

23   variety of images.  And also, those images are taking a long

24   time to get to our members.

25   Q.  Okay.

1    A.  So it's hurting us big time.

2    Q.  Since the AP was banned -- you're talking about since

3    the AP has been banned?

4    A.  Yes, sir.

5    Q.  So what has the AP done to provide photographs to its

6    members of, say, Oval Office events or east room events

7    where you're not present?

8    A.  Yes, sir.  We've had other organizations that are

9    absolutely heroes that have been helping us with -- getting

10   us photos, sharing photos with us.  And while we -- it's

11   greatly appreciated, and they're amazing, we're not getting

12   the full take.

13           So if I go into a room, I'm going to move 20 to 50

14   photos.  And we're just getting a selection of those photos

15   because, you know, they're our competitors and they're not

16   going to give us their best, you know, pictures.

17           And then the other thing is, we are waiting for --

18   you know, there's a time delay.  So as I established

19   earlier, we're basically dead in the water on major news

20   stories.

21   Q.  Can you give the Court some idea of the comparable time

22   between when you would be in the Oval Office transmitting a

23   photo and, say, one of your competitors who's graciously

24   providing photos to the AP?

25   A.  Yes, sir.  So if I'm in the Oval Office and I'm -- and

1    the president walks into the room and sits down, or he's at

2    the chair, I will have photos to my editor within 30 seconds

3    to 45 seconds.

4            We're now waiting on our competitors' photos to go

5    to their desks, and then they send their stuff to their

6    clients or members and then they'll send us a selection of

7    those images.  So I'm not 100 percent sure, but it's -- you

8    know, we're -- as far as, like, news time, we're way, way

9    behind.

10   Q.  And what is the last time that you were made part of the

11   pool for a trip into the Oval Office?

12   A.  It's been a while, sir.  I'm not sure 100 percent, but

13   it's been, you know, a while.

14   Q.  If we said a month, a month and a half --

15   A.  Yeah.

16   Q.  -- would we be far off?

17   A.  A month and a half.  It's been a rough stretch for a

18   photographer to sit around and not do anything.

19   Q.  And in all that time, you've had to rely on the other

20   photographers -- AP has had to rely on the other competitor

21   photographers?

22   A.  Yes, sir.

23   Q.  And has had to experience the delay in the transmittal

24   of photographs?

25   A.  Yes, sir.

1    Q.  And does that matter?

2    A.  Big time.  Yes, sir.  I mean -- so if you have, like I

3    said, a major news event and, you know, an editor for the

4    *Des Moines Register* or whatever is waiting to update their

5    page, they're going to go with, you know, the first images

6    that come.

7    Q.  Now, you are a White House press corps photographer for

8    the AP and you have not had access to a pool event in the

9    Oval Office for several weeks.  Right?

10   A.  Yes, sir.

11   Q.  The AP did have a photographer in the Oval Office at

12   President Trump's now-famous meeting with Ukranian President

13   Zelensky.  Is that right?

14   A.  Yes, sir.

15   Q.  Can you tell the Court the circumstances of that?

16   A.  Yes, sir.  So Zelensky was meeting with Trump.

17   Obviously, we weren't allowed in.  But one of our -- he's a

18   filmmaker from Ukraine.  He's an AP journalist.  He's

19   absolutely amazing.  The guy won an Oscar.  And he somehow

20   got access through Zelensky's office.

21         The issue is, he's the most --

22   Q.  Let me stop you there.  He was not part of the White

23   House press pool?

24   A.  Yes, sir.

25   Q.  So he was not admitted by the White House through the

1    press pool process?

2    A.  No, sir.  He got his access through Zelensky's office.

3    Q.  All right.

4    A.  The White House would not let me in, or AP, into the

5    meeting.

6    Q.  So what's the problem as to that event, if there is one?

7    A.  So the guy is amazing.  He's absolutely incredible.

8    He's one of the best journalists in the world.  But he's a

9    filmmaker and he's a video journalist.  So his first thing

10   is not photography, still photography.

11          So while he's an amazing person and human and

12   journalist, when he went into that room, he's not only

13   trying to do still photographs, but he's also trying to take

14   video.

15          Also, I don't know if you guys have ever seen

16   video of, like, what it's like when journalists arrive to

17   the Oval Office, but it's like an all-out sprint -- sort of

18   fight to get into position and...

19          So he wasn't really well-versed in, like, what's

20   going on and how everything works.

21          So I hate thinking about this day, because we just

22   absolutely got slaughtered in the play.  Like, we got

23   destroyed.  But, you know, the images that, you know --

24   fine.  He made images of Trump and Zelensky.  But the very

25   famous meeting, what my competitors got, and what I would

1    have gotten, is so far superior to what we were able to get

2    out that day.

3    Q.   How?

4    A.   The -- so I always talk about -- when you talk about

5    photography, you talk about, like, peak moments.  Right?  I

6    describe it to people that -- saying, like, if we're doing a

7    Hail Mary in a football game, what does that look like?

8              Well, it's -- the ball is at the top.  The

9    receivers and the defenders are jumping for it.  It's at

10   that peak moment where -- it's the anticipation.  You don't

11   know exactly what's going to happen.  But that's the moment.

12   Right?

13             So for politics, it's very similar.  But -- it

14   could be a look.  It could be a gesture.  And some of the

15   photos that were made that day are absolutely amazing.

16   Like, of --

17   Q.   Not by AP?

18   A.   Not by AP.  No, sir.  Don't remind me.

19   Q.   Why?

20   A.   Oh --

21   Q.   I don't mean to cause you pain.

22   A.   -- it's the worst.

23             THE COURT REPORTER:  Sir, please let counsel

24   finish with his questions before answering.

25             THE WITNESS:  Yes, ma'am.  Sorry.

Vucci - DIRECT - By Mr. Tobin

1    BY MR. TOBIN:

2    Q.  But just to be clear for the Court and the record.

3    A.  Yes.

4    Q.  -- what did you not get that you saw in other --

5    A.  So --

6    Q.  Competitors' feeds?

7    A.  So I --

8            THE COURT REPORTER:  Sir, please.

9            THE WITNESS:  Yes, ma'am.  He told me that, too.

10   I keep --

11   BY MR. TOBIN:

12   Q.  That's all right.  We'll get through.

13   A.  Yes, sir.

14   Q.  Thank you.

15   A.  Yeah.  I looked at what my competitors got, and they

16   made amazing images of, like, these interactions between

17   Zelensky and Vice President Vance and Trump and the faces

18   and the gestures.  And I was like, man, I just was -- it was

19   just the most amazing images you've ever seen, and we just

20   didn't have it.

21           And not only that, but the issue was -- you know,

22   he wasn't transmitting live.  So -- and the meeting ran

23   long.  So my competitors, their images went out, you know,

24   within minutes of this happening, and they were constantly

25   feeding the wire.  And by the time I got his disc, you know,

 1    we're probably 30 or 40 minutes later, and then it took me

 2    another, you know, few minutes to start moving picture.

 3              So not only did I have, like, one of the wildest

 4    meetings in the history of the Oval Office, but, you know,

 5    I'm 40 minutes behind.  And then I don't have the images

 6    that I need to have because it's just -- you know, it's just

 7    a matter of, like, not having the person in the room that

 8    understands, like, what's happening, what's going on.

 9    Q.  Speed and quality seem to be the underlying theme of

10    what the AP has been missing out on since you've been

11    excluded from the pool?

12    A.  Yes, sir.  It's what we're all about, is speed and

13    quality.

14    Q.  And that puts you at a competitive disadvantage?

15    A.  It kills us, sir.  I mean, we -- I don't know if we had

16    one front page.  I don't know -- I don't remember seeing any

17    news sites that had our photos.  And it's, like, again, one

18    of the wildest things to ever happen on the Oval Office and

19    we just didn't -- we had nothing.

20    Q.  Was that a presidential interview in the Oval Office

21    that day with the press?

22    A.  No, sir.  No.

23    Q.  And you heard my discussion with the Court about

24    interviews versus other things.  When you're called into the

25    Oval Office as part of the pool, is that an interview

Vucci - DIRECT - By Mr. Tobin

```
 1    situation?

 2    A.  No, sir.

 3    Q.  How do you distinguish that?  What's behind your "no"

 4    answer?

 5    A.  That is -- that's a press opportunity.  An interview

 6    would be when -- we had -- the AP had a one-on-one interview

 7    with President Biden a year or so into his term.  It was me

 8    and an AP, you know, writer, and that was it.

 9    Q.  Was it an exclusive?

10    A.  Yes, sir.

11    Q.  It was by special invitation?

12    A.  Yes, sir.  And, you know, look, if Bret Baier has an

13    interview with the president of the United States, I don't

14    expect them to let me into the Oval Office.  I'm not going

15    to be like, Hey, man, Bret, why aren't I in there?  You

16    know, I get it.  I understand how the game works.

17    Q.  Understood.

18              Does it matter to the public -- we talked about

19    that it matters to AP.  In your 21 years of experience in

20    serving the public as a journalist, does it matter to the

21    public that the AP has now been excluded from White House

22    pool events?

23              MR. HUDAK:  Your Honor, I know we're not bound by

24    the Rules of Evidence necessarily here in this hearing.  But

25    asking a witness to speak on behalf of the entire public
```

1    seems to be quite speculative to me.  So we would object to

2    the question to the extent the Court is entertaining

3    objections during this.

4           MR. TOBIN:  Public interest is part of my burden.

5           THE COURT:  So I am entertaining objections, but

6    I'll overrule the objection.

7           You may continue.

8           MR. TOBIN:  Thank you, your Honor.

9           THE WITNESS:  Of course it matters to the public.

10   You know, the AP is seen by, like, 4 billion people around

11   the world.  And not only that; we're -- I hate to keep

12   beating a dead horse, you know, but, sir, we are the gold

13   standard as far as like fact-based, non-partisan news.  And,

14   like, what we do is vitally important.  I take it very

15   seriously.  And the fact that it's -- you know, our

16   journalism isn't being seen by the people it was before,

17   yeah, of course it affects the public.  It's a huge, huge

18   burden.  It's awful.

19   BY MR. TOBIN:

20   Q.  You have not been admitted into any pool events in the

21   Oval Office, or anywhere else, since the period of time

22   we've been talking about?

23   A.  No, sir.

24   Q.  What about the other set of events?  We've all adopted

25   the euphemism the east room events, the non-Oval Office

Vucci - DIRECT - By Mr. Tobin

1   opportunities.  Has the AP been admitted to any of those?

2   A.  Yes, sir.  I believe we've been admitted to a few here

3   and there.  One or two, I believe.

4   Q.  And do you have any understanding of what the White

5   House system for picking you for those was?

6   A.  No idea.

7   Q.  Have you been admitted to as many since this all

8   began -- "this" being the White House announcement that it

9   was banning the AP -- than you did before?

10  A.  Sir -- so, like I said, I've been doing this job for 21

11  years, and I've been basically at the White House full-time

12  for ten years.  And not only would I be in every single

13  event, but I'm literally the first person through the door.

14  There is a pecking order as far as, like, how we walk into

15  the east room, how we walk into the Oval Office.  And the

16  Associated Press photographer is the first person through

17  the door.

18           So I've gone from being in every single event to

19  not being allowed to do anything.

20  Q.  Understood.

21           Just very briefly, we didn't talk about traveling

22  with the president on Air Force One.  Have you accompanied

23  presidents on Air Force One?

24  A.  Yes, sir.

25  Q.  Is that a unique opportunity for a journalist?

1    A.  Yeah.  I mean, I would say it's a responsibility for a

2    journalist.

3    Q.  Have you -- are there events that happen either on Air

4    Force One or in getting on or off Air Force One that you

5    would miss if you weren't there?

6    A.  Yeah, for sure.  I mean, oftentimes the -- President

7    Trump especially, he loves to talk, and he'll come back to

8    the press cab and he'll talk.  You know, there was another

9    time where I was on a trip and Reince Priebus got fired

10   while -- he was fired, like, literally via tweet on the

11   plane.  So he had to walk down the back steps.  And -- you

12   know, we were there for that.

13          So things happen that isn't necessarily what's

14   happening in front of you.  Right?

15          So it's not always just the president walking down

16   the steps to get into the vehicle.  It's like, well, who's

17   walking down the back steps?  Well, not only that.  Who just

18   got fired?

19          So as far as, you know, journalism goes, it's a

20   360.  And yeah.  You've got to be there.

21   Q.  Do you have any idea what the current system is for

22   picking people for pool events at the White House?

23   A.  I am clueless, sir.  I have no idea what -- there's no

24   rhyme or reason.  All I know is the only thing that seems to

25   be consistent is that the AP is not allowed.

1    Q.  And you spend your days still at the White House?

2    A.  Yeah.  I think it's important that we show up every day

3    and that they turn us away, because it's -- you know, it's

4    our duty as journalists to continue to show up to do the

5    job, or try to do the job.  Otherwise, I'd be letting, you

6    know, myself down and the readers down.

7    Q.  And then all these days since the ban began and you've

8    been spending time still at the White House -- you have

9    been.  Right?

10   A.  Yeah.  I'm pretty grumpy.

11   Q.  Understandable.  We feel your pain.

12           In all that time, has anyone at the White House

13   explained to you what the system is for picking people for

14   the White House pool?

15   A.  No.  No, sir.  I don't think anyone knows.

16           MR. TOBIN:  Your Honor, I have no further

17   questions at this time.

18           THE COURT:  Thank you, sir.

19           Mr. Hudak.

20           MR. HUDAK:  Thank you, your Honor.

21                      CROSS-EXAMINATION

22   BY MR. HUDAK:

23   Q.  Good morning, Mr. Vucci.

24   A.  Hey, good morning.

25   Q.  Nice to meet you.

```
1    A.  Nice to meet you.  Thank you.

2    Q.  My name is Brian Hudak.  I'm an assistant U.S. Attorney

3    in the U.S. Attorney's Office here in D.C.  And I appreciate

4    a long tenure.  I've been with the office 18 years, so I

5    appreciate you being with your job for 21 years.

6              THE COURT:  Mr. Hudak is also being modest.  He's

7    the chief of the civil division.

8              THE WITNESS:  Awesome.

9    BY MR. HUDAK:

10   Q.  As with you, I don't like to inflate my ego.

11             I'm going to be showing you exhibits on the

12   monitor in front of you --

13   A.  Okay.  Sure.

14   Q.  -- if I do this correctly.

15             And I also have my notes on my laptop, so I just

16   need to arrange here.  Okay.

17   A.  I'm seeing this, so you're good.

18   Q.  Good.  Before we get to the image on the screen, just to

19   set the state of play, as I understand it, up until, let's

20   say, the beginning of February, you had a standing seat in

21   the White House press pool.  Correct?

22   A.  Yes, sir.

23   Q.  And you didn't have to rotate in like some other media

24   organizations did.  Correct?

25   A.  No, sir.
```

1    Q.  Other hard pass journalists at the White House did not

2    have a similar seat in the press pool.  Correct?

3    A.  Correct.  Yes, sir.

4    Q.  And you previously said, I think, on direct examination

5    that even within the press pool, there was kind of a pecking

6    order, if you will.  Is that correct?

7    A.  Yes, sir.  It's based on -- so the idea would be to

8    amplify the president's words as broadly as possible.  So

9    the organizations with the most reach would be the ones that

10   are, you know, in those pools.  And the pecking order would

11   be based on the reach of those organizations.

12   Q.  Got it.

13        And part of being a member of the press pool is to

14   amplify the president's speech in the Oval Office.  Correct?

15   A.  Absolutely; and serve the American public.

16   Q.  Now, in addition to -- in your work, in addition to

17   getting photos out to use in immediate news stories, you

18   also mentioned that part of your job is to take photos to

19   kind of preserve for history the events.  Correct?

20   A.  Yes, sir.

21   Q.  Okay.  Like the Butler photo that we saw, that's an

22   example of it.  Correct?

23   A.  I hope so.  Yes, sir.

24   Q.  The Butler photo, just for clarification, you took not

25   because you were part of the White House press pool.

1    President Trump at that time was a candidate for office.

2    Correct?

3    A.  Yes, sir.

4    Q.  And as part of preserving history, like any money-making

5    organization, the AP sells photographs on its websites.

6    Correct?

7    A.  I would assume so.  That they license images, yes, sir.

8    Q.  Okay.

9    A.  I would be the exact wrong person to speak to that.  I

10   have no idea how the business side of things works.

11   Q.  Okay.  But have you seen -- referring you to Government

12   Exhibit 2 on the screen here, have you seen the editorial

13   photos and videos page on AP's news room before?

14   A.  Yeah.  I'm seeing what you're seeing.  But -- yeah, of

15   course I have.  Yes, sir.

16   Q.  And this is a -- kind of a storefront where AP sells

17   images that it has taken during -- from its reporters and

18   others through licensing agreements.  Correct?

19   A.  Yeah.  I mean -- yeah.  Of course.  Yes, sir.

20   Q.  And we just have a few screen grabs from this website as

21   we discuss your testimony here today.

22           So flipping to Exhibit 3-A, have you ever clicked

23   on a photo on the AP news room and see what information pops

24   up?

25   A.  Yeah.  I mean, I'm looking at this now.  Sure.

1              MR. HUDAK:  And just to orient the Court, this is

2     what one of the photo pages looks like, but we've chopped

3     them in to make it a little more readable for the Court and

4     for the witness here today as we move forward.

5     BY MR. HUDAK:

6     Q.  So this is an example of the chopping, if you will.  And

7     you see this was a photo, it appears, from February 25th in

8     the Brady press room.  Correct?

9     A.  Yes, sir.

10    Q.  And just pausing there for a second, when you still go

11    to the White House, as you said, even though you're not part

12    of the pool, you still have access to the Brady briefing

13    room.  Correct?

14    A.  Yes, sir.

15    Q.  And the other kind of press facilities that are adjacent

16    to the Brady briefing room you still have access to?

17    A.  Yes, sir.

18    Q.  And you have access to what I think is called Pebble

19    Beach?

20    A.  Yes, sir.  Yes, sir.  That's correct.

21    Q.  And kind of the driveway along where media -- both

22    photojournalists and videographers set up to encounter the

23    president meeting foreign dignitaries as they arrive to the

24    White House?

25    A.  Yes, sir.  And not only that, but I'll spend time there

Vucci - CROSS - By Mr. Hudak

1   looking for people that are doing interviews with, like,

2   say, Fox News or anything like -- because I'm not allowed

3   into these events, so I have to try to, you know, get people

4   any other way I can.  So oftentimes I'll take pictures of,

5   you know, the press secretary or someone that's doing an

6   interview on Pebble Beach.  So, you know, I'll work in those

7   areas as well, sir.

8   Q.  Got it.

9           And you sometimes take photos of, you know,

10  cabinet members walking into the White House?  Yes?

11  A.  Yes, sir.  That's exactly what I'm trying to do.

12  Q.  Yeah.  And also, you know, Elon Musk and his child

13  walking towards the -- Marine One?

14  A.  Yes, sir.

15  Q.  And -- but those type of events in and around the White

16  House you're still able to access with your hard pass.

17  Correct?

18  A.  Yeah.  I am still able to access those events.

19  Q.  On the AP's news room page, if you see that this

20  photograph was taken by a photographer named Aaron

21  Schwartz -- do you see that on the screen?

22  A.  Yes, sir.

23  Q.  And do you know Mr. Schwartz?

24  A.  Probably by face.

25  Q.  And it appears that he is a member of an organization

1    called Sipa USA.  Do you see that?

2    A.  Yes, sir.

3    Q.  Okay.  And does the AP have licensing agreements with

4    other photojournalists that are covering the White House?

5    A.  I have no idea, sir.  So I believe that Sipa uses AP for

6    distribution.  But it doesn't go to, like, our -- all of our

7    members.  It doesn't go to our wire.  So these images

8    wouldn't go to, like, the *Des Moines Register*, I don't

9    think, sir.  But I don't know.  But there is some sort of

10   distribution deal, I would imagine.

11   Q.  And does -- I think, as the AP advertises on its

12   website, it has partnership and licensing agreements with

13   several different photojournalist and videographer outlets.

14   Is that right?

15   A.  If you saw it, I wouldn't dispute that.  Yes, sir.

16   Q.  All right.  And you see that, as part of the preserving

17   history and making money -- preserving history, I don't

18   fault anyone for that, but you see that this is for

19   editorial use only and please contact your AP representative

20   for commercial use.  Do you see that on the screen?

21   A.  Yes, sir.  I do see that.

22   Q.  And on these screens that pop up when you look to go

23   onto the AP news room, there's a, you know, ability to

24   purchase photos.  Is that customary in your industry?

25   A.  I would imagine, yeah.  Of course.

1    Q.  Do you see this at all whenever someone buys licensing

2    rights to a photo from the AP's site?

3    A.  No.  I'm just doing the day-to-day work of actual

4    journalism.  I have no idea about the business side.

5    Q.  You're paid a salary, not on commission.  Is that

6    correct?

7    A.  Yeah.  Although, after Butler, I mean -- well, I

8    didn't -- we didn't license that image, but -- yeah, I'm

9    paid a salary, sir.

10   Q.  And you might have some side activities where you

11   receive commission or you do other work, but from the AP at

12   least --

13   A.  I'm paid a salary.  Yes, sir.

14   Q.  And it appears that the AP is selling this image through

15   some licensing rights deal with Sipa, even though the AP

16   photojournalist didn't take it themselves?

17   A.  Correct.  That's what it looks like, sir.  But again,

18   I'm not the business guy.

19   Q.  May I pause here just for a second that -- you talked

20   about your equipment and your ability to kind of push out

21   photos almost instantly over the internet to photo editors

22   and other folks at the AP.

23   A.  Yes, sir.

24   Q.  Do you remember that?

25   A.  Yes, sir.

1    Q.  And your counterparts from Reuters, they have the same

2    capabilities.  Is that correct?

3    A.  Yes, sir.

4    Q.  And from *The New York Times*.  Is that correct?

5    A.  Of course.  Yes, sir.

6    Q.  And from AFP.  Is that correct?

7    A.  Yes, sir.

8    Q.  Do you know -- what about Sipa USA?  Does the AP have

9    licensing rights deals with them?

10    A.  I don't know.  I don't know how that works.  And I'm

11    not -- so I'm speculating here, so I don't know if you want

12    me to say this or not.  But I think oftentimes this stuff

13    from Sipa, it could be days later before it's uploaded to

14    our distribution networks.

15    Q.  Okay.

16    A.  So I'm not 100 percent sure, sir.  But I believe that,

17    you know, it could -- you know, they could upload their take

18    days after an event.

19    Q.  All right.  We'll get to that, because I think you might

20    be wrong on that based upon what I'm seeing on your website.

21    A.  Okay.

22    Q.  But fair to say you don't have any real understanding of

23    how Sipa's photos make their way into kind of the AP catalog

24    on the website?

25    A.  That is the perfect way of putting that, sir.  Yeah.  I

 1    have absolutely no clue how all that works.

 2    Q.  Now, were you in the Brady press room on February 25th,

 3    2025?  And just to refresh your recollection, that is when

 4    the press secretary announced that there would be a change

 5    in the pool selection process.

 6    A.  Yes, sir.  I believe I was there with another AP

 7    photographer.

 8    Q.  And AP -- even though you were there taking photos, AP

 9    still, it appears, posts photos from other media

10    organizations for sale on its website.  Is that correct?

11    A.  I'm not sure.  I believe you, sir.  You know, I just

12    don't know.

13    Q.  In February 2020, you were part of the press pool at the

14    White House.  Correct?

15    A.  Yes, sir.

16    Q.  And you regularly attended east room events at that

17    period of time?

18    A.  Yes, sir.

19    Q.  And the AP's practice -- flipping to Government Exhibit

20    4 -- of posting photos from other media organizations

21    through licensing rights deals appears to have been common

22    back in that period of time as well.  Do you see that?

23    A.  Yes, sir.  I'm looking at an image from February 27th,

24    2020.

25    Q.  Do you know who Oliver Contreras is?

```
 1     A.  Yes, sir.

 2     Q.  And is he a good photojournalist?

 3     A.  Yeah.  And a great human.

 4     Q.  And he worked, it appears, at least at the time, for

 5     Sipa USA?

 6     A.  He's a freelance photographer.  So he probably got a day

 7     rate from them.

 8     Q.  Can you explain what you mean by "day rate," just the --

 9     A.  Yes.  Of course, sir.

10     Q.  -- for the Court and myself?

11     A.  So Sipa doesn't really have staff photographers, so

12     they'll hire people for a day.  So they'll say, Hey, Oliver,

13     there's going to be this African-American History Month

14     reception in the Oval Office and a few other things.  Can we

15     hire you for the day to work for us?

16     Q.  Fast-forwarding five years, on the same day, February

17     27th, you see that this is another photo from AP's website

18     from a photojournalist at Sipa USA.  Do you see that?

19     A.  Yes, sir.

20     Q.  Do you know who Samuel Corum is?

21     A.  Yes, sir.

22     Q.  Who is Samuel Corum?

23     A.  He's a former Marine -- there's no former Marine, but

24     he's a Marine, became a photojournalist.  Great guy.

25     Q.  Is he a good photojournalist?
```

```
 1    A.  Yes, sir.

 2    Q.  Switching gears a little bit, I want to go through some

 3    of the east room events that have occurred recently and your

 4    understanding of what AP members were in attendance during

 5    those events.  Okay?

 6    A.  Sure.

 7    Q.  All right.  Can we start with -- on February 24th, the

 8    White House east room event with President Macron.  Do you

 9    recall that one?

10    A.  Yes, sir.

11    Q.  And would you generally describe how you were able to

12    cover that event for the AP?

13    A.  Well, we weren't in it.  Is that...

14    Q.  And my question is you personally.  Were you in the east

15    room during that event?

16    A.  This is -- which -- is this in 2020 or is this --

17    Q.  No.  In February 2025 --

18    A.  This year.

19    Q.  -- February 24th of this year.

20    A.  I was not.

21    Q.  And you were not in the Oval Office for this event.

22    Correct?

23    A.  No, sir.

24    Q.  But you were, as we discussed earlier, or a member of

25    your staff, was in the area where the French president came
```

1    to be admitted into the west wing?

2    A.  Yes, sir.  We were -- we have not been banned from

3    taking photos out there.

4    Q.  And you were able to observe President Macron and the

5    surrounding circumstance when he arrived.  Correct?

6    A.  Yeah.  I wasn't there that day, but an AP photographer

7    was.

8    Q.  And in the Oval Office that day, do you understand that

9    an AP text journalist was admitted to the Oval Office as

10   part of President Macron's press detail?

11   A.  I'm not -- so that would be something for Zeke -- I

12   don't know who was in the room.  I'm sorry, sir.

13   Q.  Do you know if any AP photojournalist, whether they were

14   Washington-based or otherwise, was admitted to the Oval

15   Office for that day?

16   A.  I'm not 100 percent sure, sir.  I would imagine that

17   there was -- we probably got photos through Macron's side

18   of -- through some sort of pool agreement on that side.  I'm

19   not sure.

20   Q.  And in addition to maybe licensing agreements or

21   photojournalists that the AP has from foreign areas, the AP

22   also receives photos from pool photojournalists as part of

23   the White House press pool.  Correct?

24   A.  Well, no.  I mean we're not part of the pool now.

25   Q.  But you receive -- so if AFP, for instance, takes a

1    photo as part of the pool, it pushes it out to the other

2    hard pass holders at the White House.  Correct?

3    A.  No.

4    Q.  Well, let me show you Government Exhibit 8.  Do you see

5    this is from the Oval Office meeting with French President

6    Macron and President Trump on February 28th -- 24th?

7    A.  Yes, sir.  So -- I'm sorry.  I was thinking of the

8    American side of things.

9          So yeah.  So there was a pool established that --

10    they traveled with Macron here.  There was one photographer.

11    So that one photographer shared with those other

12    organizations.

13    Q.  So Ludovic -- L-U-D-O-V-I-C -- Marin, M-A-R-I-N -- he

14    was part of a foreign pool for this event?

15    A.  Yes, sir.

16    Q.  And the AP had an arrangement to receive photographs

17    from this pool?

18    A.  Yes, sir.  That's what it looks like.  Yes, sir.

19    Q.  And do you know Mr. Marin?

20    A.  I don't.  Well, I mean, I may have met him somewhere

21    before.  It's a very small community.  But...

22    Q.  Okay.  And AFP's photojournalists are of high quality as

23    well?

24    A.  Sure.

25    Q.  I think, as you testified on direct examination, part of

1    what a photojournalist wants to capture are, you know, the

2    moments with facial interactions and things like that.

3    Correct?

4    A.  Yes, sir.

5    Q.  And in this one, maybe that's an example of it, with the

6    French president grabbing President Trump's hand and having

7    a big, beaming smile, it appears?

8    A.  Yeah.  It's a great photo.  I wish I took it.

9    Q.  In the east room of that event, the AP similarly

10   received images -- looking at Government Exhibit 9 -- from

11   its pool relationship with Mr. Marin in the foreign pool.

12   Is that correct?

13   A.  That's what it looks like.  Yes, sir.

14   Q.  And again, if you see the pricing information on there,

15   the AP is currently selling this photograph from between $35

16   and $495, depending on the license?

17   A.  Yes, sir.  That's what it says.  Yes, sir.

18   Q.  And the way that the AP sells photographs and documents

19   history at this event is similar to the way it's covered

20   other events between President Trump and President Macron.

21   Is that correct?

22   A.  Ask that question again.  I'm not sure what you're

23   asking me.

24   Q.  Sure.  The way that AP is selling this photo on its

25   website is similar to the way that the AP sells other photos

1    of President Macron and President Trump during other events?

2    A.  Sure.  I guess.

3    Q.  So, for example, looking at Government Exhibit 12, there

4    was a meeting between the presidents at the U.S.

5    ambassador's residence in Brussels on May 25th, 2017.  Do

6    you see that?

7    A.  Yes, sir.

8    Q.  Once again, we see that this is a photo that was taken

9    by an unaccredited photojournalist at Sipa USA?

10   A.  Yes, sir.

11   Q.  And once again, we see that the AP is selling this photo

12   on its website for between $35 and $495, depending on the

13   license.  Do you see that?

14   A.  Yes, sir.

15   Q.  And similarly, on April 24th, 2018, at the White House

16   east room, referring to Government Exhibit 13, you see that

17   there's a similar photo taken by Sipa USA with -- that is

18   available for purchase on the AP's website for similar

19   pricing?

20   A.  Yes, sir.

21   Q.  You see here on this one it is noted that the

22   photographer is the Abaca Press.  Do you see that?

23   A.  Yes, sir.  I see that.

24   Q.  And do you know who the Abaca Press is or what it is?

25   A.  I mean, I guess it's another photo agency.  It is

1    another photo agency, sir.

2    Q.  And it appears, at least because this is being sold on

3    the AP's website, that there's some sort of licensing

4    agreement between Abaca Press and the AP?

5    A.  That's what it looks like.  Because it's, like, slash,

6    Abaca, slash, Sipa USA, slash, you know, via AP images.  So

7    that's what it looks like, sir.

8    Q.  Okay.  And if you note in the by-line it has the

9    photojournalist that took this, Eliot Blondet,

10   B-L-O-N-D-E-T?

11   A.  Uh-huh.

12   Q.  Do you see that?

13   A.  Yes, sir.

14   Q.  And do you know Mr. Blondet?

15   A.  I mean, probably by face.  But no, sir.

16   Q.  And you would say that this photograph -- as a

17   professional photographer, it is a fairly good one,

18   capturing the event, good -- good facial expressions, good,

19   you know, movement, if you will?

20   A.  You're going to make me --

21   Q.  I do not -- well, if you don't want to, I do not want

22   to --

23   A.  No, no.  The -- the exposure is clearly off, sir.  I'm

24   sorry.

25   Q.  Your eye is so good.

1    A.  I'm sorry.  And it could have been his editor; it wasn't

2    him.  I mean, you know -- I don't know.

3    Q.  It also could be Microsoft PowerPoint, through the

4    court's technology as well.  My apologies.

5    A.  Sir, I'm pretty certain that there's no detail on those

6    highlights.  So...

7    Q.  Okay.

8    A.  I would be a subject-matter expert in this.  Just not

9    the business side of things, sir.  I wish I could be more

10   help there.

11   Q.  No, it's all good.  It's all good.

12           All right.  That's enough discussion about

13   President Macron.  Why don't we move to the east room event

14   with the -- Prime Minister Starmer from the United Kingdom.

15   A.  Yes, sir.

16   Q.  Do you recall that event?

17   A.  I was not there, but yeah, sure.  I've paid attention to

18   the news.

19   Q.  But similarly, you were able to observe the prime

20   minister enter the west wing with President Trump.  Correct?

21   A.  Yes, sir.  We are not banned from taking photos there.

22   Q.  And do you know if any AP journalist, photojournalist or

23   text journalist was permitted access to the Oval Office for

24   this event?

25   A.  I'm not sure, sir.

```
1    Q.  Do you know who Carl Court is, looking at Government
2    Exhibit 15?
3    A.  He's a photographer from the U.K.  I just -- so I would
4    imagine that this came from the U.K. side of the pool.
5    Q.  And do you know what the Press Association is?
6    A.  It's a news organization.
7    Q.  And is it an affiliate of the AP or is there a licensing
8    arrangement?
9    A.  I don't know, man.
10   Q.  Is -- do you know Mr. Court?
11   A.  Yeah.  I've seen him all over the world.  Sure.
12   Q.  And is he a reputable --
13   A.  Yes.
14   Q.  -- photojournalist in your mind?
15   A.  Yes, sir.  I'm sorry.  I keep cutting you off.  Yeah.
16   For sure, he's a great photographer.
17   Q.  And again, the AP appears to be selling this photo from
18   President Trump's interaction with Prime Minister Starmer in
19   the Oval Office on its website.  Is that correct?
20   A.  Yes, sir.  That's what it looks like.
21   Q.  Now, as part of these licensing agreements -- and I'm
22   assuming your answer is going to be "I don't know," but I'm
23   going to ask it anyway.  As part of these licensing
24   agreements, do you know if the AP has the right to not only
25   sell but also to use the photos generated in its news
```

Vucci - CROSS - By Mr. Hudak

1    stories?

2    A.  I have no idea.

3    Q.  Okay.

4    A.  I couldn't speculate, sir.  I'm sorry.

5    Q.  Now, the east room event with the prime minister, you

6    see in Government Exhibit 16 that the AP also is selling on

7    its website a photo from a Sipa USA photojournalist.

8    Correct?

9    A.  Yes, sir.

10   Q.  And then flipping to Government Exhibit 17, you also see

11   that they're selling a photo from a journalist from Abaca

12   Press, Yuri Gripas, G-R-I-P-A-S.  Do you see that?

13   A.  Yes, sir.

14   Q.  But you don't know whether any AP photojournalist was

15   admitted to the east room or the Oval Office --

16   A.  I --

17   Q.  -- for this event?

18   A.  I'm not 100 percent sure.  I'd have to look at the wire

19   to see.

20   Q.  Moving on to February 28th, an event with Ukranian

21   President Zelensky -- you testified about that during your

22   direct examination.  Correct?

23   A.  Yes, sir.

24   Q.  And at that event, you and your colleagues were able to

25   witness Mr. Zelensky enter the White House through the west

1    wing doors?

2    A.  Yes, sir.

3    Q.  And I think, as you testified on direct examination,

4    there was a foreign-based photojournalist from the AP that

5    was admitted to the Oval Office for that event.  Correct?

6    A.  Yeah.

7    Q.  And that was Mr. Chernov.  Is that correct?

8    A.  Yes, sir.

9    Q.  And he is the award-winning moviemaker that you referred

10   to in your direct testimony?

11   A.  He's amazing.  Yes, sir.  He is an incredible video

12   journalist.

13   Q.  And this is one of the photographs that he captured.

14   Correct?

15   A.  Yes, sir.

16   Q.  And I think you testified on direct examination that you

17   don't see this photo being used in major news publications.

18   Correct?

19   A.  I think I was talking about the broader -- you know --

20   the vast majority of news sites that I saw, I did not see

21   many AP photos.

22   Q.  National Public Radio, you're familiar with them?

23   A.  Of course.

24   Q.  And they regularly use AP stories on their websites.  Is

25   that correct?

1    A.  Yes, sir.

2    Q.  And they regularly use AP photographs on their websites.

3    Is that correct?

4    A.  Of course.

5    Q.  So while you were talking with my friend Mr. Tobin, I

6    just went online to see if I could find a use of it.  You

7    see that this is a story from NPR on March 2nd, 2025.  Do

8    you see that?

9    A.  Yes, sir.  It looks like an NPR -- you're showing me an

10   NPR news page.

11   Q.  Yes.

12   A.  It has the photo that we were talking about.

13   Q.  Yes.

14         And it's also -- if you look at the by-line, it's

15   attributed to the AP photojournalist.  Correct?

16   A.  Yes, sir.

17   Q.  So when you were talking with Mr. Tobin earlier about,

18   you know, whether the photographs that AP took in this

19   interaction with President Zelensky, whether they were used

20   by the AP's customers, you really don't have one way or

21   another of knowing how many customers use that content

22   versus other content.  Correct?

23   A.  No, sir.  I mean, there's no -- correct.  I don't.  But

24   it's just -- I've been in the news business for a long time,

25   and when we get our butt kicked, I know immediately when

Vucci - CROSS - By Mr. Hudak

1     that happens.  And that happened this day.

2     Q.  When you -- you haven't talked with any of the

3     businesspeople at the AP to know whether or not the usage of

4     your photographs or the AP's photographs from that day was

5     down compared to other photographs?

6     A.  The businesspeople?

7     Q.  Yes.

8     A.  No, sir.  We don't -- no, sir.

9     Q.  You haven't talked to any of the data analytics people

10    at the AP to understand whether the usage of your -- the

11    photos from that day was down compared --

12    A.  No.

13    Q.  -- to other events?

14    A.  No, sir.

15    Q.  The same question for all these photos that we've been

16    looking at that are being licensed from other media

17    companies:  You don't know whether the reach of those photos

18    from the AP's website has caused it financial harm because

19    of the licensing agreements with the other photojournalists

20    that we've been looking at?

21    A.  No, sir.

22          But can I add something?  The majority of our

23    clients aren't going to our website to get these images.

24    They're not going to download or purchase images.  They're

25    taking a photo stream.  It's a completely separate service,

1    sir.  It's a different service.

2    Q.  I understand.  But --

3    A.  Okay.

4    Q.  -- but as far as what the actual financial impact to the

5    AP was --

6    A.  Yeah, I don't know.  I'm sorry, sir.  I don't know.  I

7    couldn't answer your question.

8    Q.  And as far as the actual impact from kind of a data

9    analytics perspective, that of actual usage, you don't have

10   that information either?

11   A.  I'm sure someone does.

12   Q.  But you do not?

13   A.  I don't.  No, sir.  I take the pictures.

14   Q.  That day, it's my understanding there was an east room

15   event that was planned but was canceled at the last minute.

16   Is that your understanding?

17   A.  Yes, sir.

18   Q.  And did the AP, to the best of your knowledge, either

19   through an AP photojournalist or a licensed partner have

20   access to the east room event that day or was going to have

21   access to the east --

22   A.  I --

23   Q.  -- room?

24   A.  I'm not sure, sir.  It didn't happen.  Sorry to cut you

25   off.  My bad.

1    Q.  My apologies.

2            Just looking at Government Exhibit 20, do you see

3    that is a photograph of the east room on February 28th,

4    2025?  Do you see that?

5    A.  Yes, sir.

6    Q.  And do you see that this was taken by Mr. Corum from

7    Sipa USA?  Do you see that?

8    A.  Yes, sir.

9    Q.  And again, on these photos that we've been looking at,

10   on the credit line that I'm assuming people are directed to

11   use, in reporting the by-line, it has Sipa USA via AP.

12            Do you see that?

13   A.  Yes, sir.

14   Q.  Can we talk about the tarmac for a second?

15   A.  Sure.

16   Q.  It's my understanding that photojournalists from the AP

17   were not permitted on the West Palm Beach International

18   Airport tarmac on February 28th.  Is that correct?

19   A.  I would say that's accurate, sir, if you're saying it.

20   I wouldn't argue with you.

21   Q.  But on March 7th, when the president arrived at West

22   Palm Beach International Airport, the AP had both a text

23   journalist and a photo reporter there.  Correct?

24   A.  I'm not sure.  But I would -- I'd have no reason to

25   dispute that, sir.

1    Q.  And on March 14th, when the president arrived at West

2    Palm Beach International Airport, the AP had both a text

3    journalist and a photojournalist there.  Correct?

4    A.  Again, I'm not 100 percent sure, sir.  I'd have to see

5    the photos.

6    Q.  And on March 22nd, when the president arrived at

7    Philadelphia International Airport, the AP had both text and

8    photojournalists at that event?

9    A.  Yeah.  Again, yes, sir.  I would believe what you're

10   saying.

11   Q.  Are you aware of any tarmac event since March 1st where

12   the AP has been denied photojournalist access on a tarmac

13   event like these with the -- Air Force One arriving?

14   A.  Well, yeah.  I mean, the majority of the ones when he

15   lands in West Palm.  We always apply to see the landing and

16   are usually denied.

17   Q.  Right.

18           Are you aware of any events besides the 7th, the

19   14th and the 22nd where Air Force One has landed and the AP

20   has not been there at -- not had a photojournalist there?

21   A.  Sir, I just don't know.  I'm not sure off the top of my

22   head.  But -- I don't want to speculate.  But if -- I would

23   say that they would allow us to do, you know, one here and

24   there.  But certainly not what we were doing before, which

25   was every single one.

Vucci - CROSS - By Mr. Hudak

```
1    Q.  Right.

2              Well, that's what my question is.  Every single

3    one since March 1st, the AP has been there.  Correct?

4    A.  I don't --

5    Q.  You don't know?

6    A.  I don't know.  I don't think that's true, though, but I

7    would have to look.  I'm not calling you a liar, sir.

8    Q.  Do you recall any landing tarmac event that the AP has

9    not been at since March 1st?

10   A.  Again, I'm not -- I'm not sure.  Here's the thing, man.

11   I don't work weekends.  So this guy goes -- so --

12              THE COURT:  Seniority does have its privileges.

13              THE WITNESS:  So it's someone else's deal.  I wish

14   I could help you.  I just don't know.

15              You know, I get, like, the text messages saying:

16   Look, we were denied; they're not letting us do this;

17   they're not letting us do that.  But, you know, I'm sure we

18   could sit down and get together and figure out what we have

19   been invited and what we have not, what we've been allowed

20   to do and what we haven't been allowed to do.  We would love

21   to do all of them.  That would be ideal.  That's our role.

22   BY MR. HUDAK:

23   Q.  Sitting here today, you cannot testify on behalf of the

24   AP that they have been excluded from a tarmac event since

25   March 1st?
```

1    A.  I mean, I wouldn't be the person to tell you that, sir.

2    Q.  If we look at Government Exhibit 24, you see this is a

3    photo from the Philadelphia International Airport landing on

4    March 22nd.  Do you see that?

5    A.  Yes, sir, I do.

6    Q.  And you see the photographer here is Chris Szagola,

7    S-Z-A-G-O-L-A?  Do you see that?

8    A.  Yes, sir, I do.

9    Q.  And my apologies if I'm butchering his name.  But --

10   A.  I don't know him either, so you can say it however you

11   want.

12   Q.  Is Mr. Szagola an AP photojournalist?

13   A.  No, sir.  He's a freelancer.

14   Q.  But he appears to have been hired by the AP for this

15   event?

16   A.  Yeah.  Yes, sir.  For that day.  And where it says

17   by-line title, it says FRE.  That means freelancer.  So you

18   can tell a staff photographer versus a freelancer versus --

19   FRE versus STF.  So -- for your future, you know, research.

20   Q.  That's very helpful.  Thank you so much.

21   A.  Yes, sir.

22   Q.  But you see the copyright here is owned by the

23   Associated --

24   A.  Yes.

25   Q.  -- Press?

1     A.  Yes, sir.  I'm sorry.  I keep cutting you off.  I'm

2     sorry.  I'm so eager to answer your questions.

3     Q.  You're all good.  I'm not going to be the one that yells

4     at you.  She's going to be the one that yells at you.  So

5     it's fine.

6            But if you would allow me to finish, because it

7     does make it easier on the court reporter.

8            Flipping back to a few more east room events

9     where --

10            THE COURT:  Mr. Hudak, let's --

11            MR. HUDAK:  We're almost done.  I just want to

12     cover the landscape.  We're almost done.  I will speed up.

13     BY MR. HUDAK:

14     Q.  Do you recall the -- an event celebrating St. Patrick's

15     Day at the east room on March 12th, 2025?

16     A.  I was not there, so I'm not 100 percent sure.

17     Q.  Do you know if an AP photojournalist was there?

18     A.  I don't.  We have all this information somewhere -- oh,

19     it looks like Alex Brandon was there.  There is an AP staff

20     photographer.

21     Q.  Right.

22     A.  He's amazing.

23     Q.  Moving to March 20th, there was an east room event

24     with -- for a signing of an executive order on education.

25     Do you recall that?

1    A.  Yes, sir.  I saw the news.  I believe I may have been on

2    vacation.

3    Q.  Okay.  And do you know if an AP photojournalist was

4    there?

5    A.  Yeah.  Ben Curtis.  Legendary photographer.

6    Q.  Moving forward to March 24th, there was a Greek

7    Independence Day celebration at the White House in the east

8    room.  Do you recall that?

9    A.  Again, I was -- I believe I was on vacation.

10   Q.  But do you recall whether an AP photojournalist was

11   present at that event?

12   A.  Yes, sir.  I'm looking at a photograph by Jacquelyn

13   Martin, who is an AP staff photographer.

14   Q.  Just yesterday, there was a Women's History Month event

15   in the east room of the White House.  Do you recall that?

16   A.  I wasn't at the White House yesterday.  I was preparing

17   for this.  So -- but yes, sir, I believe you.  Let's see.

18   Who is it this time?

19   Q.  Was there a --

20   A.  Jacquelyn again.

21   Q.  -- a photojournalist there from the AP?

22   A.  Yeah.  So I'm looking at a photo by an AP staff

23   photographer, Jacquelyn Martin.  So we were allowed into

24   that event.

25   Q.  Okay.  And I think you testified on direct examination a

1    little bit of this -- and this is my last line of questions.

2    As a photojournalist, you're not just simply capturing an

3    image of the room.  That's not just your job, is to take

4    random photos.  Correct?

5    A.  Yes, sir.

6    Q.  It is to -- you've been trained as a photojournalist to

7    observe and capture moments such as the one on the screen

8    here that have to do with events surrounding the main

9    activity that is going on in the event.  Correct?

10   A.  The idea as a photojournalist is to show our members,

11   our viewers, what's happening, what's going on here,

12   what's -- you know, everything in this room is important.

13   And of course what the president is saying is extremely

14   important as well.

15   Q.  And through images, you're trying to capture the mood of

16   the room.  Correct?

17   A.  Yes, sir.

18   Q.  And you have the ability to communicate those things to

19   your counterparts at the AP in realtime.  Correct?

20   A.  Yes, sir.  Ideally, it would be realtime.

21   Q.  You also want to capture what notable people are at

22   these events.  Correct?

23   A.  Yes, sir.

24   Q.  And you want to capture things like even when a sleepy

25   child is thinking about women's history in their dreams as

1    opposed to listening to the president's speech.  Correct?

2    A.  Yes, sir.

3    Q.  Again, you have the ability to communicate all that to

4    your AP colleagues, both on the text side and on the

5    photojournalist side.  Correct?

6    A.  Yes, sir.

7              MR. HUDAK:  Your Honor, no further questions.

8    Thank you.

9              THE COURT:  I actually had a couple questions for

10   you, sir.

11             First, it's fair to say that you can take

12   flattering pictures of someone or unflattering pictures.

13   Right?

14             THE WITNESS:  Absolutely, sir.  And that's an

15   extremely important point, actually, sir.  I can go into an

16   event and I can make someone look like a buffoon or I can

17   make someone look like a hero.  So the idea is that a

18   professional photojournalist that has, you know, a good

19   heart, a good soul, and an idea of, like, what's happening

20   in front of them, to be fair, be accurate, be fast -- that's

21   the role of the photojournalist, is to be fair, be accurate

22   and be fast.

23             THE COURT:  And so I understand you have had

24   different access since, well, the last month and a half.

25   Has that caused you to change how you take the photos that

1    you do have access to?  In other words, are you taking more

2    pictures of the president picking his nose or more pictures

3    of the president smiling as a result of this ban?

4              THE WITNESS:  No, sir.  My approach hasn't

5    changed.  I'm a professional.  So I do my job the same now

6    as I would before.

7              THE COURT:  And I think you had a question from

8    Mr. Tobin about, you know, you haven't been able to go into

9    the east room as often as you did in the last

10   administration.

11             How frequently would you say there were east room

12   events last year that you went into?

13             THE WITNESS:  Sir, every single event that ever

14   happened with the president of the United States, I was

15   there or an Associated Press photographer was there.

16             THE COURT:  I understand that.  I'm asking how

17   often.  How many times were there?

18             THE WITNESS:  Depending on the president's

19   schedule.  So if he had five east room events, I would be in

20   five.  Is that what you're asking me, sir?  I'm sorry.

21             THE COURT:  I'm asking -- I mean, Mr. Hudak has

22   gone through -- I don't know -- four or five events, just

23   east room events, just in the last few weeks.  Were there

24   four or five events in the east room per month last year?

25             THE WITNESS:  I mean, I believe there's probably

1    way more than that.  We do have a sheet that would have all

2    the events that we were denied access to.  So you would be

3    able to look at that and say, Hey, they were allowed into

4    three and there were -- and 15 were held, or whatever the

5    numbers are, sir.  I wouldn't be able to speak to that.  I'm

6    sorry.

7              THE COURT:  I'm asking about last year.

8              THE WITNESS:  Last year?

9              THE COURT:  Yes.  Were there a lot of events last

10   year in the east room?

11             THE WITNESS:  With President Biden?

12             THE COURT:  Yes.

13             THE WITNESS:  Sure.  I mean, yeah.  I guess a

14   normal amount.  I don't know -- I would have to look at the

15   numbers, sir.  I'm not 100 percent sure.  But he did use the

16   east room.

17             THE COURT:  Okay.  And how about the Oval Office?

18   How many Oval Office events would you say there were in 2024

19   a month?

20             THE WITNESS:  Gosh, I don't know, sir.  I guess it

21   all depends on the news of the day.  I wish I had this

22   prepared for you.  I would have been better at this.

23             THE COURT:  No, that's fine.

24             THE WITNESS:  But I mean, sort of -- it depends on

25   the news of the day, what's happening.  You know, so it

1    could be a really busy week and we see him five times, or it

2    could be -- you know, we're not in the Oval Office; you

3    know, he's working behind the scenes.  So it really depends

4    on the president's schedule.

5                THE COURT:  Okay.  Thank you.

6                Redirect.

7                THE WITNESS:  Does that help, sir?

8                THE COURT:  Yes.

9                THE WITNESS:  Did I answer your question?

10               THE COURT:  You did.

11                      REDIRECT EXAMINATION

12    BY MR. TOBIN:

13    Q.  Mr. Vucci, I think the Court is trying to get some

14    empirical understanding of whether there is a real decrease,

15    a real chill, in your ability to get into the rooms.  So as

16    best as you can, can you talk about the empirics before and

17    after?  As specifically as you can.

18    A.  Yeah.  I mean, like I said before, if there was ten

19    events that week, we would be in all ten.  Now, it's -- it's

20    a win for us to get into one event a week.  And, you know,

21    we're talking about -- you know, he pointed out, like, you

22    know, three or four east room events, but that's over, like,

23    a monthlong period.  I mean, you know, my colleagues are

24    going into these things every single day.  And we're not.

25    Q.  By your colleagues, do you mean --

1    A.  My competitors.  I'm sorry.

2    Q.  And have you ever shown up since the ban -- just call it

3    the ban, to mark the calendar.  Since the ban, have you

4    shown up for events and asked to be admitted?

5    A.  Every single time, sir.

6    Q.  Even when your RSVP isn't accepted?

7    A.  Yes, sir.

8    Q.  And what have you been told?

9    A.  "No."

10   Q.  You've been told that by the White House staffers?

11   A.  Correct.

12   Q.  Have you been given a reason?

13   A.  No, sir.

14   Q.  Have you ever been given a reason why others were

15   allowed in and you weren't?

16   A.  No, sir.

17           THE COURT:  Can you just explain that process?

18   What's the RSVP?

19           THE WITNESS:  Yes, sir.  So the night before, the

20   White House will put out a daily schedule for the next day's

21   events.  And if there's an east room event, they'll put an

22   RSVP link on there and they'll say, "Please RSVP by this

23   time."

24           So AP photographers will -- we will RSVP for

25   tomorrow's event.

Vucci - REDIRECT - By Mr. Tobin

1          And then you'll get an email back from the White

2     House saying whether or not you're approved or denied or,

3     you know, logistics of a call time -- what time to show up.

4     So we always fill out the RSVPs and then we will also show

5     up if we're -- if we don't hear back on the RSVP, we will

6     also show up to the meeting point.  So then the White House

7     will tell us face to face that we have been denied access.

8     BY MR. TOBIN:

9     Q.  And when you say "the meeting point," what do you mean

10    by that?

11    A.  Yes, sir.  So if you go into the east room, you meet at,

12    like, the palm room doors, it's called.  And that's where

13    we'll be escorted through the White House up the stairs and

14    to the east room.  So the meeting point will be at the palm

15    room doors.

16    Q.  That's where journalists collect when they're going to

17    an event?

18    A.  Yes, sir.  So if it's a 10:30 call time, meeting time,

19    we'll be there at, you know, 10:15, waiting.  The White

20    House will show up and they'll escort everyone upstairs.

21    And at that point we'll ask, Hey, can we cover this event

22    today?  They'll say no.  And we'll move on.

23    Q.  Do you know whether the capacity of the east room for

24    press people was filled to capacity for the events that you

25    were excluded from that you showed up for?

Vucci - REDIRECT - By Mr. Tobin

1    A.  I'm not sure, sir.

2    Q.  That's fair.

3    A.  It's a big room.

4         THE COURT:  And so -- thanks for explaining how it

5    works for the east room.

6         How about for the Oval Office?

7         THE WITNESS:  So the Oval Office, it would be --

8    the pool would gather at the briefing room doors, we call

9    it.  And so if they say the White House -- that the in-town

10   pool is going to meet at the briefing room doors at 10:00

11   a.m., I would show up at 10:00 a.m., hoping to get into the

12   event that day in the Oval.  And then they would deny me

13   access.

14        THE COURT:  So that process, has that been the

15   same process both this year and last year?

16        THE WITNESS:  Yes, sir.  It's the same process.

17   It's just -- and it's mostly the same organizations.  It's

18   just that the AP has been removed.

19        So -- and not only that, sir, but, like, what I

20   talked about earlier, like how we line up, so even -- it's

21   kind of like school.  You know, so we'll go to the doors

22   and --

23        THE COURT:  You're the line leader?

24        THE WITNESS:  Yes, sir.  I'm the line leader.  But

25   there is an order in which we line up.  So once we go to the

1    doors, we'll be in that order before the White -- the people

2    from the White House will show up to escort us in.  But

3    we're ready to go in that order.

4    BY MR. TOBIN:

5    Q.  Just a couple of quick questions.

6          The photographs that my friend Mr. Hudak showed to

7    you from the tarmac, those all appear to me to be the

8    president's arrival at a certain location.  Did you note

9    that?

10   A.  Yes, sir.  That's what it looked like to me.

11   Q.  Do you know if -- are departures -- when the president

12   leaves, say, from Andrews Air Force Base or from West Palm

13   Beach Airport, are those pool events as well?

14   A.  The Air Force One pool would cover those.

15   Q.  And have you been -- has the AP had an opportunity to

16   cover any of the president's departures since the ban began?

17   A.  I don't believe so, sir.

18   Q.  Has the AP asked and been denied the opportunity to

19   cover them?

20   A.  I'm sure anytime that a signup went out to cover

21   anything with the president of the United States, the AP

22   begged to be included.

23   Q.  And was not included, to the best of your knowledge, in

24   the --

25   A.  Correct.

Vucci - REDIRECT - By Mr. Tobin

1    Q.  -- departures?

2    A.  Correct.

3    Q.  I'll also remind you that Mr. Hudak showed you an NPR

4    website cover that had an AP photograph on it.  You saw

5    that?

6    A.  Yes, sir.

7    Q.  And you expressed your views about --

8    A.  Well, seeing an AP photo from that day on one website

9    doesn't make me feel better about the play.  So it was -- it

10   was a slaughter.

11   Q.  Understood.

12          Just to focus on NPR for a minute, though, do you

13   know if AP -- certain AP subscribers have any obligations to

14   use only AP photographs and not anyone else's?

15   A.  I'm not sure, sir.  I don't know about that.  I wish I

16   could help you.  I'm sorry.

17   Q.  No.  That's fine.

18          THE COURT:  Do you know the relationship between

19   AP and AFP?

20          THE WITNESS:  They're a competing wire service,

21   sir.

22          THE COURT:  Okay.  There's no relationship?

23          THE WITNESS:  Yes, sir.

24          THE COURT:  Okay.

25          THE WITNESS:  No relationship.

1    BY MR. TOBIN:

2    Q.  For the east room events where AP is relying on others'

3    photographs, do you have any idea who else is in the room

4    who's not pictured in a photograph?

5    A.  I don't, sir.  And that's part of the problem with this

6    whole thing, is that we're relying on, you know, others to

7    provide us images.  But those -- and they're graciously

8    doing it.

9          But the issue is, like we talked about earlier,

10   like Zeke might give me a heads-up on a story that we're

11   working on.  Well, you know, my competitors that are

12   graciously providing these images, they don't know what

13   we're doing, what we are working on.  So I might have a big

14   story coming up about someone that's going to be in this

15   east room event.  You know, they're not going to know.

16          So it's -- you know, there's a whole rack of

17   issues.  But that's one of them.  The speed, again, is the

18   most important thing.  And -- it's a real lag time.

19   Q.  It's not just about the photograph, the thing itself.

20   It's about the opportunity to be there, to decide what else

21   you want to photograph?

22   A.  100 percent.  Yes, sir.  Absolutely.  Being in that room

23   is vitally important.

24   Q.  I'm going to ask Mr. Mishkin to display an image.  I'm

25   going to ask you just a couple of questions about it.

1          Do you see an image in front of you on the --

2    A.  Yes, sir.  It's an image of a bunch of front pages.

3    Q.  Okay.

4          MR. TOBIN:  For the Court's reference, this is

5    contained in Mr. Elswick's declaration, Paragraph 16.

6    BY MR. TOBIN:

7    Q.  Can you tell the Court, what is the image that we're

8    looking at?

9    A.  It's an Oval Office meeting with Zelensky and President

10   Trump, a wild Oval Office meeting.

11   Q.  All right.  And these -- it's displayed on a variety of

12   media on the image you're looking at.  Just -- can you put

13   words to what that media is that we're looking at?

14   A.  As far as -- I'm sorry.  Say that one more time, sir.

15   Q.  You talked about the photograph.  But there's more here

16   than the photograph.  It's a photograph displayed in certain

17   places.

18   A.  Yeah.

19   Q.  What is it?

20   A.  Yes.  So I'm looking at front pages from -- it looks

21   like all over the country, with this meeting between

22   Zelensky and --

23          THE COURT:  All over the world, right?  All over

24   the world?

25          THE WITNESS:  I'm sorry.  Yes, sir.  All over the

Vucci - REDIRECT - By Mr. Tobin

1    world where -- between -- this meeting with Zelensky and

2    Trump.

3              And so when he showed us the photo from -- our

4    photo from that room -- I established that he's an amazing

5    journalist.  But you see some of the photos in here and the

6    moments that we have here with -- if you look at this

7    *New York Post* cover here, with -- that moment with Trump

8    pointing and kind of like -- not yelling, but, like, really

9    adamant about it, and Zelensky has this -- I mean, as a

10   photographer, that's what I need.  That's what I'm looking

11   for.  And if I don't have that, then we're going to take a

12   big loss.

13   BY MR. TOBIN:

14   Q.  And on that image that you referred to on *The New York*

15   *Post*, is that an Associated Press photograph?

16   A.  I don't believe so.  No, sir.

17   Q.  Looking at this page and being familiar with the events

18   that day, does it appear to you that any of these are

19   Associated Press photographs?

20   A.  No.  No, sir.  Not that -- no, sir.  I don't see any of

21   ours.

22   Q.  Does this represent a good visual depiction of the loss

23   of opportunity that the AP has been suffering by being

24   excluded from -- photographers being excluded from events in

25   the Oval Office?

1    A.  Sir, I would argue it's bigger than this.  I mean, these

2    are front pages, and that's important.  But I mean, it was

3    also the websites, the phone apps.  Everything.  We got

4    absolutely -- we're getting destroyed as far as the play

5    goes.

6    Q.  Okay.  And Mr. Hudak asked you about analytics and, you

7    know, quantitative analyses.  And you were candid; you don't

8    have that.  How do you know that the AP lost all the

9    opportunities that you're talking about, apart from this

10   visual that I'm showing you?

11   A.  I mean, it's the same way I know that the sky is blue.

12   It's what I do for a living.  You know, I can clearly see

13   it.

14   Q.  It's based on your 21 years as a professional

15   photographer for the AP?

16   A.  Yes, sir.

17          MR. TOBIN:  Your Honor, we have nothing further

18   for Mr. Vucci.

19          MR. HUDAK:  Your Honor, just a few followups,

20   based upon what Mr. Tobin said.  I'm sorry.  He introduced

21   something about the tarmac and issues that they haven't been

22   at the tarmac.

23          They've been at every tarmac even since March 1st.

24   He talked about --

25          THE COURT:  Mr. Hudak, we're not going to do

```
 1    re-redirect.

 2              MR. HUDAK:  Thank you, your Honor.

 3              THE COURT:  All right.  Let's take a ten-minute

 4    break.

 5              Thank you, sir, for your testimony.

 6              THE WITNESS:  Yes, sir.  I appreciate it.

 7              (Witness excused.)

 8              (Thereupon a recess was taken, after which the

 9    following proceedings were had:)

10              THE COURT:  All right.  Mr. Tobin.

11              MR. TOBIN:  Your Honor, the Plaintiff calls Zeke

12    Miller.  And Mr. Mishkin will question Mr. Miller.

13              THE COURT:  All right.  Thank you.  Mr. Mishkin.

14              THE COURTROOM DEPUTY:  Please raise your right

15    hand.

16              ZEKE MILLER, PLAINTIFF WITNESS, SWORN.

17              THE COURT:  Good morning, sir.

18              THE WITNESS:  Good morning.

19                        DIRECT EXAMINATION

20    BY MR. MISHKIN:

21    Q.  Good morning, Mr. Miller.

22    A.  Good morning.

23    Q.  What's your current job title?

24    A.  The chief White House correspondent for the Associated

25    Press.
```

Miller - DIRECT - By Mr. Mishkin

```
 1              THE COURT REPORTER:  Sorry.  Could I get the
 2    spelling of the witness's name for the record?
 3    BY MR. MISHKIN:
 4    Q.  Would you mind giving and spelling your full name for
 5    the record, please.
 6    A.  Sure.  Zeke, Z-E-K-E, Miller, M-I-L-L-E-R.
 7    Q.  Thank you.
 8              How long have you worked for the Associated Press?
 9    A.  About seven and a half years.
10    Q.  And how many White House reporters are working for the
11    AP at any given time?
12    A.  Our team is about seven or eight people and then, on any
13    given day, probably two to five of us are at the White
14    House, depending on the schedule.
15    Q.  You've submitted some declarations in connection with
16    this case, haven't you?
17    A.  Yes.
18    Q.  And have you read the pleadings and the filings in the
19    case?
20    A.  I have.
21    Q.  And are you aware that the Court provided the parties
22    with some questions that it was hoping we would answer today
23    at this hearing?
24    A.  Yes, I am.
25    Q.  And are you prepared to answer the questions that are
```

1    directed at AP?

2    A.   Absolutely.

3    Q.   Okay.  So focusing for now on the period before February

4    11, 2025, how often would you report on presidential events

5    and activities?

6    A.   That was our daily responsibility.  So any day I was at

7    the White House or working, essentially, at something I was

8    doing, it was going to be relating to the president, pretty

9    much.

10   Q.   How would you know on any given day what events you'd be

11   covering?

12   A.   The White House publishes a daily schedule -- I believe

13   Evan referred to it -- that usually goes out the night

14   before or sometimes early in the morning of a given day that

15   details that day's events.  Before you go on a trip, you may

16   get a more comprehensive trip schedule.  And then other

17   events that are sort of on the calendar that you know are

18   coming up.

19   Q.   Thanks.

20          Would you mind taking a look at the -- at what's

21   been premarked as AP Exhibit 7?

22   A.   Yes.

23   Q.   Is that the type of daily guidance that you were

24   referring to?

25   A.   Yes.  This is an example of the daily -- various daily

 1   emails that we get.

 2   Q.  And these are records that you're familiar with and you

 3   receive on a regular basis?

 4   A.  Yes.

 5          MR. MISHKIN:  Your Honor, I'd move to admit AP

 6   Exhibit 7 into evidence.

 7          THE COURT:  Any objection?

 8          MR. HUDAK:  No, your Honor.

 9          THE COURT:  Without objection, 7 is in.

10          (Whereupon, Plaintiff's Exhibit No. 7 was entered

11   into evidence.)

12   BY MR. MISHKIN:

13   Q.  So if you look, the first day is February 24, 2025,

14   which is the last day operating under the old pool system.

15          There are some phrases here, when you look at the

16   calendar, that goes on from Page 1 to Page 2 -- I see the

17   phrase "closed press, open press, in-house pool and

18   pre-credentialed media."  I'd like briefly to just nail down

19   what each of those terms mean.

20          What is closed press?

21   A.  Closed press is an event that the president holds that

22   is generally not -- not intended to be open to the press.

23   Sometimes it's ultimately -- that designation changes.  It

24   can also be something like the president's intelligence

25   briefing which stays closed press, which is a meeting that

1    they are advising us that is happening, they want us to know

2    about, but not necessarily invite us into.

3                THE COURT REPORTER:  Sir, I'm going to ask you to

4    speak more slowly, please.

5                THE WITNESS:  Sure.

6    BY MR. MISHKIN:

7    Q.  What does open press mean?

8    A.  Open press means an event at the White House complex or

9    somewhere else that is open to anybody.

10   Q.  And what does pre-credentialed media mean?

11   A.  That's the White House soliciting RSVPs for an event, a

12   large event, where they can accommodate a large number of

13   journalists.  In this case, it was the east room for a press

14   conference.  So -- east room for a press conference.

15   Q.  And how --

16               MR. MISHKIN:  I'm sorry, your Honor.

17               THE COURT:  I guess, would pre-credentialed --

18   who's eligible for that pre-credentialed media?

19               THE WITNESS:  So an email like this goes out to,

20   in my experience, you know, thousands and thousands of

21   people around the White House's email distribution lists.

22               THE COURT:  So is that more than the hard pass

23   holders?

24               THE WITNESS:  I believe so.  I don't have the hard

25   pass list, but I just know, from our own shop, the number of

Miller - DIRECT - By Mr. Mishkin

 1    people who get White House emails who are not White House

 2    hard pass members who could plausibly RSVP.  It's a vastly

 3    different universe.

 4              THE COURT:  Okay.

 5              MR. MISHKIN:  Thank you, your Honor.

 6    BY MR. MISHKIN:

 7    Q.  And just to round it out, the in-house pool -- we heard

 8    Mr. Vucci testify about the pool.  Is that what he was

 9    testifying about, of the group of 13 or larger --

10    A.  Yeah.  In-house pool generally refers to a larger group,

11    roughly 21 journalists that cover -- that's a formulation

12    that was built for sort of intermediate spaces in the White

13    House, including the Oval Office, state dining room,

14    diplomatic reception room.  Basically, any event the

15    president did on the complex, sort of the smaller pool, the

16    13-person pool, is really built off of the limitations and

17    space constraints of Air Force One where there are 13 seats

18    in that press cabin for journalists.  And the 14th seat is

19    for a White House press wrangler.  But it's 13 for

20    journalists.

21    Q.  So you were saying pool events is not synonymous with

22    Oval Office events.  There could be an east room event that

23    is a pool event -- or an event in the east room that is open

24    only to the pool.  Am I understanding that right?

25    A.  Yes.  It's not -- there can be the president is hosting

1     a meeting of the nation's governors in the east room, and it

2     is only open to the pool, or the president is hosting a

3     state dinner in the east room and only the pool is brought

4     in.  And usually the pool that's brought in is that in-house

5     pool configuration.

6     Q.  Thank you.

7              So let's focus for now on pool events.  Prior to

8     February 11, how did AP participate in the pool?

9     A.  The AP was sort of a foundational member of the pool.

10    AP journalists were there for texts and for photos at every

11    pool opportunity, there every day physically at the White

12    House, when the president traveled, from call time, as Evan

13    described, to the lid.

14              THE COURT REPORTER:  Did you say "lid"?

15              THE WITNESS:  Yes, like a pot lid, L-I-D.  And

16    that's what we refer to -- it's sort of a term of art for

17    there's nothing more happening today.  And, on a trip,

18    that's sort of when you get back to the hotel or you drop

19    the president back off at the White House at the end of the

20    day.

21    BY MR. MISHKIN:

22    Q.  Thank you.

23              So prior to February 11, who selected the

24    membership of the pool?

25    A.  The pool was run by the White House Correspondents'

1    Association.

2    Q.   And did they pick the AP for two spots in the pool

3    because they really like the AP?

4    A.   No.   They granted AP that position of responsibility

5    given its reach.   You know, we talk a lot about the outlets

6    who are in the Washington press corps.   AP is there -- sort

7    of a pool within a pool, given its membership and an

8    audience that would reach to hundreds, thousands of outlets

9    across the country and around the world that don't have a

10   presence in Washington or the staffing or the budgetary

11   constraints to allow them to cover the president to serve in

12   the other pools.   So the AP is sort of there as their eyes

13   and ears on their behalf and, by extension, then, on behalf

14   of their readers, viewers, listeners.

15   Q.   Was the AP just sharing this information freely as a

16   public service?

17   A.   We'd be sharing it, distributing it -- distributing it,

18   sorry, with our clients, members and subscribers, whether

19   they'd be, you know, the *Des Moines Register* or a local news

20   station that takes a headline that we write and sort of

21   reads it out on air as breaking news, a radio station doing

22   the same thing, or a news website around the world.   So they

23   would all be -- you know, they are all members, subscribers,

24   and they get what we write and report.

25   Q.   So does any member of the -- and I'll flag this --

1              MR. MISHKIN:  This is a question directed from

2        your Honor.

3        BY MR. MISHKIN:

4        Q.  Would any member of the press pool routinely share --

5        freely share their work?  And was -- was that the AP who did

6        so?

7        A.  So the only -- every pool rotation -- so if we just go

8        off the 13-member Air Force One pool, because that's the

9        smallest configuration that's generally used -- three of

10       those slots are for television -- or for one television

11       outlet per day, and it rotates among the five major

12       television [indiscernible] --

13             THE COURT REPORTER:  I'm sorry.  Could you repeat

14       the last phrase?

15             THE WITNESS:  Three of those seats on -- in that

16       13-person rotation are given to one television outlet.  And

17       so -- today is -- on the 24th, it is Fox.  So Fox would have

18       a camera person, a sound person and a producer or

19       correspondent there that day.  And they would share what

20       they news-gather with everybody else in that television

21       pool, so the other four networks -- so that would be CBS,

22       CNN, NBC and ABC -- but to nobody else.  It would go to

23       their licensees beyond that universe.  It would be the same

24       for the radio pool.

25             Within the print pool, it's a slightly different

1    situation.  They do share their print text reports with the

2    other members of the print rotations.  In the pre-February

3    25th universe, the White House Correspondents' Association,

4    as part of its policies and procedures, had mandated that

5    those print pool reports be shared publicly and would be

6    emailed out publicly to everyone as a public service.  There

7    would be a delay in that just because it's a manual process

8    where they are -- how they're distributed.  It's not

9    instantaneous.

10   BY MR. MISHKIN:

11   Q.  Can I -- sorry to interrupt, but can I ask you how long

12   a delay we're talking?

13   A.  Well, it would depend on the event.  But if there are --

14   if there's a busy news event, the time it takes for those

15   pool reports to go out to the broader list that is

16   administered by the White House -- it goes out like a press

17   release.  You know, sometimes -- some of those delays have

18   been -- you know, have taken as long as hours.

19   Q.  Okay.  So -- and again, just to be clear, AP does not

20   freely share its -- when it was in the pool, AP did not

21   freely share its text reporting with other members of the

22   pool.  Only if those members of the pool happened to be AP

23   customers?

24   A.  Which was the vast majority of -- not just outlets in

25   the pool, but news outlets in the country and around the

1    world.  In fact, those outlets relied on us to get their

2    initial stories out if breaking news was happening.  Even if

3    they were in the pool, they would often rely on our coverage

4    to determine if they needed to write something themselves.

5            In this era of, you know, contracting media

6    business, you know, a news organization might only have one

7    person to cover all of Washington, or maybe nobody to cover

8    Washington.  So they would rely on us to fill that gap and

9    they can figure out how best to allocate their own

10   resources.

11   Q.  Let's --

12           THE COURT:  I want to make sure I understand this.

13           MR. MISHKIN:  Please.

14           THE COURT:  So you said one television outlet

15   would share among the other television outlets.  Correct?

16           THE WITNESS:  Yes.

17           THE COURT:  And one print reporter would share

18   among the other print reporters; is that correct?  Go

19   through with me again how the sharing is.

20           THE WITNESS:  Yeah.  They would share with the

21   other print reporters.  And then that print report would

22   also be shared to the broader public as sort of a public

23   record of the president's activities.

24           It usually gets distributed by the White House, by

25   the press wranglers who are the press assistants at the

Miller - DIRECT - By Mr. Mishkin

 1   White House.

 2          And just -- just to be very careful, in the Air

 3   Force One travel pool, it came up in some of the

 4   declarations that the WHC seat was a second print person.

 5   So at times, depending on the configuration of the pool,

 6   there might be two print people distributing all of their

 7   reporting.  But it was -- they were the only -- they

 8   produced the only work product that was freely disseminated

 9   to anyone outside of those who were participating in the

10   pool who are footing the expense and -- in both time and

11   money of contributing to the pool.

12          THE COURT:  And to be clear, you are not a print

13   reporter?

14          THE WITNESS:  I write text, but I'm a wire service

15   reporter.

16          THE COURT:  Okay.  And so under the old regime,

17   there was no requirement for you to share with anyone.  Is

18   that correct?

19          THE WITNESS:  Outside of our distributing to our

20   licensing customer/subscriber -- that's what I did.  I

21   distributed to our clients and members and customers.

22          THE COURT:  Okay.  Thank you.

23   BY MR. MISHKIN:

24   Q.  And just to button that up, under the old system, the

25   other wire service reporters were not sharing with you -- I

1    suppose if AP happened to be a customer of another wire

2    service, they might, you know, receive their reporting, but

3    otherwise it's not -- the other wire service reporters

4    weren't sharing.  Is that right?

5    A.  Exactly.  My understanding is some of them are customers

6    of the AP and subscribed to the AP.  But we were

7    competitors.

8    Q.  So I want to talk physically about how you reported the

9    news when you were in -- participating in the pool.  And

10    again, I'd sort of like to ask a question that your Honor

11    posed to Mr. Vucci, which is, you know, I think we've heard

12    about how quickly -- how, in real time, AP photographers

13    could get their photography out on the wire.

14            How quickly, when you were in the pool, could you

15    be reporting the news out to the public?

16    A.  In near real time.  I mean, in some cases, it's really

17    the speed of electrons.  I technically have the ability to

18    direct-file to the wire from my phone.  It's not something I

19    use.  We like to have a couple of eyes on something just to

20    be absolutely safe.

21            But usually -- I mentioned we have seven or eight

22    people on my team.  We have two White House editors.  At any

23    given event, there are three or four of us watching; we're

24    communicating in real time in Slack, which is our

25    messaging -- in-house messaging, you know, provider.  And we

```
 1    are having a running conversation.  They're asking me

 2    questions.  I'm reporting on what I'm seeing.

 3            I will type out a proposed news alert, and then my

 4    editor may grab that verbatim and plug it into our CMS and

 5    hit "publish" on that quickly.  It could be -- you know, I

 6    am regularly in events and seeing, you know, a push alert

 7    from our digital team of, you know, the headline I had

 8    written minutes before while the event is still going on.

 9            THE COURT:  So utilizing my rudimentary

10    understanding of how this works, you know, I'll see a news

11    alert, quite possibly from you, on my iPhone.  I hit it and

12    that brings up a story, though.  Right?  Like, that --

13    you're not doing the story on your iPhone in real time?

14            THE WITNESS:  Hopefully -- sometimes -- if it's

15    truly a breaking news situation, you actually might not see

16    a story, depending on how quickly you click.

17            Our goal is to get -- is to follow up a news

18    alert, which is limited to 120 characters; that's sort of

19    the -- that product, and that's a major news event -- is to

20    follow that up within three to five minutes with some form

21    of sort of -- of the beginnings of a story.  We call it a

22    fast file.  Roughly 120 words with, you know -- if we have

23    nothing else on the wire.  If we have an existing story for

24    an event that we're anticipating and then we are updating

25    it, we can -- it might link back to that older story, and
```

Miller - DIRECT - By Mr. Mishkin

1    then we will -- we call it a write-through to that story and

2    update it.  And we may do dozens of write-throughs on a

3    story on a given day.

4    BY MR. MISHKIN:

5    Q.  Can I follow up on the judge's question?

6         In that process -- you're in the room.  You are

7    communicating live with your colleagues at the AP.  Your

8    text reporting may be going out live, or functionally live.

9    Your colleague, Mr. Vucci, might be in the room.  He's

10   taking photographs.  Those photographs, as he said, are

11   transmitting live.  At what point do they get wedded

12   together?

13   A.  They get wedded together by our editors in our bureau

14   who will match that breaking news story with a photo.  They

15   also have the ability to -- if we have a story out, to

16   attach new photos on it while one of my colleagues is adding

17   the latest quotes in.  You know, it's an iterative process.

18   So we might start off with 120 characters and one photo --

19   sorry; 120 characters and no photo -- then 100 words and one

20   photo, and then 300 words and, you know, five photos, and

21   then building up to a fuller story.  And that will be what

22   you might see in your newspaper that day, the next morning

23   or, you know, somewhere -- in some other format later that

24   day.  But it's -- you know, at any given point, it's

25   designed to be utilized by a different media provider, you

Miller - DIRECT - By Mr. Mishkin

1    know, at that very instant.

2    Q.  So when you were in these Oval Office events -- well,

3    when you were in pool events -- and let's focus for a second

4    on Oval Office events -- did the president always take

5    questions?

6    A.  No.  It's purely at the discretion of the president.  We

7    may ask questions, depending on the event and the tone of

8    the event.  There are certainly events where we might not

9    necessarily ask questions, you know, but it's purely at the

10   discretion of the president whether or not to take them or

11   not.

12   Q.  And are there pool events where you're not -- you are

13   purely observing what's happening in the room?  You're not

14   interacting with, you know, the officials and guests who are

15   in the room?

16   A.  Very, very many of them.  We may be, you know, 20, 30

17   yards from the president, not -- you know, plausibly in

18   shouting distance.  I'm not the loudest person.  But, you

19   know, you would have to -- it's not conducive to an

20   interview.

21          You would -- you know, at most, somebody can hear

22   a word, and it's analogous to -- you might be able to hear a

23   word, but you can't have sort of a substantive conversation

24   like you would in an interview.  It's -- you're at great

25   distance.  It would be like me sitting here to the folks

1   sitting out there in the gallery, you know.  They're the

2   attendees at the event.  I'm just there to witness what is

3   said and what the reaction is, what else is happening in the

4   room.

5   Q.  Have you conducted interviews of presidents or other

6   sort of senior government officials?

7   A.  Yes.

8   Q.  I want to get back to a question the judge asked very

9   early in the hearing, which is, can you illustrate the

10  difference between an interview and participating in a pool

11  event?

12  A.  Yes.  An interview is one on one or a small group on --

13  the president and maybe a small group of advisors.  When I

14  said -- during President Trump's first term, he did an

15  interview with myself and two other Associated Press

16  journalists.  We had a photographer in the room.  It was

17  *Time Magazine* before that.  We did a joint interview with

18  the president.  It was myself and two of my colleagues.  And

19  then we had an on-the-record dinner with the president

20  that -- that he invited the vice president to and some other

21  folks to.  And so it was a smaller group setting, you know,

22  in the Oval Office or the blue room or somewhere else.  But

23  it was exclusive.  We determined when it ran.  We had

24  control over how it was -- you know, we decided it's going

25  to run on Tuesday; here's what the framing was going to be.

```
 1            So there's not necessarily the sense of
 2   competitive pressure that you get from a pool event where,
 3   you know, the president is having an event; he's doing
 4   something; we are there to see him sign a bill, executive
 5   order, meet with a foreign leader.  We're there to witness
 6   it.  You know, it's possible he may take questions.  He may
 7   not.  But that meeting was going to happen whether or not we
 8   were there.  The interview, you know, was with myself or one
 9   of my colleagues.
10   Q.  And when you're at a pool event or a larger event, does
11   the White House have its own content creators there?
12   A.  Oh, absolutely.  In addition to the press pool, there is
13   what's known as the White House communications agency.  It's
14   a military service -- they're service members.  They provide
15   a camera crew that documents everything the president does.
16   They travel with us on Air Force One.  They're at the White
17   House, around the world.  There are White House
18   stenographers who provide a true written record of
19   everything the president says.  They're in the pool sprays
20   with us in the Oval Office.
21            THE COURT REPORTER:  Sprays?
22            THE WITNESS:  Sprays.  It's -- sorry -- a term of
23   art.
24            And then they also have official photographers and
25   videographers and social media folks who are, you know,
```

Miller - DIRECT - By Mr. Mishkin

1    taking photos, videos and vertical video for, you know, X or

2    whatever platform that they can push out in real time.  And

3    they're in some ways doing that from the same Oval Office

4    events next to sort of bona fide journalists.

5    BY MR. MISHKIN:

6    Q.  And the White House has editorial control, so to speak,

7    of that content from the camera, the stenographer, the

8    video, the social media that's, you know -- in the White

9    House communications office.  Is that correct?

10   A.  Yes.  That's not journalism.  That's the White House's

11   media.

12   Q.  Okay.  Thank you.

13          So when you were reporting on a pool event -- we

14   heard from Mr. Vucci that he was sometimes in live

15   communication with his editors.  Were you in live

16   communication with your colleagues?

17   A.  At pretty much every event, there's -- at times there's

18   signal issues or connectivity issues.  But, you know, the

19   vast, vast, vast majority of the time, it's a running

20   conversation where I'm sending them notes or feeds, or I'm

21   on the receiving end of notes and feeds from my colleagues.

22          I'm thinking of, you know, when President Trump in

23   his first term went -- met with Kim Jong Un at the DMZ and

24   at one point briefly crossed into North Korea.  And we sort

25   of knew that was a possibility, and so we had had a

1    conversation before, like, that's an alert-worthy event.  So

2    we alerted the -- the meeting of these two leaders.  We

3    alerted the president stepping into North Korean territory,

4    the first American leader to do so.  We alerted when he was

5    safely back in the south.  And then, additionally, we

6    alerted the substantive discussions of that meeting.

7            So -- and that was a running conversation between

8    myself, who was in our workspace on a trip in South Korea,

9    and one of my colleagues, who was physically on the ground

10   in the DMZ crossing the border back and forth.

11   Q.  So the pool report -- the pool wire service reporter

12   who's participating in these events might be in

13   communication with AP colleagues all around the world in

14   real time as the reporting is happening?

15   A.  That's the strength and -- and expertise that he brings

16   to it is that our colleagues in Europe or Ukraine or Asia or

17   anywhere else around the world can join that conversation

18   and lend their expertise in real time.  So I can be in the

19   Oval Office and they can point out something interesting to

20   me or respond in real time to an announcement or "This is

21   important" or "This is significant," and help inform my

22   reporting, and that of my colleagues as well.

23   Q.  You mentioned sending alerts when President Trump

24   entered North Korea.  Who decides what's worthy of an alert?

25   A.  That's our own editorial judgment.  It's AP reporters

1    and editors who decide that.

2    Q.  The White House doesn't tell you this is alert-worthy or

3    not alert-worthy?

4    A.  Absolutely not.

5    Q.  And do all the wire services agree on what's worthy of

6    an alert and what's not?

7    A.  No.  We all have different standards and different

8    traditions and focus areas.  You know, for instance,

9    Bloomberg is well-established as sort of more focused on the

10   financial news services -- financial news wires -- sorry;

11   the financial industry -- and they may alert some things in

12   that space a little bit more freely than we might with an

13   audience that's more -- geared more to sort of the general

14   interest, you know, domestic and global public.

15   Q.  So again, let's focus just for one or two more questions

16   about before February 11.  When you were participating in a

17   pool event, who decided what details you should notice and

18   what you should write about and what was worthy of reporting

19   on?

20   A.  The Associated Press did.

21   Q.  And during those events -- can you recall any times

22   where you observed something by being in the room that you

23   might not have seen if you were, for instance, just seeing

24   it on a video feed?

25   A.  We talked about -- a few minutes ago about a governors'

Miller - DIRECT - By Mr. Mishkin

1    meeting, a hypothetical governors' meetings in the east

2    room.  And there was one in early 2022, like -- kind of the

3    height of one of -- of the Omicron wave of COVID-19.  And

4    then-President Biden was hosting the National Governors

5    Association in the east room for a pool event.  It was a big

6    rectangular table with, you know, 30 or 40 governors who

7    were in attendance sitting around there, and it was open to

8    just the pool, the in-house pool, I believe.

9         And I remember the press was escorted into the

10   room a few minutes before the president got there.  And I

11   remember noticing that the president's seat was the -- which

12   was doubly distant from all the other governors from each

13   other was the only one that had a glass of water on it and

14   that White House staff were going around encouraging

15   everybody to upgrade their masks from a surgical mask to an

16   N95 mask and that, when the president was in the room, he

17   was the only one permitted to remove his mask while he was

18   speaking.

19        We used that -- I mention that -- sort of going

20   into that detail because it became a story not that day, but

21   a day or two later about the extraordinary lengths that that

22   White House was going to to protect then-President Biden, at

23   that height of that public health emergency, from

24   contracting COVID-19.  And --

25   Q.  If I might, wasn't there a video panning around the

1    room, seeing all the people, so that you could have seen

2    there's a glass of water only in front of one person?

3    A.  Generally not.  In my experience, the television pool

4    cameras and the other cameras in the room are pretty solidly

5    trained on the president.  They may pan around if he's

6    talking to somebody else and there may be a separate cuts

7    camera, but they don't show the expanse of the space.  And

8    to my knowledge, no other reporter in the room had noticed

9    that detail in that moment.  It didn't make it into a pool

10   report or anything else.  We saved that in our notebook and

11   we used it a couple of days later for -- to inform our

12   reporting.

13   Q.  So would you say you agree with Mr. Vucci that when

14   you're in the room, you're looking at who's in the corner,

15   who's behind you, you know, the other people in the room

16   other than the president who might -- the people who might

17   not be on the camera?

18   A.  Absolutely.

19   Q.  So let's turn to February 11.  You're walking into the

20   White House for work.  Can you briefly tell me what happened

21   that morning?

22   A.  I was summoned to Press Secretary Karoline Leavitt's

23   office, which is located in -- so sort of the upper press

24   from the west wing.  It's the press suite up in one corner

25   of the west wing.  It's a three- or four-minute

1    conversation.  And she said she was just the messenger, but

2    the president wasn't happy about the Associated Press's

3    editorial decisions around the Gulf of Mexico, which he had

4    renamed the Gulf of America, that he had decided that we

5    would not be permitted into the Oval Office and that she

6    said that there was an event that day at around 3:00 for him

7    to sign executive orders and that we would not be permitted

8    into the Oval Office until we changed our policy, and said

9    that we should act quickly if we wanted to get into that

10   event at 3:00.

11   Q.  She directly said that the condition of getting into

12   that event was changing your editorial policy?

13   A.  Yes.

14   Q.  Did she hand you any information in writing?

15   A.  No.

16   Q.  Did you understand at the time the full extent of what

17   AP reporters would come to be excluded from?

18   A.  At that time, I did not.

19   Q.  What -- how did that scope of exclusion change?

20   A.  Immediately, I knew that 3:00 event on that -- on the

21   11th was at risk.  I didn't know that that later event that

22   the president added that was not in the Oval Office -- that

23   was in the diplomatic reception room -- that we would be

24   barred from -- we would be barred from for text.

25              I also didn't conceive at the time that we would

1    be banned from press conferences in the east room, from

2    tarmacs in, you know, West Palm Beach, that it would extend

3    from our text reporters to our photographers.  So at the

4    time, I could not have conceived of it.

5    Q.  I mean, you're the chief White House correspondent.  As

6    the scope of the exclusion has spread, has the White House

7    updated you?  Now you're no longer -- you know, you're not

8    going to be getting into pre-credentialed events anymore, or

9    now you're getting back into pre-credentialed events?  Has

10   that information been communicated to you?

11   A.  Nothing formally or directed towards me or to the

12   Associated Press.  The only -- so outside of the written

13   correspondence that I'm aware of between our executive

14   editor and the White House chief of staff.  And that is in

15   the record.

16           And then the public tweet from the deputy chief of

17   staff, Taylor Budowich, on the 14th, which is how I, and I

18   believe everyone, learned that the White House was extending

19   the ban from AP text reporters to AP photographers, and not

20   just at the White House, but also, later that day, when the

21   president was set to travel on Air Force One.

22   Q.  So we've seen from Mr. Vucci's examination that the AP

23   is continuing to report on presidential events after

24   February 11.  How are you still reporting on the White House

25   and other presidential events?

1    A.   We're reporting in delayed fashion.  It is not at the

2    same speed we would be able to accomplish that reporting as

3    when we were there in person.  It's also not necessarily the

4    same level of completeness that it would have been had we

5    been there in person.  We don't -- in some cases, we don't

6    know what we're not there to see.  But we're able to write

7    and report based off of secondhand observations, whether

8    they be from the pool report, the narrow lens of a

9    television camera what somebody is saying.  We capture some

10   of that at delay.

11          The Oval Office often is not fed -- we call it fed

12   live to the world.  They -- as Evan described, they play it

13   back after the event concludes most of the time.  Sometimes

14   that changes.

15          But even when the events are live, we're limited

16   by what the camera is focused on, and we can't swivel our

17   heads, like we would if we were there in person.  We're

18   relying on print pool reports that are delayed, other

19   communications, the AI transcripts and things like that that

20   are not nearly as reliable as having a real, live human

21   being there who you can engage with and say, Is this what

22   the president just said?  Or, What's happening in that

23   corner?  Who else is in that room?  What else is happening

24   there?

25          We can't have that back-and-forth anymore.  And

Miller - DIRECT - By Mr. Mishkin

1    that's really impacted our ability to do our jobs.

2    Q.  Can you still ask your colleague, Mr. Vucci, Hey, I'm

3    going to be doing a feature on some White House aide in a

4    week; can you get a photograph of them for me?

5    A.  Certainly not with the same ease.  We don't see White

6    House officials.  We don't see the president nearly as much

7    as we did before this ban took effect.

8    Q.  So can you give me an example of reporting -- of your or

9    AP's reporting that's been delayed as a result of not being

10   in the room?

11   A.  I believe in early March, the president was -- there was

12   a -- was holding an Oval Office event where we knew he was

13   going to extend the deadline for when tariffs were going to

14   kick in on Canada -- sorry -- on Mexico.  And while the

15   event was taking place, the president, we now know, had

16   volunteered to reporters who were in the Oval Office as he

17   was signing this additional paperwork to effectuate the

18   delay that he was also delaying those tariffs on Canada as

19   well.

20          Our competitors, who were in the room, were able

21   to -- they were able to understand what was happening and

22   able to get that news out in, basically, real time.  The AP

23   being barred, at that point, for a few weeks, we were not

24   there.  We didn't see it.  It took us nearly 40 minutes, I

25   believe, until we were able to actually get that reporting

Miller - DIRECT - By Mr. Mishkin

1    out.

2    Q.  Let me see if I can make that precise for you.  Can you

3    take out what's been premarked AP Exhibit 1 and AP Exhibit

4    2, please?

5    A.  Yes.

6    Q.  Do you recognize AP Exhibit 1?

7    A.  Yes.  It's an AP news alert.  It's just an example of

8    what an alert looks like.  That's the one from that event

9    after the -- that event had already concluded at the -- or

10   maybe towards the tail end of that event.  I can't remember

11   the exact timestamp, but it was well into that event when

12   the president signed the order delaying the tariffs on

13   Canada for a month.

14   Q.  And do you recognize AP Exhibit 2?

15   A.  I'm sorry.  I'll try to slow down.

16            Exhibit 2 is a screen grab, I believe, of a page

17   on X, the platform formerly known as Twitter, of an alert

18   filed by our competitors at Bloomberg:  The U.S. pauses

19   tariffs on Canada, Mexico USMCA trade until April 2nd.  And

20   that was filed at 2:48 p.m., is when that was on X.  And our

21   alert was not filed -- just doing the math on GMT, that

22   would be 3:27 p.m. Eastern time versus 2:48 p.m. Eastern

23   time by Bloomberg.

24   Q.  So you're behind your competitors now?

25   A.  Yes.  39 minutes.

1    Q.  Okay.  Why can't your customers just see the alert on

2    Bloomberg?  Aren't they getting both alerts?

3    A.  No.  I mean, in fact, you're only seeing this as a

4    printout on X because that Bloomberg News wire is not shared

5    widely outside of its own subscribers.  In that interim

6    period, they might have seen some social media posts, but

7    they wouldn't have had any original reporting to verify

8    that.  Many of our members, customers and subscribers only

9    subscribe to the AP.  They rely on us for the vast majority,

10   in some cases, of their primary-source news.

11          And so until we are able to verify it and

12   understand what the president said to a level that met our

13   standards -- you know, we understand that they were hurting,

14   but we were hurting.  We couldn't put it out on the wire

15   until we were able to verify it.

16   Q.  Sure.  So I want to turn to pre-credentialed events,

17   briefly.  And, you know, we can go past some of what

18   Mr. Vucci testified to about the RSVP process.

19          I want to talk about since the ban, has any AP

20   text reporter, AP White House text reporter, been able to

21   attend any east room or other pre-credentialed media events

22   in the White House?

23   A.  I mean, since February 11th, AP text reporters have been

24   excluded from every single -- AP White House text reporters

25   have been excluded from every single White House event other

1    than a handful of -- less -- fewer than a handful of West

2    Palm Beach tarmac arrivals.

3    Q.  You say tarmac arrivals.  Is that to distinguish from

4    tarmac departures?

5    A.  Yes.  Departures on the tarmac are generally open only

6    to the pool that will be with the president on Air Force

7    One.  So that shot of the president getting on Air Force One

8    is generally -- you know, from Palm Beach is open only to

9    those who -- the reporters that take a photo or a video of

10   the president boarding the plane from under the wing and

11   then board the plane themselves.

12   Q.  For some of those east room events where AP has not been

13   admitted, have you seen other journalists who didn't even

14   RSVP get permitted to attend?

15   A.  I'm aware of at least one where the journalist in

16   question mentioned it to me at the Indian -- when the

17   president hosted the Indian prime minister, when the AP text

18   was banned -- I believe it would have been the 13th of

19   February -- that -- I was turned away by a White House

20   staffer.

21           And the journalist said to me:  I didn't RSVP.  I

22   got in anyway.

23           I was turned -- I was personally turned away --

24           MR. HUDAK:  Your Honor, I would object.  This is

25   hearsay and inadmissible.  To the extent the Court is taking

1    objections based upon the Rules of Evidence, this would be

2    hearsay.

3                MR. MISHKIN:  I think it's a present sense

4    impression being offered by the other journalist as to how

5    he was able to get into an event.

6                THE COURT:  I'm going to overrule the objection.

7                MR. MISHKIN:  Thank you, your Honor.

8                THE WITNESS:  I personally was turned away by the

9    White House staffer.  And then the other journalists

10   communicated with me that they were not -- they had not

11   RSVPed, they had forgotten to, and were subsequently allowed

12   into the event, and they communicated that to me.

13   BY MR. MISHKIN:

14   Q.  Thanks.

15               MR. MISHKIN:  And we're done with AP Exhibits 1

16   and 2, so I'd like to move them -- move their admission,

17   your Honor.

18               THE COURT:  Any objection to 1 and 2?

19               MR. HUDAK:  No objection.

20               THE COURT:  Without objection, 1 and 2 are in.

21               (Whereupon, Plaintiff's Exhibit Nos. 1 and 2 were

22   entered into evidence.)

23               MR. MISHKIN:  Thank you.

24   BY MR. MISHKIN:

25   Q.  Have you seen any east room events or pre-credentialed

Miller - DIRECT - By Mr. Mishkin

1    media events in the White House where AP journalists were

2    excluded and multiple journalists from other news

3    organizations were admitted?

4    A.  Yes.  It's fairly common practice.  You see those iconic

5    shots of news anchors or correspondents in the east room who

6    are speaking before the president held a press conference or

7    some other event, or after the event is over.  One of those

8    television outlets will then -- any individual -- one of

9    them will have multiple camera people, sound technicians,

10   producers, in that space in order to enable that to happen.

11          So many of them -- and then, in addition to that,

12   you know, you may have multiple -- if -- if Reuters was --

13   Reuters is in the photo pool.  And they might have a second

14   photographer in for an event, so they can have one person at

15   the back and one person on the side.

16          So there have been many instances where multiple

17   journalists from the same outlet were getting into these

18   events, and AP was not.

19   Q.  So there are instances where, say, Reuters might have

20   two photographers admitted, AP has zero photographers

21   admitted.  Is that correct?

22   A.  Certainly in that late February period.

23   Q.  Now, I understand -- and this is in answer to your

24   Honor's question -- there are some events where foreign

25   correspondents, foreign AP correspondents, were able to

Miller - DIRECT - By Mr. Mishkin

1    attend these east room events.  Were they in your -- were

2    they able to adequately substitute for the AP White House

3    reporters in covering those events?

4    A.  They were not.  Evan got -- was able to speak

5    specifically to my colleague Mr. Chernov's work when

6    President Zelensky visited.  We flew in Sylvie Corbet from

7    our France -- our Paris bureau when President Macron visited

8    and Jill Lawless from our London bureau when Prime Minister

9    Starmer visited.

10           And they -- you know, they're very good

11    journalists, but they are not familiar, as we are, with

12    President Trump, with his team, with the physical space of

13    the White House.  They were communicating -- they weren't

14    familiar -- they don't work with our White House team that

15    often.  They come in and help when these events happen.  We

16    communicate, you know, on Slack, but not in the same

17    real-time fashion.  So -- and they don't know all the

18    players in the room in the same fashion as we would.

19    Q.  Would they have been doing something else if they hadn't

20    been at the -- in the east room at the time?

21    A.  Oh, absolutely.  I mean, we would almost certainly not

22    have spent the expense to fly them in to cover an event in

23    the Oval Office or in the east room when, you know, myself

24    and my colleagues weren't 30 feet away and barred from

25    entry.  They have plenty of news to be covering in Europe

1    that we then had to find some way to cover, you know, either

2    with freelancers or overtime or -- you know, in both London

3    and Paris.

4              THE COURT:  Sorry.  I've got a question on that.

5              I take it when -- in the olden days, when the

6    president would travel internationally, you'd accompany him

7    in the press pool.  Right?

8              THE WITNESS:  Absolutely.  I mean, this is one of

9    those, you know, incredibly American exceptional moments

10   where the U.S. -- nobody travels like the U.S. president

11   with a truly -- at least before February 25th, with a truly

12   independent press pool.  That was -- you know, no other

13   foreign leader did it in quite the same way.

14             It was a point of pride, I think, for the United

15   States, certainly for the journalists who had the privilege

16   of accompanying any president.  I've had the privilege of

17   accompanying multiple presidents in that role.  You're

18   representing the United States the best -- you know, of the

19   First Amendment, freedom of the press.  We're out trying to

20   do our jobs --

21             THE COURT:  Sure.  But what I'm trying to get at

22   is, you would travel internationally to countries where you

23   had AP colleagues and, nonetheless, you would go?

24             THE WITNESS:  Yes.  Yes.  We don't do that

25   reciprocally.  A lot of foreign leaders don't travel with

Miller - DIRECT - By Mr. Mishkin

```
 1    larger -- with a large press corps or, in some cases, any
 2    press corps.  And also, we're predominantly U.S.-focused.
 3    We have a ton of international clients, but a lot of our
 4    members -- and our focus is heavily focused on the U.S.
 5    market.
 6              And also, we don't cover -- the -- no other world
 7    leader is covered like the president with sort of this,
 8    like, almost 24/7/365 coverage.  If the president does an
 9    event at any point, any time, any day, any -- you know,
10    Christmas, New Year's, Thanksgiving, somebody from the AP
11    will be there.  Actually, two people from the AP will be
12    there, at least, with a text and photo person, at least
13    before this all started.
14              THE COURT:  All right.  Thanks.
15    BY MR. MISHKIN:
16    Q.  Mr. Miller, how long have you reported on the White
17    House?
18    A.  About 12 and a half years.
19    Q.  And have you noticed a difference in the White House
20    press corps' interaction with the president, President
21    Trump, since AP's exclusion?
22    A.  In my expertise and my -- from what I have observed of
23    watching the events that have taken place since February
24    11th and reading the transcripts of those events afterwards,
25    I have noticed what I believe to be a softening tone and
```

1    tenor of questions that some reporters are asking of the

2    president in those formats.  Not every question; but as a

3    general matter, that's my general perception, is that

4    there's a change from after February 11th to before.

5    Q.  I'd like you to take a quick look at AP Exhibit 10.

6    It's a one-page tweet from Defendant Mr. Budowich.

7                THE COURT:  I see it.

8    BY MR. MISHKIN:

9    Q.  Do you recognize that tweet?

10   A.  Yes.

11   Q.  Did you see it when it was tweeted?

12   A.  I did.

13   Q.  What was your understanding of that when you read it?

14   A.  I saw that tweet and immediately thought that what the

15   White House had done to the Associated Press reporters and

16   photographers a couple of weeks before, they were

17   threatening to do that to one of our competitors and our

18   colleagues and friends at Reuters over the content of -- of

19   their reporting and their editorial decisionmaking, even

20   extending it further by, you know, going into the briefing

21   room as well to -- in retribution.

22               MR. MISHKIN:  I'd like to move the admission of AP

23   Exhibit 10.

24               MR. HUDAK:  No objection.

25               THE COURT:  Without objection, 10 is in.

Miller - DIRECT - By Mr. Mishkin

```
 1              (Whereupon, Plaintiff's Exhibit No. 10 was entered

 2     into evidence.)

 3              MR. MISHKIN:  Thank you.

 4              THE COURT:  And let's --

 5              MR. MISHKIN:  This is the last question, your

 6     Honor.  Thank you.  Well --

 7     BY MR. MISHKIN:

 8     Q.  Have these kind of messages from the White House chilled

 9     the AP's reporting?

10     A.  Have we been intimidated?  I mean, no.  We're here.

11     We're committed to our values and our independence.  But

12     undoubtedly, our reporting has suffered.  Our ability to

13     cover the news speedily in its totality for our public and

14     for the world writ large and members and subscribers has

15     been diminished.

16              And also I mentioned we're relying on secondhand

17     information now for a lot of this reporting.  We have -- you

18     know, given the threats -- the action against us, the

19     threats against other outlets, we don't know what those

20     other outlets are including or are not including, given the

21     situation that they are finding themselves in of having to

22     fear for their position in the White House, in the White

23     House press pool or more broadly, that their reporting can

24     have the White House take similar viewpoint discrimination

25     against -- retaliatory viewpoint discrimination actions
```

1     against them.  And so we don't know what we're missing out

2     on.  And that's, you know, in some ways a huge loss to our

3     ability to do our jobs.

4           MR. MISHKIN:  Thank you, Mr. Miller.  No further

5     questions.

6           THE COURT:  Thank you, sir.

7                     CROSS-EXAMINATION

8     BY MR. HUDAK:

9     Q.  Good afternoon, Mr. Miller.

10    A.  Good afternoon.

11    Q.  It's nice to meet you.  My name is Brian Hudak.  I am

12    with the U.S. Attorney's Office here in D.C.  I'm going to

13    ask you a few questions here today.

14    A.  All right.

15    Q.  You were talking on direct examination about the

16    coverage of the White House and events that the AP has not

17    been allowed to enter.  Do you recall that?

18    A.  Yes.

19    Q.  You also talked about how these events, from at least a

20    TV perspective, the TV rotational member only shares their

21    video feed with other TV members.  Is that correct?

22    A.  That's correct.

23    Q.  But at the same time, in addition to the TV

24    correspondents feed, the White House livestreams these

25    events on its YouTube channel and on its WhiteHouse.gov

1    website.  Correct?

2    A.  Not every event is livestreamed or every presidential

3    interaction is captured on a livestream, certainly.

4    Q.  So, for example, yesterday, there was a Women's History

5    Month event at the east room.  Correct?

6    A.  Yes.

7    Q.  You see on YouTube, under the live tab, that it was

8    streamed live by the White House.  Is that correct?

9    A.  I wasn't watching myself, but I wouldn't dispute that.

10   Q.  Then, similarly, earlier in the day, there was a

11   briefing by the White House press secretary.  Correct?

12   A.  Yes.

13   Q.  And it appears, at least from the YouTube web page, that

14   that was also livestreamed.  Correct?

15   A.  It appears to be.  Yes.

16   Q.  And I can scroll down, but the White House has been

17   consistently livestreaming events at the White House.  Is

18   that your understanding?

19   A.  They've consistently been streaming some events.  I

20   don't know -- I don't believe that this is the full totality

21   of presidential events of the last, you know, two, three

22   weeks here.  He's done -- to my knowledge, he's done a lot

23   more than are represented here.

24   Q.  Now, you mentioned an anecdote regard regarding a

25   meeting with the National Governors Association and

1   President Biden during your direct testimony.  Do you recall

2   that?

3   A.  I do.

4   Q.  And you recall that your anecdote there was to reinforce

5   that being in the room is vital to observe things like the

6   president having a glass of water in front of him and that

7   his spacing with the governors was different.  Correct?

8   A.  For that particular story, yes, it was material.

9   Q.  And you used that as an example of the feed is typically

10  focused on the president, so you can't observe these items

11  in the room.  Do you recall that?

12  A.  Yes.

13  Q.  My apologies.  Given this just came up, I was just able

14  to do this on my laptop while you were talking.

15          You see that this appears to be the event that

16  you're talking about?

17  A.  Uh-huh.  Yes.

18  Q.  You see, you know, just from the very first frame of the

19  event that the things that you mentioned are readily

20  noticeable from this stream.  Correct?

21  A.  In this particular --

22          MR. MISHKIN:  Objection, your Honor.  This video

23  that he's showing is credited to NowThis Impact.  I have no

24  idea what this is.

25          THE COURT:  Overruled.

1          THE WITNESS:  In this particular screen grab, I

2     see the additional spacing and I see a water glass by the

3     president.  I don't see the staff around the president here.

4     BY MR. HUDAK:

5     Q.  Got it.

6          Talking about pre-credentialed media events or

7     things that we've been discussing or calling east room

8     events, but I'll use "pre-credentialed media" to be a little

9     more specific, you would agree that since February 24th of

10     this year, the AP has had at least one journalist or

11     photojournalist in every pre-credentialed media event that

12     the White House has had.  Is that correct?

13     A.  Since February 24th?

14     Q.  The last time we were here in this courtroom.

15     A.  The 24th?  My understanding is -- I would have to

16     double-check on the totality of those events, but I

17     understand the White House has opened up some limited access

18     to only AP photographers for some east room events and then

19     those tarmac events which are sometimes listed as open

20     press; other times, it's pre-credentialed.  You know, we've

21     had text reporters there at some of them.

22          But there was that February 28th event where -- so

23     if you're asking about after February 24th, then no, because

24     February 28th, AP text and photo were turned away at the

25     tarmac in West Palm Beach.

1    Q.  Was that a pre-credentialed media event?

2    A.  I don't have the guidance of the invitation in front of

3    me; but those were often listed, in my experience, as open

4    press or pre-credentialed media.

5    Q.  Let me show you what's been marked as Government Exhibit

6    31.  Are you aware of a publication called *Roll Call*?

7    A.  I am.

8    Q.  And as part of the services they offer, they offer

9    retrospective looks at the -- at the president's schedule,

10   public schedule?

11   A.  Yes.

12   Q.  If we look at February 28th -- that's the day of the

13   President Zelensky visit and then, subsequent, that is the

14   day that you were -- you suggest the AP was excluded from a

15   pre-credentialed media event --

16   A.  Yes.

17   Q.  -- if we look -- it's on your screen right here.

18   A.  Uh-huh.

19   Q.  If we scroll down to the arrival of West Palm Beach

20   International Airport, you can see that that's not a

21   pre-credentialed media event; it was an out-of-town travel

22   pool event.  Do you see that?

23   A.  It's not listed that way on here.  However, there was a

24   separate solicitation by the White House a couple of days

25   before the president's arrival on the tarmac for journalists

Miller - CROSS - By Mr. Hudak

1    to RSVP to cover his arrival there in West Palm Beach on the

2    28th.

3    Q.  But at least from the *Roll Call* record, it was not a

4    pre-credentialed media event?

5    A.  It was not listed that way on the daily guidance.  But

6    the daily guidance also captures pool movements.  Some

7    events that are open to the pool, as I previously discussed,

8    are also open to other journalists on top of that, so

9    whether they be -- there would be an RSVP system or because

10   the -- others are in attendance.  So it's not -- I would say

11   it's not dispositive, you know, that it was an

12   out-of-town -- it was restricted to out-of-town pool.  There

13   was a separate solicitation and RSVP process for that tarmac

14   on the 28th.

15   Q.  Yeah.  Regardless of whether the advance team may have

16   let a few other media members to the tarmac, it wasn't,

17   though, formally a pre-credentialed media event?

18   A.  I got that email from the White House press -- White

19   House office.  I'm happy to work with our counsel to make

20   that available to the Court, if necessary.

21   Q.  Let me direct you to Government Exhibit 32.  And this is

22   the March *Roll Call* public event listing.  And you can see

23   that, on March 7th, the arrival at West Palm Beach is

24   identified as a pre-credentialed media event.  Do you see

25   that?

1    A.  Yes.  I see it there.

2    Q.  And at that pre-credentialed media event, the AP had

3    both a reporter and a photojournalist.  Is that correct?

4    A.  I was the reporter there, so yes.  But our -- I never

5    personally -- our photographer received an affirmative RSVP

6    response.  I did not.  I showed up, and that was the only

7    way I knew I was granted access.  The White House never

8    bothered to respond to my RSVP.

9    Q.  But you were permitted access?

10   A.  After a bit of haranguing by Secret Service, yes.

11   Q.  So aside -- let's put our quibble about the West Palm

12   Beach arrival on the 28th aside.  So let me ask it this way:

13   Aside from that event, the West Palm Beach arrival on the

14   28th, the AP has had a journalist or photojournalist at

15   every pre-credentialed media event since February 24th.  Is

16   that correct?

17   A.  The White House has allowed AP photojournalists only

18   into some east room events.

19   Q.  The White House has also allowed foreign AP journalists

20   into some east room events.  Correct?

21   A.  I know AP journalists were allowed in.  I don't know

22   that the White House necessarily played a role.  In my

23   experience, those foreign press pool delegations were

24   coordinated by the State Department.  If that's the case,

25   then potentially, yes.  But I know that they are escorted by

1    State Department staffers around the White House complex.

2    Q.  But they -- however they got in there, there was an AP

3    foreign-based text journalist in those events -- those -- AP

4    foreign text journalists were admitted to certain east room

5    or pre-credentialed events since February 24th?

6    A.  They were in the room.  I don't know if the White House

7    played any role in that, or even if the White House was

8    aware of it.

9            THE COURT:  Sorry.  Are you suggesting that people

10   get into the White House that the White House does not allow

11   in?

12           THE WITNESS:  I'm suggesting that it -- was the

13   White House press office aware that its protocol team

14   working with, say -- I guess the first one was the Macron

15   delegation -- that an AP journalist was a member of that?  I

16   don't know that to be true.  It very well may be true that

17   they had a list of -- manifests of the French journalists

18   who were going to be traveling with President Macron.  They

19   very well may not have.  They may have just said, Here's who

20   is traveling with the French president.

21           It would have created a diplomatic uproar if they

22   would have --

23           THE COURT REPORTER:  Sir --

24           THE COURT:  You need to slow down, sir.

25           THE WITNESS:  I'm really sorry.

1          I don't know that the White House gets a manifest

2     of who -- which press -- what is the press delegation

3     traveling with the French presidency.  And I imagine it

4     would create a diplomatic uproar if they were to pick and

5     choose among it.  So I don't know the level of White House

6     awareness or responsibility for, you know, letting those

7     people in.  They just -- might have just let them all in as

8     the French delegation.

9     BY MR. HUDAK:

10    Q.  In your experience, does anyone get into the White House

11    complex without the White House knowing about it?

12    A.  Secret Service controls access to the White House

13    complex.  I'm aware of instances where senior White House

14    officials were unaware of other officials who were in the

15    White House complex, including stories in President Trump's

16    first term where senior White House staffers were surprised

17    that some people were taking meetings on the White House

18    complex.

19    Q.  Do you know who Taylor Budowich is?

20    A.  Yes.

21    Q.  And he is part of the White House press staff.  Correct?

22    A.  He's the deputy chief of staff.  I believe he oversees

23    the press office.

24    Q.  And he submitted a declaration -- it's on your screen --

25    Government Exhibit 1.  Do you see that?

1    A.  I do.

2    Q.  Let me scroll down.  Do you see in Paragraph 17 he

3    writes:  On February 24th, 2025, the president held an east

4    room event with President Macron of France.  For that

5    limited-access event, 310 journalists requested access and

6    136 were permitted access.  Among those provided access were

7    a foreign-based correspondent of the Associated Press.

8         Do you see that?

9    A.  I see that.

10   Q.  Okay.  So at least Mr. Budowich was aware that a

11   foreign-based correspondent of the Associated Press was in

12   that pre-credentialed media event.  Correct?

13   A.  I think he was aware of it when he signed this

14   declaration.  I don't know if he was aware of it beforehand.

15   Q.  You have no way to know one way or another?

16   A.  I don't.

17   Q.  Who is Aamer -- and that's A-A-M-E-R -- last name

18   Madhani, M-A-D-H-A-N-I?

19   A.  Aamer Madhani is a White House reporter for the

20   Associated Press, a member of my team.

21   Q.  And isn't it true that he was admitted to yesterday's

22   pre-credentialed media event for the Women's History Month

23   event in the east room of the White House?

24   A.  He did not get into the east room for that event.  He

25   was turned away because -- I don't know exactly why.  But he

1    was -- he did not get into that event.

2    Q.  He did not get into that event?

3    A.  He got an email RSVP yes, but did not actually enter the

4    east room.

5          And that's not the first time that we got an RSVP

6    "yes" and ended up not getting into an event.  A different

7    colleague of mine, Ayanna Pressley, for the Black History

8    Month reception in late February, received a confirmation

9    response to an RSVP from the White House press office and

10   was again -- came onto the White House complex.  She's not

11   generally a White House reporter, so she got a day pass in

12   for the event after she received her "yes" RSVP for that

13   event, and was still turned away from the door because she

14   works for the Associated Press, so she was not permitted to

15   enter the east room.

16   Q.  We will double-check on that.

17          Aside from February 28th, is there any

18   pre-credentialed media tarmac event that the AP has been

19   excluded from?

20   A.  Not to my knowledge.  But obviously, that is after these

21   proceedings began.

22   Q.  Well, you understand that the purpose of these

23   proceedings here today is to determine whether an order from

24   the Court is required to ensure that the AP's rights,

25   whatever they may be, are secured during the pendency of the

1    litigation?

2              MR. MISHKIN:  Objection, your Honor.  I don't see

3    how the witness's -- it's clearly calling for a legal

4    question [sic] about what the purpose of today's hearing is

5    for and what at least AP is seeking.

6              THE COURT:  Overruled.

7              THE WITNESS:  I'm not a lawyer.  But I

8    understand -- my lawyers have advised me that this is sort

9    of the next step in these legal proceedings as we try to

10   restore our ability to do our jobs and report on behalf of

11   the American public.

12   BY MR. HUDAK:

13   Q.  Are you aware of any non-pool organization -- so let me

14   take a point in time to define what non-pool is.  You're

15   aware, under the new policy, certain media organizations are

16   being permitted to participate in the pool and the AP has

17   not yet been permitted to participate in the pool.  Correct?

18   A.  I'm not aware of that because I've not seen any White

19   House policy about what this new pool is or how it

20   functions.

21   Q.  You're aware that certain media organizations have been

22   part of the pool and the AP has not to this date.  Correct?

23   A.  Yes.  There has been a pool and AP has never been

24   allowed to participate.  Correct.

25   Q.  Okay.  But there are certain organizations that have

1   been allowed to participate.  Correct?

2   A.  That is my understanding.

3   Q.  I'm going to call those the pool organizations.  Okay?

4   A.  Okay.

5   Q.  Aside from the pool organizations, are you aware of any

6   media organization that has had as much access to the White

7   House as the AP has since February 24th?

8   A.  Had as much since February 24th?  I don't know the level

9   of staffing or, you know, the extent to which these other

10  organizations commit to the White House.  I know of no

11  outlet that has the reach and commitment to covering the

12  White House that has been excluded the way the AP has, you

13  know, in my -- if -- you know, consistently by this White

14  House.

15  Q.  My question was a little bit different.

16          MR. HUDAK:  I would ask that the court reporter

17  read it back.

18          So please pay attention to my question.  I would

19  appreciate an answer to it.

20          (The question referred to was read by the

21  reporter.)

22          THE WITNESS:  I don't know.

23  BY MR. HUDAK:

24  Q.  Looking at the chart that I put up here as Government

25  Exhibit 6, this, at least, is from the White House

Miller - CROSS - By Mr. Hudak

 1   Correspondents' Association.  This is the seating chart in

 2   the Brady briefing room.  Have you seen this before?

 3   A.  I've seen versions of this.  Yes.

 4   Q.  Okay.  And it depicts that the AP has a front-row center

 5   seat in the briefing room.  Is that correct?

 6   A.  Yes, it does.

 7   Q.  And it still enjoys that front-row center seat today.

 8   Correct?

 9   A.  For now, it does.  Yes.

10   Q.  And you referred to a tweet from Mr. Budowich from March

11   6th of 2025 during your direct testimony.  Do you recall

12   that?

13   A.  Yes.

14   Q.  And that was about Reuters.  Correct?

15   A.  Yes.

16   Q.  And he mentioned in his tweet that Reuters has a primo

17   seat in the briefing room.  Do you recall that?

18   A.  Yes.

19   Q.  And Reuters, at least in this diagram, has a front-row

20   seat, too, off from you.  Do you see that?

21   A.  Yes.

22   Q.  And to your knowledge, Reuters continues to have that

23   seat today.  Correct?

24   A.  To my knowledge, yes.  This chart is from 2021, I

25   believe.  There are more current versions of this.

1    Q.  I'll represent to you that I'm the -- I pulled this off

2    of the White House Correspondents website yesterday.  So if

3    there are, it's just not published.

4            But is there any material difference in the first

5    row?  Let me ask that.

6    A.  No.

7    Q.  What about the second row?

8    A.  There may be.  I'm not -- it's been a few years since

9    I've been on the White House Correspondents' Association

10   board myself, so I'm not as well-versed in this as I used to

11   be.  There may have been minor changes.  I think definitely

12   by -- when you start looking at the third row, there have

13   probably been changes.

14           Either way, these were assigned by the White House

15   Correspondents' Association and not the White House.

16   Q.  Correct.  But you would agree with me that if the White

17   House wants to mix up the briefing room, instead of

18   deferring to the White House Correspondents' Association, it

19   certainly has the right to do so?

20   A.  I mean, it sounds like --

21           MR. MISHKIN:  Objection, your Honor.  That clearly

22   calls for a legal conclusion.

23           THE COURT:  If you know.

24           THE WITNESS:  I can't offer a legal rationale

25   whether they can do that.  I can see that they've threatened

1    to do that, and it's retaliation for journalism.  So I

2    definitely know that that's something that they've talked

3    about.

4    BY MR. HUDAK:

5    Q.  Now, one thing that's not depicted on this chart is the

6    new media seat.  Is that correct?

7    A.  That's correct.

8    Q.  And the new media seat, if I understand it, sits

9    somewhat to the left of the NBC News seat in the front row.

10   Correct?

11   A.  And you're referring to the recent creation of the

12   incumbent White House press office and not the new media

13   outlets that are represented within this chart.  Correct?

14   Q.  I'm talking about what's been commonly referred to in

15   the press as the new media seat, that the White -- that

16   President Trump's White House established shortly after his

17   inauguration.

18   A.  Yes.  The White House press office, in my understanding,

19   has turned over one of the seats reserved for its staffers

20   and has called it a new media seat.  And it hand-selected

21   some reporters or individuals to sit in that seat during

22   press briefings.

23        I would also note that there are a number of new

24   media outlets, by basically any definition of new media,

25   that are represented on this chart from December 15th, 2021.

1    Q.  But the purpose of the new media seat was to offer

2    nontraditional media an additional seat that is relatively

3    close to the press secretary's lectern in the briefing room.

4    Is that correct?

5    A.  I can't speak for the White House on that, but I

6    wouldn't dispute that.

7    Q.  Let me just show you the calendar of events, as I

8    understand it, since the beginning of -- or since

9    February 24th.

10            On February 24th, there was an east room event

11   with the French president.  Correct?

12   A.  Correct.

13   Q.  And there was an AP foreign correspondent admitted to

14   that event.  Correct?

15   A.  Yes.

16   Q.  And there were hundreds of hard pass holders that

17   applied to that event and were not admitted to that event.

18   Correct?

19   A.  I don't know if there were hundreds and if the people

20   who RSVPed were hard pass holders.  Anyone can RSVP to that

21   link.

22   Q.  On February 27th, there was an east room event with the

23   prime minister of the United Kingdom.  Correct?

24   A.  Yes.

25   Q.  There was a foreign correspondent of the AP that was

1    admitted to that event.  Correct?

2    A.  Yes.

3    Q.  And there were hundreds of other media members that

4    applied to be in that room, but weren't.  Correct?

5    A.  I don't even know if those hundreds of people were media

6    members.  Those White House RSVP lists -- the daily

7    guidelines goes out to half of Congress, you know, PR folks.

8    It's a list that -- my knowledge of it is that it sort of

9    has grown and grown and grown over the years, across

10   multiple administrations.

11   Q.  On March 7th, there was a pre-credentialed media event,

12   as we saw, on the tarmac at West Palm Beach International

13   Airport.  Correct?

14   A.  Yes.

15   Q.  And there was a White House [sic] text reporter and

16   photojournalist that were admitted access to that event.

17   Correct?

18   A.  Yes.

19   Q.  On March 12th, there was an east room event to celebrate

20   St. Patrick's Day.  Correct?

21   A.  Yes.

22   Q.  And a White House [sic] photojournalist was admitted to

23   that event.  Correct?

24   A.  That's my understanding.  But a text reporter was not.

25   Q.  On March 14th, there was a pre-credentialed media event

1    at West Palm Beach International Airport where the AP had a

2    text reporter and photojournalist admitted.  Correct?

3    A.  Yes.

4    Q.  On March 20th, there was an east room event for the

5    signing of an executive order regarding education, and a

6    photojournalist from the AP was admitted.  Correct?

7    A.  That's my understanding.  But not a text reporter.

8    Q.  On March 22nd, there was an arrival of Air Force One at

9    West Palm -- at Philadelphia International Airport.

10   Correct?

11   A.  Correct.

12   Q.  And both a text journalist and, I think, two

13   photojournalists were admitted to that event.  Is that

14   correct?

15   A.  I think they received RSVP yes's.  I think we ended up

16   sending one.  We had a double -- we had a staffing snafu.

17   But it was -- yes, they got onto the tarmac.

18   Q.  On March 24th, earlier this week, there was an east room

19   event celebrating Greek Independence Day.

20   A.  Yes.

21   Q.  Correct?

22   A.  Yes.

23   Q.  And a photojournalist from the AP was admitted to that

24   event.  Correct?

25   A.  Just a photojournalist, not a text reporter.

1    Q.  And then we've talked about the event from yesterday,

2    the Women's History Month event.  Correct?

3    A.  Yes.

4    Q.  And at least an AP photojournalist was admitted to that

5    event.  Correct?

6    A.  Just an AP photojournalist was admitted to that event.

7    Q.  Okay.  And so for each of the pre-credentialed media

8    events, aside from maybe -- we have a dispute over

9    February 28th -- at each of those, the AP has had a

10   journalist, be it a text journalist, through a foreign

11   correspondent, or a photojournalist at each of those events.

12   Correct?

13   A.  In one way, shape or form.  Yes.

14   Q.  And in one way, shape or form, then, those folks that

15   were admitted could observe things like the water glass

16   sitting in front of the president, the anecdote that you

17   mentioned.  Correct?

18   A.  They might have.

19   Q.  And in one shape or form, those folks could have noticed

20   the spacing between the president and the other governors at

21   that event that you discussed?

22   A.  They might have.

23   Q.  Similarly, you know, occasionally -- I don't mean to

24   impugn your skills at all, but occasionally you miss

25   something and another -- one of your reporter colleagues

```
1    picks up on something.  Correct?
2    A.  That does happen.  We try not to let it happen.
3              MR. HUDAK:  I believe that's all the questions I
4    have, your Honor.  Thank you.
5              THE COURT:  Mr. Mishkin?
6              MR. MISHKIN:  I have three questions, your Honor.
7              THE COURT:  Great.
8              MR. MISHKIN:  Sorry.  Four.  I miscounted.
9                     REDIRECT EXAMINATION
10   BY MR. MISHKIN:
11   Q.  Mr. Miller, you read the supplemental declaration that
12   Mr. Budowich filed?
13   A.  Yes.
14   Q.  And did you see that Mr. Budowich purported to --
15   Mr. Budowich stated that AP is now eligible, in his words --
16   quote, "eligible" -- to be included in both the pool and
17   east room events?
18   A.  I did read that.
19   Q.  It's your testimony that, despite such eligibility to be
20   in the pool, AP has not participated in the pool for 44
21   days.  Is that right?
22   A.  Yeah.  Forty-four days since February 11th for text and
23   the 14th for photos, totaling, you know, more than 60 events
24   and movements over that timespan.
25   Q.  Sitting here today, do you have any confidence that an
```

1    east room event next week for which AP is purportedly

2    eligible to be admitted, that you won't be excluded from

3    that?

4    A.  Absolutely none.  And, if anything, all I have to look

5    back on is my experience and that of my colleagues over the

6    last 44 days, which is AP is barred time and again because

7    of our journalism.

8    Q.  Do you have any assurance that if you are excluded from

9    an east room event, that it's not on the basis of AP's

10   editorial decision?

11   A.  That's the only information that I've ever been given

12   about that decision.

13          MR. MISHKIN:  Thank you.  That's all.

14          THE COURT:  Mr. Miller, I had a question.  You

15   mentioned to Mr. Mishkin earlier that you had the impression

16   that other media outlets, but not your own, have softened

17   its coverage of the administration since you've been banned.

18   What media organizations did you have in mind?

19          THE WITNESS:  Not a specific media organization

20   comes to mind.  It's sort of just the tone and tenor of

21   questions that are -- that I hear thrown at the president in

22   Oval Office sprays and the like.  One of the things that has

23   happened as a result of this White House takeover of the

24   pool process and the ban of AP is that they've removed, in

25   most events inside the White House, two wire services from

Miller - REDIRECT - By Mr. Mishkin

1    the mix, and they were generally asking -- you know, known

2    for asking "news of the day" questions and -- relevant

3    questions.

4           There have been moments where I've heard questions

5    in the Oval Office that I was kind of surprised to hear in

6    that setting.  They weren't on topic.  They didn't seem to

7    me particularly relevant to the world or the news of the

8    day.

9           I'd have to go back and review every single event.

10   It's a subjective impression that I have formed since the

11   11th in watching presidential events.

12          MR. MISHKIN:  If I may --

13          THE COURT:  I'll ask the question.

14          But sitting here today, you don't have any

15   specific organization in mind that's changed its tone as a

16   result of the ban that the AP has faced?

17          THE WITNESS:  I mean, I have noticed a change in

18   the way news outlets cover the Gulf of Mexico, which the

19   president renamed the Gulf of America.

20          I'm a bit of a space buff, and I watched the

21   SpaceX landing with the astronauts last week.  And I heard

22   some of the coverage and then I read a summary of some of

23   that coverage where a number of news outlets -- news

24   organizations or anchors were referring to it as the Gulf,

25   and that struck me as odd, and not as the Gulf of Mexico or

1    the Gulf of America.  They were calling it the Gulf.  It

2    seemed to me like they were trying to sort of skirt around

3    the issue.  That's -- that's the closest thing I can think

4    of on that question.

5                    THE COURT:  Okay.  Thank you.

6                    Mr. Mishkin?

7                    MR. MISHKIN:  He answered the question I was going

8    to ask.  Thank you.

9                    THE COURT:  Thanks.

10                   You may step down.  Thank you for your testimony,

11   sir.

12                   THE WITNESS:  Thank you.

13                   (Witness excused.)

14                   THE COURT:  So it's almost 1:00.  Why don't we

15   take a lunch break.  I've got a quick criminal hearing at

16   2:00, and we'll resume after that.

17                   Thanks, gents.

18                   MR. TOBIN:  Thank you, your Honor.

19                   MR. HUDAK:  Thank you, your Honor.

20                   (Thereupon, a luncheon recess was taken, after

21   which the following proceedings were had:)

22                   THE COURTROOM DEPUTY:  We're back on the record in

23   Civil Action 25-532, Associated Press versus Budowich, et

24   al.

25                   THE COURT:  All right.

```
1              MR. TOBIN:  Thank you.

2              THE COURT:  Mr. Tobin?

3              MR. TOBIN:  Thank you.  I hope the Court and

4    personnel had some time for lunch.

5              Your Honor, at this point, I'd like to proceed to

6    present documentary evidence to the Court.

7              THE COURT:  Oh, sure.

8              MR. TOBIN:  I want to walk the Court through some

9    other items that we'd like to have in the record.

10             And, your Honor, an important --

11             THE COURT:  Are those all in this binder you gave

12   me --

13             MR. TOBIN:  They are, your Honor.

14             THE COURT:  -- this Redweld?

15             MR. TOBIN:  And we've tabbed the longer ones to

16   facilitate the process when I refer to them.

17             Your Honor, these would have been examination

18   exhibits for the cross-examination of Mr. Budowich.  The

19   White House decided not to bring him here and to have him

20   only attest by declaration.

21             What I hope to highlight for the Court are, number

22   one, the declarations that he submitted are indeed

23   contradictory.  The Court saw some examples in the motion to

24   strike.  I just want to recite some of them.

25             And, number two, across both declarations, the
```

1    testimony he's given is just flatly contradicted by things

2    that are in the evidentiary record that I've placed before

3    the Court.  And so I'd like to walk the Court through those

4    documents.

5         And I'm going to start by noting that the Court

6    asked in Question 4:  Under current White House policies and

7    practices, is there any type of event where the AP is not

8    eligible for consideration but other media are?

9         The answer in the documents, the answer in the

10   record, the answer from the witnesses today, is a clear yes,

11   at least certainly as to the press pool.  And, to be honest,

12   I have no idea what the routine is for the east room, other

13   than the fact that Mr. Miller, the text reporter, just

14   doesn't ever seem to be admitted to that.

15        But to just focus for a moment --

16        THE COURT:  Mr. Tobin, on that point, am I -- is

17   it your understanding that the record shows that, at least

18   this last month, a photojournalist has frequently, perhaps

19   not invariably, but frequently, been admitted -- have other,

20   I guess, maybe foreign AP print journalists been allowed in?

21   What's your understanding of what the record shows at this

22   point?

23        MR. TOBIN:  For text purposes?

24        THE COURT:  Well, for the east room, where do

25   things stand?

1          MR. TOBIN:  We have had a few foreign journalists

2     come in.  I don't know whether they snuck in in the sense

3     that the White House knew that Chuck Tobin was coming, but

4     didn't know Chuck Tobin was an AP reporter assigned to cover

5     President Macron, or whether they knew and decided that they

6     weren't going to create an international incident.

7          THE COURT:  And so Mr. Miller hasn't come in.

8     Have any of Mr. Miller's colleagues, print colleagues, come

9     in?

10         MR. TOBIN:  Who were assigned to cover the White

11    House, that's correct.

12         THE COURT:  None have?

13         MR. TOBIN:  None have at any of the east room-type

14    events.  The only exception may be when the president

15    addressed the joint session of Congress.  And I would note

16    we put in the record when the president addressed the joint

17    session of Congress --

18         THE COURT:  I remember that.

19         MR. TOBIN:  -- and issued a press release, it was

20    about the AP.  I mean, your Honor -- I was going to say this

21    in closing.  I'll just say it now.  It's ironic to us the

22    president chooses AP images to brag about, to talk about his

23    administration and, at the same token, calls us liars and

24    misanthropes at every turn.

25         So, your Honor, just to now to focus on the press

1    pool and our exclusion from -- our text exclusion from all

2    events -- actually, both text and photo -- from all events,

3    Mr. Budowich says, in his supplemental declaration at

4    Paragraph 3, he says that:  Outlets that were among the

5    members of the pool under the old system continue to be

6    eligible for press pool selection in the new system,

7    including the Associated Press.

8           He says that in -- despite, in his first

9    declaration, saying that people are chosen for the pool at

10   the discretion of the president.  And, again, the

11   "discretion of the president," we just don't have any

12   factors; we don't know what those are.

13          So there's a subtle distinction -- not-so-subtle

14   distinction between those two declarations just on their

15   face.

16          And as we'll see in a minute, your Honor, there

17   just is no record to support that the journalists -- that

18   any system that allows the AP to come in is employed in the

19   pool; and, in fact, they have not.

20          And so if I could call the Court's attention for a

21   moment to Exhibit 7, which the Court looked at earlier

22   during some of the testimony.  Exhibit 7 is the daily press

23   guidance from the White House.

24          THE COURT:  I have it.

25          MR. TOBIN:  This is from the White House's own

1    publication.  And so I would ask to admit that as -- I'm

2    sorry, your Honor.  That's already been admitted.  I don't

3    need to go through that formality.

4                THE COURT:  Yes.

5                MR. TOBIN:  So, your Honor, Exhibit 6 is our own

6    summary.  We created this document.  It's a spreadsheet.  So

7    it's an "at a glance" of the information contained in that

8    document.  I'd like to ask the Court to admit that Exhibit 6

9    also as evidence in the case.

10                MR. HUDAK:  One moment, your Honor.

11                MR. TOBIN:  Sure.

12                MR. HUDAK:  No objection, your Honor.

13                THE COURT:  Without objection, 6 is in.

14                (Whereupon, Plaintiff's Exhibit No. 6 was entered

15    into evidence.)

16                MR. TOBIN:  Thank you.

17                And thank you, Mr. Hudak.

18                THE COURT:  Explain to me what I'm looking at

19    here, sir.

20                MR. TOBIN:  Sure.  So this is a summary of the

21    information in the longer document.  Exhibit 6 is a summary

22    of Exhibit 7.  It shows you every day since February 24

23    where there has been an event.  And it shows you who the

24    wire -- a pool event --

25                THE COURT:  I see.

1          MR. TOBIN:  -- and it shows you each --

2          THE COURT:  I see.

3          MR. TOBIN:  The top axis is the type of journalist

4     that's been allowed in.

5          And so, your Honor, this document reflects that

6     the AP has never been included in the pool at all since

7     February 24.  You won't see the AP's name mentioned in any

8     of those documents.

9          And so just on the sheer historical record of what

10    we're looking at, it's completely contradictory with

11    Mr. Budowich's testimony.  And it's supported -- this is

12    supported by the exhibit to Mr. Miller's declaration where

13    he has updated the Court -- or we've updated the Court

14    periodically as to the events where the AP has not been

15    included but other of its colleagues were.

16          So the historical record shows us that if there is

17    a system that allows the AP in, ostensibly, as Mr. Budowich

18    attested to in his second declaration, it doesn't include

19    the AP.  And the AP is excluded.  And the only thing we have

20    to fill the gap as to the why, the causation, are the

21    statements from the White House.  And I'm going to ask the

22    Court to look at those so we have our record on the

23    retaliation issue.

24          I'd also note that, in Mr. Budowich's first

25    declaration, he stated that the pool has three wire

1    photojournalists.  And you'll see, your Honor, in the

2    Exhibit 6, and as reflected in the longer document, Exhibit

3    7, those three wire journalists have always been, since

4    February 24th, AFP, *The New York Times* and Reuters.  And --

5    I'm sorry.  There's three wire photojournalists.  Not the

6    AP.

7         And so Mr. Budowich in his declaration has given

8    us the number, and this chart gives us the identities, of

9    the people who -- the entities who have been admitted to the

10   pool for photojournalism.

11        Similarly, Mr. Budowich stated in his first

12   declaration -- that's at Paragraph 10 -- that the wire pool

13   is now selected from two wire services.  Previously, it had

14   been three.

15        Again, as we'll see, those are rotating on this

16   chart between Bloomberg and Reuters, not the AP.

17        So Mr. Budowich's statement in his supplemental

18   declaration, that I would have loved to have cross-examined

19   him on today, is flatly contradicted by the objective

20   evidence before the Court.  And we would ask the Court to

21   completely discredit that self-serving, broad statement.

22        If they wanted an opportunity to persuade the

23   Court otherwise and to contradict the documents themselves

24   and the live testimony of Mr. Miller and Mr. Vucci, they

25   should have brought Mr. Budowich or another White House

1    witness to explain the flaws in the analysis that I've just

2    provided to you, your Honor.

3              And so as to the press pool, the clear answer to

4    the Court's question is, under current White House policies

5    and practice, is there any type of event where AP is not

6    eligible for consideration but other media organizations

7    are?

8              The answer is, affirmatively, heck, yeah.  All of

9    the events they've been excluded for -- from when it comes

10   to the pool.  And that's the objective evidence before the

11   Court.

12             Any questions, your Honor?

13             THE COURT:  No.

14             MR. TOBIN:  As to the east room, the events that

15   the journalist today testified you have to RSVP for and

16   queue up at the palm door, your Honor, Mr. Budowich again

17   contradicts himself.  In his second declaration, Paragraph

18   15, he testifies:  The AP remains completely eligible for

19   selection, as all hard pass holders are.

20             So first of all, your Honor, when he refers to

21   hard pass holders, he is not referring to the AP's

22   correspondent in Paris who covers President Macron, or the

23   correspondent in Kyiv who covers President Zelensky.  So

24   that statement by him defining the universe there "remains

25   completely eligible for selection, as all hard pass holders

1    are," is his acknowledgement of the distinction between

2    those two types of reporters.

3          And so if we're going to look and define the

4    universe as he has done with hard pass holders here,

5    clearly, the president has decided not to exercise his

6    discretion, the phrase we previously talked about, as to the

7    text reporter at the very least.  Mr. Miller and his text

8    colleagues have been excluded, have not been admitted, into

9    any east room-type press events since this whole ban began.

10          And unfortunately, Mr. Hudak was misinformed by

11    his client.  They were not admitted yesterday.  They did not

12    get into the room yesterday when it came to the White House

13    event on the Women's History Month.  So they have been --

14    the text reporters have been excluded completely.

15          And, your Honor, we have some -- we have a record,

16    and we candidly admit that at some point some White House

17    photographers have been admitted into east room events.  But

18    it has been random.  It has been unpredictable.  We have no

19    idea when or where we'll be admitted to one of these events.

20    And that is a violation of our due process in light of the

21    statements by the White House that people will not be

22    admitted from the Associated Press because of the content of

23    their journalism.

24          THE COURT:  So maybe now is just as good a time as

25    any to talk about that with the east room.

1          I mean, I guess -- my impression is that, at this

2     point, your client enjoys the same access to the east room

3     that general members of the White House press corps have.

4     In other words, they are sometimes admitted; they're

5     sometimes not.

6          I certainly understand that your client is not

7     getting the same what I would describe as privileged access

8     that it had --

9          MR. TOBIN:  "Line leader" is the phrase -- the

10     phrase that we heard Mr. Vucci say, is he was the line

11     leader.

12          THE COURT:  The line leader.  Yes.  That he'd had

13     in the past.

14          So feel free to correct me if I'm wrong, if you

15     think the evidence shows something different.  But if I'm

16     right about that, maybe you can help me think about where

17     that leaves you as to the east room.

18          MR. TOBIN:  Absolutely.

19          I would dispute the Court's recollection or

20     understanding of the evidence as to the text journalists.

21     As I said, the text journalists at the White House, the hard

22     pass holders, as Mr. Budowich defined the universe of east

23     room invitees, text journalists have not been admitted.

24     They do not enjoy the same access as their competitors, as

25     other hard pass holders in the White House, because they

1    have not been admitted.  Mr. Miller was quite explicit in

2    his testimony about that.

3            As to the photographer, Mr. Vucci testified he

4    never knows.  Sometimes he has RSVPed and shown up at the

5    palm door and his RSVP has been accepted, and he's been told

6    he can't get in.

7            And so there is some opaque -- and opacity is

8    really the problem here, your Honor.  There is some opaque

9    criteria that the White House is applying, and the only

10   criteria that anybody has seen in this case that has any

11   direct statement from the White House with any credibility

12   is the statement of Ms. Wiles.  We have it in response to

13   Ms. Pace's communications with her back at the beginning of

14   all of this.  We submitted that in affidavit form with an

15   attachment.  It's Ms. Wiles saying, "You're not going to get

16   in because you're liars and you're purveyors of

17   misinformation to the American public.  We're not going to

18   let you in."

19           We have Ms. Leavitt, Defendant Leavitt, the press

20   secretary, saying from the podium that we are not going to

21   let liars like the AP in.

22           We have the president of the United States talking

23   about it.

24           We have Mr. Budowich, the deputy White House chief

25   of staff, on X talking about it, and even threatening

1    Reuters and other people with that kind of retaliation.

2        And so, your Honor, as to the text reporters, the

3    facts are completely uniform and in AP's favor as to the

4    exclusion.

5        THE COURT:  And so what's the remedy there?  I

6    mean, do you think you're entitled to front-of-the-line

7    access again?

8        MR. TOBIN:  Absolutely not.  We're entitled to an

9    order that says that the AP shall not be excluded from pool

10   or east room -- broadly defined -- events in any

11   viewpoint-discriminatory way, whether it's because of Gulf

12   of America or Gulf of Mexico or anything else that they

13   report.  That would be what we would ask in the order.

14       And, number two, that the White House, as was the

15   remedy in *Acosta* and *Karem*, publish and post -- if they're

16   going to have criteria, they have to tell the press and the

17   public what they are.  They have to provide for an appeal

18   window when you're denied access.  And they must provide a

19   reason for denying the appeal that is reasonable and does

20   not have viewpoint discrimination.

21       THE COURT:  But I mean -- so focusing for the

22   moment on the east room, I'm wondering about, you know, is

23   there really going to be an appeal every time that one of

24   the 300 people who apply don't get their RSVP granted?  That

25   just -- I don't think that's been happening to date, and

1    that feels like a lot of judge-made law there for telling

2    the White House how to run its --

3                MR. TOBIN:  Well, the White House, as with any

4    court order, is going to have to administer it as

5    efficiently and as it sees fit.  We've never had a situation

6    before the Court that I'm aware of where there have been

7    retaliatory and discriminatory exclusions from the east

8    room.  So I can't point to a case where that remedy was

9    given.

10               I will say, if the Court agrees with us, that

11   there is a First Amendment liberty interest that attaches

12   and that, therefore, there is a Fifth Amendment due -- right

13   to due process.  The remedy the D.C. Circuit has prescribed,

14   and in the district court cases, is exactly what I have

15   described.  It's a published set of standards, an

16   opportunity to appeal and a written explanation of reasons

17   that does not involve viewpoint discrimination.

18               And that's all I can suggest.  It's all we have

19   from the case law.  That is what the case law tells us is

20   the appropriate remedy in these circumstances, whether it

21   creates an added burden to the White House or not.

22               THE COURT:  Yeah.  And, you know, maybe that makes

23   sense for getting a hard pass, which is kind of a

24   one-and-done type of thing.  But that just seems asking a

25   lot for these daily events, that there be an appeal process

1    for everyone who doesn't get in.

2              MR. TOBIN:  We can have discussion, your Honor,

3    and work out a system acceptable to everybody to make it fit

4    within the due process case law.  But our position is we are

5    entitled to that kind of a remedy, however fashioned,

6    because that's what *Sherrill* tells us.  That's what

7    *Acosta* -- Judge Kelly did in the *Acosta* case, and that's

8    what Judge Tatel's decision in the *Karem* case tells us.

9              How we put that into practice, into play, your

10   Honor, we can talk about what that looks like.  But for

11   purposes of the injunction order, that's what we would be

12   requesting, is that due process attaches and due process

13   requires these three elements, and the fourth element must

14   not be viewpoint discrimination.

15             THE COURT:  Okay.  Thank you.

16             MR. TOBIN:  So, your Honor, that's the paper

17   record and the oral record that you heard today as to

18   exclusions from the press pool and from east room type of

19   events.

20             Your Honor, that puts -- that belies -- I don't

21   want to call anybody outright a liar.  That belies the

22   testimony of Mr. Budowich that the AP, quote, "remains

23   completely eligible for selection, as all hard pass holders

24   are," closed quote.  That's just not what the record shows,

25   your Honor, and that is not credible.

1          Your Honor, as to motivation, one day after we

2     were all in the courtroom on February 24th for the TRO

3     hearing, White House Press Secretary Karoline Leavitt held a

4     press briefing in the White House briefing room.  The White

5     House reports those briefings and posts those recordings on

6     YouTube.  I want to show the Court a brief clip from

7     Ms. Leavitt's press briefing the day after this Court told

8     the White House that the case law was uniformly against it.

9     And I'm also going to ask the Court to -- we're going to

10    label the clip Exhibit A, and I'll provide a flash drive to

11    the Court and to counsel.

12          THE COURT:  All right.

13          MR. TOBIN:  We also have a transcript of it at

14    Exhibit 5.  And so maybe we'll watch it and then I'll ask

15    counsel if he has any objection to moving it into evidence.

16          Unless you --

17          MR. HUDAK:  I've seen it.  I have no objection.

18          MR. TOBIN:  Then, your Honor, at this time, we ask

19    to move exhibit -- video Exhibit A and transcript Exhibit 5

20    into evidence without objection.

21          THE COURT:  Without objection.

22          (Whereupon, Plaintiff's Exhibits 5 and A were

23    entered into evidence.)

24          MR. TOBIN:  Your Honor, we'd now like to play

25    Ms. Leavitt at the podium in the press briefing room.

```
1              (Whereupon, Plaintiff's Exhibit A was published in

2       open court.)

3              MR. TOBIN:  So, your Honor, Ms. Leavitt on

4       February 25 said that the White House -- said that she and

5       White House Chief of Staff Susan Wiles had made a decision

6       to remove the Associated Press from the White House pool.

7       That's part of the evidence in Exhibit 5.

8              Ms. Leavitt, on February 25, also reinforced with

9       the words that she and Susie Wiles had made "our decision to

10      remove the Associated Press from the White House press pool

11      for certain and special events."

12             Your Honor, that testimony completely contradicts,

13      again, Mr. Budowich's declaration in which he says that the

14      AP is completely eligible for selection, as all hard pass

15      holders are.  That is not what the White House has been

16      messaging to the public and to AP.

17             And so, your Honor, that part of Mr. Budowich's

18      declaration also falls apart by the direct statements from

19      the White House and from the White House press secretary.

20             Your Honor, additionally, Mr. Budowich testified

21      about the reasons why the White House makes its pool

22      selection.  Paragraph 5 of his supplemental declaration

23      states that, quote, "Since the inception of the new press

24      pool system, the press teams have been empowered to better

25      inform their jobs by creating a pool that best serves the
```

1    public by pairing the topics of each event with the

2    reporters in the audience who are most curious about them."

3         Well, the actual pool rotation since February 25

4    also belies that testimony.  So to walk the Court through a

5    few examples, on Exhibit 7, your Honor, the tab -- first tab

6    that the Court will see is for February 28 in White House

7    Daily Guidance and Press Schedule.  There were four events,

8    all of them involving the president of Ukraine that day.

9         THE COURT:  Okay.

10        MR. TOBIN:  All of them involved the president of

11   Ukraine.  And that day, as the pool sheet, Exhibit 6,

12   reflects, the White House chose the *L.A. Times* as the -- as

13   a pool participant.  So Exhibit 8, your Honor, which is

14   right behind that thick exhibit, is the *L.A. Times* website.

15   And what we did was we took down -- took and did a search

16   for all of its coverage of Ukraine in recent months and we

17   put it into a document.

18        If there's no objection, I'd like to admit that as

19   Exhibit 8.

20        MR. HUDAK:  No objection, your Honor.

21        THE COURT:  Without objection, 8 is in.

22        (Whereupon, Plaintiff's Exhibit No. 8 was entered

23   into evidence.)

24        MR. TOBIN:  Thank you, your Honor.

25        Thank you, Mr. Hudak.

1          Your Honor, the second page and third page are all

2     of the headlines of the articles that the *Los Angeles Times*

3     ran on the Ukraine.  Your Honor, I'll represent all 21 of

4     those articles bear the AP by-line.  They were not reported

5     by the *Los Angeles Times*.

6          And the *L.A. Times* report on the February 28th

7     event where the AP was banned but the *L.A. Times* was

8     included even credits some, quote, "reporting from the

9     Associated Press along with the White House's *L.A. Times*

10    correspondent."

11         So under the White House's own reasoning, it would

12    make no sense that the White House picked the *L.A. Times* as

13    the pool participant instead of the AP that day on

14    Ukraine-related events even though the *L.A. Times* relies on

15    AP for the vast majority, if not the entirety, of its

16    reporting.

17         So that rationale falls apart in Mr. Budowich's

18    declaration.  He says that the White House thinks that they

19    are picking -- pairing people with, quote, "the audience who

20    are most curious about them."  Why the White House would

21    think the *Los Angeles Times* audience is the most curious

22    about Ukraine when the *L.A. Times* relies on AP for its

23    reporting completely defies logic.

24         So, again, your Honor, that part of Mr. Budowich's

25    testimony is completely discredited.  It seems more likely,

1    your Honor, if the Court were to study the pool rotation,

2    the majority of the dates, and certainly all of them after

3    Monday, March 3rd, the print reporters are chosen

4    alphabetically by the agency, not by any curiosity, not by

5    any audience reach or any audience interest.  It's a pure

6    alphabetical rotation.  And so that additionally belies

7    Mr. Budowich's representation as to how the pool operates.

8         Your Honor, I'm now going to ask the Court to take

9    a look at the second tab of Exhibit 7, which reflects the

10   March 3rd schedule at the White House daily press guidance.

11   There are no events listed on that page, your Honor.  It's

12   just a blank page with the headers on it.

13        But I'll represent to the Court that the only

14   event President Trump participated in that day was an

15   announcement that Taiwan Semiconductor is investing $100

16   billion in Arizona.  Obviously, important business and

17   national news.

18        But the White House that day, if the Court would

19   refer to the chart on Exhibit 6, shows Reuters, not

20   Bloomberg, which is the leading wire service for business

21   news in the United States, for the wire service spot on that

22   day.

23        So if the White House was really picking the pool

24   based on the events themselves and the audience and the

25   particular curiosity of the audience, it would make sense to

1    use the Bloomberg wire service and not Reuters for that

2    particular day.

3            Additionally, the White House also selected, as

4    Exhibits 6 and 7 reflect, *Newsday*, my hometown newspaper

5    from when I was growing up on Long Island -- it chose

6    *Newsday* as the print reporter for the pool that day.

7            Well, again, it's just not credible that *Newsday*,

8    a Long Island-based newspaper, would be the appropriate

9    place for the most curious eyeballs for an Arizona story

10   about Taiwan Semiconductor coming in and investing

11   100 million into the Arizona -- I'm sorry -- 100 billion

12   into the Arizona economy.  It just doesn't hold up.

13           And so, your Honor, I'm going to ask the Court to

14   take a look at one more example in Exhibit 7, the Daily

15   Guidance and Press Schedule for March 20, '25.  The only

16   event listed there is an education event and the executive

17   order.  That was the executive order about taking steps to

18   eliminate the Department of Education.

19           The White House selected Bloomberg that day for

20   that wire spot.  Is the White House really saying that it

21   selected Bloomberg for some reason other than that it

22   alternates between Bloomberg and Reuters, and Reuters had

23   the day before?

24           The list will show you, your Honor, that the

25   selection of the wire service -- again, it's limited to two,

1    not three -- the AP is not eligible, as Mr. Budowich's

2    declaration says.  At least history shows us that.  And they

3    alternate between Bloomberg and Reuters.  That's the

4    documentary evidence about the reason why these particular

5    wire services were chosen on those particular days.

6              The White House also selected the *Boston Globe* for

7    the pool that day, your Honor.  And again, the *Boston Globe*

8    is alphabetically between Bloomberg Government, which was in

9    the pool the day before, and the *Christian Science Monitor*,

10   which was in the pool the day after.

11             So that shows us an alphabetical rotation system,

12   at least as to the print journalists, not some selection

13   based on some criteria they want the Court to believe is

14   objective on pairing audiences and predilections and reader

15   curiosity.

16             Mr. Budowich also says the Defendants didn't

17   select White House text reporters for these events in his

18   second declaration, Paragraph 10, to ensure the widest and

19   most robust coverage and distribution of these events.

20             Your Honor, the testimony here today educated the

21   Court.  Our distribution at AP is 4 billion people.  That's

22   4 billion people in this country and, obviously, worldwide.

23   The Court noted that yourself, your Honor.

24             Clearly, by excluding AP, they are shrinking the

25   coverage and distribution of the coverage of these events.

1    And so where the White House says that it wanted to ensure

2    the widest and most robust coverage and distribution of

3    these events, it doesn't get wider -- you don't get more

4    robust and wider distribution when you exclude the AP, which

5    has the largest distribution of any of these entities that

6    we've talked about.

7         Your Honor, as far as more evidence that I'd like

8    to point to the Court about AP not being banned,

9    Mr. Budowich's latest statement -- and these also answer

10   that question that I talked about at the beginning:  Are

11   there any type of events for which AP is not eligible?  At

12   Paragraph 17 of his second declaration, Mr. Budowich says

13   the AP has a commitment to misinformation but does not --

14   and he does not -- this does not interfere with their

15   eligibility to access events.

16        Well, "commitment to misinformation," which he put

17   in his declaration, also appeared in his February 14th tweet

18   back when this all began.  And that's how he characterized

19   AP's decision, as a commitment to misinformation by, quote,

20   "ignoring the lawful geographic name change of the Gulf of

21   America."  And then he said it's not just divisive, but it

22   also exposes the Associated Press's commitment to

23   misinformation.

24        So if he is saying now that the AP's commitment to

25   misinformation does not interfere with their eligibility to

1    access events, that's completely contradicted.  What was the

2    point of his tweet back on February 14th, when he was

3    announcing and celebrating the exclusion of AP because he

4    felt they had a commitment to misinformation?

5            Mr. Budowich also testified on February 14 that he

6    did not -- that the February 14th tweet did not constitute a

7    ban of the Associated Press as an outlet.  He attested to

8    that in Exhibit -- in Paragraph 20 of his first declaration.

9            Well, your Honor, this is the same tweet that

10   outright said the AP would no longer, quote, "have access to

11   limited spaces like Oval Office and Air Force One."

12           So if he's saying that it did not constitute a ban

13   of the AP as an outlet, we don't speak the same language,

14   because that's exactly what he said in that exact same

15   tweet.

16           And so, your Honor, we discussed earlier the

17   post -- or I showed you earlier the post on YouTube.  Just

18   to reinforce the point, I'd like Mr. Mishkin's help to show

19   the Court another YouTube clip.  We'll ask for that to be

20   admitted as exhibit -- video Exhibit B.  This is President

21   Trump in Mar-a-Lago.

22           MR. HUDAK:  No objection, your Honor.

23           THE COURT:  Without objection, B is in.

24           (Whereupon, Plaintiff's Exhibit B was entered into

25   evidence.)

```
1            MR. TOBIN:  Thank you, Judge.

2            This is February 18 at Mar-a-Lago.

3            (Whereupon, Plaintiff's Exhibit B was published in

4    open court.)

5            MR. TOBIN:  So, your Honor, we've also submitted a

6    transcript of that press statement, President Trump's

7    appearance, as Exhibit 9.  If we can move that into evidence

8    as well.

9            MR. HUDAK:  No objection, your Honor.

10           THE COURT:  Without objection, 9 is in.

11           (Whereupon, Plaintiff's Exhibit No. 9 was entered

12   into evidence.)

13           MR. TOBIN:  So, your Honor, Mr. Budowich's

14   February 14th tweet makes very clear the AP was banned for

15   its content.

16           The president's statements about AP four days

17   later reinforce that AP is being punished because, according

18   to President Trump, it's called the Gulf of America now.

19   And he says later on, "We're going to keep them out until

20   such time as they agree it's the Gulf of America," end

21   quote.

22           So how can we say that the White House [sic] isn't

23   banned -- how can we say the White House isn't banned due to

24   its editorial decisionmaking regarding --

25           THE COURT:  You mean AP?
```

```
 1              MR. TOBIN:  Yes.  Thank you, your Honor.

 2              And so, your Honor, further showing the selective

 3     retaliation against pool members and the dangerous chilling

 4     effect it can and has had.

 5              I think Mr. Mishkin showed the Court Exhibit 10,

 6     which is the Taylor Budowich post on X in which he said that

 7     Reuters has a coveted primo seat in the briefing room and

 8     two slots in the pool.  Reuters regularly betrays its

 9     responsibility to the public by printing anonymously sourced

10     lies.  More to come, question mark.

11              Well, "more to come," obviously, is more exclusion

12     of other journalists on the basis of their editorial

13     content.

14              And so, your Honor, as with AP's testimony today,

15     the Defendants' own words in this documentary evidence on

16     the comings and goings within the White House press pool

17     amply belie the assertion in Mr. Budowich's declarations.

18     And if he wanted to persuade the Court otherwise, he should

19     have been here himself.

20              So, your Honor, I just want to protectively ask

21     for admission of AP Exhibit 10, the Budowich X post, in case

22     we hadn't done that earlier.

23              MR. HUDAK:  No objection, your Honor.

24              THE COURT:  Without objection, 10 is in.

25              (Whereupon, Plaintiff's Exhibit No. 10 was entered
```

```
1    into evidence.)

2              MR. TOBIN:  And, your Honor, that concludes the

3    AP's presentation of evidence today.

4              THE COURT:  All right.  So, Mr. Tobin, I guess I

5    wanted to shift to kind of a few more legal questions here.

6              First, can you help me think through how I

7    reconcile government speech doctrine with protected liberty

8    interest that you're arguing that you have in participating

9    in the pool?

10             MR. TOBIN:  Yes, your Honor.

11             In the record is an amicus brief from the Knight

12   Foundation.  They filed two, one on their own behalf --

13             THE COURT:  This is Knight First Amendment?

14             MR. TOBIN:  Correct, your Honor.

15             Their brief -- first brief really speaks to the

16   whole government speech doctrine.  If the pool were

17   government speech, your Honor, every press event where the

18   president speaks and has communicated a message that

19   journalists report would be considered protected by the

20   government speech doctrine.  There really is no functional

21   distinction between the president standing in one place and

22   standing in another reporting on information.

23             I mean, what they would want the Court to hold as

24   government speech we call journalism, your Honor.  It's

25   reporting the information that a source says that is of
```

1    public interest to the public.

2           The role of the pool is to independently cover the

3    president.  It is not an organ of the government, which is

4    what the government speech doctrine principally talks about,

5    your Honor.  The government doesn't control what the pool

6    reports.  It controls access.  The pool decides what it

7    reports.

8           Mr. Vucci testified in vivid detail about how he

9    looks at the frames and looks in the room and then tweets

10   out without a filter, without a censor, which would be

11   unconstitutional, what he reports.  That's not the

12   government's speech.  That's Mr. Vucci and the AP's

13   expression of news events that they are witnessing.

14          It's very different from the one-on-one interview

15   situation, which I think is kind of apples and oranges to

16   government speech.  But I'm sure we're going to talk about

17   that.  It's a different set of circumstances, which is where

18   the government interacts with an individual or groups of

19   people, but on an exclusive invitation-only.

20          It's also not the speech or the expression that

21   we're litigating here of the White House press apparatus.

22   It has its own press people.  They're very capably

23   represented by Ms. Leavitt and by Mr. Cheung and other

24   professionals in the communications department.  It has its

25   own photography staff.  And their photography staff takes

1    beautiful -- as a matter of art, beautiful images.  The

2    president can control, obviously, what messaging comes out

3    of that organ.  He does not get to control what the

4    Associated Press publishes.  And that takes it from outside

5    of the entire government speech doctrine.

6            Just because the government lets you in and

7    decides you can cover a specific event doesn't turn it -- an

8    ordinary act of journalism into government speech.

9            And Justice Alito warned about the expansion of

10   government speech -- I'm sorry.  The Court had a question?

11           THE COURT:  I think I know the quote you're going

12   to use, but go ahead.  You can give it.

13           MR. TOBIN:  All right.  So it's from *Matal v. Tam*.

14   It's a trademark case.  The argument was being made by the

15   Government that by forcing us to put what some consider to

16   be a racially insensitive trademark, granted trademark, for

17   a dance rock band, that that was the imprimatur of the

18   government, and that turned it into a government speech

19   event.

20           Justice Alito warned, and for a unanimous court,

21   that government speech, quote, "is a doctrine that is

22   susceptible to dangerous misuse.  If private speech could be

23   passed off as government speech simply by affixing a

24   government seal of approval, government could silence or

25   mute the expression of disfavored viewpoints."

1          And so, you know, that principle applies equally

2     here, your Honor.  There is a protected liberty interest

3     rooted in the First Amendment and to having access not

4     denied into these places for retaliatory reasons.

5          That's the liberty interest that underlies the

6     Fifth Amendment right to due process, and that's entirely

7     different.  It is a dangerous expansion of executive

8     authority into the First Amendment, sacred First Amendment

9     ground, to hold that, when the president allows reporters

10    into the Oval Office in a pool event, that's government

11    speech, and he gets to control the message that they send

12    out by telling them what to say.

13         That's exactly what he's doing here by insisting

14    that the AP use the Gulf of America instead of the Gulf of

15    Mexico as a precondition for not being kicked out of the

16    Oval Office.

17         THE COURT:  I want to -- there's a few things

18    you've said here I want to follow up on.

19         First, if I'm following you correctly, your

20    argument is that the violation is you being kept out on --

21    for retaliatory reasons.  Is that correct?

22         MR. TOBIN:  Yes, your Honor.

23         THE COURT:  And so the fact that you've been

24    allowed in forever is really beside the point.  You would

25    stand in the same position as one of these new media people

1      who just started and have their hard pass.

2            The difference -- if they're being kept out

3      because they're saying Gulf of Mexico, they would have the

4      same -- no more nor fewer rights than your client does.  Am

5      I thinking about that correctly?

6            MR. TOBIN:  Everybody would have the same rights

7      not to be retaliated by the president of the United States.

8            THE COURT:  And then the second point -- help me

9      think through why this is different than a one-on-one

10     interview --

11           MR. TOBIN:  Sure.

12           THE COURT:  -- and why this is not my bucket 4, if

13     you will.

14           MR. TOBIN:  Sure.

15           Your Honor, the *Ehrlich* case itself -- I'm

16     sorry -- the *Sherrill* case itself distinguishes between the

17     two situations.  There's a quote in *Sherrill* that says,

18     Certainly the press does not have a right to one-on-one

19     interviews.

20           And so if they were the same thing for purposes of

21     analysis, there would be no liberty interest doctrine.

22           So, you know, the question is:  Does the Oval

23     Office setting change it and make it -- take away the

24     liberty interest to get in there and make it more akin to a

25     one-on-one interview?

1      We've heard testimony from both sides, according

2  to Mr. Budowich --

3      THE COURT:  Yeah.  And so just on *Sherrill*, I

4  mean, one of the reasons I'm struggling with its

5  applicability to you is it says these press facilities are

6  perceived as being open to all bona fide Washington-based

7  journalists.  And obviously, that's not true for the Oval

8  Office.

9      MR. TOBIN:  It is, by decision -- by proxy, at the

10 very least, because of the pool system, that all of the

11 press cooperates in, and by virtue of the limitation on

12 space.  I mean, granted, only so many people can get in.

13 The issue is, once the pool is created and that becomes the

14 system to select which people are let in.  And then the pool

15 can be selected by nonviewpoint-discriminatory criteria.

16 That's where the liberty interest attaches.  That's where it

17 becomes on all fours with the *Sherrill* case.

18      And again, *Sherrill* itself has the distinction

19 buried within it for the situation where the White House is

20 inviting people on one-on-one interviews.  And it says you

21 don't have a right to it -- proxy for the word "liberty

22 interest" -- in a one-on-one interview with the president.

23 But when a system is established, whether it's a system to

24 select hard pass holders by objective criteria that were

25 litigated in all three of the precedent cases we're relying

1    on, or a pool system that's established for the limited

2    number of people who go into the Oval Office, that system

3    must be created with objective criteria.  There must be

4    notice of what that criteria is before somebody gets kicked

5    out.

6                THE COURT:  Yeah, and --

7                MR. TOBIN:  And if you remember the --

8                THE COURT:  So I'm just -- is it really the

9    system, though, that does -- I mean, let's say, you know,

10   President Biden would meet with one member of the press

11   corps for a one-on-one interview every week.  Does that mean

12   that President Trump would have to do so as well?  In other

13   words, the fact that -- I could certainly imagine a system,

14   you know, interacting with this one-on-one interview.  Would

15   that change the -- your agreement that you're not entitled

16   to a one-on-one interview?

17               MR. TOBIN:  I don't know that it necessarily

18   would, unless he announced, I'm canceling the one-on-one

19   interview situation that is now a regular rotating system in

20   the White House to go with your hypothetical.

21               I'll add to it:  regular rotating system in the

22   White House.  AP was going to be next on the rotation.  The

23   White House now cancels the entire one-on-one interview

24   system because it doesn't like AP using Gulf of Mexico, and

25   it boldly announces that.  You bet we would have some

1    constitutional concerns over that kind of an issue if it's

2    an established system, an established pool, an established

3    rotation.  The journalists who are part of that have an

4    established liberty interest under *Sherrill*, and it cannot

5    be taken away without due process.

6            THE COURT:  So how does that work with government

7    speech, then?  Because I thought that the one-on-one

8    interview is not problematic because it's government speech.

9            MR. TOBIN:  Oh, that's not what I said, your

10   Honor.  Maybe I'm -- maybe I was --

11           THE COURT:  I could have been thinking about it

12   wrong in my head.

13           MR. TOBIN:  No.  The one-on-one interview, the

14   president does -- if the president grants a one-on-one

15   interview, he doesn't control the message that comes out.

16   He controls himself.  He can regulate what he says or how he

17   expresses himself or gestures, the tone of voice, how he

18   looks, and all of that.

19           He can't grant the interview and then tell CBS

20   News, I have to see, you know, the outtakes and I will tell

21   you I don't want to use this part or that part.  That would

22   be a constitutional violation.

23           He can do the same thing by inviting his White

24   House press secretary to come in with a videographer -- and

25   White Houses do this -- and prepare their own message.

1    That's government speech, because government controls the

2    record; government has the imprimatur of the message through

3    that record.

4           And those are the hallmarks of the government

5    speech doctrine:  control that gives the suggestion of the

6    imprimatur of the government speaking.  That's what the *Tam*

7    case taught us.

8           And in a situation where the AP or CBS or ABC or

9    anybody is reporting on the president, that is not the

10   imprimatur of the government's approval.  That's independent

11   reporting.  As I said, we call that journalism, your Honor,

12   and that is not anything remotely resembling a government

13   speech type of case where the government is being regulated

14   or forced by regulation to give a message that it

15   disapproves of.

16          Here, the only thing we're asking the Court to

17   apply, regulatorily, is the Constitution of the United

18   States.  And that entitles us to be able to vindicate our

19   liberty interest unless the government takes it away for

20   reasons that comport with due process.  And that's simply

21   not what we have here.  And the facts just don't reflect the

22   one-on-one type of interview situation.

23          I mean, the *Ehrlich* case -- *Ehrlich* didn't -- the

24   *Ehrlich* court found that the reporters had no freestanding

25   First Amendment right to have oral questions from the

1    executive branch.

2          I think the Court focused some questions at the

3    earlier hearing -- and the witnesses testified -- that's not

4    what's going on in these Oval Office events.  That's not

5    what's going on in the east room events.

6          The press is brought in for a spray.  The press is

7    brought in for an opportunity to observe, report, take

8    photographs, and then leave the Oval Office after that

9    opportunity is done, on a rotating pool basis.

10          THE COURT:  But it's more than that.  Right?  I

11    mean, we have the -- I think you described it as the famous

12    Zelensky interview.  And as I understand it, I mean, that

13    arguably went off track because one of the reporters asked

14    why Zelensky wasn't wearing a suit.  Right?  I mean, that

15    was pivotal to that whole event.  And so I'm not sure I can

16    agree that what's happening there is just kind of observing

17    history.  Aren't they making history, too, by the questions

18    they pose?

19          MR. TOBIN:  Well, the *Ateba* case, your Honor --

20    A-T-E-B-A -- which the journalist lost, the *Ateba* case was

21    all about a journalist who was shouting questions during a

22    hard pass entry event.  The Court didn't say that, because

23    he was asking questions, he was deprived of his liberty

24    interest.  The Court said that there were -- the criteria

25    had been shifted over to Congress and he had not submitted

1    his application over there, and therefore those objective

2    criteria had not been fulfilled.

3          So just because a reporter can shout questions

4    doesn't turn it into a demand for oral information.  We are

5    not asking for the right to have the president or Zelensky

6    or anybody respond to questions.  That is a red herring

7    argument.  What we are -- and the case law, I can't

8    emphasize enough, discusses both of those circumstances,

9    your Honor, and distinguishes drastically between them.

10          What you have before you, your Honor, is evidence

11    of what the Oval Office event is like.  It is an opportunity

12    for the press to observe and report things going on behind

13    the Resolute Desk or between foreign leaders which could

14    take place in the east room; it could take place in the

15    press briefing room; sometimes there are joint conferences

16    between the president and a foreign leader in the press

17    room, and sometimes the press do ask questions, and

18    sometimes they shout them, and sometimes the president

19    answers them and doesn't answer them.

20          But the functionality and the, more importantly,

21    liberty interest doesn't extinguish when you move from room

22    to room.  They're entirely different events.  And so the

23    functional analysis we think the Court ought to apply, and

24    we would ask you to apply, is that when the Oval Office is

25    used as an opportunity for the president --

1          THE COURT:  Sorry.  So -- I mean, Mr. Hudak is

2     about to talk, and he's about to tell me about -- that

3     you're seeking special access.

4          MR. TOBIN:  Of course.

5          THE COURT:  And, you know, it does feel like it is

6     special access vis-à-vis the press briefing room and

7     vis-à-vis many other services that have never gotten into

8     the Oval Office, or certainly don't get into the Oval Office

9     on a daily basis.

10         Is your argument that, sure, it is special access,

11    but we can't be retaliated against, have our special access

12    revoked on a retaliatory basis?  Is that how you see this?

13    Or do you disagree that it's special access at all?

14         MR. TOBIN:  I would say, if we are going to

15    characterize it as special access, the same rules apply.  I

16    don't view it as special access.  I think I said this at the

17    last hearing.  *Zemel v. Rusk*:  Nobody has a right to be in

18    the White House.  It's all special in some sense.  You have

19    to earn it.  You have to apply for it.  You have to justify

20    it.  You have to be a White House dedicated reporter to get

21    in there.

22         I don't think it's any more or less special if

23    you're admitted into the Oval Office versus the press room

24    versus the east room if the functionality of the event is to

25    observe and report statements and interactions between other

 1    people, and it is not a one-on-one invitation event.

 2            That's what takes it from outside of the *Ehrlich*

 3    case.  The *Sherrill* case foreshadows that.  Your Honor, we

 4    cited a litany of cases in our briefing in which courts have

 5    analyzed, laid side by side, as this Court, I know, is going

 6    to have to do -- laid side by side the *Sherrill* case and the

 7    *Ehrlich* case, even post-*Ehrlich*, *Snyder v. Ringgold*,

 8    *McKelvey v. Youngstown*.  There are four of them that are

 9    cited in our brief.

10            In each of those cases, it distinguishes between

11    opportunities presented to a group of journalists to come in

12    on a regular basis for press briefings, press events, and

13    the individual one-on-one interviews or three-on-one

14    interviews or five-on-one interviews.

15            Even the *Ehrlich* case -- we talked about at the

16    last hearing the gaggle that took place in a side room in

17    the governor's mansion.  Even that specifically says

18    there -- that was by invitation only by the governor, having

19    his people go in and tap people and say, The governor is

20    inviting you to come in and see him.

21            If the White House was starting over and there was

22    no press pool, we would not have any right to special,

23    general or regular access under *Zemel v. Rusk*, and the

24    president could go to a press outfit and say, We're inviting

25    you and we're inviting your competitor, or we're not.

1          Entirely different circumstances, your Honor.  I

2     don't know how to characterize it any differently to try and

3     persuade the Court.  But it is not -- it is not the fact

4     that it is in the Oval Office that makes it any more or less

5     sacred, the opportunity to report on the president, than in

6     the briefing room or than in the east room.  And the system

7     just has to comport with due process because of the First

8     Amendment liberty interest --

9          THE COURT:  Should I be thinking about the free

10    speech clause versus freedom of the press clause differently

11    or does that really -- is that a distinction without a

12    difference as far as our case is concerned?

13         MR. TOBIN:  Lovely question, and I appreciate it,

14    your Honor.  We're actually having, with a group of scholars

15    from Yale, a series of discussions in our office -- we

16    invite professors in -- about reinvigorating the free press

17    clause and whether there is a distinction to be had.  And we

18    have lots of examples from the case law where the Supreme

19    Court has characterized things under the free speech clause

20    or under the free press clause.

21         I would say it applies to both.  Writ large, it's

22    the freedom of expression we're talking about, whether it's

23    by oral or written word or visual medium.

24         And a liberty interest attaches once you recognize

25    that there is a free expression right, whether it's

```
1    characterized as speech or press.

2              THE COURT:  Okay.  Thank you.

3              MR. TOBIN:  Thank you, your Honor.

4              THE COURT:  Mr. Hudak?

5              MR. HUDAK:  Thank you, your Honor.

6         Just as a housekeeping matter, I provided counsel

7    our exhibits, which are numbered 1 through 32.  And I think

8    I displayed many of them during our examinations today.  I

9    would just -- they're all publicly available materials, and

10   I would move that they be admitted for purposes of this

11   hearing.

12             MR. TOBIN:  No objection, your Honor.

13             THE COURT:  Without objection, to the extent they

14   were not already admitted, 1 to 32 are admitted.

15             (Whereupon, Defendants' Exhibit Nos. 1 through 32

16   were entered into evidence.)

17             MR. HUDAK:  Your Honor, I don't know if you want

18   me to start with the pool or the pre-credentialed media or

19   east room, as we're calling it these days.  Which one?  I'm

20   happy to go with whichever one --

21             THE COURT:  Haven't we been always calling it the

22   east room?

23             MR. HUDAK:  We called it -- so east room,

24   pre-credentialed media.  I think we've had the same --

25   different words for the same concept, though.  The larger
```

```
 1    audience.
 2              THE COURT:  Well, maybe you can start where we
 3    just -- Mr. Tobin started.  Are you claiming that the AP
 4    has -- is eligible to be coming into the Oval Office at this
 5    point and it's just been serendipity that it hasn't been for
 6    the last month and a half?
 7              MR. HUDAK:  I think we just are talking around the
 8    word "eligible."  And I'm going to explain how I understand
 9    it.
10              I'm eligible to be drafted by the Washington
11    Nationals.  I would love to be on that field today playing
12    baseball.  I can't hit a fastball, so there is no way that
13    I'm going in there.
14              So although the AP is eligible, like any hard pass
15    holder, to be selected, they are not being selected.
16              THE COURT:  Okay.
17              MR. HUDAK:  And they're not being selected, as I
18    understand it -- and I think the record is clear; I don't
19    quibble with the record that has been presented -- they are
20    not being selected for Oval Office access because they
21    refuse to adhere to what the president believes is the law
22    of the United States, and is the law of the United States,
23    that the body of water is called the Gulf of America.  That
24    is my understanding of why they are not in the Oval Office.
25              THE COURT:  Okay.  And so I should understand -- I
```

1    mean, as you see it, there's not been a real change of

2    position from the White House that AP -- that the ban still

3    exists and will continue to exist unless and until the AP

4    start -- changes its style guide?

5            MR. HUDAK:  Or until the president believes that

6    something else should occur or --

7            THE COURT:  Sure.

8            MR. HUDAK:  -- the White House press corps --

9    again, I think --

10           THE COURT:  But that's the record that I'm looking

11   at.

12           MR. HUDAK:  That's the record you are looking at.

13           I think, when we were last here -- and I think the

14   reason that Mr. Budowich uses the word "eligibility" in his

15   declaration is that it's part of the process they have

16   implemented to change the way that the pool is selected.

17           Before, those eligible for the pool were only

18   those that were on the list and had standing seats or were

19   on the rotator list.

20           Now it has been broadened to include new media

21   members and members of the media that have never been in the

22   pool before.  That's kind of the eligibility universe.  Who

23   is actually selected for the pool is up to the discretion of

24   the White House and the president.

25           THE COURT:  And I think the record provides one,

1    and only one, basis for denial thus far, and that is this

2    use of Gulf of Mexico.  Is that a fair description of the

3    state of events?

4            MR. HUDAK:  I think it's the -- it's the style

5    guide and their treatment of the legal name Gulf of America

6    in their style guide, I think, is the reason that the record

7    currently reveals for that treatment.

8            THE COURT:  All right.  So one other thing I

9    wanted your take on.  Government speech -- you're arguing

10   that I should not engage in forum analysis as to the Oval

11   Office, that this is government speech and, therefore, you

12   don't even kind of consider whether it's a nonpublic forum

13   or a limited forum, what have you?

14           MR. HUDAK:  I don't -- I mean, I wouldn't go so

15   far as saying government speech.  I think this falls in the

16   right-of-access cases.

17           So I think our point is that it is not a

18   restriction on an ability to speak.  It's not a prior

19   restraint.  We aren't telling someone they can't publish X.

20   What we are saying is:  You can't go into here.

21           And we think that that is kind of on all fours

22   with *Pell* from the Supreme Court.  And the quote there was:

23   It is one thing to say that a journalist is free to speak

24   out sources of information -- seek out sources of

25   information not available to members of the general public,

1    and that he's entitled to have some constitutional

2    protection of the confidentiality of such sources, and that

3    the government cannot restrain the publication of news

4    emanating from such sources.  It is quite another thing to

5    suggest that the Constitution imposes upon the government

6    the affirmative duty to make available to journalists

7    sources of information not available to members of the

8    public generally.  That proposition finds no support in the

9    words of the Constitution or any decision of this Court.

10            That's the baseline that we start with.  No

11    journalist can access anywhere that the general public can't

12    access.

13            THE COURT:  Yeah.

14            MR. HUDAK:  The D.C. Circuit has created one small

15    exception in *Sherrill*, which is where, even if the general

16    public can't go in there, if the general media can, then the

17    media has a liberty interest in there.

18            It has never gone further than that from general

19    access.  And what we clearly are dealing with here is not

20    general access.  There is only 13 -- 21 spots available to

21    go into the Oval Office.  And certainly not all 1300 hard

22    pass members can go in there.

23            THE COURT:  And so why -- I mean, it sounds like

24    you all really agree that I should be thinking about this as

25    a right-of-access case.  And so why isn't Mr. Tobin correct

1    that you can't discriminate against someone on viewpoint

2    discrimination to exclude them?  In other words, I think I

3    understand Mr. Tobin to be agreeing with you that, as an

4    initial matter, he doesn't -- his client doesn't have a

5    right to go into the Oval Office; but that you can't, A,

6    invite in these other media organizations and, B, exclude

7    his client on the sole basis of their viewpoint.

8                MR. HUDAK:  Right.

9                So I think we can -- and I think your Honor

10   started with -- today with saying the proposition that

11   viewpoint discrimination can occur when you are doling out a

12   special interview.  "I want to go with this reporter.  I

13   think he reports my stories fairly.  I've been impressed

14   with the way he's doing things."

15               That's not going to offend the Constitution if I'm

16   making a content-based determination about who I interview

17   with.

18               THE COURT:  Yeah.  But are interview cases

19   right-of-access cases?

20               MR. HUDAK:  I believe they are, your Honor, and I

21   think that we've cited several of them, including some of

22   the ones that my friend on the other side cited in their

23   belief.  For example, in *Youngstown Publishing* -- which is

24   an unreported district court opinion, granted -- there's a

25   quote in there that says:  Access to individual comments and

1    off-the-record statements is privileged access to

2    information, not generally made available to the entire

3    press or public.  A limited constitutional right of access

4    applies only where comments by government officials are

5    offered in a forum effectively open to all members of the

6    press.

7              I believe that was a First Amendment case that was

8    talking about when officials can decide who to convey their

9    statements to, including based upon the content of their

10   speech.

11             We cited several others -- *Bartley* from the Middle

12   District of Pennsylvania in 2014, and *Raycom National* from

13   the Northern District of Ohio in 2004 -- where it's similar.

14   It's content-based, who we're going to give access to.

15             I think it creates a weird incentive here that if

16   the president were to reduce the size of the pool down to

17   something that would be considered interview, so maybe one

18   news reporter that he likes, one print reporter that he

19   likes, one member of the new media, the case for the

20   government excluding everyone else would be much stronger,

21   but it would not promote freedom of the press or freedom of

22   access to the White House.

23             And that seems to be a choice that the

24   Constitution can't contemplate, that if the executive wants

25   to allow in a certain population of journalists, albeit

1    based upon their content, whether it's because they cover

2    particular subject matters or because they, you know, have a

3    particular reporter that the president is friends with and

4    believes his speech is most in line with the messaging he's

5    trying to convey, I don't think that offends the

6    Constitution on the First Amendment side.

7            And I think if you look at not only the *Ehrlich*

8    case, the *Baltimore Sun* case, if you will, or *Snyder* -- in

9    *Snyder*, it went to specifically contemplate -- this is,

10   again, a Fourth Circuit case.  It went to specifically

11   contemplate this scenario, saying that the argument

12   that some reporters must be afforded the same access as

13   others would preclude the equally widespread practice of

14   public officials declining to speak to reporters whom they

15   view as untrustworthy because the reporters have previously

16   violated a promise of confidentiality or otherwise distorted

17   their comments.

18           The Court went on:  Additionally, if the right was

19   somehow limited to situations where access is provided to a

20   broad spectrum of -- is somehow -- even if the right was

21   somehow limited to situations in which access is provided to

22   a broad spectrum of reporters, the plaintiff's role would

23   still presumably preclude the White House's practice of

24   allowing only certain reporters to attend White House press

25   conferences even though space constraints make it

1    impracticable to open the conference to all media

2    organizations.

3              Again, in that case, the Court found no

4    constitutional violation even though there was content-based

5    determinations of access.

6              THE COURT:  And so you feel like *Baltimore Sun* is

7    best understood as a right-of-access case?

8              MR. HUDAK:  I think *Baltimore Sun* is -- and *Snyder*

9    kind of merge the line between right of access and right of

10   inquiry.  But I think they're still -- you know, do we get

11   access to the person and the information source from the

12   government?

13             And I think that if they are viewed in that light,

14   I think a government official can say, I want these three

15   people because they cover me fairly and I'm going to give

16   them the skinny about this, you know, upcoming event that

17   isn't yet publicly known.  That happens all the time in the

18   press from what we see in these cases.

19             The fact that any contrary rule would require

20   somehow someone in the White House press conference to

21   arbitrarily or, like, systematically go down, saying, Well,

22   now the *Baltimore Sun* is getting the scoop this week because

23   it's next alphabetically, that just doesn't make any sense.

24             When you don't have a full general access, or

25   maybe even if the rule is more limited here, and all the

1    Court needs to decide is that the press pool, with its 13 to

2    21 members, which is a tiny fraction of hard pass holders,

3    that's special access; that's like a briefing to select

4    journalists.

5         That's the type of situation in *Sherrill* that they

6    contemplated.  In fact, *Sherrill* said that it would be

7    unreasonable -- it would be certainly unreasonable to

8    suggest that because the president allows interviews with

9    some bona fide journalists, he must give the opportunity to

10   all.

11        And, you know, that's, I think -- and it also

12   mentioned briefings in there.  The D.C. Circuit noted this

13   case did not concern the discretion of the president to

14   grant interviews or briefings with selected journalists.

15        So I really think the Circuit, the D.C. Circuit,

16   went out of its way in *Sherrill* to create the dichotomy of,

17   Look, we're creating a very narrow exception to the *Pell*

18   rule where press do not have any rights of access beyond the

19   general public.

20        We are creating a rule that if there's general

21   press access, they have a liberty interest.  If they don't,

22   they don't.

23        From the First Amendment side, I think that the

24   executive choosing who to speak with in special-access cases

25   is not a First Amendment violation based upon the content of

1    their prior speech.

2            THE COURT:  All right.  And so for the east room,

3    then, this larger group, I mean, regardless of whether

4    *Baltimore Sun* is helpful to you, in the Oval Office, I don't

5    think it does you much good there.

6            MR. HUDAK:  Yes, your Honor.

7            And I think our argument, without getting into the

8    likelihood of success on the merits, although it blends

9    somewhat, is that I think the evidence reveals that the AP

10   has had access to the east room events commensurate, and

11   probably better than, any other non-pool media organization.

12   In fact, I believe, after the court reporter read back the

13   question to Mr. Miller, he agreed with that.

14           If we want to go through the timeline of events --

15   and I'll just put up the final slide so I do not belabor the

16   point, your Honor --

17           THE COURT:  While you're looking for that, I'll

18   ask you to -- I'll try to ask you the same question I asked

19   Mr. Tobin.

20           MR. HUDAK:  Sure.

21           THE COURT:  Do you agree that the state of the

22   evidence in front of me is that, at least this month,

23   photojournalists have been regularly, if not invariably,

24   admitted into the east room from the AP and foreign print

25   journalists have been occasionally admitted in, but that

1    Mr. Miller has not been allowed in and hard pass holders

2    from the AP who are print journalists have not been allowed

3    in?

4         MR. HUDAK:  I believe that's the record as

5    presented through the declarations and Mr. Miller's

6    testimony.

7         It is my -- I think there's probably a dispute

8    about the east room women's event yesterday.  It's my

9    understanding -- and I think Mr. Miller confirmed -- that

10    one of the print journalist's RSVP was approved, but wasn't

11    physically admitted into the room.

12         I have learned over the lunch break that was

13    because of a security situation and that they showed up

14    towards the back half and then, along with 40 other folks

15    that had an RSVP approved, weren't admitted because the

16    president moved quicker than they expected and had to close

17    down various areas of the White House.  So it's my

18    understanding that they are being provided access to the

19    east room events.

20         I would also say that, on the tarmac events, which

21    are pre-credentialed media, they have had a domestic print

22    reporter there at the three that are on our chart here.

23         So I think, if you look at the realm of

24    pre-credentialed media events, they've had both foreign

25    correspondents, photographers, sometimes multiple

1    photographers, and domestic print journalists, at least at

2    the tarmac, and it's my understanding there was at least an

3    intent to get them into the event yesterday, albeit the

4    circumstances did not allow for it.

5        THE COURT:  All right.  And so I guess you're

6    saying there's no irreparable harm as to the east room?

7        MR. HUDAK:  That's correct.  Because the --

8    whether it's a photojournalist or a text-based journalist or

9    a foreign correspondent, they're able to observe the things

10   that we heard at the TRO hearing that you can't get from a

11   livestream.  Again, it's my understanding the White House is

12   livestreaming a lot of these events.  I don't know if it's

13   all.  Mr. Miller said it wasn't.  I need to go back and

14   verify that.

15        But, you know, the smell of the room -- I think

16   Mr. Tobin mentioned, how heavy is the president breathing?

17   I think folks mentioned, who else is in the room?  I think

18   Mr. Vucci confirmed that he's trained to do that.  He's

19   trained to be the eyes and ears of his organization in these

20   rooms.  And when he's in these rooms, as a professional

21   photojournalist, he's looking to capture not just the main

22   speaker, but the dozing child on the shoulder of her mother

23   during the women's history event.  He is looking to capture

24   the reaction and movement of the participants in the event.

25   He's looking to capture what is the ambiance and mood of the

1    room.

2         He has all the communication equipment necessary

3    to do that immediately, including his phone to text the --

4    any text reporter, Hey, you know, Secretary Rubio is here

5    for this, or something of that that would be noteworthy, or

6    there's a water glass in front of President Biden and he's

7    separated by, you know, two blanks, what everyone else is

8    separated by, even if you couldn't have picked that up on

9    the livestream, which I think we demonstrated in a very

10   short notice you could.

11        So I think the harm that was identified and the

12   harm that continues to be identified in the papers is a lack

13   of access to these non-, you know, core, substantive, if you

14   will, items that you get from perceiving someone in

15   person -- I think they're getting that access.  I mean, I

16   don't know how else we can measure irreparable harm in this

17   case, or what harm there could be.

18        THE COURT:  Thank you.

19        Anything else, sir?

20        MR. HUDAK:  No, your Honor.  Thank you.

21        THE COURT:  All right.  Mr. Tobin, I'll give you

22   the last word, sir.

23        MR. TOBIN:  Yes.

24        Your Honor, I just want to reinforce, as I open a

25   short closing, your Honor, there is no principal distinction

1    between the events that go on in the east room and the Oval

2    Office for analytical purposes under the *Sherrill* doctrine.

3    They're both limited spaces, your Honor.  They're both

4    spaces where the president sits down with foreign leaders

5    and other newsmakers and conducts events.  They're both

6    areas that only allow for so many people.  It happens to be

7    bigger in the east room than in the Oval Office.  And

8    they're both areas where journalists observe and report the

9    news.

10          As the *Sherrill* court put it, they're both sources

11   for -- of news-gathering for journalists.  And under the

12   *Sherrill* doctrine, once those sources are established, a

13   rooted liberty interest resides in the press, and it cannot

14   be deprived without due process.

15          So, your Honor, we don't think that there is an

16   analytical distinction.  We understand there's a physical

17   limitation distinction.  But for analytical purposes,

18   they're the same kinds of forums for purposes of

19   news-gathering.  And we would ask the Court to analyze them

20   both together under *Sherrill*.

21          Your Honor, to touch on a couple of issues that

22   have been raised throughout the day today --

23          THE COURT:  Yes.

24          MR. TOBIN:  -- in terms of the chilling effect,

25   your Honor, AP is not going to stand here and tell you that

1     they're intimidated into reporting any differently on the

2     president because the president is trying to bully them,

3     trying to coerce them into toeing an official party line, or

4     letting the White House dictate its vocabulary.

5          But if the question in First Amendment retaliation

6     comes down to, you have to succumb to have a cause of

7     action, we'd be swimming upstream against decades,

8     generations, of First Amendment activity.  The First

9     Amendment protects journalists who have the courage of their

10    convictions, as well as journalists who succumb to the will

11    of government --

12         THE COURT:  Yeah, and so on that point -- I mean,

13    that's why I asked Mr. Miller about other journalists who

14    have.  And frankly, I didn't hear a lot of specificity from

15    him there.

16         MR. TOBIN:  May I have leave to submit a

17    declaration to show the Court what NBC, ABC, MSNBC, CBS and

18    CNN did with its reporting on the splashdown in the Gulf,

19    just as an illustration --

20         THE COURT:  We can talk about that.  I'm not sure

21    that you want continued fact-gathering here.  We might get a

22    third declaration from the White House.  So let's talk about

23    whether -- I anticipated this being a lid, so to speak, on

24    the factual --

25         MR. TOBIN:  I understand.

```
 1              THE COURT:  -- development.
 2              But anyway, on the chilling point, is it
 3    relevant -- I mean, even if I -- I'll tell you, you know, my
 4    instinct is that this has not changed how your client is
 5    exercising its free speech rights, nor do I think you've
 6    shown that other organizations have changed.
 7              It looks to me like maybe that's not the -- the
 8    chilling is also kind of whether it's restrained your
 9    ability to exercise your free speech rights.  And I'd think,
10    there -- in other words, you know, it may be easiest going
11    back to Mr. Vucci's testimony.  He's not taking -- he gets
12    fewer opportunities to take pictures even if he is still
13    exercising the same editorial discretion that he did before.
14              And so those feel different to me.  But perhaps
15    you win either way.
16              MR. TOBIN:  Well, we would say whichever way the
17    Court feels the evidence lies most strongly for us would be
18    what we would urge --
19              THE COURT:  Well --
20              MR. TOBIN:  -- but --
21              THE COURT:  -- I'm trying to ask you --
22              MR. TOBIN:  But --
23              THE COURT:  -- about the law.
24              MR. TOBIN:  No, I understand.  I don't think
25    there's a distinction -- I do think that when Mr. Vucci
```

1    testifies that he can't get the photographs because he would

2    have been in the pool but for the exclusion, and we have to

3    rely on -- not to offend any competitors, but

4    inferior-to-AP-standards photography or delays in the

5    release of information, that is a material impact on the way

6    AP expresses itself to its subscribers.

7          And we know from the declarations that the AP

8    subscribers and advertising base feel that the coverage is

9    materially different, that there are subscribers -- we have

10   that in one of our declarations -- who have said, We're not

11   sure that we'll continue with the AP.

12         We had an advertiser pull out -- a $150,000

13   advertiser pull out because they were concerned about the

14   White House ban and the conflict with the White House over

15   this.  So it is causing real and material harm, not just to

16   the AP's business, but to the way in which the AP expresses

17   itself before and after the ban.  So I would say that is, in

18   and of itself, a chill.

19         I would also note that the First Amendment cases

20   on retaliation generally fall out on --

21         THE COURT:  So is that the right way to think

22   about chill, though?  Like it almost sounds to me like

23   you're analogizing it to injury.  And I guess I thought

24   chill was more making me act in a way I wouldn't have acted

25   otherwise.

1          MR. TOBIN:  And there are two elements.  We can

2     look to the *Ehrlich* case for that, that the adverse impact,

3     the overarching legal standard, is:  Has there been an

4     adverse impact on exercise of First Amendment rights?

5          That -- in the *Ehrlich* decision, they drilled down

6     to a substantial adverse impact or chill.  They

7     characterized it in the disjunctive.  Judge Niemeyer then

8     went on to analyze:  Adverse impact is *de minimis*.  And he

9     looked at the fact that the reporters themselves -- I'm

10    sorry -- that the coverage had not been materially changed.

11         Your Honor, I can't do any better than the record

12    we've done today to show that the AP's coverage has been

13    materially changed, that there has been an adverse impact,

14    and it has not been *de minimis*.  It's substantial and

15    fulsome in the way this retaliation has affected the AP.

16         And then the Court went on to say:  And there's

17    been no chill in the way the reporters individually are

18    expressing themselves.

19         So there are two paths to adverse impact.  If the

20    Court wants to rest on -- express on how they express

21    themselves, I would say the Court would be committing

22    reversible error.  The way to look at this is in the

23    disjunctive:  Has there been a chill in the way they express

24    themselves?

25         I do think that the loss of opportunities for

1    AP -- and AP is the Plaintiff here -- the loss of

2    opportunities for AP and having to put other people's

3    products out that it deems not meeting its own criteria, and

4    because it's slow -- and AP is an organization that, as part

5    of its free speech, exercise of free expression, relies on

6    rapidity -- I think that there has been a chill in the

7    individual way AP expresses itself and that the impact

8    cannot be characterized, as the *Ehrlich* impact was, as

9    *de minimus* because of all of the lost opportunities, all of

10   the missed moments, all of the things you heard these

11   journalists talk about that they would have and hope to have

12   captured.  But they were unable to do that.

13          THE COURT:  And so you're saying, even if I agree

14   with Mr. Hudak that *Baltimore Sun* is the right way to think

15   about this, the Oval Office opportunities, that the

16   Government loses under kind of the chill analysis?

17          MR. TOBIN:  I could see the Court, yes, putting in

18   its opinion that -- even if I were to analyze it under

19   *Ehrlich*.

20          But *Ehrlich* is really just -- the analytical model

21   is First Amendment retaliation, and it is one of our -- two

22   of our four causes of action.  So the Court will need to

23   perform the adverse impact analysis under the First

24   Amendment, whether it uses *Ehrlich* or whether it uses the

25   case *Heffernan* in the U.S. Supreme Court, *Heffernan v. City*

1    *of Paterson*, decided in 2016.  The cite, your Honor, is 578

2    U.S. 266.  I'm going to quote in a minute from Pages 273 to

3    274.

4             Your Honor, in that case, it was a law enforcement

5    officer who was seen carrying signs for the opponent of the

6    mayor to his car.  He happened to be carrying them for his

7    mother.  He was a supporter of the mayor's.  On the city's

8    instructions, he was demoted, as I remember the facts in

9    that case, in retaliation for what was perceived to be his

10   expression.

11            The District Court and the Court of Appeals said

12   that just because he was demoted, it was not a sufficient

13   adverse impact; there had been no showing of the necessary

14   elements.

15            The U.S. Supreme Court said -- and he hadn't

16   changed his point of view.  He actually was a supporter of

17   the mayor's.  He disagreed with his mom.

18            But the Supreme Court said that the actual test

19   there was not whether he himself was chilled and changed his

20   political expression or his vote.  The issue in this case is

21   whether the discharge of one employee, the plaintiff, tells

22   others that if they engage in that activity, they do so at

23   their peril.

24            And so -- and *Ehrlich* talks about this.  It is an

25   objective standard:  Would a reasonable person be chilled in

1    the expression of their activity?  And there's no question.

2    We've seen people change their expression from Gulf of

3    America to Gulf of Mexico -- or from Gulf of Mexico to Gulf

4    of America, who previously had reported otherwise, because

5    the president told them so.

6              And so there is not only a tendency to chill, but

7    we've seen in just our recent experiences an actual impact

8    on the way people speak, which is what the president wants,

9    which he may want and he can message as many times as he

10   wants, but he cannot deprive people of a liberty interest

11   and he cannot retaliate against them if they make a

12   different choice, consistent with either the Fifth Amendment

13   or the First Amendment.

14             THE COURT:  So -- and I think you told me this

15   last time, but you'd see -- you don't see *Baltimore Sun* as a

16   right-of-access case.  You disagree with Mr. Hudak there?

17             MR. TOBIN:  You know, your Honor, I practice First

18   Amendment law, and I'm so wonky on it I think of it in a

19   certain specific way.

20             THE COURT:  Yeah --

21             MR. TOBIN:  And I apologize if my -- the way I

22   express myself isn't completely aligned with you both.

23             And I don't think it's adverse to us for you to

24   say the word "access."  I think of it as a right not to be

25   excluded once access is provided.  And those are two

1    fundamentally constitutionally different events.

2              THE COURT:  And that's what you're describing

3    *Baltimore Sun* as or that's what you're describing this

4    situation as?

5              MR. TOBIN:  This situation.

6              THE COURT:  Okay.

7              MR. TOBIN:  That we've been provided with access;

8    we've been provided with a system that's given us a rooted

9    liberty interest that we are being excluded from on the

10   basis of viewpoint discrimination on the Fifth Amendment

11   claim without any due process, and on the First Amendment

12   claim we're being retaliated against.

13             THE COURT:  But I'm asking you about *Baltimore*

14   *Sun*.  Should I understand *Baltimore Sun* as a right-of-access

15   case?

16             MR. TOBIN:  No.  I would say *Baltimore Sun* was a

17   right of -- oral communications from the government, right

18   to demand equal oral communications from the government as

19   everybody else.  So the one-on-one interview with anybody in

20   the government.  That's what the facts were in *Baltimore*

21   *Sun*.

22             I think the Court knows it was an edict to the

23   entire executive branch:  Don't answer Mr. Nitkin's or

24   Mr. Olesker's questions from anybody in the executive

25   branch.

1          That's the analogy to the one-on-one interview.

2    So it's a one-on-one interview case.

3          THE COURT:  And if I disagreed with you and

4    followed *Baltimore Sun*, I get to the chill factor.  Why

5    wouldn't this evidence that Mr. Hudak presented this morning

6    showing -- I think it was primarily with Mr. Vucci, that

7    you're still getting all of these pictures and in fact

8    charging people for them -- why doesn't that really vitiate

9    your adverse impact evidence?

10          MR. TOBIN:  Well, I think what he was shown --

11    what Mr. Vucci was shown were largely other people's

12    photographs, not ours.  And the Sipa photographs are not our

13    news product or even distributed, I think the testimony

14    said, for our news stream.  They're put up on our website to

15    be sold, just like in a Walmart you might have two different

16    brands of bathrobes for sale.  It's the distribution

17    mechanism.

18          AP has a distribution hub as part of its business

19    for other people's journalism in addition to sending out to

20    its members and subscribers its journalism.  And the fact

21    that Reuters and others, *New York Times*, have been kind

22    enough, in solidarity for this conflict, to give the AP

23    licenses to send out their photographs is no substitute,

24    especially when Mr. Vucci testifies they don't give them the

25    good stuff and they don't give it to them in the same

1    timeliness.  And that is all impacting the AP's brand.

2             And so it is not -- it does not equate under

3    *Baltimore Sun* with -- I think the numerics were 142 articles

4    covering the state house by Mr. Nitkin and Mr. Olesker

5    before the ban, 144 after the ban.  No material impact, or

6    any impact was *de minimis*.

7             This is not a *de minimis* impact to force us to put

8    someone else's product out as our own or -- to our

9    customers.  And the customers certainly, as the evidence

10   shows, haven't been satisfied with that.

11            THE COURT:  All right.  Thanks, gentlemen.  It's

12   been a long day.  I appreciate your thoughtful briefing and

13   arguments here.

14            As I say, I think if I'm going to get a ruling out

15   in any sort of timely fashion, I think we need to call a

16   halt to additional factual submissions.  I think one

17   exception to that is if the parties would like to tell me

18   that AP is now being admitted to the Oval Office, I think

19   that could be a very different situation.

20            But right now, why don't we stick with what we

21   have, and I'll take the matter under advisement and get back

22   to you all as soon as I can.

23            MR. TOBIN:  We appreciate the Court's careful

24   attention.

25            THE COURT:  Thanks.

1          MR. HUDAK:   Thank you, your Honor.

2          (Proceedings concluded at 3:43 p.m.)

1                          <u>**CERTIFICATE**</u>

2

3                    I, LISA EDWARDS, RDR, CRR, do hereby

4    certify that the foregoing constitutes a true and accurate

5    transcript of my stenographic notes, and is a full, true,

6    and complete transcript of the proceedings produced to the

7    best of my ability.

8

9

10                   Dated this 1st day of April, 2025.

11

12              <u>/s/ Lisa Edwards, RDR, CRR</u>
                Official Court Reporter
13              United States District Court for the
                  District of Columbia
14              333 Constitution Avenue, Northwest
                Washington, D.C. 20001
15              (202) 354-3269

16

17

18

19

20

21

22

23

24

25

## $

**$100** [1] - 168:15
**$150,000** [1] - 206:12
**$35** [2] - 59:15, 60:12
**$495** [2] - 59:16, 60:12

## '

**'25** [1] - 169:15

## /

**/s** [1] - 215:12

## 1

**1** [12] - 3:11, 92:16, 116:3, 116:6, 119:15, 119:18, 119:20, 119:21, 134:25, 189:7, 189:14, 189:15
**1-32** [1] - 3:16
**10** [12] - 3:11, 3:14, 124:5, 124:23, 124:25, 125:1, 156:12, 170:18, 174:5, 174:21, 174:24, 174:25
**100** [12] - 35:7, 35:12, 53:16, 57:16, 64:18, 70:4, 73:16, 78:15, 85:22, 103:19, 169:11
**10019** [1] - 1:20
**10:00** [3] - 22:7, 82:10, 82:11
**10:15** [1] - 81:19
**10:30** [1] - 81:18
**11** [6] - 91:4, 95:8, 95:23, 109:16, 111:19, 113:24
**119** [1] - 3:11
**11th** [7] - 22:14, 112:21, 117:23, 123:24, 124:4, 146:22, 148:11
**12** [2] - 60:3, 123:18
**120** [4] - 102:18, 102:22, 103:18, 103:19
**125** [1] - 3:11
**126** [1] - 3:7
**12th** [2] - 73:15, 143:19
**13** [7] - 22:24, 60:16,

94:9, 94:17, 94:19, 193:20, 198:1
**13-member** [1] - 97:8
**13-person** [2] - 94:16, 97:16
**1300** [1] - 193:21
**136** [1] - 135:6
**13th** [1] - 118:18
**14** [1] - 172:5
**142** [1] - 213:3
**144** [1] - 213:5
**146** [1] - 3:7
**14th** [10] - 70:1, 70:19, 94:18, 113:17, 143:25, 146:23, 171:17, 172:2, 172:6, 173:14
**15** [3] - 63:2, 78:4, 157:18
**154** [1] - 3:12
**15th** [1] - 141:25
**16** [2] - 64:6, 86:5
**164** [1] - 3:12
**166** [1] - 3:13
**1675** [1] - 1:19
**17** [3] - 64:10, 135:2, 171:12
**172** [1] - 3:13
**173** [1] - 3:14
**174** [1] - 3:14
**18** [3] - 3:3, 46:4, 173:2
**189** [1] - 3:16
**1909** [1] - 1:16
**19th** [1] - 1:19
**1:00** [1] - 149:14
**1st** [7] - 15:5, 70:11, 71:3, 71:9, 71:25, 88:23, 215:10

## 2

**2** [11] - 3:11, 14:14, 48:12, 92:16, 116:4, 116:14, 116:16, 119:16, 119:18, 119:20, 119:21
**20** [5] - 34:13, 69:2, 104:16, 169:15, 172:8
**20001** [2] - 2:4, 215:14
**20006** [1] - 1:17
**2004** [1] - 195:13
**2014** [1] - 195:12
**2016** [1] - 209:1
**2017** [1] - 60:5
**2018** [1] - 60:15
**202** [2] - 2:4, 215:15
**2020** [3] - 54:13,

54:24, 56:16
**2021** [2] - 139:24, 141:25
**2022** [1] - 110:2
**2024** [1] - 78:18
**2025** [12] - 1:7, 22:14, 54:3, 56:17, 66:7, 69:4, 73:15, 91:4, 92:13, 135:3, 139:11, 215:10
**20530** [1] - 1:23
**20th** [2] - 73:23, 144:4
**21** [10] - 19:20, 23:7, 41:19, 43:10, 46:5, 88:14, 94:11, 167:3, 193:20, 198:2
**22nd** [4] - 70:6, 70:19, 72:4, 144:8
**24** [4] - 72:2, 92:13, 154:22, 155:7
**24/7/365** [1] - 123:8
**24th** [20] - 56:7, 56:19, 58:6, 60:15, 74:6, 97:17, 129:9, 129:13, 129:15, 129:23, 132:15, 133:5, 135:3, 138:7, 138:8, 142:9, 142:10, 144:18, 156:4, 164:2
**25** [3] - 165:4, 165:8, 166:3
**25-00532** [1] - 1:4
**25-532** [2] - 4:2, 149:23
**25th** [5] - 49:7, 54:2, 60:5, 98:3, 122:11
**266** [1] - 209:2
**27** [1] - 1:7
**273** [1] - 209:2
**274** [1] - 209:3
**27th** [3] - 54:23, 55:17, 142:22
**28** [1] - 166:6
**28th** [14] - 58:6, 64:20, 69:3, 69:18, 129:22, 129:24, 130:12, 131:2, 131:14, 132:12, 132:14, 136:17, 145:9, 167:6
**2:00** [1] - 149:16
**2:48** [2] - 116:20, 116:22
**2nd** [2] - 66:7, 116:19

## 3

**3** [2] - 14:14, 153:4
**3-A** [1] - 48:22
**30** [6] - 31:11, 35:2, 40:1, 104:16, 110:6, 121:24
**300** [2] - 103:20, 161:24
**31** [1] - 130:6
**310** [1] - 135:5
**32** [4] - 131:21, 189:7, 189:14, 189:15
**333** [2] - 2:3, 215:14
**354-3269** [2] - 2:4, 215:15
**360** [1] - 44:20
**39** [1] - 116:25
**3:00** [3] - 112:6, 112:10, 112:20
**3:27** [1] - 116:22
**3:43** [1] - 214:2
**3rd** [2] - 168:3, 168:10

## 4

**4** [7] - 32:18, 42:10, 54:20, 151:6, 170:21, 170:22, 179:12
**40** [6] - 31:11, 40:1, 40:5, 110:6, 115:24, 200:14
**44** [5] - 7:11, 7:20, 8:18, 146:20, 147:6
**45** [2] - 3:4, 35:3
**4:30** [1] - 22:5

## 5

**5** [6] - 3:12, 164:14, 164:19, 164:22, 165:7, 165:22
**50** [1] - 34:13
**578** [1] - 209:1

## 6

**6** [11] - 3:12, 138:25, 154:5, 154:8, 154:13, 154:14, 154:21, 156:2, 166:11, 168:19, 169:4
**60** [1] - 146:23
**601** [1] - 1:23
**6706** [1] - 2:3
**6th** [1] - 139:11

## 7

**7** [13] - 3:10, 91:21, 92:6, 92:9, 92:10, 153:21, 153:22, 154:22, 156:3, 166:5, 168:9, 169:4, 169:14
**79** [1] - 3:4
**7th** [4] - 69:21, 70:18, 131:23, 143:11

## 8

**8** [6] - 3:13, 58:4, 166:13, 166:19, 166:21, 166:22
**89** [1] - 3:6
**8:00** [1] - 22:4

## 9

**9** [5] - 3:14, 59:10, 173:7, 173:10, 173:11
**92** [1] - 3:10
**9:38** [1] - 1:7

## A

**a.m** [4] - 1:7, 22:4, 82:11
**Aamer** [2] - 135:17, 135:19
**AAMER** [1] - 135:17
**Aaron** [1] - 50:20
**Abaca** [5] - 60:22, 60:24, 61:4, 61:6, 64:11
**ABC** [3] - 97:22, 183:8, 204:17
**ability** [14] - 51:23, 52:20, 75:18, 76:3, 79:15, 101:17, 103:15, 115:1, 125:12, 126:3, 137:10, 192:18, 205:9, 215:7
**abject** [1] - 10:15
**able** [30] - 5:11, 5:12, 31:24, 38:1, 50:16, 50:18, 56:11, 57:4, 62:19, 64:24, 77:8, 78:3, 78:5, 104:22, 114:2, 114:6, 115:20, 115:21, 115:22, 115:25, 117:11, 117:15, 117:20, 119:5, 120:25, 121:2,

121:4, 128:13,
183:18, 201:9
**absolutely** [23] -
26:5, 27:15, 29:17,
34:9, 36:19, 37:7,
37:22, 38:15, 47:15,
54:1, 76:14, 85:22,
88:4, 91:2, 101:20,
106:12, 109:4,
111:18, 121:21,
122:8, 147:4, 159:18,
161:8
**accelerated** [1] - 7:9
**acceptable** [1] -
163:3
**accepted** [2] - 80:6,
160:5
**access** [85] - 15:9,
15:14, 15:16, 15:18,
15:22, 16:1, 36:8,
36:20, 37:2, 49:12,
49:16, 49:18, 50:16,
50:18, 62:23, 68:20,
68:21, 70:12, 76:24,
77:1, 78:2, 81:7,
82:13, 129:17, 132:7,
132:9, 134:12, 135:5,
135:6, 138:6, 143:16,
159:2, 159:7, 159:24,
161:7, 161:18,
171:15, 172:1,
172:10, 176:6, 178:3,
186:3, 186:6, 186:10,
186:11, 186:13,
186:15, 186:16,
187:23, 190:20,
192:16, 193:11,
193:12, 193:19,
193:20, 193:25,
194:19, 194:25,
195:1, 195:3, 195:14,
195:22, 196:12,
196:19, 196:21,
197:5, 197:7, 197:9,
197:11, 197:24,
198:3, 198:18,
198:21, 198:24,
199:10, 200:18,
202:13, 202:15,
210:16, 210:24,
210:25, 211:7, 211:14
**accommodate** [1] -
93:12
**accompanied** [2] -
23:7, 43:22
**accompany** [1] -
122:6
**accompanying** [3] -
24:17, 122:16, 122:17
**accomplish** [1] -

114:2
**according** [3] -
10:12, 173:17, 180:1
**accurate** [4] - 69:19,
76:20, 76:21, 215:4
**acknowledgement**
[1] - 158:1
**Acosta** [7] - 9:16,
9:24, 13:12, 14:10,
161:15, 163:7
**act** [3] - 112:9, 177:8,
206:24
**acted** [1] - 206:24
**action** [4] - 8:24,
125:18, 204:7, 208:22
**Action** [2] - 1:3,
149:23
**actions** [1] - 125:25
**activities** [4] - 6:5,
52:10, 91:5, 99:23
**activity** [4] - 75:9,
204:8, 209:22, 210:1
**actual** [8] - 23:22,
52:3, 68:4, 68:8, 68:9,
166:3, 209:18, 210:7
**adamant** [1] - 87:9
**add** [2] - 67:22,
181:21
**added** [4] - 7:24,
31:21, 112:22, 162:21
**adding** [1] - 103:16
**addition** [7] - 47:16,
57:20, 106:12,
120:11, 126:23,
212:19
**additional** [6] - 5:19,
14:2, 115:17, 129:2,
142:2, 213:16
**additionally** [5] -
108:5, 165:20, 168:6,
169:3, 196:18
**address** [2] - 16:9,
16:20
**addressed** [2] -
152:15, 152:16
**adequately** [1] -
121:2
**adhere** [1] - 190:21
**adhering** [1] - 8:1
**adjacent** [1] - 49:15
**administer** [1] -
162:4
**administered** [1] -
98:16
**administration** [3] -
77:10, 147:17, 152:23
**administrations** [1] -
143:10
**admissibility** [1] -
6:20

**admission** [3] -
119:16, 124:22,
174:21
**admissions** [1] -
7:21
**admit** [5] - 92:5,
154:1, 154:8, 158:16,
166:18
**ADMITTED** [1] - 3:9
**admitted** [55] - 7:20,
8:13, 8:20, 36:25,
42:20, 43:1, 43:2,
43:7, 57:1, 57:9,
57:14, 64:15, 65:5,
80:4, 118:13, 120:3,
120:20, 120:21,
133:4, 135:21,
142:13, 142:17,
143:1, 143:16,
143:22, 144:2, 144:6,
144:13, 144:23,
145:4, 145:6, 145:15,
147:2, 151:14,
151:19, 154:2, 156:9,
158:8, 158:11,
158:17, 158:19,
158:22, 159:4,
159:23, 160:1,
172:20, 186:23,
189:10, 189:14,
199:24, 199:25,
200:11, 200:15,
213:18
**admonishment** [1] -
8:1
**adopted** [1] - 42:24
**advance** [1] - 131:15
**adversarial** [1] - 5:13
**adverse** [12] - 11:1,
11:6, 207:2, 207:4,
207:6, 207:8, 207:13,
207:19, 208:23,
209:13, 210:23, 212:9
**advertiser** [2] -
206:12, 206:13
**advertises** [1] -
51:11
**advertising** [1] -
206:8
**advised** [1] - 137:8
**advisement** [1] -
213:21
**advising** [1] - 93:1
**advisors** [1] - 105:13
**affected** [1] - 207:15
**affects** [1] - 42:17
**affidavit** [1] - 160:14
**affiliate** [1] - 63:7
**affirm** [1] - 12:11
**affirmatively** [1] -

157:8
**affixing** [1] - 177:23
**afforded** [2] - 9:21,
196:12
**AFP** [4] - 53:6, 57:25,
84:19, 156:4
**AFP's** [1] - 58:22
**African** [1] - 55:13
**African-American**
[1] - 55:13
**afternoon** [2] -
126:9, 126:10
**afterwards** [2] -
11:12, 123:24
**agency** [4] - 60:25,
61:1, 106:13, 168:4
**agents** [1] - 20:14
**ago** [2] - 31:15,
109:25
**agree** [17] - 12:3,
12:7, 12:10, 12:20,
13:18, 14:12, 15:10,
15:12, 109:5, 111:13,
129:9, 140:16,
173:20, 184:16,
193:24, 199:21,
208:13
**agreed** [1] - 199:13
**agreeing** [1] - 194:3
**agreement** [5] - 6:19,
13:7, 57:18, 61:4,
181:15
**agreements** [7] -
48:18, 51:3, 51:12,
57:20, 63:21, 63:24,
67:19
**agrees** [1] - 162:10
**ahead** [1] - 177:12
**AI** [1] - 114:19
**aide** [2] - 26:8, 115:3
**air** [2] - 20:15, 96:21
**Air** [20] - 22:23,
22:24, 23:3, 43:22,
43:23, 44:3, 44:4,
70:13, 70:19, 83:12,
83:14, 94:17, 97:8,
100:2, 106:16,
113:21, 118:6, 118:7,
144:8, 172:11
**Airport** [10] - 69:18,
69:22, 70:2, 70:7,
72:3, 83:13, 130:20,
143:13, 144:1, 144:9
**akin** [2] - 14:19,
179:24
**al** [3] - 1:6, 4:2,
149:24
**albeit** [2] - 195:25,
201:3
**alert** [16] - 30:19,

102:3, 102:6, 102:11,
102:18, 108:1,
108:24, 109:2, 109:3,
109:6, 109:11, 116:7,
116:8, 116:17,
116:21, 117:1
**alert-worthy** [3] -
108:1, 109:2, 109:3
**alerted** [4] - 108:2,
108:3, 108:4, 108:6
**alerts** [3] - 30:21,
108:23, 117:2
**Alex** [1] - 73:19
**aligned** [1] - 210:22
**Alito** [2] - 177:9,
177:20
**all-out** [1] - 37:17
**allocate** [1] - 99:9
**allow** [7] - 70:23,
73:6, 96:11, 133:10,
195:25, 201:4, 203:6
**allowed** [21] - 36:17,
43:19, 44:25, 50:2,
71:19, 71:20, 74:23,
78:3, 80:15, 119:11,
126:17, 132:17,
132:19, 132:21,
137:24, 138:1,
151:20, 155:4,
178:24, 200:1, 200:2
**allowing** [1] - 196:24
**allows** [4] - 153:18,
155:17, 178:9, 198:8
**almost** [8] - 31:16,
52:21, 73:11, 73:12,
121:21, 123:8,
149:14, 206:22
**alone** [1] - 5:15
**alphabetical** [2] -
168:6, 170:11
**alphabetically** [3] -
168:4, 170:8, 197:23
**alternate** [1] - 170:3
**alternates** [1] -
169:22
**amazingly** [11] - 25:19,
34:11, 36:19, 37:7,
37:11, 38:15, 39:16,
39:19, 65:11, 73:22,
87:4
**ambassador's** [1] -
60:5
**ambiance** [1] -
201:25
**amended** [2] - 8:24,
9:3
**Amendment** [38] -
9:4, 9:5, 9:6, 9:24,
10:21, 10:22, 10:25,
11:4, 11:7, 14:20,

15:21, 122:19,
162:11, 162:12,
175:13, 178:3, 178:6,
178:8, 183:25, 188:8,
195:7, 196:6, 198:23,
198:25, 204:5, 204:8,
204:9, 206:19, 207:4,
208:21, 208:24,
210:12, 210:13,
210:18, 211:10,
211:11

**amendments** [1] -
9:9

**America** [14] - 12:5,
21:13, 112:4, 148:19,
149:1, 161:12,
171:21, 173:18,
173:20, 178:14,
190:23, 192:5, 210:3,
210:4

**American** [9] - 21:18,
25:9, 47:15, 55:13,
58:8, 108:4, 122:9,
137:11, 160:17

**amicus** [1] - 175:11

**amount** [1] - 78:14

**amplify** [2] - 47:8,
47:14

**amply** [1] - 174:17

**analogizing** [1] -
206:23

**analogous** [1] -
104:22

**analogy** [1] - 212:1

**analyses** [1] - 88:7

**analysis** [6] - 157:1,
179:21, 185:23,
192:10, 208:16,
208:23

**analytical** [4] -
203:2, 203:16,
203:17, 208:20

**analytics** [3] - 67:9,
68:9, 88:6

**analyze** [3] - 203:19,
207:8, 208:18

**analyzed** [1] - 187:5

**anchors** [2] - 120:5,
148:24

**and..** [1] - 37:18

**Andrews** [1] - 83:12

**anecdote** [3] -
127:24, 128:4, 145:16

**Angeles** [4] - 27:18,
167:2, 167:5, 167:21

**announced** [2] -
54:4, 181:18

**announcement** [3] -
43:8, 108:20, 168:15

**announces** [1] -

181:25

**announcing** [1] -
172:3

**anonymously** [1] -
174:9

**answer** [18] - 31:24,
41:4, 63:22, 68:7,
73:2, 79:9, 90:22,
90:25, 120:23,
138:19, 151:9,
151:10, 157:3, 157:8,
171:9, 185:19, 211:23

**answered** [1] - 149:7

**answering** [1] -
38:24

**answers** [1] - 185:19

**anticipated** [1] -
204:23

**anticipating** [1] -
102:24

**anticipation** [1] -
38:10

**anytime** [1] - 83:20

**anyway** [3] - 63:23,
118:22, 205:2

**AP** [287] - 7:7, 7:11,
7:14, 7:19, 8:9, 8:13,
8:15, 9:22, 10:13,
12:3, 13:18, 15:3,
15:9, 15:10, 19:6,
19:18, 21:14, 22:1,
22:15, 23:8, 26:2,
27:16, 29:2, 32:8,
32:19, 32:22, 33:1,
33:17, 34:2, 34:3,
34:5, 34:24, 35:20,
36:8, 36:11, 36:18,
37:4, 38:17, 38:18,
40:10, 41:6, 41:8,
41:19, 41:21, 42:10,
43:1, 43:9, 44:25,
48:5, 48:16, 48:23,
51:3, 51:5, 51:11,
51:19, 51:23, 52:11,
52:14, 52:15, 52:22,
53:8, 53:23, 54:6,
54:8, 56:4, 56:12,
57:6, 57:9, 57:13,
57:21, 58:16, 59:9,
59:15, 59:18, 59:24,
59:25, 60:11, 61:4,
61:6, 62:22, 63:7,
63:17, 63:24, 64:6,
64:14, 65:4, 65:21,
65:24, 66:2, 66:15,
66:18, 67:3, 67:10,
68:5, 68:18, 68:19,
69:11, 69:16, 69:22,
70:2, 70:7, 70:12,
70:19, 71:3, 71:8,

71:24, 72:12, 72:14,
73:17, 73:19, 74:3,
74:10, 74:13, 74:21,
74:22, 75:19, 76:4,
80:24, 82:18, 83:15,
83:18, 83:21, 84:4,
84:8, 84:13, 84:14,
84:19, 85:2, 87:23,
88:8, 88:15, 90:11,
91:1, 91:21, 92:5,
95:8, 95:9, 95:10,
96:2, 96:3, 96:4, 96:6,
96:12, 96:15, 97:5,
98:19, 98:20, 98:22,
101:1, 101:6, 101:12,
103:7, 108:13,
108:25, 112:17,
113:19, 113:22,
115:22, 116:3, 116:6,
116:7, 116:14, 117:9,
117:19, 117:20,
117:23, 117:24,
118:12, 118:17,
119:15, 120:1,
120:18, 120:20,
120:25, 121:2,
122:23, 123:10,
123:11, 124:5,
124:22, 126:16,
129:10, 129:18,
129:24, 130:14,
132:2, 132:14,
132:17, 132:19,
132:21, 133:2, 133:3,
133:15, 136:18,
137:5, 137:16,
137:22, 137:23,
138:7, 138:12, 139:4,
142:13, 142:25,
144:1, 144:6, 144:23,
145:4, 145:6, 145:9,
146:15, 146:20,
147:1, 147:6, 147:24,
148:16, 151:7,
151:20, 152:4,
152:20, 152:22,
153:18, 155:6,
155:14, 155:17,
155:19, 156:6,
156:16, 157:5,
157:18, 160:21,
161:9, 163:22,
165:14, 165:16,
167:4, 167:7, 167:13,
167:15, 167:22,
170:1, 170:21,
170:24, 171:4, 171:8,
171:11, 171:13,
172:3, 172:10,
172:13, 173:14,
173:16, 173:17,

173:25, 174:21,
178:14, 181:22,
181:24, 183:8, 190:3,
190:14, 191:2, 191:3,
199:9, 199:24, 200:2,
203:25, 206:4, 206:6,
206:7, 206:11,
206:16, 207:15,
208:1, 208:2, 208:4,
208:7, 212:18,
212:22, 213:18

**AP's** [26] - 48:13,
50:19, 52:2, 54:19,
55:17, 60:18, 61:3,
66:20, 67:4, 67:18,
115:9, 123:21, 125:9,
136:24, 147:9, 155:7,
157:21, 161:3,
171:19, 171:24,
174:14, 175:3,
176:12, 206:16,
207:12, 213:1

**apart** [3] - 88:9,
165:18, 167:17

**apologies** [5] -
16:25, 62:4, 69:1,
72:9, 128:13

**apologize** [1] -
210:21

**apparatus** [1] -
176:21

**appeal** [6] - 8:21,
161:17, 161:19,
161:23, 162:16,
162:25

**Appeals** [1] - 209:11

**appear** [3] - 21:11,
83:7, 87:18

**appearance** [1] -
173:7

**aPPEARANCES** [1] -
1:13

**appeared** [1] -
171:17

**apples** [1] - 176:15

**applicability** [1] -
180:5

**application** [1] -
185:1

**applied** [2] - 142:17,
143:4

**applies** [3] - 178:1,
188:21, 195:4

**apply** [7] - 70:15,
161:24, 183:17,
185:23, 185:24,
186:15, 186:19

**applying** [1] - 160:9

**appreciate** [11] -
5:25, 7:6, 13:10,

21:10, 46:3, 46:5,
89:6, 138:19, 188:13,
213:12, 213:23

**appreciated** [1] -
34:11

**approach** [1] - 77:4

**approaching** [1] -
16:8

**appropriate** [3] -
16:23, 162:20, 169:8

**approval** [2] -
177:24, 183:10

**approved** [3] - 81:2,
200:10, 200:15

**apps** [1] - 88:3

**April** [3] - 60:15,
116:19, 215:10

**apt** [1] - 7:1

**arbitrarily** [1] -
197:21

**area** [1] - 56:25

**areas** [6] - 50:7,
57:21, 109:8, 200:17,
203:6, 203:8

**arguably** [1] - 184:13

**argue** [2] - 69:20,
88:1

**arguing** [2] - 175:8,
192:9

**argument** [9] -
10:25, 12:24, 15:19,
177:14, 178:20,
185:7, 186:10,
196:11, 199:7

**arguments** [2] -
11:13, 213:13

**Arizona** [4] - 168:16,
169:9, 169:11, 169:12

**arrange** [1] - 46:16

**arrangement** [2] -
58:16, 63:8

**arrival** [8] - 83:8,
130:19, 130:25,
131:1, 131:23,
132:12, 132:13, 144:8

**arrivals** [2] - 118:2,
118:3

**arrive** [2] - 37:16,
49:23

**arrived** [4] - 57:5,
69:21, 70:1, 70:6

**arriving** [1] - 70:13

**art** [3] - 95:16,
106:23, 177:1

**articles** [3] - 167:2,
167:4, 213:3

**artwork** [1] - 26:17

**Asia** [1] - 108:16

**aside** [6] - 132:11,
132:12, 132:13,

136:17, 138:5, 145:8
**assassin** [1] - 20:12
**assassinate** [1] -
20:13
**assassination** [1] -
20:23
**asserted** [1] - 9:3
**assertion** [1] -
174:17
**assigned** [3] -
140:14, 152:4, 152:10
**assignment** [1] -
22:16
**assignments** [1] -
19:9
**assistant** [1] - 46:2
**assistants** [1] -
99:25
**ASSOCIATED** [1] -
1:3
**Associated** [37] -
4:2, 4:6, 4:11, 4:14,
11:2, 12:13, 18:19,
19:16, 20:1, 20:4,
21:21, 27:19, 43:16,
72:23, 77:15, 87:15,
87:19, 89:24, 90:8,
105:15, 109:20,
112:2, 113:12,
124:15, 135:7,
135:11, 135:20,
136:14, 149:23,
153:7, 158:22, 165:6,
165:10, 167:9,
171:22, 172:7, 177:4
**Association** [9] -
63:5, 96:1, 98:3,
110:5, 127:25, 139:1,
140:9, 140:15, 140:18
**assume** [1] - 48:7
**assuming** [2] -
63:22, 69:10
**assurance** [1] -
147:8
**astronauts** [1] -
148:21
**AT&T** [1] - 29:8
**ATEBA** [1] - 184:20
**Ateba** [3] - 9:24,
184:19, 184:20
**attach** [1] - 103:16
**attaches** [4] -
162:11, 163:12,
180:16, 188:24
**attachment** [1] -
160:15
**attempt** [1] - 20:23
**attend** [4] - 117:21,
118:14, 121:1, 196:24
**attendance** [3] -

56:4, 110:7, 131:10
**attended** [1] - 54:16
**attendees** [1] - 105:2
**attention** [5] - 8:17,
62:17, 138:18,
153:20, 213:24
**attest** [1] - 150:20
**attested** [2] - 155:18,
172:7
**Attorney** [1] - 46:2
**ATTORNEY'S** [1] -
1:22
**Attorney's** [3] - 4:18,
46:3, 126:12
**attributed** [1] - 66:15
**audience** [11] -
17:23, 96:8, 109:13,
166:2, 167:19,
167:21, 168:5,
168:24, 168:25, 190:1
**audiences** [1] -
170:14
**authority** [1] - 178:8
**available** [9] - 23:1,
60:18, 131:20, 189:9,
192:25, 193:6, 193:7,
193:20, 195:2
**Avenue** [2] - 2:3,
215:14
**award** [1] - 65:9
**award-winning** [1] -
65:9
**aware** [18] - 70:11,
70:18, 90:21, 113:13,
118:15, 130:6, 133:8,
133:13, 134:13,
135:10, 135:13,
135:14, 137:13,
137:15, 137:18,
137:21, 138:5, 162:6
**awareness** [1] -
134:6
**awesome** [1] - 46:8
**awful** [1] - 42:18
**axis** [1] - 155:3
**Ayanna** [1] - 136:7

# B

**back-and-forth** [1] -
114:25
**background** [1] -
20:15
**backseat** [1] - 10:24
**bad** [3] - 27:10, 30:6,
68:25
**Baier** [1] - 41:12
**ball** [1] - 38:8
**BALLARD** [2] - 1:15,

1:18
**Ballard** [1] - 4:7
**Baltimore** [14] -
196:8, 197:6, 197:8,
197:22, 199:4,
208:14, 210:15,
211:3, 211:13,
211:14, 211:16,
211:20, 212:4, 213:3
**ban** [20] - 8:15, 45:7,
77:3, 80:2, 80:3,
83:16, 113:19, 115:7,
117:19, 147:24,
148:16, 158:9, 172:7,
172:12, 191:2,
206:14, 206:17, 213:5
**band** [1] - 177:17
**banned** [12] - 34:2,
34:3, 57:2, 62:21,
113:1, 118:18,
147:17, 167:7, 171:8,
173:14, 173:23
**banning** [1] - 43:9
**barred** [5] - 112:24,
115:23, 121:24, 147:6
**Barrett** [1] - 4:13
**Bartley** [1] - 195:11
**base** [1] - 206:8
**Base** [1] - 83:12
**baseball** [2] - 7:16,
190:12
**based** [24] - 42:13,
47:7, 47:11, 53:20,
57:14, 65:4, 88:14,
88:20, 114:7, 119:1,
133:3, 135:7, 135:11,
168:24, 169:8,
170:13, 180:6,
194:16, 195:9,
195:14, 196:1, 197:4,
198:25, 201:8
**baseline** [1] - 193:10
**basis** [1] - 7:9,
10:16, 12:4, 92:3,
147:9, 174:12, 184:9,
186:9, 186:12,
187:12, 192:1, 194:7,
211:10
**bathrobes** [1] -
212:16
**Beach** [17] - 49:19,
50:6, 69:17, 69:22,
70:2, 83:13, 113:2,
118:2, 118:8, 129:25,
130:19, 131:1,
131:23, 132:12,
132:13, 143:12, 144:1
**beaming** [1] - 59:7
**bear** [1] - 167:4
**beating** [1] - 42:12

**beautiful** [2] - 177:1
**became** [3] - 23:23,
55:24, 110:20
**become** [1] - 20:16
**becomes** [2] -
180:13, 180:17
**BEFORE** [1] - 1:11
**beforehand** [1] -
135:14
**began** [6] - 43:8,
45:7, 83:16, 136:21,
158:9, 171:18
**begged** [1] - 83:22
**beginning** [4] -
46:20, 142:8, 160:13,
171:10
**beginnings** [1] -
102:21
**behalf** [8] - 4:6, 4:18,
41:25, 71:23, 96:13,
137:10, 175:12
**behind** [6] - 26:15,
31:12, 33:8, 35:9,
40:5, 41:3, 79:3,
111:15, 116:24,
166:14, 185:12
**belabor** [1] - 199:15
**belie** [1] - 174:17
**belief** [1] - 194:23
**belies** [4] - 163:20,
163:21, 166:4, 168:6
**believes** [3] - 190:21,
191:5, 196:4
**Ben** [1] - 74:5
**Berra** [1] - 7:16
**beside** [1] - 178:24
**best** [12] - 33:9,
33:15, 34:16, 37:8,
68:18, 79:16, 83:23,
99:9, 122:18, 165:25,
197:7, 215:7
**bet** [1] - 181:25
**betrays** [1] - 174:8
**better** [7] - 25:9,
29:21, 78:22, 84:9,
165:24, 199:11,
207:11
**between** [30] - 5:7,
34:22, 39:16, 59:15,
59:20, 60:4, 60:12,
61:4, 84:18, 86:21,
87:1, 105:10, 108:7,
113:13, 145:20,
153:14, 156:16,
158:1, 169:22, 170:3,
170:8, 175:21,
179:16, 185:9,
185:13, 185:16,
186:25, 187:10,
197:9, 203:1

**beyond** [3] - 15:22,
97:23, 198:18
**Biden** [7] - 41:7,
78:11, 110:4, 110:22,
128:1, 181:10, 202:6
**big** [11] - 22:7, 28:13,
30:5, 30:25, 34:1,
36:2, 59:7, 82:3,
85:13, 87:12, 110:5
**bigger** [3] - 19:9,
88:1, 203:7
**biggest** [1] - 29:11
**bill** [1] - 106:4
**billion** [6] - 32:18,
42:10, 168:16,
169:11, 170:21,
170:22
**binder** [1] - 150:11
**bit** [8] - 26:22, 32:5,
56:2, 75:1, 109:12,
132:10, 138:15,
148:20
**Black** [1] - 136:7
**blank** [1] - 168:12
**blanks** [1] - 202:7
**blends** [1] - 199:8
**blink** [1] - 25:22
**Blondet** [2] - 61:9,
61:14
**BLONDET** [1] -
61:10
**Bloomberg** [13] -
109:9, 116:18,
116:23, 117:2, 117:4,
156:16, 168:20,
169:1, 169:19,
169:21, 169:22,
170:3, 170:8
**blue** [2] - 88:11,
105:22
**board** [2] - 118:11,
140:10
**boarding** [1] -
118:10
**body** [1] - 190:23
**boldly** [1] - 181:25
**bona** [3] - 107:4,
180:6, 198:9
**book** [2] - 21:13,
21:21
**border** [1] - 108:10
**Boston** [2] - 170:6,
170:7
**bothered** [1] - 132:8
**bound** [1] - 41:23
**box** [1] - 7:12
**Brady** [11] - 12:1,
12:4, 12:19, 13:3,
14:4, 16:5, 49:8,
49:12, 49:16, 54:2,

139:2
**brag** [1] - 152:22
**branch** [3] - 184:1, 211:23, 211:25
**brand** [1] - 213:1
**Brandon** [1] - 73:19
**brands** [1] - 212:16
**break** [3] - 89:4, 149:15, 200:12
**breaking** [5] - 22:6, 96:21, 99:2, 102:15, 103:14
**breathing** [1] - 201:16
**Bret** [2] - 41:12, 41:15
**BRIAN** [1] - 1:21
**Brian** [4] - 4:13, 4:17, 46:2, 126:11
**brief** [9] - 6:8, 6:20, 6:22, 7:3, 164:6, 175:11, 175:15, 187:9
**briefing** [28] - 5:2, 7:7, 12:19, 13:3, 16:5, 49:12, 49:16, 82:8, 82:10, 92:25, 124:20, 127:11, 139:2, 139:5, 139:17, 140:17, 142:3, 164:4, 164:7, 185:15, 186:6, 187:4, 188:6, 198:3, 213:12
**briefings** [5] - 141:22, 164:5, 187:12, 198:12, 198:14
**briefly** [5] - 43:21, 92:18, 107:24, 111:20, 117:17
**bring** [3] - 16:17, 22:13, 150:19
**brings** [2] - 102:12, 108:15
**broad** [5] - 27:20, 32:16, 156:21, 196:20, 196:22
**broadened** [1] - 191:20
**broader** [4] - 5:16, 65:19, 98:15, 99:22
**broadly** [3] - 47:8, 125:23, 161:10
**Broadway** [1] - 1:19
**brought** [5] - 95:3, 95:4, 156:25, 184:6, 184:7
**Brussels** [1] - 60:5
**bucket** [1] - 179:12
**budgetary** [1] - 96:10

**Budowich** [30] - 4:2, 6:15, 8:7, 113:17, 124:6, 134:19, 135:10, 139:10, 146:12, 146:14, 146:15, 149:23, 150:18, 153:3, 155:17, 156:7, 156:11, 156:25, 157:16, 159:22, 160:24, 163:22, 165:20, 170:16, 171:12, 172:5, 174:6, 174:21, 180:2, 191:14
**BUDOWICH** [1] - 1:6
**Budowich's** [14] - 8:12, 10:12, 155:11, 155:24, 156:17, 165:13, 165:17, 167:17, 167:24, 168:7, 170:1, 171:9, 173:13, 174:17
**buff** [1] - 148:20
**buffoon** [1] - 76:16
**building** [1] - 103:21
**built** [2] - 94:12, 94:16
**bully** [1] - 204:2
**bunch** [1] - 86:2
**burden** [6] - 5:22, 13:11, 20:5, 42:4, 42:18, 162:21
**bureau** [3] - 103:13, 121:7, 121:8
**buried** [1] - 180:19
**Bush** [2] - 23:12, 23:17
**business** [10] - 48:10, 52:4, 52:18, 62:9, 66:24, 99:6, 168:16, 168:20, 206:16, 212:18
**businesspeople** [2] - 67:3, 67:6
**busy** [3] - 16:21, 79:1, 98:14
**but..** [1] - 58:21
**butchering** [1] - 72:9
**Butler** [8] - 20:3, 20:9, 20:23, 24:21, 24:23, 47:21, 47:24, 52:7
**butt** [1] - 66:25
**button** [1] - 100:24
**buys** [1] - 52:1
**BY** [43] - 2:1, 18:12, 19:4, 23:5, 27:6, 32:4, 39:1, 39:11, 42:19, 45:22, 46:9, 49:5, 71:22, 73:13, 79:12,

81:8, 83:4, 85:1, 86:6, 87:13, 89:20, 90:3, 92:12, 93:6, 94:6, 95:21, 97:3, 98:10, 100:23, 103:4, 107:5, 119:13, 119:24, 123:15, 124:8, 125:7, 126:8, 129:4, 134:9, 137:12, 138:23, 141:4, 146:10
**by-line** [5] - 61:8, 66:14, 69:11, 72:17, 167:4

## C

**cab** [1] - 44:8
**cabin** [1] - 94:18
**cabinet** [1] - 50:10
**calendar** [4] - 80:3, 91:17, 92:16, 142:7
**camera** [11] - 28:24, 33:4, 33:8, 97:18, 106:15, 107:7, 111:7, 111:17, 114:9, 114:16, 120:9
**cameras** [2] - 111:4
**Canada** [4] - 115:14, 115:18, 116:13, 116:19
**canceled** [1] - 68:15
**canceling** [1] - 181:18
**cancels** [1] - 181:23
**candid** [1] - 88:7
**candidate** [1] - 48:1
**candidly** [1] - 158:16
**cannot** [9] - 9:25, 15:14, 71:23, 182:4, 193:3, 203:13, 208:8, 210:10, 210:11
**capabilities** [1] - 53:2
**capably** [1] - 176:22
**capacity** [2] - 81:23, 81:24
**capture** [10] - 25:14, 59:1, 75:7, 75:15, 75:21, 75:24, 114:9, 201:21, 201:23, 201:25
**captured** [8] - 20:17, 23:14, 23:21, 24:10, 24:20, 65:13, 127:3, 208:12
**captures** [1] - 131:6
**capturing** [2] - 61:18, 75:2
**car** [1] - 209:6

**careful** [2] - 100:2, 213:23
**Carl** [1] - 63:1
**carry** [3] - 20:5, 29:6, 29:14
**carrying** [3] - 29:9, 209:5, 209:6
**Case** [1] - 4:2
**case** [52] - 13:6, 13:12, 13:22, 90:16, 90:19, 93:13, 132:24, 154:9, 160:10, 162:8, 162:19, 163:4, 163:7, 163:8, 164:8, 174:21, 177:14, 179:15, 179:16, 180:17, 183:7, 183:13, 183:23, 184:19, 184:20, 185:7, 187:3, 187:6, 187:7, 187:15, 188:12, 188:18, 193:25, 195:7, 195:19, 196:8, 196:10, 197:3, 197:7, 198:13, 202:17, 207:2, 208:25, 209:4, 209:9, 209:20, 210:16, 211:15, 212:2
**cases** [17] - 9:15, 10:15, 14:6, 101:16, 114:5, 117:10, 123:1, 162:14, 180:25, 187:4, 187:10, 192:16, 194:18, 194:19, 197:18, 198:24, 206:19
**catalog** [1] - 53:23
**caught** [1] - 24:12
**causation** [1] - 155:20
**caused** [2] - 67:18, 76:25
**causes** [1] - 208:22
**causing** [1] - 206:15
**CBS** [4] - 97:21, 182:19, 183:8, 204:17
**celebrate** [1] - 143:19
**celebrating** [3] - 73:14, 144:19, 172:3
**celebration** [1] - 74:7
**cellphone** [2] - 29:14, 29:16
**censor** [1] - 176:10
**center** [2] - 139:4, 139:7
**certain** [12] - 62:5, 83:8, 84:13, 86:16, 133:4, 137:15, 137:21, 137:25,

165:11, 195:25, 196:24, 210:19
**certainly** [19] - 5:17, 7:4, 16:5, 70:24, 104:8, 115:5, 120:22, 121:21, 122:15, 127:3, 140:19, 151:11, 159:6, 168:2, 181:13, 186:8, 193:21, 198:7, 213:9
**Certainly** [1] - 179:18
**CERTIFICATE** [1] - 215:1
**certify** [1] - 215:4
**chair** [1] - 35:2
**challenges** [1] - 14:24
**chance** [2] - 5:24, 8:21
**change** [12] - 14:7, 54:4, 76:25, 112:19, 124:4, 148:17, 171:20, 179:23, 181:15, 191:1, 191:16, 210:2
**changed** [12] - 7:25, 8:22, 26:17, 77:5, 112:8, 148:15, 205:4, 205:6, 207:10, 207:13, 209:16, 209:19
**changes** [5] - 92:23, 114:14, 140:11, 140:13, 191:4
**changing** [1] - 112:12
**channel** [1] - 126:25
**characterize** [2] - 186:15, 188:2
**characterized** [5] - 171:18, 188:19, 189:1, 207:7, 208:8
**characters** [3] - 102:18, 103:18, 103:19
**charging** [1] - 212:8
**CHARLES** [1] - 1:14
**Charles** [1] - 4:6
**chart** [10] - 138:24, 139:1, 139:24, 141:5, 141:13, 141:25, 156:8, 156:16, 168:19, 200:22
**check** [3] - 21:9, 129:16, 136:16
**chef** [1] - 33:6
**Chernov** [1] - 65:7
**Chernov's** [1] - 121:5
**Cheung** [1] - 176:23

**Chief** [1] - 165:5
**chief** [12] - 4:10, 4:11, 18:19, 19:5, 21:17, 46:7, 89:24, 113:5, 113:14, 113:16, 134:22, 160:24
**child** [3] - 50:12, 75:25, 201:22
**chill** [11] - 79:15, 206:18, 206:22, 206:24, 207:6, 207:17, 207:23, 208:6, 208:16, 210:6, 212:4
**chilled** [3] - 125:8, 209:19, 209:25
**chilling** [5] - 11:2, 174:3, 203:24, 205:2, 205:8
**choice** [2] - 195:23, 210:12
**choose** [2] - 12:23, 134:5
**chooses** [1] - 152:22
**choosing** [1] - 198:24
**chopped** [1] - 49:2
**chopping** [1] - 49:6
**chose** [3] - 21:20, 166:12, 169:5
**chosen** [3] - 153:9, 168:3, 170:5
**Chris** [1] - 72:6
**Christian** [1] - 170:9
**Christmas** [1] - 123:10
**Chuck** [2] - 152:3, 152:4
**Circuit** [8] - 14:18, 15:24, 162:13, 193:14, 196:10, 198:12, 198:15
**circuit** [1] - 8:5
**Circuit's** [1] - 14:9
**circumstance** [2] - 14:8, 57:5
**circumstances** [7] - 16:5, 36:15, 162:20, 176:17, 185:8, 188:1, 201:4
**cite** [1] - 209:1
**cited** [5] - 187:4, 187:9, 194:21, 194:22, 195:11
**City** [1] - 208:25
**city's** [1] - 209:7
**civil** [1] - 46:7
**Civil** [3] - 1:3, 4:1, 149:23

**claim** [2] - 211:11, 211:12
**claiming** [1] - 190:3
**claims** [2] - 9:5, 16:9
**clarification** [1] - 47:24
**class** [1] - 16:2
**clause** [5] - 188:10, 188:17, 188:19, 188:20
**clear** [9] - 13:7, 15:2, 39:2, 98:19, 100:12, 151:10, 157:3, 173:14, 190:18
**clearest** [2] - 9:11, 9:14
**clearly** [10] - 10:10, 14:17, 15:21, 61:23, 88:12, 137:3, 140:21, 158:5, 170:24, 193:19
**click** [1] - 102:16
**clicked** [1] - 48:22
**client** [9] - 12:8, 13:18, 158:11, 159:2, 159:6, 179:4, 194:4, 194:7, 205:4
**clients** [7] - 29:5, 32:16, 35:6, 67:23, 96:18, 100:21, 123:3
**clip** [3] - 164:6, 164:10, 172:19
**close** [2] - 142:3, 200:16
**closed** [5] - 92:17, 92:20, 92:21, 92:25, 163:24
**closer** [5] - 12:16, 12:18, 13:4, 13:12, 14:24
**closest** [1] - 149:3
**closing** [2] - 152:21, 202:25
**clue** [1] - 54:1
**clueless** [1] - 44:23
**CMS** [1] - 102:4
**CNN** [2] - 97:22, 204:18
**co** [1] - 4:7
**co-counsel** [1] - 4:7
**coerce** [1] - 204:3
**colleague** [7] - 17:10, 30:14, 31:15, 103:9, 115:2, 121:5, 136:7
**colleagues** [23] - 64:24, 76:4, 79:23, 79:25, 103:7, 103:16, 105:18, 106:9, 107:16, 107:21, 108:9, 108:13,

108:16, 108:22, 121:24, 122:23, 124:18, 145:25, 147:5, 152:8, 155:15, 158:8
**collect** [1] - 81:16
**COLUMBIA** [2] - 1:1, 1:22
**Columbia** [2] - 2:2, 215:13
**comfortable** [1] - 18:13
**coming** [7] - 22:8, 26:9, 85:14, 91:18, 152:3, 169:10, 190:4
**comings** [1] - 174:16
**commensurate** [1] - 199:10
**comments** [3] - 194:25, 195:4, 196:17
**commercial** [1] - 51:20
**commission** [2] - 52:5, 52:11
**commit** [1] - 138:10
**commitment** [7] - 138:11, 171:13, 171:16, 171:19, 171:22, 171:24, 172:4
**committed** [1] - 125:11
**committing** [1] - 207:21
**common** [3] - 12:5, 54:21, 120:4
**commonly** [1] - 141:14
**communicate** [3] - 75:18, 76:3, 121:16
**communicated** [4] - 113:10, 119:10, 119:12, 175:18
**communicating** [3] - 101:24, 103:7, 121:13
**communication** [5] - 32:14, 107:15, 107:16, 108:13, 202:2
**communications** [7] - 106:13, 107:9, 114:19, 160:13, 176:24, 211:17, 211:18
**community** [1] - 58:21
**companies** [1] - 67:17
**company** [2] - 19:21, 32:25
**comparable** [2] - 33:14, 34:21

**compared** [2] - 67:5, 67:11
**compel** [1] - 15:8
**compelling** [1] - 12:12
**competing** [1] - 84:20
**competitive** [2] - 40:14, 106:2
**competitor** [2] - 35:20, 187:25
**competitors** [16] - 28:15, 31:12, 34:15, 34:23, 37:25, 39:15, 39:23, 80:1, 85:11, 101:7, 115:20, 116:18, 116:24, 124:17, 159:24, 206:3
**competitors'** [2] - 35:4, 39:6
**complaint** [2] - 8:24, 9:3
**complete** [1] - 215:6
**completely** [14] - 67:25, 155:10, 156:21, 157:18, 157:25, 158:14, 161:3, 163:23, 165:12, 165:14, 167:23, 167:25, 172:1, 210:22
**completeness** [1] - 114:4
**complex** [8] - 93:8, 94:15, 133:1, 134:11, 134:13, 134:15, 134:18, 136:10
**comport** [2] - 183:20, 188:7
**comprehensive** [1] - 91:16
**conceive** [1] - 112:25
**conceived** [1] - 113:4
**concept** [1] - 189:25
**conception** [1] - 14:13
**concern** [1] - 198:13
**concerned** [2] - 188:12, 206:13
**concerns** [4] - 12:4, 13:19, 14:3, 182:1
**concluded** [2] - 116:9, 214:2
**concludes** [2] - 114:13, 175:2
**conclusion** [1] - 140:22
**condition** [1] -

112:11
**conducive** [1] - 104:19
**conducted** [1] - 105:5
**conducts** [1] - 203:5
**conference** [6] - 23:13, 93:14, 120:6, 197:1, 197:20
**conferences** [3] - 113:1, 185:15, 196:25
**confidence** [1] - 146:25
**confidentiality** [2] - 193:2, 196:16
**configuration** [3] - 95:5, 97:9, 100:5
**confirm** [1] - 12:2
**confirmation** [1] - 136:8
**confirmed** [2] - 200:9, 201:18
**conflict** [3] - 5:16, 206:14, 212:22
**Congress** [4] - 143:7, 152:15, 152:17, 184:25
**connection** [1] - 90:15
**connectivity** [1] - 107:18
**consider** [3] - 21:2, 177:15, 192:12
**consideration** [2] - 151:8, 157:6
**considered** [2] - 175:19, 195:17
**considers** [1] - 7:7
**consistent** [2] - 44:25, 210:12
**consistently** [3] - 127:17, 127:19, 138:13
**constantly** [1] - 39:24
**constitute** [2] - 172:6, 172:12
**constitutes** [1] - 215:4
**Constitution** [8] - 2:3, 183:17, 193:5, 193:9, 194:15, 195:24, 196:6, 215:14
**constitutional** [9] - 7:25, 9:9, 9:10, 9:12, 182:1, 182:22, 193:1, 195:3, 197:4
**constitutionally** [1] - 211:1
**constraints** [3] -

94:17, 96:11, 196:25
**contact** [1] - 51:19
**contained** [2] - 86:5,
154:7
**contemplate** [3] -
195:24, 196:9, 196:11
**contemplated** [2] -
14:18, 198:6
**content** [14] - 66:21,
66:22, 106:11, 107:7,
124:18, 158:22,
173:15, 174:13,
194:16, 195:9,
195:14, 196:1, 197:4,
198:25
**content-based** [3] -
194:16, 195:14, 197:4
**context** [1] - 5:4
**continue** [6] - 15:16,
42:7, 45:4, 153:5,
191:3, 206:11
**continued** [1] -
204:21
**continues** [2] -
139:22, 202:12
**continuing** [1] -
113:23
**continuum** [1] - 13:4
**contracting** [2] -
99:5, 110:24
**contradict** [1] -
156:23
**contradicted** [3] -
151:1, 156:19, 172:1
**contradictions** [1] -
8:12
**contradictory** [2] -
150:23, 155:10
**contradicts** [2] -
157:17, 165:12
**contrary** [1] - 197:19
**Contreras** [1] - 54:25
**contributing** [1] -
100:11
**control** [8] - 105:24,
107:6, 176:5, 177:2,
177:3, 178:11,
182:15, 183:5
**controls** [4] - 134:12,
176:6, 182:16, 183:1
**conveniently** [1] -
10:13
**conversation** [7] -
102:1, 104:23,
107:20, 108:1, 108:7,
108:17, 112:1
**convey** [2] - 195:8,
196:5
**convictions** [1] -
204:10

**convincing** [1] - 5:14
**cooperates** [1] -
180:11
**coordinate** [1] - 26:4
**coordinated** [1] -
132:24
**copyright** [2] -
33:11, 72:22
**Corbet** [1] - 121:6
**core** [1] - 202:13
**corner** [5] - 26:16,
28:3, 111:14, 111:24,
114:23
**corners** [1] - 26:11
**corps** [7] - 36:7,
96:6, 123:1, 123:2,
159:3, 181:11, 191:8
**corps'** [1] - 123:20
**correct** [122] - 13:17,
13:23, 24:16, 46:21,
46:24, 47:2, 47:3,
47:6, 47:14, 47:19,
47:22, 48:2, 48:6,
48:18, 49:8, 49:13,
49:20, 50:17, 52:6,
52:17, 53:2, 53:4,
53:6, 54:10, 54:14,
56:22, 57:5, 57:23,
58:2, 59:3, 59:12,
59:21, 62:20, 63:19,
64:8, 64:22, 65:5,
65:7, 65:14, 65:18,
65:25, 66:3, 66:15,
66:22, 66:23, 69:18,
69:23, 70:3, 71:3,
75:4, 75:9, 75:16,
75:19, 75:22, 76:1,
76:5, 80:11, 83:25,
84:2, 99:15, 99:18,
100:18, 107:9,
120:21, 126:21,
126:22, 127:1, 127:5,
127:8, 127:11,
127:14, 128:7,
128:20, 129:12,
132:3, 132:16,
132:20, 134:21,
135:12, 137:17,
137:22, 137:24,
138:1, 139:5, 139:8,
139:14, 139:23,
140:16, 141:6, 141:7,
141:10, 141:13,
142:4, 142:11,
142:12, 142:14,
142:18, 142:23,
143:1, 143:4, 143:13,
143:17, 143:20,
143:23, 144:2, 144:6,
144:10, 144:11,

144:14, 144:21,
144:24, 145:2, 145:5,
145:12, 145:17,
146:1, 152:11,
159:14, 175:14,
178:21, 193:25, 201:7
**correctly** [3] - 46:14,
178:19, 179:5
**correspondence** [1]
- 113:13
**correspondent** [13] -
4:10, 89:24, 97:19,
113:5, 135:7, 135:11,
142:13, 142:25,
145:11, 157:22,
157:23, 167:10, 201:9
**Correspondents** [1]
- 140:2
**correspondents** [5] -
120:5, 120:25,
126:24, 200:25
**Correspondents'** [6]
- 95:25, 98:3, 139:1,
140:9, 140:15, 140:18
**Corum** [3] - 55:20,
55:22, 69:6
**counsel** [9] - 4:3,
4:7, 4:10, 20:21,
38:23, 131:19,
164:11, 164:15, 189:6
**count** [1] - 24:21
**counterparts** [2] -
53:1, 75:19
**countries** [1] -
122:22
**country** [5] - 19:10,
86:21, 96:9, 98:25,
170:22
**counts** [1] - 9:4
**couple** [9] - 9:8,
76:9, 83:5, 85:25,
101:19, 111:11,
124:16, 130:24,
203:21
**courage** [1] - 204:9
**course** [16] - 5:10,
5:22, 29:15, 29:24,
30:4, 42:9, 42:17,
48:15, 48:19, 51:25,
53:5, 55:9, 65:23,
66:4, 75:13, 186:4
**court** [12] - 63:10,
73:7, 138:16, 162:4,
162:14, 165:2, 173:4,
177:20, 183:24,
194:24, 199:12,
203:10
**Court** [106] - 2:1, 2:2,
4:9, 4:13, 6:6, 6:12,
7:8, 8:2, 8:11, 8:17,

9:15, 10:17, 11:8,
11:11, 13:11, 14:11,
15:15, 16:18, 16:22,
17:13, 20:21, 24:20,
34:21, 36:15, 39:2,
40:23, 42:2, 49:1,
49:3, 55:10, 63:1,
79:13, 86:7, 90:21,
118:25, 131:20,
136:24, 150:3, 150:6,
150:8, 150:21,
150:23, 151:3, 151:5,
153:21, 154:8,
155:13, 155:22,
156:20, 156:23,
157:11, 162:6,
162:10, 164:6, 164:7,
164:9, 164:11, 166:4,
166:6, 168:1, 168:8,
168:13, 168:18,
169:13, 170:13,
170:21, 170:23,
171:8, 172:19, 174:5,
174:18, 175:23,
177:10, 183:16,
184:2, 184:22,
184:24, 185:23,
187:5, 188:3, 188:19,
192:22, 193:9,
196:18, 197:3, 198:1,
203:19, 204:17,
205:17, 207:16,
207:20, 207:21,
208:17, 208:22,
208:25, 209:11,
209:15, 209:18,
211:22, 215:12,
215:13
**COURT** [195] - 1:1,
4:15, 4:20, 6:1, 6:7,
6:10, 6:18, 6:22, 7:2,
9:8, 11:12, 11:22,
12:14, 13:2, 13:15,
13:17, 14:12, 16:14,
17:2, 17:6, 17:15,
17:18, 17:20, 17:22,
17:25, 18:6, 18:8,
18:21, 18:25, 19:3,
23:2, 26:24, 30:11,
31:14, 31:18, 31:22,
32:3, 38:23, 39:8,
42:5, 45:18, 46:6,
71:12, 73:10, 76:9,
76:23, 77:7, 77:16,
77:21, 78:7, 78:9,
78:12, 78:17, 78:23,
79:5, 79:8, 79:10,
80:17, 82:4, 82:14,
82:23, 84:18, 84:22,
84:24, 86:23, 88:25,
89:3, 89:10, 89:13,

89:17, 90:1, 92:7,
92:9, 93:3, 93:17,
93:22, 94:4, 95:14,
97:13, 99:12, 99:14,
99:17, 100:12,
100:16, 100:22,
102:9, 106:21, 119:6,
119:18, 119:20,
122:4, 122:21,
123:14, 124:7,
124:25, 125:4, 126:6,
128:25, 133:9,
133:23, 133:24,
137:6, 140:23, 146:5,
146:7, 147:14,
148:13, 149:5, 149:9,
149:14, 149:25,
150:2, 150:7, 150:11,
150:14, 151:16,
151:24, 152:7,
152:12, 152:18,
153:24, 154:4,
154:13, 154:18,
154:25, 155:2,
157:13, 158:24,
159:12, 161:5,
161:21, 162:22,
163:15, 164:12,
164:21, 166:9,
166:21, 172:23,
173:10, 173:25,
174:24, 175:4,
175:13, 177:11,
178:17, 178:23,
179:8, 179:12, 180:3,
181:6, 181:8, 182:6,
182:11, 184:10,
186:1, 186:5, 188:9,
189:2, 189:4, 189:13,
189:21, 190:2,
190:16, 190:25,
191:7, 191:10,
191:25, 192:8,
193:13, 193:23,
194:18, 197:6, 199:2,
199:17, 199:21,
201:5, 202:18,
202:21, 203:23,
204:12, 204:20,
205:1, 205:19,
205:21, 205:23,
206:21, 208:13,
210:14, 210:20,
211:2, 211:6, 211:13,
212:3, 213:11, 213:25
**Court's** [10] - 6:13,
8:1, 8:3, 15:20, 16:19,
86:4, 153:20, 157:4,
159:19, 213:23
**court's** [1] - 62:4
**courtroom** [2] -

129:14, 164:2
**COURTROOM** [4] -
4:1, 18:3, 89:14,
149:22
**courts** [1] - 187:4
**cover** [30] - 5:1, 19:7,
21:14, 21:15, 21:21,
56:12, 73:12, 81:21,
83:14, 83:16, 83:19,
83:20, 84:4, 87:7,
94:11, 96:11, 99:7,
121:22, 122:1, 123:6,
125:13, 131:1,
148:18, 152:4,
152:10, 176:2, 177:7,
196:1, 197:15
**coverage** [14] - 99:3,
123:8, 126:16,
147:17, 148:22,
148:23, 166:16,
170:19, 170:25,
171:2, 206:8, 207:10,
207:12
**covered** [2] - 59:19,
123:7
**covering** [7] - 25:21,
51:4, 91:11, 121:3,
121:25, 138:11, 213:4
**covers** [2] - 157:22,
157:23
**coveted** [1] - 174:7
**COVID-19** [2] -
110:3, 110:24
**crap** [1] - 29:9
**create** [3] - 134:4,
152:6, 198:16
**created** [7] - 8:6,
15:24, 133:21, 154:6,
180:13, 181:3, 193:14
**creates** [2] - 162:21,
195:15
**creating** [3] - 165:25,
198:17, 198:20
**creation** [1] - 141:11
**creators** [1] - 106:11
**credentialed** [33] -
92:18, 93:10, 93:17,
93:18, 113:8, 113:9,
117:16, 117:21,
119:25, 129:6, 129:8,
129:11, 129:20,
130:1, 130:4, 130:15,
130:21, 131:4,
131:17, 131:24,
132:2, 132:15, 133:5,
135:12, 135:22,
136:18, 143:11,
143:25, 145:7,
189:18, 189:24,
200:21, 200:24

**credibility** [1] -
160:11
**credible** [2] - 163:25,
169:7
**credit** [1] - 69:10
**credited** [1] - 128:23
**credits** [1] - 167:8
**crew** [1] - 106:15
**criminal** [1] - 149:15
**criteria** [11] - 160:9,
160:10, 161:16,
170:13, 180:15,
180:24, 181:3, 181:4,
184:24, 185:2, 208:3
**CROSS** [2] - 45:21,
126:7
**cross** [4] - 5:13,
6:16, 150:18, 156:18
**Cross** [2] - 3:4, 3:7
**CROSS-
EXAMINATION** [2] -
45:21, 126:7
**Cross-Examination**
- 3:4, 3:7
**cross-examination**
[2] - 5:13, 150:18
**cross-examined** [2]
- 6:16, 156:18
**crossed** [1] - 107:24
**crossing** [1] - 108:10
**CRR** [3] - 2:1, 215:3,
215:12
**curiosity** [3] - 168:4,
168:25, 170:15
**curious** [4] - 166:2,
167:20, 167:21, 169:9
**current** [8] - 13:21,
13:22, 16:4, 44:21,
89:23, 139:25, 151:6,
157:4
**Curtis** [1] - 74:5
**customary** [1] -
51:24
**customer** [1] - 101:1
**customer/
subscriber** [1] -
100:20
**customers** [9] -
66:20, 66:21, 98:23,
100:21, 101:5, 117:1,
117:8, 213:9
**cut** [1] - 68:24
**cuts** [1] - 111:6
**cutting** [2] - 63:15,
73:1

# D

**D.C** [14] - 1:6, 1:17,

1:23, 2:4, 14:9, 15:24,
19:6, 46:3, 126:12,
162:13, 193:14,
198:12, 198:15,
215:14
**daily** [13] - 80:20,
91:6, 91:12, 91:23,
91:25, 131:5, 131:6,
143:6, 153:22,
162:25, 168:10, 186:9
**Daily** [2] - 166:7,
169:14
**dance** [1] - 177:17
**dangerous** [3] -
174:3, 177:22, 178:7
**data** [2] - 67:9, 68:8
**date** [2] - 137:22,
161:25
**Dated** [1] - 215:10
**dates** [1] - 168:2
**day's** [2] - 80:20,
91:15
**day-to-day** [1] - 52:3
**days** [17] - 7:11,
7:20, 8:18, 25:13,
45:1, 45:7, 53:13,
53:18, 111:11, 122:5,
130:24, 146:21,
146:22, 147:6, 170:5,
173:16, 189:19
**de** [5] - 207:8,
207:14, 208:9, 213:6,
213:7
**dead** [3] - 28:13,
34:19, 42:12
**deadline** [1] - 115:13
**deal** [3] - 51:10,
52:15, 71:13
**dealing** [3] - 12:14,
16:20, 193:19
**deals** [2] - 53:9,
54:21
**decades** [1] - 204:7
**December** [1] -
141:25
**decide** [2] - 85:20,
109:1, 195:8, 198:1
**decided** [7] - 105:24,
109:17, 112:4,
150:19, 152:5, 158:5,
209:1
**decides** [3] - 108:24,
176:6, 177:7
**decision** [9] -
147:10, 147:12,
163:8, 165:5, 165:9,
171:19, 180:9, 193:9,
207:5
**decisionmaking** [2] -
124:19, 173:24

**decisions** [1] - 112:3
**declaration** [36] -
4:23, 5:3, 5:15, 8:8,
8:12, 8:15, 10:13,
16:22, 17:1, 86:5,
134:24, 135:14,
146:11, 150:20,
153:3, 153:9, 155:12,
155:18, 155:25,
156:7, 156:12,
156:18, 157:17,
165:13, 165:18,
165:22, 167:18,
170:2, 170:18,
171:12, 171:17,
172:8, 191:15,
204:17, 204:22
**declarations** [9] -
90:15, 100:4, 150:22,
150:25, 153:14,
174:17, 200:5, 206:7,
206:10
**declined** [1] - 6:13
**declining** [1] -
196:14
**decrease** [1] - 79:14
**dedicated** [1] -
186:20
**deems** [1] - 208:3
**Defendant** [2] -
124:6, 160:19
**Defendants** [2] - 1:7,
170:16
**DEFENDANTS** [1] -
1:21
**Defendants'** [3] -
3:16, 174:15, 189:15
**defenders** [1] - 38:9
**deferring** [1] -
140:18
**defies** [1] - 167:23
**define** [2] - 137:14,
158:3
**defined** [2] - 159:22,
161:10
**defining** [1] - 157:24
**definitely** [2] -
140:11, 141:2
**definition** [1] -
141:24
**delay** [6] - 34:18,
35:23, 98:7, 98:12,
114:10, 115:18
**delayed** [3] - 114:1,
114:18, 115:9
**delaying** [2] -
115:18, 116:12
**delays** [2] - 98:17,
206:4
**delegation** [3] -

133:15, 134:2, 134:8
**delegations** [1] -
132:23
**delete** [1] - 28:17
**demand** [2] - 185:4,
211:18
**demonstrated** [1] -
202:9
**demoted** [2] - 209:8,
209:12
**denial** [2] - 10:8,
192:1
**denied** [9] - 70:12,
70:16, 71:16, 78:2,
81:2, 81:7, 83:18,
161:18, 178:4
**denigrate** [1] - 10:24
**deny** [2] - 4:25,
82:12
**denying** [2] - 9:19,
161:19
**Department** [3] -
132:24, 133:1, 169:18
**department** [2] -
4:14, 176:24
**departures** [5] -
83:11, 83:16, 84:1,
118:4, 118:5
**depicted** [1] - 141:5
**depiction** [1] - 87:22
**depicts** [1] - 139:4
**deprivation** [1] -
10:22
**deprive** [1] - 210:10
**deprived** [5] - 9:25,
10:25, 11:5, 184:23,
203:14
**DEPUTY** [4] - 4:1,
18:3, 89:14, 149:22
**deputy** [3] - 113:16,
134:22, 160:24
**Des** [4] - 27:17, 36:4,
51:8, 96:19
**describe** [3] - 38:6,
56:11, 159:7
**described** [4] -
95:13, 114:12,
162:15, 184:11
**describing** [3] -
30:12, 211:2, 211:3
**description** [1] -
192:2
**designation** [1] -
92:23
**designed** [1] -
103:25
**Desk** [2] - 26:15,
185:13
**desks** [1] - 35:5
**despite** [2] - 146:19,

153:8
**destroyed** [2] - 37:23, 88:4
**detail** [5] - 57:10, 62:5, 110:20, 111:9, 176:8
**details** [2] - 91:15, 109:17
**determination** [2] - 5:20, 194:16
**determinations** [1] - 197:5
**determine** [4] - 17:3, 99:4, 136:23
**determined** [1] - 105:23
**development** [1] - 205:1
**device** [3] - 28:20, 28:21, 28:22
**devices** [1] - 29:6
**diagram** [1] - 139:19
**dichotomy** [1] - 198:16
**dictate** [1] - 204:4
**difference** [5] - 105:10, 123:19, 140:4, 179:2, 188:12
**different** [34] - 9:9, 9:10, 11:25, 14:13, 14:24, 25:7, 26:19, 26:22, 27:22, 51:13, 68:1, 76:24, 94:3, 97:25, 103:25, 109:7, 128:7, 136:6, 138:15, 159:15, 176:14, 176:17, 178:7, 179:9, 185:22, 188:1, 189:25, 205:14, 206:9, 210:12, 211:1, 212:15, 213:19
**differently** [3] - 188:2, 188:10, 204:1
**digital** [1] - 102:7
**dignitaries** [1] - 49:23
**diminished** [1] - 125:15
**dining** [1] - 94:13
**dinner** [2] - 95:3, 105:19
**diplomatic** [4] - 94:14, 112:23, 133:21, 134:4
**DIRECT** [2] - 18:11, 89:19
**direct** [14] - 47:4, 58:25, 64:22, 65:3, 65:10, 65:16, 74:25, 101:18, 126:15,

128:1, 131:21, 139:11, 160:11, 165:18
**Direct** [2] - 3:3, 3:6
**direct-file** [1] - 101:18
**directed** [4] - 69:10, 91:1, 97:1, 113:11
**directly** [3] - 28:20, 28:22, 112:11
**disadvantage** [1] - 40:14
**disagree** [4] - 5:1, 15:12, 186:13, 210:16
**disagreed** [2] - 209:17, 212:3
**disapproves** [1] - 183:15
**disc** [1] - 39:25
**discharge** [1] - 209:21
**discredit** [1] - 156:21
**discredited** [1] - 167:25
**discretion** [9] - 8:14, 104:6, 104:10, 153:10, 153:11, 153:22, 191:23, 198:13, 205:13
**discriminate** [1] - 194:1
**discrimination** [9] - 10:3, 125:24, 125:25, 161:20, 162:17, 163:14, 194:2, 194:11, 211:10
**discriminatory** [4] - 10:9, 161:11, 162:7, 180:15
**discuss** [1] - 48:21
**discussed** [6] - 6:4, 14:7, 56:24, 131:7, 145:21, 172:16
**discusses** [1] - 185:8
**discussing** [1] - 129:7
**discussion** [3] - 40:23, 62:12, 163:2
**discussions** [2] - 108:6, 188:15
**disfavored** [1] - 177:25
**disjunctive** [2] - 207:7, 207:23
**dislike** [1] - 15:12
**dismay** [1] - 15:11
**display** [1] - 85:24
**displayed** [3] - 86:11, 86:16, 189:8

**dispositive** [1] - 131:11
**dispute** [7] - 51:15, 69:25, 127:9, 142:6, 145:8, 159:19, 200:7
**disputes** [2] - 5:6, 5:11
**disseminated** [1] - 100:8
**distance** [2] - 104:18, 104:25
**distant** [1] - 110:12
**distinction** [11] - 153:13, 153:14, 158:1, 175:21, 180:18, 188:11, 188:17, 202:25, 203:16, 203:17, 205:25
**distinguish** [2] - 41:3, 118:3
**distinguishes** [3] - 179:16, 185:9, 187:10
**distorted** [1] - 196:16
**distributed** [4] - 98:8, 99:24, 100:21, 212:13
**distributing** [4] - 96:17, 100:6, 100:19
**distribution** [14] - 33:13, 33:17, 51:6, 51:10, 53:14, 93:21, 170:19, 170:21, 170:25, 171:2, 171:4, 171:5, 212:16, 212:18
**DISTRICT** [4] - 1:1, 1:1, 1:11, 1:22
**district** [3] - 162:14, 194:24, 215:13
**District** [6] - 2:2, 2:2, 195:12, 195:13, 209:11, 215:13
**division** [1] - 46:7
**divisive** [1] - 171:21
**DMZ** [2] - 107:23, 108:10
**doctrine** [11] - 11:16, 175:7, 175:16, 175:20, 176:4, 177:5, 177:21, 179:21, 183:5, 203:2, 203:12
**document** [6] - 154:6, 154:8, 154:21, 155:5, 156:2, 166:17
**documentary** [3] - 150:6, 170:4, 174:15
**documents** [6] - 59:18, 106:15, 151:4, 151:9, 155:8, 156:23

**doing** [1] - 194:11
**domestic** [3] - 109:14, 200:21, 201:1
**done** [13] - 9:14, 34:5, 73:11, 73:12, 119:15, 124:15, 127:22, 158:4, 162:24, 174:22, 184:9, 207:12
**door** [5] - 43:13, 43:17, 136:13, 157:16, 160:5
**doors** [7] - 65:1, 81:12, 81:15, 82:8, 82:10, 82:21, 83:1
**double** [3] - 129:16, 136:16, 144:16
**double-check** [2] - 129:16, 136:16
**doubled** [3] - 8:5, 10:18, 10:19
**doubly** [1] - 110:12
**down** [29] - 8:5, 10:18, 10:19, 14:17, 14:19, 27:25, 35:1, 44:11, 44:15, 44:17, 45:6, 67:5, 67:11, 71:18, 92:18, 116:15, 127:16, 130:19, 133:24, 135:2, 149:10, 166:15, 195:16, 197:21, 200:17, 203:4, 204:6, 207:5
**download** [1] - 67:24
**dozens** [3] - 24:8, 24:9, 103:2
**dozing** [1] - 201:22
**drafted** [1] - 190:10
**drastically** [1] - 185:9
**dreams** [1] - 75:25
**drilled** [1] - 207:5
**drive** [1] - 164:10
**driveway** [1] - 49:21
**drop** [1] - 95:18
**ducking** [1] - 23:18
**DUDDING** [1] - 1:18
**Dudding** [1] - 4:8
**due** [16] - 9:25, 10:1, 10:23, 158:20, 162:12, 162:13, 163:4, 163:12, 173:23, 178:6, 182:5, 183:20, 188:7, 203:14, 211:11
**during** [17] - 23:13, 42:3, 48:17, 56:4, 56:15, 60:1, 64:21, 105:14, 109:21,

128:1, 136:25, 139:11, 141:21, 153:22, 184:21, 189:8, 201:23
**duties** [1] - 19:5
**duty** [2] - 45:4, 193:6
**déjà** [1] - 7:17

---

## E

**E-V-A-N** [1] - 18:23
**eager** [1] - 73:2
**early** [4] - 91:14, 105:9, 110:2, 115:11
**earn** [1] - 186:19
**ears** [2] - 96:13, 201:19
**ease** [1] - 115:5
**easier** [1] - 73:7
**easiest** [1] - 205:10
**east** [113] - 7:22, 8:20, 9:7, 9:19, 9:20, 10:11, 11:5, 12:20, 14:22, 15:3, 15:16, 16:9, 25:3, 34:6, 42:25, 43:15, 54:16, 56:3, 56:8, 56:14, 59:9, 60:16, 62:13, 64:5, 64:15, 68:14, 68:20, 68:21, 69:3, 73:8, 73:15, 73:23, 74:7, 74:15, 77:9, 77:11, 77:19, 77:23, 77:24, 78:10, 78:16, 79:22, 80:21, 81:11, 81:14, 81:23, 82:5, 85:2, 85:15, 93:13, 93:14, 94:22, 94:23, 95:1, 95:3, 110:1, 110:5, 113:1, 117:21, 118:12, 119:25, 120:5, 121:1, 121:20, 121:23, 127:5, 129:7, 129:18, 132:18, 132:20, 133:4, 135:3, 135:23, 135:24, 136:4, 136:15, 142:10, 142:22, 143:19, 144:4, 144:18, 146:17, 147:1, 147:9, 151:12, 151:24, 152:13, 157:14, 158:9, 158:17, 158:25, 159:2, 159:17, 159:22, 161:10, 161:22, 162:7, 163:18, 184:5, 185:14, 186:24, 188:6, 189:19,

189:22, 189:23, 199:2, 199:10, 199:24, 200:8, 200:19, 201:6, 203:1, 203:7

**Eastern** [2] - 116:22
**economy** [1] - 169:12
**edict** [1] - 211:22
**edit** [2] - 27:20, 32:16
**editor** [12] - 27:17, 27:18, 28:25, 29:1, 29:18, 30:20, 35:2, 36:3, 62:1, 102:4, 113:14
**editorial** [11] - 48:12, 51:19, 107:6, 108:25, 112:3, 112:12, 124:19, 147:10, 173:24, 174:12, 205:13
**editors** [6] - 29:13, 52:21, 101:22, 103:13, 107:15, 109:1
**educated** [1] - 170:20
**education** [3] - 73:24, 144:5, 169:16
**Education** [1] - 169:18
**Edwards** [1] - 215:12
**EDWARDS** [2] - 2:1, 215:3
**effect** [4] - 11:2, 115:7, 174:4, 203:24
**effectively** [1] - 195:5
**effectuate** [1] - 115:17
**efficiency** [1] - 17:13
**efficiently** [1] - 162:5
**ego** [2] - 21:9, 46:10
**Ehrlich** [17] - 13:13, 179:15, 183:23, 183:24, 187:2, 187:7, 187:15, 196:7, 207:2, 207:5, 208:8, 208:19, 208:20, 208:24, 209:24
**eight** [2] - 90:12, 101:21
**either** [8] - 44:3, 68:10, 68:18, 72:10, 122:1, 140:14, 205:15, 210:12
**electrons** [1] - 101:17
**element** [1] - 163:13
**elements** [3] -

163:13, 207:1, 209:14
**eligibility** [5] - 146:19, 171:15, 171:25, 191:14, 191:22
**eligible** [18] - 93:18, 146:15, 146:16, 147:2, 151:8, 153:6, 157:6, 157:18, 157:25, 163:23, 165:14, 170:1, 171:11, 190:4, 190:8, 190:10, 190:14, 191:17
**eliminate** [1] - 169:18
**Eliot** [1] - 61:9
**ELMO** [1] - 17:17
**Elon** [1] - 50:12
**Elswick's** [1] - 86:5
**email** [5] - 81:1, 93:19, 93:21, 131:18, 136:3
**emailed** [1] - 98:6
**emails** [2] - 92:1, 94:1
**emanating** [1] - 193:4
**emergency** [2] - 5:3, 110:23
**emphasize** [1] - 185:8
**empirical** [1] - 79:14
**empirics** [1] - 79:16
**employed** [1] - 153:18
**employee** [1] - 209:21
**empowered** [1] - 165:24
**enable** [1] - 120:10
**encounter** [1] - 49:22
**encouraging** [1] - 110:14
**end** [9] - 5:14, 11:25, 12:6, 13:4, 25:17, 95:19, 107:21, 116:10, 173:20
**ended** [2] - 136:6, 144:15
**ends** [1] - 31:8
**enforcement** [1] - 209:4
**engage** [3] - 114:21, 192:10, 209:22
**enjoy** [1] - 159:24
**enjoyed** [1] - 15:22
**enjoys** [2] - 139:7, 159:2

**ensure** [4] - 16:22, 136:24, 170:18, 171:1
**enter** [5] - 62:20, 64:25, 126:17, 136:3, 136:15
**entered** [11] - 92:10, 108:24, 119:22, 125:1, 154:14, 164:23, 166:22, 172:24, 173:11, 174:25, 189:16
**entertaining** [2] - 42:2, 42:5
**entire** [9] - 11:3, 17:13, 28:17, 29:12, 41:25, 177:5, 181:23, 195:2, 211:23
**entirely** [4] - 30:18, 178:6, 185:22, 188:1
**entirety** [1] - 167:15
**entities** [2] - 156:9, 171:5
**entitled** [5] - 161:6, 161:8, 163:5, 181:15, 193:1
**entitles** [1] - 183:18
**entry** [2] - 121:25, 184:22
**equal** [1] - 211:18
**equally** [3] - 33:18, 178:1, 196:13
**equate** [1] - 213:2
**equipment** [2] - 52:20, 202:2
**era** [1] - 99:5
**error** [1] - 207:22
**escort** [2] - 81:20, 83:2
**escorted** [3] - 81:13, 110:9, 132:25
**especially** [4] - 5:3, 5:15, 44:7, 212:24
**ESQ** [4] - 1:14, 1:15, 1:18, 1:21
**essentially** [1] - 91:7
**established** [12] - 34:18, 58:9, 87:4, 109:9, 141:16, 180:23, 181:1, 182:2, 182:4, 203:12
**et** [3] - 1:6, 4:2, 149:23
**euphemism** [1] - 42:25
**Europe** [3] - 27:18, 108:16, 121:25
**evaluate** [1] - 14:8
**EVAN** [2] - 3:3, 18:5
**Evan** [6] - 4:11, 18:1, 91:13, 95:12, 114:12,

121:4
**evening** [1] - 22:5
**event** [178] - 15:4, 15:5, 23:25, 24:15, 27:8, 27:9, 27:10, 28:9, 30:2, 30:5, 36:3, 36:8, 37:6, 43:13, 43:18, 53:18, 56:8, 56:12, 56:15, 56:21, 58:14, 59:9, 59:19, 61:18, 62:13, 62:16, 62:24, 64:5, 64:17, 64:20, 64:24, 65:5, 68:15, 68:20, 70:8, 70:11, 70:13, 71:8, 71:24, 72:15, 73:14, 73:23, 74:11, 74:14, 74:24, 75:9, 76:16, 77:13, 79:20, 80:21, 80:25, 81:17, 81:21, 82:12, 85:15, 92:21, 93:8, 93:11, 93:12, 94:14, 94:22, 94:23, 98:13, 98:14, 101:23, 102:8, 102:19, 102:24, 104:7, 104:8, 105:2, 105:11, 106:2, 106:3, 106:10, 107:13, 107:17, 108:1, 109:17, 110:5, 112:6, 112:10, 112:12, 112:20, 112:21, 114:13, 115:12, 115:15, 116:8, 116:9, 116:10, 116:11, 117:25, 119:5, 119:12, 120:7, 120:14, 121:22, 123:9, 127:2, 127:5, 128:15, 128:19, 129:11, 129:22, 130:1, 130:15, 130:21, 130:22, 131:4, 131:17, 131:22, 131:24, 132:2, 132:13, 132:15, 135:4, 135:5, 135:12, 135:22, 135:23, 135:24, 136:1, 136:2, 136:6, 136:12, 136:13, 136:18, 142:10, 142:14, 142:17, 142:22, 143:1, 143:11, 143:16, 143:19, 143:23, 143:25, 144:4, 144:13, 144:19, 144:24, 145:1, 145:2, 145:5, 145:6, 145:21, 147:1, 147:9, 148:9,

151:7, 154:23, 154:24, 157:5, 158:13, 166:1, 167:7, 168:14, 169:16, 175:17, 177:7, 177:19, 178:10, 184:15, 184:22, 185:11, 186:24, 187:1, 197:16, 200:8, 201:3, 201:23, 201:24
**events** [146] - 7:22, 8:19, 8:20, 9:18, 9:20, 10:12, 11:5, 12:20, 14:22, 22:7, 22:18, 24:20, 34:6, 41:22, 42:20, 42:24, 42:25, 44:3, 44:22, 47:19, 50:3, 50:15, 50:18, 54:16, 56:3, 56:5, 59:20, 60:1, 67:13, 70:18, 73:8, 75:8, 75:22, 77:12, 77:19, 77:22, 77:23, 77:24, 78:2, 78:9, 78:18, 79:19, 79:22, 80:4, 80:21, 81:24, 83:13, 85:2, 87:17, 87:24, 91:4, 91:10, 91:15, 91:17, 94:21, 94:22, 95:7, 102:6, 104:2, 104:3, 104:4, 104:8, 104:12, 107:4, 108:12, 109:21, 113:8, 113:9, 113:23, 113:25, 114:15, 117:16, 117:21, 118:12, 119:25, 120:1, 120:18, 120:24, 121:1, 121:3, 121:15, 123:23, 123:24, 126:16, 126:19, 126:25, 127:17, 127:19, 127:21, 129:6, 129:8, 129:16, 129:18, 129:19, 131:7, 132:18, 132:20, 133:3, 133:5, 142:7, 145:8, 145:11, 146:17, 146:23, 147:25, 148:11, 152:14, 153:2, 155:14, 157:9, 157:14, 158:9, 158:17, 158:19, 161:10, 162:25, 163:19, 165:11, 166:7, 167:14, 168:11, 168:24, 170:17, 170:19, 170:25, 171:3,

171:11, 171:15, 172:1, 176:13, 184:4, 184:5, 185:22, 187:12, 192:3, 199:10, 199:14, 200:19, 200:20, 200:24, 201:12, 203:1, 203:5, 211:1
**Evidence** [2] - 41:24, 119:1
**evidence** [39] - 5:19, 5:24, 6:9, 6:20, 10:19, 14:25, 17:4, 92:6, 92:11, 119:22, 125:2, 150:6, 154:9, 154:15, 156:20, 157:10, 159:15, 159:20, 164:15, 164:20, 164:23, 165:7, 166:23, 170:4, 171:7, 172:25, 173:7, 173:12, 174:15, 175:1, 175:3, 185:10, 189:16, 199:9, 199:22, 205:17, 212:5, 212:9, 213:9
**evidentiary** [3] - 4:22, 5:5, 151:2
**exact** [3] - 48:9, 116:11, 172:14
**exactly** [8] - 13:3, 38:11, 50:11, 101:5, 135:25, 162:14, 172:14, 178:13
**EXAMINATION** [6] - 18:11, 45:21, 79:11, 89:19, 126:7, 146:9
**Examination** [6] - 3:3, 3:4, 3:4, 3:6, 3:7, 3:7
**examination** [11] - 5:13, 47:4, 58:25, 64:22, 65:3, 65:16, 74:25, 113:22, 126:15, 150:17, 150:18
**examinations** [1] - 189:8
**examine** [2] - 17:9, 17:10
**examined** [2] - 6:16, 156:18
**example** [11] - 47:22, 49:6, 59:5, 60:3, 91:25, 115:8, 116:7, 127:4, 128:9, 169:14, 194:23
**examples** [3] - 150:23, 166:5, 188:18
**excellent** [1] - 21:24

**exception** [6] - 15:25, 21:6, 152:14, 193:15, 198:17, 213:17
**exceptional** [1] - 122:9
**exclude** [5] - 8:9, 13:18, 171:4, 194:2, 194:6
**excluded** [26] - 9:22, 12:24, 12:25, 33:20, 40:11, 41:21, 71:24, 81:25, 87:24, 112:17, 117:24, 117:25, 120:2, 130:14, 136:19, 138:12, 147:2, 147:8, 155:19, 157:9, 158:8, 158:14, 161:9, 210:25, 211:9
**excluding** [2] - 170:24, 195:20
**exclusion** [12] - 9:5, 9:7, 16:11, 112:19, 113:6, 123:21, 153:1, 161:4, 172:3, 174:11, 206:2
**exclusions** [2] - 162:7, 163:18
**exclusive** [3] - 41:9, 105:23, 176:19
**excused** [2] - 89:7, 149:13
**executive** [1] - 73:24, 106:4, 112:7, 113:13, 144:5, 169:16, 169:17, 178:7, 184:1, 195:24, 198:24, 211:23, 211:24
**exercise** [4] - 158:5, 205:9, 207:4, 208:5
**exercising** [2] - 205:5, 205:13
**exhibit** [5] - 116:16, 155:12, 164:19, 166:14, 172:20
**Exhibit** [70] - 3:10, 3:11, 3:11, 3:12, 3:12, 3:13, 3:13, 3:14, 3:14, 3:16, 48:12, 48:22, 54:19, 58:4, 59:10, 60:3, 60:16, 63:2, 64:6, 64:10, 69:2, 72:2, 91:21, 92:6, 92:10, 116:3, 116:6, 116:14, 119:21, 124:5, 124:23, 125:1, 130:5, 131:21, 134:25, 138:25, 153:21, 153:22,

154:5, 154:8, 154:14, 154:21, 154:22, 156:2, 164:10, 164:14, 164:19, 165:1, 165:7, 166:5, 166:11, 166:13, 166:19, 166:22, 168:9, 168:19, 169:14, 172:8, 172:20, 172:24, 173:3, 173:7, 173:11, 174:5, 174:21, 174:25, 189:15
**Exhibits** [3] - 119:15, 164:22, 169:4
**EXHIBITS** [1] - 3:9
**exhibits** [6] - 6:16, 17:11, 17:12, 46:11, 150:18, 189:7
**exist** [1] - 191:3
**existing** [1] - 102:23
**exists** [1] - 191:3
**expanse** [1] - 111:7
**expansion** [2] - 177:9, 178:7
**expect** [2] - 27:19, 41:14
**expected** [3] - 20:6, 27:22, 200:16
**expedited** [1] - 7:6
**expense** [2] - 100:10, 121:22
**expensive** [1] - 33:4
**experience** [8] - 35:23, 41:19, 93:20, 111:3, 130:3, 132:23, 134:10, 147:5
**experiences** [1] - 210:7
**expert** [1] - 62:8
**expertise** [3] - 108:15, 108:18, 123:22
**explain** [5] - 55:8, 80:17, 154:18, 157:1, 190:8
**explained** [1] - 45:13
**explaining** [1] - 82:4
**explanation** [1] - 162:16
**explicit** [1] - 160:1
**exposes** [1] - 171:22
**exposure** [1] - 61:23
**express** [5] - 15:11, 207:20, 207:23, 210:22
**expressed** [1] - 84:7
**expresses** [4] - 182:17, 206:6, 206:16, 208:7

**expressing** [1] - 207:18
**expression** [11] - 11:6, 176:13, 176:20, 177:25, 188:22, 188:25, 208:5, 209:10, 209:20, 210:1, 210:2
**expressions** [1] - 61:18
**expressly** [1] - 14:18
**extend** [2] - 113:2, 115:13
**extended** [1] - 16:4
**extending** [2] - 113:18, 124:20
**extension** [1] - 96:13
**extent** [6] - 5:10, 42:2, 112:16, 118:25, 138:9, 189:13
**extinguish** [1] - 185:21
**extra** [2] - 22:8, 22:13
**extraordinary** [1] - 110:21
**extremely** [2] - 75:13, 76:15
**extremes** [1] - 13:8
**eye** [2] - 25:23, 61:25
**eyeballs** [1] - 169:9
**eyes** [4] - 25:2, 96:12, 101:19, 201:19

**F**

**face** [5] - 50:24, 61:15, 81:7, 153:15
**faced** [1] - 148:16
**faces** [1] - 39:17
**facial** [2] - 59:2, 61:18
**facilitate** [1] - 150:16
**facilities** [3] - 15:22, 49:15, 180:5
**fact** [18] - 5:6, 14:17, 42:13, 42:15, 99:1, 117:3, 151:13, 153:19, 178:23, 181:13, 188:3, 197:19, 198:6, 199:12, 204:21, 207:9, 212:7, 212:20
**fact-based** [1] - 42:13
**fact-gathering** [1] - 204:21
**factor** [1] - 212:4
**factors** [1] - 153:12

**facts** [7] - 7:19, 17:3, 161:3, 183:21, 209:8, 211:20
**factual** [4] - 13:21, 14:5, 204:24, 213:16
**fair** [6] - 53:22, 76:11, 76:20, 76:21, 82:2, 192:2
**fairly** [5] - 7:18, 61:17, 120:4, 194:13, 197:15
**fall** [1] - 206:20
**falls** [3] - 165:18, 167:17, 192:15
**familiar** [6] - 17:15, 65:22, 87:17, 92:2, 121:11, 121:14
**famous** [3] - 36:12, 37:25, 184:11
**fans** [1] - 17:22
**far** [17] - 7:15, 27:4, 31:11, 35:8, 35:16, 38:1, 42:13, 43:14, 44:19, 68:4, 68:8, 86:14, 88:4, 171:7, 188:12, 192:1, 192:15
**fashion** [4] - 114:1, 121:17, 121:18, 213:15
**fashioned** [1] - 163:5
**fast** [6] - 30:9, 33:18, 55:16, 76:20, 76:22, 102:22
**fast-forwarding** [1] - 55:16
**fastball** [1] - 190:12
**fault** [1] - 51:18
**favor** [2] - 26:11, 161:3
**fear** [1] - 125:22
**feature** [1] - 115:3
**February** [61] - 22:14, 46:20, 49:7, 54:2, 54:13, 54:23, 55:16, 56:7, 56:17, 56:19, 58:6, 64:20, 69:3, 69:18, 91:3, 92:13, 95:8, 95:23, 98:2, 109:16, 111:19, 113:24, 117:23, 118:19, 120:22, 122:11, 123:23, 124:4, 129:9, 129:13, 129:22, 129:23, 129:24, 130:12, 132:15, 133:5, 135:3, 136:8, 136:17, 138:7, 138:8, 142:9, 142:10, 142:22, 145:9, 146:22, 154:22,

155:7, 156:4, 164:2, 165:4, 165:8, 166:3, 166:6, 167:6, 171:17, 172:2, 172:5, 172:6, 173:2, 173:14
**fed** [2] - 114:11
**feed** [4] - 109:24, 126:21, 126:24, 128:9
**feeding** [1] - 39:25
**feeds** [3] - 39:6, 107:20, 107:21
**feet** [2] - 25:6, 121:24
**felt** [1] - 172:4
**few** [19] - 7:22, 9:10, 40:2, 43:2, 48:20, 55:14, 73:8, 77:23, 88:19, 109:25, 110:10, 115:23, 126:13, 131:16, 140:8, 152:1, 166:5, 175:5, 178:17
**fewer** [1] - 118:1, 179:4, 205:12
**fide** [3] - 107:4, 180:6, 198:9
**field** [1] - 190:11
**Fifth** [7] - 9:4, 9:6, 10:22, 162:12, 178:6, 210:12, 211:10
**fight** [1] - 37:18
**figure** [2] - 71:18, 99:9
**file** [2] - 101:18, 102:22
**filed** [7] - 4:23, 8:23, 116:18, 116:20, 116:21, 146:12, 175:12
**filings** [1] - 90:18
**fill** [3] - 81:4, 99:8, 155:20
**filled** [1] - 81:24
**filmmaker** [2] - 36:18, 37:9
**filter** [1] - 176:10
**final** [1] - 199:15
**financial** [5] - 67:18, 68:4, 109:10, 109:11
**fine** [6] - 17:22, 32:6, 37:24, 73:5, 78:23, 84:17
**finish** [2] - 38:24, 73:6
**fired** [3] - 44:9, 44:10, 44:18
**firm** [1] - 4:7
**first** [57] - 17:9, 24:5, 36:5, 37:9, 43:13, 43:16, 76:11, 92:13,

105:14, 107:23, 108:4, 128:18, 133:14, 134:16, 136:5, 140:4, 153:8, 155:24, 156:11, 157:20, 166:5, 172:8, 175:6, 175:15, 178:19
**First** [31] - 9:4, 9:6, 9:24, 10:21, 10:25, 11:3, 11:7, 14:20, 15:21, 122:19, 162:11, 175:13, 178:3, 178:8, 183:25, 188:7, 195:7, 196:6, 198:23, 198:25, 204:5, 204:8, 206:19, 207:4, 208:21, 208:23, 210:13, 210:17, 211:11
**fist** [3] - 20:3, 20:9, 20:14
**fist-raising** [2] - 20:3, 20:9
**fit** [2] - 162:5, 163:3
**five** [12] - 25:6, 55:16, 77:19, 77:20, 77:22, 77:24, 79:1, 90:13, 97:11, 102:20, 103:20, 187:14
**five-on-one** [1] - 187:14
**flag** [3] - 20:2, 20:15, 96:25
**flag-raising** [1] - 20:2
**flash** [2] - 25:16, 164:10
**flatly** [2] - 151:1, 156:19
**flattering** [1] - 76:12
**flaws** [1] - 157:1
**flew** [1] - 121:6
**flip** [1] - 17:21
**flipping** [4] - 48:22, 54:19, 64:10, 73:8
**Floor** [2] - 1:16, 1:19
**fly** [1] - 121:22
**focus** [8] - 84:12, 95:7, 104:3, 109:8, 109:15, 123:4, 151:15, 152:25
**focused** [7] - 9:12, 27:2, 109:9, 114:16, 123:4, 128:10, 184:2
**focusing** [2] - 91:3, 161:21
**folks** [10] - 4:15, 52:22, 104:25, 105:21, 106:25, 143:7, 145:14,

145:19, 200:14, 201:17
**follow** [5] - 10:2, 102:17, 102:20, 103:5, 178:18
**followed** [1] - 212:4
**following** [3] - 89:9, 149:21, 178:19
**followups** [1] - 88:19
**football** [1] - 38:7
**footing** [1] - 100:10
**FOR** [4] - 1:1, 1:14, 1:21, 1:22
**force** [2] - 5:17, 213:7
**Force** [20] - 22:23, 22:24, 23:3, 43:22, 43:23, 44:4, 70:13, 70:19, 83:12, 83:14, 94:17, 97:8, 100:3, 106:16, 113:21, 118:6, 118:7, 144:8, 172:11
**forced** [2] - 5:23, 183:14
**forcing** [1] - 177:15
**foregoing** [1] - 215:4
**foreign** [27] - 49:23, 57:21, 58:14, 59:11, 65:4, 106:5, 120:24, 120:25, 122:13, 122:25, 132:19, 132:23, 133:3, 133:4, 135:7, 135:11, 142:13, 142:25, 145:10, 151:20, 152:1, 185:13, 185:16, 199:24, 200:24, 201:9, 203:4
**foreign-based** [4] - 65:4, 133:3, 135:7, 135:11
**foreshadows** [1] - 187:3
**forever** [1] - 178:24
**forgotten** [1] - 119:11
**form** [5] - 102:20, 145:13, 145:14, 145:19, 160:14
**formality** [1] - 154:3
**formally** [2] - 113:11, 131:17
**format** [1] - 103:23
**formats** [1] - 124:2
**formed** [1] - 148:10
**former** [2] - 55:23
**formerly** [1] - 116:17
**formulation** [1] - 94:11

**forth** [2] - 108:10, 114:25
**forty** [1] - 146:22
**forty-four** [1] - 146:22
**forum** [4] - 192:10, 192:12, 192:13, 195:5
**forums** [1] - 203:18
**forward** [3] - 4:3, 49:4, 74:6
**forwarding** [1] - 55:16
**Foundation** [1] - 175:12
**foundational** [1] - 95:9
**four** [17] - 9:4, 11:24, 14:13, 25:6, 25:7, 77:22, 77:24, 79:22, 97:21, 101:23, 111:25, 146:8, 146:22, 166:7, 173:16, 187:8, 208:22
**four-minute** [1] - 111:25
**fours** [2] - 180:17, 192:21
**fourth** [1] - 163:13
**Fourth** [2] - 14:18, 196:10
**Fox** [3] - 50:2, 97:17
**fraction** [1] - 198:2
**frame** [2] - 6:9, 128:18
**frames** [2] - 23:22, 176:9
**framing** [1] - 105:25
**France** [2] - 121:7, 135:4
**frankly** [1] - 204:14
**FRE** [2] - 72:17, 72:19
**free** [15] - 6:1, 8:25, 11:7, 11:8, 159:14, 188:9, 188:16, 188:19, 188:20, 188:25, 192:23, 205:5, 205:9, 208:5
**freedom** [6] - 9:1, 122:19, 188:10, 188:22, 195:21
**freelance** [1] - 55:6
**freelancer** [3] - 72:13, 72:17, 72:18
**freelancers** [1] - 122:2
**freely** [6] - 96:15, 97:5, 98:20, 98:21, 100:8, 109:12
**freestanding** [1] -

183:24
**French** [8] - 56:25, 58:5, 59:6, 133:17, 133:20, 134:3, 134:8, 142:11
**frequently** [3] - 77:11, 151:18, 151:19
**friend** [3] - 66:5, 83:6, 194:22
**friends** [2] - 124:18, 196:3
**front** [24] - 23:12, 25:10, 25:12, 26:14, 27:3, 40:16, 44:14, 46:12, 76:20, 86:1, 86:2, 86:20, 88:2, 111:2, 128:6, 130:2, 139:4, 139:7, 139:19, 141:9, 145:16, 161:6, 199:22, 202:6
**front-of-the-line** [1] - 161:6
**front-row** [3] - 139:4, 139:7, 139:19
**fulfilled** [1] - 185:2
**full** [8] - 22:11, 34:12, 43:11, 90:4, 112:16, 127:20, 197:24, 215:5
**full-time** [2] - 22:11, 43:11
**fuller** [1] - 103:21
**fulsome** [1] - 207:15
**functional** [2] - 175:20, 185:23
**functionality** [2] - 185:20, 186:24
**functionally** [1] - 103:8
**functions** [1] - 137:20
**fundamentally** [1] - 211:1
**future** [2] - 27:25, 72:19

## G

**G-R-I-P-A-S** [1] - 64:12
**gaggle** [1] - 187:16
**gallery** [1] - 105:1
**game** [3] - 28:11, 38:7, 41:16
**gap** [2] - 99:8, 155:20
**gather** [2] - 82:8, 97:20
**gathering** [4] -

27:15, 203:11, 203:19, 204:21

**geared** [1] - 109:13
**gears** [1] - 56:2
**general** [19] - 15:23, 15:25, 16:1, 24:4, 24:7, 109:13, 124:3, 159:3, 187:23, 192:25, 193:11, 193:15, 193:16, 193:18, 193:20, 197:24, 198:19, 198:20
**generally** [13] - 6:23, 56:11, 92:22, 94:10, 97:9, 111:3, 118:5, 118:8, 136:11, 148:1, 193:8, 195:2, 206:20
**generated** [1] - 63:25
**generations** [1] - 204:8
**gentlemen** [1] - 213:11
**gents** [1] - 149:17
**geographic** [1] - 171:20
**George** [1] - 23:12
**gesture** [1] - 38:14
**gestures** [2] - 39:18, 182:17
**girl** [1] - 20:3
**given** [23] - 7:8, 22:1, 27:7, 80:12, 80:14, 90:11, 90:13, 91:10, 91:14, 96:5, 96:7, 97:16, 101:23, 103:3, 103:24, 125:18, 125:20, 128:13, 147:11, 151:1, 156:7, 162:9, 211:8
**glance** [1] - 154:7
**glass** [6] - 110:13, 111:2, 128:6, 129:2, 145:15, 202:6
**global** [2] - 27:16, 109:14
**Globe** [2] - 170:6, 170:7
**GMT** [1] - 116:21
**goal** [3] - 25:8, 102:17
**goings** [1] - 174:16
**gold** [3] - 20:4, 32:25, 42:12
**gosh** [1] - 78:20
**government** [50] - 9:2, 11:16, 11:17, 12:3, 15:8, 105:6, 175:7, 175:16, 175:17, 175:20,

175:24, 176:3, 176:4, 176:5, 176:16, 176:18, 177:5, 177:6, 177:8, 177:10, 177:18, 177:21, 177:23, 177:24, 178:10, 182:6, 182:8, 183:1, 183:2, 183:4, 183:6, 183:12, 183:13, 183:19, 192:9, 192:11, 192:15, 193:3, 193:5, 195:20, 197:12, 197:14, 204:11, 211:17, 211:18, 211:20
**Government** [23] - 4:24, 6:13, 8:2, 8:5, 10:8, 48:11, 54:19, 58:4, 59:10, 60:3, 60:16, 63:1, 64:6, 64:10, 69:2, 72:2, 130:5, 131:21, 134:25, 138:24, 170:8, 177:15, 208:16
**government's** [2] - 176:12, 183:10
**Government** [2] - 187:18, 187:19
**governor's** [1] - 187:17
**Governors** [2] - 110:4, 127:25
**governors** [5] - 95:1, 110:6, 110:12, 128:7, 145:20
**governors'** [2] - 109:25, 110:1
**grab** [3] - 102:4, 116:16, 129:1
**grabbing** [1] - 59:6
**grabs** [1] - 48:20
**graciously** [3] - 34:23, 85:7, 85:12
**grant** [2] - 182:19, 198:14
**granted** [6] - 96:4, 132:7, 161:24, 177:16, 180:12, 194:24
**grants** [1] - 182:14
**grateful** [1] - 7:10
**great** [8] - 17:5, 17:25, 33:7, 55:3, 55:24, 59:8, 63:16, 104:24, 146:7
**greatly** [2] - 32:11, 34:11
**Greek** [2] - 74:6, 144:19

**grievances** [2] - 9:2, 11:9
**Gripas** [1] - 64:12
**ground** [3] - 12:5, 108:9, 178:9
**grounds** [4] - 12:9, 12:16, 12:24, 13:1
**group** [9] - 9:18, 94:9, 94:10, 105:12, 105:13, 105:21, 187:11, 188:14, 199:3
**groups** [1] - 176:18
**growing** [1] - 169:5
**grown** [3] - 143:9
**grumpy** [1] - 45:10
**guard** [1] - 25:25
**guess** [13] - 30:13, 31:14, 60:2, 60:25, 78:13, 78:20, 93:17, 133:14, 151:20, 159:1, 175:4, 201:5, 206:23
**guests** [1] - 104:14
**Guidance** [2] - 166:7, 169:15
**guidance** [6] - 91:23, 130:2, 131:5, 131:6, 153:23, 168:10
**guide** [3] - 191:4, 192:5, 192:6
**guidelines** [2] - 8:21, 143:7
**Gulf** [27] - 12:4, 13:20, 112:3, 112:4, 148:18, 148:19, 148:24, 148:25, 149:1, 161:11, 161:12, 171:20, 173:18, 173:20, 178:14, 179:3, 181:24, 190:23, 192:2, 192:5, 204:18, 210:2, 210:3
**guy** [10] - 24:10, 24:12, 28:2, 28:8, 32:25, 36:19, 37:7, 52:18, 55:24, 71:11
**guys** [5] - 26:10, 27:1, 27:4, 30:25, 37:15

## H

**Hail** [1] - 38:7
**half** [8] - 35:14, 35:17, 76:24, 90:9, 123:18, 143:7, 190:6, 200:14
**hallmarks** [1] - 183:4

**halt** [1] - 213:16
**hand** [7] - 8:13, 8:14, 18:4, 59:6, 89:15, 112:14, 141:20
**hand-selected** [1] - 141:20
**handful** [2] - 118:1
**hands** [1] - 21:12
**hanging** [1] - 26:11
**happy** [4] - 6:23, 112:2, 131:19, 189:20
**haranguing** [1] - 132:10
**hard** [30] - 14:3, 14:4, 19:12, 19:14, 28:20, 28:22, 47:1, 50:16, 58:2, 93:22, 93:24, 94:2, 142:16, 142:20, 157:19, 157:21, 157:25, 158:4, 159:21, 159:25, 162:23, 163:23, 165:14, 179:1, 180:24, 184:22, 190:14, 193:21, 198:2, 200:1
**hard-wired** [2] - 28:20, 28:22
**harm** [11] - 15:3, 15:7, 16:10, 16:13, 67:18, 201:6, 202:11, 202:12, 202:16, 202:17, 206:15
**hate** [3] - 21:4, 37:21, 42:11
**head** [3] - 28:7, 70:22, 182:12
**headers** [1] - 168:12
**headline** [2] - 96:20, 102:7
**headlines** [1] - 167:2
**heads** [3] - 26:6, 85:10, 114:17
**heads-up** [2] - 26:6, 85:10
**health** [1] - 110:23
**hear** [12] - 5:12, 6:9, 11:19, 14:25, 18:10, 30:23, 81:5, 104:21, 104:22, 147:21, 148:5, 204:14
**heard** [11] - 40:23, 94:7, 101:11, 107:14, 148:4, 148:21, 159:10, 163:17, 180:1, 201:10, 208:10
**HEARING** [1] - 1:10
**hearing** [19] - 4:22, 5:4, 5:5, 7:19, 8:2, 10:17, 15:4, 41:24,

90:23, 105:9, 137:4, 149:15, 164:3, 184:3, 186:17, 187:16, 189:11, 201:10
**hearsay** [3] - 21:6, 118:25, 119:2
**heart** [1] - 76:19
**heavily** [1] - 123:4
**heavy** [1] - 201:16
**heck** [1] - 157:8
**Heffernan** [2] - 208:25
**height** [2] - 110:3, 110:23
**held** [5] - 19:16, 78:4, 120:6, 135:3, 164:3
**help** [14] - 11:14, 11:18, 22:13, 27:2, 62:10, 71:14, 79:7, 84:16, 108:21, 121:15, 159:16, 172:18, 175:6, 179:8
**helpful** [4] - 5:9, 11:14, 72:20, 199:4
**helping** [1] - 34:9
**hereby** [1] - 215:3
**hero** [1] - 76:17
**heroes** [1] - 34:9
**herring** [1] - 185:6
**hidden** [1] - 10:17
**high** [2] - 17:16, 58:22
**high-tech** [1] - 17:16
**highlight** [1] - 150:21
**highlights** [1] - 62:6
**himself** [5] - 157:17, 174:19, 182:16, 182:17, 209:19
**hire** [3] - 33:8, 55:12, 55:15
**hired** [1] - 72:14
**historical** [3] - 27:16, 155:9, 155:16
**History** [7] - 55:13, 74:14, 127:4, 135:22, 136:7, 145:2, 158:13
**history** [13] - 21:3, 21:18, 40:4, 47:19, 48:4, 51:17, 59:19, 75:25, 170:2, 184:17, 201:23
**hit** [3] - 102:5, 102:11, 190:12
**hold** [4] - 20:20, 169:12, 175:23, 178:9
**holder** [3] - 19:12, 19:14, 190:15
**holders** [16] - 14:3, 58:2, 93:23, 142:16,

142:20, 157:19,
157:21, 157:25,
158:4, 159:22,
159:25, 163:23,
165:15, 180:24,
198:2, 200:1
**holding** [2] - 21:11,
115:12
**holdings** [1] - 15:20
**holds** [1] - 92:21
**hometown** [1] -
169:4
**honest** [1] - 151:11
**Honor** [144] - 4:1,
4:5, 4:17, 5:25, 6:4,
7:1, 7:5, 7:6, 7:11,
7:15, 7:24, 8:22,
13:14, 15:1, 16:7,
16:16, 17:5, 17:7,
17:19, 18:1, 32:2,
41:23, 42:8, 45:16,
45:20, 76:7, 88:17,
88:19, 89:2, 89:11,
92:5, 92:8, 93:16,
94:5, 97:2, 101:10,
118:24, 119:7,
119:17, 125:6,
128:22, 137:2,
140:21, 146:4, 146:6,
149:18, 149:19,
150:5, 150:10,
150:13, 150:17,
152:20, 152:25,
153:16, 154:2, 154:5,
154:10, 154:12,
155:5, 156:1, 157:2,
157:12, 157:16,
157:20, 158:15,
160:8, 161:2, 163:2,
163:10, 163:16,
163:20, 163:25,
164:1, 164:18,
164:24, 165:3,
165:12, 165:17,
165:20, 166:5,
166:13, 166:20,
166:24, 167:1, 167:3,
167:24, 168:1, 168:8,
168:11, 169:13,
169:24, 170:7,
170:20, 170:23,
171:7, 172:9, 172:16,
172:22, 173:5, 173:9,
173:13, 174:1, 174:2,
174:14, 174:20,
174:23, 175:2,
175:10, 175:14,
175:17, 175:24,
176:5, 178:2, 178:22,
179:15, 182:10,

183:11, 184:19,
185:9, 185:10, 187:3,
188:1, 188:14, 189:3,
189:5, 189:12,
189:17, 194:9,
194:20, 199:6,
199:16, 202:20,
202:24, 202:25,
203:3, 203:15,
203:21, 203:25,
207:11, 209:1, 209:4,
210:17, 214:1
**Honor's** [1] - 120:24
**HONORABLE** [1] -
1:11
**hope** [5] - 7:12,
47:23, 150:3, 150:21,
208:11
**hopefully** [1] -
102:14
**hoping** [2] - 82:11,
90:22
**horse** [1] - 42:12
**hosted** [1] - 118:17
**hosting** [3] - 94:25,
95:2, 110:4
**hotel** [1] - 95:18
**Houchins** [1] - 15:20
**hours** [1] - 98:18
**House** [241] - 4:10,
4:11, 7:25, 9:18, 9:21,
10:16, 12:22, 14:2,
14:18, 15:10, 16:21,
19:8, 19:11, 19:12,
21:17, 22:2, 22:12,
22:15, 22:19, 22:22,
25:8, 36:7, 36:23,
36:25, 37:4, 41:21,
43:5, 43:8, 43:11,
44:22, 45:1, 45:8,
45:12, 45:14, 46:21,
47:1, 47:25, 49:11,
49:24, 50:10, 50:16,
51:4, 54:14, 56:8,
57:23, 58:2, 60:15,
64:25, 74:7, 74:15,
74:16, 80:10, 80:20,
81:2, 81:6, 81:13,
81:20, 82:9, 83:2,
89:24, 90:10, 90:14,
91:7, 91:12, 93:8,
93:11, 94:1, 94:13,
94:19, 95:12, 95:19,
95:25, 98:3, 98:16,
99:24, 100:1, 101:22,
106:11, 106:13,
106:17, 107:6, 107:9,
109:2, 110:14,
110:22, 111:20,
113:5, 113:6, 113:14,

113:18, 113:20,
113:24, 115:3, 115:6,
117:20, 117:22,
117:24, 117:25,
118:19, 119:9, 120:1,
121:2, 121:13,
121:14, 123:17,
123:19, 124:15,
125:8, 125:22,
125:23, 125:24,
126:16, 126:24,
127:8, 127:11,
127:16, 127:17,
129:12, 129:17,
130:24, 131:18,
131:19, 132:7,
132:17, 132:19,
132:22, 133:1, 133:6,
133:7, 133:10,
133:13, 134:1, 134:5,
134:10, 134:11,
134:12, 134:13,
134:15, 134:16,
134:17, 134:21,
135:19, 135:23,
136:9, 136:10,
136:11, 137:19,
138:7, 138:10,
138:12, 138:14,
138:25, 140:2, 140:9,
140:14, 140:15,
140:17, 140:18,
141:12, 141:16,
141:18, 142:5, 143:6,
143:15, 143:22,
147:23, 147:25,
150:19, 151:6, 152:3,
152:11, 153:23,
155:21, 156:25,
157:4, 158:12,
158:16, 158:21,
159:3, 159:21,
159:25, 160:9,
160:11, 160:24,
161:14, 162:2, 162:3,
162:21, 164:3, 164:4,
164:5, 164:8, 165:4,
165:5, 165:6, 165:10,
165:15, 165:19,
165:21, 166:6,
166:12, 167:12,
167:18, 167:20,
168:10, 168:18,
168:23, 169:3,
169:19, 169:20,
170:6, 170:17, 171:1,
173:22, 173:23,
174:16, 176:21,
180:19, 181:20,
181:22, 181:23,
182:24, 186:18,

186:20, 187:21,
191:2, 191:8, 191:24,
195:22, 196:24,
197:20, 200:17,
201:11, 204:4,
204:22, 206:14
**house** [8] - 4:13,
92:17, 94:7, 94:10,
95:4, 101:25, 110:8,
213:4
**House's** [6] - 93:21,
107:10, 153:25,
167:9, 167:11, 196:23
**housekeeping** [1] -
189:6
**Houses** [1] - 182:25
**hub** [1] - 212:18
**HUDAK** [58] - 1:21,
4:17, 13:21, 14:15,
16:15, 17:5, 41:23,
45:20, 45:22, 46:9,
49:1, 49:5, 71:22,
73:11, 73:13, 76:7,
88:19, 89:2, 92:8,
118:24, 119:19,
124:24, 126:8, 129:4,
134:9, 137:12,
138:16, 138:23,
141:4, 146:3, 149:19,
154:10, 154:12,
164:17, 166:20,
172:22, 173:9,
174:23, 189:5,
189:17, 189:23,
190:7, 190:17, 191:5,
191:8, 191:12, 192:4,
192:14, 193:14,
194:8, 194:20, 197:8,
199:6, 199:20, 200:4,
201:7, 202:20, 214:1
**Hudak** [24] - 4:17,
4:20, 6:4, 12:2, 13:17,
16:14, 45:19, 46:2,
46:6, 73:10, 77:21,
83:6, 84:3, 88:6,
88:25, 126:11,
154:17, 158:10,
166:25, 186:1, 189:4,
208:14, 210:16, 212:5
**huge** [5] - 20:6,
30:19, 42:17, 126:2
**human** [3] - 37:11,
55:3, 114:20
**humility** [1] - 21:7
**hundred** [1] - 12:21
**hundreds** [6] -
27:10, 96:8, 142:16,
142:19, 143:3, 143:5
**hurting** [3] - 34:1,
117:13, 117:14

**hypothetical** [3] -
13:25, 110:1, 181:20

## I

**iconic** [4] - 21:3,
21:8, 21:18, 120:4
**idea** [16] - 34:21,
43:6, 44:21, 44:23,
47:7, 48:10, 51:5,
52:4, 64:2, 75:10,
76:17, 76:19, 85:3,
128:24, 151:12,
158:19
**ideal** [1] - 71:21
**ideally** [1] - 75:20
**identical** [1] - 7:18
**identified** [3] -
131:24, 202:11,
202:12
**identify** [2] - 4:3,
15:21
**identities** [1] - 156:8
**ignoring** [1] - 171:20
**illustrate** [1] - 105:9
**illustration** [1] -
204:19
**image** [24] - 20:15,
20:17, 23:15, 23:17,
23:20, 24:10, 25:19,
25:21, 28:15, 28:23,
28:24, 29:1, 46:18,
52:8, 52:14, 54:23,
75:3, 85:24, 86:1,
86:2, 86:7, 86:12,
87:14
**images** [23] - 25:7,
33:23, 35:7, 36:5,
37:23, 37:24, 39:16,
39:19, 39:23, 40:5,
48:7, 48:17, 51:7,
59:10, 61:6, 67:23,
67:24, 75:15, 85:7,
85:12, 152:22, 177:1
**imagine** [6] - 51:10,
51:25, 57:16, 63:4,
134:3, 181:13
**immediate** [1] -
47:17
**immediately** [6] -
31:1, 31:16, 66:25,
112:20, 124:14, 202:3
**impact** [20] - 11:1,
11:6, 68:4, 68:8,
206:5, 207:2, 207:4,
207:6, 207:8, 207:13,
207:19, 208:7, 208:8,
208:23, 209:13,
210:7, 212:9, 213:5,

213:6, 213:7
**Impact** [1] - 128:23
**impacted** [1] - 115:1
**impacting** [1] - 213:1
**implemented** [1] -
191:16
**important** [18] -
25:24, 27:15, 28:4,
29:4, 29:5, 30:22,
32:19, 42:14, 45:2,
75:12, 75:14, 76:15,
85:18, 85:23, 88:2,
108:21, 150:10,
168:16
**importantly** [1] -
185:20
**imposes** [1] - 193:5
**impracticable** [1] -
197:1
**impressed** [1] -
194:13
**impression** [4] -
119:4, 147:15,
148:10, 159:1
**imprimatur** [4] -
177:17, 183:2, 183:6,
183:10
**impugn** [1] - 145:24
**in-house** [6] - 4:13,
92:17, 94:7, 95:4,
101:25, 110:8
**In-house** [1] - 94:10
**in-town** [3] - 22:25,
23:4, 82:9
**inadmissible** [1] -
118:25
**inauguration** [1] -
141:17
**incentive** [1] -
195:15
**inception** [1] -
165:23
**incident** [1] - 152:6
**include** [3] - 10:3,
155:18, 191:20
**included** [7] - 9:18,
83:22, 83:23, 146:16,
155:6, 155:15, 167:8
**including** [8] - 94:13,
125:20, 134:15,
153:7, 194:21, 195:9,
202:3
**incredible** [2] - 37:7,
65:11
**incredibly** [1] - 122:9
**incumbent** [1] -
141:12
**indeed** [1] - 150:22
**independence** [1] -
125:11

**Independence** [2] -
74:7, 144:19
**independent** [3] -
33:11, 122:12, 183:10
**independently** [1] -
176:2
**Indian** [2] - 118:16,
118:17
**indiscernible** [1] -
97:12
**individual** [5] -
120:8, 176:18,
187:13, 194:25, 208:7
**individually** [1] -
207:17
**individuals** [1] -
141:21
**industry** [3] - 11:3,
51:24, 109:11
**inferior** [1] - 206:4
**inferior-to-AP-
standards** [1] - 206:4
**inflate** [1] - 46:10
**inform** [3] - 108:21,
111:11, 165:25
**information** [20] -
48:23, 59:14, 68:10,
73:18, 96:15, 112:14,
113:10, 125:17,
147:11, 154:7,
154:21, 175:22,
175:25, 185:4,
192:24, 192:25,
193:7, 195:2, 197:11,
206:5
**initial** [2] - 99:2,
194:4
**INJUNCTION** [1] -
1:10
**injunction** [5] - 4:22,
5:21, 15:8, 15:15,
163:11
**injury** [1] - 206:23
**inquiry** [1] - 197:10
**insensitive** [1] -
177:16
**inside** [1] - 147:25
**insisting** [1] - 178:13
**instance** [4] - 13:24,
57:25, 109:8, 109:23
**instances** [3] -
120:16, 120:19,
134:13
**instant** [1] - 104:1
**instantaneous** [2] -
29:25, 98:9
**instantly** [2] - 30:5,
52:21
**instead** [5] - 8:1, 8:5,
140:17, 167:13,

178:14
**instinct** [2] - 13:2,
205:4
**instructions** [1] -
209:8
**intelligence** [1] -
92:24
**intended** [1] - 92:22
**intent** [1] - 201:3
**interact** [2] - 11:15,
11:18
**interacting** [2] -
104:14, 181:14
**interaction** [4] -
63:18, 66:19, 123:20,
127:3
**interactions** [3] -
39:16, 59:2, 186:25
**interacts** [1] - 176:18
**interest** [33] - 9:17,
9:23, 9:25, 10:10,
10:14, 10:22, 11:4,
11:15, 15:19, 16:2,
42:4, 109:14, 162:11,
168:5, 175:8, 176:1,
178:2, 178:5, 179:21,
179:24, 180:16,
180:22, 182:4,
183:19, 184:24,
185:21, 188:8,
188:24, 193:17,
198:21, 203:13,
210:10, 211:9
**interesting** [1] -
108:19
**interfere** [2] -
171:14, 171:25
**interim** [1] - 117:5
**intermediate** [1] -
94:12
**International** [9] -
69:17, 69:22, 70:2,
70:7, 72:3, 130:20,
143:12, 144:1, 144:9
**international** [2] -
123:3, 152:6
**internationally** [2] -
122:6, 122:22
**internet** [2] - 28:21,
52:21
**interrupt** [1] - 98:11
**interview** [41] - 12:6,
12:8, 12:12, 13:13,
14:17, 14:20, 40:20,
40:25, 41:5, 41:6,
41:13, 50:6, 104:20,
104:24, 105:10,
105:12, 105:15,
105:17, 106:8,
176:14, 179:10,

179:25, 180:22,
181:11, 181:14,
181:16, 181:19,
181:23, 182:8,
182:13, 182:15,
182:19, 183:22,
184:12, 194:12,
194:16, 194:18,
195:17, 211:19,
212:1, 212:2
**interviews** [10] -
40:24, 50:1, 105:5,
179:19, 180:20,
187:13, 187:14,
198:8, 198:14
**intimidated** [2] -
125:10, 204:1
**introduce** [1] - 4:9
**introduced** [1] -
88:20
**invariably** [2] -
151:19, 199:23
**investing** [2] -
168:15, 169:10
**invitation** [6] - 6:13,
41:11, 130:2, 176:19,
187:1, 187:18
**invitation-only** [1] -
176:19
**invite** [3] - 93:2,
188:16, 194:6
**invited** [2] - 71:19,
105:20
**invitees** [1] - 159:23
**inviting** [5] - 180:20,
182:23, 187:20,
187:24, 187:25
**involve** [1] - 162:17
**involved** [1] - 166:10
**involving** [1] - 166:18
**iPhone** [2] - 102:11,
102:13
**Iraq** [1] - 23:11
**Iraqi** [1] - 23:15
**ironic** [1] - 152:21
**irreparable** [6] -
15:3, 15:7, 16:10,
16:12, 201:6, 202:16
**Island** [2] - 169:5,
169:8
**Island-based** [1] -
169:8
**isolation** [1] - 26:3
**issue** [9] - 32:13,
36:21, 39:21, 85:9,
149:3, 155:23,
180:13, 182:1, 209:20
**issued** [1] - 152:19
**issues** [5] - 85:17,
88:21, 107:18, 203:21

**items** [3] - 128:10,
150:9, 202:14
**iterative** [1] - 103:17
**itself** [8] - 85:19,
179:15, 179:16,
180:18, 206:6,
206:17, 206:18, 208:7
**ivy** [1] - 26:24
**Iwo** [1] - 20:2

**J**

**Jacquelyn** [3] -
74:12, 74:20, 74:23
**Jill** [1] - 121:8
**Jima** [1] - 20:2
**job** [11] - 25:25,
29:12, 32:24, 43:10,
45:5, 46:5, 47:18,
75:3, 77:5, 89:23
**jobs** [5] - 115:1,
122:20, 126:3,
137:10, 165:25
**join** [1] - 108:17
**joint** [4] - 105:17,
152:15, 152:16,
185:15
**joke** [1] - 27:9
**Jong** [1] - 107:23
**journalism** [13] -
11:3, 42:16, 44:19,
52:4, 107:10, 141:1,
147:7, 158:23,
175:24, 177:8,
183:11, 212:19,
212:20
**journalist** [35] -
23:13, 23:15, 30:13,
31:5, 36:18, 37:9,
37:12, 41:20, 43:25,
44:2, 57:9, 62:22,
62:23, 64:11, 65:12,
69:23, 70:3, 87:5,
118:15, 118:21,
119:4, 129:10,
132:14, 133:3,
133:15, 144:12,
145:10, 155:3,
157:15, 184:20,
184:21, 192:23,
193:11, 201:8
**journalist's** [1] -
200:10
**journalists** [56] -
9:21, 9:22, 22:25,
37:8, 37:16, 45:4,
47:1, 81:16, 93:13,
94:11, 94:18, 94:20,
95:10, 105:16, 107:4,

118:13, 119:9, 120:1,
120:2, 120:17,
121:11, 122:15,
130:25, 131:8,
132:19, 132:21,
133:4, 133:17, 135:5,
151:20, 152:1,
153:17, 156:3,
159:20, 159:21,
159:23, 170:12,
174:12, 175:19,
180:7, 182:3, 187:11,
193:6, 195:25, 198:4,
198:9, 198:14,
199:25, 200:2, 201:1,
203:8, 203:11, 204:9,
204:10, 204:13,
208:11
  **Judge** [4] - 163:7,
163:8, 173:1, 207:7
  **judge** [2] - 105:8,
162:1
  **JUDGE** [1] - 1:11
  **judge's** [1] - 103:5
  **judge-made** [1] -
162:1
  **judgment** [2] - 27:4,
108:25
  **jumping** [1] - 38:9
  **Justice** [2] - 177:9,
177:20
  **justify** [1] - 186:19

# K

  **Kaiser** [1] - 4:13
  **Karem** [3] - 13:12,
161:15, 163:8
  **Karen** [1] - 4:13
  **Karoline** [2] -
111:22, 164:3
  **keep** [7] - 21:9,
33:21, 39:10, 42:11,
63:15, 73:1, 173:19
  **Kelly** [1] - 163:7
  **kept** [2] - 178:20,
179:2
  **kick** [2] - 12:3,
115:14
  **kicked** [3] - 66:25,
178:15, 181:4
  **kills** [1] - 40:15
  **Kim** [1] - 107:23
  **kind** [35] - 8:6, 8:8,
11:24, 13:5, 13:8,
14:7, 14:12, 31:14,
47:5, 47:19, 48:16,
49:15, 49:21, 52:20,
53:23, 68:8, 82:21,

87:8, 110:2, 125:8,
148:5, 161:1, 162:23,
163:5, 175:5, 176:15,
182:1, 184:16,
191:22, 192:12,
192:21, 197:9, 205:8,
208:16, 212:21
  **kinds** [1] - 203:18
  **Kingdom** [2] - 62:14,
142:23
  **Knight** [2] - 175:11,
175:13
  **knowing** [1] - 66:21,
134:11
  **knowledge** [8] -
68:18, 83:23, 111:8,
127:22, 136:20,
139:22, 139:24, 143:8
  **known** [4] - 106:13,
116:17, 148:1, 197:17
  **knows** [5] - 6:12,
10:2, 45:15, 160:4,
211:22
  **Korea** [3] - 107:24,
108:8, 108:24
  **Korean** [1] - 108:3
  **Kyiv** [1] - 157:23

# L

  **L-I-D** [1] - 95:15
  **L.A** [8] - 166:12,
166:14, 167:6, 167:7,
167:9, 167:12,
167:14, 167:22
  **label** [1] - 164:10
  **lack** [2] - 16:18,
202:12
  **lag** [1] - 85:18
  **Lago** [2] - 172:21,
173:2
  **laid** [2] - 187:5, 187:6
  **landed** [1] - 70:19
  **landing** [4] - 70:15,
71:8, 72:3, 148:21
  **lands** [1] - 70:15
  **landscape** [1] -
73:12
  **language** [1] -
172:13
  **laptop** [2] - 46:15,
128:14
  **large** [5] - 93:12,
123:1, 125:14, 188:21
  **largely** [1] - 212:11
  **larger** [8] - 12:20,
14:22, 94:9, 94:10,
106:10, 123:1,
189:25, 199:3

  **largest** [1] - 171:5
  **last** [31] - 7:19, 8:2,
18:23, 19:7, 35:10,
68:15, 75:1, 76:24,
77:9, 77:12, 77:23,
77:24, 78:7, 78:8,
78:9, 82:15, 92:14,
97:14, 125:5, 127:21,
129:14, 135:17,
147:6, 148:21,
151:18, 186:17,
187:16, 190:6,
191:13, 202:22,
210:15
  **late** [5] - 4:23, 22:6,
28:12, 120:22, 136:8
  **late-breaking** [1] -
22:6
  **late-filed** [1] - 4:23
  **latest** [2] - 103:17,
171:9
  **law** [18] - 4:7, 10:1,
13:6, 13:22, 14:9,
162:1, 162:19, 163:4,
164:8, 185:7, 188:18,
190:21, 190:22,
205:23, 209:4, 210:18
  **lawful** [1] - 171:20
  **Lawless** [1] - 121:8
  **lawyer** [1] - 137:7
  **lawyers** [1] - 137:8
  **leader** [10] - 82:23,
82:24, 106:5, 108:4,
122:13, 123:7, 159:9,
159:11, 159:12,
185:16
  **leaders** [4] - 108:2,
122:25, 185:13, 203:4
  **leading** [1] - 168:20
  **learned** [2] - 113:18,
200:12
  **least** [27] - 5:16,
11:17, 52:12, 55:4,
61:2, 118:15, 122:11,
123:12, 126:19,
127:13, 129:10,
131:3, 135:10, 137:5,
138:25, 139:19,
145:4, 151:11,
151:17, 158:7, 170:2,
170:12, 180:10,
199:22, 201:1, 201:2
  **leave** [2] - 184:8,
204:16
  **leaves** [2] - 83:12,
159:17
  **Leavitt** [7] - 160:19,
164:3, 164:25, 165:3,
165:8, 176:23
  **Leavitt's** [2] -

111:22, 164:7
  **lectern** [1] - 142:3
  **led** [1] - 20:14
  **left** [1] - 141:9
  **legal** [8] - 4:14,
137:3, 137:9, 140:22,
140:24, 175:5, 192:5,
207:3
  **legendary** [1] - 74:5
  **lend** [1] - 108:18
  **lengths** [1] - 110:21
  **lens** [2] - 25:10,
114:8
  **less** [3] - 118:1,
186:22, 188:4
  **letting** [5] - 45:5,
71:16, 71:17, 134:6,
204:4
  **level** [4] - 114:4,
117:12, 134:5, 138:8
  **liar** [2] - 71:7, 163:21
  **liars** [3] - 152:23,
160:16, 160:21
  **liberty** [28] - 9:17,
9:23, 9:25, 10:10,
10:14, 10:21, 11:15,
15:19, 16:2, 162:11,
175:7, 178:2, 178:5,
179:21, 179:24,
180:16, 180:21,
182:4, 183:19,
184:23, 185:21,
188:8, 188:24,
193:17, 198:21,
203:13, 210:10, 211:9
  **license** [4] - 48:7,
52:8, 59:16, 60:13
  **licensed** [2] - 67:16,
68:19
  **licensees** [1] - 97:23
  **licenses** [1] - 212:23
  **licensing** [14] -
48:18, 51:3, 51:12,
52:1, 52:15, 53:9,
54:21, 57:20, 61:3,
63:7, 63:21, 63:23,
67:19, 100:20
  **lid** [4] - 95:13, 95:14,
95:15, 204:23
  **lies** [2] - 174:10,
205:17
  **light** [3] - 6:15,
158:20, 197:13
  **likelihood** [2] -
16:12, 199:8
  **likely** [1] - 167:25
  **limitation** [2] -
180:11, 203:17
  **limitations** [1] -
94:16

  **limited** [13] - 102:18,
114:15, 129:17,
135:5, 169:25,
172:11, 181:1,
192:13, 195:3,
196:19, 196:21,
197:25, 203:3
  **limited-access** [1] -
135:5
  **line** [19] - 27:25,
61:8, 66:14, 69:10,
69:11, 72:17, 75:1,
82:20, 82:23, 82:24,
82:25, 159:9, 159:10,
159:12, 161:6, 167:4,
196:4, 197:9, 204:3
  **link** [3] - 80:22,
102:25, 142:21
  **Lisa** [1] - 215:12
  **LISA** [2] - 2:1, 215:3
  **list** [7] - 93:25, 98:15,
133:17, 143:8,
169:24, 191:18,
191:19
  **listed** [6] - 129:19,
130:3, 130:23, 131:5,
168:11, 169:16
  **listeners** [1] - 96:14
  **listening** [1] - 76:1
  **listing** [1] - 131:22
  **lists** [2] - 93:21,
143:6
  **litany** [1] - 187:4
  **literally** [2] - 43:13,
44:10
  **litigated** [1] - 180:25
  **litigating** [1] - 176:21
  **litigation** [2] - 8:23,
9:16, 137:1
  **live** [17] - 5:8, 5:12,
6:12, 6:13, 39:22,
103:7, 103:8, 103:11,
107:14, 107:15,
114:12, 114:15,
114:20, 127:7, 127:8,
156:24
  **livestream** [3] -
127:3, 201:11, 202:9
  **livestreamed** [2] -
127:2, 127:14
  **livestreaming** [2] -
127:17, 201:12
  **livestreams** [1] -
126:24
  **living** [2] - 18:18,
88:12
  **LLP** [2] - 1:15, 1:18
  **local** [3] - 5:1, 5:2,
96:19
  **located** [1] - 111:23

**location** [1] - 83:8
**logic** [1] - 167:23
**logistics** [1] - 81:3
**London** [2] - 121:8, 122:2
**look** [31] - 26:11, 28:23, 38:7, 38:14, 41:12, 51:22, 64:18, 66:14, 71:7, 71:16, 72:2, 76:16, 76:17, 78:3, 78:14, 87:6, 91:20, 92:13, 92:15, 124:5, 130:12, 130:17, 147:4, 155:22, 158:3, 168:9, 169:14, 196:7, 200:23, 207:2, 207:22
**Look** [1] - 198:17
**looked** [4] - 39:15, 83:10, 153:21, 207:9
**looking** [36] - 20:22, 24:25, 25:2, 25:20, 26:18, 27:1, 32:14, 48:25, 50:1, 54:23, 59:10, 60:3, 63:1, 67:16, 67:20, 69:2, 69:9, 74:12, 74:22, 86:8, 86:12, 86:13, 86:20, 87:10, 87:17, 111:14, 138:24, 140:12, 154:18, 155:10, 191:10, 191:12, 199:17, 201:21, 201:23, 201:25
**looks** [17] - 49:2, 52:17, 58:18, 59:13, 61:5, 61:7, 63:20, 66:9, 73:19, 86:20, 116:8, 130:9, 163:10, 176:9, 182:18, 205:7
**Los** [4] - 27:18, 167:2, 167:5, 167:21
**loses** [1] - 208:16
**losing** [1] - 25:17
**loss** [5] - 87:12, 87:22, 126:2, 207:25, 208:1
**lost** [3] - 88:8, 184:20, 208:9
**loudest** [1] - 104:18
**love** [2] - 71:20, 190:11
**loved** [1] - 156:18
**lovely** [1] - 188:13
**loves** [1] - 44:7
**Ludovic** [1] - 58:13
**LUDOVIC** [1] - 58:13
**lunch** [3] - 149:15, 150:4, 200:12

**luncheon** [1] - 149:20

# M

**M-I-L-L-E-R** [1] - 90:6
**ma'am** [2] - 38:25, 39:9
**Macron** [13] - 56:8, 57:4, 58:6, 58:10, 59:20, 60:1, 62:13, 121:7, 133:14, 133:18, 135:4, 152:5, 157:22
**Macron's** [2] - 57:10, 57:17
**Madhani** [2] - 135:18, 135:19
**MADHANI** [1] - 135:18
**Magazine** [1] - 105:17
**main** [3] - 32:13, 75:8, 201:21
**major** [7] - 28:16, 31:6, 34:19, 36:3, 65:17, 97:11, 102:19
**majority** [9] - 19:10, 65:20, 67:22, 70:14, 98:24, 107:19, 117:9, 167:15, 168:2
**man** [10] - 19:22, 25:19, 26:23, 29:20, 30:8, 33:7, 39:18, 41:15, 63:9, 71:10
**mandated** [1] - 98:4
**manifest** [1] - 134:1
**manifests** [1] - 133:17
**mansion** [1] - 187:17
**manual** [1] - 98:7
**Mar** [2] - 172:21, 173:2
**Mar-a-Lago** [2] - 172:21, 173:2
**March** [28] - 1:7, 15:5, 66:7, 69:21, 70:1, 70:6, 70:11, 71:3, 71:9, 71:25, 72:4, 73:15, 73:23, 74:6, 88:23, 115:11, 131:22, 131:23, 139:10, 143:11, 143:19, 143:25, 144:4, 144:8, 144:18, 168:3, 168:10, 169:15
**Marin** [3] - 58:13, 58:19, 59:11

**MARIN** [1] - 58:13
**Marine** [4] - 50:13, 55:23, 55:24
**mark** [2] - 80:3, 174:10
**marked** [1] - 130:5
**market** [1] - 123:5
**Martin** [2] - 74:13, 74:23
**Mary** [1] - 38:7
**mask** [3] - 110:15, 110:16, 110:17
**masks** [1] - 110:15
**Matal** [1] - 177:13
**match** [1] - 103:14
**material** [6] - 5:6, 128:8, 140:4, 206:5, 206:15, 213:5
**materially** [3] - 206:9, 207:10, 207:13
**materials** [1] - 189:9
**math** [1] - 116:21
**matter** [13] - 7:7, 32:8, 32:10, 36:1, 40:7, 41:18, 41:20, 62:8, 124:3, 177:1, 189:6, 194:4, 213:21
**matters** [4] - 32:11, 41:19, 42:9, 196:2
**Maxwell** [1] - 4:8
**MAXWELL** [1] - 1:15
**mayor** [1] - 209:6
**mayor's** [2] - 209:7, 209:17
**McFADDEN** [1] - 1:11
**McKelvey** [1] - 187:8
**mean** [74] - 7:4, 19:25, 21:4, 21:5, 21:23, 24:21, 24:24, 32:24, 33:15, 36:2, 38:21, 40:15, 44:1, 44:6, 48:19, 48:25, 52:7, 55:8, 57:24, 58:20, 60:25, 61:15, 62:2, 66:23, 70:14, 72:1, 77:21, 77:25, 78:13, 78:24, 79:18, 79:23, 79:25, 81:9, 87:9, 88:1, 88:2, 88:11, 92:19, 93:7, 93:10, 101:16, 113:5, 117:3, 117:23, 121:21, 122:8, 125:10, 140:20, 145:23, 148:17, 152:20, 159:1, 161:6, 161:21, 173:25, 175:23, 180:4, 180:12, 181:9,

181:11, 183:23, 184:11, 184:12, 184:14, 186:1, 191:1, 192:14, 193:23, 199:3, 202:15, 204:12, 205:3
**means** [2] - 72:17, 93:8
**measure** [1] - 202:16
**mechanism** [1] - 212:17
**media** [69] - 46:23, 49:21, 54:9, 54:20, 67:16, 86:12, 86:13, 92:18, 93:10, 93:18, 99:5, 103:25, 106:25, 107:8, 107:11, 117:6, 117:21, 120:1, 129:6, 129:8, 129:11, 130:1, 130:4, 130:15, 130:21, 131:4, 131:16, 131:17, 131:24, 132:2, 132:15, 135:12, 135:22, 136:18, 137:15, 137:21, 138:6, 141:6, 141:8, 141:12, 141:15, 141:20, 141:24, 142:1, 142:2, 142:3, 143:5, 143:11, 143:25, 145:7, 147:16, 147:18, 147:19, 151:8, 157:6, 178:25, 189:18, 189:24, 191:20, 191:21, 193:16, 193:17, 194:6, 195:19, 197:1, 199:11, 200:21, 200:24
**medium** [1] - 188:23
**meet** [7] - 45:25, 46:1, 81:11, 82:10, 106:5, 126:11, 181:10
**meeting** [26] - 26:12, 31:7, 36:12, 36:16, 37:5, 37:25, 39:22, 49:23, 58:5, 60:4, 81:6, 81:9, 81:14, 81:18, 86:9, 86:10, 86:21, 87:1, 92:25, 95:1, 106:7, 108:2, 108:6, 110:1, 127:25, 208:3
**meetings** [3] - 40:4, 110:1, 134:17
**member** [1] - 47:13, 50:25, 56:24, 95:9, 96:25, 97:4, 126:20,

133:15, 135:20, 181:10, 195:19
**members** [35] - 33:17, 33:21, 33:24, 34:6, 35:6, 50:10, 51:7, 56:4, 75:10, 94:2, 96:18, 96:23, 98:2, 98:21, 98:22, 100:21, 106:14, 117:8, 123:4, 125:14, 126:21, 131:16, 143:3, 143:6, 153:5, 159:3, 174:3, 191:21, 192:25, 193:7, 193:22, 195:5, 198:2, 212:20
**membership** [2] - 95:24, 96:7
**memorable** [1] - 23:24
**mention** [1] - 110:19
**mentioned** [15] - 20:9, 47:18, 101:21, 108:23, 118:16, 125:16, 127:24, 128:19, 139:16, 145:17, 147:15, 155:7, 198:12, 201:16, 201:17
**merge** [1] - 197:9
**merits** [2] - 16:12, 199:8
**message** [8] - 30:20, 175:18, 178:11, 182:15, 182:25, 183:2, 183:14, 210:9
**messages** [3] - 29:17, 71:15, 125:8
**messaging** [5] - 101:25, 165:16, 177:2, 196:4
**messenger** [1] - 112:1
**met** [3] - 58:20, 107:23, 117:12
**Mexico** [12] - 112:3, 115:14, 116:19, 148:18, 148:25, 161:12, 178:15, 179:3, 181:24, 192:2, 210:3
**Microsoft** [1] - 62:3
**middle** [2] - 12:16, 13:9
**Middle** [1] - 195:11
**MiFi** [3] - 28:20, 28:21, 28:22
**might** [40] - 6:22, 17:13, 25:14, 26:9, 27:7, 27:25, 28:2,

28:5, 28:17, 32:14, 32:15, 52:10, 53:19, 85:10, 85:13, 99:6, 100:6, 101:2, 102:15, 102:25, 103:9, 103:18, 103:22, 104:8, 104:22, 108:12, 109:12, 109:23, 110:25, 111:16, 117:6, 120:13, 120:19, 134:7, 145:18, 145:22, 204:21, 212:15
**military** [1] - 106:14
**MILLER** [2] - 3:6, 89:16
**Miller** [23] - 4:10, 17:8, 17:10, 32:1, 89:12, 89:21, 90:6, 123:16, 126:4, 126:9, 146:11, 147:14, 151:13, 152:7, 156:24, 158:7, 160:1, 199:13, 200:1, 200:9, 201:13, 204:13
**Miller's** [3] - 152:8, 155:12, 200:5
**million** [1] - 169:11
**mind** [6] - 63:14, 90:4, 91:20, 147:18, 147:20, 148:15
**minds** [1] - 14:16
**mine** [1] - 136:7
**minimis** [4] - 207:8, 207:14, 213:6, 213:7
**minimus** [1] - 208:9
**Minister** [3] - 62:14, 63:18, 121:8
**minister** [4] - 62:20, 64:5, 118:17, 142:23
**minor** [1] - 140:11
**minute** [10] - 12:2, 28:13, 28:15, 29:2, 68:15, 84:12, 89:3, 111:25, 153:16, 209:2
**minutes** [13] - 28:13, 28:16, 31:11, 39:24, 40:1, 40:2, 40:5, 102:8, 102:20, 109:25, 110:10, 115:24, 116:25
**mirror** [1] - 19:24
**misanthropes** [1] - 152:24
**miscounted** [1] - 146:8
**Mishkin** [9] - 4:8, 17:9, 85:24, 89:12, 89:13, 146:5, 147:15,

149:6, 174:5
**MISHKIN** [39] - 1:15, 89:20, 90:3, 92:5, 92:12, 93:6, 93:16, 94:5, 94:6, 95:21, 97:1, 97:3, 98:10, 99:13, 100:23, 103:4, 107:5, 119:3, 119:7, 119:13, 119:15, 119:23, 119:24, 123:15, 124:8, 124:22, 125:3, 125:5, 125:7, 126:4, 128:22, 137:2, 140:21, 146:6, 146:8, 146:10, 147:13, 148:12, 149:7
**Mishkin's** [1] - 172:18
**misinformation** [7] - 160:17, 171:13, 171:16, 171:19, 171:23, 171:25, 172:4
**misinformed** [1] - 158:10
**miss** [4] - 25:23, 44:5, 145:24
**missed** [2] - 25:20, 208:10
**missing** [2] - 40:10, 126:1
**misuse** [1] - 177:22
**mix** [2] - 140:17, 148:1
**Mobile** [1] - 29:7
**model** [1] - 208:20
**modest** [1] - 46:6
**Moines** [4] - 27:17, 36:4, 51:8, 96:19
**mom** [1] - 209:17
**moment** [12] - 21:18, 24:20, 25:15, 38:10, 38:11, 87:7, 111:9, 151:15, 153:21, 154:10, 161:22
**moments** [9] - 24:19, 25:2, 38:5, 59:2, 75:7, 87:6, 122:9, 148:4, 208:10
**Monday** [1] - 168:3
**money** [3] - 48:4, 51:17, 100:11
**money-making** [1] - 48:4
**monitor** [3] - 29:16, 31:9, 46:12
**Monitor** [1] - 170:9
**Month** [7] - 55:13, 74:14, 127:5, 135:22, 136:8, 145:2, 158:13
**month** [10] - 35:14,

35:17, 76:24, 77:24, 78:19, 116:13, 151:18, 190:6, 199:22
**monthlong** [1] - 79:23
**months** [1] - 166:16
**mood** [2] - 75:15, 201:25
**morning** [17] - 4:5, 4:15, 4:17, 4:20, 18:6, 19:3, 22:4, 45:23, 45:24, 89:17, 89:18, 89:21, 89:22, 91:14, 103:22, 111:21, 212:5
**most** [16] - 9:12, 36:21, 39:19, 47:9, 85:18, 104:21, 114:13, 147:25, 166:2, 167:20, 167:21, 169:9, 170:19, 171:2, 196:4, 205:17
**mostly** [1] - 82:17
**mother** [2] - 201:22, 209:7
**motion** [3] - 4:24, 4:25, 150:23
**motivation** [1] - 164:1
**motive** [1] - 10:20
**move** [12] - 34:13, 49:4, 62:13, 81:22, 92:5, 119:16, 124:22, 164:19, 173:7, 185:21, 189:10
**moved** [1] - 200:16
**movement** [2] - 61:19, 201:24
**movements** [2] - 131:6, 146:24
**moviemaker** [1] - 65:9
**moving** [5] - 40:2, 64:20, 73:23, 74:6, 164:15
**MR** [207] - 4:5, 4:17, 5:25, 6:3, 6:8, 6:11, 6:19, 6:25, 7:4, 9:14, 11:20, 12:11, 12:25, 13:10, 13:16, 13:21, 14:15, 16:15, 17:5, 17:7, 17:17, 17:19, 17:21, 17:24, 18:1, 18:12, 19:4, 23:5, 27:6, 32:1, 32:4, 39:1, 39:11, 41:23, 42:4, 42:8, 42:19, 45:16, 45:24, 45:22, 46:9, 49:1, 49:5, 71:22, 73:11, 73:13, 76:7,

79:12, 81:8, 83:4, 85:1, 86:4, 86:6, 87:13, 88:17, 88:19, 89:2, 89:11, 89:20, 90:3, 92:5, 92:8, 92:12, 93:6, 93:16, 94:5, 94:6, 95:21, 97:1, 97:3, 98:10, 99:13, 100:23, 103:4, 107:5, 118:24, 119:3, 119:7, 119:13, 119:15, 119:19, 119:23, 119:24, 123:15, 124:8, 124:22, 124:24, 125:3, 125:5, 125:7, 126:4, 126:8, 128:22, 129:4, 134:9, 137:2, 137:12, 138:16, 138:23, 140:21, 141:4, 146:3, 146:6, 146:8, 146:10, 147:13, 148:12, 149:7, 149:18, 149:19, 150:1, 150:3, 150:8, 150:13, 150:15, 151:23, 152:1, 152:10, 152:13, 152:19, 153:25, 154:5, 154:10, 154:11, 154:12, 154:16, 154:20, 155:1, 155:3, 157:14, 159:9, 159:18, 161:8, 162:3, 163:2, 163:16, 164:13, 164:17, 164:18, 164:24, 165:3, 166:10, 166:20, 166:24, 172:22, 173:1, 173:5, 173:9, 173:13, 174:1, 174:23, 175:2, 175:10, 175:14, 177:13, 178:22, 179:6, 179:11, 179:14, 180:9, 181:7, 181:17, 182:9, 182:13, 184:19, 186:4, 186:14, 188:13, 189:3, 189:5, 189:12, 189:17, 189:23, 190:7, 190:17, 191:5, 191:8, 191:12, 192:4, 192:14, 193:14, 194:8, 194:20, 197:8, 199:6, 199:20, 200:4, 201:7, 202:20, 202:23, 203:24, 204:16, 204:25,

205:16, 205:20, 205:22, 205:24, 207:1, 208:17, 210:17, 210:21, 211:5, 211:7, 211:16, 212:10, 213:23, 214:1
**MSNBC** [1] - 204:17
**multiple** [7] - 120:2, 120:9, 120:12, 120:16, 122:17, 143:10, 200:25
**Musk** [1] - 50:12
**must** [9] - 10:7, 10:9, 12:23, 161:18, 163:13, 181:3, 196:12, 198:9
**mute** [1] - 177:25

## N

**N95** [1] - 110:16
**nail** [1] - 92:18
**name** [12] - 18:22, 18:23, 28:11, 46:2, 72:9, 90:2, 90:4, 126:11, 135:17, 155:7, 171:20, 192:5
**named** [1] - 50:20
**napalm** [1] - 20:3
**narrow** [3] - 15:25, 114:8, 198:17
**nation's** [1] - 95:1
**National** [4] - 65:22, 110:4, 127:25, 195:12
**national** [1] - 168:17
**Nationals** [1] - 190:11
**NBC** [3] - 97:22, 141:9, 204:17
**near** [1] - 101:16
**nearly** [3] - 114:20, 115:6, 115:24
**necessarily** [9] - 5:3, 41:24, 44:13, 93:2, 104:9, 106:1, 114:3, 132:22, 181:17
**necessary** [6] - 15:8, 15:15, 16:11, 131:20, 202:2, 209:13
**need** [18] - 5:7, 15:1, 16:9, 22:13, 28:7, 29:18, 29:19, 32:15, 32:16, 40:6, 46:16, 87:10, 133:24, 154:3, 201:13, 208:22, 213:15
**needed** [1] - 99:4
**needs** [2] - 27:22, 198:1

**nervous** [1] - 18:14
**network** [3] - 29:7, 29:8
**networks** [2] - 53:14, 97:21
**never** [10] - 10:13, 132:4, 132:7, 137:23, 155:6, 160:4, 162:5, 186:7, 191:21, 193:18
**New** [8] - 1:20, 53:4, 87:7, 87:14, 123:10, 156:4, 212:21
**new** [17] - 26:17, 103:16, 137:15, 137:19, 141:6, 141:8, 141:12, 141:15, 141:20, 141:23, 141:24, 142:1, 153:6, 165:23, 178:25, 191:20, 195:19
**News** [4] - 50:2, 117:4, 141:9, 182:20
**news** [74] - 19:7, 22:6, 22:9, 23:13, 27:4, 27:21, 27:24, 30:7, 30:19, 30:23, 30:25, 31:6, 31:10, 32:19, 34:19, 35:8, 36:3, 40:17, 42:13, 47:17, 48:13, 48:23, 50:19, 51:23, 62:18, 63:6, 63:25, 65:17, 65:20, 66:10, 66:24, 74:1, 78:21, 78:25, 96:19, 96:21, 96:22, 97:20, 98:14, 98:25, 99:2, 99:6, 101:9, 101:15, 102:3, 102:10, 102:15, 102:17, 102:19, 103:14, 109:10, 115:22, 116:7, 117:10, 120:2, 120:5, 121:25, 125:13, 148:2, 148:7, 148:18, 148:23, 168:17, 168:21, 176:13, 193:3, 195:18, 203:9, 203:11, 203:19, 212:13, 212:14
**news-gather** [1] - 97:20
**news-gathering** [2] - 203:11, 203:19
**Newsday** [3] - 169:4, 169:6, 169:7
**newsmakers** [1] - 203:5
**newspaper** [3] - 103:22, 169:4, 169:8

**next** [9] - 12:18, 32:1, 80:20, 103:22, 107:4, 137:9, 147:1, 181:22, 197:23
**nice** [3] - 45:25, 46:1, 126:11
**Niemeyer** [1] - 207:7
**night** [2] - 80:19, 91:13
**Nitkin** [1] - 213:4
**Nitkin's** [1] - 211:23
**nobody** [5] - 5:23, 97:22, 99:7, 122:10, 186:17
**non** [7] - 10:9, 42:13, 42:25, 137:13, 137:14, 199:11, 202:13
**non-Oval** [1] - 42:25
**non-partisan** [1] - 42:13
**non-pool** [3] - 137:13, 137:14, 199:11
**non-viewpoint** [1] - 10:9
**none** [4] - 7:22, 147:4, 152:12, 152:13
**nonetheless** [1] - 122:23
**nonpublic** [1] - 192:12
**nontraditional** [1] - 142:2
**nonviewpoint** [1] - 180:15
**nonviewpoint-discriminatory** [1] - 180:15
**normal** [1] - 78:14
**North** [3] - 107:24, 108:3, 108:24
**Northern** [1] - 195:13
**Northwest** [4] - 1:16, 1:23, 2:3, 215:14
**Nos** [4] - 3:11, 3:16, 119:21, 189:15
**nose** [1] - 77:2
**not-so-subtle** [1] - 153:13
**notable** [1] - 75:21
**note** [6] - 61:8, 83:8, 141:23, 152:15, 155:24, 206:19
**notebook** [1] - 111:10
**noted** [5] - 8:11, 10:17, 60:21, 170:23, 198:12
**notes** [4] - 46:15,

107:20, 107:21, 215:5
**noteworthy** [1] - 202:5
**nothing** [5] - 40:19, 88:17, 95:17, 102:23, 113:11
**notice** [3] - 109:17, 181:4, 202:10
**noticeable** [1] - 128:20
**noticed** [5] - 111:8, 123:19, 123:25, 145:19, 148:17
**noticing** [1] - 110:11
**noting** [1] - 151:5
**now-famous** [1] - 36:12
**NowThis** [1] - 128:23
**NPR** [5] - 66:7, 66:9, 66:10, 84:3, 84:12
**number** [13] - 10:5, 10:6, 10:7, 32:11, 93:12, 93:25, 141:23, 148:23, 150:21, 150:25, 156:8, 161:14, 181:2
**numbered** [1] - 189:7
**numbers** [2] - 78:5, 78:15
**numerics** [1] - 213:3

## O

**object** [3] - 10:6, 42:1, 118:24
**objection** [29] - 42:6, 92:7, 92:9, 119:6, 119:18, 119:19, 119:20, 124:24, 124:25, 128:22, 137:2, 140:21, 154:12, 154:13, 164:15, 164:17, 164:20, 164:21, 166:18, 166:20, 166:21, 172:22, 172:23, 173:9, 173:10, 174:23, 174:24, 189:12, 189:13
**objections** [3] - 42:3, 42:5, 119:1
**objective** [7] - 156:19, 157:10, 170:14, 180:24, 181:3, 185:1, 209:25
**obligations** [1] - 84:13

**observation** [1] - 7:1
**observations** [1] - 114:7
**observe** [11] - 57:4, 62:19, 75:7, 128:5, 128:10, 145:15, 184:7, 185:12, 186:25, 201:9, 203:8
**observed** [2] - 109:22, 123:22
**observing** [2] - 104:13, 184:16
**obviously** [10] - 7:5, 9:8, 16:18, 36:17, 136:20, 168:16, 170:22, 174:11, 177:2, 180:7
**occasionally** [3] - 145:23, 145:24, 199:25
**occur** [2] - 191:6, 194:11
**occurred** [1] - 56:3
**odd** [1] - 148:25
**OF** [3] - 1:1, 1:10, 1:22
**off-the-record** [1] - 195:1
**offend** [2] - 194:15, 206:3
**offended** [1] - 17:2
**offends** [1] - 196:5
**offer** [4] - 130:8, 140:24, 142:1
**offered** [2] - 119:4, 195:5
**OFFICE** [1] - 1:22
**Office** [94] - 4:18, 8:19, 11:17, 12:17, 13:12, 14:5, 14:16, 14:19, 15:18, 16:6, 25:2, 26:2, 26:17, 29:14, 31:8, 32:7, 34:6, 34:22, 34:25, 35:11, 36:9, 36:11, 37:17, 40:4, 40:18, 40:20, 40:25, 41:14, 42:21, 42:25, 43:15, 46:3, 47:14, 55:14, 56:21, 57:8, 57:9, 57:15, 58:5, 62:23, 63:19, 64:15, 65:5, 78:17, 78:18, 79:2, 82:6, 82:7, 86:9, 86:10, 87:25, 94:13, 94:22, 104:2, 104:4, 105:22, 106:20, 107:3, 108:19, 112:5, 112:8, 112:22, 114:11, 115:12,

115:16, 121:23, 126:12, 147:22, 148:5, 172:11, 178:10, 178:16, 179:23, 180:8, 181:2, 184:4, 184:8, 185:11, 185:24, 186:8, 186:23, 188:4, 190:4, 190:20, 190:24, 192:11, 193:21, 194:5, 199:4, 203:2, 203:7, 208:15, 213:18
**office** [13] - 36:20, 37:2, 46:4, 48:1, 107:9, 111:23, 131:19, 133:13, 134:23, 136:9, 141:12, 141:18, 188:15
**officer** [1] - 209:5
**official** [4] - 106:24, 197:14, 204:3, 215:12
**Official** [1] - 2:1
**officials** [8] - 104:14, 105:6, 115:6, 134:14, 195:4, 195:8, 196:14
**offstage** [1] - 20:14
**often** [8] - 22:14, 77:9, 77:17, 91:4, 99:3, 114:11, 121:15, 130:3
**oftentimes** [3] - 44:6, 50:4, 53:12
**Ohio** [1] - 195:13
**old** [6] - 17:21, 19:22, 92:14, 100:16, 100:24, 153:5
**olden** [1] - 122:5
**older** [1] - 102:25
**Olesker** [1] - 213:4
**Olesker's** [1] - 211:24
**Oliver** [2] - 54:25, 55:12
**Omicron** [1] - 110:3
**on-the-record** [1] - 105:19
**once** [8] - 9:17, 60:8, 60:11, 82:25, 180:13, 188:24, 203:12, 210:25
**One** [20] - 22:23, 22:24, 23:3, 43:22, 43:23, 44:4, 50:13, 70:13, 70:19, 83:14, 94:17, 97:8, 100:3, 106:16, 113:21, 118:7, 144:8, 172:11
**one** [160] - 8:13, 8:23, 9:4, 9:6, 11:25,

12:16, 12:18, 13:13,
15:4, 15:24, 16:15,
19:15, 19:21, 23:10,
23:24, 24:11, 29:7,
29:8, 32:11, 34:23,
36:17, 37:6, 37:8,
40:3, 40:16, 40:17,
41:6, 43:3, 49:2, 56:9,
58:10, 58:11, 59:5,
60:21, 61:17, 65:13,
66:20, 70:23, 70:25,
71:3, 73:3, 73:4, 75:7,
79:20, 84:8, 85:17,
86:14, 97:10, 97:16,
99:6, 99:14, 99:17,
103:16, 103:18,
103:19, 105:12,
106:8, 107:24, 108:9,
109:15, 110:2, 110:3,
110:13, 110:17,
111:2, 111:24, 116:8,
118:15, 120:7, 120:8,
120:14, 120:15,
122:8, 124:6, 124:17,
129:10, 133:14,
135:15, 141:5,
141:19, 144:16,
145:13, 145:14,
145:19, 145:25,
147:22, 150:22,
154:10, 158:19,
161:23, 162:24,
164:1, 169:14,
175:12, 175:21,
176:14, 178:25,
179:9, 179:18,
179:25, 180:4,
180:20, 180:22,
181:10, 181:11,
181:14, 181:16,
181:18, 181:23,
182:7, 182:13,
182:14, 183:22,
184:13, 187:1,
187:13, 187:14,
189:19, 189:20,
191:25, 192:1, 192:8,
192:23, 193:14,
195:17, 195:18,
195:19, 200:10,
206:10, 208:21,
209:21, 211:19,
212:1, 212:2, 213:16
    **one-and-done** [1] -
162:24
    **one-on-one** [22] -
13:13, 41:6, 176:14,
179:9, 179:18,
179:25, 180:20,
180:22, 181:11,
181:14, 181:16,

181:18, 181:23,
182:7, 182:13,
182:14, 183:22,
187:1, 187:13,
211:19, 212:1, 212:2
    **one-page** [1] - 124:6
    **ones** [6] - 23:10,
27:11, 47:9, 70:14,
150:15, 194:22
    **online** [2] - 30:13,
66:6
    **opacity** [1] - 160:7
    **opaque** [4] - 8:6, 8:8,
160:7, 160:8
    **open** [20] - 92:17,
92:22, 93:7, 93:8,
93:9, 94:23, 95:2,
110:7, 118:5, 118:8,
129:19, 130:3, 131:7,
131:8, 165:2, 173:4,
180:6, 195:5, 197:1,
202:24
    **opened** [1] - 129:17
    **opening** [2] - 6:8,
7:16
    **operates** [1] - 168:7
    **operating** [2] - 26:3,
92:14
    **opinion** [2] - 194:24,
208:18
    **opponent** [1] - 209:5
    **opportunities** [9] -
9:20, 43:1, 88:9,
187:11, 205:12,
207:25, 208:2, 208:9,
208:15
    **opportunity** [18] -
5:18, 7:8, 10:5, 41:5,
43:25, 83:15, 83:18,
85:20, 87:23, 95:11,
156:22, 162:16,
184:7, 184:9, 185:11,
185:25, 188:5, 198:9
    **opposed** [2] - 22:21,
76:1
    **oral** [6] - 163:17,
183:25, 185:4,
188:23, 211:17,
211:18
    **orally** [1] - 10:6
    **oranges** [1] - 176:15
    **order** [22] - 6:5, 6:23,
8:24, 12:12, 43:14,
47:6, 47:10, 73:24,
82:25, 83:1, 83:3,
106:5, 116:12,
120:10, 136:23,
144:5, 161:9, 161:13,
162:4, 163:11, 169:17
    **orders** [1] - 112:7

    **ordinary** [1] - 177:8
    **organ** [2] - 176:3,
177:3
    **organization** [12] -
22:11, 48:5, 50:25,
63:6, 99:6, 137:13,
138:6, 147:19,
148:15, 199:11,
201:19, 208:4
    **organizations** [21] -
34:8, 46:24, 47:9,
47:11, 54:10, 54:20,
58:12, 82:17, 120:3,
137:15, 137:21,
137:25, 138:3, 138:5,
138:10, 147:18,
148:24, 157:6, 194:6,
197:2, 205:6
    **orient** [1] - 49:1
    **original** [2] - 33:11,
117:7
    **Oscar** [1] - 36:19
    **ostensibly** [1] -
155:17
    **others'** [1] - 85:2
    **otherwise** [8] - 45:5,
57:14, 101:3, 156:23,
174:18, 196:16,
206:25, 210:4
    **ought** [1] - 185:23
    **out-of-town** [4] -
22:24, 130:21, 131:12
    **outfit** [1] - 187:24
    **outlet** [7] - 97:11,
97:16, 99:14, 120:17,
138:11, 172:7, 172:13
    **outlets** [15] - 51:13,
96:5, 96:8, 98:24,
98:25, 99:1, 99:15,
120:8, 125:19,
125:20, 141:13,
141:24, 147:16,
148:18, 148:23
    **Outlets** [1] - 153:4
    **outright** [2] - 163:21,
172:10
    **outside** [7] - 22:19,
100:9, 100:19,
113:12, 117:5, 177:4,
187:2
    **outtakes** [1] - 182:20
    **Oval** [94] - 8:19,
11:17, 12:17, 13:12,
14:5, 14:16, 14:19,
15:18, 16:6, 25:2,
26:2, 26:12, 26:17,
28:5, 29:14, 31:8,
32:7, 34:6, 34:22,
34:25, 35:11, 36:9,
36:11, 37:17, 40:4,

40:18, 40:20, 40:25,
41:14, 42:21, 42:25,
43:15, 47:14, 55:14,
56:21, 57:8, 57:9,
57:14, 58:5, 62:23,
63:19, 64:15, 65:5,
78:17, 78:18, 79:2,
82:6, 82:7, 82:12,
86:9, 86:10, 87:25,
94:13, 94:22, 104:2,
104:4, 105:22,
106:20, 107:3,
108:19, 112:5, 112:8,
112:22, 114:11,
115:12, 115:16,
121:23, 147:22,
148:5, 172:11,
178:10, 178:16,
179:22, 180:7, 181:2,
184:4, 184:8, 185:11,
185:24, 186:8,
186:23, 188:4, 190:4,
190:20, 190:24,
192:10, 193:21,
194:5, 199:4, 203:1,
203:7, 208:15, 213:18
    **overarching** [1] -
207:3
    **overly** [1] - 12:15
    **overrule** [2] - 42:6,
119:6
    **overruled** [2] -
128:25, 137:6
    **oversees** [1] -
134:22
    **overtime** [1] - 122:2
    **own** [17] - 33:10,
93:25, 99:9, 106:11,
108:25, 117:5,
147:16, 153:25,
154:5, 167:11,
174:15, 175:12,
176:22, 176:25,
182:25, 208:3, 213:8
    **owned** [1] - 72:22

**P**

    **p.m** [4] - 116:20,
116:22, 214:2
    **pace** [1] - 33:13
    **pace's** [1] - 160:13
    **page** [13] - 36:5,
40:16, 48:13, 50:19,
66:10, 87:17, 116:16,
124:6, 127:13, 167:1,
168:11, 168:12
    **Page** [2] - 92:16
    **PAGE** [1] - 3:2
    **Pages** [1] - 209:2

    **pages** [4] - 49:2,
86:2, 86:20, 88:2
    **paid** [4] - 52:5, 52:9,
52:13, 62:17
    **pain** [2] - 38:21,
45:11
    **pairing** [3] - 166:1,
167:19, 170:14
    **palm** [4] - 81:12,
81:14, 157:16, 160:5
    **Palm** [17] - 69:17,
69:22, 70:2, 70:15,
83:12, 113:2, 118:2,
118:8, 129:25,
130:19, 131:1,
131:23, 132:11,
132:13, 143:12,
144:1, 144:9
    **pan** [1] - 111:5
    **panning** [1] - 110:25
    **pans** [1] - 33:7
    **paper** [1] - 163:16
    **papers** [1] - 202:12
    **paperwork** [1] -
115:17
    **Paragraph** [9] - 86:5,
135:2, 153:4, 156:12,
157:17, 165:22,
170:18, 171:12, 172:8
    **Paris** [3] - 121:7,
122:3, 157:22
    **part** [39] - 8:16, 9:16,
22:19, 24:4, 24:5,
24:6, 35:10, 36:22,
40:25, 42:4, 47:13,
47:18, 47:25, 48:4,
49:11, 51:16, 54:13,
57:10, 57:22, 57:24,
58:1, 58:14, 58:25,
63:21, 63:23, 85:5,
98:4, 130:8, 134:21,
137:22, 165:7,
165:17, 167:24,
182:3, 182:21,
191:15, 208:4, 212:18
    **participant** [2] -
166:13, 167:13
    **participants** [1] -
201:24
    **participate** [5] - 95:8,
137:16, 137:17,
137:24, 138:1
    **participated** [2] -
146:20, 168:14
    **participating** [6] -
100:9, 101:9, 105:10,
108:12, 109:16, 175:8
    **particular** [10] - 26:7,
128:8, 128:21, 129:1,
168:25, 169:2, 170:4,

170:5, 196:2, 196:3
**particularly** [1] - 148:7
**parties** [6] - 5:7, 5:19, 12:3, 13:7, 90:21, 213:17
**partisan** [1] - 42:13
**partner** [1] - 68:19
**partnership** [1] - 51:12
**party** [1] - 204:3
**pass** [29] - 14:3, 14:4, 19:12, 19:14, 47:1, 50:16, 58:2, 93:22, 93:25, 94:2, 136:11, 142:16, 142:20, 157:19, 157:21, 157:25, 158:4, 159:22, 159:25, 162:23, 163:23, 165:14, 179:1, 180:24, 184:22, 190:14, 193:22, 198:2, 200:1
**passed** [1] - 177:23
**past** [3] - 8:18, 117:17, 159:13
**Paterson** [1] - 209:1
**path** [1] - 9:14
**paths** [2] - 11:10, 207:19
**Patrick's** [2] - 73:14, 143:20
**pattern** [2] - 7:21, 8:21
**pause** [1] - 52:19
**pauses** [1] - 116:18
**pausing** [1] - 49:10
**pay** [2] - 8:17, 138:18
**peak** [2] - 38:5, 38:10
**Pebble** [2] - 49:18, 50:6
**pecking** [3] - 43:14, 47:5, 47:10
**Pell** [2] - 192:22, 198:17
**penalty** [1] - 7:12
**pendency** [1] - 136:25
**Pennsylvania** [2] - 20:24, 195:12
**people** [58] - 15:12, 21:5, 25:24, 26:5, 26:10, 32:18, 38:6, 42:10, 42:16, 44:22, 45:13, 50:1, 50:3, 55:12, 67:9, 69:10, 75:21, 81:24, 83:1, 90:12, 93:21, 94:1, 100:6, 101:22, 111:1,

111:15, 111:16, 120:9, 123:11, 133:9, 134:7, 134:17, 142:19, 143:5, 153:9, 156:9, 158:21, 161:1, 161:24, 167:19, 170:21, 170:22, 176:19, 176:22, 178:25, 180:12, 180:14, 180:20, 181:2, 187:1, 187:19, 197:15, 203:6, 210:2, 210:8, 210:10, 212:8
**people's** [3] - 208:2, 212:11, 212:19
**per** [2] - 77:24, 97:11
**perceived** [2] - 180:6, 209:9
**perceiving** [1] - 202:14
**percent** [9] - 35:7, 35:12, 53:16, 57:16, 64:18, 70:4, 73:16, 78:15, 85:22
**perception** [1] - 124:3
**perfect** [1] - 53:25
**perform** [1] - 208:23
**perhaps** [4] - 11:21, 24:9, 151:18, 205:14
**peril** [1] - 209:23
**period** [7] - 42:21, 54:17, 54:22, 79:23, 91:3, 117:6, 120:22
**periodically** [1] - 155:14
**permitted** [11] - 62:23, 69:17, 110:17, 112:5, 112:7, 118:14, 132:9, 135:6, 136:14, 137:16, 137:17
**person** [25] - 28:4, 28:5, 31:24, 33:8, 37:11, 40:7, 43:13, 43:16, 48:9, 72:1, 97:18, 99:7, 100:4, 104:18, 111:2, 114:3, 114:5, 114:17, 120:14, 120:15, 123:12, 197:11, 202:15, 209:25
**personally** [4] - 56:14, 118:23, 119:8, 132:5
**personnel** [1] - 150:4
**perspective** [2] - 68:9, 126:20
**persuade** [5] - 7:12, 13:11, 156:22, 174:18, 188:3

**petition** [2] - 9:1, 11:8
**phase** [1] - 5:21
**Philadelphia** [3] - 70:7, 72:3, 144:9
**phone** [4] - 29:23, 88:3, 101:18, 202:3
**photo** [48] - 20:23, 21:11, 21:14, 21:23, 21:24, 27:17, 27:18, 29:19, 30:7, 34:23, 47:21, 47:24, 48:23, 49:2, 49:7, 52:2, 52:21, 55:17, 58:1, 59:8, 59:24, 60:8, 60:11, 60:17, 60:25, 61:1, 63:17, 64:7, 64:11, 65:17, 66:12, 67:25, 69:23, 72:3, 74:22, 84:8, 87:3, 87:4, 103:14, 103:18, 103:19, 103:20, 118:9, 120:13, 123:12, 129:24, 153:2
**photograph** [25] - 20:13, 20:18, 20:21, 20:25, 21:2, 21:8, 21:15, 21:17, 21:22, 24:12, 33:10, 50:20, 59:15, 61:16, 69:3, 74:12, 84:4, 85:4, 85:19, 85:21, 86:15, 86:16, 87:15, 115:4
**photographer** [40] - 4:11, 7:22, 8:20, 18:19, 19:5, 19:17, 19:18, 20:1, 22:15, 25:18, 32:19, 32:22, 33:2, 35:18, 36:7, 36:11, 43:16, 50:20, 54:7, 55:6, 57:6, 58:10, 58:11, 60:22, 61:17, 63:3, 63:16, 72:6, 72:18, 73:20, 74:5, 74:13, 74:23, 77:15, 87:10, 88:15, 105:16, 120:14, 132:5, 160:3
**photographer's** [2] - 21:17, 26:20
**photographers** [29] - 20:4, 22:1, 22:3, 22:9, 22:10, 22:11, 24:2, 24:7, 24:9, 25:6, 26:1, 32:7, 33:14, 35:20, 35:21, 55:11, 80:24, 87:24, 101:12, 106:24, 113:3, 113:19, 120:20, 124:16, 129:18,

158:17, 200:25, 201:1
**photographs** [29] - 23:24, 27:7, 27:13, 27:23, 27:24, 34:5, 35:24, 37:13, 48:5, 58:16, 59:18, 65:13, 66:2, 66:18, 67:4, 67:5, 83:6, 84:14, 85:3, 87:19, 103:10, 184:8, 206:1, 212:12, 212:23
**photography** [9] - 25:5, 33:3, 37:10, 38:5, 101:13, 176:25, 206:4
**photojournalism** [3] - 28:11, 33:1, 156:10
**photojournalist** [47] - 24:25, 51:13, 52:16, 55:2, 55:18, 55:24, 55:25, 57:13, 59:1, 60:9, 61:9, 62:22, 63:14, 64:7, 64:14, 65:4, 66:15, 68:19, 70:3, 70:12, 70:20, 72:12, 73:17, 74:3, 74:10, 74:21, 75:2, 75:6, 75:10, 76:5, 76:18, 76:21, 129:11, 132:3, 132:14, 143:16, 143:22, 144:2, 144:6, 144:23, 144:25, 145:4, 145:6, 145:11, 151:18, 201:8, 201:21
**photojournalists** [13] - 49:22, 51:4, 57:21, 57:22, 58:22, 67:19, 69:16, 70:8, 132:17, 144:13, 156:1, 156:5, 199:23
**photos** [47] - 25:14, 28:10, 29:10, 29:11, 29:22, 30:3, 30:12, 33:13, 34:10, 34:14, 34:24, 35:2, 35:4, 38:15, 40:17, 47:17, 47:18, 48:13, 50:9, 51:24, 52:21, 53:23, 54:8, 54:9, 54:20, 57:3, 57:17, 57:22, 59:25, 62:21, 63:25, 65:21, 67:11, 67:15, 67:17, 69:9, 70:5, 75:4, 76:25, 87:5, 95:10, 103:16, 103:20, 107:1, 146:23
**phrase** [5] - 92:17, 97:14, 158:6, 159:9, 159:10

**phrases** [1] - 92:15
**physical** [2] - 121:12, 203:16
**physically** [4] - 95:11, 101:8, 108:9, 200:11
**PI** [1] - 15:2
**pick** [8] - 11:12, 11:20, 12:23, 28:24, 96:2, 134:4
**picked** [2] - 167:12, 202:8
**picking** [6] - 43:5, 44:22, 45:13, 77:2, 167:19, 168:23
**picks** [1] - 146:1
**picture** [3] - 28:2, 28:8, 40:2
**pictured** [1] - 85:4
**pictures** [14] - 28:9, 29:12, 29:21, 33:5, 33:16, 34:16, 50:4, 68:13, 76:12, 77:2, 205:12, 212:7
**piece** [2] - 21:3, 33:11
**pivotal** [1] - 184:15
**place** [8] - 10:1, 115:15, 123:23, 169:9, 175:21, 185:14, 187:16
**placed** [1] - 151:2
**places** [2] - 86:17, 178:4
**Plaintiff** [5] - 1:4, 4:4, 18:1, 89:11, 208:1
**plaintiff** [1] - 209:21
**PLAINTIFF** [3] - 1:14, 18:5, 89:16
**Plaintiff's** [33] - 3:10, 3:11, 3:11, 3:12, 3:12, 3:13, 3:13, 3:14, 3:14, 4:24, 92:10, 119:21, 125:1, 154:14, 164:22, 165:1, 166:22, 172:24, 173:3, 173:11, 174:25
**plaintiff's** [1] - 196:22
**plane** [3] - 44:11, 118:10, 118:11
**planned** [1] - 68:15
**platform** [2] - 107:2, 116:17
**plausibly** [2] - 94:2, 104:17
**play** [8] - 9:9, 37:22, 46:19, 84:9, 88:4, 114:12, 163:9, 164:24
**played** [3] - 31:8,

132:22, 133:7
**players** [1] - 121:18
**playing** [1] - 190:11
**pleadings** [1] - 90:18
**pleasure** [1] - 4:6
**plenty** [1] - 121:25
**plug** [1] - 102:4
**podium** [2] - 160:20,
164:25
**point** [33] - 14:1,
16:15, 32:6, 76:15,
81:6, 81:9, 81:14,
81:21, 103:11,
103:24, 107:24,
108:19, 115:23,
122:14, 123:9,
137:14, 150:5,
151:16, 151:22,
158:16, 159:2, 162:8,
171:8, 172:2, 172:18,
178:24, 179:8, 190:5,
192:17, 199:16,
204:12, 205:2, 209:16
**pointed** [1] - 79:21
**pointing** [1] - 87:8
**pointless** [1] - 28:14
**policies** [3] - 98:4,
151:6, 157:4
**policy** [5] - 8:1,
112:8, 112:12,
137:15, 137:19
**political** [1] - 209:20
**politics** [2] - 25:21,
38:13
**pool** [196] - 7:14,
7:20, 9:5, 9:19, 9:22,
10:11, 11:4, 12:17,
22:15, 22:19, 22:21,
22:22, 22:25, 23:3,
23:4, 23:25, 24:1,
24:4, 24:5, 24:6,
24:15, 24:20, 35:11,
36:8, 36:23, 37:1,
40:11, 40:25, 41:22,
42:20, 44:22, 45:14,
46:21, 47:2, 47:5,
47:13, 47:25, 49:12,
54:5, 54:13, 57:18,
57:22, 57:23, 57:24,
58:1, 58:9, 58:14,
58:17, 59:11, 63:4,
82:8, 82:10, 83:13,
83:14, 92:14, 92:17,
94:7, 94:8, 94:10,
94:15, 94:16, 94:21,
94:23, 94:24, 95:2,
95:3, 95:4, 95:5, 95:7,
95:8, 95:9, 95:11,
95:24, 95:25, 96:2,
96:7, 97:4, 97:7, 97:8,

97:21, 97:24, 97:25,
98:5, 98:15, 98:20,
98:22, 98:25, 99:3,
100:3, 100:5, 100:10,
100:11, 101:9,
101:14, 104:3,
104:12, 105:10,
106:2, 106:10,
106:12, 106:19,
107:13, 108:11,
109:17, 110:5, 110:8,
111:3, 111:9, 114:8,
114:18, 118:6,
120:13, 122:7,
122:12, 125:23,
130:22, 131:6, 131:7,
131:12, 132:23,
137:13, 137:14,
137:16, 137:17,
137:19, 137:22,
137:23, 138:3, 138:5,
146:16, 146:20,
146:21, 152:11,
153:1, 153:5, 153:6,
153:9, 153:19,
154:24, 155:6,
155:25, 156:10,
156:12, 157:3,
157:10, 161:9,
163:18, 165:6,
165:10, 165:21,
165:24, 165:25,
166:3, 166:11,
166:13, 167:13,
168:1, 168:7, 168:23,
169:6, 170:7, 170:9,
170:10, 174:3, 174:8,
174:16, 175:9,
175:16, 176:2, 176:5,
176:6, 178:10,
180:10, 180:13,
180:14, 181:1, 182:2,
184:9, 187:22,
189:18, 191:16,
191:17, 191:22,
191:23, 195:16,
198:1, 199:11, 206:2
**pools** [2] - 47:10,
96:12
**pop** [1] - 51:22
**pops** [1] - 48:23
**population** [1] -
195:25
**portable** [1] - 28:21
**pose** [1] - 184:18
**posed** [1] - 101:11
**position** [8] - 8:3,
9:16, 37:18, 96:4,
125:22, 163:4,
178:25, 191:2

**possibility** [1] -
107:25
**possible** [2] - 47:8,
106:6
**possibly** [1] - 102:11
**post** [6] - 161:15,
172:17, 174:6,
174:21, 187:7
**Post** [2] - 87:7, 87:15
**post-Ehrlich** [1] -
187:7
**posted** [1] - 29:23
**posting** [2] - 30:2,
54:20
**posts** [3] - 54:9,
117:6, 164:5
**pot** [1] - 95:15
**potentially** [1] -
132:25
**pots** [1] - 33:7
**PowerPoint** [1] -
62:3
**PR** [1] - 143:7
**practical** [1] - 16:20
**practice** [7] - 54:19,
120:4, 157:5, 163:9,
196:13, 196:23,
210:17
**practices** [1] - 151:7
**pre** [34] - 92:18,
93:10, 93:17, 93:18,
98:2, 113:8, 113:9,
117:16, 117:21,
119:25, 129:6, 129:8,
129:11, 129:20,
130:1, 130:4, 130:15,
130:21, 131:4,
131:17, 131:24,
132:2, 132:15, 133:5,
135:12, 135:22,
136:18, 143:11,
143:25, 145:7,
189:18, 189:24,
200:21, 200:24
**pre-credentialed** [33]
- 92:18, 93:10, 93:17,
93:18, 113:8, 113:9,
117:16, 117:21,
119:25, 129:6, 129:8,
129:11, 129:20,
130:1, 130:4, 130:15,
130:21, 131:4,
131:17, 131:24,
132:2, 132:15, 133:5,
135:12, 135:22,
136:18, 143:11,
143:25, 145:7,
189:18, 189:24,
200:21, 200:24
**pre-February** [1] -

98:2
**precedent** [2] - 8:4,
180:25
**precise** [1] - 116:2
**preclude** [2] -
196:13, 196:23
**precondition** [1] -
178:15
**predetermine** [1] -
7:5
**predilections** [1] -
170:14
**predominantly** [1] -
123:2
**PRELIMINARY** [1] -
1:10
**preliminary** [4] -
4:21, 5:4, 5:20, 15:8
**premarked** [2] -
91:21, 116:3
**prepare** [1] - 182:25
**prepared** [4] - 6:16,
17:11, 78:22, 90:25
**preparing** [1] - 74:16
**prescribed** [1] -
162:13
**presence** [1] - 96:10
**present** [10] - 5:24,
6:11, 6:12, 6:17, 17:8,
17:12, 34:7, 74:11,
119:3, 150:6
**presentation** [1] -
175:3
**presented** [4] -
187:11, 190:19,
200:5, 212:5
**presents** [1] - 14:23
**preserve** [1] - 47:19
**preserving** [3] -
48:4, 51:16, 51:17
**presidency** [1] -
134:3
**President** [52] -
20:13, 21:13, 23:12,
23:17, 36:12, 39:17,
41:7, 44:6, 48:1, 56:8,
57:4, 57:10, 58:5,
58:6, 59:6, 59:20,
60:1, 62:13, 62:20,
63:18, 64:21, 66:19,
78:11, 86:9, 105:14,
107:22, 108:23,
110:4, 110:22, 121:6,
121:7, 121:12,
123:20, 128:1,
130:13, 133:18,
134:15, 135:4,
141:16, 152:5,
157:22, 157:23,
168:14, 172:20,

173:6, 173:18,
181:10, 181:12, 202:6
**president** [121] -
12:7, 12:12, 21:20,
22:18, 23:7, 23:14,
23:16, 24:17, 30:24,
31:5, 35:1, 41:13,
43:22, 44:15, 49:23,
56:25, 59:6, 69:21,
70:1, 70:6, 75:13,
77:2, 77:3, 77:14,
83:11, 83:21, 91:8,
92:21, 94:15, 94:25,
95:2, 95:12, 95:19,
96:11, 104:4, 104:6,
104:10, 104:17,
105:13, 105:18,
105:19, 105:20,
106:3, 106:15,
106:19, 108:3,
110:10, 110:16,
111:5, 111:16, 112:2,
112:22, 113:21,
114:22, 115:6,
115:11, 115:15,
116:12, 117:12,
118:6, 118:7, 118:10,
118:17, 120:6, 122:6,
122:10, 122:16,
123:7, 123:8, 123:20,
124:2, 128:6, 128:10,
129:3, 133:20, 135:3,
142:11, 145:16,
145:20, 147:21,
148:19, 152:14,
152:16, 152:22,
153:10, 153:11,
158:5, 160:22, 166:8,
166:10, 175:18,
175:21, 176:3, 177:2,
178:9, 179:7, 180:22,
182:14, 183:9, 185:5,
185:16, 185:18,
185:25, 187:24,
188:5, 190:21, 191:5,
191:24, 195:16,
196:3, 198:8, 198:13,
200:16, 201:16,
203:4, 204:2, 210:5,
210:8
**president's** [14] -
8:14, 47:8, 47:14,
76:1, 77:18, 79:4,
83:8, 83:16, 92:24,
99:23, 110:11, 130:9,
130:25, 173:16
**presidential** [8] -
23:6, 40:20, 91:4,
113:23, 113:25,
127:2, 127:21, 148:11
**presidents** [4] -

43:23, 60:4, 105:5, 122:17

**PRESS**[1] - 1:3

**press** [136] - 7:14, 7:20, 9:1, 9:5, 11:8, 12:17, 13:3, 13:19, 14:1, 14:2, 15:22, 15:25, 16:3, 22:15, 36:7, 36:23, 37:1, 40:21, 41:5, 44:8, 46:21, 47:2, 47:5, 47:13, 47:25, 49:8, 49:15, 50:5, 54:2, 54:4, 54:13, 57:10, 57:23, 81:24, 92:17, 92:20, 92:21, 92:22, 92:25, 93:7, 93:8, 93:13, 93:14, 94:18, 94:19, 96:6, 97:4, 98:16, 99:25, 106:12, 110:9, 111:23, 111:24, 113:1, 120:6, 122:7, 122:12, 122:19, 123:1, 123:2, 123:20, 125:23, 127:11, 129:20, 130:4, 131:18, 132:23, 133:13, 134:2, 134:21, 134:23, 136:9, 141:12, 141:15, 141:18, 141:22, 142:3, 151:11, 152:19, 152:25, 153:6, 153:22, 157:3, 158:9, 159:3, 160:19, 161:16, 163:18, 164:4, 164:7, 164:25, 165:10, 165:19, 165:23, 165:24, 168:10, 173:6, 174:16, 175:17, 176:21, 176:22, 179:18, 180:5, 180:11, 181:10, 182:24, 184:6, 185:12, 185:15, 185:16, 185:17, 186:6, 186:23, 187:12, 187:22, 187:24, 188:10, 188:16, 188:20, 189:1, 191:8, 195:3, 195:6, 195:21, 196:24, 197:18, 197:20, 198:1, 198:18, 198:21, 203:13

**Press** [44] - 4:2, 4:6, 4:11, 4:14, 11:2, 12:13, 18:19, 19:17,

20:1, 20:4, 21:21, 27:19, 43:16, 60:22, 60:24, 61:4, 63:5, 64:12, 72:25, 77:15, 87:15, 87:19, 89:25, 90:8, 105:15, 109:20, 111:22, 113:12, 124:15, 135:7, 135:11, 135:20, 136:14, 149:23, 153:7, 158:22, 164:3, 165:6, 165:10, 166:7, 167:9, 169:15, 172:7, 177:4

**Press's** [2] - 112:2, 171:22

**Pressley** [1] - 136:7

**pressure** [1] - 106:2

**presumably** [1] - 196:23

**pretty** [10] - 13:7, 21:23, 27:2, 27:3, 30:5, 45:10, 62:5, 91:8, 107:17, 111:4

**previous** [1] - 9:15

**previously** [6] - 47:4, 131:7, 156:13, 158:6, 196:15, 210:4

**pricing** [2] - 59:14, 60:19

**pride** [1] - 122:14

**Priebus** [1] - 44:9

**primarily** [3] - 13:11, 19:8, 212:6

**primary** [1] - 117:10

**primary-source** [1] - 117:10

**Prime** [3] - 62:14, 63:18, 121:8

**prime** [4] - 62:19, 64:5, 118:17, 142:23

**primo** [2] - 139:16, 174:7

**principal** [1] - 202:25

**principally** [1] - 176:4

**principle** [1] - 178:1

**print** [25] - 7:23, 30:13, 97:25, 98:1, 98:2, 98:5, 99:17, 99:18, 99:21, 100:4, 100:6, 100:12, 114:18, 151:20, 152:8, 168:3, 169:6, 170:12, 195:18, 199:24, 200:2, 200:10, 200:21, 201:1

**printing** [1] - 174:9

**printout** [1] - 117:4

**private** [1] - 177:22

**privilege** [2] - 122:15, 122:16

**privileged** [2] - 159:7, 195:1

**privileges** [1] - 71:12

**problem** [3] - 37:6, 85:5, 160:8

**problematic** [1] - 182:8

**procedures** [1] - 98:4

**proceed** [1] - 150:5

**proceedings** [6] - 89:9, 136:21, 136:23, 137:9, 149:21, 215:6

**Proceedings** [1] - 214:2

**process** [32] - 5:13, 8:9, 9:25, 10:1, 10:23, 33:18, 37:1, 54:5, 80:17, 82:14, 82:15, 82:16, 98:7, 103:6, 103:17, 117:18, 131:13, 147:24, 150:16, 158:20, 162:13, 162:25, 163:4, 163:12, 178:6, 182:5, 183:20, 188:7, 191:15, 203:14, 211:11

**produced** [2] - 100:8, 215:6

**producer** [1] - 97:18

**producers** [1] - 120:10

**product** [4] - 100:8, 102:19, 212:13, 213:8

**products** [1] - 208:3

**professional** [5] - 61:17, 76:18, 77:5, 88:14, 201:20

**professionals** [1] - 176:24

**professors** [1] - 188:16

**promise** [1] - 196:16

**promote** [1] - 195:21

**proposed** [1] - 102:3

**proposition** [2] - 193:8, 194:10

**protect** [1] - 110:22

**protected** [3] - 175:7, 175:19, 178:2

**protection** [1] - 193:2

**protectively** [1] - 174:20

**protects** [1] - 204:9

**protocol** [1] - 133:13

**prove** [1] - 13:25

**provide** [9] - 5:18, 5:19, 34:5, 85:7, 106:14, 106:18, 161:17, 161:18, 164:10

**provided** [11] - 16:1, 90:21, 135:6, 157:2, 189:6, 196:19, 196:21, 200:18, 210:25, 211:7, 211:8

**provider** [2] - 101:25, 103:25

**provides** [2] - 27:19, 191:25

**providing** [2] - 34:24, 85:12

**proxy** [2] - 180:9, 180:21

**Public** [1] - 65:22

**public** [38] - 15:23, 16:1, 20:7, 25:9, 41:18, 41:20, 41:21, 41:25, 42:4, 42:9, 42:17, 47:15, 96:16, 98:6, 99:22, 101:15, 109:14, 110:23, 113:16, 125:13, 130:10, 131:22, 137:11, 160:17, 161:17, 165:16, 166:1, 174:9, 176:1, 192:25, 193:8, 193:11, 193:16, 195:3, 196:14, 198:19

**publication** [3] - 130:6, 154:1, 193:3

**publications** [1] - 65:17

**publicly** [4] - 98:5, 98:6, 189:9, 197:17

**publish** [3] - 102:5, 161:15, 192:19

**published** [6] - 8:20, 10:2, 140:3, 162:15, 165:1, 173:3

**publishes** [2] - 91:12, 177:4

**Publishing** [1] - 194:23

**pull** [2] - 206:12, 206:13

**pulled** [1] - 140:1

**punished** [1] - 173:17

**purchase** [3] - 51:24, 60:18, 67:24

**pure** [1] - 168:5

**purely** [3] - 104:6, 104:9, 104:13

**purported** [1] -

146:14

**purportedly** [1] - 147:1

**purpose** [3] - 136:22, 137:4, 142:1

**purposes** [8] - 29:6, 151:23, 163:11, 179:20, 189:10, 203:2, 203:17, 203:18

**purveyors** [1] - 160:16

**push** [3] - 52:20, 102:6, 107:2

**pushes** [1] - 58:1

**put** [19] - 20:14, 21:21, 32:5, 80:20, 80:21, 86:12, 117:14, 132:11, 138:24, 152:16, 163:9, 166:17, 171:16, 177:15, 199:15, 203:10, 208:2, 212:14, 213:7

**puts** [2] - 40:14, 163:20

**putting** [2] - 53:25, 208:17

## Q

**quality** [3] - 40:9, 40:13, 58:22

**quantitative** [1] - 88:7

**questions** [39] - 7:3, 16:19, 31:25, 38:24, 45:17, 73:2, 75:1, 76:7, 76:9, 83:5, 85:25, 90:22, 90:25, 102:2, 104:5, 104:7, 104:9, 106:6, 109:15, 124:1, 126:5, 126:13, 146:3, 146:6, 147:21, 148:2, 148:3, 148:4, 157:12, 175:5, 183:25, 184:2, 184:17, 184:21, 184:23, 185:3, 185:6, 185:17, 211:24

**queue** [1] - 157:16

**quibble** [2] - 132:11, 190:19

**quick** [4] - 30:22, 83:5, 124:5, 149:15

**quicker** [1] - 200:16

**quickly** [10] - 29:11, 29:12, 31:19, 31:21, 33:16, 101:12, 101:14, 102:5,

102:16, 112:9
**quite** [5] - 42:1, 102:11, 122:13, 160:1, 193:4
**quote** [16] - 7:16, 146:16, 163:22, 163:24, 165:23, 167:8, 167:19, 171:19, 172:10, 173:21, 177:11, 177:21, 179:17, 192:22, 194:25, 209:2
**quotes** [2] - 31:20, 103:17

# R

**racially** [1] - 177:16
**rack** [1] - 85:16
**radio** [2] - 96:21, 97:24
**Radio** [1] - 65:22
**raise** [2] - 18:3, 89:14
**raised** [1] - 203:22
**raising** [3] - 20:2, 20:3, 20:9
**ran** [3] - 39:22, 105:23, 167:3
**random** [2] - 75:4, 158:18
**randomness** [1] - 7:21
**rapidity** [1] - 208:6
**rate** [2] - 55:7, 55:8
**rationale** [2] - 140:24, 167:17
**Raycom** [1] - 195:12
**RDR** [3] - 2:1, 215:3, 215:12
**re** [1] - 89:1
**re-redirect** [1] - 89:1
**reach** [9] - 15:1, 27:16, 47:9, 47:11, 67:17, 96:5, 96:8, 138:11, 168:5
**react** [1] - 22:6
**reaction** [2] - 105:3, 201:24
**read** [9] - 8:2, 90:18, 124:13, 138:17, 138:20, 146:11, 146:18, 148:22, 199:12
**readable** [1] - 49:3
**reader** [1] - 170:14
**readers** [2] - 45:6, 96:14
**readily** [1] - 128:19

**reading** [1] - 123:24
**reads** [1] - 96:21
**ready** [2] - 25:25, 83:3
**real** [17] - 53:22, 79:14, 79:15, 85:18, 101:12, 101:16, 101:24, 102:13, 107:2, 108:14, 108:18, 108:20, 114:20, 115:22, 121:17, 191:1, 206:15
**real-time** [1] - 121:17
**realities** [1] - 16:20
**really** [33] - 7:9, 16:9, 28:24, 30:22, 33:7, 33:20, 33:21, 37:19, 55:11, 66:20, 79:1, 79:3, 87:8, 94:16, 96:3, 101:16, 115:1, 133:25, 160:8, 161:23, 168:23, 169:20, 175:15, 175:20, 178:24, 181:8, 188:11, 193:24, 198:15, 208:20, 212:8
**realm** [1] - 200:23
**realtime** [5] - 29:3, 30:3, 30:21, 75:19, 75:20
**reason** [15] - 8:23, 29:7, 32:22, 32:23, 33:1, 44:24, 69:24, 80:12, 80:14, 161:19, 169:21, 170:4, 191:14, 192:6
**reasonable** [3] - 10:4, 161:19, 209:25
**reasoning** [1] - 167:11
**reasons** [8] - 10:8, 11:6, 162:16, 165:21, 178:4, 178:21, 180:4, 183:20
**receive** [5] - 52:11, 57:25, 58:16, 92:3, 101:2
**received** [5] - 59:10, 132:5, 136:8, 136:12, 144:15
**receivers** [1] - 38:9
**receives** [1] - 57:22
**receiving** [1] - 107:21
**recent** [3] - 141:11, 166:16, 210:7
**recently** [1] - 56:3
**reception** [4] - 55:14, 94:14, 112:23, 136:8

**recess** [2] - 89:8, 149:20
**reciprocally** [1] - 122:25
**recite** [1] - 150:24
**recognize** [5] - 7:8, 116:6, 116:14, 124:9, 188:24
**recollection** [1] - 54:3, 159:19
**reconcile** [1] - 175:7
**reconsider** [1] - 8:3
**record** [43] - 4:4, 5:16, 7:15, 8:17, 15:17, 18:22, 20:10, 27:16, 39:2, 90:2, 90:5, 99:23, 105:19, 106:18, 113:15, 131:3, 149:22, 150:9, 151:2, 151:10, 151:17, 151:21, 152:16, 153:17, 155:9, 155:16, 155:22, 158:15, 163:17, 163:24, 175:11, 183:2, 183:3, 190:18, 190:19, 191:10, 191:12, 191:25, 192:6, 195:1, 200:4, 207:11
**recordings** [1] - 164:5
**records** [1] - 92:2
**rectangular** [1] - 110:6
**red** [1] - 185:6
**Redirect** [2] - 3:4, 3:7
**redirect** [2] - 79:6, 89:1
**REDIRECT** [2] - 79:11, 146:9
**reduce** [1] - 195:16
**Redweld** [1] - 150:14
**refer** [2] - 95:16, 150:16, 168:19
**reference** [1] - 86:4
**referred** [6] - 65:9, 87:14, 91:13, 138:20, 139:10, 141:14
**referring** [7] - 20:11, 48:11, 60:16, 91:24, 141:11, 148:24, 157:21
**refers** [2] - 94:10, 157:20
**reflect** [2] - 169:4, 183:21
**reflected** [1] - 156:2
**reflects** [3] - 155:5,

166:12, 168:9
**refresh** [1] - 54:3
**refuse** [2] - 12:7, 190:21
**regard** [1] - 127:24
**regarding** [5] - 127:24, 144:5, 173:24
**regardless** [2] - 131:15, 199:3
**regime** [1] - 100:16
**Register** [3] - 36:4, 51:8, 96:19
**regular** [6] - 8:16, 92:3, 181:19, 181:21, 187:12, 187:23
**regularly** [6] - 54:16, 65:24, 66:2, 102:6, 174:8, 199:23
**regulate** [1] - 182:16
**regulated** [1] - 183:13
**regulation** [1] - 183:14
**regulatorily** [1] - 183:17
**Reince** [1] - 44:9
**reinforce** [4] - 128:4, 172:18, 173:17, 202:24
**reinforced** [1] - 165:8
**reintroduce** [2] - 4:9, 4:12
**reinvigorating** [1] - 188:16
**rejoin** [1] - 7:14
**related** [1] - 167:14
**relating** [1] - 91:8
**relationship** [4] - 59:11, 84:18, 84:22, 84:25
**relative** [1] - 19:23
**relatively** [1] - 142:2
**release** [3] - 98:17, 152:19, 206:5
**relevant** [3] - 148:2, 148:7, 205:3
**reliable** [1] - 114:20
**relied** [1] - 99:1
**relies** [3] - 167:14, 167:22, 208:5
**rely** [11] - 5:20, 26:6, 27:1, 31:2, 32:12, 35:19, 35:20, 99:3, 99:8, 117:9, 206:3
**relying** [5] - 85:2, 85:6, 114:18, 125:16, 180:25
**remains** [3] - 157:18, 157:24, 163:22

**remedy** [6] - 161:5, 161:15, 162:8, 162:13, 162:20, 163:5
**remember** [11] - 11:19, 23:20, 24:3, 40:16, 52:24, 110:9, 110:11, 116:10, 152:18, 181:7, 209:8
**remind** [2] - 38:18, 84:3
**remotely** [1] - 183:12
**remove** [4] - 7:12, 110:17, 165:6, 165:10
**removed** [2] - 82:18, 147:24
**renamed** [2] - 112:4, 148:19
**repeat** [1] - 97:13
**report** [18] - 31:10, 91:4, 96:24, 99:21, 108:11, 111:10, 113:23, 114:7, 114:8, 137:10, 161:13, 167:6, 175:19, 184:7, 185:12, 186:25, 188:5, 203:8
**reported** [4] - 101:8, 123:16, 167:4, 210:4
**REPORTED** [1] - 2:1
**REPORTER** [9] - 23:2, 38:23, 39:8, 90:1, 93:3, 95:14, 97:13, 106:21, 133:23
**Reporter** [2] - 2:1, 215:12
**reporter** [36] - 7:23, 29:18, 69:23, 73:7, 99:17, 100:13, 100:15, 108:11, 111:8, 117:20, 132:3, 132:4, 135:19, 136:11, 138:16, 138:21, 143:15, 143:24, 144:2, 144:7, 144:25, 145:25, 151:13, 152:4, 158:7, 169:6, 185:3, 186:20, 194:12, 195:18, 196:3, 199:12, 200:22, 202:4
**reporters** [38] - 12:21, 26:6, 31:7, 48:17, 90:10, 99:18, 99:21, 100:25, 101:3, 108:25, 112:17, 113:3, 113:19, 115:16, 117:23, 117:24, 118:9, 121:3, 124:1, 124:15, 129:21, 141:21,

158:2, 158:14, 161:2, 166:2, 168:3, 170:17, 178:9, 183:24, 184:13, 196:12, 196:14, 196:15, 196:22, 196:24, 207:9, 207:17

**reporting** [35] - 15:11, 15:12, 69:11, 98:21, 100:7, 101:2, 101:15, 102:2, 103:8, 107:13, 108:14, 108:22, 109:18, 111:12, 113:24, 114:1, 114:2, 115:8, 115:9, 115:25, 117:7, 124:19, 125:9, 125:12, 125:17, 125:23, 167:8, 167:16, 167:23, 175:22, 175:25, 183:9, 183:11, 204:1, 204:18

**reports** [9] - 98:1, 98:5, 98:15, 114:18, 164:5, 176:6, 176:7, 176:11, 194:13

**represent** [4] - 87:22, 140:1, 167:3, 168:13

**representation** [1] - 168:7

**representative** [1] - 51:19

**represented** [4] - 127:23, 141:13, 141:25, 176:23

**representing** [1] - 122:18

**reputable** [1] - 63:12

**requested** [1] - 135:5

**requesting** [1] - 163:12

**require** [1] - 197:19

**required** [1] - 136:24

**requirement** [1] - 100:17

**requires** [2] - 10:1, 163:13

**research** [1] - 72:19

**resembling** [1] - 183:12

**reserved** [1] - 141:19

**residence** [1] - 60:5

**resides** [1] - 203:13

**Resolute** [2] - 26:15, 185:13

**resolve** [1] - 5:7

**resources** [1] - 99:10

**respect** [1] - 16:18

**respond** [3] - 108:20, 132:8, 185:6

**response** [5] - 8:23, 10:7, 132:6, 136:9, 160:12

**responsibility** [6] - 20:7, 44:1, 91:6, 96:4, 134:6, 174:9

**rest** [1] - 207:20

**restore** [1] - 137:10

**restrain** [1] - 193:3

**restrained** [1] - 205:8

**restraint** [1] - 192:19

**restricted** [1] - 131:12

**restriction** [1] - 192:18

**result** [4] - 77:3, 115:9, 147:23, 148:16

**resume** [1] - 149:16

**retaliate** [1] - 210:11

**retaliated** [1] - 11:1, 179:7, 186:11, 211:12

**retaliation** [11] - 8:25, 10:16, 141:1, 155:23, 161:1, 174:3, 204:5, 206:20, 207:15, 208:21, 209:9

**retaliatory** [10] - 7:13, 10:20, 11:5, 12:24, 13:1, 125:25, 162:7, 178:4, 178:21, 186:12

**retribution** [1] - 124:21

**retrospective** [1] - 130:9

**Reuters** [20] - 53:1, 120:12, 120:13, 120:19, 124:18, 139:14, 139:16, 139:19, 139:22, 156:4, 156:16, 161:1, 168:19, 169:1, 169:22, 170:3, 174:7, 174:8, 212:21

**reveals** [2] - 192:7, 199:9

**reversible** [1] - 207:22

**review** [1] - 148:9

**reviewed** [1] - 4:23

**revisit** [1] - 14:4

**revoked** [1] - 186:12

**rhyme** [1] - 44:24

**right-of-access** [6] - 192:16, 193:25, 194:19, 197:7, 210:16, 211:14

**rights** [13] - 10:22, 11:7, 52:2, 52:15, 53:9, 54:21, 136:24, 179:4, 179:6, 198:18, 205:5, 205:9, 207:4

**Ringgold** [1] - 187:7

**rise** [1] - 10:21

**risk** [1] - 112:21

**roadblocks** [1] - 7:13

**robust** [3] - 170:19, 171:2, 171:4

**rock** [1] - 177:17

**role** [7] - 71:21, 76:21, 122:17, 132:22, 133:7, 176:2, 196:22

**Roll** [3] - 130:6, 131:3, 131:22

**room** [205] - 7:22, 8:20, 9:7, 9:19, 9:20, 10:12, 11:5, 12:1, 12:4, 12:19, 12:20, 13:3, 13:19, 14:4, 14:22, 15:3, 15:16, 16:5, 16:9, 23:13, 24:3, 25:3, 25:10, 25:25, 26:21, 31:1, 31:5, 32:7, 32:20, 33:2, 33:4, 33:19, 34:6, 34:13, 35:1, 37:12, 40:7, 42:25, 43:15, 48:13, 48:23, 49:8, 49:13, 49:16, 50:19, 51:23, 54:2, 54:16, 56:3, 56:8, 56:15, 57:12, 59:9, 60:16, 62:13, 64:5, 64:15, 68:14, 68:20, 68:23, 69:3, 73:8, 73:15, 73:23, 74:8, 74:15, 75:3, 75:12, 75:16, 77:9, 77:11, 77:19, 77:23, 77:24, 78:10, 78:16, 79:22, 80:21, 81:11, 81:12, 81:14, 81:15, 81:23, 82:3, 82:5, 82:8, 82:10, 85:2, 85:3, 85:15, 85:22, 87:4, 93:13, 93:14, 94:13, 94:14, 94:22, 94:23, 95:1, 95:3, 103:6, 103:9, 104:13, 104:15, 105:4, 105:16, 105:22, 109:22, 110:2, 110:5, 110:10, 110:16, 111:1, 111:4, 111:8, 111:14, 111:15, 112:23, 113:1,

114:23, 115:10, 115:20, 117:21, 118:12, 119:25, 120:5, 121:1, 121:18, 121:20, 121:23, 124:21, 127:5, 128:5, 128:11, 129:7, 129:18, 132:18, 132:20, 133:4, 133:6, 135:4, 135:23, 135:24, 136:4, 136:15, 139:2, 139:5, 139:17, 140:17, 142:3, 142:10, 142:22, 143:4, 143:19, 144:4, 144:18, 146:17, 147:1, 147:9, 151:12, 151:24, 152:13, 157:14, 158:9, 158:12, 158:17, 158:25, 159:2, 159:17, 159:23, 161:10, 161:22, 162:8, 163:18, 164:4, 164:25, 174:7, 176:9, 184:5, 185:14, 185:15, 185:17, 185:21, 185:22, 186:6, 186:23, 186:24, 187:16, 188:6, 189:19, 189:22, 189:23, 199:2, 199:10, 199:24, 200:8, 200:11, 200:19, 201:6, 201:15, 201:17, 202:1, 203:1, 203:7

**Room** [2] - 2:3, 25:3

**room-type** [2] - 152:13, 158:9

**rooms** [3] - 79:15, 201:20

**Roosevelt** [1] - 25:3

**rooted** [3] - 178:3, 203:13, 211:8

**rotate** [1] - 46:23

**rotates** [1] - 97:11

**rotating** [4] - 156:15, 181:19, 181:21, 184:9

**rotation** [9] - 8:9, 97:7, 97:16, 166:3, 168:1, 168:6, 170:11, 181:22, 182:3

**rotational** [1] - 126:20

**rotations** [1] - 98:2

**rotator** [1] - 191:19

**rough** [1] - 35:17

**roughly** [2] - 94:11, 102:22

**round** [1] - 94:7

**routine** [1] - 151:12

**routinely** [2] - 14:1, 97:4

**row** [7] - 139:4, 139:7, 139:19, 140:5, 140:7, 140:12, 141:9

**RSVP** [27] - 80:6, 80:18, 80:22, 80:24, 81:5, 94:2, 117:18, 118:14, 118:21, 131:1, 131:9, 131:13, 132:5, 132:8, 136:3, 136:5, 136:9, 136:12, 142:20, 143:6, 144:15, 157:15, 160:5, 161:24, 200:10, 200:15

**RSVPed** [3] - 119:11, 142:20, 160:4

**RSVPing** [1] - 12:21

**RSVPs** [2] - 81:4, 93:11

**Rubio** [1] - 202:4

**rudimentary** [1] - 102:9

**rule** [4] - 197:19, 197:25, 198:18, 198:20

**ruled** [1] - 14:20

**Rules** [2] - 41:24, 119:1

**rules** [3] - 5:1, 5:2, 186:15

**ruling** [1] - 213:14

**run** [4] - 6:5, 95:25, 105:25, 162:2

**running** [3] - 102:1, 107:19, 108:7

**Rusk** [2] - 186:17, 187:23

**S**

**sacred** [2] - 178:8, 188:5

**safe** [1] - 101:20

**safely** [1] - 108:5

**salary** [3] - 52:5, 52:9, 52:13

**sale** [2] - 54:10, 212:16

**Samuel** [2] - 55:20, 55:22

**Sasha** [1] - 4:8

**SASHA** [1] - 1:18

**satisfied** [1] - 213:10

**Save** [1] - 21:13

**saved** [1] - 111:10

**saw** [9] - 39:4, 47:21, 51:15, 65:20, 74:1, 84:4, 124:14, 143:12, 150:23

**scenario** [2] - 13:22, 196:11

**Scenario** [1] - 14:14

**scenarios** [3] - 11:25, 13:9, 14:13

**scenes** [1] - 79:3

**Schedule** [2] - 166:7, 169:15

**schedule** [9] - 77:19, 79:4, 80:20, 90:14, 91:12, 91:16, 130:9, 130:10, 168:10

**scholars** [1] - 188:14

**school** [2] - 17:21, 82:21

**Schwartz** [2] - 50:21, 50:23

**Science** [1] - 170:9

**scoop** [1] - 197:22

**scope** [2] - 112:19, 113:6

**scrambling** [1] - 16:24

**screen** [10] - 46:18, 48:12, 48:20, 50:21, 51:20, 75:7, 116:16, 129:1, 130:17, 134:24

**screens** [1] - 51:22

**scroll** [3] - 127:16, 130:19, 135:2

**seal** [1] - 177:24

**search** [1] - 166:13

**season** [1] - 7:16

**seat** [20] - 18:8, 46:20, 47:2, 94:18, 100:4, 110:11, 139:5, 139:7, 139:17, 139:20, 139:23, 141:6, 141:8, 141:9, 141:15, 141:20, 141:21, 142:1, 142:2, 174:7

**seating** [1] - 139:1

**seats** [6] - 22:24, 22:25, 94:17, 97:15, 141:19, 191:18

**second** [15] - 8:15, 49:10, 52:19, 69:14, 100:4, 104:3, 120:13, 140:7, 155:18, 157:17, 167:1, 168:9, 170:18, 171:12, 179:8

**secondhand** [2] - 114:7, 125:16

**seconds** [2] - 35:2, 35:3

**secret** [1] - 23:11

**Secret** [3] - 20:14, 132:10, 134:12

**Secretary** [3] - 111:22, 164:3, 202:4

**secretary** [6] - 50:5, 54:4, 127:11, 160:20, 165:19, 182:24

**secretary's** [2] - 14:2, 142:3

**secured** [1] - 136:25

**security** [2] - 14:3, 200:13

**see** [113] - 6:6, 9:11, 11:10, 12:6, 12:15, 12:18, 13:6, 17:23, 26:19, 29:22, 30:6, 31:9, 32:18, 33:2, 48:23, 49:7, 50:19, 50:21, 51:1, 51:16, 51:18, 51:20, 51:21, 52:1, 54:22, 55:17, 55:18, 58:4, 59:14, 60:6, 60:8, 60:11, 60:13, 60:16, 60:21, 60:22, 60:23, 61:12, 64:6, 64:10, 64:12, 64:19, 65:17, 65:20, 66:6, 66:7, 66:8, 69:2, 69:4, 69:6, 69:7, 69:12, 70:4, 70:15, 72:2, 72:4, 72:6, 72:7, 72:22, 74:17, 79:1, 86:1, 87:5, 87:20, 88:12, 92:16, 102:10, 102:15, 103:22, 106:4, 114:6, 115:5, 115:6, 115:24, 116:2, 117:1, 120:4, 124:7, 124:11, 127:7, 128:15, 128:18, 129:2, 129:3, 130:20, 130:22, 131:22, 131:24, 132:1, 134:25, 135:2, 135:8, 135:9, 137:2, 139:20, 140:25, 146:14, 153:16, 154:25, 155:2, 155:7, 156:1, 156:15, 166:6, 182:20, 186:12, 187:20, 191:1, 197:18, 208:17, 210:15

**seeing** [13] - 13:8, 30:3, 40:16, 46:17, 48:14, 53:20, 84:8, 102:2, 102:6, 109:23, 111:1, 117:3

**seek** [1] - 192:24

**seeking** [3] - 12:11, 137:5, 186:3

**seem** [3] - 40:9, 148:6, 151:14

**sees** [1] - 162:5

**select** [4] - 170:17, 180:14, 180:24, 198:3

**selected** [16] - 32:23, 95:23, 141:20, 156:13, 169:3, 169:19, 169:21, 170:6, 180:15, 190:15, 190:17, 190:20, 191:16, 191:23, 198:14

**selection** [11] - 34:14, 35:6, 54:5, 153:6, 157:19, 157:25, 163:23, 165:14, 165:22, 169:25, 170:12

**selective** [2] - 14:23, 174:2

**self** [1] - 156:21

**self-serving** [1] - 156:21

**sell** [1] - 63:25

**selling** [7] - 52:14, 59:15, 59:24, 60:11, 63:17, 64:6, 64:11

**sells** [4] - 48:5, 48:16, 59:18, 59:25

**Semiconductor** [2] - 168:15, 169:10

**send** [11] - 28:25, 29:10, 29:11, 30:19, 30:20, 30:21, 31:16, 35:5, 35:6, 178:11, 212:23

**sending** [6] - 30:12, 30:14, 107:20, 108:23, 144:16, 212:19

**senior** [3] - 105:6, 134:13, 134:16

**seniority** [1] - 71:12

**sense** [10] - 26:21, 31:13, 106:1, 119:3, 152:2, 162:23, 167:12, 168:25, 186:18, 197:23

**separate** [5] - 22:21, 67:25, 111:6, 130:24, 131:13

**separated** [2] - 202:7, 202:8

**serendipity** [1] - 190:5

**series** [2] - 6:16, 188:15

**seriously** [3] - 8:3, 20:8, 42:15

**serve** [3] - 22:14, 47:15, 96:11

**serves** [1] - 165:25

**service** [17] - 20:7, 67:25, 68:1, 84:20, 96:16, 98:6, 100:14, 100:25, 101:2, 101:3, 106:14, 108:11, 168:20, 168:21, 169:1, 169:25

**Service** [3] - 20:14, 132:10, 134:12

**services** [7] - 109:5, 109:10, 130:8, 147:25, 156:13, 170:5, 186:7

**serving** [4] - 32:17, 41:20, 156:21

**session** [2] - 152:15, 152:17

**set** [8] - 17:11, 17:14, 42:24, 46:19, 49:22, 113:21, 162:15, 176:17

**sets** [1] - 25:7

**setting** [3] - 105:21, 148:6, 179:23

**seven** [3] - 90:9, 90:12, 101:21

**several** [5] - 12:21, 36:9, 51:13, 194:21, 195:11

**shall** [1] - 161:9

**shape** [3] - 145:13, 145:14, 145:19

**share** [11] - 24:19, 97:4, 97:5, 97:19, 98:1, 98:20, 98:21, 99:15, 99:17, 99:20, 100:17

**shared** [4] - 58:11, 98:5, 99:22, 117:4

**shares** [1] - 126:20

**sharing** [6] - 34:10, 96:15, 96:17, 99:19, 100:25, 101:4

**sheer** [1] - 155:9

**sheet** [2] - 78:1, 166:11

**Sherrill** [23] - 9:23, 10:15, 11:15, 14:6, 14:10, 15:24, 163:6, 179:16, 179:17, 180:3, 180:17, 180:18, 182:4, 187:3, 187:6, 193:15, 198:5,

198:6, 198:16, 203:2, 203:10, 203:12, 203:20

**shift** [3] - 22:4, 22:5, 175:5

**shifted** [1] - 184:25

**shoe** [7] - 23:13, 23:15, 23:18, 23:22, 23:23, 24:10, 24:13

**shop** [1] - 93:25

**short** [2] - 202:10, 202:25

**shortly** [1] - 141:16

**shot** [1] - 118:7

**shots** [1] - 120:5

**shoulder** [1] - 201:22

**shout** [2] - 185:3, 185:18

**shouting** [2] - 104:18, 184:21

**show** [25] - 10:18, 15:14, 17:11, 17:24, 20:20, 25:1, 45:2, 45:4, 58:4, 75:10, 81:3, 81:4, 81:6, 81:20, 82:11, 83:2, 111:7, 130:5, 142:7, 164:6, 169:24, 172:18, 204:17, 207:12

**showed** [8] - 81:25, 83:6, 84:3, 87:3, 132:6, 172:17, 174:5, 200:13

**showing** [11] - 15:2, 16:10, 16:11, 26:13, 46:11, 66:9, 88:10, 128:23, 174:2, 209:13, 212:6

**shown** [6] - 80:2, 80:4, 160:4, 205:6, 212:10, 212:11

**shows** [13] - 8:18, 151:17, 151:21, 154:22, 154:23, 155:1, 155:16, 159:15, 163:24, 168:19, 170:2, 170:11, 213:10

**shrinking** [1] - 170:24

**sic** [5] - 14:11, 137:4, 143:15, 143:22, 173:22

**side** [19] - 48:10, 52:4, 52:10, 57:17, 57:18, 58:8, 62:9, 63:4, 76:4, 76:5, 120:15, 187:5, 187:6, 187:16, 194:22,

196:6, 198:23
**sides** [1] - 180:1
**sign** [2] - 106:4,
112:7
**signal** [1] - 107:18
**signed** [2] - 116:12,
135:13
**significant** [1] -
108:21
**signing** [3] - 73:24,
115:17, 144:5
**signs** [1] - 209:5
**signup** [1] - 83:20
**silence** [1] - 177:24
**similar** [9] - 14:5,
38:13, 47:2, 59:19,
59:25, 60:17, 60:18,
125:24, 195:13
**similarly** [6] - 59:9,
60:15, 62:19, 127:10,
145:23, 156:11
**simplistic** [1] - 12:15
**simply** [5] - 15:7,
15:19, 75:2, 177:23,
183:20
**simultaneously** [2] -
30:13, 30:14
**sincerely** [1] - 7:9
**single** [14] - 8:10,
15:4, 20:5, 24:24,
43:12, 43:18, 70:25,
71:2, 77:13, 79:24,
80:5, 117:24, 117:25,
148:9
**Sipa** [15] - 51:1, 51:5,
52:15, 53:8, 53:13,
55:5, 55:11, 55:18,
60:9, 60:17, 61:6,
64:7, 69:7, 69:11,
212:12
**Sipa's** [1] - 53:23
**sit** [6] - 12:8, 14:17,
14:19, 35:18, 71:18,
141:21
**sit-down** [2] - 14:17,
14:19
**site** [1] - 52:2
**sites** [2] - 40:17,
65:20
**sits** [3] - 35:1, 141:8,
203:4
**sitting** [7] - 71:23,
104:25, 105:1, 110:7,
145:16, 146:25,
148:14
**situation** [19] - 5:2,
7:18, 12:16, 13:13,
41:1, 98:1, 102:15,
125:21, 162:5,
176:15, 180:19,

181:19, 183:8,
183:22, 198:5,
200:13, 211:4, 211:5,
213:19
**situations** [3] -
177:19, 196:19,
196:21
**size** [1] - 195:16
**skillfully** [1] - 23:17
**skills** [1] - 145:24
**skinny** [1] - 197:16
**skirt** [1] - 149:2
**sky** [1] - 88:11
**Slack** [2] - 101:24,
121:16
**slash** [3] - 61:5, 61:6
**slaughter** [1] - 84:10
**slaughtered** [1] -
37:22
**sleepy** [1] - 75:24
**slide** [1] - 199:15
**slightly** [1] - 97:25
**slots** [2] - 97:10,
174:8
**slow** [3] - 116:15,
133:24, 208:4
**slowly** [1] - 93:4
**small** [4] - 58:21,
105:12, 105:13,
193:14
**smaller** [2] - 94:15,
105:21
**smallest** [1] - 97:9
**smell** [1] - 201:15
**smile** [1] - 59:7
**smiling** [1] - 77:3
**snafu** [1] - 144:16
**snuck** [1] - 152:2
**Snyder** [5] - 14:17,
187:7, 196:8, 196:9,
197:8
**so..** [1] - 62:6
**social** [3] - 106:25,
107:8, 117:6
**softened** [1] - 147:16
**softening** [1] -
123:25
**sold** [2] - 61:2,
212:15
**sole** [1] - 194:7
**solicitation** [2] -
130:24, 131:13
**soliciting** [1] - 93:11
**solidarity** [1] -
212:22
**solidly** [1] - 111:4
**someone** [19] - 26:8,
29:18, 30:7, 31:2,
32:12, 33:4, 50:5,
52:1, 68:11, 71:13,

76:12, 76:16, 76:17,
85:14, 192:19, 194:1,
197:20, 202:14, 213:8
**sometimes** [18] -
26:9, 28:7, 50:9,
91:14, 92:23, 98:17,
102:14, 107:14,
114:13, 129:19,
159:4, 159:5, 160:4,
185:15, 185:17,
185:18, 200:25
**somewhat** [2] -
141:9, 199:9
**somewhere** [6] -
27:19, 58:20, 73:18,
93:9, 103:23, 105:22
**soon** [1] - 213:22
**Sorry** [1] - 38:25
**sorry** [41] - 18:21,
23:2, 29:10, 57:12,
58:7, 61:24, 62:1,
63:15, 64:4, 68:6,
68:24, 73:1, 73:2,
77:20, 78:6, 80:1,
84:16, 86:14, 86:25,
88:20, 90:1, 93:16,
96:18, 97:13, 98:11,
103:19, 106:22,
109:10, 115:14,
116:15, 122:4, 133:9,
133:25, 146:8, 154:2,
156:5, 169:11,
177:10, 179:16,
186:1, 207:10
**sort** [34] - 20:16,
22:6, 37:17, 51:9,
57:18, 61:3, 78:24,
91:17, 94:12, 94:15,
95:9, 95:16, 95:18,
96:6, 96:12, 96:20,
99:22, 101:10,
102:18, 102:21,
104:23, 105:6, 107:4,
107:24, 109:9,
109:13, 110:19,
111:23, 123:7, 137:8,
143:8, 147:20, 149:2,
213:15
**soul** [1] - 76:19
**sound** [2] - 97:18,
120:9
**sounds** [3] - 140:20,
193:23, 206:22
**source** [3] - 117:10,
175:25, 197:11
**sourced** [1] - 174:9
**sources** [7] - 192:24,
193:2, 193:4, 193:7,
203:10, 203:12
**south** [1] - 108:5

**South** [1] - 108:8
**space** [8] - 94:17,
109:12, 111:7,
120:10, 121:12,
148:20, 180:12,
196:25
**spaces** [4] - 94:12,
172:11, 203:3, 203:4
**SpaceX** [1] - 148:21
**spacing** [3] - 128:7,
129:2, 145:20
**SPAHR** [2] - 1:15,
1:18
**Spahr** [1] - 4:7
**speaker** [1] - 201:22
**speaking** [3] -
110:18, 120:6, 183:6
**speaks** [2] - 175:15,
175:18
**special** [5] - 41:11,
165:11, 186:3, 186:6,
186:10, 186:11,
186:13, 186:15,
186:16, 186:18,
186:22, 187:22,
194:12, 198:3, 198:24
**special-access** [1] -
198:24
**specific** [5] - 129:9,
147:19, 148:15,
177:7, 210:19
**specifically** [5] -
79:17, 121:5, 187:17,
196:9, 196:10
**specificity** [1] -
204:14
**spectrum** [2] -
196:20, 196:22
**speculate** [2] - 64:4,
70:22
**speculating** [1] -
53:11
**speculative** [1] -
42:1
**speech** [40] - 8:25,
11:8, 11:16, 11:18,
47:14, 76:1, 175:7,
175:16, 175:17,
175:20, 175:24,
176:4, 176:12,
176:16, 176:20,
177:5, 177:8, 177:10,
177:18, 177:21,
177:22, 177:23,
178:11, 182:7, 182:8,
183:1, 183:5, 183:13,
188:10, 188:19,
189:1, 192:9, 192:11,
192:15, 195:10,
196:4, 199:1, 205:5,

205:9, 208:5
**speed** [13] - 28:12,
29:4, 29:5, 32:11,
32:12, 32:13, 40:9,
40:12, 73:12, 85:17,
101:17, 114:2
**speedily** [1] - 125:13
**spell** [1] - 18:21
**spelling** [2] - 90:2,
90:4
**spend** [3] - 19:11,
45:1, 49:25
**spending** [1] - 45:8
**spent** [2] - 7:11,
121:22
**Spidey** [1] - 26:20
**splashdown** [1] -
204:18
**sporadic** [1] - 7:21
**sporadically** [1] -
8:19
**spot** [2] - 168:21,
169:20
**spots** [2] - 96:2,
193:20
**spray** [1] - 184:6
**sprays** [3] - 106:19,
106:22, 147:22
**Sprays** [1] - 106:21
**spread** [1] - 113:6
**spreadsheet** [1] -
154:6
**sprint** [1] - 37:17
**St** [2] - 73:14, 143:20
**Staff** [1] - 165:5
**staff** [15] - 55:11,
56:25, 72:18, 73:19,
74:13, 74:22, 110:14,
113:14, 113:17,
129:3, 134:21,
134:22, 160:25,
176:25
**staffer** [2] - 118:20,
119:9
**staffers** [4] - 80:10,
133:1, 134:16, 141:19
**staffing** [3] - 96:10,
138:9, 144:16
**stage** [2] - 14:2,
15:16
**stages** [1] - 17:12
**stairs** [1] - 81:13
**stand** [7] - 23:6,
23:7, 25:3, 25:14,
151:25, 178:25,
203:25
**standard** [6] - 20:4,
20:6, 32:25, 42:13,
207:3, 209:25
**standards** [4] -

109:7, 117:13,
162:15, 206:4
**standing** [5] - 5:15,
46:20, 175:21,
175:22, 191:18
**Starmer** [3] - 62:14,
63:18, 121:9
**start** [9] - 40:2, 56:7,
103:18, 140:12,
151:5, 189:18, 190:2,
191:4, 193:10
**started** [4] - 123:13,
179:1, 190:3, 194:10
**starting** [2] - 4:4,
187:21
**state** [8] - 8:24,
18:21, 46:19, 94:13,
95:3, 192:3, 199:21,
213:4
**State** [2] - 132:24,
133:1
**statement** [8] - 6:9,
156:17, 156:21,
157:24, 160:11,
160:12, 171:9, 173:6
**statements** [7] -
155:21, 158:21,
165:18, 173:16,
186:25, 195:1, 195:9
**States** [17] - 2:2,
4:19, 16:17, 16:23,
21:20, 41:13, 77:14,
83:21, 122:15,
122:18, 160:22,
168:21, 179:7,
183:18, 190:22,
215:13
**states** [1] - 165:23
**STATES** [3] - 1:1,
1:11, 1:22
**station** [2] - 96:20,
96:21
**stays** [1] - 92:25
**stenographer** [1] -
107:7
**stenographers** [1] -
106:18
**stenographic** [1] -
215:5
**step** [2] - 137:9,
149:10
**stepping** [1] - 108:3
**steps** [4] - 44:11,
44:16, 44:17, 169:17
**STF** [1] - 72:19
**stick** [1] - 213:20
**still** [25] - 9:19, 9:20,
10:11, 14:23, 30:2,
37:10, 37:13, 45:1,
45:8, 49:10, 49:12,

49:16, 50:16, 50:18,
54:9, 102:8, 113:24,
115:2, 136:13, 139:7,
191:2, 196:23,
197:10, 205:12, 212:7
**stop** [1] - 36:22
**storefront** [1] - 48:16
**stories** [9] - 27:25,
30:14, 34:20, 47:17,
64:1, 65:24, 99:2,
134:15, 194:13
**stormed** [1] - 14:1
**story** [24] - 25:4,
26:7, 26:8, 28:13,
28:16, 31:18, 31:21,
66:7, 85:10, 85:14,
102:12, 102:13,
102:16, 102:21,
102:23, 102:25,
103:1, 103:3, 103:14,
103:15, 103:21,
110:20, 128:8, 169:9
**stream** [3] - 67:25,
128:20, 212:14
**streamed** [1] - 127:8
**streaming** [1] -
127:19
**Street** [2] - 1:16, 1:23
**strength** [1] - 108:15
**stress** [1] - 29:12
**stretch** [1] - 35:17
**strike** [3] - 4:24,
4:25, 150:24
**stronger** [1] - 195:20
**strongly** [1] - 205:17
**struck** [1] - 148:25
**struggling** [3] -
33:21, 33:22, 180:4
**study** [1] - 168:1
**stuff** [3] - 35:5,
53:12, 212:25
**style** [3] - 191:4,
192:4, 192:6
**subject** [3] - 33:10,
62:8, 196:2
**subject-matter** [1] -
62:8
**subjective** [1] -
148:10
**submissions** [1] -
213:16
**submit** [2] - 16:25,
204:16
**submitted** [6] -
90:15, 134:24,
150:22, 160:14,
173:5, 184:25
**submitting** [1] -
16:21
**subscribe** [1] - 117:9

**subscribed** [1] -
101:6
**subscribers** [11] -
33:18, 84:13, 96:18,
96:23, 117:5, 117:8,
125:14, 206:6, 206:8,
206:9, 212:20
**subsequent** [1] -
130:13
**subsequently** [1] -
119:11
**substantial** [2] -
207:6, 207:14
**substantive** [3] -
104:23, 108:6, 202:13
**substitute** [2] -
121:2, 212:23
**subtle** [2] - 153:13
**success** [2] - 16:12,
199:8
**succumb** [2] - 204:6,
204:10
**suffered** [1] - 125:12
**suffering** [1] - 87:23
**sufficient** [1] -
209:12
**suggest** [4] - 130:14,
162:18, 193:5, 198:8
**suggested** [3] - 5:5,
6:24, 8:11
**suggesting** [3] - 7:2,
133:9, 133:12
**suggestion** [1] -
183:5
**suit** [1] - 184:14
**suite** [1] - 111:24
**summary** [4] -
148:22, 154:6,
154:20, 154:21
**summation** [2] -
6:21, 11:21
**summoned** [1] -
111:22
**Sun** [14] - 196:8,
197:6, 197:8, 197:22,
199:4, 208:14,
210:15, 211:3,
211:14, 211:16,
211:21, 212:4, 213:3
**superior** [2] - 27:4,
38:1
**supplemental** [5] -
17:1, 146:11, 153:3,
156:17, 165:22
**support** [2] - 153:17,
193:8
**supported** [2] -
155:11, 155:12
**supporter** [2] -
209:7, 209:16

**suppose** [1] - 101:1
**Supreme** [6] - 15:20,
188:18, 192:22,
208:25, 209:15,
209:18
**surgical** [1] - 110:15
**surprised** [2] -
134:16, 148:5
**surrounding** [2] -
57:5, 75:8
**Susan** [1] - 165:5
**susceptible** [1] -
177:22
**Susie** [2] - 165:9
**swimming** [1] -
204:7
**switching** [1] - 56:2
**swivel** [1] - 114:16
**SWORN** [2] - 18:5,
89:16
**Sylvie** [1] - 121:6
**synonymous** [1] -
94:21
**system** [35] - 8:6,
8:8, 8:16, 8:22, 10:1,
10:12, 14:4, 17:16,
43:5, 44:21, 45:13,
92:14, 100:24, 131:9,
153:5, 153:6, 153:18,
155:17, 163:3,
165:24, 170:11,
180:10, 180:14,
180:23, 181:1, 181:2,
181:9, 181:13,
181:19, 181:21,
181:24, 182:2, 188:6,
211:8
**systematically** [1] -
197:21
**Szagola** [2] - 72:6,
72:12
**SZAGOLA** [1] - 72:7

## T

**T-Mobile** [1] - 29:7
**tab** [4] - 127:7,
166:5, 168:9
**tabbed** [1] - 150:15
**table** [2] - 4:10,
110:6
**tail** [1] - 116:10
**Taiwan** [2] - 168:15,
169:10
**takeover** [1] - 147:23
**talks** [2] - 176:4,
209:24
**Tam** [1] - 177:13,
183:6

**tap** [1] - 187:19
**tariff** [1] - 30:23
**tariffs** [5] - 31:6,
115:13, 115:18,
116:12, 116:19
**tarmac** [25] - 15:5,
69:14, 69:18, 70:11,
70:12, 71:8, 71:24,
83:7, 88:21, 88:22,
88:23, 118:2, 118:3,
118:4, 118:5, 129:19,
129:25, 130:25,
131:13, 131:16,
136:18, 143:12,
144:17, 200:20, 201:2
**tarmacs** [1] - 113:2
**Tatel's** [1] - 163:8
**taught** [1] - 183:7
**TAYLOR** [1] - 1:6
**Taylor** [3] - 113:17,
134:19, 174:6
**team** [9] - 26:5,
90:12, 101:22, 102:7,
121:12, 121:14,
131:15, 133:13,
135:20
**teams** [1] - 165:24
**tech** [1] - 17:16
**technically** [1] -
101:17
**technicians** [1] -
120:9
**technology** [1] - 62:4
**television** [11] - 31:9,
97:10, 97:12, 97:16,
97:20, 99:14, 99:15,
111:3, 114:9, 120:8
**ten** [5] - 19:7, 43:12,
79:18, 79:19, 89:3
**ten-minute** [1] - 89:3
**tendency** [1] - 210:6
**tenor** [2] - 124:1,
147:20
**tentatively** [1] -
11:23
**tenure** [1] - 46:4
**term** [6] - 41:7,
95:16, 105:14,
106:22, 107:23,
134:16
**terms** [3] - 7:19,
92:19, 203:24
**territory** [1] - 108:3
**test** [1] - 209:18
**testified** [12] - 58:25,
64:21, 65:3, 65:16,
74:25, 117:18,
157:15, 160:3,
165:20, 172:5, 176:8,
184:3

244

**testifies** [3] - 157:18, 206:1, 212:24
**testify** [5] - 5:18, 5:23, 6:17, 71:23, 94:8
**testifying** [1] - 94:9
**testimony** [24] - 5:8, 5:12, 48:21, 65:10, 89:5, 128:1, 139:11, 146:19, 149:10, 151:1, 153:22, 155:11, 156:24, 160:2, 163:22, 165:12, 166:4, 167:25, 170:20, 174:14, 180:1, 200:6, 205:11, 212:13
**text** [49] - 29:17, 30:20, 57:9, 62:23, 69:22, 70:2, 70:7, 71:15, 76:4, 98:1,2, 98:21, 100:14, 103:8, 112:24, 113:3, 113:19, 117:20, 117:23, 117:24, 118:17, 123:12, 129:21, 129:24, 133:3, 133:4, 143:15, 143:24, 144:2, 144:7, 144:12, 144:25, 145:10, 146:22, 151:13, 151:23, 153:1, 153:2, 158:7, 158:14, 159:20, 159:21, 159:23, 161:2, 170:17, 201:8, 202:3, 202:4
**text-based** [1] - 201:8
**texts** [1] - 95:10
**Thanksgiving** [1] - 123:10
**that..** [1] - 56:13
**THE** [263] - 1:1, 1:11, 1:14, 1:21, 1:22, 4:1, 4:15, 4:20, 6:1, 6:7, 6:10, 6:18, 6:22, 7:2, 9:8, 11:12, 11:22, 12:14, 13:2, 13:15, 13:17, 14:12, 16:14, 17:2, 17:6, 17:15, 17:18, 17:20, 17:22, 17:25, 18:3, 18:6, 18:7, 18:8, 18:10, 18:21, 18:23, 18:25, 19:1, 19:3, 23:2, 23:3, 26:24, 26:25, 30:11, 30:15, 31:14, 31:17, 31:18, 31:20, 31:22, 31:23, 32:3, 38:23,

38:25, 39:8, 39:9, 42:5, 42:9, 45:18, 46:6, 46:8, 71:12, 71:13, 73:10, 76:9, 76:14, 76:23, 77:4, 77:7, 77:13, 77:16, 77:18, 77:21, 77:25, 78:7, 78:8, 78:9, 78:11, 78:12, 78:13, 78:17, 78:20, 78:23, 78:24, 79:5, 79:7, 79:8, 79:9, 79:10, 80:17, 80:19, 82:4, 82:7, 82:14, 82:16, 82:23, 82:24, 84:18, 84:20, 84:22, 84:23, 84:24, 84:25, 86:23, 86:25, 88:25, 89:3, 89:6, 89:10, 89:13, 89:14, 89:17, 89:18, 90:1, 92:7, 92:9, 93:3, 93:5, 93:17, 93:19, 93:22, 93:24, 94:4, 95:14, 95:15, 97:13, 97:15, 99:12, 99:14, 99:16, 99:17, 99:20, 100:12, 100:14, 100:16, 100:19, 100:22, 102:9, 102:14, 106:21, 106:22, 119:6, 119:8, 119:18, 119:20, 122:4, 122:8, 122:21, 122:24, 123:14, 124:7, 124:25, 125:4, 126:6, 128:25, 129:1, 133:9, 133:12, 133:23, 133:24, 133:25, 137:6, 137:7, 138:22, 140:23, 140:24, 146:5, 146:7, 147:14, 147:19, 148:13, 148:17, 149:5, 149:9, 149:12, 149:14, 149:22, 149:25, 150:2, 150:7, 150:11, 150:14, 151:16, 151:24, 152:7, 152:12, 152:18, 153:24, 154:4, 154:13, 154:18, 154:25, 155:2, 157:13, 158:24, 159:12, 161:5, 161:21, 162:22, 163:15, 164:12, 164:21, 166:9, 166:21, 172:23, 173:10, 173:25, 174:24, 175:4, 175:13,

177:11, 178:17, 178:23, 179:8, 179:12, 180:3, 181:6, 181:8, 182:6, 182:11, 184:10, 186:1, 186:5, 188:9, 189:2, 189:4, 189:13, 189:21, 190:2, 190:16, 190:25, 191:7, 191:10, 191:25, 192:8, 193:13, 193:23, 194:18, 197:6, 199:2, 199:17, 199:21, 201:5, 202:18, 202:21, 203:23, 204:12, 204:20, 205:1, 205:19, 205:21, 205:23, 206:21, 208:13, 210:14, 210:20, 211:2, 211:6, 211:13, 212:3, 213:11, 213:25
**theme** [1] - 40:9
**themselves** [10] - 52:16, 99:4, 118:11, 125:21, 156:23, 168:24, 207:9, 207:18, 207:21, 207:24
**then-President** [3] - 23:12, 110:4, 110:22
**theories** [1] - 9:10
**therefore** [3] - 162:12, 185:1, 192:11
**Thereupon** [2] - 89:8, 149:20
**they've** [8] - 10:18, 88:23, 127:19, 140:25, 141:2, 147:24, 157:9, 200:24
**thick** [1] - 166:14
**thinking** [10] - 11:24, 37:21, 58:7, 75:25, 107:22, 179:5, 182:11, 188:9, 193:24
**thinks** [1] - 167:18
**third** [3] - 140:12, 167:1, 204:22
**thoughtful** [1] - 213:12
**thousands** [4] - 27:10, 93:20, 96:8
**threatened** [1] - 140:25
**threatening** [2] - 124:17, 160:25
**threats** [2] - 125:18, 125:19
**three** [27] - 10:6,

10:7, 23:22, 24:7, 28:13, 28:16, 29:6, 32:6, 78:4, 79:22, 97:9, 97:15, 101:23, 102:20, 111:25, 127:21, 146:6, 155:25, 156:3, 156:5, 156:14, 163:13, 170:1, 180:25, 187:13, 197:14, 200:22
**three-on-one** [1] - 187:13
**threw** [1] - 23:13
**throughout** [1] - 203:22
**throughs** [1] - 103:2
**throw** [1] - 13:25
**thrower** [1] - 23:22
**throwing** [4] - 23:15, 23:23, 24:10, 24:12
**thrown** [1] - 147:21
**timeline** [1] - 199:14
**timeliness** [1] - 213:1
**timely** [1] - 213:15
**timespan** [1] - 146:24
**timestamp** [1] - 116:11
**tiny** [1] - 198:2
**title** [2] - 72:17, 89:23
**TOBIN** [113] - 1:14, 4:5, 5:25, 6:3, 6:8, 6:11, 6:19, 6:25, 7:4, 9:14, 11:20, 12:11, 12:25, 13:10, 13:16, 17:7, 17:17, 17:19, 17:21, 17:24, 18:1, 18:12, 19:4, 23:5, 27:6, 32:1, 32:4, 39:1, 39:11, 42:4, 42:8, 42:19, 45:16, 79:12, 81:8, 83:4, 85:1, 86:4, 86:6, 87:13, 88:17, 89:11, 149:18, 150:1, 150:3, 150:8, 150:13, 150:15, 151:23, 152:1, 152:10, 152:13, 152:19, 153:25, 154:5, 154:11, 154:16, 154:20, 155:1, 155:3, 157:14, 159:9, 159:18, 161:8, 162:3, 163:2, 163:16, 164:13, 164:18, 164:24, 165:3, 166:10, 166:24,

173:1, 173:5, 173:13, 174:1, 175:2, 175:10, 175:14, 177:13, 178:22, 179:6, 179:11, 179:14, 180:9, 181:7, 181:17, 182:9, 182:13, 184:19, 186:4, 186:14, 188:13, 189:3, 189:12, 202:23, 203:24, 204:16, 204:25, 205:16, 205:20, 205:22, 205:24, 207:1, 208:17, 210:17, 210:21, 211:5, 211:7, 211:16, 212:10, 213:23
**Tobin** [20] - 4:6, 5:22, 9:8, 17:6, 66:5, 66:17, 77:8, 88:20, 89:10, 150:2, 151:16, 152:3, 152:4, 175:4, 190:3, 193:25, 194:3, 199:19, 201:16, 202:21
**today** [36] - 5:18, 5:23, 6:5, 6:9, 7:13, 10:19, 13:11, 14:25, 17:8, 17:12, 28:2, 48:21, 49:4, 71:23, 81:22, 90:22, 95:17, 97:17, 126:13, 136:23, 139:7, 139:23, 146:25, 148:14, 151:10, 156:19, 157:15, 163:17, 170:20, 174:14, 175:3, 189:8, 190:11, 194:10, 203:22, 207:12
**today's** [1] - 137:4
**toeing** [1] - 204:3
**together** [5] - 29:21, 71:18, 103:12, 103:13, 203:20
**token** [1] - 152:23
**tomorrow's** [1] - 80:25
**ton** [1] - 123:3
**tone** [5] - 104:7, 123:25, 147:20, 148:15, 182:17
**took** [12] - 20:25, 21:4, 40:1, 47:24, 59:8, 61:9, 66:18, 115:7, 115:24, 166:15, 187:16
**top** [4] - 38:8, 70:21, 131:8, 155:3

**topic** [1] - 148:6
**topics** [1] - 166:1
**totaling** [1] - 146:23
**totality** [3] - 125:13, 127:20, 129:16
**touch** [1] - 203:21
**touched** [1] - 32:5
**towards** [4] - 50:13, 113:11, 116:10, 200:14
**town** [7] - 22:24, 22:25, 23:4, 82:9, 130:21, 131:12
**track** [1] - 184:13
**trade** [1] - 116:19
**trademark** [3] - 177:14, 177:16
**traditions** [1] - 109:8
**trained** [4] - 75:6, 111:5, 201:18, 201:19
**TRANSCRIPT** [1] - 1:10
**transcript** [5] - 164:13, 164:19, 173:6, 215:5, 215:6
**transcripts** [2] - 114:19, 123:24
**transmission** [2] - 28:20, 29:6
**transmittal** [1] - 35:23
**transmitting** [3] - 34:22, 39:22, 103:11
**travel** [11] - 22:18, 22:21, 23:3, 23:6, 100:3, 106:16, 113:21, 122:6, 122:22, 122:25, 130:21
**traveled** [2] - 58:10, 95:12
**traveling** [4] - 43:21, 133:18, 133:20, 134:3
**travels** [1] - 122:10
**treatment** [2] - 192:5, 192:7
**TREVOR** [1] - 1:11
**tried** [1] - 20:12
**trip** [8] - 22:24, 23:11, 35:11, 44:9, 91:15, 91:16, 95:17, 108:8
**TRO** [3] - 15:4, 164:2, 201:10
**true** [9] - 30:18, 71:6, 106:18, 133:16, 135:21, 180:7, 215:4, 215:5
**truly** [3] - 102:15, 122:11

**Trump** [21] - 20:13, 36:16, 37:24, 39:17, 44:7, 48:1, 58:6, 59:20, 60:1, 62:20, 86:10, 87:2, 87:7, 107:22, 108:23, 121:12, 123:21, 168:14, 172:21, 173:18, 181:12
**Trump's** [8] - 21:13, 36:12, 59:6, 63:18, 105:14, 134:15, 141:16, 173:6
**try** [11] - 5:7, 17:2, 25:11, 27:10, 45:5, 50:3, 116:15, 137:9, 146:2, 188:2, 199:18
**trying** [14] - 16:19, 21:9, 37:13, 50:11, 75:15, 79:13, 122:19, 122:21, 149:2, 196:5, 204:2, 204:3, 205:21
**Tuesday** [1] - 105:25
**turn** [6] - 45:3, 111:19, 117:16, 152:24, 177:7, 185:4
**turned** [9] - 118:19, 118:23, 119:8, 129:24, 135:25, 136:13, 141:19, 177:18
**TV** [4] - 126:20, 126:21, 126:23
**tweet** [13] - 44:10, 113:16, 124:6, 124:9, 124:14, 139:10, 139:16, 171:17, 172:2, 172:6, 172:9, 172:15, 173:14
**tweeted** [1] - 124:11
**tweets** [1] - 176:9
**Twelfth** [1] - 1:16
**twenty** [1] - 19:15
**twenty-one** [1] - 19:15
**Twitter** [1] - 116:17
**two** [44] - 6:12, 10:5, 11:18, 12:15, 13:8, 17:8, 22:3, 22:10, 22:11, 23:22, 28:3, 28:13, 29:3, 32:6, 43:3, 90:13, 96:2, 100:6, 101:22, 105:15, 105:18, 108:2, 109:15, 110:21, 120:20, 123:11, 127:21, 144:12, 147:25, 150:25, 153:14, 156:13, 158:2,

161:14, 169:25, 174:8, 175:12, 179:17, 202:7, 207:1, 207:19, 208:21, 210:25, 212:15
**type** [15] - 13:13, 50:15, 91:23, 102:3, 151:7, 152:13, 155:3, 157:5, 158:9, 162:24, 163:18, 171:11, 183:13, 183:22, 198:5
**types** [1] - 158:2
**typically** [1] - 128:9

**U**

**U.K** [2] - 63:3, 63:4
**U.S** [12] - 4:18, 46:2, 46:3, 60:4, 116:18, 122:10, 123:4, 126:12, 208:25, 209:2, 209:15
**U.S.-focused** [1] - 123:2
**Ukraine** [8] - 36:18, 108:16, 166:8, 166:11, 166:16, 167:3, 167:14, 167:22
**Ukraine-related** [1] - 167:14
**Ukranian** [2] - 36:12, 64:20
**ultimately** [1] - 92:23
**unable** [1] - 208:12
**unaccredited** [1] - 60:9
**unanimous** [1] - 177:20
**unaware** [1] - 134:14
**unconstitutional** [3] - 7:13, 13:1, 176:11
**under** [30] - 9:23, 9:24, 10:22, 13:21, 14:9, 14:10, 92:14, 100:16, 100:24, 118:10, 127:7, 137:15, 153:5, 157:4, 167:11, 182:4, 187:23, 188:19, 188:20, 203:2, 203:11, 203:20, 208:16, 208:18, 208:23, 213:2, 213:21
**Under** [1] - 151:6
**underlies** [1] - 178:5
**underlying** [2] - 9:17, 40:9
**underpinnings** [1] - 14:6

**understandable** [1] - 45:11
**understandings** [1] - 16:22
**understood** [6] - 21:10, 27:12, 41:17, 43:20, 84:11, 197:7
**undisputed** [1] - 15:17
**undoubtedly** [1] - 125:12
**unflattering** [1] - 76:12
**unfortunately** [1] - 158:10
**uniform** [1] - 161:3
**uniformly** [2] - 8:4, 164:8
**unique** [2] - 24:20, 43:25
**UNITED** [3] - 1:1, 1:11, 1:22
**United** [18] - 4:18, 16:17, 16:23, 21:20, 41:13, 62:14, 77:14, 83:21, 122:14, 122:18, 142:23, 160:22, 168:21, 179:7, 183:17, 190:22, 215:13
**united** [1] - 2:2
**universe** [7] - 94:3, 97:23, 98:3, 157:24, 158:4, 159:22, 191:22
**unless** [5] - 22:16, 164:16, 181:18, 183:19, 191:3
**unpredictable** [1] - 158:18
**unreasonable** [2] - 198:7
**unreported** [1] - 194:24
**untrustworthy** [1] - 196:15
**up** [55] - 11:12, 11:20, 16:19, 20:20, 26:6, 26:17, 33:21, 45:2, 45:4, 46:19, 48:24, 49:22, 51:22, 73:12, 80:2, 80:4, 81:3, 81:5, 81:6, 81:13, 81:20, 81:25, 82:11, 82:20, 82:25, 83:2, 85:10, 85:14, 91:18, 100:3, 100:24, 102:12, 102:17, 102:20, 103:5, 103:21, 111:24, 128:13, 129:17,

132:6, 136:6, 138:24, 140:17, 144:15, 146:1, 157:16, 160:4, 169:5, 169:12, 178:18, 191:23, 199:15, 200:13, 202:8, 212:14
**upcoming** [1] - 197:16
**update** [2] - 36:4, 103:2
**updated** [3] - 113:7, 155:13
**updating** [1] - 102:24
**upgrade** [1] - 110:15
**uphold** [1] - 20:6
**upload** [1] - 53:17
**uploaded** [1] - 53:13
**upper** [1] - 111:23
**uproar** [2] - 133:21, 134:4
**upstairs** [1] - 81:20
**upstream** [1] - 204:7
**urge** [1] - 205:18
**urgency** [1] - 7:7
**USA** [10] - 51:1, 53:8, 55:5, 55:18, 60:9, 60:17, 61:6, 64:7, 69:7, 69:11
**usage** [3] - 67:3, 67:10, 68:9
**uses** [4] - 51:5, 191:14, 208:24
**USMCA** [1] - 116:19
**utilized** [1] - 103:25
**utilizing** [1] - 102:9

**V**

**V-U-C-C-I** [1] - 18:24
**vacation** [3] - 22:17, 74:2, 74:9
**value** [1] - 27:13
**values** [1] - 125:11
**Vance** [1] - 39:17
**variety** [3] - 27:23, 33:23, 86:11
**various** [2] - 91:25, 200:17
**vast** [8] - 19:10, 65:20, 98:24, 107:19, 117:9, 167:15
**vastly** [1] - 94:2
**vehicle** [1] - 44:16
**verbatim** [1] - 102:4
**verify** [4] - 117:7, 117:11, 117:15, 201:14
**Verizon** [1] - 29:8

**versed** [2] - 37:19, 140:10

**versions** [2] - 139:3, 139:25

**versus** [12] - 4:2, 23:3, 40:24, 66:22, 72:18, 72:19, 116:22, 149:23, 186:23, 186:24, 188:10

**vertical** [1] - 107:1

**via** [3] - 44:10, 61:6, 69:11

**vice** [1] - 105:20

**Vice** [1] - 39:17

**Victor** [1] - 19:1

**video** [14] - 17:24, 37:9, 37:14, 37:16, 65:11, 107:1, 107:8, 109:24, 110:25, 118:9, 126:21, 128:22, 164:19, 172:20

**videographer** [2] - 51:13, 182:24

**videographers** [2] - 49:22, 106:25

**videos** [2] - 48:13, 107:1

**Vietnam** [1] - 20:3

**view** [3] - 186:16, 196:15, 209:16

**viewed** [1] - 197:13

**viewers** [2] - 75:11, 96:14

**viewpoint** [13] - 10:3, 10:9, 10:16, 125:24, 125:25, 161:11, 161:20, 162:17, 163:14, 194:1, 194:7, 194:11, 211:10

**viewpoint-discriminatory** [1] - 161:11

**viewpoints** [1] - 177:25

**views** [2] - 15:11, 84:7

**vindicate** [1] - 183:18

**violated** [1] - 196:16

**violation** [7] - 7:25, 14:21, 158:20, 178:20, 182:22, 197:4, 198:25

**viral** [1] - 20:16

**virtue** [1] - 180:11

**vis-à-vis** [2] - 186:6, 186:7

**visit** [2] - 26:9, 130:13

**visited** [3] - 121:6, 121:7, 121:9

**visits** [1] - 12:17

**visual** [3] - 87:22, 88:10, 188:23

**vital** [1] - 128:5

**vitally** [5] - 25:24, 29:4, 32:19, 42:14, 85:23

**vitiate** [1] - 212:8

**vivid** [1] - 176:8

**vocabulary** [1] - 204:4

**voice** [1] - 182:17

**volunteered** [1] - 115:16

**vote** [1] - 209:20

**vs** [1] - 1:5

**vu** [1] - 7:17

**Vucci** [32] - 4:12, 17:8, 17:9, 17:11, 18:2, 18:18, 18:25, 19:1, 19:5, 19:25, 20:20, 32:5, 45:23, 79:13, 88:18, 94:8, 101:11, 103:9, 107:14, 111:13, 115:2, 117:18, 156:24, 159:10, 160:3, 176:8, 176:12, 201:18, 205:25, 212:6, 212:11, 212:24

**VUCCI** [2] - 3:3, 18:5

**Vucci's** [2] - 113:22, 205:11

**W**

**wait** [1] - 31:7

**waiting** [4] - 34:17, 35:4, 36:4, 81:19

**waive** [1] - 21:6

**walk** [8] - 26:21, 33:4, 43:14, 43:15, 44:11, 150:8, 151:3, 166:4

**walking** [5] - 44:15, 44:17, 50:10, 50:13, 111:19

**walks** [1] - 35:1

**Walmart** [1] - 212:15

**wants** [6] - 59:1, 140:17, 195:24, 207:20, 210:8, 210:10

**warned** [2] - 177:9, 177:20

**Washington** [14] - 1:6, 1:17, 1:23, 2:4, 18:20, 19:6, 57:14,

96:6, 96:10, 99:7, 99:8, 180:6, 190:10, 215:14

**Washington-based** [2] - 57:14, 180:6

**watch** [1] - 164:14

**watched** [1] - 148:20

**watching** [4] - 101:23, 123:23, 127:9, 148:11

**water** [10] - 18:9, 28:14, 34:19, 110:13, 111:2, 128:6, 129:2, 145:15, 190:23, 202:6

**wave** [1] - 110:3

**ways** [3] - 11:1, 107:3, 126:2

**wearing** [1] - 184:14

**web** [1] - 127:13

**website** [23] - 30:7, 48:20, 51:12, 53:20, 53:24, 54:10, 55:17, 59:25, 60:12, 60:18, 61:3, 63:19, 64:7, 67:18, 67:23, 84:4, 84:8, 96:22, 127:1, 140:2, 166:14, 212:14

**websites** [4] - 48:5, 65:24, 66:2, 88:3

**wedded** [2] - 103:11, 103:13

**week** [10] - 28:3, 79:1, 79:19, 79:20, 115:4, 144:18, 147:1, 148:21, 181:11, 197:22

**weekends** [1] - 71:11

**weeks** [5] - 36:9, 77:23, 115:23, 124:16, 127:22

**weird** [1] - 195:15

**well-established** [1] - 109:9

**well-versed** [2] - 37:19, 140:10

**West** [16] - 69:17, 69:21, 70:1, 70:15, 83:12, 113:2, 118:1, 129:25, 130:19, 131:1, 131:23, 132:11, 132:13, 143:12, 144:1, 144:9

**west** [5] - 57:1, 62:20, 64:25, 111:24, 111:25

**whatsoever** [1] - 10:3

**WHC** [1] - 100:4

**whichever** [2] - 189:20, 205:16

**White** [250] - 4:10, 4:11, 7:25, 9:17, 9:21, 10:16, 12:22, 14:2, 14:18, 15:10, 16:21, 19:8, 19:11, 19:12, 21:17, 22:2, 22:12, 22:15, 22:19, 22:22, 25:8, 36:7, 36:22, 36:25, 37:4, 41:21, 43:4, 43:8, 43:11, 44:22, 45:1, 45:8, 45:12, 45:14, 46:21, 47:1, 47:25, 49:11, 49:24, 50:10, 50:15, 51:4, 54:14, 56:8, 57:23, 58:2, 60:15, 64:25, 74:7, 74:15, 74:16, 80:10, 80:20, 81:1, 81:6, 81:13, 81:19, 82:9, 83:1, 83:2, 89:24, 90:10, 90:13, 91:7, 91:12, 93:8, 93:11, 93:21, 94:1, 94:12, 94:19, 95:11, 95:19, 95:25, 98:3, 98:16, 99:24, 100:1, 101:22, 106:11, 106:13, 106:16, 106:17, 107:6, 107:8, 107:10, 109:2, 110:14, 110:22, 111:20, 113:5, 113:6, 113:14, 113:18, 113:20, 113:24, 115:3, 115:5, 117:20, 117:22, 117:24, 117:25, 118:19, 119:9, 120:1, 121:2, 121:13, 121:14, 123:16, 123:19, 124:15, 125:8, 125:22, 125:24, 126:16, 126:24, 127:16, 127:1, 127:16, 127:17, 129:12, 129:17, 130:24, 131:18, 132:7, 132:17, 132:19, 132:22, 133:1, 133:6, 133:7, 133:10, 133:13, 134:1, 134:5, 134:10, 134:11, 134:12, 134:13, 134:15, 134:16, 134:17, 134:21, 135:19, 135:23, 136:9, 136:10, 136:11, 137:18, 138:6, 138:10, 138:12, 138:13,

138:25, 140:2, 140:9, 140:14, 140:15, 140:16, 140:18, 141:12, 141:15, 141:16, 141:18, 142:5, 143:6, 143:15, 143:22, 147:23, 147:25, 150:19, 151:6, 152:3, 152:10, 153:23, 153:25, 155:21, 156:25, 157:4, 158:12, 158:16, 158:21, 159:3, 159:21, 159:25, 160:9, 160:11, 160:24, 161:14, 162:2, 162:3, 162:21, 164:3, 164:4, 164:8, 165:4, 165:5, 165:6, 165:10, 165:15, 165:19, 165:21, 166:6, 166:12, 167:9, 167:11, 167:12, 167:18, 167:20, 168:10, 168:18, 168:23, 169:3, 169:19, 169:20, 170:6, 170:17, 171:1, 173:22, 173:23, 174:16, 176:21, 180:19, 181:20, 181:22, 181:23, 182:23, 182:25, 186:18, 186:20, 187:21, 191:2, 191:8, 191:24, 195:22, 196:23, 196:24, 197:20, 200:17, 201:11, 204:4, 204:22, 206:14

**WhiteHouse.gov** [1] - 126:25

**whole** [5] - 85:6, 85:16, 158:9, 175:16, 184:15

**wide** [3] - 27:16, 27:23, 33:22

**widely** [1] - 117:5

**wider** [2] - 171:3, 171:4

**widespread** [1] - 196:13

**widest** [2] - 170:18, 171:2

**wild** [2] - 13:25, 86:10

**wildest** [2] - 40:3, 40:18

**Wiles** [4] - 160:12,

160:15, 165:5, 165:9
**win** [2] - 79:20, 205:15
**window** [1] - 161:18
**wing** [6] - 57:1, 62:20, 65:1, 111:24, 111:25, 118:10
**winning** [1] - 65:9
**wire** [30] - 29:2, 39:5, 51:7, 64:18, 84:20, 100:14, 100:25, 101:1, 101:3, 101:13, 101:18, 102:23, 108:11, 109:5, 117:4, 117:14, 147:25, 154:24, 155:25, 156:3, 156:5, 156:12, 156:13, 168:20, 168:21, 169:1, 169:20, 169:25, 170:5
**wired** [2] - 28:20, 28:22
**wires** [1] - 109:10
**wish** [6] - 6:2, 59:8, 62:9, 71:13, 78:21, 84:15
**WITNESS** [63] - 3:2, 18:5, 18:7, 18:10, 18:23, 19:1, 23:3, 26:25, 30:15, 31:17, 31:20, 31:23, 38:25, 39:9, 42:9, 46:8, 71:13, 76:14, 77:4, 77:13, 77:18, 77:25, 78:8, 78:11, 78:13, 78:20, 78:24, 79:7, 79:9, 80:19, 82:7, 82:16, 82:24, 84:20, 84:23, 84:25, 86:25, 89:6, 89:16, 89:18, 93:5, 93:19, 93:24, 95:15, 97:15, 99:16, 99:20, 100:14, 100:19, 102:14, 106:22, 119:8, 122:8, 122:24, 129:1, 133:12, 133:25, 137:7, 138:22, 140:24, 147:19, 148:17, 149:12
**witness** [11] - 5:12, 6:2, 32:1, 41:25, 49:4, 64:25, 89:7, 105:2, 106:5, 149:13, 157:1
**witness's** [2] - 90:2, 137:3
**witnesses** [8] - 6:12, 6:14, 6:17, 16:15, 16:17, 17:8, 151:10,

184:3
**witnessing** [1] - 176:13
**Women's** [5] - 74:14, 127:4, 135:22, 145:2, 158:13
**women's** [3] - 75:25, 200:8, 201:23
**won** [1] - 36:19
**wonderful** [1] - 25:5
**wondering** [1] - 161:22
**wonky** [1] - 210:18
**word** [8] - 104:22, 104:23, 180:21, 188:23, 190:8, 191:14, 202:22, 210:24
**words** [16] - 8:4, 47:8, 77:1, 86:13, 102:22, 103:19, 103:20, 146:15, 159:4, 165:9, 174:15, 181:13, 189:25, 193:9, 194:2, 205:10
**works** [8] - 37:20, 41:16, 48:10, 53:10, 54:1, 82:5, 102:10, 136:14
**workspace** [1] - 108:8
**world** [19] - 20:16, 25:1, 37:8, 42:11, 63:11, 86:23, 86:24, 87:1, 96:9, 96:22, 99:1, 106:17, 108:13, 108:17, 114:12, 123:6, 125:14, 148:7
**worldwide** [1] - 170:22
**worst** [1] - 38:22
**worthless** [1] - 28:18
**worthy** [6] - 108:1, 108:24, 109:2, 109:3, 109:5, 109:18
**wrangler** [1] - 94:19
**wranglers** [1] - 99:25
**writ** [2] - 125:14, 188:21
**write** [8] - 96:20, 96:24, 99:4, 100:14, 103:1, 103:2, 109:18, 114:6
**write-through** [1] - 103:1
**write-throughs** [1] - 103:2
**writer** [1] - 41:8
**writes** [1] - 135:3
**writing** [2] - 10:6,

112:14
**written** [6] - 10:7, 102:8, 106:18, 113:12, 162:16, 188:23

## Y

**Yale** [1] - 188:15
**yards** [1] - 104:17
**year** [12] - 31:15, 41:7, 56:18, 56:19, 77:12, 77:24, 78:7, 78:8, 78:10, 82:15, 129:10
**Year's** [1] - 123:10
**years** [15] - 19:8, 19:15, 19:20, 23:8, 41:19, 43:11, 43:12, 46:4, 46:5, 55:16, 88:14, 90:9, 123:18, 140:8, 143:9
**yelling** [1] - 87:8
**yells** [2] - 73:3, 73:4
**yes's** [1] - 144:15
**yesterday** [9] - 74:14, 74:16, 127:4, 140:2, 145:1, 158:11, 158:12, 200:8, 201:3
**yesterday's** [1] - 135:21
**Yogi** [1] - 7:16
**York** [7] - 1:20, 53:4, 87:7, 87:14, 156:4, 212:21
**Youngstown** [2] - 187:8, 194:23
**yourself** [1] - 170:23
**yourselves** [1] - 4:4
**YouTube** [6] - 126:25, 127:7, 127:13, 164:6, 172:17, 172:19
**Yuri** [1] - 64:12

## Z

**ZEKE** [3] - 3:6, 89:16, 90:6
**Zeke** [9] - 4:9, 26:6, 27:1, 31:3, 31:24, 57:11, 85:10, 89:11, 90:6
**Zelensky** [17] - 36:13, 36:16, 37:24, 39:17, 64:21, 64:25, 66:19, 86:9, 86:22, 87:1, 87:9, 121:6, 130:13, 157:23,

184:12, 184:14, 185:5
**Zelensky's** [2] - 36:20, 37:2
**Zemel** [3] - 15:20, 186:17, 187:23
**zero** [1] - 120:20