UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ASSOCIATED PRESS**,<br><br>Plaintiff,<br><br>v.<br><br>**TAYLOR BUDOWICH**, in his official capacity as White House Deputy Chief of Staff, *et al*.,<br><br>Defendants. | Case No. 1:25-cv-00532 (TNM) |

## ORDER

The Associated Press ("AP") moved for a preliminary injunction against the White House Chief of Staff, Deputy Chief of Staff, and Press Secretary (collectively, "the Government"). Am. Mot. Preliminary Inj., ECF No. 27. It sought to enjoin the Government from denying the AP access to the Oval Office, Air Force One, and other limited spaces because of the AP's viewpoint. The Court granted the AP's preliminary injunction request. Mem. Order, ECF No. [46]. The Court now, on its own motion, stays its Memorandum Order imposing a preliminary injunction through April 13, 2025, to provide the Government time to seek an emergency stay from a higher court and to prepare to implement the Court's injunction. This stay automatically dissolves after April 13, absent further relief from a higher court.

For this reason, it is hereby

**ORDERED** that the Court's [46] Memorandum Order Granting Plaintiff's [27] Amended Motion for Preliminary Injunction is **STAYED** through April 13, 2025. **SO ORDERED.**

Dated: April 8, 2025

TREVOR N. McFADDEN