UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE ASSOCIATED PRESS,<br><br>      Plaintiff,<br><br>v.<br><br>TAYLOR BUDOWICH,<br>White House Deputy Chief of Staff, et al.,<br><br>      Defendants. | Civil Action No. 25-0532 (TNM) |

## NOTICE OF APPEAL

Defendants—Taylor Budowich, in his official capacity as White House Deputy Chief of Staff; Karoline Leavitt, in her official capacity as White House Press Secretary; and Susan Wiles, in her official capacity as White House Chief of Staff—respectfully provide notice that they hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the Court's Memorandum Order of April 8, 2025 (ECF No. 46), which granted the motion for a preliminary injunction filed by Plaintiff the Associated Press and entered a preliminary injunction against Defendants.

Dated: April 9, 2025
       Washington, DC

Respectfully submitted,

EDWARD R. MARTIN, JR., D.C. Bar #481866
United States Attorney

By:      */s/ Brian P. Hudak*
     BRIAN P. HUDAK
     Chief, Civil Division
     601 D Street, NW
     Washington, DC 20530
     (202) 252-2549

*Attorneys for the United States of America*