UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE ASSOCIATED PRESS,<br><br>      Plaintiff,<br><br>  v.<br><br>TAYLOR BUDOWICH,<br>  White House Deputy Chief of Staff, et al.,<br><br>      Defendants. | Civil Action No. 25-0532 (TNM) |

**[PROPOSED] ORDER**

UPON CONSIDERATION of Defendants' motion to stay pending appeal and the entire record herein, it is hereby

ORDERED that Defendants' motion is GRANTED; and it is further

ORDERED that the Court's Memorandum Order of April 8, 2025, which entered a preliminary injunction against Defendants is STAYED pending the disposition of Defendants' appeal to the United States Court of Appeals for the District of Columbia Circuit and the disposition of any petition for a writ of certiorari to the Supreme Court that Defendants may seek thereof.

SO ORDERED:

_____                            _____
Date                                                                        TREVOR N. MCFADDEN
                                                                               United States District Judge