# Exhibit A

| | |
|---|---|
| **From:** | Tobin, Charles D. |
| **Sent:** | Monday, April 14, 2025 8:43 PM |
| **To:** | Lyons, Jane (USADC); Hudak, Brian (USADC); Freeman, Mark (CIV); Myers, Steven A. (CIV); Salzman, Joshua M. (CIV); Walker, Johnny (USADC); McArthur, Eric (CIV) |
| **Cc:** | Mishkin, Maxwell S.; Dudding, Sasha |
| **Subject:** | RE: Associated Press v. Taylor Budowich, et al. |

Thanks for your response, Jane. In reliance on the government's representation that the new White House press policy will comply with the District Court's injunction order, we will forbear from filing the motion to enforce for tonight. We look forward to receiving the new policy tomorrow. Thank you.

Best,
Chuck


**Charles D. Tobin**

**Ballard Spahr** LLP

1909 K Street, NW, 12th Floor
Washington, DC 20006-1157
202.661.2218 DIRECT
202.661.2299 FAX

tobinc@ballardspahr.com
VCARD

------------------------------
www.ballardspahr.com

---

**From:** Lyons, Jane (USADC) <Jane.Lyons@usdoj.gov>
**Sent:** Monday, April 14, 2025 6:59 PM
**To:** Tobin, Charles D. <TobinC@ballardspahr.com>; Hudak, Brian (USADC) <Brian.Hudak@usdoj.gov>; Freeman, Mark (CIV) <Mark.Freeman2@usdoj.gov>; Myers, Steven A. (CIV) <Steven.A.Myers@usdoj.gov>; Salzman, Joshua M. (CIV) <Joshua.M.Salzman@usdoj.gov>; Walker, Johnny (USADC) <Johnny.Walker@usdoj.gov>; McArthur, Eric (CIV) <Eric.McArthur@usdoj.gov>
**Cc:** Mishkin, Maxwell S. <MishkinM@ballardspahr.com>; Dudding, Sasha <duddings@ballardspahr.com>
**Subject:** RE: Associated Press v. Taylor Budowich, et al.

⚠ **EXTERNAL**

Hi Chuck,

   We respectfully disagree with your characterization of what happened today at the White House. AP was not selected today because it was not its turn under the policy allowing one wire service access each day. Notwithstanding any references to the litigation, the AP was not excluded today on the basis of the litigation. We anticipate a new press policy will be announced in the next 24 hours that also conforms to Judge McFadden's order.

Best,
Jane


**Jane M. Lyons** | Appellate Counsel (Civil)

Civil Division, U.S. Attorney's Office
601 D Street, NW, Washington, D.C. 20530
Ph: (202) 252-2540 | jane.lyons@usdoj.gov

---

**From:** Tobin, Charles D. <TobinC@ballardspahr.com>
**Sent:** Monday, April 14, 2025 4:54 PM
**To:** Hudak, Brian (USADC) <Brian.Hudak@usdoj.gov>; Freeman, Mark (CIV) <Mark.Freeman2@usdoj.gov>; Lyons, Jane (USADC) <Jane.Lyons@usdoj.gov>; Myers, Steven A. (CIV) <Steven.A.Myers@usdoj.gov>; Salzman, Joshua M. (CIV) <Joshua.M.Salzman@usdoj.gov>; Walker, Johnny (USADC) <Johnny.Walker@usdoj.gov>; McArthur, Eric (CIV) <Eric.McArthur@usdoj.gov>
**Cc:** Mishkin, Maxwell S. <MishkinM@ballardspahr.com>; Dudding, Sasha <duddings@ballardspahr.com>
**Subject:** [EXTERNAL] RE: Associated Press v. Taylor Budowich, et al.

Counsel – The Associated Press was informed today by the White House that, because the litigation is ongoing, it would not include the AP in the rotation for the White House press pool, even though the stay on the District Court's injunction order expired at midnight on Sunday.

In light of this, we plan to file a motion this evening asking the District Court to order the defendants to immediately restore the AP in the press pool rotation.

Please let us know, by 7 p.m. this evening, whether the defendants consent to this relief.

Thank you,
Chuck Tobin

**Charles D. Tobin**

1909 K Street, NW, 12th Floor
Washington, DC 20006-1157
202.661.2218 DIRECT
202.661.2299 FAX

tobinc@ballardspahr.com
VCARD

www.ballardspahr.com

---

**From:** Tobin, Charles D.
**Sent:** Monday, April 14, 2025 8:25 AM
**To:** Hudak, Brian (USADC) <Brian.Hudak@usdoj.gov>; mark.freeman2@usdoj.gov; jane.lyons@usdoj.gov; steven.a.myers@usdoj.gov; joshua.m.salzman@usdoj.gov
**Cc:** Mishkin, Maxwell S. <MishkinM@ballardspahr.com>; Dudding, Sasha <duddings@ballardspahr.com>
**Subject:** Associated Press v. Taylor Budowich, et al.

Counsel, our office represents The Associated Press in this matter.

As you know, the district court's injunction order, rendered on April 8 in favor of The Associated Press, became operative today, April 14. The injunction order requires the White House to "immediately rescind" the denial of AP's

access to the Oval Office and Air Force One, and to "immediately rescind [your] viewpoint-based denial of the AP's access to events open to all credentialed White House journalists."

We expect the White House to restore the AP's participation in the pool as of today, as provided in the injunction order.

Thank you,
Chuck Tobin

**Charles D. Tobin**

1909 K Street, NW, 12th Floor
Washington, DC 20006-1157
202.661.2218 DIRECT
202.661.2299 FAX

tobinc@ballardspahr.com
VCARD

www.ballardspahr.com