# Exhibit B

| | |
|---|---|
| From: | Tobin, Charles D. |
| Sent: | Tuesday, April 15, 2025 10:13 AM |
| To: | Lyons, Jane (USADC); Hudak, Brian (USADC); Freeman, Mark (CIV); Myers, Steven A. (CIV); Salzman, Joshua M. (CIV); Walker, Johnny (USADC); McArthur, Eric (CIV) |
| Cc: | Mishkin, Maxwell S.; Dudding, Sasha |
| Subject: | The White House's ongoing failure to include the AP in the press pool, in violation of the Court's injunction order |
| Attachments: | FW: DAILY GUIDANCE AND PRESS SCHEDULE FOR MONDAY, APRIL 14, 2025; FW: DAILY GUIDANCE AND PRESS SCHEDULE FOR TUESDAY, APRIL 15, 2025 |

Counsel, attached are the White House Daily Guidance and Press Schedules for yesterday, April 14, and today, April 15.

Despite the District Court's April 8 injunction order that required the White House to "immediately rescind" the denial of the Associated Press's access to the press pool, and the Court's denial on April 11 of the government's stay motion, the AP has not been selected for either the wire service or photo slots in the pool in the past five business days. In fact, as to photos, the White House has included the same four members of that pool both yesterday and today, excluding only the AP.

Again, today is the fifth business day since the District Court ordered the White House to "immediately" include the AP in the pool. Under a non-discriminatory system, the AP should have been selected for either the wire or photo pool, or both, by today.

Its continued failure to include the AP strongly indicates that the White House, as an official there told the AP yesterday, continues to be excluded because of the litigation the AP brought, and because the AP will not accede to the President's demands that it change *The AP Stylebook* to reflect his executive order's re-designation of the "Gulf of America."

We are waiting for the White House's firm commitment by close of business today that the AP will be restored to the pool "immediately" and regularly receive a rotating assignment to daily pool opportunities, as well as pre-credentialed events. If none is forthcoming, we will ask the District Court to enforce the injunction order.

Thank you,
Chuck Tobin


Charles D. Tobin

**Ballard Spahr** LLP

---

1909 K Street, NW, 12th Floor
Washington, DC 20006-1157
202.661.2218 DIRECT
202.661.2299 FAX

tobinc@ballardspahr.com
VCARD

--------------------------------
www.ballardspahr.com

## Dudding, Sasha

**From:** Tobin, Charles D.
**Sent:** Tuesday, April 15, 2025 9:10 AM
**To:** Tobin, Charles D.
**Subject:** FW: DAILY GUIDANCE AND PRESS SCHEDULE FOR MONDAY, APRIL 14, 2025



**FOR IMMEDIATE RELEASE**
04/13/25

### DAILY GUIDANCE AND PRESS SCHEDULE
### FOR MONDAY, APRIL 14, 2025

**In-Town Pool**

Wire: Reuters

Photos: AFP, NYT, Reuters, Getty

TV Corr & Crew: CNN

Secondary TV Corr & Crew: Telemundo

Print: Washington Examiner

Radio: CBS Radio

**EDT**

9:00 AM        In-Town Pool Call Time

11:00 AM       THE PRESIDENT greets the President of the Republic of El Salvador

*Stakeout Location*

*Open Press*

**11:05 AM**      **THE PRESIDENT participates in a Bilateral Meeting with the President of the Republic of El Salvador**

*Oval Office*

*White House Press Pool*

**11:35 AM**      **THE PRESIDENT participates in a Bilateral Lunch with the President of the Republic of El Salvador**

*Cabinet Room*

*Closed Press*

**3:00 PM**      **THE PRESIDENT participates in a visit with the 2025 College Football National Champions - The Ohio State University**

*South Lawn*

*Pre-Credentialed Media*

*Media Sign-Up Link* [Here](#)

*(Link closes Monday, April 14 at 8:00 AM)*

To ensure uninterrupted delivery of these emails, please add press@mail.whitehouse.gov to your Address Book and/or Safe Sender list.

The Office of Communications · 1600 Pennsylvania Ave NW · Washington, DC 20500-0005 · USA · 202-456-1111

**Privacy Policy** | **Unsubscribe**

**Dudding, Sasha**

---

**From:** Tobin, Charles D.
**Sent:** Tuesday, April 15, 2025 9:09 AM
**To:** Tobin, Charles D.
**Subject:** FW: DAILY GUIDANCE AND PRESS SCHEDULE FOR TUESDAY, APRIL 15, 2025



FOR IMMEDIATE RELEASE
04/14/25

## DAILY GUIDANCE AND PRESS SCHEDULE
## FOR TUESDAY, APRIL 15, 2025

**In-Town Pool**

Wire: Bloomberg

Photos: AFP, NYT, Reuters, Getty

TV Corr & Crew: FOX

Secondary TV Corr & Crew: Sinclair

Print: Washington Post

New Media: Spectrum News

Radio: FOX Radio

**EDT**

**9:00 AM**     **In-Town Pool Call Time**

**12:30 PM**          **THE PRESIDENT and the Vice President have lunch**

*Private Dining Room*

*Closed Press*

**2:30 PM**          **THE PRESIDENT signs Executive Orders**

*Oval Office*

*Closed Press*

**3:30 PM**          **THE PRESIDENT participates in a Commander-in-Chief Trophy Presentation to the Navy Midshipmen - the United States Naval Academy**

*East Room*

*Pre-Credentialed Media*

*Media Sign-Up Link Here*

*Media Link closes Tuesday at 10:00 AM*

**Briefing Schedule**

**1:00 PM**          **Press Briefing by the White House Press Secretary Karoline Leavitt**

*James S. Brady Press Briefing Room*

*On Camera*

To ensure uninterrupted delivery of these emails, please add press@mail.whitehouse.gov to your Address Book and/or Safe Sender list.

The Office of Communications · 1600 Pennsylvania Ave NW · Washington, DC 20500-0005 · USA · 202-456-1111

Privacy Policy | Unsubscribe