# Exhibit D



**< WHITE HOUSE POOL**

# DAILY GUIDANCE AND PRESS SCHEDULE FOR WEDNESDAY, APRIL 16, 2025



**White House Pool**
POSTED AUTOMATICALLY

**4/15/2025** · 10:21:21 PM EDT

FOR IMMEDIATE RELEASE

04/15/25

DAILY GUIDANCE AND PRESS SCHEDULE

FOR WEDNESDAY, APRIL 16, 2025

In-Town Pool

TV Corr & Crew: NBC

Photos: AFP, NYT, Reuters, Getty

Print: Washington Times

Radio: iHeartMedia

Secondary TV Corr & Crew: EWTN

Secondary Print: The Daily Signal

New Media: Christian Broadcasting Network


EDT

9:00 AM In-Town Pool Call Time


11:30 AM THE PRESIDENT receives his Intelligence Briefing

Oval Office

Closed Press


6:30 PM THE PRESIDENT participates in an Easter Prayer Service and Dinner

Blue Room

White House Press Pool

 Loading...  Your Feed  Top Stories  More

Case 1:25-cv-00532-TNM    Document 56-4    Filed 04/16/25    Page 3 of 3

To ensure uninterrupted delivery of these emails, please add [EMAIL ADDRESS] to your Address Book and/or Safe Sender list.

The Office of Communications . 1600 Pennsylvania Ave NW . Washington, DC 20500-0005 . USA XXX-XXX-XXXX

** Privacy Policy (https://www.whitehouse.gov/privacy/)

S P O N S O R E D

**Start Applying for Grants**

Updated weekly with the newest grant applications. Start applying to multiple sources.

USA Fundin

 Loading...     Your Feed     Top Stories