IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE ASSOCIATED PRESS,<br><br>        Plaintiff,<br><br>v.<br><br>TAYLOR BUDOWICH, et al.,<br><br>        Defendants. | Case No. 25-cv-532-TNM |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S
MOTION TO ENFORCE PRELIMINARY INJUNCTION**

      This matter came before the Court on the motion of Plaintiff The Associated Press to enforce the preliminary injunction entered in this matter on April 8, 2025. Having reviewed the papers filed in support of the motion, any response(s) thereto, and being fully advised, the Court hereby GRANTS Plaintiff's motion and orders that Defendants shall, by 5:00 p.m. ET on April 16, 2025, file a status report to inform the Court on the actions they have taken to comply with the preliminary injunction.

      **SO ORDERED** this _____ day of _____, 2025

_____<br>UNITED STATES DISTRICT JUDGE