UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE ASSOCIATED PRESS,<br><br>    Plaintiff,<br><br>  v.<br><br>TAYLOR BUDOWICH, White House Deputy Chief of Staff, et al.,<br><br>    Defendants. | Civil Action No. 25-0532 (TNM) |

## NOTICE OF APPEARANCE

    The Clerk of the Court will please enter the appearance of Assistant United States Attorney Jane M. Lyons as counsel for Defendants in this action.

Dated: April 16, 2025

                                  Respectfully submitted,

                                  */s/ Jane M. Lyons*
                              JANE M. LYONS, D.C. Bar #451737
                              Assistant United States Attorney
                              601 D Street, NW
                              Washington, DC 20530
                              (202) 252-2540
                              Jane.Lyons@usdoj.gov

                              *Attorney for the United States of America*