UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

THE ASSOCIATED PRESS,

        Plaintiff,

    v.

TAYLOR BUDOWICH,
White House Deputy Chief of Staff, et al.,

        Defendants.

Civil Action No. 25-0532 (TNM)

## THIRD DECLARATION OF TAYLOR BUDOWICH

I, TAYLOR BUDOWICH, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury that the following is true and correct to the best of my recollection and belief.

1.    I am Deputy Chief of Staff and Cabinet Secretary at the White House.

2.    I offer the following declaration based on my personal knowledge and information that I have learned in the scope of my job responsibilities.

3.    Based on my present knowledge, since April 14, 2025, the Associated Press has not been excluded from the White House Press Pool based on its viewpoint.

4.    On Monday, April 14, 2025, Reuters was selected for the then-existing daily press pool slot for wire services because it was Reuters's regular turn in the rotation.

5.    On Tuesday, April 15, 2025, the White House announced a new Press Pool Policy. Under that policy, the Associated Press's treatment is not based on its viewpoint. I understand that absent a stay of the Court's injunction in this matter, the Associated Press is expected to receive a spot in the Press Pool for print journalists by April 20, 2025. I also understand that photojournalists from the Associated Press are eligible for rotation into the pool and will not be denied access based on viewpoint. I understand that an AP photojournalist was admitted to the pool today.

Dated:  April 17, 2025.

TAYLOR BUDOWICH

Deputy Chief of Staff and Cabinet Secretary