UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE ASSOCIATED PRESS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>TAYLOR BUDOWICH,<br>　White House Deputy Chief of Staff, et al.,<br><br>　　　　Defendants. | Civil Action No. 25-0532 (TNM) |

### [PROPOSED] ORDER

UPON CONSIDERATION of Defendants' consent motion to stay, and the entire record herein, it is hereby

ORDERED that Defendants' consent motion is GRANTED;

ORDERED that all proceedings in this action except for any future proceedings to enforce the Court's preliminary injunction (ECF No. 46) are STAYED pending further order of the Court; and it is further

ORDERED that the parties shall submit a joint status report within fourteen days of the D.C. Circuit resolving Defendants' pending appeal of the preliminary injunction in this action.

SO ORDERED:

_____　　　　　　　　　　_____
Date　　　　　　　　　　　　　　　　　　　TREVOR N. MCFADDEN
　　　　　　　　　　　　　　　　　　　　　United States District Judge