```
 1              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF COLUMBIA
 2
       - - - - - - - - - - - - - - - x
 3     ASSOCIATED PRESS,
                                    CA No:  1:25-cv-00532-TNM
 4              Plaintiff,
                                    Washington, D.C.
 5     v.                           Friday, April 18, 2025
                                    10:27 a.m.
 6
       TAYLOR BUDOWICH, et al.,
 7
                Defendants.
 8     - - - - - - - - - - - - - - - x

 9     _____

10                 TRANSCRIPT OF MOTIONS HEARING
            HELD BEFORE THE HONORABLE TREVOR N. McFADDEN
11                 UNITED STATES DISTRICT JUDGE

12     _____

       APPEARANCES:
13
       For the Plaintiff:       CHARLES D. TOBIN, ESQ.
14                              SASHA DUDDING, ESQ.
                                BALLARD SPAHR LLP
15                              1909 K Street, NW, 12th Floor
                                Washington, DC 20006
16                              (202) 661-2218
                                tobinc@ballardspahr.com
17                              duddings@ballardspahr.com

18     For the Defendants:      JANE M. LYONS, ESQ.
                                U.S. ATTORNEY'S OFFICE for D.C.
19                              Civil Division
                                555 Fourth Street, NW
20                              Washington, DC 20530
                                (202) 252-2540
21                              jane.lyons@usdoj.gov

22     Court Reporter:          Lisa A. Moreira, RDR, CRR
                                Official Court Reporter
23                              U.S. Courthouse, Room 6718
                                333 Constitution Avenue, NW
24                              Washington, DC  20001
                                (202) 354-3187
25
```

```
1                      P R O C E E D I N G S

2             THE COURTROOM DEPUTY:  Your Honor, this is Civil

3       Action 25-532, Associated Press v. Budowich, et al.

4             Counsel, please come forward to identify

5       yourselves for the record starting with the plaintiff.

6             MR. TOBIN:  Good morning, Your Honor; Charles

7       Tobin with the law firm of Ballard Spahr on behalf of the

8       Associated Press.  With me at counsel table is co-counsel,

9       Sasha Dudding, and our client representative, Zeke Miller,

10      from the Associated Press.

11            THE COURT:  Good morning, folks.

12            MS. LYONS:  Good morning, Your Honor; I'm Jane

13      Lyons.  I'm with the U.S. Attorney's Office for the District

14      of Columbia in the civil division.

15            I'm a colleague of Mr. Hudak's, and he's not in

16      the country right now.

17            THE COURT:  All right.  Good morning, Ms. Lyons.

18            All right.  We're here on the plaintiff's motion

19      to enforce.

20            Mr. Tobin, why don't I start with you.  First, do

21      you agree with the government that one of your clients was

22      able to participate in the press pool yesterday?

23            MR. TOBIN:  Yes, Your Honor, the photography --

24      the photographer was permitted into the press pool for the

25      first time in a long time, since mid-February.
```

1          THE COURT:  Okay.  And do you agree that the new

2    policy from earlier this week is at least facially compliant

3    with my order and then would be sufficient for nonpublic

4    forum analysis?

5          MR. TOBIN:  It is not, Your Honor.  It's a flat

6    violation of your order in several respects, and it would

7    not comport with either the First Amendment or the Court's

8    order.

9          THE COURT:  Okay.

10          MR. TOBIN:  If I can explain?

11          THE COURT:  Please, yes.

12          MR. TOBIN:  Yes.  Your Honor, in fact, we think

13    that the new pool policy really is a thumb in the nose --

14    thumbing the nose at the Associated Press and at this Court.

15    One of the judges yesterday, when we had the stay hearing,

16    characterized it as a poke in the eye, and that's a poke in

17    the eye of AP and this Court.  That policy permits at the

18    very bottom absolute discretion over access to the Oval

19    Office, Air Force One, and other comparably sensitive spaces

20    for the President of the United States.

21          Your Honor, they bury the lede in this policy by

22    putting that phrasing last.  That is the overarching

23    principle that governs the entire policy, that the President

24    has absolute discretion over the press pool.  And if he's

25    reserving absolute discretion to himself without

1    qualification, he is not complying with the Court's order

2    because he is permitting himself the authority to exclude on

3    the basis of viewpoint.  That's what the words "absolute

4    discretion" mean.

5            The order -- the policy additionally, Your Honor,

6    contains the word, in several places, "eligible"; so, Your

7    Honor, the policy recites that people will be eligible for

8    -- eligible outlets, it's the first bullet, will be chosen

9    for the White House press pool on a rotating basis.

10           The second bullet says, "Although eligible outlets

11   will generally rotate, the White House press secretary shall

12   retain day-to-day discretion to determine the composition of

13   the pool."

14           The fourth bullet says, "Wire-based outlets will

15   be eligible for selection as part of the pool's daily print

16   journalist rotation."

17           And then the final bullet says, "Outlets will be

18   eligible for participation in the pool irrespective of

19   substantive viewpoint."

20           "Eligible," "eligible," "eligible," "eligible,"

21   and another qualifying word "generally."

22           And then, again, all of that is cabined at the

23   very bottom by the phrase:  The President retains absolute

24   discretion over access to the Oval Office, Air Force One,

25   and other comparably sensitive spaces.

1          Your Honor, we had had a colloquy in this Court

2     over the word "eligible" when it appeared in the second

3     Budowich declaration.  Your Honor had very pointedly asked

4     government counsel "What does that mean?"  And government

5     counsel candidly -- and I salute him for his candor with the

6     Court -- said to you that "'Eligible' means that just like

7     I'm eligible to play for the Washington Nationals, I ain't

8     going to get chosen."

9          And then you asked him specifically about

10    viewpoint, does that reserve the right to exclude by

11    viewpoint?  And he said yes, and he, in sum and substance,

12    told the Court the Associated Press under the White House's

13    policy would not get into the press pool because it is

14    violating what the President views as the law in refusing to

15    yield its editorial discretion to the White House.

16          And so, Your Honor, for this policy to incorporate

17    the word "eligible" as guiding criteria over and over again,

18    we have to interpret that in the way that counsel has

19    represented to the Court, and that is to leave plenty of

20    room for the exclusion based on viewpoint.  And certainly if

21    the press secretary can control day-to-day access of who's

22    -- of the eligible people and who actually gets into the

23    pool, and the President retains absolute discretion to

24    decide who gets into the pool, they are not conforming with

25    this Court's order, and, in fact, this new policy is a

1    direct violation of that order.

2            Your Honor, if you aggregate that with the fact

3    that your order went into effect, the stay expired, and the

4    Court was very gracious in granting -- and deferential in

5    granting the White House a stay until Monday.  You entered

6    the stay for purposes of allowing them to seek an appeal in

7    the higher court.  They sought an appeal from you -- I'm

8    sorry, a stay in the higher court.  They sought a stay from

9    you, Your Honor, and Your Honor strongly rejected that stay

10    request, and the other part of your order was an order to

11    prepare to comply with the Court's order.

12            So on Monday we asked, "How are you complying with

13    the Court's order?  What preparations have you made?  Are we

14    getting into the pool?"

15            We did not get into the pool Monday or Tuesday or

16    Wednesday, and, Your Honor, if we were to do the math, at

17    the very least the photographer should have gotten into the

18    pool under any rotation system because in the most generous

19    view, if there are five people in the photo pool and under

20    their policy there were previously four slots, including all

21    five of them, then by the math we should have gotten in

22    either Monday or Tuesday and certainly by Wednesday.

23            THE COURT:  It really didn't look like there was a

24    rotation at all, did it?

25            MR. TOBIN:  It does not seem like there's any

1    rotation system at all.

2            And this is part of the problem, is the opacity of

3    this order.  It sets out a lot of words about eligibility

4    and viewpoint neutrality.  It makes a statement about

5    viewpoint neutrality -- a self-serving statement we think --

6    in an attempt to paper over noncompliance with this Court's

7    order, both in terms of the pattern of the conduct Monday,

8    Tuesday, and Wednesday in defiance of this Court's order,

9    and then telling us don't worry about it, we're going to

10   issue a new policy that complies with the Court's order.

11           I mean, Your Honor, that's why we didn't file the

12   first few days.  We actually were very mindful of the

13   history and the discussion we had at the TRO hearing where

14   the Court said, "I commend you for trying to work with the

15   White House, but part of a TRO requires pace, haste, moving

16   quickly."

17           So, Your Honor, we refrained as long as we thought

18   reasonable in order to have the conversation with the White

19   House.  We refrained as long as we thought would be

20   tolerable for the Court under the guidance the Court gave

21   us.  And once we saw that we were not getting in the pool

22   Wednesday, and once we saw this policy that is a stick in

23   the Court's eye and violates the injunction order, we moved

24   as quickly as we could for relief.

25           And so we would ask the Court to enforce its order

 1   against this policy.

 2          THE COURT:  So the eligible point, I certainly

 3   remember that conversation with Mr. Hudak.

 4          MR. TOBIN:  You cited it four times in your order.

 5          THE COURT:  Nonetheless, I mean, your client now

 6   has gotten into the press pool, and so I guess regardless of

 7   Mr. Hudak's understanding or regardless of how it was being

 8   operated before Tuesday, it seems like "eligible" does --

 9   well, one couldn't say your client is now being kept out in

10   the way that it had been kept out before, and thus

11   "eligibility" must mean something slightly different than

12   what it did before.

13          MR. TOBIN:  Well, it's still subject to the

14   absolute discretion of the President, so tomorrow the

15   President can exercise, without this Court stepping in, his

16   absolute discretion to exclude the photographer.

17          I think they're playing a wait-and-see game in

18   what the Court does next in order to tailor their action.

19   After all, he reserves the right to go back to viewpoint

20   discrimination flat out and patently.  He reserves the right

21   to do that at the bottom of this policy if a stay is entered

22   or the Court modifies its injunction, and so we think that

23   this policy really is part and parcel of gamesmanship at the

24   White House in order to continue to exclude the AP.

25          We've talked about the photography pool and what's

1    happening with the photographer.

2          On the print pool, Mr. Miller and his colleagues,

3    the print journalists on the text side, have now been

4    aggregated with now a larger print population of hard

5    passholders.  They did away with the wire service category

6    entirely in that pool.  We think that they did that

7    punitively in order to dilute the AP's access.  They did

8    that in order to put the AP in a larger rotation pool,

9    again, to dilute the access.

10          The very first pool opportunity they've given to

11    the AP is on the President's golfing day, on Saturday.  So

12    it's not even an Oval Office or a White House presidential

13    event.  It's accompanying the President as he shoots the

14    links.  And, Your Honor, they did that all in reaction to

15    the Court's injunction order.

16          And so there's some semblance of a rotation

17    involving the text journalists, but it certainly is vastly

18    inferior to what it had before, and relegating us to an

19    inferior class is a punitive act taken directly in violation

20    of this Court's order.

21          And so, you know, to us, what the White House

22    ought to do and what we would ask this Court to do is to

23    strike this order as a violation of the Court's injunction.

24    And if the White House wants to, it can easily go back to

25    the system that it announced on February 25, right after the

1    TRO hearing, in which Ms. Leavitt got up at the podium and

2    said:  We're going to have a new rotation.  We're increasing

3    and creating new opportunities for newer media -- which is

4    fine -- and we're going to have a wire rotation and a photo

5    rotation, and the entities that are a part of that rotation

6    are in the record, but we're going to exclude the AP.

7            They can easily comply with the Court's order by

8    going back to what they have said was going to be their new

9    system on February 25 so long as they include the AP in

10   those rotations.  That, to us, would satisfy the Court's

11   order if they were to adopt that.

12           This order does not because it relegates the AP to

13   a much more subordinated status than it had before.  It does

14   it in reaction to our exercising our right to petition this

15   Court, and we petitioned this Court because of the violation

16   of our right to exercise our freedom of the press, freedom

17   of expression.

18           And they really are playing -- again, Your Honor,

19   I'll just say they're playing games in order to try and

20   reserve to themselves the absolute discretion of the

21   President to continue to exclude the AP.

22           THE COURT:  What sort of enforcement mechanisms do

23   you think are available to me at this point?

24           MR. TOBIN:  We have a few suggestions, Your Honor.

25           The one that we would most strongly recommend and

1    ask the Court is to find that the items we've complained

2    about in this order violate the preliminary injunction and

3    cannot be forced consistent with the preliminary injunction,

4    and so the remedy there would be to strike the new press

5    policy.  And we could do it just a simple -- we could ask

6    the Court to just simply say the press policy is invalid

7    because it violates the Court's injunction order, and then,

8    again, if the White House wants to do the sensible thing and

9    ensure compliance, I'm just putting on the record the prior

10   policy from February 25.  So long as the rotations in both

11   wire and photo include the Associated Press on a regular

12   rotating basis equal to every other member of that category

13   of the pool, that would be perfectly consistent with the

14   Court's injunction order.  So that would be our primary

15   suggestion and request to the Court for a remedy.

16          The secondary suggestion might be that the Court

17   order the government to explain how this new policy complies

18   and provide us with an opportunity to respond.  For example,

19   require the government to file a detailed submission

20   explaining what is behind each of those criteria --

21   eligibility, general assignment, and the President's

22   absolute discretion -- and we can hold another hearing, Your

23   Honor, to discuss whether that's appropriate if the Court

24   felt that oral argument was necessary, or the Court could

25   rule on those papers.

1          And then finally, Your Honor, if this were

2     ordinary litigation -- and clearly it is not -- I would

3     offer to submit a proposed order.  The Court could fashion

4     some kind of a dialogue or mediated remedy in which we

5     participated in a discussion with the White House and tried

6     to come to the Court with some kind of a policy that we

7     believe would conform with the Court's order and with the

8     Constitution.

9          So those are three different directions that we

10    came to the Court prepared today to suggest as a remedy.

11         THE COURT:  I mean, my -- I don't have a lot of

12    experience with parties arguably violating my injunctions,

13    but it strikes me that the typical route is some sort of

14    civil contempt with -- I mean, some sort of monetary penalty

15    that would accumulate.  Is that your understanding of how

16    this would work?

17         MR. TOBIN:  Your Honor, that's certainly within

18    the Court's tools to administer, absolutely.

19         THE COURT:  So the policy here -- I mean, we had

20    -- we've had various iterations of the press pool over the

21    last few months.  I think the preexisting kind of White

22    House correspondents policy was quite favorable to your

23    client having two permanent seats, and I think you

24    implicitly acknowledge your client is not necessarily

25    entitled to that, and your suggestion of going back to the I

1    guess February policy --

2              MR. TOBIN:  February 25th, Your Honor.  It's at

3    Exhibit D to Mr. Miller's second declaration -- third

4    declaration, Exhibit D.  He outlines what the White House

5    announced was the policy on February 25.

6              THE COURT:  Right.  And so that took away your

7    permanent seats and gave you a rotating basis, and this week

8    you've now been -- still have kind of a rotating seat but

9    now it's with a larger denominator, if you will.

10             I mean, it strikes me that all three of those

11   policies are -- well, these -- I guess I don't see how, if

12   the last policy was facially neutral, this one is not.  I

13   guess I'm trying to understand why this policy would not

14   meet nonpublic forum analysis assuming that I don't agree

15   with you on the eligibility point.

16             MR. TOBIN:  Fair enough.  Fair enough to frame the

17   question that way.

18             First of all, the absolute discretion to the

19   President is a flat out problem for the Constitution and, we

20   think, should be a problem for this Court in terms of the

21   authority of the Court to enforce its own order.  It is a

22   violation of the order for the President to continue to

23   declare absolute discretion.

24             That's exactly where we started on this.  It's

25   exactly the argument Mr. Hudak made.  It's exactly the

1    argument that the Court rejected resoundingly in not one but

2    two orders.  So that order, at least as to that provision,

3    is problematic, Your Honor, and is grounds enough to grant

4    the remedy that we seek.

5            Second of all, Your Honor, when the rotation --

6    the rotation for photos back in the February 25th, the White

7    House announced that there would be three spots among three

8    outlets for photographs, and so every photographer got in

9    the room.  There was no rotation per se when it came to the

10   February 25 policy.  So for now --

11           THE COURT:  For the photographers.

12           MR. TOBIN:  For the photographers.

13           And so we are now in a position where if we're

14   rotating, we have been -- if they've changed the entire

15   system in order to diminish the position of the AP in a very

16   material way by putting us in some sort of a rotation that's

17   opaque on the face of this order, there is a diminution,

18   there is a substantially inferior opportunity, and it was

19   done in reaction to this Court's order, and that should be

20   of concern.

21           And within the language of the Court's order, the

22   Court pointed out that if you're placed in an inferior

23   position in a retaliatory fashion, that is of constitutional

24   concern, and so that should remain a concern for the Court.

25           Second of all, there was -- had been -- a wire

1    service category.  That wire service category was eliminated

2    for the express purpose, we believe, of diminishing the AP's

3    opportunities to get into the Oval Office, and we need to

4    look no further for evidence of that than the fact that the

5    AP has now been told, fine, you can be in the print

6    rotation, and you can go watch the President golf.  Not

7    exactly a moment in history that animated, we think, the

8    Court's entire view of what the AP was being deprived of in

9    the first place.

10           So the elimination of the wire spot was a punitive

11    act in violation of this Court's order, and if this Court

12    were to strike the policy, I'm not saying the Court should

13    order the White House to go back to the February 25th.  We

14    would enjoy it, if the Court would.  But the Court could

15    certainly -- in striking the order, the White House could

16    certainly go back to that system, and we would not be back

17    here complaining to the Court that it was a violation of the

18    Court's order or the Constitution.

19           THE COURT:  So, you know, my opinion focused a lot

20    on the peer wire services, and I thought some of your most

21    salient evidence was that they're really not being treated

22    as they were despite this long history of equal treatment.

23           Why shouldn't I just kind of look at the proof in

24    the pudding and say, regardless what the policy is, I would

25    expect that the AP should be getting into the press pool on

1    roughly equivalent terms as Bloomberg and Reuters?

2         MR. TOBIN:  I think that would be a leap of faith

3    in the face of a policy that reserves absolute discretion

4    for viewpoint discrimination.  The Court was appropriately

5    concerned with the representations that were made in the

6    Budowich declarations.  They contradicted each other.  They

7    used the word "eligible," which the Court got behind.  And,

8    again, you relied on it four times in your order.

9         I think given that we are under the supervision of

10    the Court for the conduct of this litigation, this Court has

11    now issued an order -- a very strongly worded order -- to

12    the White House, strongly worded opinion, actually a very

13    elegantly narrow order itself to the White House.  The Court

14    should not accept the White House's representations that

15    we've now issued an order, and that order was completely

16    viewpoint neutral.  It is not.  And we've now conveniently

17    started assigning the AP to different pool events in a

18    larger diluted pool after excluding us for three days

19    despite the Court's order, and now relegating us to a larger

20    diluted population again in response to the Court's order

21    that there be no viewpoint discrimination.

22         THE COURT:  So I guess I'm still -- I'm not sure

23    that I would be trusting anybody.  I would just be looking

24    at what's happening.  And if your photographer is getting

25    into the press pool comparably to Reuters, Bloomberg, AFP --

```
1      is AFP a wire service as well?

2              MR. TOBIN:  Yes.  No, I'm sorry, it is not a wire

3      service.

4              THE COURT:  Okay.  Then things look good there

5      regardless what the policy says.  If Mr. Miller is getting

6      into the press pool roughly similarly to the other wire

7      reporters, that's fine regardless of the policy.

8              Why isn't that the more straightforward approach

9      rather than trying to battle over different policies that I

10     think you would say can be pretty easily manipulated

11     regardless of what the policy says?

12             MR. TOBIN:  Well, I think the policy on February

13     25, if it included the AP, would not be easy to manipulate

14     as long as it was clear that that is the policy.

15             Your Honor, I don't think this Court is in a

16     position to disregard an unconstitutional White House press

17     policy, so I would resist the Court's suggestion that we

18     only look at what's happened, that conveniently after we

19     moved to enforce -- I mean, the pool assignments were made

20     one hour after we moved to enforce the Court's order, Your

21     Honor.  It is a direct staging and a manipulation of the

22     process, if you will, in order to be able to stand up here

23     and for the White House to say, "Everything is just fine,

24     Your Honor.  No need to look any further."

25             They've issued a policy that does have a flat
```

1    violation of the Court's order and the Constitution, and

2    that's part of the relief we're seeking today, is for the

3    Court to address that order.

4            So I don't think we can start the conversation

5    regardless of what the order says, "Here's what's

6    happening."  So I think the order is a principal problem for

7    the Court and for us that we would ask the Court to help

8    resolve today in terms of what's actually happening.

9            What's happening in the photo pool on its face

10   right now looks like there is a regular access to pool

11   events by the photo along with the other photographers.

12           What's happening on the text side is they've

13   eliminated the category that they had before the

14   retaliation, and that's obviously what we're here to talk

15   about.  What was it before, and what is it now?  They've

16   eliminated the category of wire service expressly to provide

17   the AP with inferior coverage as to other hard passholders

18   and other categories, and the fact that they're being

19   treated as poorly as other wire service agencies doesn't

20   diminish the constitutional violation.

21           THE COURT:  All right.  Thank you, sir.

22           MR. TOBIN:  Thank you, Your Honor.

23           THE COURT:  Ms. Lyons.

24           MS. LYONS:  Good morning, Your Honor.  This matter

25   is obviously moving at high speed, but I think we need to

1    take a step back here for a moment and focus on what are we

2    here about today.

3         We're here on a motion to enforce a preliminary

4    injunction that has barely been briefed in terms of the

5    issues that were just discussed with the Court, which were

6    very serious, and if the Court pursued much of what my

7    colleague on the other side has proposed today, it would be

8    a very extraordinary jumping ahead to the merits of a

9    challenge that isn't even in the lawsuit yet.  So I think we

10   need to slow down a little bit.

11        Today we're here on an enforcement of an

12   injunction, and the injunction required two things:

13   rescinding the denials of access based on the AP's viewpoint

14   when certain spaces are made available, made open to other

15   members of the White House press pool.  The other thing the

16   injunction required is rescinding viewpoint-based denials of

17   the AP's access to events open to all credentialed White

18   House journalists.  That's exactly what it required.

19        And the reason we're very careful about throwing

20   around words like "violation of orders" and "violation of

21   injunctions" is that these are very serious matters.  And

22   nothing in the record shows that they are in -- that the

23   White House has violated either of these two things.

24        When the rescission of -- in response to the first

25   item, when rescission happened, it did not automatically

1    require constructing the press pools in any particular way

2    on Monday or Tuesday of this week.  It did not require

3    anything more than rescinding a policy, and that was done.

4            As to the second point with these ideas that the

5    policy of the White House is something we can go back to, we

6    can't go back.  The previous policy allowed for viewpoint-

7    based factors to be considered in the composition of the

8    press pools.  That's precisely what the Court has

9    disallowed.  So that is not possible.

10           The Court's injunction required change, and that

11   change has been made.

12           As to what the White House press pool policy now

13   is, and these complaints about it being -- "eligibility"

14   being a gamesmanship word or that it is somehow a poke in

15   the eye, nothing could be further from the truth.  The point

16   is that the policy -- it even refers to this case and refers

17   to the injunction, and it makes it clear that the viewpoint-

18   based denials of access or consideration of them is no

19   longer allowed under this policy.

20           And this is the White House we are talking about.

21   We're talking about the White House chief of staff and the

22   deputy chief of staff and the press secretary.  They are

23   high-level government officials.  When they issue a policy,

24   they mean it.  And a facial challenge -- I'm going to have

25   to rely on just my memory of being a lawyer here for the

1    government for a long time, but a facial challenge is not

2    usually something that a party can challenge if it can be

3    applied constitutionally.  So the exercise of discretion is

4    not uncommon in government decision-making and government

5    policies and their implementation.

6        So if there is a policy, and it can be interpreted

7    constitutionally certainly on its third day of application,

8    which is today -- today is the third day; it must be around

9    11:00, but I haven't turned around to check -- it's early in

10   the application of this policy.  It is way too soon to start

11   saying that any particular compositions of the press pools

12   or who's getting what access is a problem at this point, and

13   it is far, far more than this record will support.

14       THE COURT:  Why shouldn't I be concerned about the

15   lack of a rotation on the photojournalist that Monday it's

16   four photojournalists, not including the AP; Tuesday, it's

17   the same four photojournalists, not including the AP;

18   Wednesday, it's the same four photojournalists, not

19   including the AP?  I mean, that doesn't look like a

20   rotation.

21       MS. LYONS:  I want to understand your question.

22   That's what happened this week.

23       THE COURT:  Yes.

24       MS. LYONS:  But there is not a rotation -- it's

25   not like a junior high school cafeteria where Monday is

1    meatball sub day and Tuesday is, I don't know, mac and

2    cheese.  There is a -- there are different press pools

3    created each week.  The press secretary retains discretion

4    under this policy to do that, and different considerations

5    can be taken into account in composing those pools.

6         This lawsuit is about eliminating viewpoint-based

7    factors, and that's all.  There are other factors that can

8    be taken into account.  This Court's injunction doesn't

9    require otherwise, and it didn't disallow the White House

10   from making a change.  In fact, it compelled the White House

11   to make a change to its policy.

12        The policy is constitutional on its face, and as

13   it's being applied --

14        THE COURT:  But, Ms. Lyons, I'm talking about the

15   results here.  I mean, I think the evidence before me was

16   that there was a rotation of everybody except for the AP,

17   and it seems like that was still happening here.

18        MS. LYONS:  I am not an expert in all of the

19   operations of the White House, but I think I heard this

20   morning that somebody said something about there are five

21   slots, and that's more than three.  So they --

22        THE COURT:  I'm not sure.  That was the

23   photojournalists.

24        MS. LYONS:  That's for the photojournalists, and

25   there is always a bit of -- my tendency as well is to sort

1    of have a little trouble with the two different pools.  But

2    the photojournalists rotate -- you know, the

3    photojournalists rotate however they rotate, but there

4    aren't enough slots for everyone to get what they want.

5              THE COURT:  But my point, Ms. Lyons, is that there

6    wasn't a rotation.  Looking at the daily guidance from the

7    White House, In-Town Pool, Monday:  AFP, New York Times,

8    Reuters, Getty.

9              Tuesday:  AFP, New York Times, Reuters, Getty.

10             Wednesday:  AFP, New York Times --

11             MS. LYONS:  No one --

12             THE COURT:  -- Reuters --

13             MS. LYONS:  No one --

14             THE COURT:  -- Getty.

15             MS. LYONS:  I understand that, Your Honor, but

16   there is nothing in a policy that anyone has pointed me to

17   that I've read that says the rotation has to be on a daily

18   basis.  Rotations can happen in wide varieties of

19   periodicity.

20             THE COURT:  I understand your point, but I'm --

21   we're coming from a backdrop of the defendants, as I found

22   it, explicitly discriminating against the AP, and it's very

23   hard to see how there's compliance when the record is that

24   nothing changed for three days.

25             MS. LYONS:  That's not true, Your Honor.  You have

1    evidence before you in the third declaration of Mr. Budowich

2    that on Monday morning the policy changed, and the

3    viewpoint-based access that had been in effect since

4    February was eliminated.  You have evidence of that.  You

5    can't just ignore it.  It is the evidence in the record.

6            And it is unqualified.  There are no weasel words

7    in it.  The word "eligible" isn't in it.

8            You ordered the rescinding of a policy.  That's

9    what happened.

10           You ordered a resigning of viewpoint-based denials

11   of AP's access, and that has happened as well.

12           You have evidence of both of those things.

13           THE COURT:  And you're saying in Mr. Budowich's

14   declaration?

15           MS. LYONS:  Yes.

16           THE COURT:  Okay.

17           MS. LYONS:  The third supplemental one that we

18   filed with our opposition yesterday afternoon.

19           THE COURT:  Right.  And so why isn't Mr. Tobin

20   correct that the policy itself does have, to use your word,

21   a weasel word of "eligible" repeatedly and the final

22   declaration that the President retains absolute discretion?

23   Doesn't that eviscerate whatever viewpoint neutrality is

24   suggested in the rest of the policy?

25           MS. LYONS:  No.  The reservation of discretion for

1    the President, who I remind you respectfully is not a party

2    to the case and whom you have in your order and in your

3    memorandum opinion appropriately recognized is a person who

4    has a prerogative here.  I think particularly the argument

5    that the D.C. Circuit had yesterday was a very interesting

6    exploration of the possibility that the President's

7    prerogatives and the spaces and the way the First Amendment

8    can apply might be getting revisited, might have some nuance

9    to it.  It might have some other things.

10                THE COURT:  Well, those certainly weren't

11   arguments you made in front of me.

12                MS. LYONS:  I wasn't here.

13                THE COURT:  You, the government.

14                MS. LYONS:  The government did not make these

15   arguments at the time.

16                This lawsuit is rapidly evolving, Your Honor, and

17   you have made a decision, and it is being respected by the

18   defendants.  They are in full compliance with your order

19   today, and they will be.  And we won't have much of a sense

20   of how this new policy plays out until we have more time.

21   Today is the third day.

22                And I know that AP mentioned to you that they had

23   been excluded since February, but the injunction is what

24   we're here about this morning, and the injunction has only

25   been in effect now for five days.

 1            THE COURT:  So I'm not interested in micromanaging

 2     the White House press pool.  I'm sure your client does not

 3     want me to do that.  How do you think that I should be

 4     ensuring compliance with my order unless and until it's

 5     stayed or modified?

 6            MS. LYONS:  I think for now you should deny the

 7     existing motion to enforce.  It's based on practically no

 8     evidence other than a belief that it required the White

 9     House to admit the AP photojournalists on Monday morning.

10     That's not what the injunction says.

11            If you want to issue a more specific injunction, I

12     don't think you have evidence here that there's any need for

13     it.  But we are in compliance with the injunction that you

14     have issued.

15            THE COURT:  All right.  That wasn't my question

16     now.

17            MS. LYONS:  Sorry.  Let me try to answer your

18     question better.

19            THE COURT:  Yes.  How should I be ensuring

20     compliance with my injunction moving forward in a way that

21     is not micromanaging your clients but also ensuring that

22     Mr. Tobin's client gets the relief I found that they

23     deserve?

24            MS. LYONS:  Your Honor, I think we're going to

25     have to give this a little more time.  I would recommend

 1     that for now.  You trust that the defendants, who are high-

 2     level government officials, who have very serious jobs

 3     communicating the President's daily message and coordinating

 4     a press pool of so many people, that we let this -- we let

 5     this play out and see what happens going forward.

 6             I believe the policy is constitutional, that they

 7     are not -- they're now operating under.

 8             I'm sorry, I'm still not answering the question.

 9             THE COURT:  No, no.

10             MS. LYONS:  You want to know how to be the vice

11     principal of the junior high school that is the Washington

12     press pool?

13             THE COURT:  I certainly don't, ma'am.  I want to

14     know how you think I should be enforcing this injunction.

15             MS. LYONS:  I think the injunction needs no

16     further enforcement in the sense that as written the

17     government is in compliance with it.

18             But if you disagree with that, then I think we

19     should have some thoughtful measured briefing on exactly

20     what the problems might be or might be claimed to be and

21     some careful legal analysis of what would be appropriate

22     remedies.

23             In terms of what my friend on the other side has

24     suggested, I do not think striking the new press policy is

25     appropriate.  That will turn us back to the problem that you

1    are trying to fix.  I don't think that's a good idea.

2         Having the government explain or submit detailed

3    declarations to you treads into some very uncomfortable

4    territory, and I think you are recognizing it yourself; that

5    there are interbranch conflicts here and too much intrusion

6    into the management of the White House on a daily basis.  So

7    I don't think that's a good idea.

8         THE COURT:  You're telling me a lot about what

9    doesn't work.  I'm trying to understand from you how we

10   ensure this is enforced, and as I say, I -- you know, I'm

11   kind of inclined to agree with you that the policy on its

12   face is not necessarily problematic, but I'll say the

13   results from the last few days -- and I take your point it's

14   a few days, but they do give me some concern that the

15   defendants are not proceeding in compliance here or perhaps

16   malicious compliance, but that we're just going to continue

17   coming back to deal with this issue every few days.

18        I'm not -- that's something nobody wants.  I'm

19   trying to understand how you recommend we proceed to ensure

20   this is enforced.

21        MS. LYONS:  I recommend that we proceed to wait

22   for -- I understand that -- well, let me say this.  The

23   Court's injunctive authorities, particularly when exercised

24   in this manner, are enormous.  They are powerful, and they

25   have commanded change at the White House.  At this point,

1    the White House is in compliance, and we should let that

2    play out.

3            The problem with trying to enforce the spirit of

4    the injunction or the understanding that happened during the

5    TRO hearing or whatever, you know, anybody referred to from

6    earlier in the litigation is not a way that courts have

7    generally succeeded in enforcing injunctions, is I guess

8    what I would observe.

9            It has to be -- the words chosen for the

10   injunctive relief have to be carefully chosen.  And you did,

11   and the White House complied with those carefully chosen

12   words.  But those carefully chosen words did not require the

13   AP to be in any particular press pool on Monday or Tuesday

14   or Wednesday.  They happened to have gotten a spot for the

15   photojournalist on Thursday, and they are getting a spot

16   this weekend for a print journalist.

17           The frequency with which that happens in

18   comparison to other comparable media is something that we

19   need more data on before we can conclude there's any kind of

20   problem.

21           THE COURT:  All right.  So let me ask you maybe a

22   different question.  How would I know if there's a problem?

23           MS. LYONS:  I think there are, perhaps -- I'm

24   going to give you a lawyerly answer, I'm afraid, but there

25   are a variety of ways in which you might.  Some of them were

1    in my nightmares last night.  Fortunately none of them have

2    come true this morning.  So there are a variety of ways.

3            I think someone at the White House, you know,

4    could say something.  That would be a problem.  What we have

5    evidence of in the record is someone in the White House on

6    Monday, on Monday morning in the first context or between

7    the press and the AP, knew about the lawsuit, knew about the

8    litigation, and that's amazing.  That's great that someone

9    is that aware on Monday morning as your injunction took

10   effect.

11           It's very powerful evidence that the government is

12   aware of and in compliance with the order, and nobody --

13   nobody -- is poking you in the eye.

14           THE COURT:  All right.  So I agree with you that

15   some sort of Tweet or other statement along the lines that

16   we've seen in the past would be a problem.

17           Let's go to just the results though.  Let's say

18   that two weeks had gone by and Mr. Vucci was never invited

19   into the press pool.  Would that be evidence of

20   noncompliance, or would I just be looking to the policy and

21   saying, "Well, the policy is facially neutral.  There must

22   be no problem"?

23           MS. LYONS:  The policy is facially neutral.  It

24   forbids any viewpoint-based denials of access, but it allows

25   the consideration of other factors, which admittedly are not

1    particularly laid out in the policy itself but could lead to

2    -- it's not -- it might not look random in data.  And I

3    don't want to go anywhere near having to do math so I don't

4    want to say that a two-week sample space is big enough to

5    draw a statistically significant conclusion from, but I

6    think that's the kind of evidence that, if it comes to it,

7    if we really get down to distrusting government officials

8    that profoundly say they are following your injunction would

9    be a sad day to me as a DOJ lawyer, but it would be

10   something we will contend with, if it happens.

11           Today, this morning, it hasn't happened, and so

12   you should deny this motion to enforce.

13           THE COURT:  What about evidence that Mr. Miller is

14   only invited on weekends to participate in the press pool?

15   Is that evidence of nefarious decision-making going on, or

16   should I just look at the policy and say the policy on its

17   face is neutral and he's getting in occasionally, so it must

18   be okay?

19           MS. LYONS:  In light of the fact that I -- as I

20   understand it, this is a continuing injunction, right?

21           THE COURT:  Yes.

22           MS. LYONS:  We can't go back to considering

23   viewpoint-based factors in making up these things.  If it

24   turned out that a prominent AP print journalist was -- I

25   don't know if those are the right words, and I apologize if

1    I'm wrong --

2              THE COURT:  I'm sure "prominent" is correct.

3              MS. LYONS:  I'm sure "prominent" is correct.  I

4    recognize his name.

5              MR. TOBIN:  We'll accept that.  We'll stipulate.

6              MS. LYONS:  So stipulated.  Thank you.  I

7    appreciate that.

8              If you have evidence after a period of time that

9    there is a very prominent AP journalist who is only getting

10   to cover on Saturdays, then yes, Your Honor, they would have

11   perhaps a legitimate claim to bring us back to explain that

12   to you.  But we are nowhere near there now.

13             THE COURT:  So, you know, you're right about there

14   potentially being other motivations that are

15   nondiscriminatory for people getting in the press pool, but

16   as you say, I mean, inviting declarations for why people

17   were chosen when feels frankly more intrusive and quite

18   time-consuming for all of us.  That's why, you know, it

19   could be kind of crude, but just looking at how often

20   they're getting in compared to Reuters, compared to the

21   other -- their peers feels like the obvious way to determine

22   whether or not this is being followed.

23             MS. LYONS:  I am not in any way suggesting, Your

24   Honor, that might not be, in the future, a perfectly valid

25   lens, perhaps among others, to examine that question.  I'm

1    not suggesting that.

2         And I love math.  My undergraduate degree is in

3    math, so I'm fine.  But we have three days of data right

4    now.

5         THE COURT:  Well, we have five days of data for --

6         MS. LYONS:  Not under the new policy.

7         THE COURT:  Okay.  But my --

8         MS. LYONS:  And it is a new policy --

9         THE COURT:  Ma'am, ma'am --

10        MS. LYONS:  -- under the injunction.

11        THE COURT:  -- ma'am, I don't need you to talk

12   over me.

13        MS. LYONS:  So sorry.

14        THE COURT:  We have five days under the

15   injunction.  That's my primary concern.  I appreciate that

16   the policy has not been in place for five days, but --

17        MS. LYONS:  And I appreciate your point, Your

18   Honor.  The injunction is why we're here today, and it

19   matters.  It's changed things at the White House.

20   Appropriately, in conformance with your order.

21        It's not a small thing.  I am -- this is a very

22   serious lawsuit.  It presents very serious legal questions.

23        THE COURT:  Yes.  I agree.

24        MS. LYONS:  But we are -- and we are at a stage,

25   and there are going to be more stages.

```
 1                THE COURT:  Right.

 2                All right.  Anything else, Ms. Lyons?

 3                MS. LYONS:  No, Your Honor.  I'd just ask that you

 4     deny this motion, and we'll see where we go from here.

 5     Thank you.

 6                THE COURT:  All right.  Thank you.

 7                Mr. Tobin.

 8                MR. TOBIN:  Your Honor, the Court understands our

 9     argument clearly on the empirics issue, the math issue.  I

10     was a math minor; journalism major, which is why I do what I

11     do for a living.

12                Just --

13                THE COURT:  Perhaps both of your educational

14     backgrounds come in handy here.

15                MR. TOBIN:  It's a good day when I can deploy them

16     both.

17                Your Honor, I just want to address very briefly

18     the order, the policy itself, because I am concerned that

19     the Court has said that you're inclined to think that it's

20     facially neutral.

21                Your Honor, I just don't see the Court writing an

22     order denying the enforcement as to the order because that

23     would require you to say that absolute discretion on the

24     part of the President is not violative of the Constitution

25     and the underlying reason of your order and the violation of
```

1     the injunction order.

2              The President of the United States may not be a

3     party to the litigation, but if he can reserve the

4     discretion to exclude the AP, it's certainly a violation of

5     this Court's injunction because the end result could be that

6     the AP could be excluded on the basis of viewpoint

7     discrimination.

8              It just happens that we didn't sue the President

9     in his official capacity because we were instructed in the

10    *Karem* decision.  As you remember, the Court modified the

11    injunction on appeal in order to -- I don't remember, the

12    appeal or the district court -- in order to exclude the

13    President, and so we took our lesson from that.  But

14    certainly the injunction order is enforceable against the

15    press secretary regardless of whether the President says

16    exclude them because of their viewpoint.

17             And so I would just hate to see the Court issue an

18    order that allows them to, to coin a phrase, weasel out of

19    the entire purpose of the Court's order and the entire

20    purpose of this litigation.

21             THE COURT:  So my guess is you have not

22    thought much about this either, but what would you say to

23    Ms. Lyons's point about a facial challenge to a government

24    policy?  And that's a pretty high burden at this point, to

25    say that it is facially invalid.

```
 1                  MR. TOBIN:  We could amend the complaint and go

 2       through that drill.  We're here on a motion to enforce, and

 3       my argument today -- and I think we're right, obviously,

 4       Your Honor -- is that reserving absolute discretion to the

 5       President is a violation of the Court's order that the White

 6       House, the defendants, rescind any policy of viewpoint

 7       discrimination against the AP because allowing the absolute

 8       discretion of the President allows for exactly that result.

 9                  THE COURT:  All right.  Thank you, sir.

10                  MR. TOBIN:  Thank you, Your Honor.

11                  THE COURT:  Why don't we take about a ten-minute

12       break.  Thanks.

13                  (Recess taken)

14                  THE COURT:  All right.  Before the Court is

15       plaintiff's motion to enforce.  I've considered the briefing

16       and the arguments of counsel here.  I'm going to deny the

17       motion without prejudice.  I do want to give a couple of

18       thoughts about where we are and how I expect to handle these

19       issues moving forward.

20                  First, I don't intend to micromanage the White

21       House.  I agree with Ms. Lyons that the defendants are

22       senior government officials, very senior government

23       officials.  I certainly expect to entitle -- I think they're

24       entitled to a presumption of good faith in their actions,

25       and I expect to afford them that presumption.  I recognize
```

1    that there are a number of issues that they're dealing with

2    and that there are factors in press selection that are not

3    necessarily apparent to me.

4         I also agree that -- recognize that the White

5    House has substantial discretion in determining who can

6    access a nonpublic forum.  I think the opinion was very

7    clear on that, that there's wide discretion there.

8         The one thing the government cannot do is choose

9    people on a viewpoint discriminatory bases.

10         Given that, I think Mr. Tobin has acknowledged

11    that the AP is not entitled to the first-in-line-every-time

12    position that it enjoyed for many years.

13         I'm not definitively finding, but at this point

14    I'm inclined to agree with the government that the policy

15    from earlier this week is facially neutral.  I'm not

16    inclined to see anything wrong with it.

17         I understand Mr. Tobin's point about the repeated

18    use of the term "eligibility," but I think some of his and

19    my understanding of "eligibility" is certainly colored by

20    prior explanations from prior counsel, and I'm inclined to,

21    again, presume that this policy is issued in good faith.  I

22    think it very importantly states outlets would be eligible

23    for participation in the pool irrespective of the

24    substantive viewpoint expressed by an outlet, and in light

25    of that, I don't think the final statement that the

1    President retains absolute discretion necessarily vitiates

2    that statement or suggests that the policy is, in fact,

3    discriminatory.

4         I also note Mr. Budowich's most recent declaration

5    where he emphatically states that the White House -- or the

6    Associated Press has not been excluded from the White House

7    press pool based on its viewpoint.  I think, again, at this

8    point that statement is entitled to a presumption of

9    credibility and good faith.

10         I think I'm inclined to construe the statement in

11    the policy about the President's absolute discretion as a

12    pretty straightforward statement that, of course, would

13    assume the constitutional structure that we've all

14    recognized and also, of course, the prior statement within

15    the policy that it is not going to be enforced in a

16    viewpoint discriminatory way.

17         I'm not convinced by Mr. Tobin's suggestion that

18    striking it and just going back to the old policy would be

19    actually all that helpful.  I think, A, it's a little

20    unclear to me how solidified that old policy was, but in any

21    event, I think the evidence showed that it was being

22    utilized in a discriminatory way, and that that was what

23    made the old policy problematic.

24         I appreciate the attorneys' thoughts about how to

25    ensure that this order is being enforced in a

1    nondiscriminatory way going forward.  I agree with Ms. Lyons

2    that certainly statements suggesting that the AP is being

3    discriminated against would be very strong evidence that my

4    order was not being followed, but I think also, as I say,

5    the proof is in the pudding, and if the AP is repeatedly

6    receiving second-class treatment, especially compared to its

7    peer wire services, I think that would be pretty strong

8    evidence here that -- and in light of what's happened over

9    the last couple of months -- that the discrimination is

10   ongoing.

11            Perhaps the government could rebut that

12   presumption, but I think that would likely entail the very

13   type of intrusive declarations, possibly testimony, that I

14   can understand the government not being interested in

15   providing and frankly I am not very excited about requiring

16   either.  But I do think that, thus, just kind of the pure

17   statistics are going to be pretty telling over time as to

18   whether the AP is being discriminated against or not.

19            I agree with Ms. Lyons, though, that we are not

20   yet at the point where we can make much of a determination

21   one way or the other on pure statistics whether the AP is

22   being discriminated against given the emphatic statements

23   from the White House that they are not proceeding in a

24   viewpoint discriminatory way.

25            I do note President Trump recently said, "I always

1    abide by the Courts, and then I appeal."  Obviously the

2    government has appealed here, which, of course, is their

3    right, but I also expect the President's subordinates to

4    follow the first part of that statement, which I think was a

5    very admirable statement and important recognition of the

6    rule of law and the need for a constitutional structure in

7    which all branches are respecting one another and working

8    cooperatively.

9           I certainly expect the defendants here will abide

10   by the order unless and until it's stayed or modified, and I

11   think if there was evidence of noncompliance, that would be

12   a very serious problem, and there can be significant

13   consequences that I think we'd all like to avoid.

14          The last thing that I'm going to say is I think I

15   would encourage the AP to be wise and judicious in filing

16   motions.  I'm not faulting you for filing a motion earlier

17   this week, but I would -- I'm going to take your motions

18   seriously, but I'm also going to expect that you are

19   judicious and not jumping the gun and following the lesson

20   of the boy who cried wolf.  I'm also going to direct the AP,

21   before you file a motion to enforce in the future, to notify

22   the government, as I think you did here, and give the

23   government 24 hours to respond to you and hopefully to try

24   to rectify whatever issue you're seeing.

25          As I say, I think it is in nobody's interest for

1    us to be here week in and week out trying to enforce this

2    subpoena.  I think -- or this order.  I think it requires

3    good faith from the defendants.  It requires patience from

4    the plaintiff.  And I think if we do that, I think this will

5    be quite administrable.

6          All right.  Mr. Tobin, any questions about my

7    ruling or about where we go from here?

8          MR. TOBIN:  I do have one question, Your Honor.

9    Do we take away from the Court's ruling today the

10   understanding that the White House press office, in

11   executing the absolute discretion reserved to the President

12   under the policy, may not exercise it in a fashion that

13   discriminates against the AP because of viewpoint?

14         THE COURT:  Yes, and I take -- I understand your

15   concern from that policy, but I also -- I'm inclined to

16   understand that policy as -- and the statement about the

17   President's absolute discretion as including the statement

18   that they're not going to be acting in a viewpoint

19   discriminatory way.  And I think if there is clear evidence

20   that they are, then that would be a serious problem with

21   that policy, but more importantly with my order.

22         MR. TOBIN:  Okay.  We appreciate the Court's

23   consideration.  Thank you.

24         THE COURT:  All right.  Thank you, Mr. Tobin.

25         Ms. Lyons, any questions about my order about

1    moving forward?

2            MS. LYONS:  No, Your Honor.  Thank you very much.

3            THE COURT:  All right.  Thanks, folks.  Have a

4    good weekend.

5            (Whereupon the hearing was

6             concluded at 11:43 a.m.)

7

8

9        **CERTIFICATE OF OFFICIAL COURT REPORTER**

10

11        I, LISA A. MOREIRA, RDR, CRR, do hereby

12    certify that the above and foregoing constitutes a true and

13    accurate transcript of my stenographic notes and is a full,

14    true and complete transcript of the proceedings to the best

15    of my ability.

16    Dated this 18th day of April, 2025.

17

18                            /s/Lisa A. Moreira, RDR, CRR
                             Official Court Reporter
19                           United States Courthouse
                             Room 6718
20                           333 Constitution Avenue, NW
                             Washington, DC 20001
21

22

23

24

25

**'**

**'Eligible'** [1] - 5:6

**/**

**/s/Lisa** [1] - 42:18

**1**

**10:27** [1] - 1:5
**11:00** [1] - 21:9
**11:43** [1] - 42:6
**12th** [1] - 1:15
**18** [1] - 1:5
**18th** [1] - 42:16
**1909** [1] - 1:15
**1:25-cv-00532-TNM** [1] - 1:3

**2**

**20001** [2] - 1:24, 42:21
**20006** [1] - 1:15
**202** [3] - 1:16, 1:20, 1:24
**2025** [2] - 1:5, 42:16
**20530** [1] - 1:20
**24** [1] - 40:23
**25** [6] - 9:25, 10:9, 11:10, 13:5, 14:10, 17:13
**25-532** [1] - 2:3
**252-2540** [1] - 1:20
**25th** [3] - 13:2, 14:6, 15:13

**3**

**333** [2] - 1:23, 42:20
**354-3187** [1] - 1:24

**5**

**555** [1] - 1:19

**6**

**661-2218** [1] - 1:16
**6718** [2] - 1:23, 42:20

**A**

**a.m** [2] - 1:5, 42:6
**abide** [2] - 40:1, 40:9
**ability** [1] - 42:15
**able** [2] - 2:22, 17:22
**absolute** [21] - 3:18, 3:24, 3:25, 4:3, 4:23, 5:23, 8:14, 8:16, 10:20, 11:22, 13:18, 13:23, 16:3, 24:22,

34:23, 36:4, 36:7, 38:1, 38:11, 41:11, 41:17
**absolutely** [1] - 12:18
**accept** [2] - 16:14, 32:5
**access** [14] - 3:18, 4:24, 5:21, 9:7, 9:9, 18:10, 19:13, 19:17, 20:18, 21:12, 24:3, 24:11, 30:24, 37:6
**accompanying** [1] - 9:13
**account** [2] - 22:5, 22:8
**accumulate** [1] - 12:15
**accurate** [1] - 42:13
**acknowledge** [1] - 12:24
**acknowledged** [1] - 37:10
**act** [2] - 9:19, 15:11
**acting** [1] - 41:18
**Action** [1] - 2:3
**action** [1] - 8:18
**actions** [1] - 36:24
**additionally** [1] - 4:5
**address** [2] - 18:3, 34:17
**administer** [1] - 12:18
**administrable** [1] - 41:5
**admirable** [1] - 40:5
**admit** [1] - 26:9
**admittedly** [1] - 30:25
**adopt** [1] - 10:11
**afford** [1] - 36:25
**AFP** [5] - 16:25, 17:1, 23:7, 23:9, 23:10
**afraid** [1] - 29:24
**afternoon** [1] - 24:18
**agencies** [1] - 18:19
**aggregate** [1] - 6:2
**aggregated** [1] - 9:4
**agree** [11] - 2:21, 3:1, 13:14, 28:11, 30:14, 33:23, 36:21, 37:4, 37:14, 39:1, 39:19
**ahead** [1] - 19:8
**ain't** [1] - 5:7
**Air** [2] - 3:19, 4:24
**al** [2] - 1:6, 2:3
**allowed** [2] - 20:6, 20:19
**allowing** [2] - 6:6, 36:7
**allows** [3] - 30:24, 35:18, 36:8
**amazing** [1] - 30:8
**amend** [1] - 36:1
**Amendment** [2] - 3:7,

25:7
**analysis** [3] - 3:4, 13:14, 27:21
**animated** [1] - 15:7
**announced** [3] - 9:25, 13:5, 14:7
**answer** [2] - 26:17, 29:24
**answering** [1] - 27:8
**AP** [37] - 3:17, 8:24, 9:8, 9:11, 10:6, 10:9, 10:12, 10:21, 14:15, 15:5, 15:8, 15:25, 16:17, 17:13, 18:17, 21:16, 21:17, 21:19, 22:16, 23:22, 25:22, 26:9, 29:13, 30:7, 31:24, 32:9, 35:4, 35:6, 36:7, 37:11, 39:2, 39:5, 39:18, 39:21, 40:15, 40:20, 41:13
**AP's** [5] - 9:7, 15:2, 19:13, 19:17, 24:11
**apologize** [1] - 31:25
**apparent** [1] - 37:3
**appeal** [5] - 6:6, 6:7, 35:11, 35:12, 40:1
**appealed** [1] - 40:2
**APPEARANCES** [1] - 1:12
**appeared** [1] - 5:2
**application** [2] - 21:7, 21:10
**applied** [2] - 21:3, 22:13
**apply** [1] - 25:8
**appreciate** [5] - 32:7, 33:15, 33:17, 38:24, 41:22
**approach** [1] - 17:8
**appropriate** [3] - 11:23, 27:21, 27:25
**appropriately** [3] - 16:4, 25:3, 33:20
**April** [2] - 1:5, 42:16
**arguably** [1] - 12:12
**argument** [6] - 11:24, 13:25, 14:1, 25:4, 34:9, 36:3
**arguments** [3] - 25:11, 25:15, 36:16
**assigning** [1] - 16:17
**assignment** [1] - 11:21
**assignments** [1] - 17:19
**ASSOCIATED** [1] - 1:3
**Associated** [7] - 2:3, 2:8, 2:10, 3:14, 5:12,

11:11, 38:6
**assume** [1] - 38:13
**assuming** [1] - 13:14
**attempt** [1] - 7:6
**ATTORNEY'S** [1] - 1:18
**Attorney's** [1] - 2:13
**attorneys'** [1] - 38:24
**authorities** [1] - 28:23
**authority** [2] - 4:2, 13:21
**automatically** [1] - 19:25
**available** [2] - 10:23, 19:14
**Avenue** [2] - 1:23, 42:20
**avoid** [1] - 40:13
**aware** [2] - 30:9, 30:12

**B**

**backdrop** [1] - 23:21
**backgrounds** [1] - 34:14
**Ballard** [1] - 2:7
**BALLARD** [1] - 1:14
**barely** [1] - 19:4
**based** [13] - 4:14, 5:20, 19:13, 19:16, 20:7, 20:18, 22:6, 24:3, 24:10, 26:7, 30:24, 31:23, 38:7
**bases** [1] - 37:9
**basis** [7] - 4:3, 4:9, 11:12, 13:7, 23:18, 28:6, 35:6
**battle** [1] - 17:9
**BEFORE** [1] - 1:10
**behalf** [1] - 2:6
**behind** [2] - 11:20, 16:7
**belief** [1] - 26:8
**best** [1] - 42:14
**better** [1] - 26:18
**between** [1] - 30:6
**big** [1] - 31:4
**bit** [2] - 19:10, 22:25
**Bloomberg** [2] - 16:1, 16:25
**bottom** [3] - 3:18, 4:23, 8:21
**boy** [1] - 40:20
**branches** [1] - 40:7
**break** [1] - 36:12
**briefed** [1] - 19:4
**briefing** [2] - 27:19, 36:15
**briefly** [1] - 34:17
**bring** [1] - 32:11

**Budowich** [4] - 2:3, 5:3, 16:6, 24:1
**BUDOWICH** [1] - 1:6
**Budowich's** [2] - 24:13, 38:4
**bullet** [4] - 4:8, 4:10, 4:14, 4:17
**burden** [1] - 35:24
**bury** [1] - 3:21

**C**

**CA** [1] - 1:3
**cabined** [1] - 4:22
**cafeteria** [1] - 21:25
**candidly** [1] - 5:5
**candor** [1] - 5:5
**cannot** [2] - 11:3, 37:8
**capacity** [1] - 35:9
**careful** [2] - 19:19, 27:21
**carefully** [3] - 29:10, 29:11, 29:12
**case** [2] - 20:16, 25:2
**categories** [1] - 18:18
**category** [6] - 9:5, 11:12, 15:1, 18:13, 18:16
**certain** [1] - 19:14
**certainly** [16] - 5:20, 6:22, 8:2, 9:17, 12:17, 15:15, 15:16, 21:7, 25:10, 27:13, 35:4, 35:14, 36:23, 37:19, 39:2, 40:9
**CERTIFICATE** [1] - 42:9
**certify** [1] - 42:12
**challenge** [5] - 19:9, 20:24, 21:1, 21:2, 35:23
**change** [5] - 20:10, 20:11, 22:10, 22:11, 28:25
**changed** [4] - 14:14, 23:24, 24:2, 33:19
**characterized** [1] - 3:16
**CHARLES** [1] - 1:13
**Charles** [1] - 2:6
**check** [1] - 21:9
**cheese** [1] - 22:2
**chief** [2] - 20:21, 20:22
**choose** [1] - 37:8
**chosen** [7] - 4:8, 5:8, 29:9, 29:10, 29:11, 29:12, 32:17
**Circuit** [1] - 25:5
**cited** [1] - 8:4
**civil** [2] - 2:14, 12:14

**Civil** [2] - 1:19, 2:2
**claim** [1] - 32:11
**claimed** [1] - 27:20
**class** [2] - 9:19, 39:6
**clear** [4] - 17:14, 20:17, 37:7, 41:19
**clearly** [2] - 12:2, 34:9
**client** [7] - 2:9, 8:5, 8:9, 12:23, 12:24, 26:2, 26:22
**clients** [2] - 2:21, 26:21
**co** [1] - 2:8
**co-counsel** [1] - 2:8
**coin** [1] - 35:18
**colleague** [2] - 2:15, 19:7
**colleagues** [1] - 9:2
**colloquy** [1] - 5:1
**colored** [1] - 37:19
**COLUMBIA** [1] - 1:1
**Columbia** [1] - 2:14
**coming** [2] - 23:21, 28:17
**commanded** [1] - 28:25
**commend** [1] - 7:14
**communicating** [1] - 27:3
**comparable** [1] - 29:18
**comparably** [3] - 3:19, 4:25, 16:25
**compared** [3] - 32:20, 39:6
**comparison** [1] - 29:18
**compelled** [1] - 22:10
**complained** [1] - 11:1
**complaining** [1] - 15:17
**complaint** [1] - 36:1
**complaints** [1] - 20:13
**complete** [1] - 42:14
**completely** [1] - 16:15
**compliance** [11] - 11:9, 23:23, 25:18, 26:4, 26:13, 26:20, 27:17, 28:15, 28:16, 29:1, 30:12
**compliant** [1] - 3:2
**complied** [1] - 29:11
**complies** [2] - 7:10, 11:17
**comply** [2] - 6:11, 10:7
**complying** [2] - 4:1, 6:12
**comport** [1] - 3:7
**composing** [1] - 22:5

**composition** [2] - 4:12, 20:7
**compositions** [1] - 21:11
**concern** [6] - 14:20, 14:24, 28:14, 33:15, 41:15
**concerned** [3] - 16:5, 21:14, 34:18
**conclude** [1] - 29:19
**concluded** [1] - 42:6
**conclusion** [1] - 31:5
**conduct** [2] - 7:7, 16:10
**conflicts** [1] - 28:5
**conform** [1] - 12:7
**conformance** [1] - 33:20
**conforming** [1] - 5:24
**consequences** [1] - 40:13
**consideration** [3] - 20:18, 30:25, 41:23
**considerations** [1] - 22:4
**considered** [2] - 20:7, 36:15
**considering** [1] - 31:22
**consistent** [2] - 11:3, 11:13
**constitutes** [1] - 42:12
**Constitution** [7] - 1:23, 12:8, 13:19, 15:18, 18:1, 34:24, 42:20
**constitutional** [6] - 14:23, 18:20, 22:12, 27:6, 38:13, 40:6
**constitutionally** [2] - 21:3, 21:7
**constructing** [1] - 20:1
**construe** [1] - 38:10
**consuming** [1] - 32:18
**contains** [1] - 4:6
**contempt** [1] - 12:14
**contend** [1] - 31:10
**context** [1] - 30:6
**continue** [4] - 8:24, 10:21, 13:22, 28:16
**continuing** [1] - 31:20
**contradicted** [1] - 16:6
**control** [1] - 5:21
**conveniently** [2] - 16:16, 17:18
**conversation** [3] - 7:18, 8:3, 18:4
**convinced** [1] - 38:17
**cooperatively** [1] - 40:8

**coordinating** [1] - 27:3
**correct** [3] - 24:20, 32:2, 32:3
**correspondents** [1] - 12:22
**counsel** [8] - 2:4, 2:8, 5:4, 5:5, 5:18, 36:16, 37:20
**country** [1] - 2:16
**couple** [2] - 36:17, 39:9
**course** [3] - 38:12, 38:14, 40:2
**Court** [57] - 1:22, 1:22, 3:14, 3:17, 5:1, 5:6, 5:12, 5:19, 6:4, 7:14, 7:20, 7:25, 8:15, 8:18, 8:22, 9:22, 10:15, 11:1, 11:6, 11:15, 11:16, 11:23, 11:24, 12:3, 12:6, 12:10, 13:20, 13:21, 14:1, 14:22, 14:24, 15:11, 15:12, 15:14, 15:17, 16:4, 16:7, 16:10, 16:13, 17:15, 18:3, 18:7, 19:5, 19:6, 20:8, 34:8, 34:19, 34:21, 35:10, 35:17, 36:14, 42:19
**COURT** [61] - 1:1, 2:11, 2:17, 3:1, 3:9, 3:11, 6:23, 8:2, 8:5, 10:22, 12:11, 12:19, 13:6, 14:11, 15:19, 16:22, 17:4, 18:21, 18:23, 21:14, 21:23, 22:14, 22:22, 23:5, 23:12, 23:14, 23:20, 24:13, 24:16, 24:19, 25:10, 25:13, 26:1, 26:15, 26:19, 27:9, 27:13, 28:8, 29:21, 30:14, 31:13, 31:21, 32:2, 32:13, 33:5, 33:7, 33:9, 33:11, 33:14, 33:23, 34:1, 34:6, 34:13, 35:21, 36:9, 36:11, 36:14, 41:14, 41:24, 42:3, 42:9
**court** [3] - 6:7, 6:8, 35:12
**Court's** [36] - 3:7, 4:1, 5:25, 6:11, 6:13, 7:6, 7:8, 7:10, 7:23, 9:15, 9:20, 9:23, 10:7, 10:10, 11:7, 11:14, 12:7, 12:18, 14:19, 14:21, 15:8, 15:11,

15:18, 16:19, 16:20, 17:17, 17:20, 18:1, 20:10, 22:8, 28:23, 35:5, 35:19, 36:5, 41:9, 41:22
**Courthouse** [2] - 1:23, 42:19
**COURTROOM** [1] - 2:2
**Courts** [1] - 40:1
**courts** [1] - 29:6
**cover** [1] - 32:10
**coverage** [1] - 18:17
**created** [1] - 22:3
**creating** [1] - 10:3
**credentialed** [1] - 19:17
**credibility** [1] - 38:9
**cried** [1] - 40:20
**criteria** [2] - 5:17, 11:20
**CRR** [3] - 1:22, 42:11, 42:18
**crude** [1] - 32:19

**D**

**D.C** [3] - 1:4, 1:18, 25:5
**daily** [5] - 4:15, 23:6, 23:17, 27:3, 28:6
**data** [4] - 29:19, 31:2, 33:3, 33:5
**Dated** [1] - 42:16
**day-to-day** [2] - 4:12, 5:21
**days** [11] - 7:12, 16:18, 23:24, 25:25, 28:13, 28:14, 28:17, 33:3, 33:5, 33:14, 33:16
**DC** [4] - 1:15, 1:20, 1:24, 42:21
**deal** [1] - 28:17
**dealing** [1] - 37:1
**decide** [1] - 5:24
**decision** [4] - 21:4, 25:17, 31:15, 35:10
**decision-making** [2] - 21:4, 31:15
**declaration** [7] - 5:3, 13:3, 13:4, 24:1, 24:14, 24:22, 38:4
**declarations** [4] - 16:6, 28:3, 32:16, 39:13
**declare** [1] - 13:23
**Defendants** [2] - 1:7, 1:18
**defendants** [8] - 23:21, 25:18, 27:1,

15:18, 36:6, 36:21, 40:9, 41:3
**deferential** [1] - 6:4
**defiance** [1] - 7:8
**definitively** [1] - 37:13
**degree** [1] - 33:2
**denials** [5] - 19:13, 19:16, 20:18, 24:10, 30:24
**denominator** [1] - 13:9
**deny** [4] - 26:6, 31:12, 34:4, 36:16
**denying** [1] - 34:22
**deploy** [1] - 34:15
**deprived** [1] - 15:8
**deputy** [1] - 20:22
**DEPUTY** [1] - 2:2
**deserve** [1] - 26:23
**despite** [2] - 15:22, 16:19
**detailed** [2] - 11:19, 28:2
**determination** [1] - 39:20
**determine** [2] - 4:12, 32:21
**determining** [1] - 37:5
**dialogue** [1] - 12:4
**different** [8] - 8:11, 12:9, 16:17, 17:9, 22:2, 22:4, 23:1, 29:22
**dilute** [2] - 9:7, 9:9
**diluted** [2] - 16:18, 16:20
**diminish** [2] - 14:15, 18:20
**diminishing** [1] - 15:2
**diminution** [1] - 14:17
**direct** [3] - 6:1, 17:21, 40:20
**directions** [1] - 12:9
**directly** [1] - 9:19
**disagree** [1] - 27:18
**disallow** [1] - 22:9
**disallowed** [1] - 20:9
**discretion** [29] - 3:18, 3:24, 3:25, 4:4, 4:12, 4:24, 5:15, 5:23, 8:14, 8:16, 10:20, 11:22, 13:18, 13:23, 16:3, 21:3, 22:3, 24:22, 24:25, 34:23, 35:4, 36:4, 36:8, 37:5, 37:7, 38:1, 38:11, 41:11, 41:17
**discriminated** [3] - 39:3, 39:18, 39:22
**discriminates** [1] - 41:13

**discriminating** [1] - 23:22
**discrimination** [6] - 8:20, 16:4, 16:21, 35:7, 36:7, 39:9
**discriminatory** [6] - 37:9, 38:3, 38:16, 38:22, 39:24, 41:19
**discuss** [1] - 11:23
**discussed** [1] - 19:5
**discussion** [2] - 7:13, 12:5
**disregard** [1] - 17:16
**District** [1] - 2:13
**DISTRICT** [3] - 1:1, 1:1, 1:11
**district** [1] - 35:12
**distrusting** [1] - 31:7
**Division** [1] - 1:19
**division** [1] - 2:14
**DOJ** [1] - 31:9
**done** [2] - 14:19, 20:3
**down** [2] - 19:10, 31:7
**draw** [1] - 31:5
**drill** [1] - 36:2
**DUDDING** [1] - 1:14
**Dudding** [1] - 2:9
**duddings@ ballardspahr.com** [1] - 1:17
**during** [1] - 29:4

### E

**early** [1] - 21:9
**easily** [3] - 9:24, 10:7, 17:10
**easy** [1] - 17:13
**editorial** [1] - 5:15
**educational** [1] - 34:13
**effect** [4] - 6:3, 24:3, 25:25, 30:10
**either** [5] - 3:7, 6:22, 19:23, 35:22, 39:16
**elegantly** [1] - 16:13
**eligibility** [7] - 7:3, 8:11, 11:21, 13:15, 20:13, 37:18, 37:19
**eligible** [20] - 4:6, 4:7, 4:8, 4:10, 4:15, 4:18, 4:20, 5:2, 5:7, 5:17, 5:22, 8:2, 8:8, 16:7, 24:7, 24:21, 37:22
**eliminated** [4] - 15:1, 18:13, 18:16, 24:4
**eliminating** [1] - 22:6
**elimination** [1] - 15:10
**emphatic** [1] - 39:22
**emphatically** [1] - 38:5

**empirics** [1] - 34:9
**encourage** [1] - 40:15
**end** [1] - 35:5
**enforce** [13] - 2:19, 7:25, 13:21, 17:19, 17:20, 19:3, 26:7, 29:3, 31:12, 36:2, 36:15, 40:21, 41:1
**enforceable** [1] - 35:14
**enforced** [4] - 28:10, 28:20, 38:15, 38:25
**enforcement** [4] - 10:22, 19:11, 27:16, 34:22
**enforcing** [2] - 27:14, 29:7
**enjoy** [1] - 15:14
**enjoyed** [1] - 37:12
**enormous** [1] - 28:24
**ensure** [4] - 11:9, 28:10, 28:19, 38:25
**ensuring** [3] - 26:4, 26:19, 26:21
**entail** [1] - 39:12
**entered** [2] - 6:5, 8:21
**entire** [5] - 3:23, 14:14, 15:8, 35:19
**entirely** [1] - 9:6
**entities** [1] - 10:5
**entitle** [1] - 36:23
**entitled** [4] - 12:25, 36:24, 37:11, 38:8
**equal** [2] - 11:12, 15:22
**equivalent** [1] - 16:1
**especially** [1] - 39:6
**ESQ** [3] - 1:13, 1:14, 1:18
**et** [2] - 1:6, 2:3
**event** [2] - 9:13, 38:21
**events** [3] - 16:17, 18:11, 19:17
**evidence** [21] - 15:4, 15:21, 22:15, 24:1, 24:4, 24:5, 24:12, 26:8, 26:12, 30:5, 30:11, 30:19, 31:6, 31:13, 31:15, 32:8, 38:21, 39:3, 39:8, 40:11, 41:19
**eviscerate** [1] - 24:23
**evolving** [1] - 25:16
**exactly** [4] - 13:24, 13:25, 15:7, 19:18, 27:19, 36:8
**examine** [1] - 32:25
**example** [1] - 11:18
**except** [1] - 22:16
**excited** [1] - 39:15

**exclude** [9] - 4:2, 5:10, 8:16, 8:24, 10:6, 10:21, 35:4, 35:12, 35:16
**excluded** [3] - 25:23, 35:6, 38:6
**excluding** [1] - 16:18
**exclusion** [1] - 5:20
**executing** [1] - 41:11
**exercise** [4] - 8:15, 10:16, 21:3, 41:12
**exercised** [1] - 28:23
**exercising** [1] - 10:14
**Exhibit** [2] - 13:3, 13:4
**existing** [1] - 26:7
**expect** [7] - 15:25, 36:18, 36:23, 36:25, 40:3, 40:9, 40:18
**experience** [1] - 12:12
**expert** [1] - 22:18
**expired** [1] - 6:3
**explain** [4] - 3:10, 11:17, 28:2, 32:11
**explaining** [1] - 11:20
**explanations** [1] - 37:20
**explicitly** [1] - 23:22
**exploration** [1] - 25:6
**express** [1] - 15:2
**expressed** [1] - 37:24
**expression** [1] - 10:17
**expressly** [1] - 18:16
**extraordinary** [1] - 19:8
**eye** [5] - 3:16, 3:17, 7:23, 20:15, 30:13

### F

**face** [6] - 14:17, 16:3, 18:9, 22:12, 28:12, 31:17
**facial** [3] - 20:24, 21:1, 35:23
**facially** [7] - 3:2, 13:12, 30:21, 30:23, 34:20, 35:25, 37:15
**fact** [8] - 3:12, 5:25, 6:2, 15:4, 18:18, 22:10, 31:19, 38:2
**factors** [6] - 20:7, 22:7, 30:25, 31:23, 37:2
**fair** [2] - 13:16
**faith** [5] - 16:2, 36:24, 37:21, 38:9, 41:3
**far** [2] - 21:13
**fashion** [3] - 12:3, 14:23, 41:12
**faulting** [1] - 40:16

**favorable** [1] - 12:22
**February** [13] - 2:25, 9:25, 10:9, 11:10, 13:1, 13:2, 13:5, 14:6, 14:10, 15:13, 17:12, 24:4, 25:23
**felt** [1] - 11:24
**few** [6] - 7:12, 10:24, 12:21, 28:13, 28:14, 28:17
**file** [3] - 7:11, 11:19, 40:21
**filed** [1] - 24:18
**filing** [2] - 40:15, 40:16
**final** [3] - 4:17, 24:21, 37:25
**finally** [1] - 12:1
**fine** [5] - 10:4, 15:5, 17:7, 17:23, 33:3
**firm** [1] - 2:7
**first** [12] - 2:20, 2:25, 4:8, 7:12, 9:10, 13:18, 15:9, 19:24, 30:6, 36:20, 37:11, 40:4
**First** [2] - 3:7, 25:7
**first-in-line-every-time** [1] - 37:11
**five** [6] - 6:19, 6:21, 22:20, 25:25, 33:5, 33:14, 33:16
**fix** [1] - 28:1
**flat** [4] - 3:5, 8:20, 13:19, 17:25
**Floor** [1] - 1:15
**focus** [1] - 19:1
**focused** [1] - 15:19
**folks** [2] - 2:11, 42:3
**follow** [1] - 40:4
**followed** [2] - 32:22, 39:4
**following** [2] - 31:8, 40:19
**FOR** [1] - 1:1
**forbids** [1] - 30:24
**Force** [2] - 3:19, 4:24
**forced** [1] - 11:3
**foregoing** [1] - 42:12
**fortunately** [1] - 30:1
**forum** [3] - 3:4, 13:14, 37:6
**forward** [6] - 2:4, 26:20, 27:5, 36:19, 39:1, 42:1
**four** [6] - 6:20, 8:4, 16:8, 21:16, 21:17, 21:18
**fourth** [1] - 4:14
**Fourth** [1] - 1:19
**frame** [1] - 13:16

**frankly** [2] - 32:17, 39:15
**freedom** [2] - 10:16
**frequency** [1] - 29:17
**Friday** [1] - 1:5
**friend** [1] - 27:23
**front** [1] - 25:11
**full** [2] - 25:18, 42:13
**future** [2] - 32:24, 40:21

### G

**game** [1] - 8:17
**games** [1] - 10:19
**gamesmanship** [2] - 8:23, 20:14
**general** [1] - 11:21
**generally** [3] - 4:11, 4:21, 29:7
**generous** [1] - 6:18
**Getty** [3] - 23:8, 23:9, 23:14
**given** [4] - 9:10, 16:9, 37:10, 39:22
**golf** [1] - 15:6
**golfing** [1] - 9:11
**government** [26] - 2:21, 5:4, 11:17, 11:19, 20:23, 21:1, 21:4, 25:13, 25:14, 27:2, 27:17, 28:2, 30:11, 31:7, 35:23, 36:22, 37:8, 37:14, 39:11, 39:14, 40:2, 40:22, 40:23
**governs** [1] - 3:23
**gracious** [1] - 4:4
**grant** [1] - 14:3
**granting** [2] - 6:4, 6:5
**great** [1] - 30:8
**grounds** [1] - 14:3
**guess** [7] - 8:6, 13:1, 13:11, 13:13, 16:22, 29:7, 35:21
**guidance** [2] - 7:20, 23:6
**guiding** [1] - 5:17
**gun** [1] - 40:19

### H

**handle** [1] - 36:18
**handy** [1] - 34:14
**hard** [3] - 9:4, 18:17, 23:23
**haste** [1] - 7:15
**hate** [1] - 35:17
**heard** [1] - 22:19
**HEARING** [1] - 1:10

**hearing** [6] - 3:15, 7:13, 10:1, 11:22, 29:5, 42:5
**HELD** [1] - 1:10
**help** [1] - 18:7
**helpful** [1] - 38:19
**hereby** [1] - 42:11
**high** [6] - 18:25, 20:23, 21:25, 27:1, 27:11, 35:24
**high-level** [1] - 20:23
**higher** [2] - 6:7, 6:8
**himself** [2] - 3:25, 4:2
**history** [3] - 7:13, 15:7, 15:22
**hold** [1] - 11:22
**Honor** [47] - 2:2, 2:6, 2:12, 2:23, 3:5, 3:12, 3:21, 4:5, 4:7, 5:1, 5:3, 5:16, 6:2, 6:9, 6:16, 7:11, 7:17, 9:14, 10:18, 10:24, 11:23, 12:1, 12:17, 13:2, 14:3, 14:5, 17:15, 17:21, 17:24, 18:22, 18:24, 23:15, 23:25, 25:16, 26:24, 32:10, 32:24, 33:18, 34:3, 34:8, 34:17, 34:21, 36:4, 36:10, 41:8, 42:2
**HONORABLE** [1] - 1:10
**hopefully** [1] - 40:23
**hour** [1] - 17:20
**hours** [1] - 40:23
**House** [48] - 4:9, 4:11, 5:15, 6:5, 7:15, 7:19, 8:24, 9:12, 9:21, 9:24, 11:8, 12:5, 12:22, 13:4, 14:7, 15:13, 15:15, 16:12, 16:13, 17:16, 17:23, 19:15, 19:18, 19:23, 20:5, 20:12, 20:20, 20:21, 22:9, 22:10, 22:19, 23:7, 26:2, 26:9, 28:6, 28:25, 29:1, 29:11, 30:3, 30:5, 33:19, 36:6, 36:21, 37:5, 38:5, 38:6, 39:23, 41:10
**House's** [2] - 5:12, 16:14
**Hudak** [2] - 8:3, 13:25
**Hudak's** [2] - 2:15, 8:7

**I**

**idea** [2] - 28:1, 28:7

**ideas** [1] - 20:4
**identify** [1] - 2:4
**ignore** [1] - 24:5
**implementation** [1] - 21:5
**implicitly** [1] - 12:24
**important** [1] - 40:5
**importantly** [2] - 37:22, 41:21
**IN** [1] - 1:1
**In-Town** [1] - 23:7
**inclined** [7] - 28:11, 34:19, 37:14, 37:16, 37:20, 38:10, 41:15
**include** [2] - 10:9, 11:11
**included** [1] - 17:13
**including** [5] - 6:20, 21:16, 21:17, 21:19, 41:17
**incorporate** [1] - 5:16
**increasing** [1] - 10:2
**inferior** [5] - 9:18, 9:19, 14:18, 14:22, 18:17
**injunction** [34] - 7:23, 8:22, 9:15, 9:23, 11:2, 11:3, 11:7, 11:14, 19:4, 19:12, 19:16, 20:10, 20:17, 22:8, 25:23, 25:24, 26:10, 26:11, 26:13, 26:20, 27:14, 27:15, 29:4, 30:9, 31:8, 31:20, 33:10, 33:15, 33:18, 35:1, 35:5, 35:11, 35:14
**injunctions** [3] - 12:12, 19:21, 29:7
**injunctive** [2] - 28:23, 29:10
**instructed** [1] - 35:9
**intend** [1] - 36:20
**interbranch** [1] - 28:5
**interest** [1] - 40:25
**interested** [2] - 26:1, 39:14
**interesting** [1] - 25:5
**interpret** [1] - 5:18
**interpreted** [1] - 21:6
**intrusion** [1] - 28:5
**intrusive** [2] - 32:17, 39:13
**invalid** [2] - 11:6, 35:25
**invited** [2] - 30:18, 31:14
**inviting** [1] - 32:16
**involving** [1] - 9:17
**irrespective** [2] - 4:18,

37:23
**issue** [8] - 7:10, 20:23, 26:11, 28:17, 34:9, 35:17, 40:24
**issued** [5] - 16:11, 16:15, 17:25, 26:14, 37:21
**issues** [3] - 19:5, 36:19, 37:1
**item** [1] - 19:25
**items** [1] - 11:1
**iterations** [1] - 12:20
**itself** [4] - 16:13, 24:20, 31:1, 34:18

**J**

**Jane** [1] - 2:12
**JANE** [1] - 1:18
**jane.lyons@usdoj.gov** [1] - 1:21
**jobs** [1] - 27:2
**journalism** [1] - 34:10
**journalist** [4] - 4:16, 29:16, 31:24, 32:9
**journalists** [3] - 9:3, 9:17, 19:18
**JUDGE** [1] - 1:11
**judges** [1] - 3:15
**judicious** [2] - 40:15, 40:19
**jumping** [2] - 19:8, 40:19
**junior** [2] - 21:25, 27:11

**K**

**Karem** [1] - 35:10
**kept** [2] - 8:9, 8:10
**kind** [10] - 12:4, 12:6, 12:21, 13:8, 15:23, 28:11, 29:19, 31:6, 32:19, 39:16

**L**

**lack** [1] - 21:15
**laid** [1] - 31:1
**language** [1] - 14:21
**larger** [5] - 9:4, 9:8, 13:9, 16:18, 16:19
**last** [7] - 3:22, 12:21, 13:12, 28:13, 30:1, 39:9, 40:14
**law** [3] - 2:7, 5:14, 40:6
**lawsuit** [5] - 19:9, 22:6, 25:16, 30:7, 33:22
**lawyer** [2] - 20:25,

31:9
**lawyerly** [1] - 29:24
**lead** [1] - 31:1
**leap** [1] - 16:2
**least** [3] - 3:2, 6:17, 14:2
**leave** [1] - 5:19
**Leavitt** [1] - 10:1
**lede** [1] - 3:21
**legal** [2] - 27:21, 33:22
**legitimate** [1] - 32:11
**lens** [1] - 32:25
**lesson** [2] - 35:13, 40:19
**level** [2] - 20:23, 27:2
**light** [3] - 31:19, 37:24, 39:8
**likely** [1] - 39:12
**line** [1] - 37:11
**lines** [1] - 30:15
**links** [1] - 9:14
**LISA** [1] - 42:11
**Lisa** [1] - 1:22
**litigation** [6] - 12:2, 16:10, 29:6, 30:8, 35:3, 35:20
**living** [1] - 34:11
**LLP** [1] - 1:14
**look** [9] - 6:23, 15:4, 15:23, 17:4, 17:18, 17:24, 21:19, 31:2, 31:16
**looking** [4] - 16:23, 23:6, 30:20, 32:19
**looks** [1] - 18:10
**love** [1] - 33:2
**LYONS** [37] - 1:18, 2:12, 18:24, 21:21, 21:24, 22:18, 22:24, 23:11, 23:13, 23:15, 23:25, 24:15, 24:17, 24:25, 25:12, 25:14, 26:6, 26:17, 26:24, 27:10, 27:15, 28:21, 29:23, 30:23, 31:19, 31:22, 32:3, 32:6, 32:23, 33:6, 33:8, 33:10, 33:13, 33:17, 33:24, 34:3, 42:2
**Lyons** [10] - 2:13, 2:17, 18:23, 22:14, 23:5, 34:2, 36:21, 39:1, 39:19, 41:25
**Lyons's** [1] - 35:23

**M**

**ma'am** [4] - 27:13, 33:9, 33:11
**mac** [1] - 22:1

**major** [1] - 34:10
**malicious** [1] - 28:16
**management** [1] - 28:6
**manipulate** [1] - 17:13
**manipulated** [1] - 17:10
**manipulation** [1] - 17:21
**manner** [1] - 28:24
**material** [1] - 14:16
**math** [7] - 6:16, 6:21, 31:3, 33:2, 33:3, 34:9, 34:10
**matter** [1] - 18:24
**matters** [2] - 19:21, 33:19
**McFADDEN** [1] - 1:10
**mean** [14] - 4:4, 5:4, 7:11, 8:5, 8:11, 12:11, 12:14, 12:19, 13:10, 17:19, 20:24, 21:19, 22:15, 32:16
**means** [1] - 5:6
**measured** [1] - 27:19
**meatball** [1] - 22:1
**mechanisms** [1] - 10:22
**media** [2] - 10:3, 29:18
**mediated** [1] - 12:4
**meet** [1] - 13:14
**member** [1] - 11:12
**members** [1] - 19:15
**memorandum** [1] - 25:3
**memory** [1] - 20:25
**mentioned** [1] - 25:22
**merits** [1] - 19:8
**message** [1] - 27:3
**micromanage** [1] - 36:20
**micromanaging** [2] - 26:1, 26:21
**mid** [1] - 2:25
**mid-February** [1] - 2:25
**might** [9] - 11:16, 25:8, 25:9, 27:20, 29:25, 31:2, 32:24
**Miller** [4] - 2:9, 9:2, 17:5, 31:13
**Miller's** [1] - 13:3
**mindful** [1] - 7:12
**minor** [1] - 34:10
**minute** [1] - 36:11
**modified** [3] - 26:5, 35:10, 40:10
**modifies** [1] - 8:22
**moment** [2] - 15:7, 19:1

**Monday** [15] - 6:5,
6:12, 6:15, 6:22, 7:7,
20:2, 21:15, 21:25,
23:7, 24:2, 26:9,
29:13, 30:6, 30:9
**monetary** [1] - 12:14
**months** [2] - 12:21,
39:9
**MOREIRA** [1] - 42:11
**Moreira** [2] - 1:22,
42:18
**morning** [13] - 2:6,
2:11, 2:12, 2:17,
18:24, 22:20, 24:2,
25:24, 26:9, 30:2,
30:6, 30:9, 31:11
**most** [4] - 6:18, 10:25,
15:20, 38:4
**motion** [10] - 2:18,
19:3, 26:7, 31:12,
34:4, 36:2, 36:15,
36:17, 40:16, 40:21
**MOTIONS** [1] - 1:10
**motions** [2] - 40:16,
40:17
**motivations** [1] -
32:14
**moved** [3] - 7:23,
17:19, 17:20
**moving** [5] - 7:15,
18:25, 26:20, 36:19,
42:1
**MR** [24] - 2:6, 2:23,
3:5, 3:10, 3:12, 6:25,
8:4, 8:13, 10:24,
12:17, 13:2, 13:16,
14:12, 16:2, 17:2,
17:12, 18:22, 32:5,
34:8, 34:15, 36:1,
36:10, 41:8, 41:22
**MS** [36] - 2:12, 18:24,
21:21, 21:24, 22:18,
22:24, 23:11, 23:13,
23:15, 23:25, 24:15,
24:17, 24:25, 25:12,
25:14, 26:6, 26:17,
26:24, 27:10, 27:15,
28:21, 29:23, 30:23,
31:19, 31:22, 32:3,
32:6, 32:23, 33:6,
33:8, 33:10, 33:13,
33:17, 33:24, 34:3,
42:2
**must** [4] - 8:11, 21:8,
30:21, 31:17

**N**

**name** [1] - 32:4
**narrow** [1] - 16:13

**Nationals** [1] - 5:7
**near** [2] - 31:3, 32:12
**necessarily** [4] -
12:24, 28:12, 37:3,
38:1
**necessary** [1] - 11:24
**need** [8] - 15:3, 17:24,
18:25, 19:10, 26:12,
29:19, 33:11, 40:6
**needs** [1] - 27:15
**nefarious** [1] - 31:15
**neutral** [7] - 13:12,
16:16, 30:21, 30:23,
31:17, 34:20, 37:15
**neutrality** [3] - 7:4,
7:5, 24:23
**never** [1] - 30:18
**new** [13] - 3:1, 3:13,
5:25, 7:10, 10:2,
10:3, 10:8, 11:4,
11:17, 25:20, 27:24,
33:6, 33:8
**New** [2] - 23:7, 23:9,
23:10
**newer** [1] - 10:3
**next** [1] - 8:18
**night** [1] - 30:1
**nightmares** [1] - 30:1
**nobody** [3] - 28:18,
30:12, 30:13
**nobody's** [1] - 40:25
**noncompliance** [3] -
7:6, 30:20, 40:11
**nondiscriminatory**
[1] - 32:15, 39:1
**none** [1] - 30:1
**nonetheless** [1] - 8:5
**nonpublic** [3] - 3:3,
13:14, 37:6
**nose** [2] - 3:13, 3:14
**note** [2] - 38:4, 39:25
**notes** [1] - 42:13
**nothing** [4] - 19:22,
20:15, 23:16, 23:24
**notify** [1] - 40:21
**nowhere** [1] - 32:12
**nuance** [1] - 25:8
**number** [1] - 37:1
**NW** [4] - 1:15, 1:19,
1:23, 42:20

**O**

**observe** [1] - 29:8
**obvious** [1] - 32:21
**obviously** [4] - 18:14,
18:25, 36:3, 40:1
**occasionally** [1] -
31:17
**OF** [3] - 1:1, 1:10, 42:9

**offer** [1] - 12:3
**Office** [5] - 2:13, 3:19,
4:24, 9:12, 15:3
**office** [1] - 41:10
**OFFICE** [1] - 1:18
**official** [2] - 35:9,
42:19
**Official** [1] - 1:22
**OFFICIAL** [1] - 42:9
**officials** [5] - 20:23,
27:2, 31:7, 36:22,
36:23
**often** [1] - 32:19
**old** [3] - 38:18, 38:20,
38:23
**once** [2] - 7:21, 7:22
**one** [14] - 2:21, 3:15,
8:9, 10:25, 13:12,
14:1, 17:20, 23:11,
23:13, 24:17, 37:8,
39:21, 40:7, 41:8
**One** [2] - 3:19, 4:24
**ongoing** [1] - 39:10
**opacity** [1] - 7:2
**opaque** [1] - 14:17
**open** [2] - 19:14, 19:17
**operated** [1] - 8:8
**operating** [1] - 27:7
**operations** [1] - 22:19
**opinion** [4] - 15:19,
16:12, 25:3, 37:6
**opportunities** [2] -
10:3, 15:3
**opportunity** [3] - 9:10,
11:18, 14:18
**opposition** [1] - 24:18
**oral** [1] - 11:24
**order** [84] - 3:3, 3:6,
3:8, 4:1, 4:5, 5:25,
6:1, 6:3, 6:10, 6:11,
6:13, 7:3, 7:7, 7:8,
7:10, 7:18, 7:23,
7:25, 8:4, 8:18, 8:24,
9:7, 9:8, 9:15, 9:20,
9:23, 10:7, 10:11,
10:12, 10:19, 11:2,
11:7, 11:14, 11:17,
12:3, 12:7, 13:21,
13:22, 14:2, 14:15,
14:17, 14:19, 14:21,
15:11, 15:13, 15:15,
15:18, 16:8, 16:11,
16:13, 16:15, 16:19,
16:20, 17:20, 17:22,
18:1, 18:3, 18:5,
18:6, 25:2, 25:18,
26:4, 30:12, 33:20,
34:18, 34:22, 34:25,
35:1, 35:11, 35:12,
35:14, 35:18, 35:19,

36:5, 38:25, 39:4,
40:10, 41:2, 41:21,
41:25
**ordered** [2] - 24:8,
24:10
**orders** [2] - 14:2,
19:20
**ordinary** [1] - 12:2
**otherwise** [1] - 22:9
**ought** [1] - 9:22
**outlet** [1] - 37:24
**outlets** [5] - 4:8, 4:10,
4:14, 14:8, 37:22
**Outlets** [1] - 4:17
**outlines** [1] - 13:4
**Oval** [4] - 3:18, 4:24,
9:12, 15:3
**overarching** [1] - 3:22
**own** [1] - 13:21

**P**

**pace** [1] - 7:15
**paper** [1] - 7:6
**papers** [1] - 11:25
**parcel** [1] - 8:23
**part** [9] - 4:15, 6:10,
7:2, 7:15, 8:23, 10:5,
18:2, 34:24, 40:4
**participate** [2] - 2:22,
31:14
**participated** [1] - 12:5
**participation** [2] -
4:18, 37:23
**particular** [3] - 20:1,
21:11, 29:13
**particularly** [3] - 25:4,
28:23, 31:1
**parties** [1] - 12:12
**party** [3] - 21:2, 25:1,
35:3
**passholders** [2] - 9:5,
18:17
**past** [1] - 30:16
**patently** [1] - 8:20
**patience** [1] - 41:3
**pattern** [1] - 7:7
**peer** [2] - 15:20, 39:7
**peers** [1] - 32:21
**penalty** [1] - 12:14
**people** [7] - 4:7, 5:22,
6:19, 27:4, 32:15,
32:16, 37:9
**per** [1] - 14:9
**perfectly** [2] - 11:13,
32:24
**perhaps** [6] - 28:15,
29:23, 32:11, 32:25,
34:13, 39:11
**period** [1] - 32:8

**periodicity** [1] - 23:19
**permanent** [2] - 12:23,
13:7
**permits** [1] - 3:17
**permitted** [1] - 2:24
**permitting** [1] - 4:2
**person** [1] - 25:3
**petition** [1] - 10:14
**petitioned** [1] - 10:15
**photo** [5] - 6:19, 10:4,
11:11, 18:9, 18:11
**photographer** [6] -
2:24, 6:17, 8:16, 9:1,
14:8, 16:24
**photographers** [3] -
14:11, 14:12, 18:11
**photographs** [1] -
14:8
**photography** [2] -
2:23, 8:25
**photojournalist** [2] -
21:15, 29:15
**photojournalists** [8] -
21:16, 21:17, 21:18,
22:23, 22:24, 23:2,
23:3, 26:9
**photos** [1] - 14:6
**phrase** [2] - 4:23,
35:18
**phrasing** [1] - 3:22
**place** [2] - 15:9, 33:16
**placed** [1] - 14:22
**places** [1] - 4:6
**Plaintiff** [2] - 1:4, 1:13
**plaintiff** [2] - 2:5, 41:4
**plaintiff's** [2] - 2:18,
36:15
**play** [3] - 5:7, 27:5,
29:2
**playing** [3] - 8:17,
10:18, 10:19
**plays** [1] - 25:20
**plenty** [1] - 5:19
**podium** [1] - 10:1
**point** [17] - 8:2, 10:23,
13:15, 20:4, 20:15,
21:12, 23:5, 23:20,
28:13, 28:25, 33:17,
35:23, 35:24, 37:13,
37:17, 38:8, 39:20
**pointed** [2] - 14:22,
23:16
**pointedly** [1] - 5:3
**poke** [3] - 3:16, 20:14
**poking** [1] - 30:13
**policies** [3] - 13:11,
17:9, 21:5
**policy** [83] - 3:2, 3:13,
3:17, 3:21, 3:23, 4:5,
4:7, 5:13, 5:16, 5:25,

6:20, 7:10, 7:22, 8:1, 8:21, 8:23, 11:5, 11:6, 11:10, 11:17, 12:6, 12:19, 12:22, 13:1, 13:5, 13:12, 13:13, 14:10, 15:12, 15:24, 16:3, 17:5, 17:7, 17:11, 17:12, 17:14, 17:17, 17:25, 20:3, 20:5, 20:6, 20:12, 20:16, 20:19, 20:23, 21:6, 21:10, 22:4, 22:11, 22:12, 23:16, 24:2, 24:8, 24:20, 24:24, 25:20, 27:6, 27:24, 28:11, 30:20, 30:21, 30:23, 31:1, 31:16, 33:6, 33:8, 33:16, 34:18, 35:24, 36:6, 37:14, 37:21, 38:2, 38:11, 38:15, 38:18, 38:20, 38:23, 41:12, 41:15, 41:16, 41:21
**Pool** [1] - 23:7
**pool** [42] - 2:22, 2:24, 3:13, 3:24, 4:9, 4:13, 4:18, 5:13, 5:23, 5:24, 6:14, 6:15, 6:18, 6:19, 7:21, 8:6, 8:25, 9:2, 9:6, 9:8, 9:10, 11:13, 12:20, 15:25, 16:17, 16:18, 16:25, 17:6, 17:19, 18:9, 18:10, 19:15, 20:12, 26:2, 27:4, 27:12, 29:13, 30:19, 31:14, 32:15, 37:23, 38:7
**pool's** [1] - 4:15
**pools** [6] - 20:1, 20:8, 21:11, 22:2, 22:5, 23:1
**poorly** [1] - 18:19
**population** [2] - 9:4, 16:20
**position** [5] - 14:13, 14:15, 14:23, 17:16, 37:12
**possibility** [1] - 25:6
**possible** [1] - 20:9
**possibly** [1] - 39:13
**potentially** [1] - 32:14
**powerful** [2] - 28:24, 30:11
**practically** [1] - 26:7
**precisely** [1] - 20:8
**preexisting** [1] - 12:21
**prejudice** [1] - 36:17
**preliminary** [3] - 11:2,

11:3, 19:3
**preparations** [1] - 6:13
**prepare** [1] - 6:11
**prepared** [1] - 12:10
**prerogative** [1] - 25:4
**prerogatives** [1] - 25:7
**presents** [1] - 33:22
**President** [24] - 3:20, 3:23, 4:23, 5:14, 5:23, 8:14, 8:15, 9:13, 10:21, 13:19, 13:22, 15:6, 24:22, 25:1, 34:24, 35:2, 35:8, 35:13, 35:15, 36:5, 36:8, 38:1, 39:25, 41:11
**President's** [7] - 9:11, 11:21, 25:6, 27:3, 38:11, 40:3, 41:17
**presidential** [1] - 9:12
**Press** [7] - 2:3, 2:8, 2:10, 3:14, 5:12, 11:11, 38:6
**press** [37] - 2:22, 2:24, 3:24, 4:9, 4:11, 5:13, 5:21, 8:6, 10:16, 11:4, 11:6, 12:20, 15:25, 16:25, 17:6, 17:16, 19:15, 20:1, 20:8, 20:12, 20:22, 21:11, 22:2, 22:3, 26:2, 27:4, 27:12, 27:24, 29:13, 30:7, 30:19, 31:14, 32:15, 35:15, 37:2, 38:7, 41:10
**PRESS** [1] - 1:3
**presume** [1] - 37:21
**presumption** [4] - 36:24, 36:25, 38:8, 39:12
**pretty** [5] - 17:10, 35:24, 38:12, 39:7, 39:17
**previous** [1] - 20:6
**previously** [1] - 6:20
**primary** [2] - 11:14, 33:15
**principal** [2] - 18:6, 27:11
**principle** [1] - 3:23
**print** [7] - 4:15, 9:2, 9:3, 9:4, 15:5, 29:16, 31:24
**problem** [14] - 7:2, 13:19, 13:20, 18:6, 21:12, 27:25, 29:3, 29:20, 29:22, 30:4, 30:16, 30:22, 40:12, 41:20

**problematic** [3] - 14:3, 28:12, 38:23
**problems** [1] - 27:20
**proceed** [2] - 28:19, 28:21
**proceeding** [2] - 28:15, 39:23
**proceedings** [1] - 42:14
**process** [1] - 17:22
**profoundly** [1] - 31:8
**prominent** [4] - 31:24, 32:2, 32:3, 32:9
**proof** [2] - 15:23, 39:5
**proposed** [2] - 12:3, 19:7
**provide** [2] - 11:18, 18:16
**providing** [1] - 39:15
**provision** [1] - 14:2
**pudding** [2] - 15:24, 39:5
**punitive** [2] - 9:19, 15:10
**punitively** [1] - 9:7
**pure** [2] - 39:16, 39:21
**purpose** [3] - 15:2, 35:19, 35:20
**purposes** [1] - 6:6
**pursued** [1] - 19:6
**put** [1] - 9:8
**putting** [3] - 3:22, 11:9, 14:16

## Q

**qualification** [1] - 4:1
**qualifying** [1] - 4:21
**questions** [3] - 33:22, 41:6, 41:25
**quickly** [2] - 7:16, 7:24
**quite** [3] - 12:22, 32:17, 41:5

## R

**random** [1] - 31:2
**rapidly** [1] - 25:16
**rather** [1] - 17:9
**RDR** [3] - 1:22, 42:11, 42:18
**reaction** [3] - 9:14, 10:14, 14:19
**read** [1] - 23:17
**really** [6] - 3:13, 6:23, 8:23, 10:18, 15:21, 31:7
**reason** [2] - 19:19, 34:25
**reasonable** [1] - 7:18

**rebut** [1] - 39:11
**receiving** [1] - 39:6
**recent** [1] - 38:4
**recently** [1] - 39:25
**Recess** [1] - 36:13
**recites** [1] - 4:7
**recognition** [1] - 40:5
**recognize** [3] - 32:4, 36:25, 37:4
**recognized** [2] - 25:3, 38:14
**recognizing** [1] - 28:4
**recommend** [4] - 10:25, 26:25, 28:19, 28:21
**record** [8] - 2:5, 10:6, 11:9, 19:22, 21:13, 23:23, 24:5, 30:5
**rectify** [1] - 40:24
**referred** [1] - 29:5
**refers** [2] - 20:16
**refrained** [2] - 7:17, 7:19
**refusing** [1] - 5:14
**regardless** [8] - 8:6, 8:7, 15:24, 17:5, 17:7, 17:11, 18:5, 35:15
**regular** [2] - 11:11, 18:10
**rejected** [2] - 6:9, 14:1
**relegates** [1] - 10:12
**relegating** [2] - 9:18, 16:19
**relied** [1] - 16:8
**relief** [4] - 7:24, 18:2, 26:22, 29:10
**rely** [1] - 20:25
**remain** [1] - 14:24
**remedies** [1] - 27:22
**remedy** [5] - 11:4, 11:15, 12:4, 12:10, 14:4
**remember** [3] - 8:3, 35:10, 35:11
**remind** [1] - 25:1
**repeated** [1] - 37:17
**repeatedly** [2] - 24:21, 39:5
**Reporter** [3] - 1:22, 1:22, 42:19
**REPORTER** [1] - 42:9
**reporters** [1] - 17:7
**representations** [2] - 16:5, 16:14
**representative** [1] - 2:9
**represented** [1] - 5:19
**request** [2] - 6:10, 11:15

**require** [6] - 11:19, 20:1, 20:2, 22:9, 29:12, 34:23
**required** [5] - 19:12, 19:16, 19:18, 20:10, 26:8
**requires** [3] - 7:15, 41:2, 41:3
**requiring** [1] - 39:15
**rescind** [1] - 36:6
**rescinding** [4] - 19:13, 19:16, 20:3, 24:8
**rescission** [2] - 19:24, 19:25
**reservation** [1] - 24:25
**reserve** [3] - 5:10, 10:20, 35:3
**reserved** [1] - 41:11
**reserves** [3] - 8:19, 8:20, 16:3
**reserving** [2] - 3:25, 36:4
**resigning** [1] - 24:10
**resist** [1] - 17:17
**resolve** [1] - 18:8
**resoundingly** [1] - 14:1
**respected** [1] - 25:17
**respectfully** [1] - 25:1
**respecting** [1] - 40:7
**respects** [1] - 3:6
**respond** [2] - 11:18, 40:23
**response** [2] - 16:20, 19:24
**rest** [1] - 24:24
**result** [2] - 35:5, 36:8
**results** [3] - 22:15, 28:13, 30:17
**retain** [1] - 4:12
**retains** [5] - 4:23, 5:23, 22:3, 24:22, 38:1
**retaliation** [1] - 18:14
**retaliatory** [1] - 14:23
**Reuters** [6] - 16:1, 16:25, 23:8, 23:9, 23:12, 32:20
**revisited** [1] - 25:8
**Room** [2] - 1:23, 42:20
**room** [2] - 5:20, 14:9
**rotate** [4] - 4:11, 23:2, 23:3
**rotating** [5] - 4:9, 11:12, 13:7, 13:8, 14:14
**rotation** [21] - 4:16, 6:18, 6:24, 7:1, 9:8, 9:16, 10:2, 10:4, 10:5, 14:5, 14:6, 14:9, 14:16, 15:6,

21:15, 21:20, 21:24,
22:16, 23:6, 23:17
**rotations** [3] - 10:10,
11:10, 23:18
**roughly** [2] - 16:1,
17:6
**route** [1] - 12:13
**rule** [2] - 11:25, 40:6
**ruling** [2] - 41:7, 41:9

**S**

**sad** [1] - 31:9
**salient** [1] - 15:21
**salute** [1] - 5:5
**sample** [1] - 31:4
**Sasha** [1] - 2:9
**SASHA** [1] - 1:14
**satisfy** [1] - 10:10
**Saturday** [1] - 9:11
**Saturdays** [1] - 32:10
**saw** [2] - 7:21, 7:22
**school** [2] - 21:25,
27:11
**se** [1] - 14:9
**seat** [1] - 13:8
**seats** [2] - 12:23, 13:7
**second** [7] - 4:10, 5:2,
13:3, 14:5, 14:25,
20:4, 39:6
**second-class** [1] -
39:6
**secondary** [1] - 11:16
**secretary** [5] - 4:11,
5:21, 20:22, 22:3,
35:15
**see** [8] - 8:17, 13:11,
23:23, 27:5, 34:4,
34:21, 35:17, 37:16
**seeing** [1] - 40:24
**seek** [2] - 6:6, 14:4
**seeking** [1] - 18:2
**seem** [1] - 6:25
**selection** [2] - 4:15,
37:2
**self** [1] - 7:5
**self-serving** [1] - 7:5
**semblance** [1] - 9:16
**senior** [1] - 36:22
**sense** [2] - 25:19,
27:16
**sensible** [1] - 11:8
**sensitive** [2] - 3:19,
4:25
**serious** [7] - 19:6,
19:21, 27:2, 33:22,
40:12, 41:20
**seriously** [1] - 40:18
**service** [7] - 9:5, 15:1,
17:1, 17:3, 18:16,

18:19
**services** [2] - 15:20,
39:7
**serving** [1] - 7:5
**sets** [1] - 7:3
**several** [2] - 3:6, 4:6
**shall** [1] - 4:11
**shoots** [1] - 9:13
**showed** [1] - 38:21
**shows** [1] - 19:22
**side** [8] - 9:3, 18:12,
19:7, 27:23
**significant** [2] - 31:5,
40:12
**similarly** [1] - 17:6
**simple** [1] - 11:5
**simply** [1] - 11:6
**slightly** [1] - 8:11
**slots** [3] - 6:20, 22:21,
23:4
**slow** [1] - 19:10
**small** [1] - 33:21
**solidified** [1] - 38:20
**someone** [3] - 30:3,
30:5, 30:8
**soon** [1] - 21:10
**sorry** [5] - 6:8, 17:2,
26:17, 27:8, 33:13
**sort** [6] - 10:22, 12:13,
12:14, 14:16, 22:25,
30:15
**sought** [2] - 6:7, 6:8
**space** [1] - 31:4
**spaces** [4] - 3:19,
4:25, 19:14, 25:7
**SPAHR** [1] - 1:14
**Spahr** [1] - 2:7
**specific** [1] - 26:11
**specifically** [1] - 5:9
**speed** [1] - 18:25
**spirit** [1] - 21:10
**spot** [3] - 15:10, 29:14,
29:15
**spots** [1] - 14:7
**staff** [2] - 20:21, 20:22
**stage** [1] - 33:24
**stages** [1] - 33:25
**staging** [1] - 17:21
**stand** [1] - 17:22
**start** [3] - 2:20, 18:4,
21:10
**started** [2] - 13:24,
16:17
**starting** [1] - 2:5
**statement** [13] - 7:4,
7:5, 30:15, 37:25,
38:2, 38:8, 38:10,
38:12, 38:14, 40:4,
40:5, 41:16, 41:17

**statements** [2] - 39:2,
39:22
**States** [3] - 3:20, 35:2,
42:19
**states** [2] - 37:22, 38:5
**STATES** [2] - 1:1, 1:11
**statistically** [1] - 31:5
**statistics** [2] - 39:17,
39:21
**status** [1] - 10:13
**stay** [8] - 3:15, 6:3,
6:5, 6:6, 6:8, 6:9,
8:21
**stayed** [2] - 26:5,
40:10
**stenographic** [1] -
42:13
**step** [1] - 19:1
**stepping** [1] - 8:15
**stick** [1] - 7:22
**still** [5] - 8:13, 13:8,
16:22, 22:17, 27:8
**stipulate** [1] - 32:5
**stipulated** [1] - 32:6
**straightforward** [2] -
17:8, 38:12
**Street** [2] - 1:15, 1:19
**strike** [3] - 9:23, 11:4,
15:12
**strikes** [2] - 12:13,
13:10
**striking** [3] - 15:15,
27:24, 38:18
**strong** [2] - 39:3, 39:7
**strongly** [4] - 6:9,
10:25, 16:11, 16:12
**structure** [2] - 38:13,
40:6
**sub** [1] - 22:1
**subject** [1] - 8:13
**submission** [1] -
11:19
**submit** [2] - 12:3, 28:2
**subordinated** [1] -
10:13
**subordinates** [1] -
40:3
**subpoena** [1] - 41:2
**substance** [1] - 5:11
**substantial** [1] - 37:5
**substantially** [1] -
14:18
**substantive** [2] - 4:19,
37:24
**succeeded** [1] - 29:7
**sue** [1] - 35:8
**sufficient** [1] - 3:3
**suggest** [1] - 12:10
**suggested** [2] - 24:24,
27:24

**suggesting** [3] -
32:23, 33:1, 39:2
**suggestion** [5] -
11:15, 11:16, 12:25,
17:17, 38:17
**suggestions** [1] -
10:24
**suggests** [1] - 38:2
**sum** [1] - 5:11
**supervision** [1] - 16:9
**supplemental** [1] -
24:17
**support** [1] - 21:13
**system** [6] - 6:18, 7:1,
9:25, 10:9, 14:15,
15:16

**T**

**table** [1] - 2:8
**tailor** [1] - 8:18
**TAYLOR** [1] - 1:6
**ten** [1] - 36:11
**ten-minute** [1] - 36:11
**tendency** [1] - 22:25
**term** [1] - 37:18
**terms** [6] - 7:7, 13:20,
16:1, 18:8, 19:4,
27:23
**territory** [1] - 28:4
**testimony** [1] - 39:13
**text** [3] - 9:3, 9:17,
18:12
**THE** [63] - 1:1, 1:1,
1:10, 2:2, 2:11, 2:17,
3:1, 3:9, 3:11, 6:23,
8:2, 8:5, 10:22,
12:11, 12:19, 13:6,
14:11, 15:19, 16:22,
17:4, 18:21, 18:23,
21:14, 21:23, 22:14,
22:22, 23:5, 23:12,
23:14, 23:20, 24:13,
24:16, 24:19, 25:10,
25:13, 26:1, 26:15,
26:19, 27:9, 27:13,
28:8, 29:21, 30:14,
31:13, 31:21, 32:2,
32:13, 33:5, 33:7,
33:9, 33:11, 33:14,
33:23, 34:1, 34:6,
34:13, 35:21, 36:9,
36:11, 36:14, 41:14,
41:24, 42:3
**themselves** [1] - 10:20
**they've** [5] - 9:10,
14:14, 17:25, 18:12,
18:15
**third** [6] - 13:3, 21:7,
21:8, 24:1, 24:17,

25:21
**thoughtful** [1] - 27:19
**thoughts** [2] - 36:18,
38:24
**three** [8] - 12:9, 13:10,
14:7, 16:18, 22:21,
23:24, 33:3
**throwing** [1] - 19:19
**thumb** [1] - 3:13
**thumbing** [1] - 3:14
**Thursday** [1] - 29:15
**time-consuming** [1] -
32:18
**TOBIN** [25] - 1:13, 2:6,
2:23, 3:5, 3:10, 3:12,
6:25, 8:4, 8:13,
10:24, 12:17, 13:2,
13:16, 14:12, 16:2,
17:2, 17:12, 18:22,
32:5, 34:8, 34:15,
36:1, 36:10, 41:8,
41:22
**Tobin** [7] - 2:7, 2:20,
24:19, 34:7, 37:10,
41:6, 41:24
**Tobin's** [3] - 26:22,
37:17, 38:17
**tobinc@**
**ballardspahr.com**
[1] - 1:16
**today** [14] - 12:10,
18:2, 18:8, 19:2,
19:7, 19:11, 21:8,
25:19, 25:21, 31:11,
33:18, 36:3, 41:9
**tolerable** [1] - 7:20
**tomorrow** [1] - 8:14
**took** [3] - 13:6, 30:9,
35:13
**tools** [1] - 12:18
**Town** [1] - 23:7
**transcript** [2] - 42:13,
42:14
**TRANSCRIPT** [1] -
1:10
**treads** [1] - 28:3
**treated** [2] - 15:21,
18:19
**treatment** [2] - 15:22,
39:6
**TREVOR** [1] - 1:10
**tried** [1] - 12:5
**TRO** [4] - 7:13, 7:15,
10:1, 29:5
**trouble** [1] - 23:1
**true** [4] - 23:25, 30:2,
42:12, 42:14
**Trump** [1] - 39:25
**trust** [1] - 27:1
**trusting** [1] - 16:23

**truth** [1] - 20:15
**try** [3] - 10:19, 26:17, 40:23
**trying** [8] - 7:14, 13:13, 17:9, 28:1, 28:9, 28:19, 29:3, 41:1
**Tuesday** [9] - 6:15, 6:22, 7:8, 8:8, 20:2, 21:16, 22:1, 23:9, 29:13
**turn** [1] - 27:25
**turned** [2] - 21:9, 31:24
**Tweet** [1] - 30:15
**two** [7] - 12:23, 14:2, 19:12, 19:23, 23:1, 30:18, 31:4
**two-week** [1] - 31:4
**type** [1] - 39:13
**typical** [1] - 12:13

## U

**U.S** [3] - 1:18, 1:23, 2:13
**unclear** [1] - 38:20
**uncomfortable** [1] - 28:3
**uncommon** [1] - 21:4
**unconstitutional** [1] - 17:16
**under** [12] - 5:12, 6:18, 6:19, 7:20, 16:9, 20:19, 22:4, 27:7, 33:6, 33:10, 33:14, 41:12
**undergraduate** [1] - 33:2
**underlying** [1] - 34:25
**United** [3] - 3:20, 35:2, 42:19
**UNITED** [2] - 1:1, 1:11
**unless** [2] - 26:4, 40:10
**unqualified** [1] - 24:6
**up** [3] - 10:1, 17:22, 31:23
**utilized** [1] - 38:22

## V

**valid** [1] - 32:24
**varieties** [1] - 23:18
**variety** [2] - 29:25, 30:2
**various** [1] - 12:20
**vastly** [1] - 9:17
**vice** [1] - 27:10
**view** [2] - 6:19, 15:8

**viewpoint** [31] - 4:3, 4:19, 5:10, 5:11, 5:20, 7:4, 7:5, 8:19, 16:4, 16:16, 16:21, 19:13, 19:16, 20:6, 20:17, 22:6, 24:3, 24:10, 24:23, 30:24, 31:23, 35:6, 35:16, 36:6, 37:9, 37:24, 38:7, 38:16, 39:24, 41:13, 41:18
**viewpoint-based** [6] - 19:16, 22:6, 24:3, 24:10, 30:24, 31:23
**views** [1] - 5:14
**violate** [1] - 11:2
**violated** [1] - 19:23
**violates** [2] - 7:23, 11:7
**violating** [2] - 5:14, 12:12
**violation** [15] - 3:6, 6:1, 9:19, 9:23, 10:15, 13:22, 15:11, 15:17, 18:1, 18:20, 19:20, 34:25, 35:4, 36:5
**violative** [1] - 34:24
**vitiates** [1] - 38:1
**Vucci** [1] - 30:18

## W

**wait** [2] - 8:17, 28:21
**wait-and-see** [1] - 8:17
**wants** [3] - 9:24, 11:8, 28:18
**Washington** [7] - 1:4, 1:15, 1:20, 1:24, 5:7, 27:11, 42:21
**watch** [1] - 15:6
**ways** [2] - 29:25, 30:2
**weasel** [3] - 24:6, 24:21, 35:18
**Wednesday** [7] - 6:16, 6:22, 7:8, 7:22, 21:18, 23:10, 29:14
**week** [10] - 3:2, 13:7, 20:2, 21:22, 22:3, 31:4, 37:15, 40:17, 41:1
**weekend** [2] - 29:16, 42:4
**weekends** [1] - 31:14
**weeks** [1] - 30:18
**White** [50] - 4:9, 4:11, 5:12, 5:15, 6:5, 7:15, 7:18, 8:24, 9:12, 9:21, 9:24, 11:8, 12:5, 12:21, 13:4,

14:6, 15:13, 15:15, 16:12, 16:13, 16:14, 17:16, 17:23, 19:15, 19:17, 19:23, 20:5, 20:12, 20:20, 20:21, 22:9, 22:10, 22:19, 23:7, 26:2, 26:8, 28:6, 28:25, 29:1, 29:11, 30:3, 30:5, 33:19, 36:5, 36:20, 37:4, 38:5, 38:6, 39:23, 41:10
**wide** [2] - 23:18, 37:7
**wire** [13] - 9:5, 10:4, 11:11, 14:25, 15:1, 15:10, 15:20, 17:1, 17:2, 17:6, 18:16, 18:19, 39:7
**Wire** [1] - 4:14
**Wire-based** [1] - 4:14
**wise** [1] - 40:15
**wolf** [1] - 40:20
**word** [9] - 4:6, 4:21, 5:2, 5:17, 16:7, 20:14, 24:7, 24:20, 24:21
**worded** [2] - 16:11, 16:12
**words** [8] - 4:3, 7:3, 19:20, 24:6, 29:9, 29:12, 31:25
**worry** [1] - 7:9
**writing** [1] - 34:21
**written** [1] - 27:16

## Y

**years** [1] - 37:12
**yesterday** [4] - 2:22, 3:15, 24:18, 25:5
**yield** [1] - 5:15
**York** [3] - 23:7, 23:9, 23:10
**yourself** [1] - 28:4
**yourselves** [1] - 2:5

## Z

**Zeke** [1] - 2:9