UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ASSOCIATED PRESS,<br><br>        Plaintiff,<br><br>  v.<br><br>TAYLOR BUDOWICH, in his official capacity as white House Deputy Chief of Staff, et al.,<br><br>        Defendants. | Civil Action No. 25-532 (TNM) |

## SUBSTITUTION OF COUNSEL

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Dhruman Y. Sampat and remove the appearance of Assistant United States Attorneys Brian P. Hudak and Jane M. Lyons as counsel for Defendants in the above-captioned case.

Dated: November 30, 2025                    Respectfully submitted,

                                By:    */s/ Dhruman Y. Sampat*
                                       DHRUMAN Y. SAMPAT
                                       Assistant United States Attorney
                                       601 D Street, NW
                                       Washington, DC 20530
                                       (202) 252-2525

                                       *Attorney for the United States of America*